```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
UNITED STATES OF AMERICA and the STATES                                  :
OF THE UNITED STATES ex rel. PATRICK                                     :
DONOHUE,                                                                 :         1:20-cv-05396-GHW
                                                                         :
                                Plaintiffs,                              :
                                                                         :         ORDER REFERRING CASE TO
                                                                         :         MAGISTRATE JUDGE
                -against-                                                :
                                                                         :
                                                                         :
RICHARD CARRANZA, in his official capacity as                            :
the Chancellor of New York City Department of                            :
Education, the NEW YORK CITY DEPARTMENT                                  :
OF EDUCATION, THE CITY OF NEW YORK, the                                  :
SCHOOL DISTRICTS OF THE UNITED STATES,                                   :
and COUNTIES OF THE UNITED STATES,                                       :
                                                                         :
                                Defendants.                              :
                                                                         :
------------------------------------------------------------------------ X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling,         ____ Consent under 28 U.S.C. § 636(c) for
       discovery, non-dispositive pretrial                  limited purpose (*e.g.*, dispositive motion,
       motions, and settlement)                              preliminary injunction)
                                                             Purpose: _____
____ Specific non-dispositive motion/dispute:
       _____            ____ Habeas corpus
       _____
                                                      ____ Social Security
       If referral is for discovery disputes when
       the District Judge is unavailable, the time   __X__ Dispositive motion (*i.e.*, motion
       period of the referral: _____            requiring Report and Recommendation)

____ Settlement                                             Particular motion:
                                                            _____
____ Inquest after default/damages hearing                  _____

____ Consent under 28 U.S.C. § 636(c) for all               All such motions: _____
       purposes (including trial)


        SO ORDERED.

Date: April 8, 2021                                         _____
      New York, NY                                          GREGORY H. WOODS
                                                            United States District Judge