**20 CV 5396**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

United States of America and State of New York, ex rel.
Patrick Donohue,

                                    **CASE NO.: 20 – CV -**

               Plaintiffs,

                                    **COMPLAINT**

      -against-

RICHARD CARRANZA, in his official capacity as
the Chancellor of New York City Department of
Education, the NEW YORK CITY DEPARTMENT
OF EDUCATION, THE CITY OF NEW YORK,
the NEW YORK STATE SCHOOL DISTRICTS
(See Appendix A); and COUNTIES OF NEW
YORK STATE (See Appendix B),

               Defendants.

-------------------------------------------------------------------------x

Patrick Donohue ("Relator Donohue") brings this *qui tam* action on behalf of the United States of America ("United States") and the State of New York against Richard Carranza, in his official capacity as the Chancellor of New York City Department of Education ("Chancellor Carranza), the New York City Department of Education ("NYC DOE"), the City of New York ("NYC"), the New York State School Districts ("NYS Schools", See Appendix A); and the Counties of New York State ("NYS Counties", See Appendix B) under the federal False Claims Act, 31 U.S.C. § 3729-3733, ("FCA") and the New York False Claims Act, New York Finance Law §§ 187-194, and alleges upon his first-hand knowledge as follows:

## INTRODUCTION

1.     The case is about the efforts of Chancellor Carranza, NYC DOE, NYC, NYS Schools and NYS Counties (collectively, "Defendants") to extract from the United States and the State of New York (the "Government") hundreds of millions of dollars in payments by knowingly presented, or caused to be presented, false or fraudulent claims for

payment or approval; knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim; knowingly made, or used, a false record or statement material to a false or fraudulent claim; knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government; and conspired to commit the above acts, all in violation of 31 U.S.C. § 3729(a)(1)(A),(B),(C) & (G).

2.      The Individuals with Disabilities Education Act, 20 U.S.C. §1400 ("IDEA")[1], the regulations of the United States Department of Education, which were promulgated pursuant to authority granted by the statute (34 C.F.R. Part 300), and the corresponding regulations of the Commissioner of Education in New York (Part 200 Students with Disabilities and Part 201 Procedural Safeguards for Students with Disabilities)[2], pursuant to Sections 207, 3214, 4403, 4404 and 4410 of the Education Law in New York State guarantees students with disabilities a free and appropriate public education ("FAPE").   The term FAPE[3] refers to special education and related services that are designed to meet a child's unique needs and that will prepare the child for further education, employment, and independent living.

3.      The Defendants' scheme involves frauds against the federal government and the State of New York.   First, the Defendants' fraudulently created Individualized Education Plans ("IEPs") for special education students knowing they could not implement these IEPs knowingly denying the students a FAPE.   Second, the Defendants' fraudulently claimed they were providing special education and related services as outlined in the students' IEPs and billed and/or reimbursed by the federal government and New York State for services that were not performed or were established fraudulently.

4.      As a result of Defendants' multi-faceted campaign of fraud against the Government,

---

[1] https://sites.ed.gov/idea/
[2] http://www.p12.nysed.gov/specialed/lawsregs/documents/regulations-part-200-201-oct-2016.pdf
[3] IDEA Section 602 (9) The term `free appropriate public education' means special education and related services that--
(A) have been provided at public expense, under public supervision and direction, and without charge;
(B) meet the standards of the State educational agency;
(C) include an appropriate preschool, elementary school, or secondary school education in the State involved; and
(D) are provided in conformity with the individualized education program required under section 614(d).

Defendants have collected hundreds of millions of dollars, if not billions of dollars, which they were never entitled.

5.     But beyond this massive financial fraud on the government, the ultimate victims here are hundreds of thousands of students with disabilities and their parents who were relying on the Defendants to provide the services they were obligated to provide through IDEA.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. § 3730(a) (False Claims Act), 28 U.S.C. § 1331 (Federal question), 28 U.S.C. § 1367 (Supplemental jurisdiction), 31 U.S.C. § 3732 (False claims jurisdiction), and 28 U.S.C. § 1345 (United States as plaintiff).

7.     To the extent, if any, that this case involves questions of special education rights under New York State law, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367.

8.     Pursuant to 31 U.S.C. §3732(a) and 28 U.S.C. §1391(b), venue is properly placed within the Southern District of New York because at least one of the Defendants resides or transacts business in the Southern District, specifically, Richard Carranza ("Chancellor Carranza"), in his official capacity as Chancellor of the New York City Department of Education, City of New York, and the New York City Department of Education ("NYC DOE"), maintain business offices in New York County, and all Defendants reside in New York.  In addition, Realtor Donohue is a resident of New York County.

9.     Plaintiffs are entitled to costs and attorneys' fees under 31 U.S.C. §3730(d), if determined to be a prevailing party.

## FACTUAL
## ALLEGATIONS

10.     As the parent of a special education student, the NYC DOE Committee on Special

Education ("CSE") fraudulently created an IEP for my daughter they knew they could not implement during the Covid-19 situation. However, they proceeded to finalize and fraudulently present it as a FAPE. There are dozens of other parents and students I have firsthand knowledge of NYC DOE fraudulently doing the same thing.

11.    There are over 50 students I have firsthand knowledge of who NYC DOE failed to provide the services outlined in their IEP since March 2020 (including live synchronous services), however, fraudulently projected (to the Government) these students were continuing to be properly serviced remotely. In addition, the NYC DOE CSE fraudulently created IEPs for the 2020-2021 school year for these students they knew they could not implement during the Covid-19 situation.

12.    There are more than a dozen additional students I have firsthand knowledge of who their Local Educational Agencies ("LEAs") in New York State failed to provide services outlined in their IEP since March 2020 (including live synchronous services), however, fraudulently projected (to the Government) these students were continuing to be properly serviced remotely. In addition, these LEAs fraudulently created IEPs for the 2020-2021 school year for these students they knew they could not implement during the Covid-19 situation. These LEAs include the following: Oxford Academy School District in Broome County, Glen Cove School District in Nassau County, Massena Central School District in St. Lawrence County, New Rochelle City School District in Westchester County, Babylon Union Free School District in Suffolk County, Williamsville Central School District in Erie County, Goshen Central School District in Orange County, Bay Shore Union Free School District in Suffolk County, Valley Stream Union Free School District in Nassau County, Salem Central School District in Westchester County, Seaford Union Free School District in Nassau County, Eastchester Union Free School District in Westchester County, Smithtown Central School District in Suffolk County, North Colonie Central School District in Albany County, and Penfield Central School District in Monroe County. It is my belief and understanding these fraudulent practices have occurred throughout New York State school districts.

**IDEA PART B Funding**

13.   The purpose of IDEA Part B (20 USCS § 1415) grants is to assist States, outlying areas, freely associated States, and the Secretary of the Interior to provide special education and related services to children with disabilities, including that children with disabilities have access to a free appropriate public education ("FAPE"). In general, IDEA Part B funds ***must be used only to pay the excess costs of providing FAPE to children with disabilities,*** such as costs for special education teachers and administrators; related services providers (speech therapists, psychologists, etc.); materials and supplies for use with children with disabilities; professional development for special education personnel; professional development for regular education teachers who teach children with disabilities; and specialized equipment or devices to assist children with disabilities. Generally, IDEA funds cannot be used for core instruction in the general education classroom, instructional materials for use with non-disabled children, or for professional development of general education teachers not related to meeting the needs of students with disabilities. Two exceptions to these guidelines are when IDEA Part B funds are used for coordinated early intervening services[4] ("CEIS") or are consolidated in a Title I schoolwide school (under The Elementary and Secondary Education Act "ESEA", Pub.L.89–10).

14.   LEAs may use up to 15 percent of their IDEA Part B funds for CEIS to assist students in grades K through 12 (with an emphasis on K through 3) who are not currently identified as needing special education and related services but who need additional academic and behavioral support to succeed in a general education environment.[5] CEIS funds can be used to provide professional development[6] to educators who are responsible for helping children who need additional academic and behavioral support succeed in a general education environment or to provide direct interventions to children who need academic and behavioral support. CEIS funds may be used in coordination with ESEA funds but ***must supplement, and not supplant,*** ESEA funds for those activities.[7]

---

[4] Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, § 618(d)(2)(B); Note: The calculation for the maximum CEIS funds is based on the total of the regular IDEA, Part B allocations
[5] IDEA Section 613(f).
[6] IDEA Section 613(f)(2)(A)
[7] IDEA Section 613(f)(5).

15.   A Title I schoolwide school may use, to carry out the schoolwide project, an amount of IDEA funds that is the same proportion of the total cost of the project as the number of children with disabilities benefiting from the program is to the total school population participating in the program. In a Title I schoolwide school that consolidates Federal funds (e.g., ESEA, IDEA, etc.), a school may use those funds for any activity in its schoolwide plan without accounting separately for the funds.[8]  The schoolwide school ***needs to ensure that children with disabilities continue to receive FAPE,*** but would not need to show that IDEA funds were spent only on allowable special education and related services expenditures.[9]

## MEDICAID Funding

16.   A public school must offer all children a FAPE regardless whether or not it receives federal funds under IDEA.  Many IDEA-eligible children are covered by the Medicaid program, a federal program managed through the Centers for Medicare & Medicaid Services ("CMS"), whose Early and Periodic Screening, Diagnosis and Treatment mandate requires Medicaid agencies to provide eligible children under 21 years old with the services necessary to meet their medical needs. In many cases, a Medicaid-eligible child's IEP under IDEA includes health-related services such as audiology, nursing and therapies that are medical in nature and covered by Medicaid.[10]

17.   In 1988, federal law was amended, through the passage of the Medicare Catastrophic Coverage Act of 1988, to allow Medicaid payment for services provided to children under IDEA.  Recognizing that schools provide medically necessary services and IDEA funding typically covers less than 20 percent of the average per student costs for special education, the US Congress amended federal law in 1988 expressly to forbid Medicaid from restricting or prohibiting payment for covered services authorized in a child's

---

[8] ESEA Section 1114.
[9] IDEA Section 613(a)(2)(D)
[10] In the late 1980s courts agreed that inclusion in an IEP did not automatically establish a service as educational rather than medical in nature. See Commonwealth of Massachusetts v Heckler, 616F. Supp. 687 (D. Mass. 1985), Commonwealth of Massachusetts v Bowen, 816F.2d 796 (1st Cir. 1987), and Bowen v Massachusetts, 487 U.S. 879, 108 S.CT 2722 (1988).

IEP.[11]  This amendment was enacted to require Medicaid to be primary to the Department of Education for payment of the health-related services provided under IDEA and the school districts must follow strict reporting requirements to secure this federal funding.[12]  Even prior to the amendment in 1988, the school districts had strict reporting requirements.[13]

18.   There are six conditions that must be met for Medicaid to reimburse for IDEA-related services: 1) The child receiving the service must be enrolled in Medicaid; 2) The services are medically necessary; 3) The services must be covered in the state Medicaid plan or authorized by the federal Medicaid statute; 4) The services must be listed in the child's individualized education program ("IEP"); 5) The school district or local educational agency ("LEA") must be authorized by the state as a qualified Medicaid provider; and 6) The LEA or school district must follow state guidance as to how claims are to be submitted for reimbursement.  School districts and providers are instructed to maintain proper documentation and follow the reporting requirements to avoid fraud.[14]

19.   Various improper billing by states and school districts have occurred through Medicaid throughout the decades since the law was changed in 1988 and CMS has increased its oversight and regulations for school districts to continue to receive these federal dollars[15] and specifically in New York State.[16]  A whistleblower filed a federal lawsuit in 1998 and the federal audit found the program to be out of compliance with federal guidelines and that New York State school districts did not maintain adequate documentation to support Medicaid billing.  The lawsuit was settled for $540 million in or about 2009, and a new state plan amendment was approved in April 2010.  The biggest difference between the old claiming methodology and the new methodology is the old methodology was based on a minimum number of services per month *while the*

---

[11] Section 411(k)(13) of the Medicare Catastrophic Coverage Act of 1988 - P.L. 100-360.
[12] CMS Medicaid School-based Administrative Claiming Guide (May 2003): https://www.cms.gov/Research-Statistics-Data-and-Systems/Computer-Data-and-Systems/MedicaidBudgetExpendSystem/Downloads/Schoolhealthsvcs.pdf
[13] CMS Medicaid and School Health: A Technical Assistance Guide (August 1997): http://paradigm-healthcare.com/news/medicaid-and-school-health-a-technical-assistance-guide/
[14] How to Obtain Medicaid Funding for School-Based Services: A Guide for Schools in System of Care Communities: http://www.rippleeffects.com/pdfs/MedicaidFunding.pdf
[15] https://www.cms.gov/newsroom/fact-sheets/hhs-issues-final-rules-protect-medicaid-improper-payments-school-based-claiming
[16] https://oig.hhs.gov/oas/reports/region2/20301008.pdf

*new methodology requires the school districts to PROVE a session occurred in order to bill.*[17]   The School Supportive Health Services Program ("SSHSP") and the Preschool Supportive Health Services Program ("PSHSP") were developed jointly by the New York State Education Department ("NYS SED") and the New York State Department of Health ("NYS DOH"). SSHSP applies to the 5-21 year old population and PSHSP applies to the preschool 3-4 year population pursuant to §4410 of the Education Law. SSHSP and PSHSP were established to assist school districts and counties in obtaining Medicaid Reimbursement for certain diagnostic and health support services provided to students with disabilities.[18]   SSHSP and PSHSP created a handbook in 2014, to provide specific guidelines for LEAs to follow in order to receive Medicaid funding.[19] NYC DOE has an entire department within its bureaucracy to maximize its Medicaid funding.[20]

20.    SSHSP provided specific guidance to all service providers about proper and improper Medicaid billing during the Covid-19 situation in a June 5, 2020, memorandum.  In the memorandum SSHSP specifically stated, "There must be live interaction between the therapist and the student or Medicaid cannot be billed. There is no Medicaid reimbursement for videos, material packets, activities that are not completed during a live interaction between the therapist and the student."; "No, text messaging and email contact with students or parents will not be reimbursable by SSHSP Medicaid."; "No, sending activities for a student to complete will not be reimbursable by SSHSP Medicaid."; "No, providing consultation to parents is not a reimbursable SSHSP service."; and "No, asynchronous "store and forward" services are not reimbursable by Medicaid under the SSHSP."[21]

21.    The United Federation of Teachers ("UFT") is the sole bargaining agent for most of the non-supervisory educators who work in the New York City public schools. UFT represents approximately 75,000 teachers, 19,000 classroom paraprofessionals, along with related service providers, such as occupational therapists, physical therapists and

---

[17] https://www.uft.org/files/attachments/medicaid-speech.pdf
[18] http://www.oms.nysed.gov/medicaid/
[19] http://www.oms.nysed.gov/medicaid/handbook/sshsp_handbook_8_nov_25_14.pdf
[20] https://infohub.nyced.org/working-with-the-doe/special-education-providers/medicaid#jump-to-heading-21
[21] http://www.oms.nysed.gov/medicaid/medicaid_alerts/alerts_2020/20_02_Addendum.html

speech therapists.[22]  Despite the clear guidance from the New York State Education Department and the New York State Health Department about providing live, synchronous instruction, UFT advised its members, "...synchronous instruction *is not required* at this time."[23] (emphasis added)

22. CMS tracks state expenditures through the automated Medicaid Budget and Expenditure System/State Children's Health Insurance Budget and Expenditure System ("MBES/CBES"). The MBES/CBES is a web-based application system that has been implemented nationwide. The system allows states to report budgeted and actual expenditures for Medicaid and the Children's Health Insurance Program ("CHIP"), by electronically submitting their Form CMS-64 directly to the CMS Data Center and the Medicaid database.  The amounts reported and any attachments must be actual expenditures for which all supporting documentation, in readily reviewable form, has been compiled and is available immediately at the time the claim is filed. Form CMS-64 is a statement of expenditures for which States are entitled to Federal reimbursement under Title XIX and which reconciles the monetary advance made on the basis of Form CMS-37 filed previously for the same quarter. Consequently, the amount claimed on the Form CMS-64 is a summary of expenditures derived from source documents such as invoices, cost reports and eligibility records. All summary statements or descriptions of each claim must identify the claim and source documentation. Claims developed through the use of sampling, projections, or other estimating techniques are considered estimates and are not allowable under any circumstances. Where states are unable to develop and document a claim for expenditures on a current basis, they must withhold it until the actual amount, supported by final documentation, has been determined. The state must report that amount on a future Form CMS-64 as a prior period adjustment.[24]

23. Medicaid spending on school-based health accounts for about $4.5 billion[25] of the of the entire Medicaid budget of approximately $400 billion.[26]  The 2019 IDEA funding

---

[22] https://www.uft.org/your-union/about-uft
[23] https://www.uft.org/your-rights/safety-health/coronavirus/guidance-on-remote-learning
[24] https://www.medicaid.gov/medicaid/financial-management/state-expenditure-reporting-medicaid-chip/index.html
[25] https://www.medicaid.gov/medicaid/financial-management/state-expenditure-reporting-for-medicaid-chip/expenditure-reports-mbescbes/index.html
[26] Congress of the United States Congressional Budget Office. (2019.) The Budget and Economic Outlook 2019 – 2029. Retrieved from: https://www.cbo.gov/system/files?file=2019-01/54918-Outlook.pdf

is approximately $13.5 billion.[27]  In New York State the amount of Medicaid spending in the schools was $273,563,018, and $136,781,511 of that came from federal funds.[28]

## TYPES OF FRAUD ALLEGED

24.    The FCA subjects those who receive federal funds fraudulently to civil liability.[29]  The United States Justice Department rely on the provision to curb the abuse of federal funds in programs ranging from Medicaid to disaster assistance.[30]

## FALSE CERTIFICATION FRAUD

25.    The Defendants submitted a "false claim" when its representatives submitted fraudulent representations that A) the IEPs they created were knowingly not in compliance with IDEA and they could not implement these IEPs, thereby denying the students a FAPE, and B) when their service providers knowingly misrepresented they were providing related services in accordance with IDEA and Medicaid regulations.  These claims were legally false, since the provider knew it was in violation of federal regulations at the time of submission.[31] The federal and state governments only disbursed the money

---

[27] United State Department of Education. (2018.) Department of Education Fiscal Year 2019 Congressional Action. Retrieved from: https://www2.ed.gov/about/overview/budget/budget19/19action.pdf

[28] https://www.cbpp.org/research/health/medicaid-helps-schools-help-children

[29] *See* 31 U.S.C. § 3729(a) (2012). Originally enacted during the Civil War, the Act served as the first widespread check on military contractors who defrauded the Union army. See Christopher L. Martin, Jr., Comment, *Reining in Lincoln's Law: A Call to Limit the Implied Certification Theory of Liability Under the False Claims Act*, 101 Calif. L. Rev. 227, 236 (2013). As the federal bureaucracy grew in the twentieth century, the scope and impact of the FCA grew as well. *See id.* at 229.

[30] *See* Press Release, U.S. Dep't of Justice, Justice Department Recovers Over $4.7 Billion from False Claims Act Cases in Fiscal Year 2016 (Dec. 14, 2016), https://www.justice.gov/opa/pr/justice-department-recovers-over-47-billion-false-claims-act-cases-fiscal-year-2016 [https://perma.cc/PEJ3-NW4B] ("The False Claims Act is the government's primary civil remedy to redress false claims for government funds and property under government programs and contracts relating to such varied areas as health care, defense and national security, food safety and inspection, federally insured loans and mortgages, highway funds, small business contracts, agricultural subsidies, disaster assistance, and import tariffs.").

[31] Keith D. Barber et al., *Prolific Plaintiffs or Rabid Relators: Recent Developments in False Claims Act Litigation*, 1 Ind. Health L. Rev. 131, 137 (2004). Occasionally, courts will apply a limited version of this theory, "finding it applicable only 'when certification is a prerequisite to obtaining a government benefit.' " Id. (quoting United States ex rel. Hopper v. Anton, 91 F.3d 1261, 1266 (9th Cir. 1996)). For example, in *United States ex rel. Hopper v. Anton*, the Ninth Circuit concluded that under the FCA "the false certification of compliance . . . creates liability when certification is a prerequisite to obtaining a government benefit." 91 F.3d 1261, 1266 (9th Cir. 1996); see also United States ex rel. Thompson v. Columbia/HCA Healthcare Corp., 125 F.3d 899, 902 (5th Cir. 1997) ("[W]here

because the Defendants certified that they would comply with the relevant federal regulations. In other words, the Defendants lied when it took federal funds while simultaneously—and knowingly—breaking federal regulations. Specifically in *Hopper*, the Court stated, "It requires a false claim. Thus, some request for payment containing falsities made with scienter (i.e., with knowledge of the falsity and with intent to deceive) must exist."

IMPLIED CERTIFICATION FRAUD

26.    In some instances, the Defendants' representative may not have actually signed a form certifying compliance yet would still violate the FCA. [32]  By the provider submitting the claim, it is implied the provider affirmed it was in compliance with the regulations, since violating those regulations would have made it ineligible to receive the funding. Put another way, the fact the provider submitted any claim at all when it knew or should have known it was ineligible to receive funds because of a violation is what makes the claim legally "false."

27.    The Sixth Circuit found a holding company for home health-care agencies liable under the FCA for implicitly certifying compliance. The holding company submitted a claim for reimbursements for payments made to its employee-benefits plan, even though those benefits were paid back to the provider the next day. The court concluded that the provider's signed statement accompanying its cost reports, which said that the reports

---

the government has conditioned payment of a claim upon a claimant's certification of compliance with, for example, a statute or regulation, a claimant submits a false or fraudulent claim when he or she falsely certifies compliance with that statute or regulation.")

[32] See Barber et al., *supra* note 57, at 137; see, e.g., Universal Health Servs., Inc. v. United States, 136 S. Ct. 1989, 1995 (2016) ("We first hold that, at least in certain circumstances, the implied false certification theory can be a basis for liability."); United States ex rel. Augustine v. Century Health Servs., Inc., 289 F.3d 409, 416 (6th Cir. 2002) (stating that FCA claims brought under an implied certification theory can proceed as long as "the contractor knew, or recklessly disregarded a risk, that its implied certification of compliance was false" (quoting Shaw v. AAA Eng'g & Drafting, Inc., 213 F.3d 519, 533 (10th Cir. 2000))); Mikes v. Straus, 274 F.3d 687, 700 (2d Cir. 2001) ("[W]e think a medical provider should be found to have implicitly certified compliance with a particular rule as a condition of reimbursement in limited circumstances."); Shaw v. AAA Eng'g & Drafting, Inc., 213 F.3d 519, 531 (10th Cir. 2000) ("[T]he language and structure of the FCA itself supports the conclusion that, under 31 U.S.C. § 3729(a)(1), a false implied certification may constitute a 'false or fraudulent claim.' "); AbTech Constr., Inc. v. United States, 31 Fed. Cl. 429, 434 (1994) (finding the defendant liable under an implied certification theory).

were "true, correct, and complete" to the best of the signer's knowledge, was enough for the provider to be liable under the FCA. The court concluded that the company was liable even though the provider did not explicitly state that, when it signed the statement, it would not transfer the specific funds.[33]  The Supreme Court recently endorsed the Implied Certification Fraud theory in Universal Health Services, Inc. v. United States.[34]

28.     In this context, the relevant regulations include keeping accurate attendance and providing special education services to all students.[35] Thus, the Defendants who did not keep close track of log-ins and attendance data would be liable since school officials implicitly certified that they would keep their data current when they made the claim for public funds.

## WORTHLESS SERVICES FRAUD

29.     Under the Worthless Services Fraud understanding of false claiming, the Defendants are liable since the limited services they may have provided was so subpar as to be completely worthless.[36]  By claiming reimbursement for providing valueless care, the provider effectively has forced the government to pay for nothing—making it so the provider submits a legally false claim when it asks the government to reimburse it for services that have no value.[37]  These deceptive practices are a prima facie case of

---

[33] *Augustine*, 289 F.3d at 416

[34] 136 S. Ct. 1989 (2016).

[35]        *See*,        e.g.,        Clare        McCann,        IDEA        Funding,        EdCentral: Edcyclopedia, http://www.edcentral.org/edcyclopedia/individuals-with-disabilities-education-act-funding-distribution/ [https://perma.cc/YJ2U-AL4U] (discussing the requirement to provide services to students with special needs); see also Office of Elementary & Secondary Educ., U.S. Dep't of Educ., Non-Regulatory Guidance: Local Educational Agency Identification and Selection of School Attendance Areas and School and Allocation of Title I Funds        to        Those        Areas        and        Schools        (2003),        https://www2.ed.gov/programs/titleiparta/wdag.doc [https://perma.cc/N4KV-N3W6] (discussing the requirements for schools to receive Title I funds).

[36] Isaac D. Buck, *Caring Too Much: Misapplying the False Claims Act to Target Overtreatment*, 74 Ohio St. L.J. 463, 487–88 (2013); see, e.g., United States ex rel. Lee v. SmithKline Beecham, Inc., 245 F.3d 1048, 1053 (9th Cir. 2001) ("In an appropriate case, knowingly billing for worthless services or recklessly doing so with deliberate ignorance may be actionable under § 3729, regardless of any false certification conduct."); Mikes v. Straus, 274 F.3d 687, 703 (2d Cir. 2001) ("We agree that a worthless services claim is a distinct claim under the Act. It is effectively derivative of an allegation that a claim is factually false because it seeks reimbursement for a service not provided.").

[37] Buck, *supra* note 73, at 487–88. This theory emerged after the U.S. Attorney's Office for the Eastern District of Pennsylvania successfully prosecuted a long-term care facility after one of its patients was sent to the emergency room

fraudulent behavior. If a provider's services are so bad that they in effect have no value, the provider might as well be selling snake oil. The Defendants knew the services they were claiming to provide were sub-par, if not worthless.[38]

30.   In United States ex rel. Lee v. SmithKline Beecham, Inc., the Ninth Circuit upheld the concept of a Worthless Services Fraud theory by stating it was possible for plaintiffs to state a claim for worthless services fraud.[39] There, a laboratory billed Medicare for tests it had completed using control samples that it knew fell outside of the acceptable standard of error.[40] Likewise, defendants in a Virginia FCA case settled after the plaintiffs alleged worthless services fraud where the defendant nursing home had claimed Medicare benefits while neglecting patients.[41]

## FIRST CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(A))

Presenting False Claims for Payment

31.   The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

---

and found to be suffering from "26 ulcers, a gangrenous leg and a series of other serious complications." Id. (quoting Devin S. Schindler, *Pay for Performance, Quality of Care and the Revitalization of the False Claims Act*, 19 Health Matrix 387, 396–97 (2009)).

[38] *Cf.* Ctr. for Research on Educ. Outcomes, Stanford Univ., Online Charter School Study 23 (2015), https://credo.stanford.edu/pdfs/Online%20Charter%20Study%20Final.pdf [https://perma.cc/74M4-N5SA] (finding that students in online charter schools lagged behind their peers in traditional schools in terms of academic achievement). In one Stanford University study, researchers found that students in online charter schools made academic gains in math that translated to the gains that the researchers would have expected to see if they had spent 180 fewer days—or an entire academic year—learning than their peers in a brick-and-mortar classroom. Id. Likewise, online charter school students' reading gains put them 72 school days behind their peers in traditional schools. Id.

[39] 245 F.3d at 1053.

[40] *Id.* at 1050

[41] Compare David R. Hoffman, *The Role of the Federal Government in Ensuring Quality of Care in Long-Term Care Facilities*, 6 Annals Health L. 147, 148 (1997), with Michael J. Davidson, *Governmental Responses to Elder Abuse and Neglect in Nursing Homes: The Criminal Justice System and the Civil False Claims Act*, 12 Elder L.J. 327, 344 (2004), for a discussion of *United States v. GMS Management-Tucker, Inc.*, a case that settled after federal prosecutors brought a suit against a Virginia nursing home that claimed Medicaid benefits while failing to provide adequate care, including allowing one patient to develop twenty-six bedsores, one of which was as large as a grapefruit.

32.   The United States seeks relief against Defendants under Section 3729(a)(1)(A) of the
      False Claims Act, 31 U.S.C. § 3729(a)(1)(A).

33.   As set forth above, Defendants knowingly presented, or caused to be presented, false
      and fraudulent claims for payment or approval in connect with the submission of claim
      for school-based services for students with disabilities.

34.   Medicaid and Department of Education paid school districts, counties or municipalities
      New York State and Federal funds because of Defendants' fraudulent conduct.

35.   By reason of Defendants' false claims, New York State and the United States have
      been damaged in a substantial amount to be determined at trial.

### SECOND CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(B))

Use of False Statements

36.   The United States and Relator Donohue incorporate by reference the above paragraphs
      as if fully set forth herein.

37.   The United States seeks relief against Defendants under Section 3729(a)(1)(B) of the
      False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

38.   As set forth above, Defendants knowingly made, used, or caused to be made and used,
      false records and statements material to a false or fraudulent claim paid or approved in
      connect with the submission of claim for school-based services for students with
      disabilities.

39.   Medicaid and Department of Education paid school districts, counties or municipalities
      New York State and Federal funds because of Defendants' fraudulent conduct.

40.   By reason of Defendants' false claims, New York State and the United States have
      been damaged in a substantial amount to be determined at trial.

## THIRD CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(G))

Use of False Statements

41.   The United States and Relator Donohue incorporate by reference the above paragraphs
      as if fully set forth herein.

42.   The United States seeks relief against Defendants under Section 3729(a)(1)(G) of the
      False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

43.   As set forth above, Defendants knowingly made, used, or caused to be made and used,
      false records and statements material to an obligation to pay or transmit money or
      property to the Government or knowingly concealed or knowingly and improperly
      avoided or decreased an obligation to pay or transmit money or property to the
      Government.

44.   Medicaid and Department of Education paid school districts, counties or municipalities
      New York State and Federal funds because of Defendants' fraudulent conduct.

45.   By reason of Defendants' false claims, New York State and the United States have
      been damaged in a substantial amount to be determined at trial.

## FOURTH CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(C))

Conspiracy to Commit a Violation of the False Claims Act

46.    The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

47.    The United States seeks relief against Defendants under Section 3729(a)(1)(C) of the False Claims Act, 31 U.S.C. § 3729(a)(1)(C).

48.    As set forth above, Defendants conspired to commit a violation of subparagraph (A), (B) and (G) of the False Claims Act.

49.    Defendants have committed at least one overt act in furtherance of their conspiracy.

50.    By reason of Defendants' conspiracy, New York State and the United States have been damaged in a substantial amount to be determined at trial.

WHEREFORE, Plaintiff the United States ex rel. Patrick Donohue respectfully request that judgment be entered in their favor and against Defendants as follows:

a.     On the First, Second, Third and Fourth Claims for Relief (Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (B), (C) and (G), for treble the United States' damages, in an amount to be determined at trial, and an $11,000 penalty for each and every false or fraudulent claim, record or statement made, used, presented or caused to be made, used or presented by Defendants; and

b.     Awarding Patrick Donohue his relator's share pursuant to 31 U.S.C. § 3730(d)(1) or (2); and

c.     On the First, Second, Third and Fourth Claims for Relief, an award of costs and attorney's fees pursuant to 31 U.S.C. § 3730(d); and

d.     Awarding such other and further relief as this Court deems just and proper.

Dated: July 13, 2020

Respectfully submitted,

Patrick B. Donohue, Esq.
55 W 116th Street – Suite 159
New York, NY 10026
(917) 359-4556

TO:

United States Attorney
for the Southern District of New York
86 Chambers Street – 3rd Floor
New York, N.Y. 10007

Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

## APPENDIX A
## SCHOOL DISTRICTS OF NEW YORK STATE

Addison Central School District
Adirondack Central School District
Afton Central School District
Akron Central School District
Albany City School District (not BOCES)
Albany-Schoharie-Schenectady-Saratoga
BOCES
Albion Central School District
Alden Central School District
Alexander Central School District
Alexandria Central School District
Alfred-Almond Central School District
Allegany-Limestone Central School District
Altmar-Parish-Williamstown Central School
District
Amagansett Union Free School District
Amherst Central School District
Amityville Union Free School District
Amsterdam City School District
Andes Central School District
Andover Central School District
Ardsley Union Free School District
Argyle Central School District
Arkport Central School District
Arlington Central School District
Attica Central School District
Auburn City School District
AuSable Valley Central School District
Averill Park Central School District
Avoca Central School District
Avon Central School District
Babylon Union Free School District
Bainbridge-Guilford Central School District
Baldwin Union Free School District
Baldwinsville Central School District
Ballston Spa Central School District
Barker Central School District
Batavia City School District
Bath Central School District
Bay Shore Union Free School District
Bayport-Blue Point Union Free School
District
Beacon City School District

Beaver River Central School District
Bedford Central School District
Beekmantown Central School District
Belfast Central School District
Belleville-Henderson Central School
District
Bellmore Union Free School District
Bellmore-Merrick Central High School
District
Bemus Point Central School District
Berkshire Union Free School District
Berlin Central School District
Berne-Knox-Westerlo Central School
District
Bethlehem Central School District
Bethpage Union Free School District
Binghamton City School District
Blind Brook-Rye Union Free School District
Bolivar-Richburg Central School District
Bolton Central School District
Boquet Valley Central School District
Bradford Central School District
Brasher Falls Central School District
Brentwood Union Free School District
Brewster Central School District
Briarcliff Manor Union Free School District
Bridgehampton Union Free School District
Brighton Central School District
Broadalbin-Perth Central School District
Brockport Central School District
Brocton Central School District
Bronxville Union Free School District
Brookfield Central School District
Brookhaven-Comsewogue Union Free
School District
Broome-Tioga BOCES
Brunswick Central School District
(Brittonkill)
Brushton-Moira Central School District
Buffalo City School District (not BOCES)
Burnt Hills-Ballston Lake Central School
District
Byram Hills Central School District

Byron-Bergen Central School District
Cairo-Durham Central School District
Caledonia-Mumford Central School District
Cambridge Central School District
Camden Central School District
Campbell-Savona Central School District
Canajoharie Central School District
Canandaigua City School District
Canaseraga Central School District
Canastota Central School District
Candor Central School District
Canisteo-Greenwood Central School District
Canton Central School District
Capital District/North Country
Carle Place Union Free School District
Carmel Central School District
Carthage Central School District
Cassadaga Valley Central School District
Cato-Meridian Central School District
Catskill Central School District
Cattaraugus-Allegany-Erie-Wyoming BOCES
Cattaraugus-Little Valley Central School District
Cayuga-Onondaga BOCES
Cazenovia Central School District
Center Moriches Union Free School District
Central Islip Union Free School District
Central Square Central School District
Central Valley Central School District at Ilion-Mohawk
Chappaqua Central School District
Charlotte Valley Central School District
Chateaugay Central School District
Chatham Central School District
Chautauqua Lake Central School District
Chazy Union Free School District
Cheektowaga Central School District
Cheektowaga-Maryvale Union Free School District
Cheektowaga-Sloan Union Free School District
Chenango Forks Central School District
Chenango Valley Central School District
Cherry Valley-Springfield Central School District

Chester Union Free School District
Chittenango Central School District
Churchville-Chili Central School District
Cincinnatus Central School District
Clarence Central School District
Clarkstown Central School District
Cleveland Hill Union Free School District
Clifton-Fine Central School District
Clinton Central School District
Clinton-Essex-Warren-Washington BOCES
Clyde-Savannah Central School District
Clymer Central School District
Cobleskill-Richmondville Central School District
Cohoes City School District
Cold Spring Harbor Central School District
Colton-Pierrepont Central School District
Commack Union Free School District
Connetquot Central School District
Cooperstown Central School District
Copenhagen Central School District
Copiague Union Free School District
Corinth Central School District
Corning City School District
Cornwall Central School District
Cortland City School District
Coxsackie-Athens Central School District
Croton-Harmon Union Free School District
Crown Point Central School District
Cuba-Rushford Central School District
Dalton-Nunda Central School District (Keshequa)
Dansville Central School District
Deer Park Union Free School District
Delaware Academy Central School District at Delhi
Delaware-Chenango-Madison-Otsego BOCES
Depew Union Free School District
Deposit Central School District
DeRuyter Central School District
Dobbs Ferry Union Free School District
Dolgeville Central School District
Dover Union Free School District
Downsville Central School District
Dryden Central School District

Duanesburg Central School District
Dundee Central School District [2]
Dunkirk City School District
Dutchess BOCES
East Aurora Union Free School District
East Bloomfield Central School District
East Greenbush Central School District
East Hampton Union Free School District
East Irondequoit Central School District
East Islip Union Free School District
East Meadow Union Free School District
East Moriches Union Free School District
East Quogue Union Free School District
East Ramapo Central School District
East Rochester Union Free School District
East Rockaway Union Free School District
East Syracuse Minoa Central School District
East Williston Union Free School District
Eastchester Union Free School District
Eastern Suffolk (Suffolk-1) BOCES
Eastport-South Manor Central School
District
Eden Central School District
Edgemont Union Free School District
Edinburg Common School District
Edmeston Central School District
Edwards-Knox Central School District
Elba Central School District
Eldred Central School District
Ellenville Central School District
Ellicottville Central School District
Elmira City School District
Elmira Heights Central School District
Elmont Union Free School District
Elmsford Union Free School District
Elwood Union Free School District
Enlarged City School District of
Middletown
Erie 1 BOCES
Erie 2 Chautauqua-Cattaraugus BOCES
Evans-Brant Central School District (Lake
Shore)
Fabius-Pompey Central School District
Fairport Central School District
Falconer Central School District
Fallsburg Central School District

Farmingdale Union Free School District
Fayetteville-Manlius Central School District
Fillmore Central School District
Fire Island Union Free School District
Fishers Island Union Free School District
Floral Park-Bellerose Union Free School
District
Florida Union Free School District
Fonda-Fultonville Central School District
Forestville Central School District
Fort Ann Central School District
Fort Edward Union Free School District
Fort Plain Central School District
Frankfort-Schuyler Central School District
Franklin Central School District
Franklin Square Union Free School District
Franklin-Essex-Hamilton BOCES
Franklinville Central School District
Fredonia Central School District
Freeport Union Free School District
Frewsburg Central School District
Friendship Central School District
Frontier Central School District
Fulton City School District
Galway Central School District
Gananda Central School District
Garden City Union Free School District
Garrison Union Free School District
Gates-Chili Central School District
General Brown Central School District
Genesee Valley BOCES
Genesee Valley Central School District
Geneseo Central School District
Geneva City School District
George Junior Republic Union Free School
District
Georgetown-South Otselic Central School
District
Germantown Central School District
Gilbertsville-Mount Upton Central School
District
Gilboa-Conesville Central School District
Glen Cove City School District
Glens Falls City School District
Glens Falls Common School District
Gloversville City School District

Gorham-Middlesex Central School District
Goshen Central School District
Gouverneur Central School District
Gowanda Central School District
Grand Island Central School District
Granville Central School District
Great Neck Union Free School District
Greece Central School District
Green Island Union Free School District
Greenburgh Central School District
Greenburgh Eleven Union Free School
District
Greenburgh-Graham Union Free School
District
Greenburgh-North Castle Union Free School
District
Greene Central School District
Greenport Union Free School District
Greenville Central School District
Greenwich Central School District
Greenwood Lake Union Free School District
Groton Central School District
Guilderland Central School District
Hadley-Luzerne Central School District
Haldane Central School District
Half Hollow Hills Central School District
Hamburg Central School District
Hamilton Central School District
Hamilton-Fulton-Montgomery BOCES
Hammond Central School District
Hammondsport Central School District
Hampton Bays Union Free School District
Hancock Central School District
Hannibal Central School District
Harborfields Central School District
Harpursville Central School District
Harrison Central School District
Harrisville Central School District
Hartford Central School District
Hastings-on-Hudson Union Free School
District
Hauppauge Union Free School District
Haverstraw-Stony Point Central School
District
Hawthorne-Cedar Knolls Union Free School
District

Hempstead Union Free School District
Hendrick Hudson Central School District
Herkimer Central School District
Herkimer-Fulton-Hamilton-Otsego BOCES
Hermon-DeKalb Central School District
Herricks Union Free School District
Heuvelton Central School District
Hewlett-Woodmere Union Free School
District
Hicksville Union Free School District
Highland Central School District
Highland Falls-Fort Montgomery Central
School District
Hilton Central School District
Hinsdale Central School District
Holland Central School District
Holland Patent Central School District
Holley Central School District
Homer Central School District
Honeoye Central School District
Honeoye Falls-Lima Central School District
Hoosic Valley Central School District
Hoosick Falls Central School District (not
BOCES)
Hopevale Union Free School District at
Hamburg
Hornell City School District
Horseheads Central School District
Hudson City School District
Hudson Falls Central School District
Hunter-Tannersville Central School District
Huntington Union Free School District
Hyde Park Central School District
Indian Lake Central School District
Indian River Central School District
Inlet Common School District
Iroquois Central School District
Irvington Union Free School District
Island Park Union Free School District
Island Trees Union Free School District
Islip Union Free School District
Ithaca City School District
Jamestown City School District
Jamesville-DeWitt Central School District
Jasper-Troupsburg Central School District
Jefferson Central School District

Jefferson-Lewis-Hamilton-Herkimer-Oneida
BOCES
Jericho Union Free School District
Johnsburg Central School District
Johnson City Central School District
Johnstown City School District
Jordan-Elbridge Central School District
Katonah-Lewisboro Union Free School
District
Keene Central School District
Kendall Central School District
Kenmore-Town of Tonawanda School
District
Kinderhook Central School District
Kings Park Central School District
Kingston City School District
Kiryas Joel Village Union Free School
District
La Fargeville Central School District
Lackawanna City School District
LaFayette Central School District
Lake George Central School District
Lake Placid Central School District
Lake Pleasant Central School District
Lakeland Central School District
Lancaster Central School District
Lansing Central School District
Lansingburgh Central School District
Laurens Central School District
Lawrence Union Free School District
Le Roy Central School District
Letchworth Central School District
Levittown Union Free School District
Lewiston-Porter Central School District
Liberty Central School District
Lindenhurst Union Free School District
Lisbon Central School District
Little Falls City School District
Little Flower Union Free School District
Liverpool Central School District
Livingston Manor Central School District
Livonia Central School District
Lockport City School District
Locust Valley Central School District
Long Beach City School District
Long Lake Central School District

Longwood Central School District
Lowville Academy & Central School
District
Lyme Central School District
Lynbrook Union Free School District
Lyncourt Union Free School District
Lyndonville Central School District
Lyons Central School District
Madison Central School District
Madison-Oneida BOCES
Madrid-Waddington Central School District
Mahopac Central School District
Maine-Endwell Central School District
Malone Central School District
Malverne Union Free School District
Mamaroneck Union Free School District
(not BOCES)
Manchester-Shortsville Central School
District (Red Jacket)
Manhasset Union Free School District
Marathon Central School District
Marcellus Central School District
Margaretville Central School District
Marion Central School District [3]
Marlboro Central School District
Massapequa Union Free School District
Massena Central School District
Mattituck-Cutchogue Union Free School
District
Mayfield Central School District
McGraw Central School District
Mechanicville City School District
Medina Central School District
Menands Union Free School District
Merrick Union Free School District
Mexico Central School District
Middle Country Central School District
Middleburgh Central School District
Milford Central School District
Millbrook Central School District
Miller Place Union Free School District
Mineola Union Free School District
Minerva Central School District
Minisink Valley Central School District
Monroe 1 BOCES
Monroe 2 – Orleans BOCES

Monroe-Woodbury Central School District
Montauk Union Free School District
Monticello Central School District
Moravia Central School District
Moriah Central School District
Morris Central School District
Morristown Central School District
Morrisville-Eaton Central School District
Mount Markham Central School District
Mount Morris Central School District
Mount Pleasant Central School District
Mount Pleasant-Blythedale Union Free
School District
Mount Pleasant-Cottage Union Free School
District
Mount Sinai Union Free School District
Mount Vernon School District
Nanuet Union Free School District
Naples Central School District
New Hartford Central School District
New Hyde Park-Garden City Park Union
Free School District
New Lebanon Central School District
New Paltz Central School District
New Rochelle City School District
New Suffolk Common School District
New York City School District
New York Mills Union Free School District
Newark Central School District
Newark Valley Central School District
Newburgh City School District (not
BOCES)
Newcomb Central School District
Newfane Central School District
Newfield Central School District
Niagara Falls City School District
Niagara-Wheatfield Central School District
Niskayuna Central School District
North Babylon Union Free School District
North Bellmore Union Free School District
North Collins Central School District
North Colonie Central School District
North Greenbush Common School District
(Williams)
North Merrick Union Free School District
North Rose-Wolcott Central School District

North Salem Central School District
North Shore Central School District
North Syracuse Central School District
North Tonawanda City School District
North Warren Central School District
Northeast Central School District
Northeastern Clinton Central School District
Northern Adirondack Central School
District
Northport-East Northport Union Free School
District
Northville Central School District
Norwich City School District
Norwood-Norfolk Central School District
Nyack Union Free School District
Oakfield-Alabama Central School District
Oceanside Union Free School District
Odessa-Montour Central School District
Ogdensburg City School District
Olean City School District
Oneida City School District
Oneida-Herkimer-Madison BOCES
Oneonta City School District
Onondaga Central School District
Onondaga-Cortland-Madison BOCES
Ontario-Seneca-Yates-Cayuga-Wayne
BOCES
Onteora Central School District
Oppenheim-Ephratah-St. Johnsville Central
School District
Orange-Ulster BOCES
Orchard Park Central School District
Oriskany Central School District
Orleans-Niagara BOCES
Ossining Union Free School District
Oswego BOCES
Oswego City School District
Otego-Unadilla Central School District
Otsego-Delaware-Schoharie-Greene
BOCES
Owego-Apalachin Central School District
Oxford Academy and Central School
District
Oyster Bay-East Norwich Central School
District
Oysterponds Union Free School District

Palmyra-Macedon Central School District
Panama Central School District
Parishville-Hopkinton Central School District
Patchogue-Medford Union Free School District
Pavilion Central School District
Pawling Central School District
Pearl River Union Free School District
Peekskill City School District
Pelham Union Free School District
Pembroke Central School District
Penfield Central School District
Penn Yan Central School District
Perry Central School District
Peru Central School District
Phelps-Clifton Springs Central School District
Phoenix Central School District
Pine Bush Central School District
Pine Plains Central School District
Pine Valley Central School District (South Dayton)
Piseco Common School District
Pittsford Central School District
Plainedge Union Free School District
Plainview-Old Bethpage Central School District
Plattsburgh City School District
Pleasantville Union Free School District
Pocantico Hills Central School District
Poland Central School District
Port Byron Central School District
Port Chester-Rye Union Free School District
Port Jefferson Union Free School District
Port Jervis City School District
Port Washington Union Free School District
Portville Central School District
Potsdam Central School District
Poughkeepsie City School District
Prattsburgh Central School District
Pulaski Central School District
Putnam Central School District
Putnam Valley Central School District
Putnam-Westchester BOCES
Queensbury Union Free School District

Quogue Union Free School District
Randolph Academy Union Free School District
Randolph Central School District
Raquette Lake Union Free School District
Ravena-Coeymans-Selkirk Central School District
Red Creek Central School District
Red Hook Central School District
Remsen Central School District
Remsenburg-Speonk Union Free School District
Rensselaer City School District
Rensselaer-Columbia-Greene BOCES
Rhinebeck Central School District
Richfield Springs Central School District
Ripley Central School District
Riverhead Central School District
Rochester City School District (not BOCES)
Rockland BOCES
Rockville Centre Union Free School District
Rocky Point Union Free School District
Rome City School District
Romulus Central School District
Rondout Valley Central School District
Roosevelt Union Free School District
Roscoe Central School District
Roslyn Union Free School District
Rotterdam-Mohonasen Central School District
Roxbury Central School District
Royalton-Hartland Central School District
Rush-Henrietta Central School District
Rye City School District
Rye Neck Union Free School District
Sachem Central School District
Sackets Harbor Central School District
Sag Harbor Union Free School District
Sagaponack Common School District
Saint Regis Falls Central School District
Salamanca City School District
Salem Central School District
Salmon River Central School District
Sandy Creek Central School District
Saranac Central School District
Saranac Lake Central School District

Saugerties Central School District
Sauquoit Valley Central School District
Sayville Union Free School District
Scarsdale Union Free School District
Schalmont Central School District
Schenectady City School District
Schenevus Central School District
Schodack Central School District
Schoharie Central School District
Schroon Lake Central School District
Schuyler-Steuben-Chemung-Tioga-Allegany BOCES
Schuylerville Central School District
Scio Central School District
Scotia-Glenville Central School District
Seaford Union Free School District
Seneca Falls Central School District
Sewanhaka Central High School District
Sharon Springs Central School District
Shelter Island Union Free School District
Shenendehowa Central School District
Sherburne-Earlville Central School District
Sherman Central School District
Shoreham-Wading River Central School District
Sidney Central School District
Silver Creek Central School District
Skaneateles Central School District
Smithtown Central School District
Sodus Central School District
Solvay Union Free School District
Somers Central School District
South Colonie Central School District
South Country Central School District
South Glens Falls Central School District
South Huntington Union Free School District
South Jefferson Central School District
South Kortright Central School District
South Lewis Central School District
South Mountain-Hickory Common School District
South Orangetown Central School District
South Seneca Central School District
South Seneca Central School District
Southampton Union Free School District
Southern Cayuga Central School District
Southold Union Free School District
Southwestern Central School District at Jamestown
Spackenkill Union Free School District
Spencerport Central School District
Spencer-Van Etten Central School District
Springs Union Free School District
Springville-Griffith Institute Central School District
St. Lawrence-Lewis BOCES
Stamford Central School District
Starpoint Central School District
Stillwater Central School District
Stockbridge Valley Central School District
Suffern Central School District
Sullivan BOCES
Sullivan West Central School District
Susquehanna Valley Central School District
Sweet Home Central School District
Syosset Central School District
Syracuse City School District (not BOCES)
Taconic Hills Central School District
Tech Valley High School (Consortium)
The Enlarged City School District of the City of Saratoga Springs
Thousand Islands Central School District
Three Village Central School District
Ticonderoga Central School District
Tioga Central School District
Tompkins-Seneca-Tioga BOCES
Tonawanda City School District
Town of Webb Union Free School District
Tri-Valley Central School District
Troy City School District
Trumansburg Central School District
Tuckahoe Common School District
Tuckahoe Union Free School District
Tully Central School District
Tupper Lake Central School District
Tuxedo Union Free School District
Ulster BOCES
Unadilla Valley Central School District
Union Free School District of the Tarrytowns
Union Springs Central School District

Uniondale Union Free School District
Union-Endicott Central School District
Utica City School District
Valhalla Union Free School District
Valley Central School District
Valley Stream 13 Union Free School District
Valley Stream 24 Union Free School District
Valley Stream 30 Union Free School District
Valley Stream Central High School District
Van Hornesville-Owen D. Young Central School District
Vernon-Verona-Sherrill Central School District
Vestal Central School District
Victor Central School District
Voorheesville Central School District
Wainscott Common School District
Wallkill Central School District
Walton Central School District
Wantagh Union Free School District
Wappingers Central School District
Warrensburg Central School District
Warsaw Central School District
Warwick Valley Central School District
Washington-Saratoga-Warren-Hamilton-Essex BOCES
Washingtonville Central School District
Waterford-Halfmoon Union Free School District
Waterloo Central School District
Watertown City School District
Waterville Central School District
Watervliet City School District
Watkins Glen Central School District
Waverly Central School District
Wayland-Cohocton Central School District
Wayne Central School District
Wayne-Finger Lakes RIC
Webster Central School District
Weedsport Central School District

Wells Central School District
Wellsville Central School District
West Babylon Union Free School District
West Canada Valley Central School District
West Genesee Central School District
West Hempstead Union Free School District
West Irondequoit Central School District
West Islip Union Free School District
West Park Union Free School District
West Seneca Central School District
West Valley Central School District
Westbury Union Free School District
Westchester (Southern Westchester) BOCES
Western Suffolk (Suffolk-2) BOCES
Westfield Central School District
Westhampton Beach Union Free School District
Westhill Central School District
Westmoreland Central School District
Wheatland-Chili Central School District
Wheelerville Union Free School District
White Plains City School District
Whitehall Central School District
Whitesboro Central School District
Whitesville Central School District
Whitney Point Central School District
William Floyd Union Free School District
Williamson Central School District
Williamsville Central School District
Willsboro Central School District
Wilson Central School District
Windham-Ashland-Jewett Central School District
Windsor Central School District
Worcester Central School District
Wyandanch Union Free School District
Wynantskill Union Free School District
Wyoming Central School District
Yonkers City School District (not BOCES)
York Central School District
Yorkshire-Pioneer Central School District
Yorktown Central School District

## APPENDIX B
## COUNTIES OF NEW YORK STATE

Albany
Allegany
Bronx (part of New York City)
Broome
Cattaraugus
Cayuga
Chautauqua
Chemung
Chenango
Clinton
Columbia
Cortland
Delaware
Dutchess
Erie
Essex
Franklin
Fulton
Genesee
Greene
Hamilton
Herkimer
Jefferson
Kings / Brooklyn (part of New York City)
Lewis
Livingston
Madison
Monroe
Montgomery
Nassau

New York / Manhattan (part of New York City)
Niagara
Oneida
Onondaga
Ontario
Orange
Orleans
Oswego
Otsego
Putnam
Queens (part of New York City)
Rensselaer
Richmond / Staten Island (part of New York City)
Rockland
St. Lawrence
Saratoga
Schenectady
Schoharie
Schuyler
Seneca
Steuben
Suffolk
Sullivan
Tioga
Tompkins
Ulster
Warren
Washington
Wayne
Westchester
Wyoming
Yates