UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021
```

UNITED STATES OF AMERICA and the STATES OF THE UNITED STATES *ex rel.* PATRICK DONOHUE,

          Plaintiffs,

v.

RICHARD CARRANZA, in his official capacity as the Chancellor of New York City Department of Education, the NEW YORK CITY DEPARTMENT OF EDUCATION, THE CITY OF NEW YORK, the SCHOOL DISTRICTS OF THE UNITED STATES, and COUNTIES OF THE UNITED STATES,

          Defendants.

**FILED UNDER SEAL**

20 Civ. 5396 (GHW)

## THE GOVERNMENT'S NOTICE OF DECISION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America (the "Government" or the "United States"), by its undersigned attorney, hereby respectfully notifies the Court of its decision not to intervene in the above-referenced *qui tam* action.

Although the United States declines to intervene in this action, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain his action in the name of the United States, provided, however, that the complaint "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States respectfully requests that in the event that the relator or any defendant seeks to dismiss, settle, or otherwise discontinue this

action, the Court shall require the party or parties proposing such relief to solicit the written consent of the Government before applying for Court approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings and briefs filed in this matter be served upon the United States. The United States also requests that the Court direct relator's counsel to serve on the United States any orders issued by the Court. The United States reserves its right to order the transcript of any depositions taken with respect to the allegations in the relator's complaint. The United States also reserves its right to intervene with respect to the allegations in the relator's complaint, for good cause, at a later date, and to seek the dismissal of the relator's action.

The United States also requests that it be served with any notices of appeal.

A proposed order accompanies this notice.

Dated: New York, New York
       March 3, 2021

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney for the
                              Southern District of New York

                              By: _Rebecca S. Tinio_____
                                  REBECCA S. TINIO
                                  Assistant United States Attorney
                                  86 Chambers Street, 3rd Floor
                                  New York, NY  10007
                                  Telephone: 212-637-2774
                                  Facsimile: 212-637-2686
                                  E-mail: rebecca.tinio@usdoj.gov