UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

United States of America and States of the United States,
ex rel. Patrick Donohue,

                                        Plaintiffs,

                         -against-

[UNDER SEAL],

                                        Defendants.

------------------------------------------------------------------------x

**1:20–CV–5396 (GHW)**

**FIRST AMENDED
COMPLAINT**

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730(b)(2)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

United States of America and States of the United States,
ex rel. Patrick Donohue,

Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity as
the Chancellor of New York City Department of
Education, the NEW YORK CITY DEPARTMENT
OF EDUCATION, THE CITY OF NEW YORK,
the SCHOOL DISTRICTS OF THE UNITED STATES
(See Appendix A); and COUNTIES OF THE UNITED
STATES (See Appendix B),

Defendants.

-------------------------------------------------------------------------x

**1:20–CV–5396 (GHW)**

**FIRST AMENDED
COMPLAINT**

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Patrick Donohue ("Relator Donohue") brings this *qui tam* action on behalf of the United States of America ("United States") and the States of the United States along with the District of Columbia, (collectively, the "Government"), against Richard Carranza, in his official capacity as the Chancellor of New York City Department of Education ("Chancellor Carranza), the New York City Department of Education ("NYC DOE"), the City of New York ("NYC"), the School Districts in the United States ("US Schools", See Appendix A); and the Counties of United States ("US Counties", See Appendix B) under the federal False Claims Act, 31 U.S.C. § 3729-3733, ("FCA") as well as the corresponding state false claim statutes, The California False Claims Act, Cal. Gov't Code §§12650 et seq., The Colorado Medicaid False Claims Act, Colo. Rev. Stat. §§25.4-4-303.4 et seq., The Connecticut False Claims Act, Conn. Gen. Stat. §§17b-301a–17b-301p, The Delaware False Claims and Reporting Act, Section 1201(a) of the Delaware False Claims and Reporting Act, Del. Code Ann. tit. 6, §§ 1201 et seq., The District of Columbia False Claims Act, DC Code §§ 2-381.01 et seq., Florida False Claims Act, Fla. Stat. Ann. §§68.081 et seq., The Georgia False Medicaid Claims Act, Ga. Code Ann. § 49-4-168 et seq., Hawaii False Claims Act, Haw. Rev. Stat. Ann. §§661-21 et seq., Illinois False Claims Act, 740 Ill. Comp. Stat. Ann. 175/1 et seq., The Indiana False Claims Act and Whistleblower Protection Act, Ind. Code §§5-11-5.5 et seq., Iowa False Claims Act, Iowa Code §685.1 et seq., Louisiana Medical Assistance Program Integrity Law, La. Rev. Stat. Ann. §§6:438.1 et seq., The Maryland False Health Claims Act, Md. Code Ann. Health-Gen.§§2-601 et seq., The Massachusetts False Claims Act, Mass. Ann. Laws ch. 12, §§5 et seq., The Michigan Medicaid False Claims Act, Mich. Comp. Laws. Serv.§§400.601 et seq., The Minnesota False Claims Act, Minn. Stat. §§15C.01 et seq., The Montana False Claims Act, Mont. Code Ann. §§17-8-401 et seq., The Nevada Submission of False Claims to State or Local Government Act, Nev. Rev. Stat. Ann. §§357.010 et seq., The New Hampshire False Claims Act, N.H. Rev. Stat. Ann. §§167:61-b et seq., The New Jersey False Claims Act, N.J. Stat. Ann. §§ 2A:32C-1 et seq., The New Mexico Medicaid False Claims Act, N.M. Stat. Ann. §§27-14-1 et seq., and The New Mexico Fraud Against Taxpayers Act, N.M. Stat. Ann. §§44-9-1 et seq., The New York False Claims Act. N.Y. State Fin. Law §§188 et seq., The North Carolina False Claims Act, N.C. Gen. Stat. §§1-605 et seq., The Oklahoma Medicaid False Claims Act, Okla. Stat. tit. 63, §§5053 et seq., The Rhode Island False Claims Act, R.I. Gen. Laws §§9-1.1-

1 et seq., Tennessee False Claims Act, T.C.A §§ 4-18-101 et seq., and the Tennessee Medicaid False Claims Act, T.C.A. §§ 71-5-181 et seq., The Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code Ann.§§36.001 et seq., Virginia Fraud Against Taxpayers Act, Va. Code Ann. §§8.01-216.1 et seq., and The Washington Medicaid Fraud Act, RCW 74.66.005 et seq., and alleges upon his first-hand knowledge as follows:

## INTRODUCTION

1.  The case is about the efforts of Chancellor Carranza, NYC DOE, NYC, US Schools and US Counties (collectively, "Defendants") to extract from the United States and the States of United States along with the District of Columbia (the "Government"), hundreds of millions of dollars in payments by knowingly presented, or caused to be presented, false or fraudulent claims for payment or approval; knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim; knowingly made, or used, a false record or statement material to a false or fraudulent claim; knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government; and conspired to commit the above acts, all in violation of 31 U.S.C. § 3729(a)(1)(A),(B),(C) & (G).

2.  The Individuals with Disabilities Education Act, 20 U.S.C. §1400 ("IDEA")[1], the regulations of the United States Department of Education, which were promulgated pursuant to authority granted by the statute (34 C.F.R. Part 300), guarantees students with disabilities a free and appropriate public education ("FAPE").  The term FAPE[2] refers to special education and related services that are designed to meet a child's unique

---

[1] https://sites.ed.gov/idea/
[2] IDEA Section 602 (9) The term `free appropriate public education' means special education and related services that--
(A) have been provided at public expense, under public supervision and direction, and without charge;
(B) meet the standards of the State educational agency;
(C) include an appropriate preschool, elementary school, or secondary school education in the State involved; and
(D) are provided in conformity with the individualized education program required under section 614(d).

needs and that will prepare the child for further education, employment, and independent living.

3. The Defendants' scheme involves frauds against the federal government and the States of United States along with the District of Columbia. First, the Defendants' fraudulently created Individualized Education Plans (IEPs) for special education students knowing they could not implement these IEPs knowingly denying the students a FAPE. Second, the Defendants' fraudulently claimed they were providing special education and related services as outlined in the students' IEPs and billed and/or reimbursed by the federal government and the States of the United States along with the District of Columbia, for services that were not performed or were established fraudulently.

4. As a result of Defendants' multi-faceted campaign of fraud against the government, Defendants have collected hundreds of millions of dollars, if not billions of dollars, which they were never entitled.

5. But beyond this massive financial fraud on the government, the ultimate victims here are hundreds of thousands of students with disabilities and their parents who were relying on the Defendants to provide the services they were obligated to provide through IDEA.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. § 3730(a) (False Claims Act), 28 U.S.C. § 1331 (Federal question), 28 U.S.C. § 1367 (Supplemental jurisdiction), 31 U.S.C. § 3732 (False claims jurisdiction), and 28 U.S.C. § 1345 (United States as plaintiff).

7. To the extent, if any, that this case involves questions of special education rights under state law, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367.

8. Pursuant to 31 U.S.C. §3732(a) and 28 U.S.C. §1391(b), venue is properly placed within the Southern District of New York because at least one of the Defendants resides or transacts business in the Southern District, specifically, Richard Carranza ("Chancellor Carranza"), in his official capacity as Chancellor of the New York City

Department of Education, City of New York, and the New York City Department of Education ("NYC DOE"), maintain business offices in New York County. In addition, Realtor Donohue is a resident of New York County.

9.      Plaintiffs are entitled to costs and attorneys' fees under 31 U.S.C. §3730(d), if determined to be a prevailing party.

## FACTUAL ALLEGATIONS

10.     As the parent of a special education student, the NYC DOE Committee on Special Education ("CSE") fraudulently created an IEP for my daughter they knew they could not implement during the Covid-19 situation. However, they proceeded to finalize and fraudulently present it as a FAPE. There are dozens of other parents and students I have firsthand knowledge of NYC DOE CSE fraudulently doing the same thing.

11.     There are over 50 students I have firsthand knowledge of who NYC DOE failed to provide the services outlined in their IEP since March 2020 (including live synchronous services), however, fraudulently projected these students were continuing to be properly serviced remotely. In addition, the NYC DOE CSE fraudulently created IEPs for the 2020-2021 school year for these students they knew they could not implement during the Covid-19 situation.

12.     There are more than five hundred additional students I have firsthand knowledge of who their Local Educational Agencies (LEAs) throughout the United States failed to provide services outlined in their IEP since March 2020 (including live synchronous services), however, fraudulently projected these students were continuing to be properly serviced remotely. In addition, these LEAs fraudulently created IEPs for the 2020-2021 school year for these students they knew they could not implement during the Covid-19 situations. It is my belief and understanding these fraudulent practices have occurred throughout the United States' school districts.

## IDEA PART B Funding

13.   The purpose of IDEA Part B (20 USCS § 1415) grants is to assist States, outlying areas, freely associated States, and the Secretary of the Interior to provide special education and related services to children with disabilities, including that children with disabilities have access to a free appropriate public education (FAPE). In general, IDEA Part B funds ***must be used only to pay the excess costs of providing FAPE to children with disabilities,*** such as costs for special education teachers and administrators; related services providers (speech therapists, psychologists, etc.); materials and supplies for use with children with disabilities; professional development for special education personnel; professional development for regular education teachers who teach children with disabilities; and specialized equipment or devices to assist children with disabilities. Generally IDEA funds cannot be used for core instruction in the general education classroom, instructional materials for use with non-disabled children, or for professional development of general education teachers not related to meeting the needs of students with disabilities. Two exceptions to these guidelines are when IDEA Part B funds are used for coordinated early intervening services[3] (CEIS) or are consolidated in a Title I schoolwide school (under ESEA).

14.   LEAs may use up to 15 percent of their IDEA Part B funds for CEIS to assist students in grades K through 12 (with an emphasis on K through 3) who are not currently identified as needing special education and related services but who need additional academic and behavioral support to succeed in a general education environment.[4] CEIS funds can be used to provide professional development[5] to educators who are responsible for helping children who need additional academic and behavioral support succeed in a general education environment or to provide direct interventions to children who need academic and behavioral support. CEIS funds may be used in coordination with ESEA funds but ***must supplement, and not supplant,*** ESEA funds for those activities.[6]

15.   A Title I schoolwide school may use, to carry out the schoolwide project, an amount of

---

[3] Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, § 618(d)(2)(B); Note: The calculation for the maximum CEIS funds is based on the total of the regular IDEA, Part B allocations
[4] IDEA Section 613(f).
[5] IDEA Section 613(f)(2)(A)
[6] IDEA Section 613(f)(5).

IDEA funds that is the same proportion of the total cost of the project as the number of children with disabilities benefiting from the program is to the total school population participating in the program. In a Title I schoolwide school that consolidates Federal funds (e.g., ESEA, IDEA, etc.), a school may use those funds for any activity in its schoolwide plan without accounting separately for the funds.[7]  The schoolwide school ***needs to ensure that children with disabilities continue to receive FAPE,*** but would not need to show that IDEA funds were spent only on allowable special education and related services expenditures.[8]

## **MEDICAID Funding**

16.    A public school must offer all children a FAPE regardless whether or not it receives federal funds under IDEA.  Many IDEA-eligible children are covered by the Medicaid program, a federal program managed through the Centers for Medicare & Medicaid Services ("CMS"), whose Early and Periodic Screening, Diagnosis and Treatment mandate requires Medicaid agencies to provide eligible children under 21 years old with the services necessary to meet their medical needs. In many cases, a Medicaid-eligible child's IEP under IDEA includes health-related services such as audiology, nursing and therapies that are medical in nature and covered by Medicaid.[9]

17.    In 1988, federal law was amended, through the passage of the Medicare Catastrophic Coverage Act of 1988, to allow Medicaid payment for services provided to children under IDEA.  Recognizing that schools provide medically necessary services and IDEA funding typically covers less than 20 percent of the average per student costs for special education, the US Congress amended federal law in 1988 expressly to forbid Medicaid from restricting or prohibiting payment for covered services authorized in a child's IEP.[10]    This amendment was enacted to require Medicaid to be primary to the

---

[7] ESEA Section 1114.

[8] IDEA Section 613(a)(2)(D)

[9] In the late 1980s courts agreed that inclusion in an IEP did not automatically establish a service as educational rather than medical in nature. See Commonwealth of Massachusetts v Heckler, 616F. Supp. 687 (D. Mass. 1985), Commonwealth of Massachusetts v Bowen, 816F.2d 796 (1st Cir. 1987), and Bowen v Massachusetts, 487 U.S. 879, 108 S.CT 2722 (1988).

[10] Section 411(k)(13) of the Medicare Catastrophic Coverage Act of 1988 - P.L. 100-360.

Department of Education for payment of the health-related services provided under IDEA and the school districts must follow strict reporting requirements to secure this federal funding.[11]  Even prior to the amendment in 1988, the school districts had strict reporting requirements.[12]

18.  There are six conditions that must be met for Medicaid to reimburse for IDEA-related services: 1) The child receiving the service must be enrolled in Medicaid; 2) The services are medically necessary; 3) The services must be covered in the state Medicaid plan or authorized by the federal Medicaid statute; 4) The services must be listed in the child's individualized education program (IEP); 5) The school district or local educational agency (LEA) must be authorized by the state as a qualified Medicaid provider; and 6) The LEA or school district must follow state guidance as to how claims are to be submitted for reimbursement.  School districts and providers are instructed to maintain proper documentation and follow the reporting requirements to avoid fraud.[13]

19.  Various improper billing by states and school districts have occurred through Medicaid throughout the decades since the law was changed in 1988 and CMS has increased its oversight and regulations for school districts to continue to receive these federal dollars.[14] As an example New York State has continued to be out of compliance.[15]  A whistleblower filed a federal lawsuit in 1998 and the federal audit found the program to be out of compliance with federal guidelines and that New York State school districts did not maintain adequate documentation to support Medicaid billing.  The lawsuit was settled for $540 million in or about 2009, and a new state plan amendment was approved in April 2010.  The biggest difference between the old claiming methodology and the new methodology is the old methodology was based on a minimum number of services per month ***while the new methodology requires the school districts to PROVE a***

---

[11] CMS Medicaid School-based Administrative Claiming Guide (May 2003): https://www.cms.gov/Research-Statistics-Data-and-Systems/Computer-Data-and-Systems/MedicaidBudgetExpendSystem/Downloads/Schoolhealthsvcs.pdf

[12] CMS Medicaid and School Health: A Technical Assistance Guide (August 1997): http://paradigm-healthcare.com/news/medicaid-and-school-health-a-technical-assistance-guide/

[13] How to Obtain Medicaid Funding for School-Based Services: A Guide for Schools in System of Care Communities: http://www.rippleeffects.com/pdfs/MedicaidFunding.pdf

[14] https://www.cms.gov/newsroom/fact-sheets/hhs-issues-final-rules-protect-medicaid-improper-payments-school-based-claiming

[15] https://oig.hhs.gov/oas/reports/region2/20301008.pdf

_**session occurred in order to bill.**_[16]  The School Supportive Health Services Program (SSHSP) and the Preschool Supportive Health Services Program (PSHSP) were developed jointly by the New York State Education Department (NYS SED) and the New York State Department of Health (NYS DOH). SSHSP applies to the 5-21 year old population and PSHSP applies to the preschool 3-4 year population pursuant to §4410 of the Education Law. SSHSP and PSHSP were established to assist school districts and counties in obtaining Medicaid Reimbursement for certain diagnostic and health support services provided to students with disabilities.[17]  SSHSP and PSHSP created a handbook in 2014, to provide specific guidelines for LEAs to follow in order to receive Medicaid funding.[18]  NYC DOE has an entire department within its bureaucracy to maximize its Medicaid funding.[19]

20.   SSHSP provided specific guidance to all service providers about proper and improper Medicaid billing during the Covid-19 situation in a June 5, 2020, memorandum.  In the memorandum SSHSP specifically stated, "There must be live interaction between the therapist and the student or Medicaid cannot be billed. There is no Medicaid reimbursement for videos, material packets, activities that are not completed during a live interaction between the therapist and the student."; "No, text messaging and email contact with students or parents will not be reimbursable by SSHSP Medicaid."; "No, sending activities for a student to complete will not be reimbursable by SSHSP Medicaid."; "No, providing consultation to parents is not a reimbursable SSHSP service."; and "No, asynchronous "store and forward" services are not reimbursable by Medicaid under the SSHSP."[20]

21.   The United Federation of Teachers ("UFT") is the sole bargaining agent for most of the non-supervisory educators who work in the New York City public schools. UFT represents approximately 75,000 teachers, 19,000 classroom paraprofessionals, along with related service providers, such as occupational therapists, physical therapists and speech therapists.[21]  Despite the clear guidance from the New York State Education

---

[16] https://www.uft.org/files/attachments/medicaid-speech.pdf
[17] http://www.oms.nysed.gov/medicaid/
[18] http://www.oms.nysed.gov/medicaid/handbook/sshsp_handbook_8_nov_25_14.pdf
[19] https://infohub.nyced.org/working-with-the-doe/special-education-providers/medicaid#jump-to-heading-21
[20] http://www.oms.nysed.gov/medicaid/medicaid_alerts/alerts_2020/20_02_Addendum.html
[21] https://www.uft.org/your-union/about-uft

Department and the New York State Health Department about providing live, synchronous instruction, UFT advised its members, "...synchronous instruction *is not required* at this time."[22] (emphasis added)

22.    CMS tracks state expenditures through the automated Medicaid Budget and Expenditure System/State Children's Health Insurance Budget and Expenditure System (MBES/CBES). The MBES/CBES is a web-based application system that has been implemented nationwide. The system allows states to report budgeted and actual expenditures for Medicaid and the Children's Health Insurance Program (CHIP), by electronically submitting their Form CMS-64 directly to the CMS Data Center and the Medicaid data base.  The amounts reported on and its attachments must be actual expenditures for which all supporting documentation, in readily reviewable form, has been compiled and is available immediately at the time the claim is filed. Form CMS-64 is a statement of expenditures for which states are entitled to Federal reimbursement under Title XIX and which reconciles the monetary advance made on the basis of Form CMS-37 filed previously for the same quarter. Consequently, the amount claimed on the Form CMS-64 is a summary of expenditures derived from source documents such as invoices, cost reports and eligibility records. All summary statements or descriptions of each claim must identify the claim and source documentation. Claims developed through the use of sampling, projections, or other estimating techniques are considered estimates and are not allowable under any circumstances. Where states are unable to develop and document a claim for expenditures on a current basis, they must withhold it until the actual amount, supported by final documentation, has been determined. The state must report that amount on a future Form CMS-64 as a prior period adjustment.[23]

23.    Medicaid spending on school-based health accounts for about $4.5 billion[24] of the of the entire Medicaid budget of approximately $400 billion.[25]  The 2019 IDEA funding is approximately $13.5 billion.[26]  In New York State the amount of Medicaid spending

---

[22] https://www.uft.org/your-rights/safety-health/coronavirus/guidance-on-remote-learning
[23] https://www.medicaid.gov/medicaid/financial-management/state-expenditure-reporting-medicaid-chip/index.html
[24] https://www.medicaid.gov/medicaid/financial-management/state-expenditure-reporting-for-medicaid-chip/expenditure-reports-mbescbes/index.html
[25] Congress of the United States Congressional Budget Office. (2019.) The Budget and Economic Outlook 2019 – 2029. Retrieved from: https://www.cbo.gov/system/files?file=2019-01/54918-Outlook.pdf
[26] United State Department of Education. (2018.) Department of Education Fiscal Year 2019 Congressional Action. Retrieved from: https://www2.ed.gov/about/overview/budget/budget19/19action.pdf

in the schools was $273,563,018, and $136,781,511 of that came from federal funds.[27]

## TYPES OF FRAUD ALLEGED

24.     The FCA subjects those who receive federal funds fraudulently to civil liability.[28]  The
        United States Justice Department rely on the provision to curb the abuse of federal
        funds in programs ranging from Medicaid to disaster assistance.[29]

## FALSE CERTIFICATION FRAUD

25.     The Defendants submitted a "false claim" when its representatives submitted fraudulent
        representations that A) the IEPs they created were knowingly not in compliance with
        IDEA and they could not implement these IEPs, thereby denying the students a FAPE,
        and B) when their service providers knowingly misrepresented they were providing
        related services in accordance with IDEA and Medicaid regulations.  These claims
        were legally false, since the provider knew it was in violation of federal regulations at
        the time of submission.[30] The federal and state government only disbursed the money

---

[27] https://www.cbpp.org/research/health/medicaid-helps-schools-help-children

[28] *See* 31 U.S.C. § 3729(a) (2012). Originally enacted during the Civil War, the Act served as the first widespread check on military contractors who defrauded the Union army. See Christopher L. Martin, Jr., Comment, *Reining in Lincoln's Law: A Call to Limit the Implied Certification Theory of Liability Under the False Claims Act*, 101 Calif. L. Rev. 227, 236 (2013). As the federal bureaucracy grew in the twentieth century, the scope and impact of the FCA grew as well. *See id.* at 229.

[29] *See* Press Release, U.S. Dep't of Justice, Justice Department Recovers Over $4.7 Billion from False Claims Act Cases in Fiscal Year 2016 (Dec. 14, 2016), https://www.justice.gov/opa/pr/justice-department-recovers-over-47-billion-false-claims-act-cases-fiscal-year-2016 [https://perma.cc/PEJ3-NW4B] ("The False Claims Act is the government's primary civil remedy to redress false claims for government funds and property under government programs and contracts relating to such varied areas as health care, defense and national security, food safety and inspection, federally insured loans and mortgages, highway funds, small business contracts, agricultural subsidies, disaster assistance, and import tariffs.").

[30] Keith D. Barber et al., *Prolific Plaintiffs or Rabid Relators: Recent Developments in False Claims Act Litigation*, 1 Ind. Health L. Rev. 131, 137 (2004). Occasionally, courts will apply a limited version of this theory, "finding it applicable only 'when certification is a prerequisite to obtaining a government benefit.' " Id. (quoting United States ex rel. Hopper v. Anton, 91 F.3d 1261, 1266 (9th Cir. 1996)). For example, in *United States ex rel. Hopper v. Anton*, the Ninth Circuit concluded that under the FCA "the false certification of compliance . . . creates liability when certification is a prerequisite to obtaining a government benefit." 91 F.3d 1261, 1266 (9th Cir. 1996); see also United States ex rel. Thompson v. Columbia/HCA Healthcare Corp., 125 F.3d 899, 902 (5th Cir. 1997) ("[W]here the government has conditioned payment of a claim upon a claimant's certification of compliance with, for example, a statute or regulation, a claimant submits a false or fraudulent claim when he or she falsely certifies compliance with that statute or regulation.")

because the Defendants certified that they would comply with the relevant federal regulations. In other words, the Defendants lied when it took federal funds while simultaneously—and knowingly—breaking federal regulations. Specifically in *Hopper*, the Court stated, "It requires a false claim. Thus, some request for payment containing falsities made with scienter (i.e., with knowledge of the falsity and with intent to deceive) must exist."

## IMPLIED CERTIFICATION FRAUD

26.    In some instances, the Defendants' representative may not have actually signed a form certifying compliance would still violate the FCA.[31]  By the provider submitting the claim, it is implied the provider affirmed that it was in compliance with the regulations, since violating those regulations would have made it ineligible to receive the funding. Put another way, the fact the provider submitted any claim at all when it knew or should have known it was ineligible to receive funds because of a violation is what makes the claim legally "false."

27.    The Sixth Circuit found a holding company for home health-care agencies liable under the FCA for implicitly certifying compliance. The holding company submitted a claim for reimbursements for payments made to its employee-benefits plan, even though those benefits were paid back to the provider the next day. The court concluded that the provider's signed statement accompanying its cost reports, which said that the reports were "true, correct, and complete" to the best of the signer's knowledge, was enough for the provider to be liable under the FCA. The court concluded that the company was

---

[31] See Barber et al., *supra* note 57, at 137; see, e.g., Universal Health Servs., Inc. v. United States, 136 S. Ct. 1989, 1995 (2016) ("We first hold that, at least in certain circumstances, the implied false certification theory can be a basis for liability."); United States ex rel. Augustine v. Century Health Servs., Inc., 289 F.3d 409, 416 (6th Cir. 2002) (stating that FCA claims brought under an implied certification theory can proceed as long as "the contractor knew, or recklessly disregarded a risk, that its implied certification of compliance was false" (quoting Shaw v. AAA Eng'g & Drafting, Inc., 213 F.3d 519, 533 (10th Cir. 2000))); Mikes v. Straus, 274 F.3d 687, 700 (2d Cir. 2001) ("[W]e think a medical provider should be found to have implicitly certified compliance with a particular rule as a condition of reimbursement in limited circumstances."); Shaw v. AAA Eng'g & Drafting, Inc., 213 F.3d 519, 531 (10th Cir. 2000) ("[T]he language and structure of the FCA itself supports the conclusion that, under 31 U.S.C. § 3729(a)(1), a false implied certification may constitute a 'false or fraudulent claim.' "); AbTech Constr., Inc. v. United States, 31 Fed. Cl. 429, 434 (1994) (finding the defendant liable under an implied certification theory).

liable even though the provider did not explicitly state that, when it signed the statement, it would not transfer the specific funds.[32] The Supreme Court recently endorsed the Implied Certification Fraud theory in Universal Health Services, Inc. v. United States.[33]

28.    In this context, the relevant regulations include keeping accurate attendance and providing special education services to all students.[34] Thus, the Defendants who did not keep close track of log-ins and attendance data would be liable since school officials implicitly certified that they would keep their data current when they made the claim for public funds.

## WORTHLESS SERVICES FRAUD

29.    Under the Worthless Services Fraud understanding of false claiming, the Defendants are liable since the limited services they may have provided was so subpar as to be completely worthless.[35] By claiming reimbursement for providing valueless care, the provider effectively has forced the government to pay for nothing—making it so the provider submits a legally false claim when it asks the government to reimburse it for services that have no value.[36] These deceptive practices are a prima facie case of

---

[32] *Augustine*, 289 F.3d at 416

[33] 136 S. Ct. 1989 (2016).

[34]        *See,*        e.g.,        Clare        McCann,        IDEA        Funding,        EdCentral: Edcyclopedia,http://www.edcentral.org/edcyclopedia/individuals-with-disabilities-education-act-funding-distribution/ [https://perma.cc/YJ2U-AL4U] (discussing the requirement to provide services to students with special needs); see also Office of Elementary & Secondary Educ., U.S. Dep't of Educ., Non-Regulatory Guidance: Local Educational Agency Identification and Selection of School Attendance Areas and School and Allocation of Title I Funds        to        Those        Areas        and        Schools        (2003),        https://www2.ed.gov/programs/titleiparta/wdag.doc [https://perma.cc/N4KV-N3W6] (discussing the requirements for schools to receive Title I funds).

[35] Isaac D. Buck, *Caring Too Much: Misapplying the False Claims Act to Target Overtreatment*, 74 Ohio St. L.J. 463, 487–88 (2013); see, e.g., United States ex rel. Lee v. SmithKline Beecham, Inc., 245 F.3d 1048, 1053 (9th Cir. 2001) ("In an appropriate case, knowingly billing for worthless services or recklessly doing so with deliberate ignorance may be actionable under § 3729, regardless of any false certification conduct."); Mikes v. Straus, 274 F.3d 687, 703 (2d Cir. 2001) ("We agree that a worthless services claim is a distinct claim under the Act. It is effectively derivative of an allegation that a claim is factually false because it seeks reimbursement for a service not provided.").

[36] Buck, *supra* note 73, at 487–88. This theory emerged after the U.S. Attorney's Office for the Eastern District of Pennsylvania successfully prosecuted a long-term care facility after one of its patients was sent to the emergency room and found to be suffering from "26 ulcers, a gangrenous leg and a series of other serious complications." Id. (quoting Devin S. Schindler, *Pay for Performance, Quality of Care and the Revitalization of the False Claims Act*, 19 Health Matrix 387, 396–97 (2009)).

fraudulent behavior. If a provider's services are so bad that they in effect have no value, the provider might as well be selling snake oil. The Defendants knew the services they were claiming to provide were sub-par, if not worthless.[37]

30.     In United States ex rel. Lee v. SmithKline Beecham, Inc., the Ninth Circuit upheld the concept of a Worthless Services Fraud theory by stating it was possible for plaintiffs to state a claim for worthless services fraud.[38] There, a laboratory billed Medicare for tests it had completed using control samples that it knew fell outside of the acceptable standard of error.[39] Likewise, defendants in a Virginia FCA case settled after the plaintiffs alleged worthless services fraud where the defendant nursing home had claimed Medicare benefits while neglecting patients.[40]

## FIRST CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(A))

Presenting False Claims for Payment

31.     The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

32.     The United States seeks relief against Defendants under Section 3729(a)(1)(A) of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A).

---

[37] Cf. Ctr. for Research on Educ. Outcomes, Stanford Univ., Online Charter School Study 23 (2015), https://credo.stanford.edu/pdfs/Online%20Charter%20Study%20Final.pdf [https://perma.cc/74M4-N5SA] (finding that students in online charter schools lagged behind their peers in traditional schools in terms of academic achievement). In one Stanford University study, researchers found that students in online charter schools made academic gains in math that translated to the gains that the researchers would have expected to see if they had spent 180 fewer days—or an entire academic year—learning than their peers in a brick-and-mortar classroom. Id. Likewise, online charter school students' reading gains put them 72 school days behind their peers in traditional schools. Id.
[38] 245 F.3d at 1053.
[39] Id. at 1050
[40] Compare David R. Hoffman, The Role of the Federal Government in Ensuring Quality of Care in Long-Term Care Facilities, 6 Annals Health L. 147, 148 (1997), with Michael J. Davidson, Governmental Responses to Elder Abuse and Neglect in Nursing Homes: The Criminal Justice System and the Civil False Claims Act, 12 Elder L.J. 327, 344 (2004), for a discussion of United States v. GMS Management-Tucker, Inc., a case that settled after federal prosecutors brought a suit against a Virginia nursing home that claimed Medicaid benefits while failing to provide adequate care, including allowing one patient to develop twenty-six bedsores, one of which was as large as a grapefruit.

33.     As set forth above, Defendants knowingly presented, or caused to be presented, false and fraudulent claims for payment or approval in connect with the submission of claim for school-based services for students with disabilities.

34.     Medicaid and Department of Education paid school districts, counties or municipalities state and Federal funds because of Defendants' fraudulent conduct.

35.     By reason of Defendants' false claims, the States of the United States along with the District of Columbia and the United States have been damaged in a substantial amount to be determined at trial.

## SECOND CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(B))

Use of False Statements

36.     The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

37.     The United States seeks relief against Defendants under Section 3729(a)(1)(B) of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

38.     As set forth above, Defendants knowingly made, used, or caused to be made and used, false records and statements material to a false or fraudulent claim paid or approved in connect with the submission of claim for school-based services for students with disabilities.

39.     Medicaid and Department of Education paid school districts, counties or municipalities state and Federal funds because of Defendants' fraudulent conduct.

40. By reason of Defendants' false claims, the States of the United States along with the District of Columbia and the United States have been damaged in a substantial amount to be determined at trial.

## THIRD CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(G))

Use of False Statements

41. The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

42. The United States seeks relief against Defendants under Section 3729(a)(1)(G) of the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

43. As set forth above, Defendants knowingly made, used, or caused to be made and used, false records and statements material to an obligation to pay or transmit money or property to the Government or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government.

44. Medicaid and Department of Education paid school districts, counties or municipalities state and Federal funds because of Defendants' fraudulent conduct.

45. By reason of Defendants' false claims, the States of the United States along with the District of Columbia and the United States have been damaged in a substantial amount to be determined at trial.

## FOURTH CLAIM

Violations of the False Claims Act

(31 U.S.C. § 3729(a)(1)(C))

Conspiracy to Commit a Violation of the False Claims Act

46.   The United States and Relator Donohue incorporate by reference the above paragraphs as if fully set forth herein.

47.   The United States seeks relief against Defendants under Section 3729(a)(1)(C) of the False Claims Act, 31 U.S.C. § 3729(a)(1)(C).

48.   As set forth above, Defendants conspired to commit a violation of subparagraph (A), (B) and (G) of the False Claims Act.

49.   Defendants have committed at least one overt act in furtherance of their conspiracy.

50.   By reason of Defendants' conspiracy, the States of the United States along with the District of Columbia and the United States have been damaged in a substantial amount to be determined at trial.

WHEREFORE, Plaintiff the United States ex rel. Patrick Donohue respectfully request that judgment be entered in their favor and against Defendants as follows:

a.   On the First, Second, Third and Fourth Claims for Relief (Violations of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A), (B), (C) and (G), for treble the United States' damages, in an amount to be determined at trial, and an $11,000 penalty for each and every false or fraudulent claim, record or statement made, used, presented or caused to be made, used or presented by Defendants; and

b.   Awarding Patrick Donohue his relator's share pursuant to 31 U.S.C. § 3730(d)(1) or (2); and

c.   On the First, Second, Third and Fourth Claims for Relief, an award of costs and attorney's fees pursuant to 31 U.S.C. § 3730(d); and

d.    Awarding such other and further relief as this Court deems just and proper.

Dated: August 20, 2020

Respectfully submitted,

Patrick B. Donohue, Esq.
55 W 116th Street – Suite 159
New York, NY 10026
(917) 359-4556

TO:

United States Attorney
for the Southern District of New York
86 Chambers Street – 3rd Floor
New York, N.Y. 10007

Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

## Appendix A
### SCHOOL DISTRICTS IN THE UNITED STATES

(Abbreviations: S.D. = School District, I.S.D. = Independent School District, U.S.D. = Unified School District, C.S.D. = Consolidated School District, E.S.D. = Elementary School District, S.Dt. = School Department., P.S. = Public School)

### Alabama

Alabaster City
Albertville City
Alexander City
Andalusia City
Anniston City
Arab City
Attalla City
Athens City
Auburn City
Autauga Cnty
Baldwin Cnty
Barbour Cnty
Bessemer City
Bibb Cnty
Birmingham City
Blount Cnty
Boaz City
Brewton City
Bullock Cnty
Butler Cnty
Calhoun Cnty
Chambers Cnty
Cherokee Cnty
Chilton Cnty
Choctaw Cnty
Clarke Cnty
Clay Cnty
Cleburne Cnty
Coffee Cnty
Colbert Cnty
Conecuh Cnty
Coosa Cnty
Covington Cnty
Crenshaw Cnty
Cullman City
Cullman Cnty
Dale Cnty
Daleville City
Dallas Cnty
Decatur City
DeKalb Cnty
Demopolis City
Dothan City
Elba City
Elmore Cnty

Enterprise City
Escambia Cnty
Etowah Cnty
Eufaula City
Fairfield City
Fayette Cnty
Florence City
Fort Payne City
Fort Rucker
Franklin Cnty
Gadsden City
Geneva City
Geneva Cnty
Greene Cnty
Guntersville City
Hale Cnty
Haleyville City
Hartselle City
Henry Cnty
Homewood City
Hoover City
Houston Cnty
Huntsville City
Jackson Cnty
Jacksonville City
Jasper City
Jefferson Cnty
Lamar Cnty
Lanett City
Lauderdale Cnty
Lawrence Cnty
Lee Cnty
Leeds City
Limestone Cnty
Linden City
Lowndes Cnty
Macon Cnty
Madison City
Madison Cnty
Marengo Cnty
Marion Cnty
Marshall Cnty
Midfield City
Mobile Cnty
Monroe Cnty

Montgomery Cnty
Morgan Cnty
Mountain Brook City
Muscle Shoals City
Oneonta City
Opelika City
Opp City
Oxford City
Ozark City
Pelham City Schools
Pell City
Perry Cnty
Phenix City
Pickens Cnty
Piedmont City
Pike Cnty
Randolph Cnty
Roanoke City
Russell Cnty
Russellville City
Saint Clair Cnty
Saraland
Scottsboro City
Selma City
Sheffield City
Shelby Cnty
Sumter Cnty
Sylacauga City
Talladega City
Talladega Cnty
Tallapoosa Cnty
Tallassee City
Tarrant City
Thomasville City
Troy City
Trussville City
Tuscaloosa City
Tuscaloosa Cnty
Tuscumbia City
Vestavia Hills City
Walker Cnty
Washington Cnty
Wilcox Cnty
Winfield City
Winston Cnty

### Alaska

Alaska Gateway S.D.
Aleutian Region S.D.
Aleutians East Borough S.D.
Alyeska Central School
Anchorage Education Line Office
Anchorage S.D.
Annette Island S.D.
Adak Region S.D.
Bering Strait S.D.
Bristol Bay Borough S.D.
Chatham Region S.D.
Chugach S.D.
Copper River S.D.
Cordova City S.D.
Craig City S.D.
Delta/Greely S.D.
Denali Borough S.D.

Dillingham City S.D.
Fairbanks North Star Borough S.D.
Galena City S.D.
Haines Borough S.D.
Hoonah City S.D.
Hydaburg City S.D.
Iditarod Area S.D.
Juneau S.D.
Kake City S.D.
Kashunamiut S.D.
Kenai Peninsula Borough S.D.
Ketchikan Gateway Borough S.D.
Klawock City S.D.
Kodiak Island Borough S.D.
Kuspuk S.D.
Lake and Peninsula S.D.
Lower Kuskokwim S.D.

Lower Yukon S.D.
Matanuska-Susitna Borough S.D.
Mount Edgecumbe High School
Nenana City S.D.
Nome P.S.s
North Slope Borough S.D.
Northwest Arctic Borough S.D.
P[edit]
Pelican City S.D.
Petersburg City S.D.
Pribilof S.D.
Saint Mary's S.D.
Sitka Borough S.D.
Skagway City S.D.
Southeast Island S.D.
Southwest Region S.D.
Unalaska City S.D.

Valdez City Schools
Wrangell Public S.D.

Agua Fria Union High S.D. #216
Aguila E.S.D. #63
Ajo U.S.D. #15
Alhambra E.S.D. #68
Alpine E.S.D. #7
Altar Valley E.S.D. #51
Amphitheater U.S.D. #10
Antelope Union High S.D. #50
Apache E.S.D. #42
Apache Junction U.S.D. #43
Arizona Western College
Arlington E.S.D. #47
Ash Creek E.S.D. #53
Ash Fork Joint U.S.D. #31
Avondale E.S.D. #44
Baboquivari U.S.D. #40
Bagdad U.S.D. #20
Balsz E.S.D. #31
Beaver Creek E.S.D. #26
Benson U.S.D. #9
Bicentennial Union High S.D. #76
Bisbee U.S.D. #2
Blue E.S.D. #22
Blue Ridge U.S.D. #32
Bonita E.S.D. #16
Bouse E.S.D. #26
Bowie U.S.D. #14
Buckeye E.S.D. #33
Buckeye Union High S.D. #201
Bullhead City E.S.D. #15
Camp Verde U.S.D. #28
Canon E.S.D. #50
Cartwright E.S.D. #83
Casa Grande E.S.D. #4
Casa Grande Union High S.D. #82
Catalina Foothills U.S.D. #16
Cave Creek U.S.D. #93
Cedar U.S.D. #25
Chandler U.S.D. #80
Chevelon Butte S.D. #5
Chinle U.S.D. #24
Chino Valley U.S.D. #51
Clarkdale-Jerome E.S.D. #3
Clifton U.S.D.
Cochise Cnty Community College District
Cochise E.S.D. #26
Coconino Community College District
Coconino Cnty Regional Accommodation S.D.
Colorado City U.S.D. #14
Colorado River Union High S.D. #2
Concho E.S.D. #6
Congress E.S.D. #17
Continental E.S.D. #39
Coolidge U.S.D. #21
Cottonwood-Oak Creek E.S.D. #6
Crane E.S.D. (Arizona) #13
Creighton E.S.D. #14
Crown King E.S.D. #41
Deer Valley U.S.D. #97
Double Adobe E.S.D. #45
Douglas U.S.D. #27
Duncan U.S.D. #2
Dysart U.S.D. #89
Eagle Elementary District #45
Eastern Arizona Junior College District
(Eastern Arizona College)
Elfrida E.S.D. #12

Yakutat S.D.
Yukon Flats S.D.

## Arizona

Eloy E.S.D. #11
Esperanza Academy Accommodation S.D.
Flagstaff U.S.D.
Florence U.S.D. #1
Flowing Wells U.S.D. #8
Forrest E.S.D.
Fort Huachuca Accommodation District
(military base school)
Fort Thomas U.S.D. #7
Fountain Hills U.S.D. #984
Fowler E.S.D. #45
Fredonia-Moccasin U.S.D.
Fredonia-Moccasin U.S.D.
Gadsden E.S.D. #32
Ganado U.S.D. #20
Gila Bend U.S.D. #24
Gila Community College District
Gilbert U.S.D. #41
Glendale E.S.D. #40
Glendale Union High S.D. #205
Globe U.S.D. #1
Graham Cnty Special Services
Grand Canyon U.S.D. #4
Greenlee Cnty Accommodation District
Hackberry S.D. #3
Hayden-Winkelman U.S.D. #41
Heber-Overgaard U.S.D. #6
Higley U.S.D. #60
Hillside E.S.D. #35
Holbrook U.S.D. #3
Humboldt U.S.D. #22
Hyder E.S.D. #16
Isaac S.D. #5
J. O. Combs U.S.D. #44
Joseph City U.S.D. #2
Kayenta U.S.D. #27
Kingman U.S.D. #20
Kirkland E.S.D. #23
Klondyke S.D. #9
Kyrene E.S.D. #28
Lake Havasu U.S.D. #1
Laveen E.S.D. #59
Liberty E.S.D. #25
Litchfield E.S.D. #79
Littlefield U.S.D. #9
Littleton E.S.D. #65
Madison S.D. #38
Maine Consolidated E.S.D. #10
Mammoth-San Manuel U.S.D. #8
Marana U.S.D. #6
Maricopa Cnty Regional District #509
Maricopa U.S.D. #20
Mary C. O'Brien Accommodation S.D.
Mayer U.S.D. #43
McNary E.S.D. #23
McNeal E.S.D. #55
Mesa P.S.s #4
Miami U.S.D. #40
Mingus Union High S.D. #4
Mobile E.S.D. #86
Mohave Valley E.S.D. #16
Mohawk Valley E.S.D. #17
Morenci U.S.D.
Morristown E.S.D. #75
Murphy E.S.D. #21
Naco E.S.D. #23
Nadaburg U.S.D. #81
Nogales U.S.D. #1

Yukon–Koyukuk S.D.
Yupiit S.D.

Oracle E.S.D. #2
Osborn E.S.D. #8
Owens-Whitney E.S.D. #6
Page U.S.D. #8
Palo Verde E.S.D. #49
Paloma E.S.D. #94
Palominas E.S.D. #49
Paradise Valley U.S.D. #69
Parker U.S.D. #27
Patagonia E.S.D. #6
Patagonia Union High S.D. #20
Payson U.S.D. #10
Peach Springs U.S.D. #8
Pearce E.S.D. #22
Pendergast E.S.D. #92
Peoria U.S.D. #11
Phoenix E.S.D. #1
Phoenix Union High S.D. #210
Picacho E.S.D. #33
Pima Accommodation District #0
Pima Cnty Board of Supervisors
Pima U.S.D. #6
Pine-Strawberry E.S.D. #12
Piñon U.S.D. #4
Pomerene E.S.D. #64
Prescott U.S.D. #1
Quartzsite E.S.D. #4
Queen Creek U.S.D. #95
Ray U.S.D. #3
Red Mesa U.S.D. #27
Red Rock E.S.D. #5
Redington E.S.D. #44
Riverside E.S.D. #2
Roosevelt E.S.D. #66
Round Valley U.S.D. #10
Sacaton E.S.D. #18
Saddle Mountain U.S.D. #90
Safford U.S.D. #1
Sahuarita U.S.D. #30
Saint Johns U.S.D. #1
Salome Consolidated E.S.D. #30
San Carlos U.S.D. #20
San Fernando E.S.D. #35
San Simon U.S.D. #18
Sanders U.S.D. #18
Santa Cruz Valley U.S.D. #35
Santa Cruz Valley Union High S.D. #840
Scottsdale U.S.D. #48
Sedona-Oak Creek Joint U.S.D. #9
Seligman U.S.D. #40
Sentinel E.S.D. #71
Show Low U.S.D. #10
Sierra Vista U.S.D. #68
Skull Valley E.S.D. #15
Snowflake U.S.D. #5
Solomon E.S.D. #5
Somerton E.S.D. #11
Sonoita E.S.D. #25
St. David U.S.D. #21
Stanfield E.S.D. #24
Sunnyside U.S.D. #12
Superior U.S.D. #15
Tanque Verde U.S.D. #13
Tempe E.S.D. #3
Tempe Union High S.D. #213
Thatcher U.S.D. #4
Tolleson E.S.D. #17
Tolleson Union High S.D. #214

Toltec E.S.D. #22
Tombstone U.S.D. #1
Tonto Basin E.S.D. #33
Topock E.S.D. #12
Tuba City U.S.D. #15
Tucson U.S.D. #1
Union E.S.D. #62
Vail U.S.D. #20
Valentine E.S.D. #22
Valley Union High S.D. #22

Vernon E.S.D. #9
Washington E.S.D. #6
Wellton E.S.D. #24
Wenden E.S.D. #19
Whiteriver U.S.D. #20
Wickenburg U.S.D. #9
Willcox U.S.D. #13
Williams U.S.D. #2
Wilson E.S.D. #7
Window Rock U.S.D. #8

Winslow U.S.D. #1
Yarnell E.S.D. #52
Yavapai Cnty S.D.
Young E.S.D. #5
Yucca E.S.D. #13
Yuma Cnty Accommodation District
Yuma E.S.D. #1
Yuma Union High S.D. #70

## Arkansas

Alma S.D.
Alpena S.D.
Arkadelphia S.D.
Armorel S.D.
Ashdown S.D.
Atkins S.D.
Augusta S.D.
Bald Knob S.D.
Barton–Lexa S.D.
Batesville S.D.
Bauxite S.D.
Bay S.D.
Bearden S.D.
Beebe S.D.
Benton S.D.
Bentonville S.D.
Bergman S.D.
Berryville S.D.
Bismarck S.D.
Blevins S.D.
Blytheville S.D.
Booneville S.D.
Bradford S.D.
Bradley S.D.
Brinkley S.D.
Bryant S.D.
Buffalo Island Central S.D.
Cabot S.D.
Caddo Hills S.D.
Calico Rock S.D.
Camden Fairview S.D.
Carlisle S.D.
Cave City S.D.
Cedar Ridge S.D.
Cedarville S.D.
Centerpoint S.D.
Charleston S.D.
Clarendon S.D.
Clarksville S.D.
Cleveland Cnty S.D.
Clinton S.D.
Concord S.D.
Conway S.D.
Corning S.D.
Cossatot River S.D.
Cotter S.D.
Cnty Line S.D.
Cross Cnty S.D.
Crossett S.D.
Cutter–Morning Star S.D.
Danville S.D.
Dardanelle P.S.s
Decatur P.S.s
Deer/Mount Judea S.D.
DeQueen S.D.
Dermott S.D.
Des Arc S.D.
Dewitt S.D.
Dierks S.D.
Dollarway S.D.

Dover S.D.
Drew Central S.D.
Dumas S.D.
Earle S.D.
East End S.D.
East Poinsett Cnty S.D.
El Dorado S.D.
Elkins S.D.
Emerson–Taylor S.D.
England S.D.
Eureka Springs S.D.
Farmington S.D.
Fayetteville S.D.
Flippin S.D.
Fordyce S.D.
Foreman S.D.
Forrest City S.D.
Fort Smith S.D.
Fouke S.D.
Fountain Lake S.D.
Genoa Central S.D.
Gentry S.D.
Glen Rose S.D.
Gosnell S.D.
Gravette S.D.
Green Forest S.D.
Greenbrier S.D.
Greene Cnty Tech S.D.
Greenland S.D.
Greenwood S.D.
Gurdon S.D.
Guy–Perkins S.D.
Hackett S.D.
Hamburg S.D.
Hampton S.D.
Harmony Grove S.D. (Camden, Arkansas)
(Ouachita Cnty)
Harmony Grove S.D. (Benton, Arkansas)
(Saline Cnty)
Harrisburg S.D.
Harrison S.D.
Hartford S.D.
Hazen S.D.
Heber Springs S.D.
Hector S.D.
Helena-West Helena S.D.
Hermitage S.D.
Highland S.D.
Hillcrest S.D.
Hope S.D.
Horatio S.D.
Hot Springs S.D.
Hoxie S.D.
Hughes S.D.
Huntsville S.D.
Imboden Charter S.D.
Izard Cnty C.S.D.
Jackson Cnty S.D.
Jasper S.D.
Jessieville S.D.

Jonesboro S.D.
Junction City S.D.
KIPP: Delta P.S.s
Kirby S.D.
Lafayette Cnty S.D.
Lake Hamilton S.D.
Lakeside S.D. (Hot Springs, Arkansas)
Lakeside S.D. (Lake Village, Arkansas)
Lamar S.D.
Lavaca S.D.
Lawrence Cnty S.D.
Lead Hill S.D.
Lee Cnty S.D.
Lincoln S.D.
Little Rock S.D.
Lonoke S.D.
Magazine S.D.
Magnet Cove S.D.
Magnolia S.D.
Malvern S.D.
Mammoth Spring S.D.
Manila S.D.
Mansfield S.D.
Marion S.D.
Marked Tree S.D.
Marmaduke S.D.
Marvell–Elaine S.D.
Mayflower S.D.
Maynard S.D.
McCrory S.D.
McGehee S.D.
Melbourne S.D.
Mena S.D.
Midland S.D.
Mineral Springs Saratoga S.D.
Monticello S.D.
Mount Ida S.D.
Mount Vernon–Enola S.D.
Mountain Home S.D.
Mountain Pine S.D.
Mountain View S.D.
Mountainburg S.D.
Mulberry–Pleasant View Bi-Cnty S.D.
Nashville S.D.
Nemo Vista S.D.
Nettleton S.D.
Nevada S.D.
Newport S.D.
Norfork S.D.
Norphlet S.D.
North Little Rock S.D.
Omaha S.D.
Osceola S.D.
Ouachita River S.D.
Ouachita S.D.
Ozark Mountain S.D.
Ozark S.D.
Palestine–Wheatley S.D.
Pangburn S.D.
Paragould S.D.

Paris S.D.
Parkers Chapel S.D.
Pea Ridge S.D.
Perryville S.D.
Piggott S.D.
Pine Bluff S.D.
Pocahontas S.D.
Pottsville S.D.
Poyen S.D.
Prairie Grove S.D.
Prescott S.D.
Pulaski Cnty Special S.D.
Quitman S.D.
Rector S.D.
Riverside S.D.
Riverview S.D.
Rogers S.D.
Rose Bud S.D.
Russellville S.D.
Salem S.D.
Scranton S.D.

ABC U.S.D.
Acalanes Union High S.D.
Ackerman Charter S.D.
Acton-Agua Dulce U.S.D.
Adelanto S.D.
Alameda U.S.D.
Alameda Cnty Office of Education
Albany U.S.D.
Alexander Valley Union S.D.
Alhambra U.S.D.
Alisal Union S.D.
Allensworth E.S.D.
Alpaugh U.S.D.
Alpine Cnty Office of Education
Alpine Cnty U.S.D.
Alpine Union S.D.
Alta Loma S.D.
Alta Vista E.S.D.
Alta-Dutch Flat S.D.
Alum Rock Union S.D.
Alview-Dairyland Union S.D.
Alvina E.S.D.
Alvord U.S.D.
Amador Cnty Office of Education
Amador Cnty U.S.D.
American Union S.D.
Anaheim City S.D.
Anaheim Union High S.D.
Anderson Union High S.D.
Anderson Valley U.S.D.
Antelope S.D.
Antelope Valley Union High S.D.
Antioch U.S.D.
Apple Valley U.S.D.
Arcadia U.S.D.
Arcata S.D.
Arcohe Union S.D.
Arena Union E.S.D.
Armona Union E.S.D.
Aromas-San Juan U.S.D.
Arvin Union S.D.
Atascadero U.S.D.
Atwater E.S.D.
Auburn Union S.D.
Azusa U.S.D.
Baker Valley U.S.D.
Bakersfield City S.D.
Baldwin Park U.S.D.
Ballard E.S.D.

Searcy Cnty S.D.
Searcy S.D.
Sheridan S.D.
Shirley S.D.
Siloam Springs S.D.
Sloan–Hendrix S.D.
Smackover S.D.
South Conway Cnty S.D.
South Mississippi Cnty S.D.
South Pike Cnty S.D.
South Side S.D. (Bee Branch)
Southside S.D. (Batesville)
Spring Hill S.D.
Springdale S.D.
Star City S.D.
Stephens S.D.
Strong–Huttig S.D.
Stuttgart P.S.s
Texarkana Arkansas Schools
Trumann P.S.s
Two Rivers S.D.

## California

Ballico-Cressey E.S.D.
Bangor Union E.S.D.
Banning U.S.D.
Banta E.S.D.
Barstow U.S.D.
Bass Lake Joint Union E.S.D.
Bassett U.S.D.
Bayshore E.S.D.
Bear Valley U.S.D.
Beardsley S.D.
Beaumont U.S.D.
Bella Vista E.S.D.
Belleview E.S.D.
Bellevue Union E.S.D.
Bellflower U.S.D.
Belmont – Redwood Shores S.D.
Belridge S.D.
Bend S.D.
Benicia U.S.D.
Bennett Valley Union S.D.
Berkeley U.S.D.
Berryessa Union S.D.
Beverly Hills U.S.D.
Big Creek E.S.D.
Big Lagoon S.D.
Big Oak Flat-Groveland U.S.D.
Big Pine U.S.D.
Big Springs Union E.S.D.
Big Sur U.S.D.
Big Valley Joint U.S.D.
Biggs U.S.D.
Bishop Joint Union High S.D.
Bishop Union E.S.D.
Bitterwater-Tully Union S.D.
Black Butte Union E.S.D.
Black Oak Mine U.S.D.
Blake S.D.
Blochman Union S.D.
Blue Lake Union S.D.
Bogus E.S.D.
Bolinas-Stinson Union S.D.
Bonita U.S.D.
Bonny Doon Union E.S.D.
Bonsall Union S.D.
Borrego Springs U.S.D.
Bradley Union S.D.
Brawley E.S.D.
Brawley Union High S.D.
Brea Olinda U.S.D.

Valley Springs S.D.
Valley View S.D.
Van Buren S.D.
Vilonia S.D.
Viola S.D.
Waldron S.D.
Warren S.D.
Watson Chapel S.D.
West Fork S.D.
West Memphis S.D.
Western Yell Cnty S.D.
West Side S.D. (Cleburne Cnty)
Westside S.D. (Johnson Cnty)
Westside C.S.D. (Craighead Cnty)
White Cnty Central S.D.
White Hall S.D.
Wonderview S.D.
Woodlawn S.D.
Wynne S.D.
Yellville–Summit S.D.

Brentwood Union S.D.
Bret Harte Union High S.D.
Bridgeville E.S.D.
Briggs S.D.
Brisbane S.D.
Brittan S.D.
Browns E.S.D.
Buckeye Union S.D.
Buellton Union S.D.
Buena Park S.D.
Buena Vista E.S.D.
Burbank U.S.D.
Burlingame S.D.
Burnt Ranch S.D.
Burrel Union E.S.D.
Burton S.D.
Butte Cnty Office of Education
Butte Valley U.S.D.
Butteville Union E.S.D.
Buttonwillow Union S.D.
Byron Union S.D.
Cabrillo U.S.D.
Cajon Valley Union S.D.
Calaveras Cnty Office of Education
Calaveras U.S.D.
Calexico U.S.D.
Caliente Union S.D.
Calipatria U.S.D.
Calistoga Joint U.S.D.
Cambrian S.D.
Camino Union S.D.
Campbell Union E.S.D.
Campbell Union High S.D.
Camptonville S.D.
Canyon E.S.D.
Capay E.S.D.
Capistrano U.S.D.
Cardiff E.S.D.
Carlsbad U.S.D.
Carmel U.S.D.
Carpinteria U.S.D.
Caruthers U.S.D.
Cascade Union E.S.D.
Casmalia S.D.
Castaic Union S.D.
Castle Rock Union E.S.D.
Castro Valley U.S.D.
Cayucos E.S.D.
Center Joint U.S.D.

Centinela Valley Union High S.D.
Central S.D.
Central U.S.D.
Central Union S.D.
Central Union High S.D.
Centralia S.D.
Ceres U.S.D.
Chaffey Joint Union High S.D.
Charter Oak U.S.D.
Chatom Union S.D.
Chawanakee U.S.D.
Chicago Park S.D.
Chico U.S.D.
Chinese Camp E.S.D.
Chino Valley U.S.D.
Chowchilla S.D.
Chowchilla Union High S.D.
Chualar Union S.D.
Chula Vista E.S.D.
Cienega Union S.D.
Cinnabar S.D.
Citrus South Tule E.S.D.
Claremont U.S.D.
Clay Joint E.S.D.
Clear Creek S.D.
Cloverdale U.S.D.
Clovis U.S.D.
Coachella Valley U.S.D.
Coalinga-Huron Joint U.S.D.
Coast U.S.D.
Coffee Creek E.S.D.
Cold Spring S.D.
Colfax E.S.D.
College S.D.
Colton Joint U.S.D.
Columbia E.S.D.
Columbia Union S.D.
Columbine E.S.D.
Colusa Cnty Office of Education
Colusa U.S.D.
Compton U.S.D.
Conejo Valley U.S.D.
Contra Costa Cnty Office of Education
Corcoran Joint U.S.D.
Corning Union E.S.D.
Corning Union High S.D.
Corona-Norco U.S.D.
Coronado U.S.D.
Cotati-Rohnert Park U.S.D.
Cottonwood Union S.D.
Covina-Valley U.S.D.
Cox Bar E.S.D.
Cucamonga S.D.
Cuddeback Union S.D.
Culver City U.S.D.
Cupertino Union S.D.
Curtis Creek S.D.
Cutler-Orosi Joint U.S.D.
Cutten S.D.
Cuyama Joint U.S.D.
Cypress S.D.
Davis Joint U.S.D.
Death Valley U.S.D.
Dehesa S.D.
Del Mar Union S.D.
Del Norte Cnty Office of Education
Del Norte Cnty U.S.D.
Del Paso Heights S.D.
Delano Joint Union High S.D.
Delano Union S.D.
Delhi U.S.D.
Delphic E.S.D.

Delta View Joint Union S.D.
Denair U.S.D.
Desert Center U.S.D.
Desert Sands U.S.D.
Di Giorgio S.D.
Dinuba U.S.D.
Dixon U.S.D.
Dos Palos-Oro Loma Joint U.S.D.
Douglas City S.D.
Downey U.S.D.
Dry Creek Joint E.S.D.
Duarte U.S.D.
Dublin U.S.D.
Ducor Union E.S.D.
Dunham S.D.
Dunsmuir E.S.D.
Dunsmuir Joint Union High S.D.
Durham U.S.D.
Earlimart S.D.
East Nicolaus Joint Union High S.D.
East Side Union High S.D.
East Whittier City S.D.
Eastern Sierra U.S.D.
Eastside Union S.D.
Edison S.D.
El Centro E.S.D.
El Dorado Cnty Office of Education
El Dorado Union High S.D.
El Monte City S.D.
El Monte Union High S.D.
El Nido E.S.D.
El Rancho U.S.D.
El Segundo U.S.D.
El Tejon U.S.D.
Elk Grove U.S.D.
Elk Hills S.D.
Elkins S.D.
Elverta Joint E.S.D.
Emery U.S.D.
Empire Union S.D.
Encinitas Union S.D.
Enterprise E.S.D.
Escalon U.S.D.
Escondido Union E.S.D.
Escondido Union High S.D.
Esparto U.S.D.
Etiwanda S.D.
Eureka City Schools District
Eureka Union S.D.
Evergreen E.S.D.
Evergreen Union S.D.
Exeter U.S.D.
Fairfax S.D.
Fairfield-Suisun U.S.D.
Fall River Joint U.S.D.
Fallbrook Union E.S.D.
Fallbrook Union High S.D.
Farmersville U.S.D.
Feather Falls Union E.S.D.
Ferndale U.S.D.
Fieldbrook E.S.D.
Fillmore U.S.D.
Firebaugh-Las Deltas Joint U.S.D.
Flournoy Union S.D.
Folsom-Cordova U.S.D.
Fontana U.S.D.
Foresthill Union S.D.
Forestville Union E.S.D.
Forks of Salmon E.S.D.
Fort Bragg U.S.D.
Fort Ross E.S.D.
Fort Sage U.S.D.

Fortuna E.S.D., formed effective July 1,
2012, from Fortuna Union E.S.D. and
Rohnerville E.S.D.
Fortuna Union High S.D.
Fountain Valley S.D.
Fowler U.S.D.
Franklin E.S.D.
Franklin-McKinley S.D.
Fremont U.S.D.
Fremont Union High S.D.
French Gulch-Whiskeytown Union
Elementary District
Freshwater S.D.
Fresno Cnty Office of Education
Fresno U.S.D.
Fruitvale S.D.
Fullerton S.D.
Fullerton Joint Union High S.D.
Galt Joint Union E.S.D.
Galt Joint Union High S.D.
Garden Grove U.S.D.
Garfield S.D.
Garvey S.D.
Gateway U.S.D.
Gazelle Union E.S.D.
General Shafter S.D.
Gerber Union E.S.D.
Geyserville U.S.D.
Gilroy U.S.D.
Glendale U.S.D.
Glendora U.S.D.
Glenn Cnty Office of Education
Gold Oak Union E.S.D.
Gold Trail Union S.D.
Golden Feather Union E.S.D.
Golden Plains U.S.D.
Golden Valley U.S.D.
Goleta Union S.D.
Gonzales U.S.D.
Gorman S.D.
Grant E.S.D.
Grant Joint Union High S.D.
Grass Valley S.D.
Gratton S.D.
Gravenstein Union S.D.
Graves E.S.D.
Green Point S.D.
Greenfield Union S.D.
Grenada E.S.D.
Gridley U.S.D.
Grossmont Union High S.D.
Guadalupe Union S.D.
Guerneville S.D.
Gustine U.S.D.
Hacienda La Puente U.S.D.
Hamilton Union E.S.D.
Hamilton Union High S.D.
Hanford E.S.D.
Hanford Joint Union High S.D.
Happy Camp Union E.S.D.
Happy Valley E.S.D.
Happy Valley Union E.S.D.
Harmony Union S.D.
Hart-Ransom Union S.D.
Hawthorne S.D.
Hayward U.S.D.
Healdsburg U.S.D.
Heber E.S.D.
Helendale S.D.
Hemet U.S.D.
Hermosa Beach City E.S.D.
Hesperia U.S.D.

Hickman Community Charter S.D.
Hillsborough City S.D.
Hilmar U.S.D.
Hollister E.S.D.
Holtville U.S.D.
Hope E.S.D.
Horicon S.D.
Hornbrook E.S.D.
Hot Springs E.S.D.
Howell Mountain E.S.D.
Hueneme S.D.
Hughes-Elizabeth Lakes Union E.S.D.
Hughson U.S.D.
Humboldt Cnty Office of Education
Huntington Beach City S.D.
Huntington Beach Union High S.D.
Hydesville E.S.D.
Igo, Ono, Platina Union E.S.D.
Imperial Cnty Office of Education
Imperial U.S.D.
Indian Diggings S.D.
Indian Springs E.S.D.
Inglewood U.S.D.
Inyo Cnty Office of Education
Irvine U.S.D.
Island Union E.S.D.
Jacoby Creek Charter S.D.
Jamestown E.S.D.
Jamul-Dulzura Union E.S.D.
Janesville Union E.S.D.
Jefferson E.S.D.
Jefferson Union High S.D.
John Swett U.S.D.
Johnstonville E.S.D.
Julian Union S.D.
Julian Union High S.D.
Junction City E.S.D.
Junction E.S.D.
Jurupa U.S.D.
Kashia E.S.D.
Kelseyville U.S.D.
Kentfield S.D.
Kenwood S.D.
Keppel Union S.D.
Kerman U.S.D.
Kern Cnty Office of Education
Kern High S.D.
Kernville Union S.D.
Keyes Union S.D.
King City Joint Union High S.D.
King City Union S.D.
Kings Canyon U.S.D.
Kings Cnty Office of Education
Kings River Union S.D.
Kings River-Hardwick S.D.
Kingsburg Elementary Charter S.D.
Kingsburg Joint Union High S.D.
Kirkwood S.D.
Kit Carson Union S.D.
Klamath River Union E.S.D.
Klamath-Trinity Joint U.S.D.
Kneeland E.S.D.
Knights Ferry E.S.D.
Knightsen S.D.
Konocti U.S.D.
La Cañada U.S.D.
La Grange S.D.
La Habra City S.D.
La Honda-Pescadero U.S.D.
La Mesa-Spring Valley S.D.
Lafayette S.D.
Laguna Beach U.S.D.

Laguna Joint S.D.
Lagunita E.S.D.
Lagunitas S.D.
Lake Cnty Office of Education
Lake E.S.D.
Lake Elsinore U.S.D.
Lake Tahoe U.S.D.
Lakeport U.S.D.
Lakeside Joint S.D.
Lakeside Union S.D. (Bakersfield)
Lakeside Union E.S.D. (Kings Cnty)
Lakeside Union S.D. (Lakeside)
Lammersville E.S.D.
Lamont S.D.
Lancaster S.D.
Larkspur-Corte Madera S.D.
Las Lomitas E.S.D.
Las Virgenes U.S.D.
Lassen Cnty Office of Education
Lassen Union High S.D.
Lassen View Union E.S.D.
Laton U.S.D.
Latrobe S.D.
Lawndale E.S.D.
Laytonville U.S.D.
Le Grand Union E.S.D.
Le Grand Union High S.D.
Leggett Valley U.S.D.
Lemon Grove S.D.
Lemoore Union E.S.D.
Lemoore Union High S.D.
Lennox S.D.
Lewiston E.S.D.
Liberty S.D.
Liberty Union High S.D.
Lincoln S.D.
Lincoln U.S.D.
Linden U.S.D.
Lindsay U.S.D.
Linns Valley-Poso Flat Union S.D.
Little Lake City S.D.
Little Shasta E.S.D.
Live Oak S.D.
Live Oak U.S.D.
Livermore Valley Joint U.S.D.
Livingston Union S.D.
Lodi U.S.D.
Loleta Union S.D.
Loma Prieta Joint Union E.S.D.
Lompoc U.S.D.
Lone Pine U.S.D.
Long Beach U.S.D.
Loomis Union S.D.
Los Alamitos U.S.D.
Los Alamos S.D.
Los Altos S.D.
Los Angeles Cnty Office of Education
Los Angeles U.S.D.
Los Banos U.S.D.
Los Gatos Union S.D.
Los Gatos-Saratoga Union High S.D.
Los Molinos U.S.D.
Los Nietos S.D.
Los Olivos S.D.
Lost Hills Union E.S.D.
Lowell Joint S.D.
Lucerne E.S.D.
Lucerne Valley U.S.D.
Lucia Mar U.S.D.
Luther Burbank S.D.
Lynwood U.S.D.
Madera Cnty Office of Education

Madera U.S.D.
Magnolia S.D.
Mammoth U.S.D.
Manchester Union E.S.D.
Manhattan Beach U.S.D.
Manteca U.S.D.
Manton Joint U.S.D.
Manzanita E.S.D.
Maple Creek E.S.D.
Maple E.S.D.
Marcum-Illinois Union E.S.D.
Maricopa U.S.D.
Marin Cnty Office of Education
Mariposa Cnty Office of Education
Mariposa Cnty U.S.D.
Mark Twain Union E.S.D.
Mark West Union S.D.
Martinez U.S.D.
Marysville Joint U.S.D.
Mattole U.S.D.
Maxwell U.S.D.
McCabe Union S.D.
McCloud Union E.S.D.
McFarland U.S.D.
McKinleyville Union S.D.
McKittrick S.D.
McSwain Union E.S.D.
Meadows Union E.S.D.
Mendocino Cnty Office of Education
Mendocino U.S.D.
Mendota U.S.D.
Menifee Union S.D.
Menlo Park City E.S.D.
Merced City S.D.
Merced Cnty Office of Education
Merced River E.S.D.
Merced Union High S.D.
Meridian E.S.D.
Mesa Union S.D.
Middletown U.S.D.
Midway S.D.
Mill Valley S.D.
Millbrae S.D.
Miller Creek E.S.D.
Millville E.S.D.
Milpitas U.S.D.
Mineral S.D.
Mission Union S.D.
Modesto City Schools
Modoc Cnty Office of Education
Modoc Joint U.S.D.
Mojave U.S.D.
Mono Cnty Office of Education
Monroe E.S.D.
Monrovia U.S.D.
Monson-Sultana Joint Union E.S.D.
Montague E.S.D.
Monte Rio Union E.S.D.
Montebello S.D.
Montebello U.S.D.
Montecito Union E.S.D.
Monterey Cnty Office of Education
Monterey Peninsula U.S.D.
Montgomery E.S.D.
Moorpark U.S.D.
Moraga S.D.
Moreland S.D.
Moreno Valley U.S.D.
Morgan Hill U.S.D.
Morongo U.S.D.
Mother Lode Union S.D.
Mt Baldy S.D.

Mount Diablo U.S.D.
Mount Pleasant E.S.D.
Mount Shasta Union S.D.
Mountain E.S.D.
Mountain Empire U.S.D.
Mountain House S.D.
Mountain Union S.D.
Mountain Valley U.S.D.
Mountain View S.D.
Mountain View-Los Altos Union High S.D.
Mountain View-Whisman S.D.
Mulberry E.S.D.
Mupu S.D.
Muroc Joint U.S.D.
Murrieta Valley U.S.D.
Napa Cnty Office of Education
Napa Valley U.S.D.
National E.S.D.
Natomas U.S.D.
Needles U.S.D.
Nevada City S.D.
Nevada Cnty Office of Education
Nevada Joint Union High S.D.
New Haven U.S.D.
New Hope E.S.D.
New Jerusalem S.D.
Newark U.S.D.
Newcastle E.S.D.
Newhall S.D.
Newman-Crows Landing U.S.D.
Newport-Mesa U.S.D.
Nicasio S.D.
Norris S.D.
North Cnty Joint Union S.D.
North Cow Creek S.D.
North Monterey Cnty U.S.D.
North Sacramento S.D.
Northern Humboldt Union High S.D.
Norwalk-La Mirada U.S.D.
Novato U.S.D.
Nuestro E.S.D.
Nuview Union S.D.
Oak Grove S.D.
Oak Grove Union S.D.
Oak Park U.S.D.
Oak Run E.S.D.
Oak Valley Union E.S.D.
Oak View Union E.S.D.
Oakdale Joint U.S.D.
Oakland U.S.D.
Oakley Union E.S.D.
Ocean View S.D. (Elementary)
Ocean View S.D.
Oceanside U.S.D.
Ojai U.S.D.
Old Adobe Union S.D.
Ontario-Montclair S.D.
Ophir E.S.D.
Orange Center S.D.
Orange Cnty Department of Education S.D.
Orange U.S.D.
Orchard E.S.D.
Orcutt Union S.D.
Orick E.S.D.
Orinda Union E.S.D.
Orland U.S.D.
Oro Grande S.D.
Oroville City E.S.D.
Oroville Union High S.D.
Outside Creek E.S.D.
Owens Valley U.S.D.
Oxnard S.D.

Oxnard Union High S.D.
Pacheco Union S.D.
Pacific Grove U.S.D.
Pacific Union S.D. (Arcata, California)
Pacific Union S.D. (Fresno, California)
Pacifica S.D.
Palermo Union S.D.
Palm Springs U.S.D.
Palmdale S.D.
Palo Alto U.S.D.
Palo Verde U.S.D.
Palo Verde Union E.S.D.
Palos Verdes Peninsula U.S.D.
Panama Buena Vista Union S.D.
Panoche S.D.
Paradise E.S.D.
Paradise U.S.D.
Paramount U.S.D.
Parlier U.S.D.
Pasadena U.S.D.
Paso Robles Joint U.S.D.
Patterson Joint U.S.D.
Peninsula Union S.D.
Perris E.S.D.
Penn Valley Union E.S.D.
Perris Union High S.D.
Petaluma City Schools
Piedmont U.S.D.
Pierce Joint U.S.D.
Pine Ridge E.S.D.
Piner-Olivet Union E.S.D.
Pioneer Union E.S.D., Berry Creek
Pioneer Union E.S.D., Hanover
Pioneer Union S.D.
Pittsburg U.S.D.
Pixley Union E.S.D.
Placentia-Yorba Linda U.S.D.
Placer Cnty Office of Education
Placer Hills Union E.S.D.
Placer Union High S.D.
Placerville Union E.S.D.
Plainsburg Union E.S.D.
Planada E.S.D.
Plaza E.S.D.
Pleasant Grove Joint Union S.D.
Pleasant Ridge Union S.D.
Pleasant Valley Joint Union E.S.D.
Pleasant Valley S.D. (California)
Pleasant View S.D.
Pleasanton U.S.D.
Plum Valley E.S.D.
Plumas Cnty Office of Education
Plumas Lake E.S.D.
Plumas U.S.D.
Point Arena Joint Union High S.D.
Pollock Pines E.S.D.
Pomona U.S.D.
Pond Union E.S.D.
Pope Valley Union E.S.D.
Porterville U.S.D.
Portola Valley E.S.D.
Potter Valley Community U.S.D.
Poway U.S.D.
Princeton Joint U.S.D.
Raisin City E.S.D.
Ramona City U.S.D.
Rancho Santa Fe E.S.D.
Ravendale-Termo E.S.D.
Ravenswood City E.S.D.
Raymond-Knowles Union E.S.D.
Ready Springs Union S.D.
Red Bluff Joint Union High S.D.

Red Bluff Union E.S.D.
Redding E.S.D.
Redlands U.S.D.
Redondo Beach U.S.D.
Redwood City E.S.D.
Reed Union E.S.D.
Reeds Creek E.S.D.
Reef-Sunset U.S.D.
Rescue Union E.S.D.
Rialto U.S.D.
Richfield E.S.D.
Richgrove E.S.D.
Richland Union E.S.D.
Richmond E.S.D.
Rim Of The World U.S.D.
Rincon Valley Union E.S.D.
Rio Bravo-Greeley Union E.S.D.
Rio Dell E.S.D.
Rio E.S.D.
Rio Linda Union E.S.D.
Ripon U.S.D.
River Delta Joint U.S.D.
Riverbank U.S.D.
Riverdale Joint U.S.D.
Riverside Cnty Office of Education
Riverside U.S.D.
Roberts Ferry Union E.S.D.
Robla E.S.D.
Rockford E.S.D.
Rocklin U.S.D.
Rohnerville E.S.D., consolidated with
Fortuna Union E.S.D. into Fortuna E.S.D.
effective July 1, 2012
Romoland E.S.D.
Rosedale Union E.S.D.
Roseland E.S.D.
Rosemead E.S.D.
Roseville City E.S.D.
Roseville Joint Union High S.D.
Ross E.S.D.
Ross Valley E.S.D.
Round Valley Joint E.S.D.
Round Valley U.S.D. (California)
Rowland U.S.D.
Sacramento City U.S.D.
Sacramento Cnty Office of Education
Saddleback Valley U.S.D.
Saint Helena U.S.D.
Salida Union E.S.D.
Salinas City E.S.D.
Salinas Union High S.D.
San Antonio Union S.D.
San Ardo Union E.S.D.
San Benito Cnty Office of Education
San Benito High S.D.
San Bernardino City U.S.D.
San Bernardino Cnty Office of Education
San Bruno Park E.S.D.
San Carlos E.S.D.
San Diego Community College
San Diego Cnty Office of Education
San Diego U.S.D.
San Dieguito Union High S.D.
San Francisco Cnty Office of Education
San Francisco U.S.D.
San Gabriel U.S.D.
San Jacinto U.S.D.
San Joaquin Cnty Office of Education
San Jose U.S.D.
San Juan U.S.D.
San Leandro U.S.D.
San Lorenzo U.S.D.

San Lorenzo Valley U.S.D.
San Lucas Union S.D.
San Luis Coastal U.S.D.
San Luis Obispo Cnty Office of Education
San Marcos U.S.D.
San Marino U.S.D.
San Mateo Cnty Office of Education
San Mateo Union High S.D.
San Mateo-Foster City E.S.D.
San Miguel Joint Union S.D.
San Pasqual Union E.S.D.
San Pasqual Valley U.S.D.
San Rafael City E.S.D.
San Rafael City High S.D.
San Ramon Valley U.S.D.
San Ysidro E.S.D.
Sanger U.S.D.
Santa Ana U.S.D.
Santa Barbara Cnty Office of Education
Santa Barbara E.S.D.
Santa Barbara High S.D.
Santa Clara Cnty Office of Education
Santa Clara E.S.D.
Santa Clara U.S.D.
Santa Cruz City E.S.D.
Santa Cruz City High S.D.
Santa Cruz Cnty Office of Education
Santa Maria Joint Union High S.D.
Santa Maria-Bonita E.S.D.
Santa Monica-Malibu U.S.D.
Santa Paula E.S.D.
Santa Paula Union High S.D.
Santa Rita Union S.D.
Santa Rosa E.S.D.
Santa Rosa High S.D.
Santa Ynez Valley Union High S.D.
Santee S.D.
Saratoga Union E.S.D.
Saucelito E.S.D.
Saugus Union S.D.
Sausalito Marin City S.D.
Savanna E.S.D.
Scotia Union S.D.
Scott Valley U.S.D.
Scotts Valley U.S.D.
Sebastopol Union E.S.D.
Seeley Union E.S.D.
Seiad E.S.D.
Selma U.S.D.
Semitropic E.S.D.
Sequoia Union E.S.D.
Sequoia Union High S.D.
Shaffer Union E.S.D.
Shandon Joint U.S.D.
Shasta Cnty Office of Education
Shasta Union E.S.D.
Shasta Union High S.D.
Shiloh E.S.D.
Shoreline U.S.D.
Sierra Cnty Office of Education
Sierra Sands U.S.D.
Sierra U.S.D.
Sierra-Plumas Joint U.S.D.
Silver Fork E.S.D.
Silver Valley U.S.D.
Simi Valley U.S.D.
Siskiyou Cnty Office of Education
Siskiyou Union High S.D.
Snelling-Merced Falls Union E.S.D.
Snowline Joint U.S.D.
Solana Beach E.S.D.
Solano Cnty Office of Education

Soledad U.S.D.
Solvang E.S.D.
Somis Union S.D.
Sonoma Cnty Office of Education
Sonoma Valley U.S.D.
Sonora E.S.D.
Sonora Union High S.D.
Soquel Union E.S.D.
Soulsbyville E.S.D.
South Bay Union S.D.
South Fork Union E.S.D.
South Pasadena U.S.D.
South San Francisco U.S.D.
South Whittier E.S.D.
Southern Humboldt U.S.D.
Southern Kern U.S.D.
Southern Trinity Joint U.S.D.
Southside S.D. (California)
Spencer Valley E.S.D.
Spreckels Union S.D.
Springville Union E.S.D.
Standard E.S.D.
Stanislaus Cnty Office of Education
Stanislaus Union E.S.D.
Stockton U.S.D.
Stone Corral E.S.D.
Stony Creek Joint U.S.D.
Strathmore Union E.S.D.
Sulphur Springs S.D.
Summerville E.S.D.
Summerville Union High S.D.
Sundale Union E.S.D.
Sunnyside Union E.S.D.
Sunnyvale E.S.D.
Sunol Glen U.S.D.
Surprise Valley Joint U.S.D.
Susanville E.S.D.
Sutter Cnty Office of Education
Sutter Union High S.D.
Sweetwater Union High S.D.
Sylvan Union E.S.D.
Taft City S.D.
Taft Union High S.D.
Tahoe-Truckee Joint U.S.D.
Tamalpais Union High S.D.
Tehachapi U.S.D.
Tehama Cnty Office of Education
Temecula Valley U.S.D.
Temple City U.S.D.
Templeton U.S.D.
Terra Bella Union S.D.
Thermalito Union E.S.D.
Three Rivers Union E.S.D.
Tipton E.S.D.
Torrance U.S.D.
Tracy Joint U.S.D.
Traver Joint E.S.D.
Travis U.S.D.
Tres Pinos Union E.S.D.
Trinidad Union S.D.
Trinity Center E.S.D.
Trinity Cnty Office of Education
Trinity Union High S.D.
Trona Joint U.S.D.
Tulare City S.D.
Tulare Cnty Office of Education
Tulare Joint Union High S.D.
Tulelake Basin Joint U.S.D.
Tuolumne Cnty Superintendent of Schools
S.D.
Turlock U.S.D.
Tustin U.S.D.

Twain Harte-Long Barn Union E.S.D.
Twin Hills Union E.S.D.
Twin Ridges E.S.D.
Two Rock Union S.D.
Ukiah U.S.D.
Union S.D.
Union Hill S.D.
Union Joint E.S.D.
Upland U.S.D.
Upper Lake Union E.S.D.
Upper Lake Union High S.D.
Vacaville U.S.D.
Val Verde U.S.D.
Valle Lindo E.S.D.
Vallecito Union S.D.
Vallecitos E.S.D.
Vallejo City U.S.D.
Valley Center-Pauma U.S.D.
Valley Home Joint E.S.D.
Ventura Cnty Office of Education
Ventura U.S.D.
Victor E.S.D.
Victor Valley Union High S.D.
Vineland E.S.D.
Visalia U.S.D.
Vista Del Mar Union S.D.
Vista U.S.D.
Walnut Creek E.S.D.
Walnut Valley U.S.D.
Warner U.S.D.
Wasco Union E.S.D.
Wasco Union High S.D.
Washington Colony E.S.D.
Washington U.S.D.
Washington Union E.S.D.
Washington Union High S.D.
Waterford U.S.D.
Waugh S.D.
Waukena Joint Union E.S.D.
Weaver Union S.D.
Weaverville E.S.D.
Weed Union E.S.D.
West Contra Costa U.S.D.
West Covina U.S.D.
West Fresno E.S.D.
West Park U.S.D.
West Side Union E.S.D.
West Sonoma Cnty Union High S.D.
Western Placer U.S.D.
Westminster S.D.
Westmorland Union E.S.D.
Westside E.S.D.
Westside Union S.D.
Westwood U.S.D.
Wheatland E.S.D.
Wheatland Union High S.D.
Whitmore Union E.S.D.
Whittier City E.S.D.
Whittier Union High S.D.
William S. Hart Union High S.D.
Williams U.S.D. (California)
Willits U.S.D.
Willow Creek E.S.D.
Willow Grove Union S.D.
Willows U.S.D.
Wilmar Union E.S.D.
Wilsona E.S.D.
Windsor U.S.D.
Winship-Robbins S.D.
Winters Joint U.S.D.
Winton S.D.
Wiseburn E.S.D.

Woodlake Union E.S.D.
Woodlake Union High S.D.
Woodland Joint U.S.D.
Woodside E.S.D.
Woodville Union E.S.D.

Academy S.D. 20
Adams 12 Five Star Schools
Broomfield
Adams Cnty S.D. 14
Adams Cnty S.D. 50 (Westminster S.D. 50)
Adams-Arapahoe S.D. 28J – see Aurora
P.S.s
Agate S.D. 300
Aguilar Reorganized S.D. RE-6
Akron S.D. R-1
Alamosa S.D. RE-11J
Archuleta S.D. 50 JT (Archuleta Cnty S.D.
50 JT)
Arickaree S.D. R-2
Arriba-Flagler C.S.D. 20
Aspen S.D. 1
Ault-Highland S.D. RE-9 – see Weld Cnty
S.D. RE-9
Aurora P.S.s (Adams-Arapahoe S.D. 28J)
Adams
Public S.D.
Bayfield S.D. 10 JT-R
Bennett S.D. 29J
Bethune S.D. R-5
Big Sandy S.D. 100J
Boulder Valley S.D. RE-2
Broomfield
Branson Reorganized S.D. RE-82
Briggsdale S.D. RE-10J – see Weld Cnty
S.D. RE-10J
Brighton S.D. 27J
Brush P.S.s (Brush S.D. RE-2J)
Buena Vista S.D. R-31
Buffalo S.D. RE-4J – see Merino S.D. RE-
4J
Burlington Public S.D. RE-6J
Byers S.D. 32J
Public S.D.
Calhan S.D. RJ-1
Campo S.D. RE-6
Cañon City Schools (Fremont RE-1 S.D.)
Centennial S.D. R-1
Center C.S.D. 26 JT
Rio Grande
Alamosa
Charter School Institute
Cheraw S.D. 31
Cherry Creek S.D. 5
Cheyenne Cnty S.D. RE-5
Cheyenne Mountain S.D. 12
Clear Creek S.D. RE-1
Colorado Springs S.D. 11
Cotopaxi Consolidated Schools (Fremont
RE-3 S.D.)
Creede S.D.
Cripple Creek-Victor S.D. RE-1
Crowley Cnty S.D. RE-1-J
Custer Cnty S.D. C-1
Public S.D.
DeBeque S.D. 49-JT
Garfield
Deer Trail S.D. 26J
Del Norte C.S.D. C-7
Delta Cnty S.D. 50J
Gunnison

Wright E.S.D.
Yolo Cnty Office of Education
Yosemite U.S.D.
Yreka Union S.D.
Yreka Union High S.D.

## Colorado

Montrose
Mesa
Denver P.S.s (Denver Cnty S.D. 1)
Dolores Cnty S.D. RE-2J
Dolores S.D. RE-4A
Douglas Cnty S.D. RE-1
Durango S.D. 9-R
Public S.D.
Eads S.D. RE-1 (Kiowa Cnty S.D. RE-1)
Eagle Cnty S.D. RE-50
East Grand S.D. 2
East Otero S.D. R-1
Eaton S.D. RE-2 (Weld Cnty S.D. RE-2)
Edison S.D. 54JT
Pueblo
Lincoln
El Paso Cnty S.D. 3 – see Widefield S.D. 3
Elbert Cnty S.D. C-1 – see Elizabeth S.D.
C-1
Elbert Cnty S.D. C-2 – see Kiowa S.D. C-2
Elbert S.D. 200
Elizabeth S.D. C-1 (Elbert Cnty S.D. C-1)
Ellicott S.D. 22
Englewood S.D. 1
Estes Park S.D. R-3
Public S.D.
Falcon S.D. 49
Fleming S.D. RE-3 (Frenchman S.D. RE-3)
Fort Morgan S.D. RE-3
Fountain-Fort Carson S.D. 8 (Fountain S.D.
8)
Fowler S.D. R4J
Fremont RE-1 S.D. – see Cañon City
Schools
Fremont RE-2 S.D.
Fremont RE-3 S.D. – see Cotopaxi
Consolidated Schools
Frenchman S.D. RE-3 – see Fleming S.D.
RE-3
Public S.D.
Garfield Cnty S.D. 16 (Grand Valley S.D.
16)
Garfield S.D. RE-2
Genoa-Hugo S.D. C-113
Gilpin Cnty S.D. RE-1
Granada S.D. RE-1
Grand Valley S.D. 16 – see Garfield S.D.
16
Greeley-Evans S.D. 6 – see Weld Cnty S.D.
6
Gunnison Watershed S.D. RE1J
Public S.D.
Hanover S.D. 28
Harrison S.D. 2
Haxtun S.D. RE-2J
Hayden S.D. RE-1
Hi-Plains S.D. R-23
Hinsdale Cnty S.D. RE-1
Hoehne Reorganized S.D. RE-3
Holly S.D. RE-3
Holyoke S.D. RE-1J
Huerfano S.D. RE-1
Public S.D.
Idalia S.D. RJ-3
Ignacio S.D. 11-JT

Yuba City U.S.D.
Yuba Cnty Office of Education
Yucaipa-Calimesa Joint U.S.D.

Public S.D.
Jeffco P.S.s (Jefferson Cnty S.D. R-1)
Broomfield
Johnstown-Milliken S.D. RE-5J – see Weld
Cnty S.D. RE-5J
Julesburg S.D. RE-1
Public S.D.
Karval S.D. RE-23
Keenesburg S.D. RE-3J – see Weld Cnty
S.D. RE-3J
Kim Reorganized S.D. RE-88
Kiowa Cnty S.D. RE-1 – see Eads S.D. RE-
1
Kiowa Cnty S.D. RE-2 – see Plainview
S.D. RE-2
Kiowa S.D. C-2 (Elbert Cnty S.D. C-2)
Kit Carson Cnty S.D. R-4 – see Stratton
S.D. R-4
Kit Carson S.D. R-1
Public S.D.
La Veta S.D. RE-2
Lake Cnty S.D. R-1
Lamar S.D. RE-2
Las Animas S.D. RE-1
Lewis-Palmer S.D. 38
Liberty S.D. J-4
Limon P.S.s (Limon S.D. RE-4J)
Littleton P.S.s (Littleton S.D. 6)
Lone Star S.D. 101
Public S.D.
Mancos S.D. RE-6
Manitou Springs S.D. 14
Manzanola S.D. 3J
Mapleton P.S.s (Mapleton S.D. 1)
McClave S.D. RE-2
Meeker S.D. RE-1
Merino S.D. RE-4J (Buffalo S.D. RE-4J)
Mesa Cnty Valley S.D. 51
Miami-Yoder S.D. JT-60
Elbert
Lincoln
Moffat C.S.D. 2
Moffat Cnty S.D. RE-1
Monte Vista S.D. C-8
Montezuma-Cortez S.D. RE-1
Montrose Cnty S.D. RE-1J
Mountain Valley S.D. RE-1
Public S.D.
North Conejos S.D. RE-1J
North Park S.D. R-1
Norwood P.S.s (Norwood S.D. R-2J)
Public S.D.
Otis S.D. R-3
Ouray S.D. R-1
Public S.D.
Park Cnty S.D. RE-2
Pawnee S.D. RE-12 (Weld Cnty S.D. RE-
12)
Peetz Plateau S.D. RE-5 (Plateau S.D. RE-
5)
Peyton S.D. 23-JT
Plainview S.D. RE-2 (Kiowa Cnty S.D.
RE-2)
Plateau S.D. RE-5 – see Peetz Plateau S.D.
RE-5

Plateau Valley S.D. 50
Platte Canyon S.D. 1
Platte Valley S.D. RE-3
Platte Valley S.D. RE-7 (Weld Cnty S.D. RE-7)
Poudre S.D. R-1
Prairie S.D. RE-11 (Weld Cnty S.D. RE-11)
Primero Reorganized S.D. RE-2
Pritchett S.D. RE-3
Pueblo City Schools (Pueblo S.D. 60)
Pueblo Cnty S.D. 70
Public S.D.
Rangely S.D. RE-4
Ridgway S.D. R-2
Roaring Fork S.D. RE-1
Rocky Ford S.D. R-2
Public S.D.
Saint Vrain Valley S.D. RE-1J
Weld
Larimer
Broomfield
Salida S.D. R-32
Sanford S.D. 6J
Sangre de Cristo S.D. RE-22J
Sargent S.D. RE-33J
S.D. 27J – see Brighton S.D. 27J

Amistad Academy District
Ansonia P.S.s
Area Cooperative Educational
Ashford S.D.
Avon P.S.s
Berlin P.S.s
Bethany S.D.
Bethel P.S.s
Bloomfield P.S.s
Bolton P.S.s
Bozrah P.S.s
Branford P.S.s
Bridgeport P.S.s
Bristol P.S.s
Brookfield P.S.s
Brooklyn School
Canterbury P.S.s
Canton P.S.s
Chaplin Elementary School
Cheshire P.S.s
Clinton P.S.s
Colchester P.S.s
Columbia P.S.s
Coventry P.S.s
Cromwell P.S.s
Danielson P.S.s
Danielson Mills The School Danielson
Danbury P.S.s
Darien P.S.s
Derby P.S.s
East Granby P.S.s
East Haddam P.S.s
East Hampton P.S.s
East Hartford P.S.s
East Haven P.S.s
East Lyme P.S.s
East Windsor P.S.s
Eastford Elementary School
Ellington P.S.s
Enfield P.S.s
Fairfield P.S.s
Farmington P.S.s (Farmington, CT)
Franklin P.S.s

Sheridan S.D. 2
Sierra Grande S.D. R-30
Silverton P.S.s (Silverton S.D. 1)
South Conejos S.D. RE-10
South Routt S.D. RE-3
Springfield S.D. RE-4
Steamboat Springs S.D. RE-2
Strasburg S.D. 31J
Stratton S.D. R-4 (Kit Carson Cnty S.D. R-4)
Summit S.D. RE-1
Swink S.D. 33
Public S.D.
Telluride S.D. R-1
Thompson S.D. R-2J
Trinidad S.D. 1
Public S.D.
Valley S.D. RE-1
Vilas S.D. RE-5
Public S.D.
Walsh S.D. RE-1
Weld Cnty S.D. RE-1
Weld Cnty S.D. RE-2 – see Eaton S.D. RE-2
Weld Cnty S.D. RE-3J
Weld Cnty S.D. RE-4
Weld Cnty S.D. RE-5J

## Connecticut

Glastonbury P.S.s
Granby P.S.s
Greenwich P.S.s
Griswold P.S.s
Groton P.S.s
Guilford P.S.s
Green Hills P.S.s
Hamden P.S.s
Hartford P.S.s
Hartland School
Kent Center School
Killingly P.S.s
Kingswood British International College - Bangadeniya
Lebanon P.S.s
Ledyard P.S.s
Lisbon Central School
Litchfield P.S.s
Madison P.S.s
Manchester P.S.s
Mansfield P.S.s
Marlborough Public S.D.
Meriden P.S.s
Middletown P.S.s
Milford P.S.s
Monroe P.S.s
Montville P.S.s
Naugatuck P.S.s
New Britain S.D.
New Canaan P.S.s
New Fairfield Public S.D.
New Haven P.S.s
New Killingly P.S.s
New London P.S.s
New Milford P.S.s
Newington P.S.s
Newtown P.S.s
Norfolk S.D.
North Branford P.S.s
North Haven P.S.s
North Stonington P.S.s
Norwalk P.S.s
Norwich P.S.s

Weld Cnty S.D. 6 (Greeley S.D. 6)
Weld Cnty S.D. RE-7 – see Platte Valley S.D. RE-7
Weld Cnty S.D. RE-8
Weld Cnty S.D. RE-9
Weld Cnty S.D. RE-10J
Weld Cnty S.D. RE-11 – see Prairie S.D. RE-11
Weld Cnty S.D. RE-12 – see Pawnee S.D. RE-12
Weldon Valley S.D. RE-20J
West End S.D. RE-2
West Grand S.D. 1-JT
Westminster S.D. 50 – see Adams Cnty S.D. 50
Widefield S.D. 3 (El Paso Cnty S.D. 3)
Wiggins S.D. RE-50J
Wiley S.D. RE-13-JT
Windsor S.D. RE-4 – see Weld Cnty S.D. RE-4
Woodland Park S.D. RE-2
Woodlin S.D. R-104
Wray S.D. RD-2
Public S.D.
Yuma S.D. 1

Old Saybrook P.S.s
Orange Elementary Schools
Oxford P.S.s
Plainfield P.S.s
Plainville Community Schools
Plymouth P.S.s
Pomfret Community School
Portland P.S.s
Preston P.S.s
Putnam P.S.s
Regional S.D. 1
Regional S.D. 3
Regional S.D. 4
Regional S.D. 5
Regional S.D. 6
Regional S.D. 7
Regional S.D. 8
Regional S.D. 9
Regional S.D. 10
Regional S.D. 11
Regional S.D. 12
Regional S.D. 13
Regional S.D. 14
Regional S.D. 15
Regional S.D. 16
Regional S.D. 17
Regional S.D. 18
Regional S.D. 19
Ridgefield P.S.s
Rocky Hill P.S.s
S[edit]
Salem P.S.s
Seymour P.S.s
Shelton P.S.s
Sherman School
Simsbury P.S.s
Somers P.S.s
South Windsor P.S.s
Southington P.S.s
Sprague P.S.s
Stafford P.S.s
Stamford P.S.s
Sterling Memorial School

Stonington P.S.s
Stratford P.S.s
Suffield P.S.s
Thomaston P.S.s
Thompson P.S.s
Tolland P.S.s
Torrington S.D.
Trumbull P.S.s
Union P.S.s
Vernon P.S.s

Voluntown P.S.s
Westford Schools
Waterbury P.S.s
Waterford P.S.s
Watertown School System
West Hartford P.S.s
West Haven P.S.s
Westbrook P.S.s
Weston P.S.s
Westport P.S.s

Wethersfield P.S.s
Wilton P.S.s
Winchester P.S.s
Windham P.S.s
Windsor Locks P.S.s
Windsor P.S.s
Wolcott P.S.s
Woodstock P.S.s

## Delaware

Appoquinimink S.D.
Brandywine S.D.
Caesar Rodney S.D.
Cape Henlopen S.D.
Capital S.D.
Christina S.D.
Colonial S.D.
Delmar S.D.
Indian River S.D.
Lake Forest S.D.

Laurel S.D.
Milford S.D.
New Castle Cnty Vocational-Technical S.D. (Cnty-wide overlay S.D.)
Polytech S.D. (Cnty-wide overlay S.D.)
Red Clay C.S.D.
Seaford S.D.
Smyrna S.D.
Sussex Technical S.D. (Cnty-wide overlay S.D.)
Woodbridge S.D.

## District of Columbia

## Florida

Alachua Cnty P.S.s
Baker Cnty S.D.
Bay District Schools
Bradford Cnty S.D.
Brevard Cnty P.S.s
Broward Cnty P.S.s
Calhoun Cnty S.D.
Charlotte Cnty P.S.s
Citrus Cnty S.D.
Clay Cnty Schools
Collier Cnty District School Board
Columbia Cnty S.D.
DeSoto S.D.
Dixie Cnty S.D.
Dozier/Okeechobee S.D. (operates
Okeechobee Youth Development Center)
Duval Cnty P.S.s
Escambia Cnty S.D.
Flagler Cnty P.S.s
FAMU Lab School (Florida A&M
University Developmental Research
School)
FAU Lab School (Alexander D. Henderson
University School)
Florida School for the Deaf and Blind
FSU Lab School (Florida State University
School)

Florida Virtual School
Franklin Cnty Schools
Gadsden Cnty S.D.
Gilchrist Cnty S.D.
Glades Cnty S.D.
Gulf Cnty Schools
Hamilton Cnty S.D.
Hardee Cnty S.D.
Hendry Cnty Schools
Hernando Cnty School Board
Highlands Cnty Schools
Hillsborough Cnty P.S.s
Holmes Cnty S.D.
Indian River Cnty S.D.
Jackson Cnty S.D.
Jefferson Cnty S.D.
Lafayette Cnty S.D. (Florida)
Lake Cnty Schools
Lee Cnty S.D.
Leon Cnty Schools
Levy Cnty School Board
Liberty Cnty S.D.
Madison Cnty Schools
Manatee Cnty S.D.
Marion Cnty P.S.s
Martin Cnty S.D.
Miami-Dade Cnty P.S.s

Monroe Cnty S.D.
Nassau Cnty S.D.
Okaloosa Cnty S.D.
Okeechobee Cnty School Board
Orange Cnty P.S.s
Osceola Cnty S.D.
Palm Beach Cnty S.D.
Pasco Cnty Schools
Pinellas Cnty Schools
Polk Cnty P.S.s
Putnam Cnty S.D. (Florida)
St. Johns Cnty S.D.
St. Lucie Cnty School Board
Santa Rosa Cnty S.D.
Sarasota Cnty P.S.s
Seminole Cnty P.S.s
Sumter District Schools
Suwannee Cnty S.D.
Taylor Cnty S.D. (Florida)
Union Cnty School Board
UF Lab School (P.K. Yonge
Developmental Research School)
Volusia Cnty Schools
Wakulla Cnty School Board
Walton Cnty S.D. (Florida)
Washington Cnty S.D.

## Georgia

Appling Dicky Cnty S.D.
Atkinson Cnty S.D.
Atlanta P.S.s
Bacon Cnty S.D.
Baker Cnty S.D.
Baldwin Cnty S.D.
Banks Cnty S.D.
Barrow Cnty Schools
Bartow Cnty S.D.
Ben Hill Cnty S.D.
Berrien Cnty S.D.
Bibb Cnty P.S.s
Bleckley Cnty S.D.
Brantley Cnty S.D.
Bremen City S.D.
Brooks Cnty S.D.
Bryan Cnty S.D.

Buford City S.D.
Bulloch Cnty S.D.
Burke Cnty S.D.
Butts Cnty S.D.
Calhoun City S.D.
Calhoun Cnty S.D.
Camden Cnty S.D.
Candler Cnty S.D.
Carroll Cnty S.D.
Carrollton City S.D.
Cartersville City S.D.
Catoosa Cnty S.D.
Charlton Cnty S.D.
Chattahoochee Cnty S.D.
Chattooga Cnty S.D.
Cherokee Cnty S.D.
Chickamauga City S.D.

Clarke Cnty S.D.
Clay Cnty S.D.
Clayton Cnty P.S.s
Clinch Cnty S.D.
Cobb Cnty P.S.s
Coffee Cnty S.D.
Colquitt Cnty S.D.
Columbia Cnty School System
Commerce City S.D.
Cook Cnty S.D.
Coweta Cnty School System
Crawford Cnty S.D.
Crisp Cnty S.D.
Dade Cnty S.D.
Dalton City S.D.
Dawson Cnty S.D.
Decatur City S.D.

Decatur Cnty S.D.
DeKalb Cnty School System
Dodge Cnty S.D.
Dooly Cnty S.D.
Dougherty Cnty School System
Douglas Cnty S.D.
Dublin City S.D.
Early Cnty S.D.
Echols Cnty S.D.
Effingham Cnty S.D.
Elbert Cnty S.D.
Emanuel Cnty S.D.
Evans Cnty S.D.
Fannin Cnty S.D.
Fayette Cnty School System
Floyd Cnty S.D.
Forsyth Cnty Schools
Franklin Cnty S.D.
Fulton Cnty School System
Gainesville City S.D.
Gilmer Cnty S.D.
Glascock Cnty S.D.
Glynn Cnty S.D.
Gordon Cnty S.D.
Grady Cnty S.D.
Greene Cnty S.D.
Griffin-Spalding Cnty S.D.
Gwinnett Cnty P.S.s
Habersham Cnty S.D.
Hall Cnty S.D.
Hancock Cnty S.D.
Haralson Cnty S.D.
Harris Cnty S.D.
Hart Cnty S.D.
Heard Cnty S.D.
Henry Cnty S.D.
Houston Cnty Schools
Irwin Cnty S.D.
Jackson Cnty S.D.
Jasper Cnty S.D.
Jeff Davis Cnty S.D.
Jefferson City S.D.
Jefferson Cnty S.D.
Jenkins Cnty S.D.

Johnson Cnty S.D.
Jones Cnty S.D.
Lamar Cnty S.D.
Lanier Cnty S.D.
Laurens Cnty S.D.
Lee Cnty S.D.
Liberty Cnty S.D.
Lincoln Cnty S.D.
Long Cnty S.D.
Lowndes Cnty S.D.
Lumpkin Cnty S.D.
Macon Cnty S.D.
Madison Cnty S.D.
Marietta City S.D.
Marion Cnty S.D.
McDuffie Cnty S.D.
McIntosh Cnty S.D.
Meriwether Cnty S.D.
Miller Cnty S.D.
Mitchell Cnty S.D.
Monroe Cnty S.D.
Montgomery Cnty S.D.
Morgan Cnty S.D.
Murray Cnty S.D.
Muscogee Cnty S.D.
Newton Cnty S.D.
Oconee Cnty S.D.
Oglethorpe Cnty S.D.
Paulding Cnty S.D.
Peach Cnty S.D.
Pelham City S.D.
Pickens Cnty S.D.
Pierce Cnty S.D.
Pike Cnty S.D.
Polk Cnty S.D.
Pulaski Cnty S.D.
Putnam Cnty S.D.
Quitman Cnty S.D.
Rabun Cnty S.D.
Randolph Cnty S.D.
Richmond Cnty School System
Rockdale Cnty S.D.
Rome City S.D.
Savannah-Chatham Cnty P.S.s

Schley Cnty S.D.
Screven Cnty S.D.
Seminole Cnty S.D.
Social Circle City S.D.
State schools
Stephens Cnty S.D.
Stewart Cnty S.D.
Sumter Cnty S.D.
Talbot Cnty S.D.
Taliaferro Cnty S.D.
Tattnall Cnty S.D.
Taylor Cnty S.D.
Telfair Cnty S.D.
Terrell Cnty S.D.
Thomas Cnty S.D.
Thomaston-Upson Cnty S.D.
Thomasville City S.D.
Tift Cnty S.D.
Toombs Cnty S.D.
Towns Cnty S.D.
Treutlen Cnty S.D.
Trion City S.D.
Troup Cnty S.D.
Turner Cnty S.D.
Twiggs Cnty S.D.
Union Cnty S.D.
Valdosta City S.D.
Vidalia City S.D.
Walker Cnty S.D.
Walton Cnty S.D.
Ware Cnty S.D.
Warren Cnty S.D.
Washington Cnty S.D.
Wayne Cnty S.D.
Webster Cnty S.D.
Wheeler Cnty S.D.
White Cnty S.D.
Whitfield Cnty S.D.
Wilcox Cnty S.D.
Wilkes Cnty S.D.
Wilkinson Cnty S.D.
Worth Cnty S.D.

## Hawaii

Honolulu District: Farrington-Kaiser-Kalani and Kaimuki-McKinley-Roosevelt Complex Areas.
Central District: Aiea-Moanalua-Radford and Leilehua-Mililani-Waialua Complex Areas.
Leeward District: Campbell-Kapolei, Pearl City-Waipahu, and Nanakuli-Waianae Complex Areas.
Windward District: Castle-Kahuku and Kailua-Kalaheo Complex Areas.
Hawaii District: Hilo-Waiakea, Kau-Keaau-Pahoa, and Honokaa-Kealakehe-Kohala-Konawaena Complex Areas.
Maui District: Baldwin-Kekaulike-Maui and Hana-Lahainaluna-Lanai-Molokai Complex Areas.
Kauai District: Kapaa-Kauai-Waimea Complex Area

## Idaho

Academy at Roosevelt Center (ARC) #460
American Falls Joint S.D. #381
Arbon E.S.D. #383
Avery S.D. #394
Ambrose S.D.
Basin S.D. #72
Bear Lake Cnty S.D. #33
Blackfoot S.D. #55
Blaine Cnty S.D. #61
Bliss Joint S.D. #234
Boise S.D. #1
Bonneville Joint S.D. #93
Boundary Cnty S.D. #101
Bruneau-Grand View Joint S.D. #365
Buhl Joint S.D. #412
Butte Cnty Joint S.D. #111
Big Boys Busting S.D. #69

Caldwell S.D. #132
Camas Cnty S.D. #121
Cambridge Joint S.D. #432
Cascade S.D. #422
Cassia Cnty Joint S.D. #151
Castleford S.D. #417
Challis Joint S.D. #181
Clark Cnty S.D. #161
Coeur d'Alene S.D. #271
Coeur D' Alene Tribal School
Compass Public Charter Local Education
Agency School #455
Connections Academy #457
Cottonwood Joint S.D. #242
Council S.D. #13
Culdesac Joint S.D. #342
Dietrich S.D. #314

Emmett I.S.D. #221
Falcon Ridge Public Charter Local Agency
School #456
Filer S.D. #413
Firth S.D. #59
Fremont Cnty Joint S.D. #215
Fruitland S.D. #373
Garden City Community Charter School
#460
Garden Valley S.D. #71
Genesee Joint S.D. #282
Glenns Ferry Joint S.D. #192
Gooding Joint S.D. #231
Grace Joint S.D. #148
Grangeville Joint S.D. #241
Hagerman Joint S.D. #233
Hansen S.D. #415

Highland Joint S.D. #305
Homedale Joint S.D. #370
Horseshoe Bend S.D. #73
Idaho Falls S.D. #91
Idaho School for the Deaf and Blind
Idaho Virtual Academy
Idaho Virtual High Charter Local Education
Agency School
Inspire Virtual Charter Local Education
Agency School
ISucceed Virtual High School #466
Jefferson Cnty Joint S.D. #251
Jerome Joint S.D. #261
Kamiah Joint S.D. #304
Kaplan Academy of Idaho #469
Kellogg Joint S.D. #391
Kendrick Joint S.D. #283
Kimberly S.D. #414
Kootenai Bridge Academy #470
Kootenai S.D. #274
Kuna Joint S.D. #3
Lake Pend Oreille S.D. #84
Lakeland Joint S.D. #272
Lapwai S.D. #341
Lewiston I.S.D. #1
Liberty Charter Local Education Agency
School #458
Mackay Joint S.D. #182
Madison S.D. #321
Marsh Valley Joint S.D. #21
Marsing Joint S.D. #363
McCall-Donnelly Joint S.D. #421
Meadow Valley S.D. #11
Melba Joint S.D. #136
Middleton S.D. #134
Midvale S.D. #433
Minidoka Cnty Joint S.D. #331

Abingdon-Avon Community Unit S.D. 276
— also covers parts of Fulton Cnty; formed
by 2013 merger of Abingdon Community
Unit S.D. 217 and Avon Community Unit
S.D. 176[1]
A-C Central Community Unit S.D. 262
Addison S.D. 4
Adlai E. Stevenson High S.D. 125
Akin Community C.S.D. 91
Albers S.D. 63
Alden Hebron S.D. 19
Allendale Community C.S.D. 17
Allen-Otter Creek Community C.S.D. 65
Alsip-Hazelgreen-Oak Lawn S.D. 126
Altamont Community Unit S.D. 10
Alton Community Unit S.D. 11
AlWood Community Unit S.D. 225
Amboy Community Unit S.D. 272
Anna Community C.S.D. 37
Anna Jonesboro Community High S.D. 81
Annawan Community Unit S.D. 226
Antioch Community C.S.D. 34
Aptakisic-Tripp Community C.S.D. 102
Arbor Park S.D. 145
Arcola Community Unit S.D. 306
Argenta-Oreana Community Unit S.D. 1
Argo Community High S.D. 217
Argo Evergreen Park Reavis Oak Lawn
Special Education Cooperative
Arlington Heights S.D. 25
Armstrong Township High S.D. 225
Armstrong-Ellis C.S.D. 61
Arthur Community Unit S.D. 305

Moscow S.D. #281
Mountain Home S.D. #193
Mountain View S.D. #244
Mullan S.D. #392
Murtaugh Joint S.D. #418
Nampa Classical Academy #471
Nampa S.D. #131
New Plymouth S.D. #372
Nezperce Joint S.D. #302
North Gem S.D. #149
North Valley Academy #465
Notus S.D. #135
Oneida Cnty S.D. #351
Orofino Joint S.D. #171
Palouse Prairie School #472
Parma S.D. #137
Payette Joint S.D. #371
Pleasant Valley S.D. #364
Plummer-Worley Joint S.D. #44
Pocatello/Chubbuck S.D. #25
Post Falls S.D. #273
Potlatch S.D. #285
Prairie E.S.D. #191
Preston Joint S.D. #201
Quintanaroo S.D. #578
Richard McKenna Charter High School
#453
Richfield S.D. #316
Ririe Joint S.D. #252
Robert Janss School #671 (Idaho
Department of Correction)
Rockland S.D. #382
Rolling Hills Public Charter Local
Education Agency School #454
Roosevelt Center Charter Local Education
Agency School
Saint Maries Joint S.D. #41

**Illinois**

Ashley Community C.S.D. 15
Ashton-Franklin Center Community Unit
S.D. 275
Astoria Community Unit S.D. 1
Athens Community Unit S.D. 213
Atwood Heights S.D. 125
Auburn Community Unit S.D. 10
Aviston S.D. 21
Avoca S.D. 37
Avon Community Unit S.D. 176 — merged
to become Abingdon-Avon Community
Unit S.D. 276 in 2013[1]
Ball Chatham Community Unit S.D. 5
Bannockburn E.S.D. 106
Barrington Community Unit S.D. 220 —
also covers areas in Cook Cnty
Barrington Community Unit S.D. 220 —
also serves areas in Lake Cnty
Bartelso S.D. 57
Bartonville S.D. 66
Batavia Unit S.D. 101
Beach Park Community C.S.D. 3
Beardstown Community Unit S.D. 15
Beecher City Community Unit S.D. 20
Beecher Community Unit S.D. 200U
Belle Valley S.D. 119
Belleville S.D. 118
Belleville Township High S.D. 201
Bellwood S.D. 88
Belvidere Community Unit S.D. 100
Bement Community Unit S.D. 5
Benjamin S.D. 25
Bensenville S.D. 2

Sage International School #473
Salmon River Joint S.D. #243
Salmon S.D. #291
Shelley Joint S.D. #60
Shoshone Joint S.D. #312
Snake River S.D. #52
Soda Springs Joint S.D. #150
South Lemhi S.D. #292
Southern Idaho Learning Center #467
Sugar-Salem Joint S.D. #322
Swan Valley E.S.D. #92
Taylor's Crossing Public Charter Local
Education Agency School #461
Teton Cnty S.D. #401
The Academy (ARC)
Three Creek Joint E.S.D. #416
Troy S.D. #287
Twin Falls S.D. #411
Valley S.D. #262
Vallivue S.D. #139
Victory Charter Local Education Agency
School #451
Vision Charter School #463
Wallace S.D. #393
Weiser S.D. #431
Wendell S.D. #232
West Ada S.D. #2
West Bonner Cnty S.D. #83
West Jefferson S.D. #253
West Side Joint S.D. #202
White Pine Charter School #464
Whitepine Joint S.D. #288
Wilder S.D. #133
Xavier Charter School #462

Benton Community C.S.D. 47
Benton Consolidated High S.D. 103
Berkeley S.D. 87
Berwyn North S.D. 98
Bethalto Community Unit S.D. 8
Bethel S.D. 82
Big Hollow S.D. 38
Bismarck-Henning Community Unit S.D. 1
Bloom Township High S.D. 206
Bloomingdale S.D. 13
Bloomington S.D. 87
Blue Ridge Community Unit S.D. 18
Bluford Community C.S.D. 114
Bond Cnty Community Unit S.D. 2
Boone Cnty Special Education Cooperative
Bourbonnais S.D. 53
Braceville S.D. 75
Bradford Community Unit S.D. 1
Bradley E.S.D. 61
Bradley-Bourbonnais Community High
S.D. 307
Breese E.S.D. 12
Bremen Community High S.D. 228
Brimfield Community Unit S.D. 309
Brookfield-Lagrange Park S.D. 95
Brooklyn Unit S.D. 188
Brookwood S.D. 167
Brown Cnty Community Unit S.D. 1
Brownstown Community Unit S.D. 201
Brussels Community Unit S.D. 42
Buncombe C.S.D. 43
Bunker Hill Community Unit S.D. 8
Burbank S.D. 111

Bureau Valley Community Unit S.D. 340
Burnham S.D. 154½
Bushnell Prairie City Community Unit S.D. 170
Butler S.D. 53
Byron Community Unit S.D. 226
Cahokia Community Unit S.D. 187
Cairo U.S.D. 1
Calhoun Community Unit S.D. 40
Calumet City S.D. 155
Calumet Public S.D. 132
Cambridge Community Unit S.D. 227
Canton Union S.D. 66
Carbon Cliff-Barstow S.D. 36
Carbondale Community High S.D. 165
Carbondale E.S.D. 95
Carlinville Community Unit S.D. 1
Carlyle Community Unit S.D. 1
Carmi-White Cnty Community Unit S.D. 5
Carrier Mills-Stonefort Community Unit S.D. 2
Carrollton Community Unit S.D. 1
Carterville Community Unit S.D. 5
Carthage E.S.D. 317
Cary Community C.S.D. 26
Casey-Westfield Community Unit S.D. C-4
Cass S.D. 63
Catlin Community Unit S.D. 5
Center Cass S.D. 66
Central A&M Community Unit District 21[4]
Central City S.D. 133
Central Community High S.D. 71
Central Community Unit S.D. 3
Central Community Unit S.D. 301
Central Community Unit S.D. 4
Central S.D. 104
Central S.D. 51
Central Stickney S.D. 110
Centralia High S.D. 200
Centralia S.D. 135
Century Community Unit S.D. 100
Cerro Gordo Community Unit S.D. 100
Chadwick-Milledgeville Community Unit S.D. 399
Champaign Unit 4 S.D.
Chaney-Monge S.D. 88
Channahon S.D. 17
Charleston Community Unit S.D. 1
Cherry S.D. 92 — operated by tuition to Dimmick Community C.S.D. 175 from 2014 to 2017;[2][3] consolidated with Dimmick CCSD 175 to form a "new" Dimmick CCSD 175 in 2017[2]
Chester Community Unit S.D. 139
Chester Non-High S.D. 122
Chester-East Lincoln Community C.S.D. 61
Chicago Heights S.D. 170
Chicago Ridge S.D. 127½
Christopher Unit S.D. 99
Cicero S.D. 99
Cissna Park Community Unit S.D. 6
City of Chicago S.D. 299
Clay City Community Unit S.D. 10
Clinton Community Unit S.D. 15
Coal City Community Unit S.D. 1
Cobden Unit S.D. 17
Collinsville Community Unit S.D. 10
Colona S.D. 190
Columbia Community Unit S.D. 4
Community C.S.D. 15 — based in Palatine

Community C.S.D. 168 — based in Sauk Village
Community C.S.D. 180 — based in Burr Ridge
Community C.S.D. 204
Community C.S.D. 46 — based in Grayslake
Community C.S.D. 54 — based in Schaumburg
Community C.S.D. 59 — based in Arlington Heights
Community C.S.D. 62 — based in Des Plaines
Community C.S.D. 89 — based in Glen Ellyn
Community C.S.D. 93 — based in Bloomingdale
Community High S.D. 117 — Antioch
Community High School and Lakes Community High School
Community High S.D. 128 — Libertyville High School and Vernon Hills High School
Community High S.D. 155 — based in Crystal Lake
Community High S.D. 218 — based in Oak Lawn
Community High S.D. 94 — based in West Chicago
Community High S.D. 99 — based in Downers Grove
Community Unit S.D. 200 — based in Wheaton
Community Unit S.D. 3, Fulton Cnty — Cuba schools, also known as North Fulton
Community Unit S.D. 300 — headquartered in Algonquin; serving students in McHenry and Kane counties
Community Unit S.D. 300 — primarily in McHenry Cnty
Community Unit S.D. 95 — Lake Zurich
Consolidated High S.D. 230 — based in Orland Park
C.S.D. 158 — headquartered in Algonquin; serving students in McHenry and Kane counties
Cook Cnty S.D. 104 — based in Summit
Cook Cnty S.D. 130 — based in Blue Island
Cornell Community C.S.D. 426
Cornell Community High S.D. 70
Coulterville Unit S.D. 1
Country Club Hills S.D. 160
Cowden-Herrick Community Unit S.D. 3A
Crab Orchard Community C.S.D. 3
Crescent Iroquois Community Unit S.D. 249
Creston Community C.S.D. 161
Crete Monee Community Unit S.D. 201U
Creve Coeur S.D. 76
Crystal Lake Community C.S.D. 47
Cumberland Community Unit S.D. 77
Cypress S.D. 64
Dakota Community Unit S.D. 201
Dallas E.S.D. 327
Dalzell S.D. 98
Damiansville S.D. 62
Danville Community C.S.D. 118
Darien S.D. 61
Decatur S.D. 61
Deer Creek-Mackinaw Community Unit S.D. 701
Deer Park Community C.S.D. 82

Deerfield S.D. 109
Defunct
Defunct
Defunct
DeKalb Community Unit S.D. 428
DeLand-Weldon Community Unit S.D. 57
Delavan Community Unit S.D. 703
DePue Unit S.D. 103
Desoto S.D. 86
Diamond Lake S.D. 76
Dieterich Community Unit S.D. 30
Dimmick Community C.S.D. 175 — from 2017 also includes the territory of dissolved Cherry S.D. 92[2]
District 50 Schools
Dixon Unit S.D. 170 (also known as Dixon P.S.s)
Dolton Riverdale S.D. 148
Dolton S.D. 149
Dongola Unit S.D. 66
Donovan Community Unit S.D. 3
Downers Grove Grade S.D. 58
Du Quoin Community Unit S.D. 300
Dunlap Community Unit S.D. 323
DuPage High S.D. 88
Dupo Community Unit S.D. 196
Durand Community Unit S.D. 322
Dwight Common S.D. 232
Dwight Township High S.D. 230
Earlville Community Unit S.D. 9
East Alton S.D. 13
East Alton-Wood River Community High S.D. 14
East Aurora Public S.D. 131
East Coloma-Nelson Consolidated E.S.D. 20
East Dubuque Unit S.D. 119
East Maine S.D. 63
East Moline S.D. 37
East Peoria Community High S.D. 309
East Peoria S.D. 86
East Prairie S.D. 73
East St. Louis S.D. 189
Eastland Community Unit S.D. 308
Edinburg Community Unit S.D. 4
Edwardsville Community Unit S.D. 7
Effingham Community Unit S.D. 40
Egyptian Community Unit S.D. 5
El Paso-Gridley Community Unit S.D. 11
Eldorado Community Unit S.D. 4
E.S.D. 159 — based in Matteson, but not District 162
Elgin Area S.D. U46 — headquartered in Elgin; serving students in Cook, DuPage and Kane counties
Elgin Area S.D. U46 (a Unit S.D.) — also serves areas in Cook and DuPage counties
Elgin Area S.D. U46 (a unit S.D.) — also serves areas in DuPage and Kane Cnty, Illinois
Elmhurst Community Unit S.D. 205
Elmwood Community Unit S.D. 322
Elmwood Park Community Unit S.D. 401
Elverado Community Unit S.D. 196
Elwood Community C.S.D. 203
Emmons S.D. 33
Erie Community Unit S.D. 1
Eswood Community Consolidated District 269 — also covers part of DeKalb Cnty
Eureka Community Unit District 140
Evanston Township High S.D. 202
Evanston/Skokie S.D. 65

Evergreen Park Community High S.D. 231
Evergreen Park E.S.D. 124
Ewing Northern Community Consolidated District 115
Fairfield Community High S.D. 225
Fairfield Public S.D. 112
Fairmont S.D. 89
Fairview S.D. 72
Farmington Central Community Unit S.D. 265
Farrington Community C.S.D. 99
Fenton Community High S.D. 100
Field Community C.S.D. 3
Fieldcrest Community Unit S.D. 6
Fisher Community Unit S.D. 1
Flanagan Community Unit S.D. 4
Flanagan-Cornell Unit 74 — a hybrid district formed by combining 2 districts in 2008:[2]
Flora Community Unit S.D. 35
Flossmoor S.D. 161
Ford Heights S.D. 169
Forest Park S.D. 91
Forest Ridge S.D. 142
Forrestville Valley Community Unit S.D. 221
Fox Lake Grade S.D. 114
Fox River Grove C.S.D. 3
Frankfort Community C.S.D. 157C
Frankfort Community Unit S.D. 168
Franklin Community Unit S.D. 1
Franklin Park S.D. 84
Freeburg Community C.S.D. 70
Freeburg Community High S.D. 77
Freeport S.D. 145
Fremont S.D. 79
Galatia Community Unit S.D. 1
Galena Unit S.D. 120
Galesburg Community Unit S.D. 205
Gallatin Community Unit S.D. 7
Galva Community Unit S.D. 224
Gardner Community C.S.D. 72C
Gardner-South Wilmington Township High S.D. 73
Gavin S.D. 37
Geff Community C.S.D. 14
General George Patton S.D. 133
Geneseo Community Unit S.D. 228
Geneva Community Unit S.D. 304
Genoa Kingston Community Unit S.D. 424
Georgetown-Ridge Farm Community Unit District 4
Germantown Hills S.D. 69
Germantown S.D. 60
Giant City Community C.S.D. 130
Gibson City-Melvin-Sibley Community Unit S.D. 5
Gifford Community C.S.D. 188
Gillespie Community Unit S.D. 7
Glen Ellyn S.D. 41
Glenbard Township High S.D. 87
Glencoe S.D. 35
Glenview Community C.S.D. 34
Golf S.D. 67
Goreville Community Unit District 1
Gower S.D. 62
Grand Prairie Community C.S.D. 6
Grand Ridge Community C.S.D. 95
Granite City Community Unit S.D. 9
Grant Community C.S.D. 110
Grant Community High S.D. 124
Grant Park Community Unit S.D. 6

Grass Lake S.D. 36
Grayslake Community High S.D. 127
Grayville Community Unit S.D. 1
Greenfield Community Unit S.D. 10
Greenview Community Unit S.D. 200
Griggsville-Perry Community Unit S.D. 4
Gurnee S.D. 56
Hall High S.D. 502
Hamilton Community C.S.D. 328
Hamilton Cnty Community Unit S.D. 10
Hampton S.D. 29
Hardin Cnty Community Unit S.D. 1
Harlem S.D. 122
Harmony Emge S.D. 175
Harrisburg Community Unit S.D. 3
Harrison S.D. 36
Hartsburg Emden Community Unit S.D. 21
Harvard Community Unit S.D. 50
Harvey S.D. 152
Havana Community Unit S.D. 126
Hawthorn Community C.S.D. 73
Hazel Crest S.D. 152½
Henry-Senachwine Community Unit S.D. 5
Heritage Community Unit S.D. 8
Herrin Community Unit S.D. 4
Herscher Community Unit S.D. 2
Heyworth Community Unit S.D. 4
Hiawatha Community Unit S.D. 426
High Mount S.D. 116
Highland Community Unit S.D. 5
Hillsboro Community Unit S.D. 3
Hillside S.D. 93
Hinckley Big Rock Community Unit S.D. 429
Hinsdale Community C.S.D. 181
Hinsdale Township High S.D. 86
Hollis C.S.D. 328
Homer Community C.S.D. 33C
Homewood Flossmoor Community High S.D. 233
Homewood S.D. 153
Hononegah Community High S.D. 207
Hoopeston Area Community Unit S.D. 11
Hoover-Schrum Memorial S.D. 157
Hoyleton C.S.D. 29 — annexed into Nashville CCSD 49 in 2015[2]
Hutsonville Community Unit S.D. 1
Illini Bluffs Community Unit S.D. 327
Illini Central Community Unit S.D. 189
Illini West High S.D. 307
Illinois Valley Central Unit District 321
Indian Creek Community Unit District 425
Indian Prairie S.D. 204
Indian Prairie S.D. 204 — based in Aurora
Indian Springs S.D. 109
Iroquois Cnty Community Unit S.D. 9
Iroquois West Community Unit S.D. 10
Irvington Community C.S.D. 11
Itasca S.D. 10
Iuka Community C.S.D. 7
J. Sterling Morton High S.D. 201
Jacksonville S.D. 117
Jamaica Community Unit S.D. 12
Jasper Community C.S.D. 17
Jasper Cnty Community Unit S.D. 1
Jersey Community Unit S.D. 100
Johnsburg Community Unit S.D. 12
Johnston City Community Unit S.D. 1
Joliet Public S.D. 86
Joliet Township High S.D. 204

Jonesboro Community C.S.D. 43, also sometimes listed as "Jonesboro E.S.D." or "Cnty of Union S.D. No. 43"
Joppa-Maple Grove Unit District 38
Kaneland Community Unit S.D. 302
Kankakee S.D. 111
Kansas Community Unit S.D. 3
Keeneyville S.D. 20
Kell C.S.D. 2
Kenilworth S.D. 38
Kewanee Community Unit S.D. 229
Kildeer Countryside Community C.S.D. 96
Kings C.S.D. 144
Kinnikinnick Community C.S.D. 131
Kirby S.D. 140
Knoxville Community Unit S.D. 202
Komarek S.D. 94
La Harpe Community S.D. 347
La Moille Community Unit S.D. 303
Ladd Community C.S.D. 94
LaGrange E.S.D. 102
LaGrange Highlands S.D. 106
LaGrange S.D. 105 South
Lake Bluff E.S.D. 65
Lake Forest Community High S.D. 115
Lake Forest S.D. 67
Lake Park Community High S.D. 108
Lake Villa Community C.S.D. 41
Lansing S.D. 158
Laraway Community C.S.D. 70C
LaSalle E.S.D. 122
LaSalle-Peru Township High S.D. 120
Lawrence Cnty Community Unit S.D. 20
Le Roy Community Unit S.D. 2
Lebanon Community Unit S.D. 9
Leland Community Unit S.D. 1
Lemont Township High S.D. 210
Lemont-Bromberek Combined S.D. 113A
Lena-Winslow Community Unit S.D. 202
Lewistown Community Unit S.D. 97
Lexington Community Unit S.D. 7
Leyden Community High S.D. 212
Liberty Community Unit S.D. 2
Libertyville District 70
Lick Creek Community C.S.D. 16
Limestone Community High S.D. 310
Limestone Walters Community C.S.D. 316
Lincoln Community High S.D. 404
Lincoln E.S.D. 156
Lincoln E.S.D. 27
Lincolnshire-Prairie View S.D. 103
Lincoln-Way Community High S.D. 210
Lincolnwood S.D. 74
Lindop S.D. 92
Lisbon Community C.S.D. 90
Lisle Community Unit S.D. 202
Litchfield Community Unit S.D. 12
Lockport Township High S.D. 205
Lombard S.D. 44
Lostant Community Unit S.D. 425
Lowpoint-Washburn Community Unit S.D. 21
Ludlow Community C.S.D. 142
Lyons S.D. 103
Lyons Township High S.D. 204
Macomb Community Unit S.D. 185
Madison Community Unit S.D. 12
Maercker S.D. 60
Mahomet-Seymour Community Unit S.D. 3
Maine Township High S.D. 207
Malden Community C.S.D. 84
Manhattan S.D. 114

Mannheim S.D. 83
Manteno Community Unit S.D. 5
Manteno Community Unit S.D. 5 — small portion in Wesley Township
Marengo Community High S.D. 154
Marengo-Union E.S.D. 165
Marion Community Unit S.D. 2
Marissa Community Unit S.D. 40
Maroa Forsyth Community Unit S.D. 2
Marquardt S.D. 15 — based in Glendale Heights
Marseilles E.S.D. 150
Marshall Community Unit S.D. C-2
Martinsville Community Unit S.D. C-3
Mascoutah Community Unit District 19
Massac Unit District 1
Matteson S.D. 162 — not to be confused with District 159, also based in Matteson
Mattoon Community Unit S.D. 2
Maywood-Melrose Park-Broadview S.D. 89
Mazon-Verona-Kinsman E.S.D. 2C
McAuley S.D. No. 27 (1857–1992)
McClellan Community C.S.D. 12
McHenry Community High S.D. 156
McHenry S.D. 15
McLean Cnty Unit District No. 5
Medinah S.D. 11
Mendon Community Unit S.D. 4
Mendon Community Unit S.D. 4 (Portions of the boundaries are in the Cnty.)
Mendota Consolidated Community S.D. 289
Mendota Township High S.D. 280
Mercer Cnty S.D. 404
Meredosia-Chambersburg Community Unit S.D. 11
Meridian Community Unit S.D. 101
Meridian Community Unit S.D. 15
Meridian Community Unit S.D. 223
Metamora Community C.S.D. 1
Metamora Township High S.D. 122
Midland Community Unit S.D. 7
Midlothian S.D. 143
Midwest Central Community Unit S.D. 191
Milford Community C.S.D. 280
Milford Township High S.D. 233
Millburn Community C.S.D. 24
Miller Township Community C.S.D. 210
Millstadt Community C.S.D. 160
Milne-Kelvin Grove District 91 — also known as Lockport S.D. 91
Minooka Community C.S.D. 201
Minooka Community High S.D. 111
Mississippi Valley Community Unit S.D. 166 — annexed to Trico CUSD 176 and Murphysboro CUSD 186 in August 1991[6]
Mokena S.D. 159
Moline-Coal Valley Community Unit S.D. 40
Momence Community Unit S.D. 1
Monmouth-Roseville Community Unit S.D. 238
Monroe S.D. 70
Monticello Community Unit S.D. 25
Montmorency Community C.S.D. 145
Morris Community High S.D. 101
Morris S.D. 54
Morrison Community Unit S.D. 6
Morrisonville Community Unit S.D. 1
Morton Community Unit S.D. 709
Morton Grove S.D. 70

Mount Carroll Community Unit District 304
Mount Olive Community Unit S.D. 5
Mount Prospect S.D. 57
Mount Vernon S.D. 80
Mount Vernon Township High S.D. 201
Mt. Pulaski Community Unit S.D. 23
Mt. Zion Community Unit S.D. 3
Mulberry Grove Community Unit S.D. 1
Mundelein Consolidated High S.D. 120
Mundelein E.S.D. 75
Murphysboro Community Unit S.D. 186
Naperville Community Unit S.D. 203
Nashville Community C.S.D. 49
Nashville Community High S.D. 99
Nauvoo-Colusa Community Unit S.D. 325
Neoga Community Unit S.D. 3
Nettle Creek Community C.S.D. 24C
New Athens Community Unit S.D. 60
New Berlin Community Unit S.D. 16[8]
New Holland-Middletown S.D. 88
New Hope Community C.S.D. 6
New Lenox S.D. 122
New Simpson Hill S.D. 32
New Trier Township High S.D. 203
Newark Community C.S.D. 66
Newark Community High S.D. 18
Niles E.S.D. 71
Niles Township High S.D. 219
Nippersink S.D. 2
Nokomis Community Unit S.D. 22
Norridge S.D. 80
Norris City-Omaha-Enfield Community Unit S.D. 3
North Boone Community Unit S.D. 200
North Chicago S.D. 187
North Clay Community Unit S.D. 25
North Greene Community Unit S.D. 3
North Mac Community Unit S.D. 34
North Palos S.D. 117
North Pekin & Marquette Heights S.D. 102
North Shore S.D. 112
North Wamac S.D. 186
North Wayne Community Unit S.D. 200
Northbrook S.D. 27
Northbrook S.D. 28
Northbrook/Glenview S.D. 30
Northfield Township High S.D. 225
Northwestern Community Unit S.D. 2
Norwood E.S.D. 63
Oak Grove S.D. 68
Oak Grove S.D. 68
Oak Lawn Community High S.D. 229
Oak Lawn-Hometown S.D. 123
Oak Park and River Forest High S.D. 200
Oak Park E.S.D. 97
Oakdale Community C.S.D. 1
Oakland Community Unit S.D. 5
Oakwood Community Unit S.D. 76
Oblong Community Unit S.D. 4
Odell Community C.S.D. 435
Odin Public S.D. 722
O'Fallon Community C.S.D. 90
O'Fallon Township High S.D. 203
Oglesby E.S.D. 125
Ohio Community C.S.D. 17
Ohio Community High S.D. 505
Okaw Valley Community Unit S.D. 302
Olympia Community Unit S.D. 16
Opdyke-Belle Rive Community C.S.D. 5
Orangeville Community Unit S.D. 203
Oregon Community Unit S.D. 220

Orion Community Unit S.D. 223
Orland S.D. 135
Oswego Community Unit S.D. 308
Ottawa E.S.D. 141
Ottawa Township High S.D. 140
Palestine Community Unit S.D. 3
Palos Heights S.D. 128
Palos S.D. 118
Pana Community Unit S.D. 8
Panhandle Community Unit S.D. 2
Paris Community Unit S.D. No. 4
Paris Union S.D. 95
Park Forest S.D. 163
Park Ridge-Niles S.D. 64
Patoka Community Unit S.D. 100
Paw Paw Community Unit S.D. 271
Pawnee Community Unit S.D. 11
Paxton-Buckley-Loda Community Unit S.D. 10
Payson Community Unit S.D. 1
Pearl City Community Unit S.D. 200
Pecatonica Community Unit S.D. 321
Pekin Community High S.D. 303
Pekin Public S.D. 108
Pembroke Community C.S.D. 259
Pennoyer S.D. 79
Peoria Heights Community Unit S.D. 325
Peoria S.D. 150
Peotone Community Unit S.D. 207U
Peru E.S.D. 124
Pikeland Community Unit S.D. 10
Pinckneyville Community High S.D. 101
Pinckneyville S.D. 50
Plainfield Community C.S.D. 202
Plainfield Community C.S.D. 202 — southeastern portion of Cnty
Plano Community Unit S.D. 88
Pleasant Hill Community Unit S.D. 3
Pleasant Hill S.D. 69
Pleasant Plains Community Unit S.D. 8
Pleasant Valley S.D. 62
Pleasantdale S.D. 107
Polo Community Unit S.D. 222
Pontiac Community C.S.D. 429
Pontiac Township High S.D. 90
Pontiac William Holliday S.D. 105
Pope Cnty Community Unit S.D. 1[7]
Porta Community Unit S.D. 202
Posen-Robbins S.D. 143½
Potomac Community Unit S.D. 10
Prairie Central Community Unit S.D. 8 — including Prairie Central High School
Prairie du Rocher Community S.D. 134
Prairie Grove Community S.D. 46
Prairie Hill Community C.S.D. 133
Prairie-Hills E.S.D. 144
Prairieview-Ogden Community C.S.D. 197
Princeton E.S.D. 115
Princeton High S.D. 500
Princeville Community Unit S.D. 326
Prophetstown-Lyndon-Tampico Community Unit S.D. 3
Prospect Heights S.D. 23
Proviso Township High Schools District 209
Putnam Cnty Community Unit S.D. 535
Queen Bee S.D. 16 — based in Glendale Heights
Quincy Area Vocational Technical Center
Quincy Public S.D. 172
R.O.W.V.A. Community Unit S.D. 208
Raccoon C.S.D. 1

Ramsey Community Unit S.D. 204
Rankin Community S.D. 98
Rantoul City S.D. 137
Rantoul Township High S.D. 193
Reavis Township High S.D. 220
Red Bud Community Unit S.D. 132
Red Hill Community Unit S.D. 10
Reed Custer Community Unit S.D. 255U
Rhodes S.D. 84½
Rich Township High S.D. 227
Richland Cnty Community Unit S.D. 1 — formerly East Richland Community Unit S.D. 1
Richland S.D. 88A
Richmond-Burton Community High S.D. 157
Ridgeland S.D. 122
Ridgeview Community Unit S.D. 19
Ridgewood Community High S.D. 234
Riley Community C.S.D. 18
River Bend Community Unit S.D. 2
River Forest P.S.s District 90
River Grove S.D. 85½
River Ridge Community Unit S.D. 210
River Trails S.D. 26
Riverdale Community Unit S.D. 100
Riverside S.D. 96
Riverside-Brookfield Township District 208
Riverton Community Unit S.D. 14
Riverview Community C.S.D. 2
Roanoke Benson Community Unit S.D. 60
Robein S.D. 85
Robinson Community Unit S.D. 2
Rochelle Community C.S.D. 231
Rochelle Township High S.D. 212 — also covers part of Lee and DeKalb counties
Rochester Community Unit S.D. 3A
Rock Falls E.S.D. 13
Rock Falls Township High S.D. 301
Rock Island-Milan S.D. 41
Rockdale S.D. 84
Rockford Public S.D. 205
Rockridge Community Unit S.D. 300
Rockton S.D. 140
Rome Community C.S.D. 2
Rondout S.D. 72
Rooks Creek Community C.S.D. 425
Roselle S.D. 12
Rosemont E.S.D. 78
Rossville-Alvin Community Unit S.D. 7
Round Lake Area Schools District 116
Roxana Community Unit S.D. 1
Rutland Community C.S.D. 230
Saint Elmo Community Unit S.D. 202
Saint Joseph Ogden Community High S.D. 305
Saint Rose S.D. 14-15
Salem Community High S.D. 600
Salem S.D. 111
Salt Creek S.D. 48 — based in Villa Park
Salt Fork Community Unit S.D. 512 — formed by consolidation of[2]
Sandoval Community Unit S.D. 501
Sandridge S.D. 172
Sandwich Community Unit S.D. 430
Sangamon Valley Community Unit S.D. 9
Saratoga Community C.S.D. 60C
Saunemin Community C.S.D. 438
Savanna Community Unit District 300
Scales Mound Community Unit S.D. 211
Schiller Park S.D. 81

S.D. 45, DuPage Cnty — based in Villa Park
Schuyler-Industry Community Unit S.D. 5
Scott-Morgan Community Unit S.D. 2
Selmaville Community C.S.D. 10
Seneca Community C.S.D. 170
Seneca Township High S.D. 160
Serena Community Unit S.D. 2
Sesser-Valier Community Unit S.D. 196
Shawnee Community Unit S.D. 84
Shelbyville Community Unit S.D. 4
Sherrard Community Unit S.D. 200
Sherrard Community Unit S.D. 200
Shiloh Community Unit S.D. 1
Shiloh Village S.D. 85
Shirland Community C.S.D. 134
Signal Hill S.D. 181
Silvis S.D. 34
Skokie S.D. 68
Skokie S.D. 69
Skokie S.D. 73½
Smithton Community C.S.D. 130
Somonauk Community Unit S.D. 432
South Beloit Community Unit S.D. 320, also known as "Cnty of Winnebago S.D. 320"[9]
South Berwyn S.D. 100
South Central Community Unit District 401
South Fork S.D. 14
South Holland S.D. 150
South Holland S.D. 151
South Pekin S.D. 137
South Wilmington Community C.S.D. 74
Southeastern Community Unit S.D. 337
Southwestern Community Unit S.D. 9
Sparta Community Unit S.D. 140
Spoon River Valley Community Unit S.D. 4
Spring Garden S.D. 178
Spring Lake Community C.S.D. 606
Spring Valley Community C.S.D. 99
Springfield S.D. 186
St. Anne Community C.S.D. 256
St. Anne Community High S.D. 302
St. Charles Community Unit S.D. 303
St. George Community C.S.D. 258
St. Joseph Community C.S.D. 169
St. Libory C.S.D. 30
Stark Cnty Community Unit S.D. 100
Staunton Community Unit S.D. 6
Steeleville Community Unit S.D. 138
Steger S.D. 194
Steger S.D. 194
Sterling Community Unit S.D. 5
Steward E.S.D. 220
Stewardson-Strasburg Community Unit District 5A
Stockton Community Unit S.D. 206
Streator E.S.D. 44
Streator Township High S.D. 40
Sullivan Community Unit S.D. 300
Summersville S.D. 79
Summit Hill S.D. 161
Sunnybrook S.D. 171
Sunset Ridge S.D. 29
Sycamore Community Unit S.D. 427
Taft S.D. 90
Tamaroa S.D. 5
Taylorville Community Unit S.D. 3
Teutopolis Community Unit S.D. 50
Thomasboro Community C.S.D. 130
Thompsonville Community High S.D. 112

Thompsonville Community Unit S.D. 174 — formed by the 2007 merger of[2]
Thompsonville S.D. 62
Thomson Community Unit District 301
Thornton Fractional Township High S.D. 215
Thornton S.D. 154
Thornton Township High S.D. 205
Tinley Park Community C.S.D. 146
Tolono Community Unit S.D. 7
Tonica Community C.S.D. 79
Township High S.D. 113 — headquartered in Highland Park
Township High S.D. 211 — serves Palatine and Schaumburg Townships
Township High S.D. 214 — based in Arlington Heights
Tremont Community Unit S.D. 702
Triad Community Unit S.D. 2
Tri-City Community Unit S.D. 1
Trico Community Unit S.D. 176
Triopia Community Unit S.D. 27
Tri-Point Community Unit S.D. 6-J[5]
Tri-Valley Community Unit S.D. 3
Troy Community C.S.D. 30C
Tuscola Community Unit S.D. 301
Union Ridge S.D. 86
Union S.D. 81
United Community Unit S.D. 304
United Township High S.D. 30
Unity Point Community C.S.D. 140
Urbana S.D. 116
Valley View Community Unit S.D. 365U
Valmeyer Community Unit S.D. 3
Vandalia Community Unit S.D. 203
Venice Community Unit S.D. 3
Vermont Ipava Table Grove Community Unit S.D. 2 — known as V.I.T.
Vienna High S.D. 133
Vienna S.D. 55
Villa Grove Community Unit S.D. 302
Virginia Community Unit S.D. 64
Wabash Community Unit S.D. 348
Wallace Community C.S.D. 195
Waltham Community Unit S.D. 185
Waltonville Community Unit S.D. 1
Warren Community Unit S.D. 205
Warren Township High S.D. 121
Warrensburg-Latham Community Unit District 11
Warsaw Community Unit S.D. 316
Washington Community High S.D. 308
Washington S.D. 52
Waterloo Community Unit S.D. 5
Wauconda Community Unit S.D. 118
Waukegan Community Unit S.D. 60
Waverly Community Unit S.D. 6
Wayne City Community Unit S.D. 100
Webber Township High S.D. 204
Wesclin Community Unit S.D. 3
West Aurora Public S.D. 129
West Carroll Community Unit S.D. 314, formed by merger of[2]
West Central Community Unit S.D. 235
West Chicago E.S.D. 33
West Harvey-Dixmoor Public S.D. 147
West Lincoln-Broadwell E.S.D. 92
West Northfield S.D. 31
West Prairie Community Unit S.D. 103
West Richland Community Unit S.D. 2 — annexed into East Richland CUSD 1 in 2014

West Washington Cnty Community Unit
District 10
Westchester Public S.D. 92½
Western Community Unit S.D. 12
Western Springs S.D. 101
Westmont Community Unit S.D. 201
Westville Community Unit S.D. 2
Wethersfield Community Unit S.D. 230
Wheeling Community C.S.D. 21
Whiteside S.D. 115
Will Cnty S.D. 92
Williamsfield Community Unit S.D. 210
Williamsville Community Unit S.D. 15

Adams Central Community Schools
Bartholomew Consolidated School
Corporation
Carmel Clay Schools
Community Schools of Frankfort
Danville Community School Corporation
Decatur Cnty Community Schools
Decatur Discovery Academy Inc.
DeKalb Cnty Central United S.D.
DeKalb Cnty Eastern Community S.D.
Delaware Community School Corporation
Delphi Community School Corporation
Doctor Robert H. Faulkner Academy
Duneland School Corporation
East Allen Cnty Schools
East Chicago Lighthouse Charter School
East Chicago Urban Enterprise Academy
East Gibson School Corporation
East Noble School Corporation
East Porter Cnty School Corporation
East Washington School Corporation
Eastbrook Community School Corporation
Eastern Greene Schools
Eastern Hancock Cnty Community School
Corporation
Eastern Howard School Corporation
Eastern Pulaski Community School
Corporation
Edinburgh Community School Corporation
Elkhart Community Schools
Elwood Community School Corporation
Eminence Community School Corporation
Evansville Vanderburgh School
Corporation
Fairfield Community Schools
Fayette Cnty School Corporation
Flat Rock-Hawcreek School Corporation
Fort Wayne Community Schools
Franklin Community School Corporation
Franklin Cnty Community School
Corporation
Franklin Township Community School
Corporation
Frankton-Lapel Community Schools
Fremont Community Schools
Frontier School Corporation
Garrett-Keyser-Butler Community S.D.
Gary Community School Corporation
Goshen Community Schools
Greater Clark Cnty Schools
Greater Jasper Consolidated Schools
Greencastle Community School
Corporation
Greenfield-Central Community Schools
Greensburg Community Schools
Greenwood Community School
Corporation

Willow Grove S.D. 46
Willow Springs S.D. 108
Wilmette P.S.s District 39
Wilmington S.D. 209-U
Winchester Community Unit S.D. 1
Windsor Community Unit S.D. 1
Winfield S.D. 34
Winnebago Community Unit S.D. 323
Winnetka S.D. 36
Winthrop Harbor S.D. 1
Wolf Branch S.D. 113
Wood Dale S.D. 7
Wood River-Hartford E.S.D. 15

### Indiana

Griffith P.S.s
Hamilton Community Schools
Hamilton Heights School Corporation
Hamilton Southeastern Schools
Hanover Community School Corporation
Huntington Cnty Community School
Corporation
Indianapolis P.S.s
Jac-Cen-Del Community School
Corporation
Jay School Corporation
Jennings Cnty Schools
John Glenn School Corporation
Kankakee Valley School Corporation
Knox Community School Corporation
Kokomo-Center Township Consolidated
School Corporation
Lafayette School Corporation
Lake Central School Corporation
Lake Ridge Schools Corporation
Lake Station Community Schools
Lakeland School Corporation
Lanesville Community School Corporation
LaPorte Community School Corporation
Lawrenceburg Community School
Corporation
Lebanon Community School Corporation
Liberty-Perry Community School
Corporation
Linton-Stockton School Corporation
Logansport Community School Corporation
Loogootee Community School Corporation
Maconaquah School Corporation
Madison Consolidated Schools
Madison-Grant United School Corporation
Manchester Community Schools
Marion Community Schools
Marion-Adams Schools
Medora Community School Corporation
Merrillville Community School
Corporation
Metropolitan S.D. of Bluffton-Harrison
Metropolitan S.D. of Boone Township
Metropolitan S.D. of Decatur Township
Metropolitan S.D. of Lawrence Township
Metropolitan S.D. of Martinsville
Metropolitan S.D. of Mount Vernon and
South Posey Cnty Schools
Metropolitan S.D. of New Durham
Township
Metropolitan S.D. of North Posey Cnty
Schools
Metropolitan S.D. of Perry Township
Metropolitan S.D. of Pike Township
Metropolitan S.D. of Shakamak Schools
Metropolitan S.D. of Steuben Cnty
Metropolitan S.D. of Wabash Cnty Schools

Woodford
Woodland Community C.S.D. 50
Woodland Community Unit S.D. 5
Woodlawn Community C.S.D. 4
Woodlawn Community High S.D. 205
Woodridge S.D. 68
Woodstock Community Unit S.D. 200
Worth S.D. 127
Yorkville Community Unit S.D. 115
Zeigler-Royalton Community Unit S.D.
188
Zion E.S.D. 6
Zion-Benton Township High S.D. 126

Metropolitan S.D. of Warren Cnty
Metropolitan S.D. of Warren Township
Metropolitan S.D. of Washington Township
Metropolitan S.D. of Wayne Township
Michigan City Area Schools
Middlebury Community Schools
Milan Community Schools
Mill Creek Community School Corporation
Mississinewa Community School
Corporation
Mitchell Community Schools
Monroe Central School Corporation
Monroe Cnty Community School
Corporation
Monroe-Gregg S.D.
Mooresville Consolidated School
Corporation
Mount Pleasant Township Community
School Corporation
Mount Vernon Community School
Corporation
Muncie Community Schools
Nettle Creek School Corporation
New Albany-Floyd Cnty Consolidated
School Corporation
New Castle Community School
Corporation
New Harmony Town & Township
Consolidated School Corporation
New Prairie United School Corporation
Nineveh-Hensley-Jackson United School
Corporation
Noblesville Schools
North Adams Community Schools
North Daviess Community Schools
North Gibson School Corporation
North Harrison Community School
Corporation
North Judson-San Pierre School
Corporation
North Knox School Corporation
North Lawrence Community Schools
North Miami Community Schools
North Montgomery Community School
Corporation
North Newton School Corporation
North Putnam Community Schools
North Spencer Cnty School Corporation
North Vermillion Community School
Corporation
North West Hendricks Schools
North White School Corporation
Northeast Dubois Cnty School Corporation
Northeast School Corporation of Sullivan
Cnty
Northeastern Wayne Schools
Northern Wells Community Schools

Northwest Allen Cnty Schools
Northwestern Consolidated School Corporation
Northwestern School Corporation
Oak Hill United School Corporation
Oregon-Davis School Corporation
Orleans Community Schools
Paoli Community School Corporation
Penn-Harris-Madison School Corporation
Perry township schools
Peru Community Schools
Pike Cnty School Corporation
Pioneer Regional School Corporation
Plainfield Community School Corporation
Plymouth Community School Corporation
Portage Township Schools
Porter Township School Corporation
Prairie Heights Community School Corporation
Prairie Township Schools
Randolph Central School Corporation
Randolph Eastern School Corporation
Randolph Southern School Corporation
Rensselaer Central School Corporation
Richland-Bean Blossom Community School Corporation
Richmond Community Schools (Indiana)
Rising Sun-Ohio Cnty Community School Corporation
River Forest Community School Corporation
Rochester Community School Corporation
Rockville Community School Corporation
Rossville C.S.D.
Rush Cnty Schools
Salem Community Schools
School City of East Chicago
School City of Hammond
School City of Hobart
School City of Mishawaka
School City of Whiting
School Town of Highland
School Town of Munster
School Town of Speedway
Scott Cnty S.D. 1
Scott Cnty S.D. 2
Seymour Community Schools
Shelby Eastern Schools

Shelbyville Central Schools
Shenandoah School Corporation
Shoals Community School Corporation
Smith-Green Community Schools
South Adams Schools
South Bend Community School Corporation
South Central Community School Corporation
South Dearborn Community School Corporation
South Gibson School Corporation
South Harrison Community Schools
South Henry School Corporation
South Knox School Corporation
South Madison Community School Corporation
South Montgomery Community School Corporation
South Newton School Corporation
South Putnam Community Schools
South Ripley Community School Corporation
South Spencer Cnty School Corporation
South Vermillion Community School Corporation
Southeast Dubois Cnty School Corporation
Southeast Fountain School Corporation
Southeastern School Corporation
Southern Hancock Cnty Community School Corporation
Southern Wells Community Schools
Southwest Allen Cnty Schools
Southwest Dubois Cnty School Corporation
Southwest Parke Community School Corporation
Southwest School Corporation of Sullivan Cnty
Southwestern C.S.D. of Shelby Cnty
Southwestern Jefferson Cnty Consolidated Schools
Spencer-Owen Community Schools
Springs Valley Community School Corporation
Sunman-Dearborn Community School Corporation
Switzerland Cnty School Corporation
Taylor Community School Corporation

Tell City-Troy Township School Corporation
Tippecanoe School Corporation
Tippecanoe Valley School Corporation
Tipton Community School Corporation
Tri-Central Community Schools Corporation (formerly Northern Community Schools Corporation)
Tri-Cnty School Corporation
Tri-Creek School Corporation
Tri-Township Consolidated School Corporation
Triton School Corporation
Turkey Run Community School Corporation
Twin Lakes School Corporation
Union Cnty/College Corner Joint S.D.
Union School Corporation
Union Township School Corporation
Union-North United Schools
Valparaiso Community Schools
Vigo Cnty School Corporation
Vincennes Community School Corporation
Wabash City Schools
Wa-Nee Community Schools
Warrick Cnty School Corporation
Warsaw Community Schools
Washington Community Schools
Wawasee Community School Corporation
Wes-Del Community Schools Corporation
West Central School Corporation
West Clark Community Schools
West Lafayette Community School Corporation
West Noble School Corporation
West Washington School Corporation
Western Boone Cnty Community School Dist
Western School Corporation
Western Wayne Schools
Westfield Washington Schools
Westview School Corporation
White River Valley S.D.
Whitko Community School Corporation
Whitley Cnty Consolidated Schools
Zionsville Community Schools

## Iowa

Adair-Casey Community S.D.
Adel-DeSoto-Minburn Community S.D.
AGWSR Community S.D.
AHSTW Community S.D.
Akron Westfield Community S.D.
Albert City-Truesdale Community S.D.
Albia Community S.D.
Alburnett Community S.D.
Alden Community S.D.
Algona Community S.D.
Allamakee Community S.D.
Alta-Aurelia Community S.D.
Ames Community S.D.
Anamosa Community S.D.
Andrew Community S.D.
Ankeny Community S.D.
Aplington-Parkersburg Community S.D.
Ar-We-Va Community S.D.
Atlantic Community S.D.
Audubon Community S.D.
Ballard Community S.D.

Baxter Community S.D.
BCLUW Community S.D.
Bedford Community S.D.
Belle Plaine Community S.D.
Bellevue Community S.D.
Belmond-Klemme Community S.D.
Bennett Community S.D.
Benton Community S.D.
Bettendorf Community S.D.
BGM Community S.D.
Bondurant-Farrar Community S.D.
Boone Community S.D.
Boyden-Hull Community S.D.
Boyer Valley Community S.D.
Burlington Community S.D.
CAL Community S.D.
Calamus-Wheatland Community S.D.
CAM Community S.D.
Camanche Community S.D.
Cardinal Community S.D.
Carlisle Community S.D.

Carroll Community S.D.
Cedar Falls Community S.D.
Cedar Rapids Community S.D.
Center Point-Urbana Community S.D.
Centerville Community S.D.
Central City Community S.D.
Central Community S.D.
Central Decatur Community S.D.
Central DeWitt Community S.D.
Central Lee Community S.D.
Central Lyon Community S.D.
Central Springs Community S.D.
Chariton Community S.D.
Charles City Community S.D.
Charter Oak-Ute Community S.D.
Cherokee Community S.D.
Clarinda Community S.D.
Clarion-Goldfield-Dows Community S.D.
Clarke Community S.D.
Clarksville Community S.D.
Clay Central-Everly Community S.D.

Clayton Ridge Community S.D.
Clear Creek-Amana Community S.D.
Clear Lake Community S.D.
Clinton Community S.D.
Colfax-Mingo Community S.D.
College Community S.D. (of Cedar Rapids)
Collins-Maxwell Community S.D.
Colo-NESCO Community S.D.
Columbus Community S.D.
Coon Rapids-Bayard Community S.D.
Corning Community S.D.
Council Bluffs Community S.D.
Creston Community S.D.
Dallas Center-Grimes Community S.D.
Danville Community S.D.
Davenport Community S.D.
Davis Cnty Community S.D.
Decorah Community S.D.
Delwood Community S.D.
Denison Community S.D.
Denver Community S.D.
Des Moines Independent Public S.D.
Diagonal Community S.D.
Dike-New Hartford Community S.D.
Dubuque Community S.D.
Dunkerton Community S.D.
Durant Community S.D.
Eagle Grove Community S.D.
Earlham Community S.D.
East Buchanan Community S.D.
East Marshall Community S.D.
East Mills Community S.D.
East Sac Cnty Community S.D.
East Union Community S.D.
Eastern Allamakee Community S.D.
Easton Valley S.D.
Eddyville-Blakesburg-Fremont Community
S.D.
Edgewood-Colesburg Community S.D.
Eldora-New Providence Community S.D.
Emmetsburg Community S.D.
English Valleys Community S.D.
Essex Community S.D.
Estherville Lincoln Central S.D.
Exira-Elk Horn-Kimballton Community
S.D.
Fairfield Community S.D.
Forest City Community S.D.
Fort Dodge Community S.D.
Fort Madison Community S.D.
Fremont-Mills S.D.
Galva-Holstein S.D.
Garner-Hayfield-Ventura Community S.D.
Garner-Hayfield-Ventura Community S.D.
George-Little Rock Community S.D.
Gilbert Community S.D.
Gilmore City-Bradgate Community S.D.
Gladbrook-Reinbeck Community S.D.
Glenwood Community S.D.
Glidden-Ralston Community S.D.
GMG Community S.D.
Graettinger-Terril Community S.D.
Greene Cnty Community S.D.
Grinnell-Newburg Community S.D.
Griswold Community S.D.
Grundy Center Community S.D.
Guthrie Center Community S.D.
Hamburg Community S.D.
Hampton-Dumont Community S.D.
Harlan Community S.D.
Harris-Lake Park Community S.D.
Hartley-Melvin-Sanborn Community S.D.

Highland Community S.D.
Hinton Community S.D.
H-L-V Community S.D.
Holy Family Catholic Schools
Howard-Winneshiek Community S.D.
Hubbard-Radcliffe Community S.D.
Hudson Community S.D.
Humboldt Community S.D.
IKM-Manning Community S.D.
Independence Community S.D. (Iowa)
Indianola Community S.D.
Interstate 35 Community S.D.
Iowa City Community S.D.
Iowa Falls Community S.D.
Iowa Valley Community S.D.
Janesville Consolidated Community S.D.
Jesup Community S.D.
Johnston Community S.D.
Keokuk Community S.D.
Keota Community S.D.
Kingsley-Pierson Community S.D.
Knoxville Community S.D.
Lake Mills Community S.D.
Lamoni Community S.D.
Laurens-Marathon Community S.D.
Lawton-Bronson Community S.D.
Le Mars Community S.D.
Lenox Community S.D.
Lewis Central Community S.D.
Linn-Mar Community S.D. (of Marion)
Lisbon Community S.D.
Logan-Magnolia Community S.D.
Lone Tree Community S.D.
Louisa-Muscatine Community S.D.
LuVerne Community S.D.
Lynnville-Sully Community S.D.
Madrid Community S.D.
Manson Northwest Webster Community
S.D.
Maple Valley-Anthon Oto Community S.D.
Maquoketa Community S.D.
Maquoketa Valley Community S.D.
Marcus-Meriden-Cleghorn Community
S.D.
Marion I.S.D.
Marshalltown Community S.D.
Martensdale-St Marys Community S.D.
Mason City Community S.D.
Mediapolis S.D.
Melcher-Dallas Community S.D.
Meskwaki Settlement School
MFL MarMac Community S.D.
Midland Community S.D.
Mid-Prairie Community S.D.
Missouri Valley Community S.D.
MOC-Floyd Valley Community S.D.
Montezuma Community S.D.
Monticello Community S.D.
Moravia Community S.D.
Mormon Trail Community S.D.
Morning Sun Community S.D.
Moulton-Udell Community S.D.
Mount Ayr Community S.D.
Mount Pleasant Community S.D.
Mount Vernon Community S.D.
Murray Community S.D.
Muscatine Community S.D.
Nashua-Plainfield Community S.D.
Nevada Community S.D.
New Hampton Community S.D.
New London Community S.D.
Newell-Fonda Community S.D.

Newton Community S.D.
Nodaway Valley Community S.D.
North Butler Community S.D.
North Cedar Community S.D. (of
Stanwood)
North Fayette Valley Community S.D.
North Iowa Community S.D.
North Kossuth Community S.D.
North Linn Community S.D. (of Troy
Mills)
North Mahaska Community S.D.
North Polk Community S.D.
North Scott Community S.D. (of Eldridge)
North Tama Cnty Community S.D.
North Union Community S.D.
Northeast Community S.D.
Northwood-Kensett Community S.D.
Norwalk Community S.D.
Odebolt-Arthur-Battle Creek-Ida Grove
Community S.D.
Oelwein Community S.D.
Ogden Community S.D.
Okoboji Community S.D.
Olin C.S.D.
Orient-Macksburg Community S.D.
Osage Community S.D.
Oskaloosa Community S.D.
Ottumwa Community S.D.
Panorama Community S.D.
Paton-Churdan Community S.D.
PCM Community S.D.
Pekin Community S.D.
Pella Community S.D.
Perry Community S.D.
Pleasant Valley Community S.D.
Pleasantville Community S.D.
Pocahontas Area Community S.D.
Postville Community S.D.
Prairie Valley Community S.D.
Prescott Community S.D.
Red Oak Community S.D.
Remsen-Union Community S.D.
Riceville Community S.D.
River Valley Community S.D.
Riverside Community S.D.
Rock Valley Community S.D.
Roland-Story Community S.D.
Rudd-Rockford-Marble Rock (RRMR)
Community S.D.
Ruthven-Ayrshire Community S.D.
Saydel Community S.D.
Schaller-Crestland Community S.D.
Schleswig Community S.D.
Sergeant Bluff-Luton Community S.D.
Seymour Community S.D.
Sheldon Community S.D.
Shenandoah Community S.D.
Sibley-Ocheyedan Community S.D.
Sidney Community S.D.
Sigourney Community S.D.
Sioux Center Community Schools
Sioux Central Community S.D.
Sioux City Community S.D.
Solon Community S.D.
South Central Calhoun Community S.D.
South Hamilton Community S.D.
South Hardin Community Schools - joint
operation of:
Eldora-New Providence Community S.D.
Hubbard-Radcliffe Community S.D.
South O'Brien Community S.D.
South Page Community S.D.

South Tama Cnty Community S.D.
South Winneshiek Community S.D.
Southeast Polk Community S.D.
Southeast Warren Community S.D.
Southeast Webster-Grand Community S.D.
Spencer Community S.D.
Spirit Lake Community S.D.
Springville Community S.D.
St Ansgar Community S.D.
Stanton Community S.D.
Starmont Community S.D.
Storm Lake Community S.D.
Stratford Community S.D.
Sumner-Fredericksburg Community S.D.
Tipton Community S.D.
Treynor Community S.D.
Tri-Center Community S.D.
Tri-Cnty Community S.D.
Tripoli Community S.D.
Turkey Valley Community S.D.
Twin Cedars Community S.D.
Twin Rivers Community S.D.
Underwood Community S.D.

Union Community S.D.
United Community S.D. (of Boone)
Urbandale Community S.D.
Van Buren Community S.D.
Van Meter Community S.D.
Villisca Community S.D.
Vinton-Shellsburg Community S.D.
Waco Community S.D.
Wapello Community S.D.
Wapsie Valley Community S.D.
Washington Community Schools
Waterloo Community S.D.
Waukee Community S.D.
Waverly-Shell Rock Community S.D.
Wayne Community S.D.
Webster City Community S.D.
West Bend-Mallard Community S.D.
West Branch Community S.D.
West Burlington I.S.D.
West Central Community S.D.
West Central Valley Community S.D.
West Delaware Cnty Community S.D.
West Des Moines Community S.D.

West Fork Community S.D.
West Fork Community S.D. (Sheffield-Chapin/Merservy-Thornton and Rockwell-Swaledale)
West Hancock Community S.D.
West Harrison Community S.D.
West Liberty Community S.D.
West Lyon Community S.D.
West Marshall Community S.D.
West Monona Community S.D.
West Sioux Community S.D.
Western Dubuque Community S.D.
Westwood S.D.
Whiting Community S.D.
Williamsburg Community S.D.
Wilton Community S.D.
Winfield-Mt. Union Community S.D.
Winterset Community S.D.
Woodbine School Community District
Woodbury Central Community S.D.
Woodward-Granger Community S.D.

## Kansas

Abilene USD 435
Altoona-Midway USD 387
Andover USD 385
Argonia USD 359
Arkansas City USD 470
Ashland USD 220
Atchison Cnty USD 377
Atchison USD 409
Attica USD 511
Auburn-Washburn USD 437
Augusta USD 402
Baldwin City USD 348
Barber Cnty North USD 254
Barnes USD 223
Basehor-Linwood USD 458
Baxter Springs USD 508
Bazine USD 304
Belle Plaine USD 357
Beloit USD 273
Overland Park-Blue Valley USD 229 (Johnson Cnty)
Randolph-Blue Valley USD 384 (Riley Cnty)
Bluestem USD 205
Bonner Springs USD 204
Brewster USD 314
South Brown Cnty USD 430
Bucklin USD 459
Buhler USD 313
Burlingame USD 454
Burlington USD 244
Burrton USD 369
Caldwell USD 360
Caney Valley USD 436
Canton-Galva USD 419
Cedar Vale USD 285
Central Heights USD 288
Central USD 462
Central Plains USD 112
Centre USD 397
Chanute USD 413
Chaparral USD 361
Chapman USD 473
Chase Cnty USD 284
Chase USD 401
Chautauqua Cnty USD 286
Cheney USD 268

Cherryvale-Thayer USD 447
Chetopa-St. Paul USD 505
Cheylin USD 103
Cimarron-Ensign USD 102
Circle USD 375
Clay Cnty USD 379
Clearwater USD 264
Clifton-Clyde USD 224
Coffeyville USD 445
Colby USD 315
Columbus USD 493
Concordia USD 333
Conway Springs USD 356
Copeland USD 476
Crest USD 479
Cunningham-West Kingman Cnty USD 332
De Soto USD 232
Deerfield USD 216
Derby USD 260
Dexter USD 471
Dighton USD 482
Dodge City USD 443
Doniphan West USD 111
Douglass USD 396
Easton USD 449
El Dorado USD 490
Elk Valley USD 283
Elkhart USD 218
Ell-Saline USD 307
Ellinwood USD 355
Ellis USD 388
Ellsworth USD 327
Emporia USD 253
Erie-Galesburg USD 101
Eudora USD 491
Eureka USD 389
Fairfield USD 310
Flinthills USD 492
Fort Larned USD 495
Fort Leavenworth USD 207
Fort Scott USD 234
Fowler USD 225
Fredonia USD 484
Frontenac USD 249
Galena USD 499
Garden City USD 457

Gardner-Edgerton USD 231
Garnett USD 365
Girard USD 248
Goddard USD 265
Goessel USD 411
Golden Plains USD 316
Goodland USD 352
Graham Cnty USD 281
Great Bend USD 428
Greeley Cnty USD 200
Grinnell USD 291
Halstead-Bentley USD 440
Hamilton USD 390
Haven USD 312
Haviland USD 474
Hays USD 489
Haysville USD 261
Healy USD 468
Herington USD 487
Hesston USD 460
Hiawatha USD 415
Hillsboro USD 410
Hoisington USD 431
Holcomb USD 363
Holton USD 336
Hoxie USD 412
Hugoton USD 210
Humboldt USD 258
Hutchinson USD 308
Independence USD 446
Ingalls USD 477
Inman USD 448
Iola USD 257
Jayhawk USD 346
Jefferson Cnty North USD 339
Jefferson West USD 340
Jetmore USD 227
Junction City USD 475
Kansas City USD 500
Kaw Valley USD 321
Kingman-Norwich USD 331
Kinsley-Offerle USD 347
Kiowa Cnty USD 422
Kismet-Plains USD 483
Labette Cnty USD 506
La Crosse USD 395
Lakin USD 215

Lansing USD 469
Larned USD 495
Lawrence USD 497
Leavenworth USD 453
Lebo-Waverly USD 243
Leoti-Wichita Cnty USD 467
LeRoy-Gridley USD 245
Lewis USD 502
Liberal USD 480
Lincoln USD 298
Little River-Windom USD 444
Logan USD 326
Louisburg USD 416
Lyndon USD 421
Lyons USD 405
Macksville USD 351
Madison-Virgil USD 386
Maize USD 266
Manhattan-Ogden USD 383
Marais des Cygnes Valley USD 456
Marion USD 408
Marmaton Valley USD 256
Marysville USD 364
McLouth USD 342
McPherson USD 418
Meade USD 226
Mill Creek Valley USD 329
Minneola USD 219
Mission Valley USD 330
South Gray USD 371
Morris Cnty USD 417
Moscow USD 209
Moundridge USD 423
Mulvane USD 263
Nemaha Central USD 115
Neodesha USD 461
Ness City USD 303
Newton USD 373
Nickerson-South Hutchinson USD 309
North Jackson USD 335
North Lyon Cnty USD 251
North Ottawa Cnty USD 239
Northeast USD 246
Northern Valley USD 212
Norton USD 211
Oakley USD 274
Oberlin USD 294
Olathe USD 233
Onaga USD 322
Osage City USD 420
Osawatomie USD 367

Osborne USD 392
Oskaloosa USD 341
Oswego USD 504
Otis-Bison USD 403
Ottawa USD 290
Oxford USD 358
Palco USD 269
Paola USD 368
Paradise USD 399
Parsons USD 503
Pawnee Heights USD 496
Peabody-Burns USD 398
Perry USD 343
Phillipsburg USD 325
Pike Valley USD 426
Piper USD 203
Pittsburg USD 250
Plainville USD 270
Pleasanton USD 344
Prairie Hills USD 113
Prairie View USD 362
Pratt USD 382
Pretty Prairie USD 311
Quinter USD 293
Rawlins Cnty USD 105
Remington USD 206
Renwick USD 267
Republic Cnty USD 109
Riley Cnty USD 378
Riverside USD 114
Riverton USD 404
Rock Creek USD 323
Rock Hills USD 107
Rolla USD 217
Rose Hill USD 394
Royal Valley USD 337
Rural Vista USD 481
Russell USD 407
Saint Francis USD 297
Salina USD 305
Santa Fe Trail USD 434
Satanta USD 507
Scott Cnty USD 466
Seaman USD 345
Sedgwick USD 439
Shawnee Heights USD 450
Shawnee Mission USD 512
Silver Lake USD 372
Skyline USD 438
Smith Center USD 237
Smoky Hill USD 302

Smoky Valley USD 400
Solomon USD 393
South Barber Cnty USD 255
South Central USD 300
South Haven USD 509
Southeast USD 247
Southeast of Saline USD 306
Southern Cloud Cnty USD 334
Southern Lyon Cnty USD 252
Spearville USD 381
Spring Hill USD 230
St. John-Hudson USD 350
Stafford USD 349
Stanton Cnty USD 452
Sterling USD 376
Stockton USD 271
Sublette USD 374
Lucas-Sylvan USD 299
Syracuse USD 494
Thunder Ridge USD 110
Tonganoxie USD 464
Topeka USD 501
Triplains USD 275
Troy USD 429
Turner USD 202
Twin Valley USD 240
Udall USD 463
Ulysses USD 214
Uniontown USD 235
Valley Center USD 262
Valley Falls USD 338
Valley Heights USD 498
Vermillion USD 380
Victoria USD 432
Wabaunsee USD 329
Waconda USD 272
WaKeeney USD 208
Wallace USD 241
Wamego USD 320
Washington Cnty USD 108
Wellington USD 353
Wellsville USD 289
Weskan USD 242
West Elk USD 282
West Franklin USD 287
Western Plains USD 106
Wheatland USD 292
Wichita USD 259
Winfield USD 465
Woodson USD 366

## Kentucky

Big East Educational Cooperative, Ashland
Boone Cnty Schools
Bourbon Cnty Schools
Bowling Green Independent Schools
Boyd Cnty P.S.s, Ashland
Boyle Cnty Schools
Bracken Cnty Schools
Breathitt Cnty Schools
Breckinridge Cnty Schools
Bullitt Cnty P.S.s
Burgin Independent Schools
Butler Cnty Schools (Kentucky)
Caldwell Cnty Schools
Calloway Cnty Schools
Campbell Cnty Schools, Alexandria
Campbellsville Independent Schools
Carlisle Cnty Schools
Carroll Cnty P.S.s
Carter Cnty Schools

Adair Cnty Schools
Allen Cnty Schools
Anchorage Independent Schools, Anchorage
Anderson Cnty Schools
Ashland I.S.D., Ashland
Augusta Independent Schools, Augusta
Badgett Regional Cooperative For Educational Enhancement
Ballard Cnty Schools
Barbourville Independent Schools, Barbourville
Bardstown City Schools, Bardstown
Barren Cnty Schools
Bath Cnty Schools
Beechwood I.S.D. (Fort Mitchell)
Bell Cnty Schools
Bellevue Independent Schools
Berea Independent Schools

Casey Cnty Schools
Caveland Educational Support Center
Caverna Independent Schools (Cave City/Horse Cave)
Central City Independent Schools (-1988) (Muhlenberg Cnty) - Defunct
Central Kentucky Education Cooperative
Central Kentucky Special Education Cooperative
Christian Cnty P.S.s
Clark Cnty Schools
Clay Cnty Schools
Clinton Cnty Schools, Albany
Cloverport Independent Schools
Corbin I.S.D.
Covington Independent P.S.s
Crittenden Cnty Schools
Cumberland Cnty Schools
Danville Independent Schools

Daviess Cnty P.S.s
Dawson Springs Independent Schools
Dayton Independent Schools
East Bernstadt Independent School
Edmonson Cnty Schools
Elizabethtown Independent Schools
Elliott Cnty Schools
Eminence Independent Schools
Erlanger-Elsmere Schools
Estill Cnty Schools
Fairview Independent Schools, Ashland
Fayette Cnty P.S.s
Fleming Cnty Schools
Floyd Cnty Schools
Fort Thomas Independent Schools
Frankfort Independent Schools
Franklin Cnty P.S.s
Fulton Cnty Schools (Kentucky)
Fulton Independent Schools (Kentucky)
Gallatin Cnty Schools
Garrard Cnty Schools
Glasgow Independent Schools
Grant Cnty Schools
Grayson Cnty Schools
Green Cnty Schools
Green River Regional Educational
Cooperative
Greenup Cnty Schools
Hancock Cnty Schools
Hardin Cnty Schools
Harlan Cnty P.S.s
Harlan Independent Schools
Harrison Cnty Schools
Harrodsburg Independent Schools (-2006)
(Mercer Cnty) - Defunct
Hart Cnty Schools
Hazard Independent Schools
Henderson Cnty Schools
Henry Cnty Schools
Hickman Cnty Schools
Hopkins Cnty Schools
Jackson Cnty P.S.s
Jackson I.S.D.
Jefferson Cnty P.S.s
Jenkins Independent Schools
Jessamine Cnty Schools
Johnson Cnty S.D.
Kenton Cnty S.D.
Kentucky District, DoDEA Americas

Acadia Parish P.S.s
Allen Parish School Board
Ascension Parish School Board
Assumption Parish School Board
Avoyelles Parish School Board
Avoyelles Public Charter School-Agency
Beauregard Parish School Board
Belle Chasse Academy Inc.-Agency
Bienville Parish School Board
Bossier Parish School Board
Caddo Parish School Board
Calcasieu Parish School Board
Caldwell Parish School Board
Cameron Parish School Board
Catahoula Parish School Board
Central Community School System
City of Baker School System
City of Bogalusa School Board
City of Monroe School Board
Claiborne Parish School Board

Kentucky Educational Development
Corporation, Ashland
Knott Cnty Schools
Knox Cnty P.S.s, Barbourville
LaRue Cnty Schools
Laurel Cnty P.S.s
Lawrence Cnty Schools (Kentucky)
Lee Cnty S.D.
Leslie Cnty Schools
Letcher Cnty P.S.s
Lewis Cnty Schools
Lincoln Cnty Schools
Livingston Cnty Schools
Logan Cnty Schools
Louisville P.S.s (1829–1974) (Jefferson
Cnty) - Defunct
Ludlow Independent Schools
Lyon Cnty Schools
Madison Cnty Schools
Magoffin Cnty Schools
Marion Cnty Schools (Kentucky)
Marshall Cnty Schools
Martin Cnty Schools
Mason Cnty Schools
Mayfield Independent Schools
Maysville Independent Schools (1876-
1990) (Mason Cnty) - Defunct
McCracken Cnty P.S.s
McCreary Cnty Schools
McLean Cnty Schools
Meade Cnty Schools
Menifee Cnty Schools
Mercer Cnty Schools
Metcalfe Cnty Schools
Middlesboro Independent Schools
Monroe Cnty S.D.
Montgomery Cnty Schools
Monticello Independent Schools – District
closed in 2013, with its students absorbed
by the surrounding Wayne Cnty district.
Morgan Cnty Schools
Muhlenberg Cnty Schools
Murray I.S.D.
Nelson Cnty S.D., Bardstown
Newport Independent Schools
Nicholas Cnty Schools
Ohio Cnty Schools
Oldham Cnty Schools
Owen Cnty Schools
Owensboro P.S.s

### Louisiana

Concordia Parish School Board
Delhi Charter School-Agency
DeSoto Parish School Board
East Baton Rouge Arts and Technology
School-Agency
East Baton Rouge Parish School Board
East Carroll Parish School Board
East Feliciana Parish School Board
Evangeline Parish School Board
Franklin Parish School Board
Glencoe Charter School-Agency
Grant Parish School Board
Iberia Parish School Board
Iberville Parish School Board
International School of Louisiana-Agency
Jackson Parish School Board
Jefferson Davis Parish School Board
Jefferson Parish P.S.s
Lafayette Parish P.S.s
Lafourche Parish P.S.s

Owsley Cnty Schools
Paducah P.S.s
Paintsville I.S.D.
Paris Independent Schools
Pendleton Cnty Schools
Perry Cnty Schools
Pike Cnty Schools
Pikeville Independent Schools
Pineville Independent Schools
Powell Cnty Schools
Providence Independent Schools (-2007)
(Webster Cnty) - Defunct
Pulaski Cnty Schools
Raceland-Worthington Independent
Schools
Richmond Independent Schools (-1987)
(Madison Cnty) - Defunct
Robertson Cnty Schools
Rockcastle Cnty Schools
Rowan Cnty Schools
Russell Cnty Schools
Russell Independent Schools (Russell,
Flatwoods, and Bellefonte)
Russellville Independent Schools
Science Hill Independent Schools
Scott Cnty Schools
Shelby Cnty P.S.s
Silver Grove Independent Schools
Simpson Cnty Schools
Somerset Independent Schools
Southgate Independent Schools
Operates as a single K–8 school.
Spencer Cnty Schools
Taylor Cnty Schools
Todd Cnty Schools
Trigg Cnty P.S.s
Trimble Cnty Schools
Union Cnty P.S.s
Walton-Verona Independent Schools
Warren Cnty P.S.s
Washington Cnty Schools
Wayne Cnty Schools
Webster Cnty Schools
West Point School
Whitley Cnty S.D.
Williamsburg Independent Schools
Williamstown Independent Schools
Wolfe Cnty Schools
Woodford Cnty Schools

LaSalle Parish School Board
Lincoln Parish School Board
Livingston Parish School Board
Louisiana Department of Public Safety and
Corrections
Louisiana School for Math, Science and the
Arts
Louisiana School for the Deaf
Louisiana School for the Visually Impaired
Louisiana Special Education Center
Louisiana State University Laboratory
School
Madison Parish School Board
Milestone Sabis Academy of New Orleans-
Agency
Morehouse Parish School Board
Natchitoches Parish School Board
New Orleans Center for Creative Arts-
Agency
New Orleans P.S.s

Orleans Parish School Board - See New
Orleans P.S.s
Ouachita Parish School Board
Plaquemines Parish School Board
Pointe Coupee Parish School Board
Rapides Parish School Board
Recovery S.D.
Red River Parish School Board
Richland Parish School Board
Sabine Parish School Board
Saint Bernard Parish School Board
Saint Charles Parish School Board

Saint Helena Parish School Board
Saint James Parish School Board
Saint John the Baptist Parish School Board
Saint Landry Parish School Board
Saint Martin Parish School Board
Saint Mary Parish School Board
Saint Tammany Parish School Board
Southern University Laboratory School
Special S.D.#1
Special S.D.#2
Tangipahoa Parish School Board
Tensas Parish School Board

Terrebonne Parish P.S. System
Union Parish School Board
Vermilion Parish School Board
Vernon Parish School Board
Washington Parish School Board
Webster Parish School Board
West Baton Rouge Parish School Board
West Carroll Parish School Board
West Feliciana Parish School Board
Winn Parish School Board
Zachary Community S.D.

## Maine

Acton S.Dt.
Alexander S.Dt.
Alna S.Dt.
Alton S.Dt.
Arundel S.Dt.
Auburn S.Dt.
Augusta S.Dt.
Bangor S.Dt.
Bath S.Dt.
Beddington S.Dt.
Biddeford S.Dt.
Bowerbank S.Dt.
Brewer S.Dt.
Bridgewater S.Dt.
Brunswick S.Dt.
Bucksport S.Dt.
Cape Elizabeth S.Dt.
Caratunk S.Dt.
Caribou S.Dt.
Carrabassett Valley S.Dt.
Caswell S.Dt.
Chebeague Island S.Dt.
Coplin Plaintation S.Dt.
Cranberry Isles S.Dt.
Deblois S.Dt.
Dedham S.Dt.
Dennistown Plantation S.Dt.
Dresden S.Dt.
East Machias S.Dt.
Easton S.Dt.
Ellsworth S.Dt.
Falmouth S.Dt.
Fayette S.Dt.

Franklin S.Dt.
Freeport S.Dt.
Gilead S.Dt.
Glenburn S.Dt.
Glenwood Plantation S.Dt.
Gorham S.Dt.
Grand Isle S.Dt.
Hanover S.Dt.
Harmony S.Dt.
Hermon S.Dt.
Hersey S.Dt.
Highland Plantation S.Dt.
Isle au Haut S.Dt.
Islesboro S.Dt.
Jay S.Dt.
Kittery S.Dt.
Lake View Plantation S.Dt.
Lewiston S.Dt.
Limestone S.Dt.
Long Island S.Dt.
Lowell S.Dt.
Madawaska S.Dt.
Maine Educational Center for the Deaf &
Hard of Hearing
Maine School of Science and Mathematics
Manchester S.Dt.
Maranacook Central S.D.
Mechanic Falls S.Dt.
Medford S.Dt.
Milford S.Dt.
Millinocket S.Dt.
Minot S.Dt.
Monhegan Plantation S.Dt.

Monmouth S.Dt.
Moro Plantation S.Dt.
Mount Desert Central S.D.
Mount Desert S.Dt.
Mount Vernon S.Dt.
Mountain View Youth Development Center
Nashville Plantation S.Dt.
New Sweden S.Dt.
Nobleboro S.Dt.
Old Orchard Beach S.Dt.
Old Town S.Dt.
Orland S.Dt.
Orrington S.Dt.
Pleasant Ridge Plantation S.Dt.
Portland S.Dt.
Raymond S.Dt.
Richmond S.Dt.
Sabattus S.Dt.
Sanford S.Dt.
Scarborough S.Dt.
Seboeis Plantation S.Dt.
South Portland S.Dt.
The Forks Plantation S.Dt.
Upton S.Dt.
Waterville S.Dt.
West Forks Plantation S.Dt.
Westbrook S.Dt.
Westport Island S.Dt.
Windham S.Dt.
Winthrop S.Dt.
Wiscasset S.Dt.
Yarmouth S.D.
York S.Dt.

## Maryland

Allegany Cnty P.S.s
Anne Arundel Cnty P.S.s
Baltimore City P.S.s
Baltimore Cnty P.S.s
Calvert Cnty P.S.s
Caroline Cnty P.S.s
Carroll Cnty P.S.s
Cecil Cnty P.S.s
Charles Cnty P.S.s
Dorchester Cnty P.S.s
Frederick Cnty P.S.s
Garrett Cnty P.S.s
Harford Cnty P.S.s

Howard Cnty P.S.s
Kent Cnty P.S.s
Montgomery Cnty P.S.s
Prince George's Cnty P.S.s
Queen Anne's Cnty P.S.s
Saint Mary's Cnty P.S.s
Somerset Cnty P.S.s
Talbot Cnty P.S.s
Washington Cnty P.S.s
Wicomico Cnty P.S.s
Worcester Cnty P.S.s

## Massachusetts

Abington S.Dt. (Abington, PK–12)
Acton-Boxborough Regional S.D. (Acton
and Boxborough, PK–12)
Acushnet S.Dt. (Acushnet, PK–8)
Adams-Cheshire Regional S.D. (Adams
and Cheshire, PK–12)
Agawam S.Dt. (Agawam, PK–12)
Amesbury S.Dt. (Amesbury, PK–6)

Amherst Regional P.S.s (Amherst and
Pelham, PK–12; Leverett and Shutesbury
7–12)
Andover P.S.s (Andover, PK–12)
Arlington S.Dt. (Arlington, PK–12)
Ashburnham-Westminster Regional S.D.
(Ashburnham and Westminster, PK–12)
Ashland S.Dt. (Ashland, PK–12)

Athol-Royalston Regional S.D. (Athol and
Royalston, PK–12)
Attleborough S.Dt. (Attleborough, PK–12)
Auburn S.Dt. (Massachusetts) (Auburn,
PK–12)
Avon S.D. (Avon, PK–12)
Ayer S.Dt. (Ayer, PK–12)
Barnstable Public S.D. (Barnstable, PK–12)

Bedford P.S.s (Bedford, PK–12)
Belchertown S.Dt. (Belchertown, PK–12)
Bellingham S.Dt. (Bellingham, PK–12)
Belmont P.s.s (Belmont, PK–12)
Berkley S.Dt. (Berkley, PK–8)
Berlin S.Dt. (Berlin, PK–6)
Berlin-Boylston Regional S.D. (Berlin and Boylston, 7–12)
Beverly S.Dt. (Beverly, PK–12)
Billerica S.Dt. (Billerica, PK–12)
Blackstone-Millville Regional S.D. (Blackstone and Millville, PK–12)
Boston P.S.s (Boston, PK–12)
Bourne S.Dt. (Bourne, PK–12)
Boylston S.Dt. (Boylston, PK–6)
Braintree P.S.s (Braintree, PK–12)
Brewster S.Dt. (Brewster, K–5)
Bridgewater-Raynham Regional S.D. (Bridgewater and Raynham, PK–12)
Brockton S.Dt. (Brockton, PK–12)
Brookfield S.Dt. (Brookfield, PK–6)
Brookline P.S.s (Brookline, PK–12)
Burlington P.S.s (Burlington, PK–12)
Cambridge S.Dt. (Cambridge, PK–12)
Canton S.Dt. (Canton, PK–12)
Carlisle S.Dt. (Carlisle, PK–8)
Carver S.Dt. (Carver, PK–12)
Central Berkshire Regional S.D. (Becket, Cummington, Dalton, Hinsdale, Peru, Washington and Windsor, PK–12)
Chatham S.Dt. (Chatham, PK–12)
Chelmsford S.Dt. (Chelmsford, PK–12)
Chelsea S.Dt. (Chelsea, PK–12)
Chesterfield-Goshen Regional S.D. (Chesterfield and Goshen, PK–6)
Chicopee S.Dt. (Chicopee, PK–12)
Clarksburg S.Dt. (Clarksburg, K–8)
Clinton S.Dt. (Clinton, PK–12)
Cohasset S.Dt. (Cohasset, PK–12)
Concord S.Dt. (Concord, PK–8)
Concord-Carlisle Regional S.D. (Concord and Carlisle, 9–12)
Conway S.Dt. (Conway, PK–6)
Danvers S.Dt. (Danvers, PK–12)
Dartmouth S.Dt. (Dartmouth, PK–12)
Dedham S.Dt. (Dedham, PK–12)
Deerfield S.Dt. (Deerfield, PK–6)
Dennis-Yarmouth Regional S.D. (Dennis and Yarmouth, PK–12)
Dighton-Rehoboth Regional S.D. (Dighton and Rehoboth, PK–12)
Douglas S.Dt. (Douglas, PK–12)
Dover S.Dt. (Dover, PK–5)
Dover-Sherborn Regional S.D. (Dover and Sherborn, 6–12)
Dracut S.Dt. (Dracut, PK–12)
Dudley-Charlton Regional S.D. (Charlton and Dudley, PK–12)
Duxbury S.Dt. (Duxbury, PK–12)
East Bridgewater S.Dt. (East Bridgewater, PK–12)
East Longmeadow S.Dt. (East Longmeadow, PK–12)
Eastham S.Dt. (Eastham, K–5)
Easthampton S.Dt. (Easthampton, PK–12)
Easton S.Dt. (Easton, PK–12)
Edgartown S.Dt. (Edgartown, PK–8)
Erving S.Dt. (Erving, PK–6)
Everett S.Dt. (Everett, PK–12)
Fairhaven S.Dt. (Fairhaven, PK–12)
Fall River S.Dt. (Fall River, PK–12)
Falmouth S.Dt. (Falmouth, PK–12)

Farmington River Regional S.D. (Otis and Sandisfield, PK–6)
Fitchburg S.Dt. (Fitchburg, PK–12)
Florida S.Dt. (Florida and Monroe, PK–8)
Foxborough S.Dt. (Foxborough, PK–12)
Framingham S.Dt. (Framingham, PK–12)
Franklin S.Dt. (Franklin, PK–12)
Freetown S.Dt. (Freetown, PK–4)
Freetown-Lakeville Regional S.D. (Freetown and Lakeville, 5–12)
Frontier Regional S.D. (Conway, Deerfield, Sunderland and Whately, 7–12)
Gardner S.Dt. (Gardner, PK–12)
Gateway Regional S.D. (Massachusetts) (Blandford, Chester, Huntington, Middlefield, Montgomery, Russell and Worthington, PK–12)
Georgetown S.Dt. (Georgetown, PK–12)
Gill-Montague Regional S.D. (Gill and Montague, PK–12; Erving, 7-12)
Gloucester S.Dt. (Gloucester, PK–12)
Gosnold S.Dt. (Gosnold, 2 and 7)
Grafton S.Dt. (Grafton, PK–12)
Granby S.Dt. (Granby, PK–12)
Granville S.Dt. (Granville, PK–8)
Greenfield S.Dt. (Greenfield, PK–12)
Groton-Dunstable Regional S.D. (Dunstable and Groton, PK–12)
Hadley S.Dt. (Hadley, PK–12)
Halifax S.Dt. (Halifax, PK–6)
Hamilton-Wenham Regional S.D. (Hamilton and Wenham, PK–12)
Hampden-Wilbraham Regional S.D. (Hampden and Wilbraham, PK–12)
Hampshire Regional S.D. (Chesterfield, Goshen, Southampton, Westhampton and Williamsburg, 7–12)
Hancock S.Dt. (Hancock, PK–6)
Hanover S.Dt. (Hanover, PK–12)
Harvard S.Dt. (Harvard, PK–12)
Harwich S.Dt. (Harwich, PK–12)
Hatfield S.Dt. (Hatfield, PK–12)
Haverhill P.S.s (Haverhill and Bradford, PK-12)
Hawlemont Regional S.D. (Charlemont and Hawley, PK–12)
Hingham S.Dt. (Hingham, PK–12)
Holbrook S.Dt. (Holbrook, PK–12)
Holland S.Dt. (Holland, PK–6)
Holliston S.Dt. (Holliston, PK–12)
Holyoke S.Dt. (Holyoke, PK–12)
Hopedale S.Dt. (Hopedale, PK–12)
Hopkinton S.Dt. (Hopkinton, PK–12)
Hudson S.Dt. (Hudson, PK–12)
Hull S.Dt. (Hull, PK–12)
Ipswich S.Dt. (Ipswich, PK–12)
King Philip Regional S.D. (Norfolk, Plainville and Wrentham, 7–12)
Kingston S.Dt. (Kingston, K–6)
Lakeville S.Dt. (Lakeville, PK–4)
Lanesborough S.Dt. (Lanesborough, PK–6)
Lawrence P.S.s (Lawrence, PK–12)
Lee S.Dt. (Lee, PK–12)
Leicester S.Dt. (Leicester, PK–12)
Lenox S.Dt. (Lenox, PK–12)
Leominster S.Dt. (Leominster, PK–12)
Leverett S.Dt. (Leverett, PK–6)
Lexington P.S.s (Lexington, PK–12)
Lincoln S.Dt. (Lincoln, PK–8)
Lincoln-Sudbury Regional S.D. (Lincoln and Sudbury, 9–12)
Littleton S.Dt. (Littleton, PK–12)

Longmeadow S.Dt. (Longmeadow, PK–12)
Lowell P.S.s (Lowell, PK–12)
Ludlow S.Dt. (Ludlow, PK–12)
Lunenburg S.Dt. (Lunenburg, PK–12)
Lynn S.Dt. (Lynn, PK–12)
Lynnfield S.Dt. (Lynnfield, PK–12)
Malden S.Dt. (Malden, PK–12)
Manchester-Essex Regional S.D. (Essex and Manchester, PK–12)
Mansfield S.Dt. (Mansfield, PK–12)
Marblehead S.Dt. (Marblehead, PK–12)
Marion S.Dt. (Marion, PK–6)
Marlborough S.Dt. (Marlborough, PK–12)
Marshfield S.Dt. (Marshfield, PK–12)
Martha's Vineyard Regional S.D. (Aquinnah, Chilmark, Edgartown, Oak Bluffs, Tisbury and West Tisbury, 7–12)
Masconomet Regional S.D. (Boxford, Middleton and Topsfield, 7–12)
Mashpee S.Dt. (Mashpee, PK–12)
Mattapoisett S.Dt. (Mattapoisett, PK–6)
Maynard S.Dt. (Maynard, PK–12)
Medfield P.S.s (Medfield, PK–12)
Medford S.Dt. (Medford, PK–12)
Medway P.S.s (Medway, PK–12)
Melrose S.Dt. (Melrose, PK–12)
Mendon-Upton Regional S.D. (Mendon and Upton, PK–12)
Methuen S.Dt. (Methuen, PK–12)
Middleborough S.Dt. (Middleborough, PK–12)
Middleton S.Dt. (Middleton, PK–6)
Milford S.Dt. (Milford, PK–12)
Millbury S.Dt. (Millbury, PK–12)
Millis S.Dt. (Millis, PK–12)
Milton S.Dt. (Milton, PK–12)
Mohawk Trail Regional S.D. (Ashfield, Buckland, Colrain, Heath, Plainfield and Shelburne, PK–12, plus Charlemont, Hawley and Rowe, 7–12)
Monson S.Dt. (Monson, PK–12)
Mount Greylock Regional S.D. (Lanesborough and Williamstown, 7–12)
Nahant S.Dt. (Nahant, K–6)
Nantucket S.Dt. (Nantucket, PK–12)
Narragansett Regional S.D. (Phillipston and Templeton, PK–12)
Nashoba Regional S.D. (Bolton, Lancaster and Stow, PK–12)
Nashoba Valley Technical S.D. (Chelmsford, Groton, Littleton, Pepperell, Shirley, Townsend and Westford, 9–12)
Natick S.Dt. (Natick, PK–12)
Nauset Regional S.D. (Brewster, Eastham, Orleans and Wellfleet, PK and 6–12)
Needham S.Dt. (Needham, PK–12)
New Bedford S.Dt. (New Bedford, PK–12)
New Salem-Wendell Regional S.D. (New Salem and Wendell, PK–6)
Newburyport S.Dt. (Newburyport, PK–12)
Newton P.S.s (Newton, PK–12)
Norfolk S.Dt. (Norfolk, PK–6)
North Adams S.Dt. (North Adams, PK–12; Monroe, 9-12)
North Andover P.S.s (North Andover, PK–12)
North Attleborough S.Dt. (North Attleborough, PK–12)
North Brookfield S.Dt. (North Brookfield, K–12)
North Middlesex Regional S.D. (Ashby, Pepperell and Townsend, PK–12)

North Reading S.Dt. (North Reading, PK–12)
Northampton S.Dt. (Northampton, PK–12)
Northborough-Southborough Regional S.D. (Northborough and Southborough, 9–12)
Northborough S.Dt. (Northborough, PK–8)
Northbridge P.S.s (Northbridge, PK–12)
Norton S.Dt. (Norton, PK–12)
Norwood S.Dt. (Norwood, PK–12)
Oak Bluffs S.Dt. (Oak Bluffs, PK–8)
Old Rochester Regional S.D. (Marion, Mattapoisett and Rochester, PK and 7–12)
Orange S.Dt. (Orange, PK–6)
Orleans S.Dt. (Orleans, K–5)
Oxford S.Dt. (Oxford, PK–12)
Palmer S.Dt. (Palmer, PK–12)
Peabody S.Dt. (Peabody, PK–12)
Pembroke S.Dt. (Pembroke, PK–12)
Pentucket Regional S.D. (Groveland, Merrimac and West Newbury, PK–12)
Petersham S.Dt. (Petersham, K–6)
Pioneer Valley Regional S.D. (Bernardston, Leyden, Northfield and Warwick, PK–12)
Pittsfield S.Dt. (Pittsfield, PK–12)
Plainville S.Dt. (Plainville, PK–6)
Plymouth S.Dt. (Plymouth, PK–12)
Plympton S.Dt. (Plympton, K–6)
Provincetown S.Dt. (Provincetown, PK–8)
Quabbin Regional S.D. (Barre, Hardwick, Hubbardston, New Braintree and Oakham, PK–12)
Quaboag Regional S.D. (Warren and West Brookfield, PK–12)
Quincy S.Dt. (Quincy, PK–12)
Ralph C. Mahar Regional S.D. (New Salem, Orange, Petersham and Wendell, 7–12)
Randolph S.Dt. (Randolph, PK–12)
Reading S.Dt. (Reading, PK–12)
Revere S.Dt. (Revere, PK–12)
Richmond S.Dt. (Richmond, PK–8)
Rochester S.Dt. (Rochester, PK–6)
Rockland S.Dt. (Rockland, PK–12)
Rockport S.Dt. (Rockport, K–12)
Rowe S.Dt. (Rowe, PK–6)

Salem S.Dt. (Salem, PK–12)
Sandwich S.Dt. (Sandwich, PK–12)
Saugus S.Dt. (Saugus, PK–12)
Savoy S.Dt. (Savoy, PK–5)
Scituate S.Dt. (Scituate, PK–12)
Seekonk S.Dt. (Seekonk, PK–12)
Sharon S.Dt. (Sharon, PK–8)
Sherborn S.Dt. (Sherborn, PK–5)
Shirley S.Dt. (Shirley, PK–8)
Shrewsbury S.Dt. (Shrewsbury, PK–12)
Shutesbury S.Dt. (Shutesbury, PK–6)
Silver Lake Regional S.D. (Halifax, Kingston and Plympton, 7–12)
Somerset S.Dt. (Somerset, PK–12)
Somerville S.Dt. (Somerville, PK–12)
South Hadley S.Dt. (South Hadley, PK–12)
Southampton S.Dt. (Southampton, PK–6)
Southborough S.Dt. (Southborough, PK–8)
Southbridge S.Dt. (Southbridge, PK–12)
Southern Berkshire Regional S.D. (Alford, Egremont, Monterey, New Marlborough and Sheffield, PK–12)
Southwick-Tolland Regional S.D. (Southwick and Tolland, PK–12)
Spencer-East Brookfield Regional S.D. (East Brookfield and Spencer, PK–12)
Springfield P.S.s (Springfield, PK–12)
Stoneham S.Dt. (Stoneham, PK–12)
Stoughton S.Dt. (Stoughton, PK–12)
Sturbridge S.Dt. (Sturbridge, PK–6)
Sudbury P.S.s (Sudbury, PK–8)
Sunderland S.Dt. (Sunderland, PK–6)
Sutton S.Dt. (Sutton, PK–12)
Swampscott S.Dt. (Swampscott, PK–12)
Swansea S.Dt. (Swansea, PK–12)
Tantasqua Regional S.D. (Brookfield, Brimfield, Holland, Sturbridge and Wales, 7–12)
Taunton S.Dt. (Taunton, PK–12)
Tewksbury S.Dt. (Tewksbury, PK–12)
Tisbury S.Dt. (Tisbury, PK–8)
Topsfield S.Dt. (Topsfield, PK–6)
Triton Regional S.D. (Newbury, Rowley and Salisbury, PK–12)
Truro S.Dt. (Truro, PK–6)

Tyngsborough S.Dt. (Tyngsborough, PK–12)
Up-Island Regional S.D. (Aquinnah, Chilmark and West Tisbury, PK–8)
Uxbridge S.Dt. (Uxbridge, PK–12)
Wachusett Regional S.D. (Holden, Paxton, Princeton, Rutland and Sterling, PK–12)
Wakefield S.Dt. (Wakefield, PK–12)
Wales S.Dt. (Wales, PK–6)
Walpole S.Dt. (Walpole, PK–12)
Waltham S.Dt. (Waltham, PK–12)
Ware S.Dt. (Ware, PK–12)
Wareham S.Dt. (Wareham, PK–12)
Watertown S.Dt. (Watertown, PK–12)
Wayland S.Dt. (Wayland, PK–12)
Webster S.Dt. (Webster, PK–12)
Wellesley S.Dt. (Wellesley, PK–12)
Wellfleet S.Dt. (Wellfleet, K–5)
West Boylston S.Dt. (West Boylston, PK–12)
West Bridgewater S.Dt. (West Bridgewater, PK–12)
West Springfield S.Dt. (West Springfield, PK–12)
Westborough S.Dt. (Westborough, PK–12)
Westfield S.Dt. (Westfield, PK–12)
Westford S.Dt. (Westford, PK–12)
Westhampton S.Dt. (Westhampton, PK–6)
Weston S.Dt. (Weston, PK–12)
Westport S.Dt. (Westport, PK–12)
Westwood S.Dt. (Westwood, PK–12)
Weymouth S.Dt. (Weymouth, PK–12)
Whately S.Dt. (Whately, PK–6)
Whitman-Hanson Regional S.D. (Hanson and Whitman, PK–12)
Williamsburg S.Dt. (Williamsburg, PK–6)
Williamstown S.Dt. (Williamstown, PK–6)
Wilmington S.Dt. (Wilmington, PK–12)
Winchendon S.Dt. (Winchendon, PK–12)
Winchester S.Dt. (Winchester, PK–12)
Winthrop S.Dt. (Winthrop, PK–12)
Woburn S.Dt. (Woburn, PK–12)
Worcester S.Dt. (Worcester, PK–12)
Wrentham S.Dt. (Wrentham, PK–6)

Adams Township S.D.
Addison Community Schools
Adrian P.S.s
Airport Community Schools
Akron-Fairgrove Schools
Alanson P.S.s
Alba P.S.s
Albion P.S.
Alcona Community Schools
Algonac Community S.D.
Allegan P.S.s
Allen Park P.S.s
Allendale Public S.D.
Alma P.S.s
Almont Community Schools
Alpena P.S.s
Anchor Bay S.D.
Ann Arbor P.S.s
Arenac Eastern S.D.
Armada Area Schools
Arvon Township S.D.
Ashley Community Schools
Athens Area Schools
Atherton Community Schools
Atlanta Community Schools

## Michigan

Au Gres-Sims S.D.
Autrain-Onota P.S.s
Avondale S.D.
Bad Axe P.S.s
Baldwin Community Schools
Bangor P.S.s
Bangor Township S.D. 8
Bangor Township Schools
Baraga Area Schools
Bark River-Harris S.D.
Bath Community Schools
Battle Creek P.S.s
Bay City S.D.
Beal City P.S.s
Bear Lake S.D.
Beaver Island Community School
Beaverton Rural Schools
Bedford P.S.s
Beecher Community S.D.
Belding Area S.D.
Bellaire P.S.s
Bellevue Community Schools
Bendle P.S.s
Bentley Community Schools
Benton Harbor Area Schools

Benzie Central Schools
Berkley S.D.
Berlin Township S.D. 3
Berrien Springs P.S.s
Bessemer Area S.D.
Big Bay De Noc S.D.
Big Jackson S.D.
Big Rapids P.S.s
Birch Run Area S.D.
Birmingham City S.D.
Blissfield Community Schools
Bloomfield Hills S.D.
Bloomfield Township S.D. 7F
Bloomingdale Public S.D.
Bois Blanc Pines S.D.
Boyne City P.S.s
Boyne Falls Public S.D.
Brandon S.D.
Brandywine Public S.D.
Breckenridge Community Schools
Breitung Township Schools
Bridgeport-Spaulding Community S.D.
Bridgman P.S.s
Brighton Area Schools
Brimley Area Schools

Britton-Macon Area S.D.
Bronson Community S.D.
Brown City Community Schools
Buchanan Community Schools
Buckley Community S.D.
Buena Vista S.D.
Bullock Creek S.D.
Burr Oak Community S.D.
Burt Township S.D.
Byron Area Schools
Byron Center P.S.s
Cadillac Area P.S.s
Caledonia Community Schools
Camden-Frontier Schools
Capac Community S.D.
Carman-Ainsworth Community Schools
Carney-Nadeau P.S.s
Caro Community Schools
Carrollton S.D.
Carson City-Crystal Area Schools
Carsonville-Port Sanilac S.D.
Caseville P.S.s
Cass City P.S.s
Cassopolis P.S.s
Cedar Springs P.S.s
Center Line P.S.s
Central Lake P.S.s
Central Montcalm P.S.s
Centreville P.S.s
Charlevoix P.S.s
Charlotte P.S.s
Chassell Township S.D.
Cheboygan Area Schools
Chelsea S.D.
Chesaning Union Schools
Chippewa Hills S.D.
Chippewa Valley Schools
Church S.D.
City Of Harper Woods Schools
Clare P.S.s
Clarenceville S.D.
Clarkston Community S.D.
Clawson City S.D.
Climax-Scotts Community Schools
Clinton Community Schools
Clintondale Community Schools
Clio Area S.D.
Coldwater Community Schools
Coleman Community S.D.
Colfax Township S.D. 1F
Coloma Community Schools
Colon Community S.D.
Columbia S.D. (Michigan)
Comstock Park P.S.s
Comstock P.S.s
Concord Community Schools
Constantine Public S.D.
Coopersville Public S.D.
Corunna Public S.D.
Covert P.S.s
Crawford Ausable Schools
Crestwood S.D.
Croswell-Lexington Community Schools
Dansville Schools
Davison Community Schools
Dearborn City P.S.s
Dearborn Heights S.D. 7
Decatur P.S.s
Deckerville Community S.D.
Deerfield P.S.s
Delton-Kellogg S.D.
Detour Area Schools

Detroit P.S.s
Dewitt P.S.s
Dexter Community S.D.
Dollar Bay-Tamarack City Area Schools
Dowagiac Union S.D.
Dryden Community Schools
Dundee Community Schools
Durand Area Schools
East China S.D.
East Detroit P.S.s
East Grand Rapids P.S.s
East Jackson Community Schools
East Jordan P.S.s
East Lansing S.D.
Easton Township S.D. 6
Eaton Rapids P.S.s
Eau Claire P.S.s
Ecorse Public S.D.
Edwardsburg P.S.s
Elk Rapids Schools
Elkton-Pigeon-Bay Port Schools
Ellsworth Community Schools
Elm River Township S.D.
Engadine Consolidated Schools
Escanaba Area P.S.s
Essexville-Hampton P.S.s
Evart P.S.s
Ewen-Trout Creek C.S.D.
Excelsior Township S.D. 1
Fairview Area S.D.
Farmington Public S.D.
Farwell Area Schools
Fennville P.S.s
Fenton Area P.S.s
Ferndale P.S.s
Fitzgerald P.S.s
Flat Rock Community Schools
Flint City S.D.
Flushing Community Schools
Forest Area Community Schools
Forest Hills P.S.s
Forest Park S.D.
Fowler P.S.s
Fowlerville Community Schools
Frankenmuth S.D.
Frankfort-Elberta Area Schools
Fraser P.S.s
Free Soil Community Schools
Freeland Community S.D.
Fremont Public S.D.
Fruitport Community Schools
Fulton Schools
Galesburg-Augusta Community Schools
Garden City S.D.
Gaudior Academy
Gaylord Community Schools
Genesee S.D.
Gerrish-Higgins S.D.
Gibraltar S.D.
Gladstone Area Schools
Gladwin Community Schools
Glen Lake Community Schools
Glenn Public S.D.
Gobles Public S.D.
Godfrey-Lee P.S.s
Godwin Heights P.S.s
Goodrich Area Schools
Grand Blanc Community Schools
Grand Haven Area P.S.s
Grand Ledge P.S.s
Grand Rapids P.S.s
Grandville P.S.s

Grant Public S.D.
Grant Township S.D. 2
Grass Lake Community Schools
Greenville P.S.s
Grosse Ile Township Schools
Grosse Pointe P.S.s
Gull Lake Community Schools
Gwinn Area Community Schools
Hagar Township S.D. 6
Hale Area Schools
Hamilton Community Schools
Hamtramck P.S.s
Hancock P.S.s
Hanover-Horton Schools
Harbor Beach Community Schools
Harbor Springs S.D.
Harper Creek Community Schools
Harrison Community Schools
Hart Public S.D.
Hartford P.S.s (Michigan)
Hartland Consolidated Schools
Haslett P.S.s
Hastings Area S.D.
Hazel Park City S.D.
Hemlock Public S.D.
Hesperia Community Schools
Highland Park City Schools
Hillman Community Schools
Hillsdale Community Schools
Holland City S.D.
Holly Area S.D.
Holt P.S.s
Holton P.S.s
Homer Community Schools
Hopkins P.S.s
Houghton Lake Community Schools
Houghton-Portage Township Schools
Howell P.S.s
Hudson Area Schools
Hudsonville Public S.D.
Huron S.D.
Huron Valley Schools
Ida P.S.s
Imlay City Community Schools
Inkster S.D.
Inland Lakes Schools
Ionia P.S.s
Ionia Township S.D. 2
Iron Mountain P.S.s
Ironwood Area Schools
Ishpeming Public S.D.
Ithaca P.S.s
Jackson P.S.s
Jefferson Schools
Jenison Schools
Johannesburg-Lewiston Area Schools
Jonesville Community Schools
Kalamazoo P.S.s
Kaleva Norman Dickson S.D.
Kalkaska P.S.s
Kearsley Community Schools
Kelloggsville P.S.s
Kenowa Hills P.S.s
Kent City Community Schools
Kentwood P.S.s
Kingsley Area Schools
Kingston Community S.D.
L'Anse Area Schools
L'Anse Creuse P.S.s
Laingsburg Community S.D.
Lake City Area S.D.
Lake Fenton Community Schools

Lake Linden-Hubbell S.D.
Lake Orion Community Schools
Lake Shore P.S.s (Macomb)
Lakeshore S.D. (Berrien)
Lakeview Community Schools (Montcalm)
Lakeview P.S.s (Macomb)
Lakeview S.D. (Calhoun)
Lakeville Community Schools
Lakewood P.S.s
Lamphere P.S.s
Lansing S.D.
Lapeer Community Schools
Lawrence Public S.D.
Lawton Community S.D.
Leland Public S.D.
Les Cheneaux Community Schools
Leslie P.S.s
Lincoln C.S.D.
Lincoln Park P.S.s
Linden Community Schools
Litchfield Community Schools
Livonia P.S.s
Lowell Area Schools
Ludington Area S.D.
Mackinac Island S.D.
Mackinaw City P.S.s
Madison District P.S.s
Madison S.D. (Lenawee)
Mancelona P.S.s
Manchester Community Schools
Manistee Area Schools
Manistique Area Schools
Manton Consolidated Schools
Maple Valley Schools
Mar Lee S.D.
Marcellus Community Schools
Marion P.S.s
Marlette Community Schools
Marquette Area P.S.s
Marshall P.S.s
Martin P.S.s
Marysville P.S.s
Mason Consolidated Schools
Mason Cnty Central Schools
Mason Cnty Eastern Schools
Mason P.S.s (Ingham)
Mattawan Consolidated School
Mayville Community S.D.
McBain Rural Agricultural School
Melvindale-North Allen Park Schools
Memphis Community Schools
Mendon Community S.D.
Menominee Area P.S.s
Meridian P.S.s
Merrill Community Schools
Mesick Consolidated Schools
Michigan Center S.D.
Mid Peninsula S.D.
Midland P.S.s
Milan Area Schools
Millington Community Schools
Mio-Ausable Schools
Mona Shores P.S.s
Monroe P.S.s
Montabella Community Schools
Montague Area P.S.s
Montrose Community Schools
Moran Township S.D.
Morenci Area Schools
Morley Stanwood Community Schools
Morrice Area Schools
Mount Clemens Community S.D.

Mount Morris Consolidated Schools
Mount Pleasant City S.D.
Munising P.S.s
Muskegon City S.D.
Muskegon Heights S.D.
Napoleon Community Schools
Negaunee P.S.s
New Buffalo Area Schools
New Haven Community Schools
New Lothrop Area P.S.s
Newaygo Public S.D.
NICE Community S.D.
Niles Community S.D.
North Adams-Jerome Schools
North Branch Area Schools
North Central Area Schools
North Dickinson Cnty Schools
North Huron S.D.
North Muskegon P.S.s
Northport Public S.D.
Northview P.S.s
Northville P.S.s
Northwest Community Schools
Norway-Vulcan Area Schools
Nottawa Community School
Novi Community S.D.
Oak Park City S.D.
Oakridge P.S.s
Okemos P.S.s
Olivet Community Schools
Onaway Area Community S.D.
Oneida Township S.D.#3
Onekama Consolidated Schools
Onsted Community Schools
Ontonagon Area Schools
Orchard View Schools
Oscoda Area Schools
Otsego P.S.s
Ovid-Elsie Area Schools
Owendale-Gagetown Area Schools
Owosso P.S.s
Oxford Community Schools
Palo Community S.D.
Parchment S.D.
Paw Paw Public S.D.
Peck Community S.D.
Pellston P.S.s
Pennfield S.D.
Pentwater Public S.D.
Perry Public S.D.
Pewamo-Westphalia Community Schools
Pickford P.S.s
Pinckney Community Schools
Pinconning Area Schools
Pine River Area Schools
Pittsford Area Schools
Plainwell Community Schools
Plymouth-Canton Community Schools
Pontiac City S.D.
Port Hope Community Schools
Port Huron Area S.D.
Portage P.S.s
Portland Public S.D.
Posen C.S.D.
Potterville P.S.s
Powell Township Schools
P.S.s of Calumet, Laurium & Keweenaw
P.S.s Of Petoskey
Quincy Community S.D.
Rapid River P.S.s
Ravenna P.S.s
Reading Community Schools

Redford Union S.D.
Reed City Area P.S.s
Reese P.S.s
Reeths-Puffer Schools
Republic-Michigamme Schools
Richmond Community Schools
River Rouge S.D.
River Valley S.D.
Riverview Community S.D.
Rochester Community S.D.
Rockford P.S.s (Michigan)
Rogers City Area Schools
Romeo Community Schools
Romulus Community S.D.
Roseville Community Schools
Rudyard Area Schools
Saginaw City S.D.
Saginaw Township Community Schools
Saint Charles Community Schools
Saint Ignace Area Schools
Saint Johns P.S.s
Saint Joseph P.S.s
Saint Louis P.S.s (Michigan)
Saline Area Schools
Sand Creek Community Schools
Sandusky Community S.D.
Saranac Community Schools
Saugatuck P.S.s
Sault Ste. Marie Area Schools
S.D. of the City of Inkster
S.D. of the City of Royal Oak
S.D. of Ypsilanti
Schoolcraft Community Schools
Shelby P.S.s
Shepherd Public S.D.
Sigel Township S.D. 3F
Sigel Township S.D. 4F
Sigel Township S.D. 6
Sodus Township S.D. 5
South Haven P.S.s
South Lake Schools
South Lyon Community Schools
South Redford S.D.
Southfield Public S.D.
Southgate Community S.D.
Sparta Area Schools
Spring Lake P.S.s
Springport P.S.s
Standish-Sterling Community Schools
Stanton Township P.S.s
Stephenson Area P.S.s
Stockbridge Community Schools
Sturgis P.S.s
Summerfield Schools
Superior Central Schools
Suttons Bay P.S.s
Swan Valley S.D.
Swartz Creek Community Schools
Tahquamenon Area Schools
Tawas Area Schools
Taylor S.D.
Tecumseh P.S.s
Tekonsha Community Schools
Thornapple Kellogg S.D.
Three Rivers Community Schools
Traverse City Area P.S.s
Trenton, Michigan P.S.s
Tri Cnty Area Schools
Troy S.D.
Ubly Community Schools
Union City Community Schools
Unionville-Sebewaing Area S.D.

Utica Community Schools
Van Buren P.S.s
Van Dyke P.S.s
Vanderbilt Area Schools
Vandercook Lake P.S.s
Vassar P.S.s
Verona Township S.D. 1F
Vestaburg Community Schools
Vicksburg Community Schools
Wakefield-Marenisco S.D.
Waldron Area Schools
Walkerville P.S.s
Walled Lake Consolidated Schools
Warren Consolidated Schools
Warren Woods P.S.s
Waterford S.D.

Academia Cesar Chavez Charter School
Academy of Biosciences
Achieve Language Academy
Ada-Borup Public S.D.
Adam Abdulle Academy
Adrian Public S.D.
Agassiz Valley Educational Technical
Cooperative
Agricultural Food Science Academy High
School
Aitkin Public S.D.
Albany Public S.D.
Albert Lea Public S.D.
Alden-Conger Public S.D.
Alexandria Public S.D.
Annandale Public S.D.
Anoka-Hennepin Public S.D.
Area Special Education Cooperative
Artech
Ascension Academy Charter School
Ashby Public S.D.
Aspen Academy
Atwater-Cosmos-Grove-City S.D.
Augsburg Academy for Health Careers
Augsburg Fairview Academy
Aurora Charter School
Austin Public S.D.
Badger Public S.D.
Bagley Public S.D.
Balaton Public S.D.
Barnesville Public S.D.
Barnum Public S.D.
Battle Lake Public S.D.
Beacon Academy
Beacon Preparatory School
Becker Public S.D.
Belgrade-Brooten-Elrosa Public S.D.
Belle Plaine Public S.D.
Bellingham Public S.D.
Bemidji Area Schools
Benson Public S.D.
Benton-Stearns Educational District
Bertha-Hewitt Public S.D.
Best Academy
Big Lake Public S.D.
Birch Grove Community School
Bird Island-Olivia-Lake Lillian Public S.D.
Blackduck Public S.D.
Blooming Prairie Public S.D.
Bloomington Public S.D.
Blue Earth Area Public S.D.
Bluesky Charter School
Bluffview Montessori
Braham Public S.D.

Watersmeet Township S.D.
Watervliet S.D.
Waverly Community Schools
Wayland Union Schools
Wayne-Westland Community Schools
Webberville Community Schools
Wells Township S.D.
West Bloomfield S.D.
West Branch-Rose City Area Schools
West Iron Cnty P.S.s
West Ottawa Public S.D.
Western S.D.
Westwood Community Schools
Westwood Heights Schools
White Cloud P.S.s
White Pigeon Community Schools

## Minnesota

Brainerd Public S.D.
Brandon Public S.D.
Breckenridge Public S.D.
Brewster Public S.D.
Bright Water Elementary School
Brooklyn Center S.D.
Browerville Public S.D.
Browns Valley Public S.D.
Buffalo Community Middle School
Buffalo Lake-Hector-Stewart Public S.D.
Buffalo Public S.D.
Bug-O-Nay-Ge-Shig School
Burnsville-Eagan-Savage S.D.
Butterfield Public S.D.
Byron Public S.D.
Capitol Hill
Caledonia Public S.D.
Cambridge-Isanti Public S.D.
Campbell-Tintah Public S.D.
Canby Public S.D.
Cannon Falls Area Schools
Carlton Public S.D.
Cass Lake-Bena S.D.
Cedar Creek Community School
Cedar Mountain S.D.
Cedar Riverside Community School
Centennial Public S.D.
Chaska S.D.
Chatfield S.D.
Chisago Lakes S.D.
Chisholm Public S.D.
Chokio-Alberta Public S.D.
City Academy
Clarkfield Charter School
Clearbrook-Gonvick S.D.
Cleveland Public S.D. (Minnesota)
Climax Public S.D.
Clinton-Graceville-Beardsley S.D.
Cloquet Public S.D.
Cologne Academy Charter School
Columbia Heights Public S.D.
Comfrey Public S.D.
Community of Peace Academy
Community School of Excellence
Concordia Creative Learning Academy
Cook Cnty S.D. (Minnesota)
Cromwell-Wright S.D.
Crookston Public S.D.
Crosby-Ironton Public S.D.
Crosslake Community Charter School
Cyber Village Academy
Cygnus Academy
Cyrus Public S.D.
Dakota Academy

Whitefish Township Schools
Whiteford Agricultural Schools
Whitehall District Schools
Whitmore Lake P.S.s
Whittemore-Prescott Area Schools
Williamston Community Schools
Willow Run Community Schools
Wolverine Community Schools
Woodhaven-Brownstown S.D.
Wyandotte City S.D.
Wyoming P.S.s
Yale P.S.s
Ypsilanti Community Schools
Zeeland P.S.s

Dakota Area Community Charter School
Dassel-Cokato Public S.D.
Dawson-Boyd Public S.D.
Deer River Public S.D.
Delano Public S.D.
Detroit Lakes Public S.D.
Dilworth-Glyndon-Felton S.D.
Discovery P.S. Faribault
District 112
Dover-Eyota Public S.D.
Dugsi Academy
Duluth P.S.s Academy
Duluth P.S.s
Dunwoody Academy
Eagle Ridge Academy Charter School
Eagle Valley Public S.D.
East Central S.D.
East Grand Forks Public S.D.
East Range Academy of Technology and
Science
Eci' Nompa Woonspe
Eden Prairie Public S.D.
Eden Valley-Watkins S.D.
Edgerton Public S.D.
Edina P.S.s
Edvisions Off Campus School
El Colegio Charter School
Elk River Public S.D.
Ellsworth Public S.D.
Elom International School
Ely Public S.D.
Emily Charter School
Emily O. Goodridge-Grey Accelerated
Charter School
Esko Public S.D.
Evansville Public S.D.
Eveleth-Gilbert S.D.
Every Child Has Opportunities Charter
School
Excell Academy Charter
Face To Face Academy
Fairmont Area S.D.
Faribault Public S.D.
Farmington Area P.S.s
Fergus Falls Public S.D.
Fertile-Beltrami S.D.
Fillmore Central S.D. (Minnesota)
Fisher Public S.D.
Floodwood Public S.D.
Foley Public S.D.
Forest Lake Public S.D.
Fosston Public S.D.
Four Directions Charter Schools

Francis Scott Key Fitzgerald Writing Academy
Fraser Academy
Frazee-Vergas Public S.D.
Fridley Public S.D.
Friendship Academy of Fine Arts Charter
Fulda Public S.D.
General John Vessey Junior Leadership
Gibbon Fairfax Winthrop S.D.
Glacial Hills Elementary School
Glencoe-Silver Lake S.D.
Glenville-Emmons S.D.
Goodhue S.D.
Goodridge S.D.
Granada Huntley-East Chain S.D.
Grand Meadow S.D.
Grand Rapids S.D. - I.S.D. 318
Greenbush-Middle River S.D.
Greenway S.D.
Grygla S.D.
Hancock Public S.D.
Harbor City International Charter School
Harvest Preparatory School/Seed Academy
Hastings Public S.D.
Hawley Public S.D.
Hayfield Public S.D.
Heart of the Earth Charter School
Hendricks Public S.D.
Henning Public S.D.
Herman-Norcross Public S.D.
Hermantown Public S.D.
Heron Lake-Okabena Public S.D.
Hiawatha Leadership Academy
Hibbing Public S.D.
High School for Recording Arts
Hill City Public S.D.
Hills-Beaver Creek Public S.D.
Hinckley-Finlayson Public S.D.
Hmong Academy
Holdingford Public S.D.
Hope Community Academy
Hopkins P.S.s
Houston P.S.s
Howard Lake-Waverly-Winsted Public S.D.
Hutchinson Public S.D.
Intermediate S.D. 287
Intermediate S.D. 917
International Falls S.D.
International Spanish Language Academy
Inver Grove Heights S.D.
Isle Public S.D.
Ivanhoe Public S.D.
Jackson Cnty Central S.D.
Janesville-Waldorf-Pemberton S.D.
Jennings Community Learning Center
Jordan S.D. (Minnesota)
Kaleidoscope Charter School
Kasson-Mantorville S.D.
Kelliher Public S.D.
Kenyon-Wanamingo S.D.
Kerkhoven-Murdock-Sunburg S.D.
Kimball Public S.D.
Kingsland S.D. (Minnesota)
Kittson Central S.D.
La Crescent Montessori Academy
La Crescent-Hokah S.D.
Lac Qui Parle Valley S.D.
Lafayette Public Charter School
Lake Benton S.D.
Lake City S.D.
Lake Crystal-Wellcome Memorial S.D.

Lake of the Woods S.D.
Lake Park-Audubon S.D.
Lake Superior High School
Lake Superior S.D.
Lakes Area Charter School
Lakes International Language Academy
Lakeview S.D.
Lakeville I.S.D. 194
Lancaster S.D.
Lanesboro S.D.
Laporte S.D.
Le Center S.D.
Le Sueur-Henderson S.D.
Learning for Leadership Charter School
Leroy S.D.
Lester Prairie S.D.
Lewiston-Altura S.D.
Lighthouse Academy of Nations
Lincoln International School
Litchfield S.D.
Little Falls S.D.
Littlefork-Big Falls S.D.
Long Prairie-Grey Eagle S.D.
Long Tieng Academy
Loveworks Academy for Arts
Luverne S.D.
Lyle S.D.
Lynd S.D.
Mabel-Canton S.D.
Madelia S.D.
Mahnomen S.D.
Mahtomedi S.D.
Mankato S.D.
Maple Lake S.D.
Maple River S.D.
Marshall Cnty Central S.D.
Marshall S.D. (Minnesota)
Martin Cnty West S.D.
Maynard Clara City Raymond S.D.
McGregor S.D.
McLeod West S.D.
Medford S.D.
Melrose S.D.
Menahga S.D.
Mesabi East S.D.
Milaca S.D.
Milroy S.D.
Minneapolis P.S.s
Minnesota Council for the Gifted and Talented Homeschool
Minneota S.D.
Minnesota New Country School
Minnetonka S.D.
Minnewaska S.D.
Montevideo S.D.
Montgomery-Lonsdale S.D.
Monticello S.D.
Moorhead S.D.
Moose Lake S.D.
Mora S.D.
Morris S.D.
Mounds View S.D.
Mountain Iron-Buhl S.D.
Mountain Lake S.D.
Murray Cnty Central S.D.
Murray S.W. S.D.
Nashwauk-Keewatin S.D.
Nett Lake S.D.
Nevis S.D.
New London-Spicer S.D.
New Millennium Academy
New Prague Area S.D.

New Richland Hartland Ellendale Geneva S.D.
New Ulm S.D.
New York Mills S.D.
Nicollet S.D.
Norman Cnty East S.D.
Norman Cnty West S.D.
North Branch S.D.
North Saint Paul-Maplewood S.D.
Northfield S.D.
Northland Community S.D.
Norwood S.D.
Ogilvie S.D.
Oklee S.D.
Onamia S.D.
Orono S.D.
Ortonville S.D.
Osakis S.D.
Osseo S.D.
Owatonna S.D.
Park Rapids S.D.
Parkers Prairie S.D.
Paynesville S.D.
Pelican Rapids S.D.
Pequot Lakes S.D.
Perham S.D.
Pierz S.D.
Pillager S.D.
Pine City S.D.
Pine Island S.D.
Pine Point S.D.
Pine River-Backus S.D.
Pipestone Area S.D.
Plainview Elgin Millville S.D.
Plummer S.D.
Princeton S.D. (Minnesota)
Prior Lake S.D.
Prior Lake-Savage S.D.
Proctor S.D.
Randolph S.D.
Red Lake S.D.
Red Lake Falls S.D.
Red Rock Central S.D.
Red Wing P.S.s
Redwood Valley Area S.D.
Renville Cnty West S.D.
Richfield P.S.s
Robbinsdale Area Schools
Rochester S.D.
Rockford Area Schools
Rocori S.D.
Roseau S.D.
Rosemount-Apple Valley-Eagan S.D.
Roseville Area Schools
Rothsay S.D.
Round Lake S.D.
Royalton S.D.
Rush City S.D.
Rushford-Peterson S.D.
Russell Tyler Ruthton S.D.
Ruthton S.D.
St. Anthony-New Brighton S.D.
Saint Charles S.D.
Saint Clair S.D.
Saint Cloud S.D.
Saint Francis S.D. (Minnesota)
Saint James S.D.
Saint Louis Cnty S.D.
Saint Louis Park S.D.
Saint Michael-Albertville S.D.
Saint Paul P.S.s
Saint Peter S.D.

Sartell S.D.
Sauk Centre S.D.
Sauk Rapids S.D.
Sebeka S.D.
Shakopee S.D.
Sibley East P.S.s
Sleepy Eye S.D.
Sojourner Truth Academy
South Koochiching S.D.
South Saint Paul S.D.
South Washington Cnty S.D.
Southland S.D.
SouthWest Metro Intermediate District #288
Spring Grove S.D.
Spring Lake Park S.D.
Springfield S.D.
Staples-Motley S.D.
Stephen-Argyle S.D.
Stewartville S.D.
Stillwater S.D.
Swanville S.D.

Aberdeen S.D.
Alcorn S.D.
Amite Cnty S.D.
Amory S.D.
Attala Cnty S.D.
Baldwyn S.D.
Bay St. Louis-Waveland S.D.
Benton Cnty S.D.
Biloxi Public S.D.
Booneville S.D.
Brookhaven S.D.
Calhoun Cnty S.D.
Canton Public S.D.
Carroll Cnty S.D.
Chickasaw Cnty S.D.
Choctaw Cnty S.D.
Claiborne Cnty S.D.
Clarksdale Municipal S.D.
Cleveland S.D.
Clinton Public S.D.
Coahoma Cnty S.D.
Coffeeville S.D.
Columbia S.D.
Columbus Municipal S.D.
Copiah Cnty S.D.
Corinth S.D.
Covington Cnty S.D.
DeSoto Cnty S.D.
East Jasper S.D.
East Tallahatchie S.D.
Enterprise S.D.
Forest Municipal S.D.
Forrest Cnty S.D.
Franklin Cnty S.D.
George Cnty S.D.
Greene Cnty S.D.
Greenville Public S.D.
Greenwood-Leflore S.D.
Grenada S.D.
Gulfport S.D.
Hancock Cnty S.D.
Harrison Cnty S.D.
Hattiesburg Public S.D.
Hazlehurst City S.D.
Hinds Cnty S.D.
Hollandale S.D.

Tatanka Elementary School
Thief River Falls S.D.
Tracy S.D.
Tri-Cnty S.D.
Triton S.D.
Truman S.D.
Tyler S.D.
Ulen-Hitterdal S.D.
Underwood S.D.
United South Central S.D.
Upsala S.D.
Verndale S.D.
Virginia P.S.s
Vermilion Country School
Wabasha-Kellogg S.D.
Wabasso S.D.
Waconia S.D.
Wadena-Deer Creek S.D.
Walker-Hackensack-Akeley S.D.
Warren-Alvarado-Oslo S.D.
Warroad S.D.
Waseca S.D.

## Mississippi

Holly Springs S.D.
Holmes Cnty S.D.
Houston S.D.
Humphreys Cnty S.D.
Itawamba Cnty S.D.
Jackson Cnty S.D.
Jackson Public S.D.
Jefferson Cnty S.D.
Jefferson Davis Cnty S.D.
Jones Cnty S.D.
Kemper Cnty S.D.
Kosciusko S.D.
Lafayette Cnty S.D.
Lamar Cnty S.D.
Lauderdale Cnty S.D.
Laurel S.D.
Lawrence Cnty S.D.
Leake Cnty S.D.
Lee Cnty S.D.
Leland S.D.
Lincoln Cnty S.D.
Long Beach S.D.
Louisville Municipal S.D.
Lowndes Cnty S.D.
Madison Cnty S.D.
Marion Cnty S.D.
Marshall Cnty S.D.
McComb S.D.
Meridian Public S.D.
Monroe Cnty S.D.
Moss Point S.D.
Natchez-Adams S.D.
Neshoba Cnty S.D.
Nettleton S.D.
New Albany S.D.
Newton Cnty S.D.
Newton Municipal S.D.
North Bolivar C.S.D.
North Panola S.D.
North Pike S.D.
North Tippah S.D.
Noxubee Cnty S.D.
Ocean Springs S.D.
Okolona Municipal Separate S.D.
Oxford S.D.
Pascagoula-Gautier S.D.

Watertown-Mayer S.D.
Waterville-Elysian-Morristown S.D.
Waubun S.D.
Wayzata P.S.s
West Central Area Schools
West Metro Education Program (WMEP)
West Saint Paul-Mendota Heights-Eagan S.D.
Westbrook-Walnut Grove S.D.
Westonka S.D.
Wheaton Area School S.D.
White Bear Lake S.D.
Willmar S.D.
Willow River S.D.
Win-E-Mac S.D.
Windom S.D.
Winona I.S.D. 861
Worthington S.D.
Wrenshall S.D.
Yellow Medicine East S.D.
Zumbrota-Mazeppa S.D.

Pass Christian S.D.
Pearl Public S.D.
Pearl River Cnty S.D.
Perry Cnty S.D.
Petal S.D.
Philadelphia Public S.D.
Picayune S.D.
Pontotoc City S.D.
Pontotoc Cnty S.D.
Prentiss Cnty S.D.
Quitman Cnty S.D.
Quitman S.D.
Rankin Cnty S.D.
Richton S.D.
Scott Cnty S.D.
Senatobia Municipal S.D.
Simpson Cnty S.D.
Smith Cnty S.D.
South Delta S.D.
South Panola S.D.
South Pike S.D.
South Tippah S.D.
Starkville Oktibbeha C.S.D.
Stone Cnty S.D.
Sunflower Cnty S.D.
Tate Cnty S.D.
Tishomingo Cnty S.D.
Tunica Cnty S.D.
Tupelo Public S.D.
Union Cnty S.D.
Union Public S.D.
Vicksburg-Warren S.D.
Walthall Cnty S.D.
Water Valley S.D.
Wayne Cnty S.D.
Webster Cnty S.D.
West Bolivar S.D.
West Jasper S.D.
West Point C.S.D.
West Tallahatchie S.D.
Western Line S.D.
Wilkinson Cnty S.D.
Winona-Montgomery C.S.D.
Yazoo City Municipal S.D.
Yazoo Cnty S.D.

## Missouri

Academie Lafayette S.D. (Jackson Cnty)
Adair Cnty R-I S.D. (Adair Cnty)
Adair Cnty R-II S.D. (Adair and Knox Counties)
Adrian R-II S.D. (Bates Cnty)
Advance R-IV S.D. (Bollinger and Stoddard Counties)
Affton 101 S.D. (St. Louis Cnty)
Albany S.D. (Gentry Cnty)
Allen Village Charter School (Jackson Cnty)
Alta Vista Charter School (Jackson Cnty)
Altenburg 48 S.D. (Perry Cnty)
Alton R-IV S.D. (Oregon Cnty)
Appleton City R-II S.D. (St. Clair Cnty)
Arcadia Valley R-II S.D. (Iron and Madison Counties)
Archie R-V S.D. (Bates and Cass Counties)
Ash Grove R-IV S.D. (Dade, Green, and Lawrence Counties)
Atlanta C-3 S.D. (Macon and Shelby Counties)
Aurora R-VIII S.D. (Lawrence Cnty)
Ava R-I S.D. (Christian, Douglas, Ozark, and Wright Counties)
Avenue City R-IX S.D. (Andrew Cnty)
Avilla R-13 S.D. (Jasper Cnty)
Bakersfield R-IV S.D. (Howell and Ozark Counties)
Ballard R-II S.D. (Bates Cnty)
Bayless S.D. (St. Louis Cnty)
Belgrade S.D. R-6 (Washington Cnty), (also serves Caledonia students)
Bell City R-II S.D. (Stoddard Cnty)
Belleview R-III S.D. (Iron Cnty)
Belton 124 S.D. (Cass Cnty)
Benjamin Banneker Charter (Jackson Cnty)
Bernie R-XIII S.D. (Dunklin and Stoddard Counties)
Bevier C-4 S.D. (Macon Cnty)
Billings R-IV S.D. (Christian and Stone Counties)
Bismarck R-V S.D. (St. Francois Cnty)
Blackwater R-II S.D. (Cooper and Saline Counties)
Blair Oaks R-II S.D. (Cole Cnty)
Bloomfield R-XIV S.D. (Stoddard Cnty)
Blue Eye R-V S.D. (Stone Cnty)
Blue Springs R-IV S.D. (Jackson Cnty)
Bolivar R-I S.D. (Hickory and Polk Counties)
Boncl R-X S.D. (Pike Cnty)
Boonville R-I S.D. (Cooper Cnty)
Bosworth R-V S.D. (Carroll Cnty)
Bowling Green R-I S.D. (Pike and Ralls Counties)
Bradleyville R-I S.D. (Christian, Douglas, Ozark and Taney Counties)
Branson R-IV S.D. (Taney Cnty)
Braymer C-4 S.D. (Caldwell, Carroll, Ray and Livingston Counties)
Breckenridge R-I S.D. (Caldwell, Daviess and Livingston Counties)
Brentwood S.D. (St. Louis Cnty)
Bronaugh R-VII S.D. (Vernon Cnty)
Brookfield R-III S.D. (Chariton and Linn Counties)
Brookside Charter School (Jackson Cnty)
Brunswick R-II S.D. (Chariton and Saline Counties)
Buchanan Cnty R-IV S.D. (Buchanan Cnty)

Bucklin R-II S.D. (Linn and Macon Counties)
Bunker R-III S.D. (Dent, Reynolds and Shannon Counties)
Butler R-V S.D. (Bates Cnty)
Cabool R-IV S.D. (Douglas and Texas Counties)
Cainsville R-I S.D. (Harrison and Mercer Counties)
Calhoun R-VIII S.D. (Henry Cnty)
Callao C-8 S.D. (Macon Cnty)
Callaway Cnty R-III S.D. (Callaway Cnty)
Camdenton R-III S.D. (Camden, Dallas, Laclede and Morgan Counties)
Cameron R-I S.D. (Caldwell, Clinton, Davies and Dekalb Counties)
Campbell R-II S.D. (Dunklin Cnty)
Canton R-V S.D. (Lewis Cnty)
Cape Girardeau 63 S.D. (Cape Girardeau Cnty)
Carl Junction R-I S.D. (Jasper and Newton Counties)
Carondelet Leadership Academy (St. Louis Cnty)
Carrollton R-VII S.D. (Carroll Cnty)
Carthage R-IX S.D. (Jasper Cnty)
Caruthersville 18 S.D. (Pemiscot Cnty)
Cassville R-IV S.D. (Barry Cnty)
Center 58 S.D. (Jackson Cnty)
Centerville R-I S.D. (Reynolds Cnty)
Central R-3 S.D. in Park Hills (St. Francois and Ste. Genevieve Counties)
Centralia R-VI S.D. (Audrian, Boone and Monroe Counties)
Chadwick R-I S.D. (Christian Cnty)
Chaffee R-II S.D. (Scott Cnty)
Charleston R-I S.D. (Mississippi Cnty)
Chilhowee R-IV S.D. (Henry and Johnson Counties)
Chillicothe R-II S.D. (Livingston Cnty)
City Garden Montessori School (St. Louis Cnty)
Clark Cnty R-I S.D. (Clark Cnty)
Clarksburg C-2 S.D. (Cooper and Moniteau Counties)
Clarkton C-4 S.D. (Dunklin Cnty)
Clayton S.D. (St. Louis Cnty)
Clearwater R-I S.D. (Madison, Reynolds and Wayne Counties)
Clever R-V S.D. (Christian and Stone Counties)
Climax Springs R-IV S.D. (Benton, Camden, Hickory and Morgan Counties)
Clinton Cnty R-III S.D. (Clay and Clinton Counties)
Clinton S.D. (Henry Cnty)
Clopton R-III S.D. (Lincoln and Pike Counties)
Cole Camp R-I S.D. (Benton and Pettis Counties)
Cole Cnty R-I S.D. (Cole and Moniteau Counties)
Cole Cnty R-II S.D. (Cole Cnty)
Cole Cnty R-V S.D. (Cole and Miller Counties)
Columbia P.S.s (Boone Cnty)
Community R-VI S.D. (Audrain, Montgomery and Ralls Counties)
Concordia R-II S.D. (Johnson and Lafayette Counties)
Confluence Academies (St. Louis Cnty)

Construction Careers Center (St. Louis Cnty)
Cooper Cnty R-IV S.D. (Cooper Cnty)
Cooter R-IV S.D. (Pemiscot Cnty)
Couch R-I S.D. (Oregon Cnty)
Cowgill R-VI S.D. (Caldwell Cnty)
Craig R-III S.D. (Holt Cnty)
Crane R-III S.D. (Barry and Stone Counties)
Crawford Cnty R-I S.D. (Crawford and Washington Counties)
Crawford Cnty R-II S.D. (Crawford Cnty)
Crest Ridge R-VII S.D. (Johnson Cnty)
Crocker R-II S.D. (Pulaski Cnty)
Crystal City 47 S.D. (Jefferson Cnty)
Dadeville R-II S.D. (Dade Cnty)
Dallas R-I Cnty S.D. (Dallas Cnty)
Davis R-XII S.D. (Henry Cnty)
Delasalle Charter School (Jackson Cnty)
Della Lamb E.S.D. (Jackson Cnty)
Delta C-7 S.D. (Pemiscot Cnty)
Delta R-5 S.D. (Cape Girardeau Cnty)
Dent-Phelps R-III S.D. (Dent Cnty)
Derrick Thomas Academy (Jackson Cnty)
DeSoto 73 S.D. (Jefferson Cnty)
Dexter R-XI S.D. (Stoddard Cnty)
Diamond R-IV S.D. (Newton Cnty)
Dixon R-I S.D. (Maries and Pulaski counties)
Don Bosco Education Center (Jackson Cnty)
Doniphan R-I S.D. (Ripley Cnty)
Dora R-III S.D. (Douglas and Ozark counties)
Drexel R-IV S.D. (Cass Cnty)
Dunklin R-V S.D. (Jefferson Cnty)
East Buchanan Cnty C-1 S.D. (Clinton Cnty)
East Carter Cnty R-II S.D. (Carter Cnty)
East Lynne 40 S.D. (Cass Cnty)
East Newton Cnty R-VI S.D. (Newton Cnty)
East Prairie R-II S.D.
El Dorado Springs R-II S.D.
Eldon R-I S.D.
Elsberry R-II S.D. (Lincoln Cnty)
Eminence R-I S.D.
Everton R-III S.D. (Dade Cnty)
Excelsior Springs 40 S.D. (Clay Cnty)
Exeter R-VI S.D.
Fair Grove S.D.
Fair Play S.D.
Fairfax S.D.
Fairview S.D.
Farmington S.D. (Missouri) (St. Francois Cnty)
Fayette S.D.
Ferguson-Florissant S.D.
Festus S.D. (Jefferson Cnty)
Fordland S.D. (Webster Cnty)
Forsyth S.D.
Fort Osage R-1 S.D.
Fort Zumwalt S.D. (St. Charles Cnty)
Fox C-6 C.S.D. (Jefferson Cnty)
Francis Howell R-III S.D. (St. Charles Cnty)
Fredericktown R-1 S.D. (Madison Cnty)
Fulton S.D. (Callaway Cnty)
Gainesville S.D. (Ozark Cnty)
Galena R-2 S.D. (Stone Cnty)
Gallatin R-V S.D.

Gasconade C-4 S.D.
Gasconade Cnty R-I S.D.
Gasconade Cnty R-II S.D.
Gasconade Cnty R-3 S.D. (Gasconade and Montgomery Counties)
Gateway Science Academy
Genesis School Inc.
Gideon 37 S.D.
Gilliam C-4 S.D.
Gilman City R-IV S.D.
Glasgow S.D.
Glenwood R-VIII S.D.
Gordon Parks E.S.D.
Gorin R-III S.D.
Grain Valley R-V S.D.
Grand Center Arts Academy
Grandview C.S.D.#4 (Jackson Cnty)
Grandview R-2 S.D. (Jefferson Cnty)
Green City R-I S.D.
Green Forest R-II S.D.
Green Ridge R-VIII S.D.
Greenfield R-IV S.D.
Greenville R-II S.D.
Grundy Cnty R-V S.D.
Hale R-I S.D.
Halfway R-III S.D. (Polk Cnty)
Hallsville R-IV S.D. (Boone Cnty)
Hamilton R-II S.D.
Hancock Place S.D. (St. Louis Cnty)
Hannibal 60 S.D.
Hardeman R-X S.D.
Hardin-Central C-2 S.D.
Harrisburg R-VIII S.D. (Boone Cnty)
Harrisonville R-IX S.D.
Hartville R-II S.D. (Wright Cnty)
Hayti R-II S.D.
Hazelwood S.D. (North Cnty)
Henry Cnty R-I S.D.
Hermitage R-IV S.D. (Hickory Cnty)
Hickman Mills C-1 S.D.
Hickory Cnty R-I S.D.
Higbee R-VIII S.D.
High Point R-III S.D.
Hillsboro R-3 S.D. (Jefferson Cnty)
Hogan Preparatory Academy S.D.
Holcomb R-III S.D.
Holden R-III S.D.
Holliday C-2 S.D.
Hollister R-V S.D. (Stone and Taney Counties)
Hope Academy S.D.
Houston R-I S.D.
Howell Valley R-I S.D.
Hudson R-IX S.D.
Humansville R-IV S.D.
Hume R-VIII S.D.
Hurley R-I S.D.
Iberia R-V S.D. (Miller Cnty)
Imagine Academic Success S.D. (Saint Louis City Cnty)
Image Academy Elementary School and Math (Saint Louis City Cnty)
Image Academy of Careers (Saint Louis City Cnty)
Image Renaissance Academy Elementary School and Math (Jackson Cnty)
Independence 30 Public S.D. (Jackson Cnty)
Iron Cnty C-4 S.D. (Crawford Cnty), (Iron Cnty), (Washington Cnty)
Jackson R-2 S.D. (Cape Girardeau Cnty)
Jasper R-5 S.D. (Jasper and Barton Cnty)

Jefferson City P.S.s (Cole and Callaway Counties)
Jefferson Cnty R-7 S.D. (Jefferson Cnty)
Jennings S.D. (St. Louis Cnty)
Joplin R-8 S.D. (Jasper and Newton Cnty)
Kansas City, Missouri S.D. (Jackson Cnty)
Kearney R-I S.D. (Clay Cnty)
Kingston K-14 S.D. (Washington and Jefferson Counties)
Kingston 42 S.D. (Caldwell Cnty)
Kirkwood R-7 S.D. (St. Louis Cnty)
Kirksville R-III S.D. (Adair Cnty)
Knob Noster R-8 S.D. (Johnson Cnty)
La Monte R-IV S.D.
La Plata R-II S.D.
Laclede Cnty C-5 S.D.
Laclede Cnty R-I S.D.
Ladue S.D. (St. Louis Cnty)
Lafayette Cnty C-1 S.D.
Lakeland R-III S.D.
Lamar R-I S.D.
Laquey R-V S.D. (Pulaski Cnty)
Laredo R-VII S.D.
Lathrop R-II S.D.
Lawson R-XIV S.D. (Ray Cnty)
Lebanon R-3 S.D.
Lee A. Tolbert Com. Academy
Lee's Summit R-VII S.D.
Leesville R-IX S.D.
Leeton R-X S.D. (Johnson Cnty)
Leopold R-III S.D.
Lesterville R-IV S.D.
Lewis Cnty C-1 S.D.
Lexington R-V S.D.
Liberal R-II S.D.
Liberty Public S.D. (Clay Cnty)
Licking R-VIII S.D.
Lift for Life Academy
Lincoln Cnty R-III S.D.
Lincoln R-2 S.D. (Benton Cnty)
Lindbergh S.D. (St. Louis Cnty)
Linn Cnty R-I S.D. (Linn and Sullivan Cnty)
Livingston Cnty R-III S.D.
Lockwood R-I S.D.
Logan-Rogersville R-VIII S.D. (Greene and Webster Cnty)
Lone Jack C-6 S.D.
Lonedell R-XIV S.D.
Louisiana R-II S.D.
Luray 33 S.D.
Lutie R-VI S.D. (Ozark Cnty)
Macks Creek R-V S.D.
Macon Cnty R-I S.D.
Macon Cnty R-IV S.D.
Madison C-3 S.D.
Malden R-I S.D.
Malta Bend R-V S.D.
Manes R-V S.D.
Mansfield R-IV S.D.
Maplewood-Richmond Heights S.D.
Marceline R-V S.D.
Maries Cnty R-I S.D.
Maries Cnty R-II S.D.
Marion C. Early R-V S.D. (Polk Cnty)
Marion Cnty R-II S.D.
Marionville R-IX S.D. (Lawrence Cnty)
Mark Twain R-VIII S.D.
Marquand-Zion R-VI S.D.
Marshall S.D.
Marshfield R-I S.D. (Webster Cnty)

Maryville R-II S.D.
Maysville R-I S.D.
McDonald Cnty R-I S.D.
Meadow Heights R-II S.D.
Meadville R-IV S.D.
Mehlville S.D. (Saint Louis Cnty)
Meramec Valley R-III S.D. (http://www.mvr3.k12.mo.us/)
Mexico 59 P.S.s (Audrain Cnty)
Miami R-I S.D. (Bates and Saline Counties)
Mid-Buchanan Cnty R-V S.D.
Middle Grove C-1 S.D. (Monroe Cnty)
Midway R-I S.D.
Milan C-2 S.D.
Miller Cnty R-III S.D.
Miller R-II S.D. (Lawrence Cnty)
Mirabile C-1 S.D.
Missouri City 56 S.D. (Clay Cnty)
Moberly S.D.
Monett R-I S.D. (Barry and Lawrence Counties)
Moniteau Cnty R-I S.D.
Moniteau Cnty R-V S.D.
Monroe City R-I S.D.
Montgomery Cnty R-II S.D. (Montgomery Cnty)
Montrose R-XIV S.D.
Morgan Cnty R-I S.D.
Morgan Cnty R-II S.D.
Mound City R-II S.D.
Mount Vernon R-V S.D. (Lawrence Cnty)
Mountain Grove R-III S.D.
Mountain View-Birch Tree R-III S.D.
Naylor R-II S.D.
Neelyville R-IV S.D.
Nell Holcomb R-IV S.D.
Neosho R-V S.D.
Nevada S.D. (Missouri) (Vernon Cnty)
New Bloomfield R-III S.D.
New Franklin R-I S.D. (Howard Cnty)
New Haven S.D.
New Madrid Cnty R-I S.D.
New York R-IV S.D.
Newburg R-2 S.D. (Phelps Cnty)
Newtown-Harris R-III S.D.
Niangua R-V S.D.
Nixa R-II S.D. (Christian Cnty)
Nodaway-Holt R-VII S.D.
Norborne R-VIII S.D.
Normandy S.D. (St. Louis Cnty)
North Andrew Cnty R-VI S.D.
North Callaway Cnty R-I S.D. (Callaway Cnty)
North Daviess R-III S.D.
North Harrison R-III S.D.
North Kansas City 74 S.D. (Clay Cnty)
North Mercer Cnty R-III S.D.
North Nodaway Cnty R-VI S.D.
North Pemiscot Cnty R-I S.D.
North Platte Cnty R-I S.D.
North Saint Francois Cnty R-1 S.D. (St. Francois Cnty)
North Shelby S.D.
North Side Community School S.D.
North Wood R-IV S.D.
Northeast Nodaway Cnty R-V S.D.
Northeast Randolph Cnty R-IV S.D.
Northeast Vernon Cnty R-I S.D.
Northwest R-1 S.D. (House Springs)
Norwood S.D. (Douglas and Wright Counties)