Oak Grove R-VI S.D. (Jackson and Lafayette Counties)
Odessa R-VII S.D. (Lafayette and Johnson Counties)
Orchard Farm S.D. (St. Charles Cnty)
Osage R-III S.D. (Osage Cnty)
Ozark R-6 S.D. (Christian Cnty)
Palmyra R-1 S.D.
Paris R-II S.D.
Park Hill S.D.
Parkway C-2 S.D.
Pathway Academy
Pattonsburg R-II S.D.
Pattonville R-III S.D. (Saint Louis Cnty)
Pemiscot Cnty R-III S.D.
Pemiscot Cnty Special S.D.
Perry Cnty 32 S.D.
Pettis Cnty R-V S.D.
Pettis Cnty R-XII S.D.
Phelps Cnty R-3 S.D. (Phelps and Texas Counties)
Pierce City R-VI S.D.
Pike Cnty R-III S.D.
Pilot Grove C-4 S.D.
Plainview R-VIII S.D.
Plato R-V S.D. (Laclede, Pulaski, Texas, and Wright counties)
Platte Cnty R-III S.D.
Pleasant Hill R-3 S.D.
Pleasant Hope R-VI S.D. (Polk Cnty)
Pleasant View R-VI S.D.
Polo R-VII S.D.
Poplar Bluff R-1 S.D. (Butler Cnty)
Portageville S.D.
Potosi R-3 S.D. (Washington Cnty)
Prairie Home R-5 S.D. (Cooper Cnty)
Princeton R-V S.D.
Purdy R-II S.D.
Putnam Cnty R-I S.D.
Puxico R-VIII S.D.
Ralls Cnty R-II S.D.
Raymondville R-VII S.D.
Raymore-Peculiar R-II S.D.
Raytown C-2 S.D. (Jackson Cnty)
Reeds Spring R-IV S.D. (Stone Cnty)
Renick R-V S.D.
Republic R-III S.D. (Greene Cnty)

Absarokee Elementary School
Absarokee High School
Alberton K-12 Schools
Alder Elementary School
Alzada Elementary School
Amsterdam Elementary School
Anaconda Elementary School
Anaconda High School
Anderson Elementary School
Arlee Elementary School
Arlee High School
Arrowhead Elementary School
Ashland Elementary School
Auchard Creek Elementary School
Augusta Elementary School
Augusta High School
Avon Elementary School
Ayers Elementary School
Bainville K-12 Schools
Baker K-12 Schools
Beaverhead Cnty High School
Belfry K-12 Schools
Belgrade Elementary School

Revere C-3 S.D.
Rich Hill R-IV S.D.
Richards R-V S.D.
Richland R-I S.D.
Richland R-IV S.D. (Pulaski Cnty)
Richmond R-XVI S.D.
Richwoods R-VII Public S.D. (Washington Cnty), (Franklin Cnty)
Ridgeway R-V S.D.
Ripley Cnty R-III S.D.
Risco R-II S.D.
Ritenour S.D. (St. Louis Cnty)
Riverview Gardens S.D. (St. Louis Cnty)
Rock Port R-II S.D.
Rockwood S.D.
Rolla 31 P.S.s (Phelps Cnty)
Roscoe C-1 S.D.
Saint Clair R-XIII S.D. (Franklin Cnty)
Saint Charles S.D. (St. Charles Cnty)
Saint James R-1 S.D. (Phelps Cnty)
Saint Joseph S.D.
Saint Louis P.S.s
Savannah R-III S.D. (Andrew Cnty)
Sedalia, Missouri#200 S.D. (Pettis Cnty)
Seymour S.D. (Webster Cnty)
Sherwood Cass R-VIII S.D. (Cass Cnty)
Sikeston R-6 S.D. (Scott Cnty)
Smithville R-II S.D. (Clay Cnty)
South Callaway R-II S.D. (Callaway Cnty)
South Iron R-I S.D. in Annapolis (Iron Cnty)
Springfield R-XII S.D. (Greene Cnty)
Stewartsville C-2 S.D. (Dekalb Cnty)
Stockton R-1 S.D. (Cedar Cnty)
Stover S.D. (Morgan Cnty)
Strafford R-VI S.D. (Greene Cnty)
Strain Japan R-16 S.D. (Franklin Cnty)
Sturgeon S.D. (Boone Cnty)
Sullivan S.D. (Franklin Cnty)
Sunrise R-9 S.D. (Jefferson Cnty)
Swedeborg R-III S.D. (Pulaski Cnty)
Taneyville R-II S.D.
Tarkio R-I S.D.
Thayer R-II S.D.
Thornfield R-I S.D.
Tina-Avalon R-II S.D.
Tipton R-VI S.D.

## Montana

Belgrade High School
Belt Elementary School
Belt High School
Big Sandy Elementary School
Big Sandy High School
Big Timber Elementary School
Bigfork Elementary School
Bigfork High School
Billings Elementary School
Billings High School
Blue Creek Elementary School
Bonner Elementary School
Boulder Elementary School
Box Elder Elementary School
Box Elder High School
Bozeman Elementary School
Bozeman P.S.s
Bridger K-12 Schools
Broadus Elementary School
Broadview Elementary School
Broadview High School
Brockton Elementary School
Brockton High School

Trenton R-IX S.D.
Tri-Cnty R-VII S.D.
Troy R-III S.D.
Twin Rivers R-X S.D.
Union R-XI S.D. (Franklin Cnty)
University City S.D. (St. Louis Cnty)
Valley Park S.D. (Saint Louis Cnty)
Valley R-VI S.D. (Washington Cnty)
Walnut Grove R-V S.D. (Greene Cnty)
Warren Cnty R-III S.D. (Montgomery and Warren Counties)
Warrensburg R-VI S.D. (Johnson Cnty)
Warsaw R-IX S.D. (Benton Cnty)
Washington S.D. (Franklin and Warren Counties)
Waynesville R-VI S.D. (Pulaski Cnty)
Weaubleau R-III S.D. (Hickory Cnty)
Webb City R-7 S.D. (Jasper Cnty)
Webster Groves S.D. (Saint Louis Cnty)
Wellington-Napoleon R-IX S.D. (Lafayette Cnty)
Wellston S.D.
Wellsville Middletown R-I S.D. (Montgomery Cnty)
Wentzville R-IV S.D. (Saint Charles Cnty)
West Nodaway Cnty R-I S.D. (Nodaway Cnty)
West Plains R-7 S.D. (Howell Cnty)
West Platte Cnty R-II S.D. (Platte Cnty)
West Saint Francois Cnty R-IV S.D. (Saint Francois and Washington Counties)
Westran R-I S.D. (Randolph Cnty)
Westview C-6 S.D. (Newton Cnty)
Wheatland R-II S.D. (Hickory Cnty)
Wheaton R-III S.D. (Barry Cnty)
Willard R-II S.D. (Greene Cnty)
Willow Springs R-IV S.D. (Howell Cnty)
Windsor C-1 S.D. (Jefferson Cnty)
Winfield R-IV S.D. (Lincoln Cnty)
Winona R-III S.D. (Shannon Cnty)
Winston R-VI S.D. (Daviess Cnty)
Woodland R-IV S.D. (Bollinger Cnty)
Worth Cnty R-III S.D. (Worth Cnty)
Wright City R-II S.D. (Warren Cnty)
Zalma S.D. (Bollinger Cnty)

Browning Elementary School
Browning High School
Butte Elementary School
Butte High School
Camas Prairie Elementary School
Canyon Creek Elementary School
Cardwell Elementary School
Carter Cnty High School
Carter Elementary School
Cascade Elementary School
Cascade High School
Cayuse Prairie Elementary School
Centerville Elementary School
Centerville High School
Charlo Elementary School
Charlo High School
Chester-Joplin-Inverness Elementary School
Chester-Joplin-Inverness High School
Chinook Elementary School
Chinook High School
Choteau Elementary School
Choteau High School

Circle Elementary School
Circle High School
Clancy Elementary School
Cleveland Elementary School
Clinton Elementary School
Cohagen Elementary School
Colstrip Elementary School
Colstrip High School
Columbia Falls Elementary School
Columbia Falls High School
Columbus Elementary School
Columbus High School
Conrad Elementary School
Conrad High School
Cooke City Elementary School
Corvallis K-12 Schools
Cottonwood Elementary School
Creston Elementary School
Culbertson Elementary School
Culbertson High School
Custer Cnty High School
Custer K-12 Schools
Cut Bank Elementary School
Cut Bank High School
Darby K-12 Schools
Dawson High School
Deer Lodge Elementary School
Denton Elementary School
Denton High School
Dept of Corrections-Youth
Dillon Elementary School
Dodson Elementary School
Dodson High School
Drummond Elementary School
Drummond High School
Dutton/Brady K-12 Schools
East Helena Elementary School
Ekalaka Elementary School
Elder Grove Elementary School
Elysian Elementary School
Ennis K-12 Schools
Eureka Elementary School
Evergreen Elementary School
Fairfield Elementary School
Fairfield High School
Fair-Mont-Egan Elementary School
Fairview Elementary School
Fairview High School
Fergus High School
Flathead High School
Florence-Carlton K-12 Schools
Forsyth Elementary School
Forsyth High School
Fort Benton Elementary School
Fort Benton High School
Frazer Elementary School
Frazer High School
Frenchtown K-12 Schools
Froid Elementary School
Froid High School
Fromberg Elementary School
Fromberg High School
Frontier Elementary School
Gallatin Gateway Elementary School
Gardiner Elementary School
Gardiner High School
Garfield Cnty High School
Geraldine Elementary School
Geraldine High School
Geyser Elementary School
Geyser High School
Glacier High School

Glasgow K-12 Schools
Glendive Elementary School
Grass Range Elementary School
Grass Range High School
Great Falls High School
Hall Elementary School
Hamilton K-12 Schools
Hardin Elementary School
Hardin High School
Harlem Elementary School
Harlem High School
Harlowton Elementary School
Harlowton High School
Harrison K-12 Schools
Havre Elementary School
Havre High School
Hays-Lodge Pole K-12 Schools
Heart Butte K-12 Schools
Helena Elementary School
Helena Flats Elementary School
Helena High School
Hellgate Elementary School
Hellgate High School
Highwood Elementary School
Highwood High School
Hinsdale Elementary School
Hinsdale High School
Hobson K-12 Schools
Hot Springs Elementary School
Hot Springs High School
Huntley Project K-12 Schools
Hysham K-12 Schools
Independent Elementary School
Jefferson High School
Joliet Elementary School
Joliet High School
Jordan Elementary School
Judith Gap Elementary School
Judith Gap High School
Kalispell Middle School
Kinsey Elementary School
Lambert Elementary School
Lambert High School
Lame Deer Elementary School
Lame Deer High School
Lamotte Elementary School
Laurel Elementary School
Laurel High School
Lavina K-12 Schools
Lennep Elementary School
Lewistown Elementary School
Libby K-12 Schools
Liberty Elementary School
Lima K-12 Schools
Lincoln Cnty High School
Lincoln K-12 Schools
Lindsay Elementary School
Livingston Elementary School
Lockwood Elementary School
Lodge Grass Elementary School
Lodge Grass High School
Lolo Elementary School
Lone Rock Elementary School
Lustre Elementary School
Luther Elementary School
Malmborg Elementary School
Malta K-12 Schools
Manhattan Elementary School
Manhattan High School
Marion Elementary School
McCormick Elementary School
McLeod Elementary School

Medicine Lake K-12 Schools
Melrose Elementary School
Melstone Elementary School
Melstone High School
Melville Elementary School
Miami E.S.D.
Miles City Elementary School
Missoula Elementary School
Missoula High School
Molt Elementary School
Monforton Elementary School
Montana City Elementary School
Montana School for the Deaf and the Blind
Moore Elementary School
Moore High School
Morin Elementary School
Mount Developmental Center
Mountain View Elementary School
Nashua K-12 Schools
North Harlem Colony Elementary School
North Star Elementary School
North Star High School
Northern Cheyenne Tribal School
Noxon Elementary School
Noxon High School
Opheim K-12 Schools
Ophir K-12
Park City Elementary School
Park City High School
Park High School
Peerless K-12 Schools
Philipsburg K-12 Schools
Pine Grove Elementary School
Plains Elementary School
Plains High School
Pleasant Valley Elementary School
Plenty Coups High School
Plentywood K-12 Schools
Plevna K-12 Schools
Polson Elementary School
Polson High School
Poplar Elementary School
Poplar High School
Power Elementary School
Powder River Cnty District High School
Powell Cnty High School
Power High School
Pryor Elementary School
Rapelje Elementary School
Rapelje High School
Red Lodge Elementary School
Red Lodge High School
Reed Point Elementary School
Reed Point High School
Richey Elementary School
Richey High School
Roberts K-12 Schools
Rocky Boy Elementary School
Ronan Elementary School
Ronan High School
Rocky Boy High School
Rosebud Elementary School
Rosebud High School
Ross Elementary School
Roundup Elementary School
Roundup High School
Roy K-12 Schools
Ryegate K-12 Schools
Saco Elementary School
Saco High School
Saint Ignatius K-12 Schools
Saint Regis K-12 Schools

Savage Elementary School
Savage High School
Scobey K-12 Schools
Seeley Lake Elementary School
Shelby Elementary School
Shelby High School
Shepherd Elementary School
Shepherd High School
Sheridan Elementary School
Sheridan High School
Shields Valley Elementary School
Shields Valley High School
Sidney Elementary School
Sidney High School
Simms High School
Somers Middle School
Stanford K-12 Schools
Stevensville Elementary School
Stevensville High School
Sun River Valley Elementary School
Sunburst K-12 Schools

Adams Central Jr-Sr High School (Class 3)
Ainsworth Community Schools (Class 3)
Allen Consolidated Schools (Class 3)
Alliance P.S.s (Class 3)
Alma P.S.s (Class 3)
Amherst P.S.s (Class 3)
Anselmo-Merna P.S.s (Class 3)
Ansley P.S.s (Class 3)
Arapahoe P.S.s (Class 3)
Arcadia P.S.s (Class 2)
Arlington P.S.s (Class 3)
Arnold P.S.s (Class 3)
Arthur Cnty High School (Class 3)
Ashland-Greenwood Schools (Class 3)
Auburn P.S.s (Class 3)
Aurora P.S.s (Class 3)
Axtell P.S.s (Class 3)
Bancroft-Rosalie Community Schools
(Class 3)
Banner Cnty P.S.s (Class 3)
Battle Creek P.S.s (Class 3)
Bayard P.S.s (Class 3)
Beatrice P.S.s (Class 3)
Bellevue P.S.s (Class 3)
Bennington P.S.s (Class 3)
Bertrand P.S.s (Class 3)
Blair Community Schools (Class 3)
Bloomfield Community Schools (Class 3)
Blue Hill P.S.s (Class 3)
Boone Central Schools (Class 3)
Boyd Cnty Unified (Class 3)
Brady P.S.s (Class 2)
Bridgeport P.S.s (Class 3)
Broken Bow P.S.s (Class 3)
Bruning P.S.s (Class 2)
Bruning-Davenport Unified System (Class
2)
Burwell Jr-Sr High School (Class 3)
Butte P.S.s (Class 3)
Callaway P.S.s (Class 3)
Cambridge P.S.s (Class 3)
Cedar Bluffs P.S.s (Class 3)
Cedar Rapids P.S.s (Class 3)
Centennial P.S.s (Class 3)
Central City P.S.s (Class 3)
Centura P.S.s (Class 3)
Chadron P.S.s (Class 3)
Chambers P.S.s (Class 2)
Chase Cnty Schools (Class 3)

Superior K-12 Schools
Swan Lake-Salmon Elementary School
Sweet Grass Cnty High School
Target Range Elementary School
Terry K-12 Schools
Thompson Falls Elementary School
Thompson Falls High School
Three Forks Elementary School
Three Forks High School
Townsend K-12 Schools
Troy Elementary School
Troy High School
Turner Elementary School
Turner High School
Twin Bridges K-12 Schools
Valier Elementary School
Valier High School
Valley View Elementary School
Victor K-12 Schools
Vida Elementary School
Warrick Elementary School

## Nebraska

Clarkson P.S.s (Class 3)
Clay Center P.S.s (Class 3)
Clearwater P.S.s (Class 3)
Cody-Kilgore P.S.s (Class 2)
Coleridge Community Schools (Class 3)
Columbus P.S.s (Class 3)
Conestoga P.S.s (Class 3)
Cozad City Schools (Class 3)
Crawford P.S.s (Class 3)
Creek Valley Schools (Class 3)
Creighton P.S.s (Class 3)
Crete P.S.s (Class 3)
Crofton Community Schools (Class 3)
Cross Cnty Community School (Class 3)
Culbertson P.S.s (Class 3)
Daniel Freeman P.S.s (Class 3)
Davenport P.S.s (Class 2)
David City P.S.s (Class 3)
Deshler P.S.s (Class 3)
Diller-Odell P.S.s (Class 3)
District 070 - Garfield Cnty (Class 1)
Dodge P.S.s (Class 3)
Doniphan-Trumbull P.S.s (Class 3)
Dorchester P.S.s (Class 3)
Douglas Cnty West Community School
(Class 3)
Dundy Cnty P.S.s (Class 3)
East Butler P.S.s (Class 3)
Elba P.S.s (Class 2)
Elgin P.S.s (Class 3)
Elkhorn P.S.s (Class 3)
Elkhorn Valley Schools (Class 3)
Elm Creek P.S.s (Class 3)
Elmwood-Murdock P.S.s (Class 3)
Elwood P.S.s (Class 3)
Emerson-Hubbard P.S.s (Class 3)
Eustis-Farnam P.S.s (Class 3)
Ewing P.S.s (Class 2)
Exeter-Milligan P.S.s (Class 3)
Fairbury P.S.s (Class 3)
Falls City P.S.s (Class 3)
Fillmore Central P.S.s (Class 3)
Fort Calhoun Community Schools (Class 3)
Franklin P.S.s (Class 3)
Fremont P.S.s (Class 3)
Friend P.S.s (Class 3)
Fullerton P.S.s (Class 3)
Garden Cnty High School (Class 3)
Geneva North School (Class 8)

West Valley Elementary School
West Yellowstone K-12
Westby K-12 Schools
White Sulphur Springs Elementary School
White Sulphur Springs High School
Whitefish Elementary School
Whitefish High School
Whitehall Elementary School
Whitehall High School
Whitewater K-12 Schools
Wilbaux K-12 Schools
Willow Creek Elementary School
Willow Creek High School
Winifred K-12 Schools
Winnett K-12 Schools
Wolf Point Elementary School
Wolf Point High School
Wyola Elementary School
Yellowstone Academy Elementary School
Zurich Elementary School

Gering P.S.s (Class 3)
Gibbon P.S.s (Class 3)
Giltner P.S.s (Class 2)
Gordon-Rushville High School (Class 3)
Gothenburg P.S.s (Class 3)
Grand Island P.S.s (Class 3)
Greeley-Wolbach P.S.s (Class 3)
Gretna P.S.s (Class 3)
Hampton P.S.s (Class 3)
Hartington P.S.s (Class 3)
Harvard P.S.s (Class 3)
Hastings P.S.s (Class 3)
Hay Springs P.S.s (Class 3)
Hayes Center P.S.s (Class 3)
Heartland Community School (Class 3)
Hemingford P.S.s (Class 3)
Hershey P.S.s (Class 3)
High Plains Community Schools (Class 3)
Hitchcock Cnty Unified School System
(Class 3)
Holdrege P.S.s (Class 3)
Homer Community Schools (Class 3)
Howells P.S.s (Class 3)
Humboldt/Table Rock Steinauer (Class 3)
Humphrey P.S.s (Class 3)
Hyannis High School (Class 3)
Johnson-Brock P.S.s (Class 3)
Kearney P.S.s (Class 3)
Kearney West High School (Class 8)
Kenesaw P.S.s (Class 3)
Keya Paha Cnty High School (Class 2)
Kimball P.S.s (Class 3)
Lakeview Community Schools (Class 3)
Laurel-Concord P.S.s (Class 3)
Lawrence-Nelson P.S.s (Class 3)
Leigh Community Schools (Class 3)
Lewiston Consolidated Schools (Class 3)
Lexington P.S.s (Class 3)
Leyton P.S.s (Class 3)
Lincoln P.S.s (Class 4)
Litchfield P.S.s (Class 2)
Logan View P.S.s (Class 3)
Loomis P.S.s (Class 2)
Louisville P.S.s (Class 3)
Loup City P.S.s (Class 3)
Loup Cnty P.S.s (Class 2)
Lynch P.S.s (Class 3)
Lyons-Decatur Northeast Schools (Class 3)
Madison P.S.s (Class 3)

Malcolm P.S.s (Class 3)
Maxwell P.S.s (Class 2)
Maywood P.S.s (Class 3)
McCook P.S.s (Class 3)
McCool Junction P.S.s (Class 2)
McPherson Cnty High School (Class 3)
Mead P.S.s (Class 3)
Medicine Valley P.S.s (Class 3)
Meridian P.S.s (Class 3)
Milford P.S.s (Class 3)
Millard P.S.s (Class 3)
Minatare P.s.s (Class 3)
Minden P.S.s (Class 3)
Mitchell P.S.s (Class 3)
Morrill P.S.s (Class 3)
Mullen P.S.s (Class 3)
Nebraska City P.S.s (Class 3)
Nebraska Unified District 1 (Class 3)
Neligh-Oakdale Schools (Class 3)
Nemaha Valley P.S.s (Class 3)
Nemaha Valley Schools (Class 3)
Newcastle P.S.s (Class 3)
Newman Grove P.S.s (Class 3)
Niobrara P.S.s (Class 3)
Norfolk P.S.s (Class 3)
Norris S.D. 160 (Class 3)
North Bend Central Schools (Class 3)
North Loup-Scotia P.S.s (Class 3)
North Platte P.S.s (Class 3)
Northwest High School (Class 3)
Oakland-Craig P.S.s (Class 3)
Ogallala P.S.s (Class 3)
Omaha P.S.s (Class 5)
O'Neill P.S.s (Class 3)
Orchard P.S.s (Class 3)
Ord P.S.s (Class 3)
Osceola P.S.s (Class 3)
Osmond P.S.s (Class 3)
Overton P.S.s (Class 3)
Palmer P.S.s (Class 3)
Palmyra District O R 1 (Class 3)
Papillion-La Vista P.S.s (Class 3)
Pawnee City P.S.s (Class 3)
Paxton Consolidated Schools (Class 3)
Pender P.S.s (Class 3)
Perkins Cnty Schools (Class 3)
Pierce P.S.s (Class 3)

Pine Ridge Job Corps (Class 8)
Plainview P.S.s (Class 3)
Plattsmouth Community Schools (Class 3)
Pleasanton P.S.s (Class 3)
Ponca P.S.s (Class 3)
Potter-Dix P.S.s (Class 3)
Prague P.S.s (Class 3)
Ralston P.S.s (Class 3)
Randolph P.S.s (Class 3)
Ravenna P.s.s (Class 3)
Raymond Central Schools (Class 3)
Red Cloud Community Schools (Class 3)
Richland P.S. (Garfield Cnty) (Class 1)
Rising City P.S.s (Class 2)
Rock Cnty High School (Class 3)
Sandhills P.S.s (Class 3)
Sandy Creek P.S.s (Class 3)
Santee Community Schools (Class 2)
Sargent P.S.s (Class 3)
Schuyler Central High School (Class 3)
Scottsbluff P.S.s (Class 3)
Scribner-Snyder Community Schools
(Class 3)
Seward P.S.s (Class 3)
Shelby P.S.s (Class 3)
Shelton P.S.s (Class 3)
Shickley P.S.s (Class 3)
Sidney P.S.s (Class 3)
Silver Lake P.S.s (Class 3)
Sioux Cnty High School (Class 3)
South Central Nebraska Unified System 5
(Class 3)
South Platte P.S.s (Class 3)
South Sioux City Community Schools
(Class 0)
Southern S.D. 1 (Class 3)
Southern Valley Schools (Class 3)
Southwest P.S.s (Class 3)
Spalding P.S.s (Class 3)
Spencer-Naper P.S.s (Class 3)
Springfield Platteview Community Schools
(Class 3)
St. Edward P.S.s (Class 3)
St. Paul P.S.s (Class 3)
Stanton Community Schools (Class 3)
Stapleton P.S.s (Class 3)
Sterling P.S.s (Class 3)

Stratton P.S.s (Class 3) (since school year
2007-2008, Stratton Public is consolidated
with Dundy Cnty Schools)
Stuart P.S.s (Class 3)
Sumner-Eddyville-Miller Schools (Class 3)
Superior P.S.s (Class 3)
Sutherland P.S.s (Class 3)
Sutton P.S.s (Class 3)
Syracuse-Dunbar-Avoca Schools (Class 3)
Tecumseh P.S.s (Class 3)
Tekamah-Herman Community Schools
(Class 3)
Thayer Central Community Schools (Class
3)
Thedford Rural High School (Class 2)
Trenton P.S.s (Class 3)
Tri-Cnty P.S.s (Class 3)
Twin River P.S.s (Class 3)
Umo N Ho N Nation P.S.s (Class 3)
UNL Independent Study High School
(Class 8)
Valentine Rural High School (Class 3)
Verdigre P.S.s (Class 3)
Wahoo P.S.s (Class 3)
Wakefield P.S.s (Class 3)
Wallace Public S.D. 65 R (Class 2)
Walthill P.S.s (Class 3)
Wauneta-Palisade P.S.s (Class 3)
Wausa P.S.s (Class 3)
Waverly S.D. 145 (Class 3)
Wayne Community Schools (Class 3)
Weeping Water P.S.s (Class 3)
West Holt Rural High School (Class 3)
West Point P.S.s (Class 3)
Westside Community Schools (Class 3)
Wheeler Central Schools (Class 3)
Wilber-Clatonia P.S.s (Class 3)
Wilcox-Hildreth P.S.s (Class 3)
Winnebago P.S.s (Class 3)
Winside P.S.s (Class 3)
Wisner-Pilger P.S.s (Class 3)
Wood River Rural MS/Sr High (Class 3)
Wynot P.S.s (Class 3)
York P.S.s (Class 3)
Yutan P.S.s (Class 3)

Carson City S.D.
Churchill Cnty S.D.
Clark Cnty S.D.
Douglas Cnty S.D.
Elko Cnty S.D.
Esmeralda Cnty S.D.
Eureka Cnty S.D.
Humboldt Cnty S.D.
Lander Cnty S.D.

## Nevada

Lincoln Cnty S.D.
Lyon Cnty S.D.
Mineral Cnty S.D.
Nye Cnty S.D.
Pershing Cnty S.D.
State Sponsored Charter School
Storey Cnty S.D.
Washoe Cnty S.D.
White Pine Cnty S.D.

## New Hampshire

Albany
Allenstown
Alton
Amherst
Andover
Ashland
Auburn
Barnstead
Barrington
Bartlett
Bath
Bedford

Benton
Berlin
Bethlehem
Bow
Brentwood
Brookline
Campton
Candia
Chatham
Chester
Chesterfield
Chichester

Claremont
Clarksville
Colebrook
Columbia
Concord
Contoocook Valley
Conway
Coos Cnty S.D.
Cornish
Croydon
Deerfield
Derry Cooperative

Dover
Dresden
Dummer
Dunbarton
East Kingston
Eaton
Ellsworth
Epping
Epsom
Errol
Exeter
Exeter Region Cooperative
Fall Mountain Regional
Farmington
Franklin
Freedom
Fremont
Gilford
Gilmanton
Goffstown
Gorham Randolph Shelburne Cooperative
Goshen
Governor Wentworth Regional
Grantham
Greenland
Hale's Location (Carroll Cnty)
Hampstead
Hampton
Hampton Falls
Hanover
Harrisville
Hart's Location
Haverhill Cooperative
Henniker
Hill
Hillsboro-Deering Cooperative
Hinsdale
Holderness
Hollis
Hollis-Brookline Cooperative
Hooksett
Hopkinton
Hudson
Inter-Lakes Cooperative
Jackson
Jaffrey-Ridge Cooperative
John Stark Regional

Absecon Public S.D.
Alexandria Township S.D. K–8
Allamuchy Township S.D. K–8
Allendale S.D. (K–8)
Alloway Township S.D.
Alpha S.D. K–8
Alpine Public S.D. (K–8)
Andover Regional S.D. – Regional (K–8)
Asbury Park P.S.s
Atlantic City S.D.
Atlantic Cnty Special Services S.D.
Atlantic Cnty Vocational S.D.
Atlantic Highlands S.D.
Audubon S.D.
Avalon S.D.
Avon S.D.
Barnegat Township S.D.
Barrington P.S.s
Bass River Township S.D.
Bay Head S.D.
Bayonne Board of Education (K–12)
Beach Haven S.D.
Bedminster Township S.D. K–8

Kearsarge Regional
Keene
Kensington
Laconia
Lafayette Regional
Landaff
Lebanon
Lempster
Lincoln-Woodstock Cooperative
Lisbon Regional
Litchfield
Littleton
Londonderry
Lyme
Madison
Manchester
Marlborough
Marlow
Mascenic Regional
Mascoma Valley Regional
Mason
Merrimack
Merrimack Valley
Middleton
Milan
Milford
Milton
Monadnock Regional
Monroe
Mont Vernon
Moultonborough
Nashua
Nelson
New Boston
New Castle
Newfields
Newfound Area
Newington
Newmarket
Newport
North Hampton
Northumberland
Northwood
Nottingham
Oyster River Cooperative
Pelham
Pembroke

**New Jersey**

Belleville S.D.
Bellmawr S.D.
Belmar S.D.
Belvidere S.D. K–12
Bergen Cnty Special Services S.D. – Cnty special education for ages 3–21
Bergen Cnty Technical Schools – Cnty (9–12)
Bergenfield P.S.s (K–12)
Berkeley Heights P.S.s K–12
Berkeley Township S.D.
Berlin Borough S.D.
Berlin Township P.S.s
Bernards Township S.D. K–12
Bethlehem Township S.D. K–8
Beverly City Schools
Black Horse Pike Regional S.D. – Regional
Blairstown Township S.D. K–6
Bloomfield P.S.s
Bloomingdale S.D. K–8
Bloomsbury S.D. K–8
Bogota P.S.s (K–12)
Boonton P.S.s K–12

Pemi-Baker Regional
Piermont
Pittsburg
Pittsfield
Plainfield
Plymouth
Portsmouth
Profile
Raymond
Rochester
Rollinsford
Rumney
Rye
Salem
Sanborn Regional
Seabrook
Shaker Regional
Somersworth
Souhegan Cooperative
South Hampton
Stark
Stewartstown
Stoddard
Strafford
Stratford
Stratham
Sullivan
Sunapee
Surry
Tamworth
Thornton
Timberlane Regional
Unity
Wakefield
Warren
Washington
Waterville Valley
Weare
Wentworth
Westmoreland
White Mountains Regional
Wilton-Lyndeborough Cooperative
Winchester
Windham
Windsor
Winnacunnet Cooperative
Winnisquam Regional

Boonton Township S.D. K–8
Bordentown Regional S.D. – Regional
Bound Brook S.D. K–12
Bradley Beach S.D.
Branchburg Township S.D. K–8
Brick P.S.s
Bridgeton P.S.s
Bridgewater-Raritan Regional S.D. – K–12 Regional
Brielle S.D.
Brigantine P.S.s
Brooklawn Public S.D.
Buena Regional S.D. – Regional
Burlington Cnty Institute of Technology
Burlington Cnty Special Services S.D. – Cnty special education for ages 3–21
Burlington Township S.D.
Butler P.S.s K–12
Byram Township S.D. (K–8)
Caldwell-West Caldwell P.S.s – Consolidated
Califon S.D. K–8
Camden City S.D.

Camden Cnty Technical Schools
Cape May City S.D.
Cape May Cnty Special Services S.D.
Cape May Cnty Technical S.D.
Carlstadt P.S.s (K–8)
Carlstadt-East Rutherford Regional S.D. –
Regional (9–12)
Carteret S.D. K–12
Cedar Grove Schools
Central Regional S.D. – Regional
Cherry Hill P.S.s
Chesilhurst Borough S.D.
Chester S.D. – Consolidated K–8
Chesterfield S.D.
Cinnaminson Township P.S.s
City of Burlington Public S.D.
Clark Public S.D. K–12
Clayton P.S.s
Clearview Regional High S.D. – Regional
Clementon S.D.
Cliffside Park S.D. (K–12)
Clifton P.S.s K–12
Clinton Township S.D. K–8
Clinton-Glen Gardner S.D. K–8 (renamed
from Clinton P.S. as of 2009)
Closter P.S.s (K–8)
Collingswood P.S.s
Colts Neck S.D.
Commercial Township S.D.
Cranbury S.D. K–8
Cranford Township P.S.s K–12
Cresskill P.S.s (K–12)
Cumberland Cnty Vocational S.D.
Cumberland Regional High School –
Regional
Deal S.D.
Deerfield Township S.D.
Delanco Township S.D.
Delaware Township S.D. K–8
Delaware Valley Regional High School 9–
12 Regional
Delran Township S.D.
Delsea Regional S.D. – Regional
Demarest P.S.s (K–8)
Dennis Township P.S.s
Denville Township S.D. K–8
Deptford Township Schools
Dover S.D. K–12
Downe Township S.D.
Dumont P.S.s (K–12)
Dunellen P.S.s K–12
Eaglesworth Township S.D.
East Amwell Township S.D. K–8
East Brunswick P.S.s K–12
East Greenwich Township S.D.
East Hanover S.D. K–8
East Newark S.D. (K–8)
East Orange S.D.
East Rutherford S.D. (K–8)
East Windsor Regional S.D. K–12 Regional
Eastampton Township S.D.
Eastern Camden Cnty Regional High S.D. –
Regional
Eatontown P.S.s
Edgewater Park S.D.
Edgewater P.S.s (K–12)
Edison Township P.S.s K–12
Egg Harbor City S.D.
Egg Harbor Township Schools
Elizabeth P.S.s K–12
Elk Township S.D.
Elmer S.D.

Elmwood Park P.S.s (K–12)
Elsinboro Township S.D.
Emerson S.D. (K–12)
Englewood Cliffs P.S.s (K–8)
Englewood Public S.D. (K–12)
Essex Cnty Vocational Technical Schools
Essex Fells S.D.
Estell Manor S.D.
Evesham Township S.D.
Ewing P.S.s K–12
Fair Haven S.D.
Fair Lawn P.S.s (K–12)
Fairfield S.D.
Fairfield Township S.D.
Fairview P.S.s (K–8)
Farmingdale S.D.
Flemington-Raritan Regional S.D. K–8
Regional
Florence Township S.D.
Florham Park S.D. K–8
Folsom Borough S.D.
Fort Lee S.D. (K–12)
Frankford Township S.D. (K–8)
Franklin Borough S.D. (K–8)
Franklin Lakes P.S.s (K–8)
Franklin Township P.S.s
Franklin Township P.S.s K–12
Franklin Township S.D. (Hunterdon Cnty,
New Jersey) K–8
Franklin Township S.D. (Warren Cnty,
New Jersey) K–6
Fredon Township S.D. (K–6)
Freehold Borough Schools
Freehold Regional High S.D. – Regional
Freehold Township Schools
Frelinghuysen Township S.D. K–6
Frenchtown S.D. K–8
Galloway Township P.S.s
Garfield P.S.s (K–12)
Garwood P.S.s K–8
Gateway Regional S.D. – Regional
Gibbsboro S.D.
Glassboro P.S.s
Glen Ridge P.S.s
Glen Rock P.S.s (K–12)
Gloucester City P.S.s
Gloucester Cnty Special Services S.D.
Gloucester Cnty Vocational-Technical S.D.
Gloucester Township P.S.s
Great Meadows Regional S.D. K–8
Regional
Greater Egg Harbor Regional High S.D. –
Regional
Green Brook S.D. K–8
Green Township S.D. (K–8)
Greenwich Township S.D.
Greenwich Township S.D.
Greenwich Township S.D. K–8
Guttenberg Public S.D. (K–8)
Hackensack P.S.s (K–12)
Hackettstown S.D. K–12
Haddon Heights S.D.
Haddon Township S.D.
Haddonfield P.S.s
Hainesport Township S.D.
Haledon S.D. K–8
Hamburg S.D. (K–8)
Hamilton Township S.D. K–12
Hamilton Township Schools
Hammonton P.S.s
Hampton S.D. K–8
Hampton Township S.D. (K–6)

Hanover Park Regional High S.D. –
Regional 9–12
Hanover Township P.S.s K–8
Harding Township S.D. K–8
Hardyston Township S.D. (K–8)
Harmony Township S.D. K–8
Harrington Park S.D. (K–8)
Harrison P.S.s (K–12)
Harrison Township S.D.
Hasbrouck Heights S.D. (K–12)
Haworth P.S.s (K–8)
Hawthorne P.S.s K–12
Hazlet Township P.S.s
Henry Hudson Regional High School –
Regional
High Bridge S.D. K–8
High Point Regional High School –
Regional (9–12)
Highland Park P.S.s K–12
Highlands S.D.
Hillsborough Township S.D. K–12
Hillsdale P.S.s (K–8)
Hillside P.S.s K–12
Hoboken P.S.s (K–12)
Ho-Ho-Kus S.D. (K–8)
Holland Township S.D. K–8
Holmdel Township P.S.s
Hopatcong P.S.s (K–12)
Hope Township S.D. K–8
Hopewell Valley Regional S.D. K–12
Regional
Howell Township P.S.s
Hudson Cnty Schools of Technology (9–
12)
Hunterdon Central Regional High School
9–12 Regional
Hunterdon Cnty Vocational S.D. 9–12
International Academy of Trenton S.D. K-5
Irvington P.S.s
Island Heights S.D.
Jackson S.D.
Jamesburg P.S.s K–8
Jefferson Township P.S.s K–12
Jersey City P.S.s (K–12)
Keansburg S.D.
Kearny S.D. (K–12)
Kenilworth P.S.s K–12
Keyport P.S.s
Kingsway Regional S.D. – Regional
Kingwood Township S.D. K–8
Kinnelon P.S.s
Kittatinny Regional High School –
Regional (7–12)
Knowlton Township S.D. K–6
Lacey Township S.D.
Lafayette Township S.D. (K–8)
Lakehurst S.D.
Lakeland Regional High School 9–12
Regional
Lakewood S.D.
Lambertville City S.D. K–6
Laurel Springs S.D.
Lavallette S.D.
Lawnside S.D.
Lawrence Township P.S.s K–12
Lebanon Borough S.D. K–6
Lebanon Township Schools K–8
Lenape Regional High S.D. – Regional
Lenape Valley Regional High School –
Regional (9–12)
Leonia P.S.s (K–12)
Lincoln Park P.S.s

Linden P.S.s K–12
Lindenwold P.S.s
Linwood P.S.s
Little Egg Harbor Township S.D.
Little Falls Township P.S.s K–8
Little Ferry P.S.s (K–8)
Little Silver S.D.
Livingston P.S.s
Lodi P.S.s (K–12)
Logan Township S.D.
Long Beach Island C.S.D. – Consolidated
Long Branch P.S.s
Long Hill Township School System
Lopatcong Township S.D. K–8
Lower Alloways Creek Township S.D.
Lower Cape May Regional S.D. – Regional
Lower Township S.D.
Lumberton Township S.D.
Lyndhurst S.D. (K–12)
Madison P.S.s
Magnolia S.D.
Mahwah Township P.S.s (K–12)
Mainland Regional High School – Regional
Manalapan-Englishtown Regional S.D. – Regional
Manasquan P.S.s
Manchester Regional High School 9–12 Regional
Manchester Township S.D.
Mannington Township S.D.
Mansfield P.S.s
Mansfield Township S.D. K–6
Mantua Township S.D.
Manville S.D. K–12
Maple Shade S.D.
Margate City Schools
Marlboro Township Public S.D.
Matawan-Aberdeen Regional S.D. – Regional
Maurice River Township S.D.
Maywood P.S.s (K–8)
Medford Lakes S.D.
Medford Township P.S.s
Mendham Borough Schools
Mendham Township P.S.s
Mercer Cnty Technical Schools 9–12
Merchantville S.D.
Metuchen S.D. K–12
Middle Township P.S.s
Middlesex Board of Education K–12
Middlesex Cnty Vocational and Technical Schools 9–12 Vocational
Middletown Township Public S.D.
Midland Park S.D. (K–12)
Milford Borough S.D. K–8
Millburn Township P.S.s
Millstone Township Schools
Milltown P.S.s K–8
Millville P.S.s
Mine Hill S.D.
Monmouth Beach S.D.
Monmouth Cnty Vocational S.D.
Monmouth Regional High School – Regional
Monroe Township P.S.s
Monroe Township S.D. K–12
Montague Township S.D. (K–8)
Montclair P.S.s
Montgomery Township S.D. K–12
Montvale P.S.s (K–8)
Montville Township S.D. K–12
Moonachie S.D. (K–8)

Moorestown Township P.S.s
Morris Cnty Vocational S.D.
Morris Hills Regional High S.D. – Regional 9–12
Morris Plains Schools
Morris S.D. – Regional
Mount Arlington S.D.
Mount Ephraim P.S.s
Mount Holly Township P.S.s
Mount Laurel Schools
Mount Olive Township S.D.
Mountain Lakes Schools K–12
Mountainside S.D. K–8
Mullica Township Schools
National Park S.D.
Neptune City S.D.
Neptune Township Schools
Netcong S.D.
New Brunswick P.S.s K–12
New Hanover Township S.D. – Consolidated
New Milford S.D. (K–12)
New Providence S.D. K–12
Newark S.D.
Newton Public S.D. (K–12)
North Arlington S.D. (K–12)
North Bergen S.D. (K–12)
North Brunswick Township P.S.s K–12
North Caldwell P.S.s
North Haledon S.D. K–8
North Hanover Township S.D.
North Hunterdon-Voorhees Regional High S.D. 9–12 Regional
North Plainfield S.D. K–12
North Warren Regional High School 7–12 Regional
North Wildwood S.D.
Northern Burlington Cnty Regional S.D. – Regional
Northern Highlands Regional High School – Regional (9–12)
Northern Valley Regional High S.D. – Regional (9–12)
Northfield Community Schools
Northvale P.S.s (K–8)
Norwood Public S.D. (K–8)
Nutley P.S.s
Oakland P.S.s (K–8)
Oaklyn Public S.D.
Ocean City S.D.
Ocean Cnty Vocational Technical School – Cntywide
Ocean Gate S.D.
Ocean Township S.D. (Monmouth Cnty, New Jersey) – Consolidated
Ocean Township S.D. (Ocean Cnty, New Jersey)
Oceanport S.D.
Ogdensburg Borough S.D. (K–8)
Old Bridge Township P.S.s K–12
Old Tappan P.S.s (K–8)
Oldmans Township S.D.
Oradell Public S.D. (K–6)
Orange Board of Education
Oxford Township S.D. K–8
Palisades Park Public S.D. (K–12)
Palmyra P.S.s
Paramus P.S.s (K–12)
Park Ridge P.S.s (K–12)
Parsippany-Troy Hills S.D. K–12
Pascack Valley Regional High S.D. – Regional (9–12)

Passaic City S.D. K–12
Passaic Cnty Vocational S.D. 9–12 Vocational
Passaic Valley Regional High School 9–12 Regional
Paterson P.S.s K–12
Paulsboro P.S.s
Pemberton Township S.D.
Penns Grove-Carneys Point Regional S.D. – Regional
Pennsauken P.S.s
Pennsville S.D.
Pequannock Township S.D.
Perth Amboy P.S.s K–12
Phillipsburg S.D. K–12
Pine Hill Schools
Pinelands Regional S.D. – Regional
Piscataway Township Schools K–12
Pitman S.D.
Pittsgrove Township S.D.
Plainfield Public S.D. K–12
Pleasantville P.S.s
Plumsted Township S.D.
Pohatcong Township S.D. K–8
Point Pleasant Beach S.D.
Point Pleasant S.D.
Pompton Lakes S.D. K–12
Port Republic S.D.
Princeton P.S.s K–12 Regional
Prospect Park S.D. K–8
Quinton Township S.D.
Rahway P.S.s K–12
Ramapo Indian Hills Regional High S.D. – Regional (9–12)
Ramsey Public S.D. (K–12)
Rancocas Valley Regional High School – Regional
Randolph Township Schools
Readington Township P.S.s K–8
Red Bank Borough P.S.s
Red Bank Regional High School – Regional
Ridgefield Park P.S.s (K–12)
Ridgefield S.D. (K–12)
Ridgewood P.S.s (K–12)
Ringwood Public S.D. K–8
River Dell Regional S.D. – Regional (7–12)
River Edge E.S.D. (K–6)
River Vale P.S.s (K–8)
Riverdale S.D.
Riverside S.D.
Riverton S.D.
Robbinsville Public S.D. K–12
Rochelle Park S.D. (K–8)
Rockaway Borough P.S.s K–8
Rockaway Township P.S.s K–8
Roosevelt Public S.D.
Roseland S.D.
Roselle Park S.D. K–12
Roselle P.S.s K–12
Roxbury S.D. K–12
Rumson S.D.
Rumson-Fair Haven Regional High School – Regional
Runnemede Public S.D.
Rutherford S.D. (K–12)
Saddle Brook P.S.s (K–12)
Saddle River S.D. (K–5)
Salem City S.D.
Salem Cnty Special Services S.D.
Salem Cnty Special Services S.D.
Salem Cnty Vocational Technical Schools

Sandyston-Walpack C.S.D. – Consolidated (K–6)
Sayreville P.S.s K–12
S.D. of the Chathams – Regional K–12
Scotch Plains-Fanwood Regional S.D. K–12 Regional
Sea Girt S.D.
Sea Isle City S.D.
Seaside Heights S.D.
Seaside Park S.D.
Secaucus P.S.s (K–12)
See also: List of schools and S.D.s in Sussex Cnty, New Jersey
Shamong Township S.D.
Shore Regional High School – Regional
Shrewsbury Borough S.D.
Somerdale S.D.
Somers Point P.S.s
Somerset Cnty Vocational and Technical S.D. 9–12
Somerset Hills Regional S.D. K–12 Regional
Somerville P.S.s K–12
South Amboy P.S.s K–12
South Bergen Jointure Commission – Regional special education for ages 3–21
South Bound Brook S.D. K–8
South Brunswick P.S.s K–12
South Hackensack S.D. (K–8)
South Harrison Township S.D.
South Hunterdon Regional S.D. K–12 Regional, established in 2014–15 from the following former districts:
South Orange-Maplewood S.D. – Consolidated
South Plainfield P.S.s K–12
South River P.S.s K–12
Southampton Township Schools
Southern Regional S.D. – Regional
Sparta Township Public S.D. (K–12)
Spotswood P.S.s K–12
Spring Lake Heights S.D.
Spring Lake S.D.
Springfield P.S.s K–12
Springfield Township S.D.
Stafford Township S.D.
Stanhope P.S.s (K–8)
Sterling High School – Regional
Stillwater Township S.D. (K–6)

Alamogordo P.S.s
Albuquerque P.S.s
Animas P.S.s
Artesia P.S.s
Aztec Municipal Schools
Belen Consolidated Schools
Bernalillo P.S.s
Bloomfield Schools
Capitan Municipal Schools
Carlsbad Municipal Schools
Carrizozo Municipal Schools
Central Consolidated Schools
Chama Valley Schools
Cimarron P.S.s
Clayton Municipal Schools
Cloudcroft Municipal Schools
Clovis Municipal Schools
Cobre Consolidated Schools
Corona P.S.s
Cuba Independent Schools
Deming P.S.s

Stockton Borough S.D. K–6
Stone Harbor S.D.
Stow Creek S.D.
Stratford S.D.
Summit P.S.s K–12
Sussex Cnty Vocational S.D. (9–12)
Sussex-Wantage Regional S.D. – Regional (K–8)
Swedesboro-Woolwich S.D. – Consolidated
Tabernacle S.D.
Teaneck P.S.s (K–12)
Tenafly P.S.s (K–12)
Tewksbury Township Schools K–8
Tinton Falls S.D. – Regional
Toms River Regional Schools – Regional
Totowa Borough P.S.s K–8
Trenton P.S.s K–12
Tuckerton S.D.
Union Beach School System
Union City S.D. (New Jersey) (K–12)
Union Cnty Vocational Technical Schools 9–12
Union Public S.D. K–12
Union Township S.D. K–8
Upper Deerfield Township Schools
Upper Freehold Regional S.D. – Regional
Upper Pittsgrove S.D.
Upper Saddle River S.D. (K–8)
Upper Township S.D.
Ventnor City S.D.
Vernon Township S.D. (K–12)
Verona P.S.s
Vineland P.S.s
Voorhees Township P.S.s
Waldwick Public S.D. (K–12)
Wall Township P.S.s
Wallington P.S.s (K–12)
Wallkill Valley Regional High School – Regional (9–12)
Wanaque Borough Schools K–8
Warren Cnty Special Services S.D. K–12 Special Education
Warren Cnty Vocational S.D. 9–12
Warren Hills Regional S.D. 7–12 Regional
Warren Township Schools K–8
Washington Borough P.S.s K–6
Washington Township Public S.D.
Washington Township S.D.
Washington Township S.D. K–6

## New Mexico

Des Moines Municipal Schools
Dexter Consolidated Schools
Dora Consolidated Schools
Dulce Independent Schools
East Mountain P.S.s
Elida Municipal Schools
Espanola P.S.s
Estancia Municipal Schools
Eunice P.S.s
Farmington Municipal Schools
Floyd Municipal Schools
Fort Sumner Municipal Schools
Gadsden Independent Schools
Gallup-McKinley Cnty Schools
Grady Municipal Schools
Grants-Cibola Cnty Schools
Hagerman Municipal Schools
Hatch Valley P.S.s
Hobbs Municipal Schools
Hondo Valley P.S.s
House Municipal Schools

Washington Township Schools K–8
Watchung Borough Schools K–8
Watchung Hills Regional High School 9–12 Regional
Waterford Township S.D.
Wayne P.S.s K–12
Weehawken S.D. (K–12)
Wenonah S.D.
West Amwell Township S.D. K–6
West Cape May S.D.
West Deptford P.S.s
West Essex Regional S.D. – Regional
West Long Branch P.S.s
West Milford Township P.S.s K–12
West Morris Regional High S.D. – Regional
West New York S.D. (K–12)
West Orange P.S.s
West Windsor-Plainsboro Regional S.D. K–12 Regional (serving communities in both Mercer and Middlesex counties)
West Windsor-Plainsboro Regional S.D. K–12 Regional (serving communities in both Mercer and Middlesex)
Westampton Township Schools
Westfield P.S.s K–12
Westville S.D.
Westwood Regional S.D. – Regional (K–12)
Weymouth Township S.D.
Wharton Borough S.D. K–8
White Township S.D. K–8
Wildwood Crest S.D.
Wildwood Public S.D.
Willingboro Township P.S.s
Winfield Township S.D. K–8
Winslow Township S.D.
Woodbine S.D.
Woodbridge Township S.D. K–12
Woodbury Heights S.D.
Woodbury P.S.s
Woodcliff Lake P.S.s (K–8)
Woodland Park S.D. K–8
Woodland Township S.D.
Woodlynne S.D.
Wood-Ridge S.D. (K–12)
Woodstown-Pilesgrove Regional S.D. – Regional
Wyckoff S.D. (K–8)

Jal P.S.s
Jemez Mountain P.S.s
Jemez Valley P.S.s
Lake Arthur Municipal Schools
Las Cruces P.S.s
Las Vegas City P.S.s
Logan Municipal Schools
Lordsburg Municipal Schools
Los Alamos P.S.s
Los Lunas P.S.s
Loving Municipal Schools
Lovington P.S.s
Magdalena Municipal Schools
Maxwell Municipal Schools
Melrose P.S.s
Mesa Vista Consolidated Schools
Mora Independent Schools
Moriarty Municipal Schools
Mosquero Municipal Schools
Mountainair P.S.s
Pecos Independent Schools

Peñasco Independent Schools
Pojoaque Valley P.S.s
Portales Municipal Schools
Quemado Independent Schools
Questa Independent Schools
Raton P.S.s
Reserve Independent Schools
Rio Rancho P.S.s
Roswell Independent Schools
Roy Municipal Schools

Ruidoso Municipal Schools
San Jon Municipal Schools
Santa Fe P.S.s
Santa Rosa Consolidated Schools
Silver Consolidated Schools
Socorro Consolidated Schools
Springer Municipal Schools
Taos Municipal Schools
Tatum Municipal Schools
Texico Municipal Schools

Truth or Consequences Municipal Schools
Tucumcari P.S.s
Tularosa Municipal Schools
Turquoise Trail Charter School
Vaughn Municipal Schools
Wagon Mound P.S.s
West Las Vegas P.S.s
Zuni P.S.s

## New York

Addison Central S.D.
Adirondack Central S.D.
Afton Central S.D.
Akron Central S.D.
Albany City S.D. (not BOCES)
Albany-Schoharie-Schenectady-Saratoga
(Capital Region) BOCES
Albion Central S.D.
Alden Central S.D.
Alexander Central S.D.
Alexandria Central S.D.
Alfred-Almond Central S.D.
Allegany-Limestone Central S.D.
Altmar-Parish-Williamstown Central S.D.
Amagansett Union Free S.D.
Amherst Central S.D.
Amityville Union Free S.D.
Amsterdam City S.D.
Andes Central S.D.
Andover Central S.D.
Ardsley Union Free S.D.
Argyle Central S.D.
Arkport Central S.D.
Arlington Central S.D.
Attica Central S.D.
Auburn City S.D.
AuSable Valley Central S.D.
Averill Park Central S.D.
Avoca Central S.D.
Avon Central S.D.
Babylon Union Free S.D.
Bainbridge-Guilford Central S.D.
Baldwin Union Free S.D.
Baldwinsville Central S.D.
Ballston Spa Central S.D.
Barker Central S.D.
Batavia City S.D.
Bath Central S.D.
Bay Shore Union Free S.D.
Bayport-Blue Point Union Free S.D.
Beacon City S.D.
Beaver River Central S.D.
Bedford Central S.D.
Beekmantown Central S.D.
Belfast Central S.D.
Belleville-Henderson Central S.D.
Bellmore Union Free S.D.
Bellmore-Merrick Central High S.D.
Bemus Point Central S.D.
Berkshire Union Free S.D.
Berlin Central S.D.
Berne-Knox-Westerlo Central S.D.
Bethlehem Central S.D.
Bethpage Union Free S.D.
Binghamton City S.D.
Blind Brook-Rye Union Free S.D.
Bolivar-Richburg Central S.D.
Bolton Central S.D.
Boquet Valley Central S.D. at
Elizabethtown-Lewis-Westport

Bradford Central S.D.
Brasher Falls Central S.D.
Brentwood Union Free S.D.
Brewster Central S.D.
Briarcliff Manor Union Free S.D.
Bridgehampton Union Free S.D.
Brighton Central S.D.
Broadalbin-Perth Central S.D.
Brockport Central S.D.
Brocton Central S.D.
Bronxville Union Free S.D.
Brookfield Central S.D.
Brookhaven-Comsewogue Union Free S.D.
Broome-Tioga BOCES
Brunswick Central S.D. (Brittonkill)
Brushton-Moira Central S.D.
Buffalo City S.D. (not BOCES)
Burnt Hills-Ballston Lake Central S.D.
Byram Hills Central S.D.
Byron-Bergen Central S.D.
Cairo-Durham Central S.D.
Caledonia-Mumford Central S.D.
Cambridge Central S.D.
Camden Central S.D.
Campbell-Savona Central S.D.
Canajoharie Central S.D.
Canandaigua City S.D.
Canaseraga Central S.D.
Canastota Central S.D.
Candor Central S.D.
Canisteo-Greenwood Central S.D.
Canton Central S.D.
Capital District/North Country
Carle Place Union Free S.D.
Carmel Central S.D.
Carthage Central S.D.
Cassadaga Valley Central S.D.
Cato-Meridian Central S.D.
Catskill Central S.D.
Cattaraugus-Allegany-Erie-Wyoming
BOCES
Cattaraugus-Little Valley Central S.D.
Cayuga-Onondaga BOCES
Cazenovia Central S.D.
Center Moriches Union Free S.D.
Central Islip Union Free S.D.
Central Square Central S.D.
Central Valley Central S.D. at Ilion-
Mohawk
Chappaqua Central S.D.
Charlotte Valley Central S.D.
Chateaugay Central S.D.
Chatham Central S.D.
Chautauqua Lake Central S.D.
Chazy Union Free S.D.
Cheektowaga Central S.D.
Cheektowaga-Maryvale Union Free S.D.
Cheektowaga-Sloan Union Free S.D.
Chenango Forks Central S.D.
Chenango Valley Central S.D.

Cherry Valley-Springfield Central S.D.
Chester Union Free S.D.
Chittenango Central S.D.
Churchville-Chili Central S.D.
Cincinnatus Central S.D.
Clarence Central S.D.
Clarkstown Central S.D.
Cleveland Hill Union Free S.D.
Clifton-Fine Central S.D.
Clinton Central S.D.
Clinton-Essex-Warren-Washington BOCES
(Champlain Valley Educational Services)
Clyde-Savannah Central S.D.
Clymer Central S.D.
Cobleskill-Richmondville Central S.D.
Cohoes City S.D.
Cold Spring Harbor Central S.D.
Colton-Pierrepont Central S.D.
Commack Union Free S.D.
Connetquot Central S.D.
Cooperstown Central S.D.
Copenhagen Central S.D.
Copiague Union Free S.D.
Corinth Central S.D.
Corning City S.D.
Cornwall Central S.D.
Cortland City S.D.
Coxsackie-Athens Central S.D.
Croton-Harmon Union Free S.D.
Crown Point Central S.D.
Cuba-Rushford Central S.D.
Dalton-Nunda Central S.D. (Keshequa)
Dansville Central S.D.
Deer Park Union Free S.D.
Delaware Academy Central S.D. at Delhi
Delaware-Chenango-Madison-Otsego
BOCES
Depew Union Free S.D.
Deposit Central S.D.
DeRuyter Central S.D.
Dobbs Ferry Union Free S.D.
Dolgeville Central S.D.
Dover Union Free S.D.
Downsville Central S.D.
Dryden Central S.D.
Duanesburg Central S.D.
Dundee Central S.D. [2]
Dunkirk City S.D.
Dutchess BOCES
East Aurora Union Free S.D.
East Bloomfield Central S.D.
East Greenbush Central S.D.
East Hampton Union Free S.D.
East Irondequoit Central S.D.
East Islip Union Free S.D.
East Meadow Union Free S.D.
East Moriches Union Free S.D.
East Quogue Union Free S.D.
East Ramapo Central S.D. (Spring Valley)
East Rochester Union Free S.D.

East Rockaway Union Free S.D.
East Syracuse Minoa Central S.D.
East Williston Union Free S.D.
Eastchester Union Free S.D.
Eastern Suffolk (Suffolk-1) BOCES
Eastport-South Manor Central S.D.
Eden Central S.D.
Edgemont Union Free S.D.
Edinburg Common S.D.
Edmeston Central S.D.
Edwards-Knox Central S.D.
Elba Central S.D.
Eldred Central S.D.
Ellenville Central S.D.
Ellicottville Central S.D.
Elmira City S.D.
Elmira Heights Central S.D.
Elmont Union Free S.D.
Elmsford Union Free S.D.
Elwood Union Free S.D.
Enlarged City S.D. of Middletown
Erie 1 BOCES
Erie 2 Chautauqua-Cattaraugus BOCES
Evans-Brant Central S.D. (Lake Shore)
Fabius-Pompey Central S.D.
Fairport Central S.D.
Falconer Central S.D.
Fallsburg Central S.D.
Farmingdale Union Free S.D.
Fayetteville-Manlius Central S.D.
Fillmore Central S.D.
Fire Island Union Free S.D.
Fishers Island Union Free S.D.
Floral Park-Bellerose Union Free S.D.
Florida Union Free S.D.
Fonda-Fultonville Central S.D.
Forestville Central S.D.
Fort Ann Central S.D.
Fort Edward Union Free S.D.
Fort Plain Central S.D.
Frankfort-Schuyler Central S.D.
Franklin Central S.D.
Franklin Square Union Free S.D.
Franklin-Essex-Hamilton BOCES
Franklinville Central S.D.
Fredonia Central S.D.
Freeport Union Free S.D.
Frewsburg Central S.D.
Friendship Central S.D.
Frontier Central S.D.
Fulton City S.D.
Galway Central S.D.
Gananda Central S.D.
Garden City Union Free S.D.
Garrison Union Free S.D.
Gates-Chili Central S.D.
General Brown Central S.D.
Genesee Valley BOCES (Genesee-
Livingston-Steuben-Wyoming)
Genesee Valley Central S.D.
Geneseo Central S.D.
Geneva City S.D.
George Junior Republic Union Free S.D.
Georgetown-South Otselic Central S.D.
Germantown Central S.D.
Gilbertsville-Mount Upton Central S.D.
Gilboa-Conesville Central S.D.
Glen Cove City S.D.
Glens Falls City S.D.
Glens Falls Common S.D.
Gloversville City S.D.

Gorham-Middlesex Central S.D. (Marcus
Whitman)
Goshen Central S.D.
Gouverneur Central S.D.
Gowanda Central S.D.
Grand Island Central S.D.
Granville Central S.D.
Great Neck Union Free S.D.
Greece Central S.D.
Green Island Union Free S.D.
Greenburgh Central S.D.
Greenburgh Eleven Union Free S.D.
Greenburgh-Graham Union Free S.D.
Greenburgh-North Castle Union Free S.D.
Greene Central S.D.
Greenport Union Free S.D.
Greenville Central S.D.
Greenwich Central S.D.
Greenwood Lake Union Free S.D.
Groton Central S.D.
Guilderland Central S.D.
Hadley-Luzerne Central S.D.
Haldane Central S.D.
Half Hollow Hills Central S.D.
Hamburg Central S.D.
Hamilton Central S.D.
Hamilton-Fulton-Montgomery BOCES
Hammond Central S.D.
Hammondsport Central S.D.
Hampton Bays Union Free S.D.
Hancock Central S.D.
Hannibal Central S.D.
Harborfields Central S.D.
Harpursville Central S.D.
Harrison Central S.D.
Harrisville Central S.D.
Hartford Central S.D.
Hastings-on-Hudson Union Free S.D.
Hauppauge Union Free S.D.
Haverstraw-Stony Point Central S.D.
(North Rockland)
Hawthorne-Cedar Knolls Union Free S.D.
Hempstead Union Free S.D.
Hendrick Hudson Central S.D.
Herkimer Central S.D.
Herkimer-Fulton-Hamilton-Otsego BOCES
Hermon-DeKalb Central S.D.
Herricks Union Free S.D.
Heuvelton Central S.D.
Hewlett-Woodmere Union Free S.D.
Hicksville Union Free S.D.
Highland Central S.D.
Highland Falls-Fort Montgomery Central
S.D.
Hilton Central S.D.
Hinsdale Central S.D.
Holland Central S.D.
Holland Patent Central S.D.
Holley Central S.D.
Homer Central S.D.
Honeoye Central S.D.
Honeoye Falls-Lima Central S.D.
Hoosic Valley Central S.D.
Hoosick Falls Central S.D. (not BOCES)
Hopevale Union Free S.D. at Hamburg
Hornell City S.D.
Horseheads Central S.D.
Hudson City S.D.
Hudson Falls Central S.D.
Hunter-Tannersville Central S.D.
Huntington Union Free S.D.
Hyde Park Central S.D.

Indian Lake Central S.D.
Indian River Central S.D.
Inlet Common S.D.
Iroquois Central S.D.
Irvington Union Free S.D.
Island Park Union Free S.D.
Island Trees Union Free S.D.
Islip Union Free S.D.
Ithaca City S.D.
Jamestown City S.D.
Jamesville-DeWitt Central S.D.
Jasper-Troupsburg Central S.D.
Jefferson Central S.D.
Jefferson-Lewis-Hamilton-Herkimer-
Oneida BOCES
Jericho Union Free S.D.
Johnsburg Central S.D.
Johnson City Central S.D.
Johnstown City S.D.
Jordan-Elbridge Central S.D.
Katonah-Lewisboro Union Free S.D.
Keene Central S.D.
Kendall Central S.D.
Kenmore-Town of Tonawanda S.D.
Kinderhook Central S.D.
Kings Park Central S.D.
Kingston City S.D.
Kiryas Joel Village Union Free S.D.
La Fargeville Central S.D.
Lackawanna City S.D.
LaFayette Central S.D.
Lake George Central S.D.
Lake Placid Central S.D.
Lake Pleasant Central S.D.
Lakeland Central S.D.
Lancaster Central S.D.
Lansing Central S.D.
Lansingburgh Central S.D.
Laurens Central S.D.
Lawrence Union Free S.D.
Le Roy Central S.D.
Letchworth Central S.D.
Levittown Union Free S.D.
Lewiston-Porter Central S.D.
Liberty Central S.D.
Lindenhurst Union Free S.D.
Lisbon Central S.D.
Little Falls City S.D.
Little Flower Union Free S.D.
Liverpool Central S.D.
Livingston Manor Central S.D.
Livonia Central S.D.
Lockport City S.D.
Locust Valley Central S.D.
Long Beach City S.D.
Long Lake Central S.D.
Longwood Central S.D.
Lowville Academy & Central S.D.
Lyme Central S.D.
Lynbrook Union Free S.D.
Lyncourt Union Free S.D.
Lyndonville Central S.D.
Lyons Central S.D.
Madison Central S.D.
Madison-Oneida BOCES
Madrid-Waddington Central S.D.
Mahopac Central S.D.
Maine-Endwell Central S.D.
Malone Central S.D.
Malverne Union Free S.D.
Mamaroneck Union Free S.D. (not
BOCES)

Manchester-Shortsville Central S.D. (Red Jacket)
Manhasset Union Free S.D.
Marathon Central S.D.
Marcellus Central S.D.
Margaretville Central S.D.
Marion Central S.D. [3]
Marlboro Central S.D.
Massapequa Union Free S.D.
Massena Central S.D.
Mattituck-Cutchogue Union Free S.D.
Mayfield Central S.D.
McGraw Central S.D.
Mechanicville City S.D.
Medina Central S.D.
Menands Union Free S.D.
Merrick Union Free S.D.
Mexico Central S.D.
Middle Country Central S.D.
Middleburgh Central S.D.
Milford Central S.D.
Millbrook Central S.D.
Miller Place Union Free S.D.
Mineola Union Free S.D.
Minerva Central S.D.
Minisink Valley Central S.D.
Monroe 1 BOCES
Monroe 2 – Orleans BOCES
Monroe-Woodbury Central S.D.
Montauk Union Free S.D.
Monticello Central S.D.
Moravia Central S.D.
Moriah Central S.D.[2]
Morris Central S.D.
Morristown Central S.D.
Morrisville-Eaton Central S.D.
Mount Markham Central S.D.
Mount Morris Central S.D.
Mount Pleasant Central S.D.
Mount Pleasant-Blythedale Union Free S.D.
Mount Pleasant-Cottage Union Free S.D.
Mount Sinai Union Free S.D.
Mount Vernon S.D.
Nanuet Union Free S.D.
Naples Central S.D.
New Hartford Central S.D.
New Hyde Park-Garden City Park Union Free S.D.
New Lebanon Central S.D.
New Paltz Central S.D.
New Rochelle City S.D.
New Suffolk Common S.D.
New York City S.D.
New York Mills Union Free S.D.
Newark Central S.D.
Newark Valley Central S.D.
Newburgh City S.D. (not BOCES)
Newcomb Central S.D.
Newfane Central S.D.
Newfield Central S.D.
Niagara Falls City S.D.
Niagara-Wheatfield Central S.D.
Niskayuna Central S.D.
North Babylon Union Free S.D.
North Bellmore Union Free S.D.
North Collins Central S.D.
North Colonie Central S.D.
North Greenbush Common S.D. (Williams)
North Merrick Union Free S.D.
North Rose-Wolcott Central S.D.
North Salem Central S.D.

North Shore Central S.D.
North Syracuse Central S.D.
North Tonawanda City S.D.
North Warren Central S.D.
Northeast Central S.D.
Northeastern Clinton Central S.D.
Northern Adirondack Central S.D.
Northport-East Northport Union Free S.D.
Northville Central S.D.
Norwich City S.D.
Norwood-Norfolk Central S.D.
Nyack Union Free S.D.
Oakfield-Alabama Central S.D.
Oceanside Union Free S.D.
Odessa-Montour Central S.D.
Ogdensburg City S.D.
Olean City S.D.
Oneida City S.D.
Oneida-Herkimer-Madison BOCES
Oneonta City S.D.
Onondaga Central S.D.
Onondaga-Cortland-Madison BOCES
Ontario-Seneca-Yates-Cayuga-Wayne (Wayne-Finger Lakes) BOCES
Onteora Central S.D.
Oppenheim-Ephratah-St. Johnsville Central S.D.
Orange-Ulster BOCES
Orchard Park Central S.D.
Oriskany Central S.D.
Orleans-Niagara BOCES
Ossining Union Free S.D.
Oswego BOCES (CiTi: Center for Instruction, Technology & Innovation)
Oswego City S.D.
Otego-Unadilla Central S.D.
Otsego-Delaware-Schoharie-Greene (Otsego Northern Catskills) BOCES
Owego-Apalachin Central S.D.
Oxford Academy and Central S.D.
Oyster Bay-East Norwich Central S.D.
Oysterponds Union Free S.D.
Palmyra-Macedon Central S.D.
Panama Central S.D.
Parishville-Hopkinton Central S.D.
Patchogue-Medford Union Free S.D.
Pavilion Central S.D.
Pawling Central S.D.
Pearl River Union Free S.D.
Peekskill City S.D.
Pelham Union Free S.D.
Pembroke Central S.D.
Penfield Central S.D.
Penn Yan Central S.D.
Perry Central S.D.
Peru Central S.D.
Phelps-Clifton Springs Central S.D.
Phoenix Central S.D.
Pine Bush Central S.D.
Pine Plains Central S.D.
Pine Valley Central S.D. (South Dayton)
Piseco Common S.D.
Pittsford Central S.D.
Plainedge Union Free S.D.
Plainview-Old Bethpage Central S.D.
Plattsburgh City S.D.
Pleasantville Union Free S.D.
Pocantico Hills Central S.D.
Poland Central S.D.
Port Byron Central S.D.
Port Chester-Rye Union Free S.D.
Port Jefferson Union Free S.D.

Port Jervis City S.D.
Port Washington Union Free S.D.
Portville Central S.D.
Potsdam Central S.D.
Poughkeepsie City S.D.
Prattsburgh Central S.D.
Pulaski Central S.D.
Putnam Central S.D.
Putnam Valley Central S.D.
Putnam-Westchester (Putnam-Northern Westchester) BOCES
Queensbury Union Free S.D.
Quogue Union Free S.D.
Randolph Academy Union Free S.D.
Randolph Central S.D.
Raquette Lake Union Free S.D.
Ravena-Coeymans-Selkirk Central S.D.
Red Creek Central S.D.
Red Hook Central S.D.
Remsen Central S.D.
Remsenburg-Speonk Union Free S.D.
Rensselaer City S.D.
Rensselaer-Columbia-Greene (Questar III) BOCES
Rhinebeck Central S.D.
Richfield Springs Central S.D.
Ripley Central S.D.
Riverhead Central S.D.
Rochester City S.D. (not BOCES)
Rockland BOCES
Rockville Centre Union Free S.D.
Rocky Point Union Free S.D.
Rome City S.D.
Romulus Central S.D.
Rondout Valley Central S.D.
Roosevelt Union Free S.D.
Roscoe Central S.D.
Roslyn Union Free S.D.
Rotterdam-Mohonasen Central S.D.
Roxbury Central S.D.
Royalton-Hartland Central S.D.
Rush-Henrietta Central S.D.
Rye City S.D.
Rye Neck Union Free S.D.
Sachem Central S.D.
Sackets Harbor Central S.D.
Sag Harbor Union Free S.D.
Sagaponack Common S.D.
Saint Regis Falls Central S.D.
Salamanca City S.D.
Salem Central S.D.
Salmon River Central S.D.
Sandy Creek Central S.D.
Saranac Central S.D.
Saranac Lake Central S.D.
Saugerties Central S.D.
Sauquoit Valley Central S.D.
Sayville Union Free S.D.
Scarsdale Union Free S.D.
Schalmont Central S.D.
Schenectady City S.D.
Schenevus Central S.D.
Schodack Central S.D.
Schoharie Central S.D.
Schroon Lake Central S.D.
Schuyler-Steuben-Chemung-Tioga-Allegany (Greater Southern Tier) BOCES
Schuylerville Central S.D.
Scio Central S.D.
Scotia-Glenville Central S.D.
Seaford Union Free S.D.
Seneca Falls Central S.D.

Sewanhaka Central High S.D.
Sharon Springs Central S.D.
Shelter Island Union Free S.D.
Shenendehowa Central S.D.
Sherburne-Earlville Central S.D.
Sherman Central S.D.
Shoreham-Wading River Central S.D.
Sidney Central S.D.
Silver Creek Central S.D.
Skaneateles Central S.D.
Smithtown Central S.D.
Sodus Central S.D.
Solvay Union Free S.D.
Somers Central S.D.
South Colonie Central S.D.
South Country Central S.D.
South Glens Falls Central S.D.
South Huntington Union Free S.D.
South Jefferson Central S.D.
South Kortright Central S.D.
South Lewis Central S.D.
South Mountain-Hickory Common S.D. at
Binghamton
South Orangetown Central S.D.
South Seneca Central S.D.
South Seneca Central S.D.
Southampton Union Free S.D.
Southern Cayuga Central S.D.
Southold Union Free S.D.
Southwestern Central S.D. at Jamestown
Spackenkill Union Free S.D.
Spencerport Central S.D.
Spencer-Van Etten Central S.D.
Springs Union Free S.D.
Springville-Griffith Institute Central S.D.
St. Lawrence-Lewis BOCES
Stamford Central S.D.
Starpoint Central S.D.
Stillwater Central S.D.
Stockbridge Valley Central S.D.
Suffern Central S.D.
Sullivan BOCES
Sullivan West Central S.D.
Susquehanna Valley Central S.D.
Sweet Home Central S.D.
Syosset Central S.D.
Syracuse City S.D. (not BOCES)
Taconic Hills Central S.D.
Tech Valley High School (Consortium)

Alamance-Burlington School System
Alexander Cnty Schools
Alleghany Cnty Schools
Anson Cnty Schools
Ashe Cnty Schools
Asheboro City Schools
Asheville City Schools
Avery Cnty Schools
Beaufort Cnty Schools
Bertie Cnty Schools
Bladen Cnty Schools
Brunswick Cnty Schools
Buncombe Cnty Schools System
Burke Cnty P.S.s
Cabarrus Cnty Schools
Caldwell Cnty Schools
Camden Cnty Schools
Carteret Cnty P.S.s
Caswell Cnty Schools
Catawba Cnty Schools

The Enlarged City S.D. of the City of
Saratoga Springs
Thousand Islands Central S.D.
Three Village Central S.D.
Ticonderoga Central S.D.
Tioga Central S.D.
Tompkins-Seneca-Tioga BOCES
Tonawanda City S.D.
Town of Webb Union Free S.D.
Tri-Valley Central S.D.
Troy City S.D.
Trumansburg Central S.D.
Tuckahoe Common S.D.
Tuckahoe Union Free S.D.
Tully Central S.D.
Tupper Lake Central S.D.
Tuxedo Union Free S.D.
Ulster BOCES
Unadilla Valley Central S.D.
Union Free S.D. of the Tarrytowns
Union Springs Central S.D.
Uniondale Union Free S.D.
Union-Endicott Central S.D.
Utica City S.D.
Valhalla Union Free S.D.
Valley Central S.D. (Montgomery)
Valley Stream 13 Union Free S.D.
Valley Stream 24 Union Free S.D.
Valley Stream 30 Union Free S.D.
Valley Stream Central High S.D.
Van Hornesville-Owen D. Young Central
S.D.
Vernon-Verona-Sherrill Central S.D.
Vestal Central S.D.
Victor Central S.D.
Voorheesville Central S.D.
Wainscott Common S.D.
Wallkill Central S.D.
Walton Central S.D.
Wantagh Union Free S.D.
Wappingers Central S.D.
Warrensburg Central S.D.
Warsaw Central S.D.
Warwick Valley Central S.D.
Washington-Saratoga-Warren-Hamilton-
Essex BOCES
Washingtonville Central S.D.
Waterford-Halfmoon Union Free S.D.
Waterloo Central S.D.
Watertown City S.D.

## North Carolina
Chapel Hill-Carrboro City Schools
Charlotte-Mecklenburg Schools
Chatham Cnty Schools
Cherokee Cnty S.D.
Clay Cnty Schools
Cleveland Cnty Schools
Clinton City Schools
Columbus Cnty Schools
Craven Cnty Schools
Cumberland Cnty Schools
Currituck Cnty Schools
Dare Cnty Schools
Davidson Cnty Schools
Davie Cnty Schools
Duplin Cnty Schools
Durham P.S.s
Edenton-Chowan Schools
Edgecombe Cnty P.S.s
Elizabeth City-Pasquotank P.S.s
Elkin City Schools

Waterville Central S.D.
Watervliet City S.D.
Watkins Glen Central S.D.
Waverly Central S.D.
Wayland-Cohocton Central S.D.
Wayne Central S.D.
Wayne-Finger Lakes RIC
Webster Central S.D.
Weedsport Central S.D.
Wells Central S.D.
Wellsville Central S.D.
West Babylon Union Free S.D.
West Canada Valley Central S.D.
West Genesee Central S.D.
West Hempstead Union Free S.D.
West Irondequoit Central S.D.
West Islip Union Free S.D.
West Park Union Free S.D.
West Seneca Central S.D.
West Valley Central S.D.
Westbury Union Free S.D.
Westchester (Southern Westchester)
BOCES
Western Suffolk (Suffolk-2) BOCES
Westfield Central S.D.
Westhampton Beach Union Free S.D.
Westhill Central S.D.
Westmoreland Central S.D.
Wheatland-Chili Central S.D.
Wheelerville Union Free S.D.
White Plains City S.D.
Whitehall Central S.D.
Whitesboro Central S.D.
Whitesville Central S.D.
Whitney Point Central S.D.
William Floyd Union Free S.D.
Williamson Central S.D.
Williamsville Central S.D.
Willsboro Central S.D.
Wilson Central S.D.
Windham-Ashland-Jewett Central S.D.
Windsor Central S.D.
Worcester Central S.D.
Wyandanch Union Free S.D.
Wynantskill Union Free S.D.
Wyoming Central S.D.
Yonkers City S.D. (not BOCES)
York Central S.D.
Yorkshire-Pioneer Central S.D.
Yorktown Central S.D.

Franklin Cnty Schools
Gaston Cnty Schools
Gates Cnty Schools
Graham Cnty Schools
Granville Cnty Schools
Greene Cnty Schools
Guilford Cnty Schools
Halifax Cnty Schools
Harnett Cnty Schools
Haywood Cnty Schools
Henderson Cnty P.S.s
Hertford Cnty P.S.s
Hickory City Schools
Hoke Cnty Schools
Hyde Cnty Schools
Iredell-Statesville Schools
Jackson Cnty Schools
Johnston Cnty Schools
Jones Cnty Schools
Kannapolis City Schools

Lee Cnty Schools
Lenoir Cnty Schools
Lexington City Schools
Lincoln Cnty Schools
Macon Cnty Schools
Madison Cnty Schools
Martin Cnty Schools
McDowell Cnty Schools
Mitchell Cnty Schools
Montgomery Cnty Schools
Moore Cnty Schools
Mooresville Graded S.D.
Mount Airy City Schools
Nash-Rocky Mount Schools
New Hanover Cnty Schools
Newton-Conover City Schools
Northampton Cnty Schools
Onslow Cnty Schools
Orange Cnty Schools

Adams Public S.D. 128
Alexander Public S.D. 2
Anamoose Public S.D. 14
Apple Creek Public S.D. 39
Ashley Public S.D. 9
Bakker Public S.D. 10
Baldwin Public S.D. 29
Beach Public S.D. 3
Belcourt Public S.D. 7
Belfield Public S.D. 13
Bell Public S.D. 10
Berthold Public S.D.
Beulah Public S.D. 27
Billings Cnty Public S.D. 1
Bisbee-Egeland Public S.D. 2
Bismarck Public S.D. 1
Bismarck Special Education Unit
Bismarck Technical Center
Border Central Public S.D.
Bottineau Public S.D. 1
Bowbells Public S.D. 14
Bowdon Public S.D.
Bowline Butte Public S.D.
Bowman Cnty Public S.D. 1
Buffalo Valley Special Education Unit
Burke Central Public S.D. 36
Burleigh Cnty Special Education Unit
Butte Public S.D.
Carrington Public S.D.
Carrington Public S.D.
Cass Valley N Public S.D.
Cavalier Public S.D.
Center Public S.D.
Center-Stanton Public S.D.
Central Cass Public S.D.
Central Elem Public S.D.
Central Valley Public S.D.
Dakota Prairie Public S.D.
Dakota Public S.D.
Devils Lake Public S.D.
Dickinson Public S.D.
Divide Cnty Public S.D.
Dodge Public S.D.
Drake Public S.D.
Drayton Public S.D.
Driscoll Public S.D.
Dunseith Day Elem School
Dunseith Public S.D.
Earl Public S.D.
East Central S.D.
Edgeley Public S.D.

Pamlico Cnty Schools
Pender Cnty Schools
Perquimans Cnty Schools
Person Cnty Schools
Pitt Cnty Schools
Polk Cnty Schools
Randolph Cnty Schools
Richmond Cnty Schools
Roanoke Rapids Graded S.D.
Robeson Cnty Schools
Rockingham Cnty Schools
Rowan-Salisbury School System
Rutherford Cnty Schools
Sampson Cnty Schools
Scotland Cnty Schools
Stanly Cnty Schools
Stokes Cnty Schools
Surry Cnty Schools
Swain Cnty Schools

## North Dakota

Edinburg Public S.D.
Edmore Public S.D.
Eight Mile Public S.D.
Elgin Public S.D.
Elgin-New Leipzig Public S.D.
Ellendale Public S.D.
Emerado Public S.D.
Enderlin Public S.D.
Eureka Public S.D.
Fairmount Public S.D.
Fargo Public S.D.
Fessenden Public S.D.
Fessenden-Bowdon Public S.D.
Finley-Sharon Public S.D.
Flasher Public S.D.
Fordville Public S.D.
Fordville-Lankin Public S.D.
Fort Ransom Public S.D.
Fort Totten Public S.D.
Fort Yates Public S.D.
Gackle-Streeter Public S.D.
Garrison Public S.D.
Glen Ullin Public S.D.
Glenburn Public S.D.
Golden Valley Public S.D.
Goodrich Public S.D.
Grafton Public S.D.
Grand Forks Public S.D.
Granville Public S.D.
Grenora Public S.D.
Griggs Cnty Central Public S.D.
Halliday Public S.D.
Hankinson Public S.D.
Hannaford Public S.D.
Harvey P.S.s
Hatton Public S.D.
Hazelton-Moffit-Braddock Public S.D.
Hazen Public S.D.
Hebron Public S.D.
Hettinger Public S.D.
Hillsboro Public S.D.
Hope Public S.D.
Horse Creek Public S.D.
Jamestown Public S.D.
Kenmare Public S.D.
Kensal Public S.D.
Killdeer Public S.D.
Kindred Public S.D.
Kulm Public S.D.
Lakota Public S.D.
LaMoure Public S.D.

Thomasville City Schools
Transylvania Cnty Schools
Tyrrell Cnty Schools
Union Cnty P.S.s
Vance Cnty Schools
Wake Cnty P.S. System
Warren Cnty Schools
Washington Cnty Schools
Watauga Cnty Schools
Wayne Cnty P.S.s
Weldon City Schools
Whiteville City Schools
Wilkes Cnty Schools
Wilson Cnty Schools
Winston-Salem/Forsyth Cnty Schools
Yadkin Cnty Schools
Yancey Cnty Schools

Langdon Area Public S.D.
Lankin Public S.D.
Lansford Public S.D.
Larimore Public S.D.
Leeds Public S.D.
Lehr Public S.D.
Lewis and Clark Public S.D.
Lidgerwood Public S.D.
Linton Public S.D.
Lisbon Public S.D.
Litchville Public S.D.
Litchville-Marion Public S.D.
Little Heart Public S.D.
Lone Tree Public S.D.
Maddock Public S.D.
Mandan Public S.D.
Mandaree Public S.D.
Manning Public S.D.
Mantador Public S.D.
Manvel Public S.D.
Maple Valley Public S.D.
Mapleton Public S.D.
Marion Public S.D.
Marmarth Public S.D.
Max Public S.D.
May-Port CG Public S.D.
McClusky Public S.D.
McKenzie Co Public S.D.
McKenzie Public S.D.
Medina Public S.D.
Menoken Public S.D.
Midkota Public S.D. 7
Midway Public S.D.
Milnor Public S.D.
Milton Public S.D.
Minnewaukan Public S.D.
Minot Public S.D.
Minto Public S.D.
Mohall Public S.D.
Mohall-Lansford-Sherwood
Montefiore Public S.D.
Montpelier Public S.D.
Mott Public S.D.
Mott-Regent Public S.D.
Mount Pleasant Public S.D.
Munich Public S.D.
Napoleon Public S.D.
Nash Public S.D.
Naughton Public S.D.
Neche Public S.D.
Nedrose Public S.D.

Nesson Public S.D.
New England Public S.D.
New Leipzag Public S.D.
New Public S.D.
New Rockford Public S.D.
New Rockford-Sheyenne Public S.D.
New Salem Public S.D.
New Town Public S.D.
Newburg-United Public S.D.
Newport Public S.D.
North Border Public S.D.
North Central Public S.D.
North Central Public S.D.
North Sargent Public S.D.
North Shore Public S.D.
Northern Cass Public S.D.
Northwood Public S.D.
Oakes Public S.D.
Oberon Public S.D.
Oriska Public S.D.
Osnabrock Public S.D.
Page Public S.D.
Park River Public S.D.
Parshall Public S.D.
Pembina Public S.D.
Pettibone-Tuttle Public S.D.
Pingree-Buchanan Public S.D.
Plaza Public S.D.
Pleasant Valley Public S.D.
Powers Lake Public S.D.
Reeder Public S.D.
Regan Public S.D.
Regent Public S.D.
Rhame Public S.D.

Ada Exempted Village S.D., Ada
Adams Cnty/Ohio Valley S.D., West Union
Adena Local S.D., Frankfort
Akron City S.D., Akron
Alexander Local S.D., Albany
Allen East Local S.D., Lafayette
Allen Educational Service Center, Lima
Alliance City S.D., Alliance
Amanda-Clearcreek Local S.D., Amanda
Amherst Exempted Village S.D., Amherst
Anna Local S.D., Anna
Ansonia Local S.D., Ansonia
Anthony Wayne Local S.D., Whitehouse
Antwerp Local S.D., Antwerp
Apollo Joint Vocational S.D., Fort Shawnee
Arcadia Local Schools, Arcadia
Arcanum-Butler Local S.D., Arcanum
Archbold Area Local S.D., Archbold
Arlington Local Schools, Arlington
Ashland City S.D., Ashland
Ashland Cnty-West Holmes Joint
Vocational S.D. Ashland
Ashtabula Area City S.D., Ashtabula
Ashtabula Cnty Joint Vocational S.D.,
Jefferson
Athens City S.D., Athens
Auglaize Cnty Educational Academy, Lima
Auglaize Educational Service Center
Aurora City S.D., Aurora
Austintown Local S.D., Youngstown
Avon Lake City S.D., Avon Lake
Avon Local S.D., Avon
Ayersville Local S.D., Defiance
Barberton City S.D., Barberton
Barnesville Exempted Village S.D.,
Barnesville

Richardton Public S.D.
Richardton-Taylor Public S.D.
Richland Public S.D.
Robinson Public S.D.
Rolette Public S.D.
Roosevelt Public S.D.
Rugby Public S.D.
Saint John Public S.D.
Saint Thomas Public S.D.
Salund Public S.D.
Sargent Central Public S.D.
Sawyer Public S.D.
Scranton Public S.D.
Selfridge Public S.D.
Sheets Public S.D.
Sheldon Public S.D.
Sherwood Public S.D.
Sheyenne Public S.D.
Sims Public S.D.
Solen Public S.D.
South Heart Public S.D.
South Prairie Public S.D.
Southern Public S.D.
Spiritwood Public S.D.
Stanley Public S.D.
Stanton Public S.D.
Starkweather Public S.D.
Steele-Dawson Public S.D.
Sterling Public S.D.
Strasburg Public S.D.
Surrey Public S.D.
Sweet Briar Public S.D.
Sykes Public S.D.
Tappen Public S.D.

## Ohio

Batavia Local S.D., Batavia
Bath Local S.D., Lima
Bay Village City S.D., Bay Village
Beachwood City S.D., Beachwood
Beaver Local S.D., East Liverpool
Beavercreek City S.D., Beavercreek
Bedford City S.D., Bedford
Bellaire Local S.D., Bellaire
Bellbrook-Sugarcreek Local S.D.,
Bellbrook
Bellefontaine City S.D., Bellefontaine
Bellevue City S.D., Bellevue
Belpre City S.D., Belpre
Benjamin Logan Local S.D., Bellefontaine
Benton-Carroll-Salem Local S.D., Oak
Harbor
Berea City S.D., Berea
Berkshire Local S.D., Burton
Berlin-Milan Local S.D., Milan
Berne Union Local S.D., Sugar Grove
Bethel Local S.D., Tipp City
Bethel-Tate Local S.D., Bethel
Bettsville Local S.D., Bettsville
Bexley City S.D., Bexley
Big Walnut Local S.D., Sunbury
Black River Local S.D., Sullivan
Black River Local S.D., Sullivan
Blanchester Local Schools, Blanchester
Bloom-Carroll Local S.D., Carroll
Bloomfield-Mespo S.D., North Bloomfield
Bloom-Vernon Local S.D., South Webster
Bluffton Exempted Village S.D., Bluffton
Boardman Local S.D., Youngstown
Botkins Local S.D., Botkins
Bowling Green City S.D., Bowling Green
Bradford Exempted Village S.D., Bradford

Taylor Public S.D.
TGU Public S.D.
Theodore Jamerson Elementary School
Thompson Public S.D.
Tioga Public S.D.
Turtle Lake-Mercer Public S.D.
Tuttle-Pettibone Public S.D.
Twin Buttes Public S.D.
Underwood Public S.D.
Union Public S.D.
United Public S.D.
Upham Public S.D.
Valley City Public S.D.
Valley Public S.D.
Velva Public S.D.
Verona Public S.D.
Wahpeton Public S.D.
Walhalla Public S.D.
Warwick Public S.D.
Washburn Public S.D.
West Fargo Public S.D.
Westhope Public S.D.
White Shield Public S.D.
Wildrose-Alamo Public S.D.
Williston Public S.D.
Willow City Public S.D.
Wimbledon-Courtenay Public S.D.
Wing Public S.D.
Wishek Public S.D.
Wolford Public S.D.
Wyndmere Public S.D.
Yellowstone Public S.D.
Zeeland Public S.D.

Brecksville-Broadview Heights City S.D.,
Brecksville, Broadview Heights
Bridgeport Exempted Village S.D.,
Bridgeport
Bright Local S.D., Mowrystown
Bristol Local S.D., West Farmington
Brooklyn City S.D., Brooklyn
Brookville Local S.D., Brookville
Brown Local S.D., Malvern
Brunswick City S.D., Brunswick
Bryan City S.D., Bryan
Buckeye Central Local S.D., New
Washington
Buckeye Local S.D., Ashtabula
Buckeye Local S.D., Rayland
Buckeye Local S.D., Medina
Buckeye Valley Local S.D., Delaware
Bucyrus City S.D., Bucyrus
Butler Technology & Career Development
Schools, Ohio
Caldwell Exempted Village S.D., Caldwell
Cambridge City S.D., Cambridge
Campbell City S.D., Campbell
Canal Winchester Local S.D., Canal
Winchester
Canfield Local S.D., Canfield
Canton City S.D., Canton
Canton Local S.D., Canton
Cardinal Local S.D., Middlefield
Cardington Lincoln Local Digital School,
Cardington
Cardington-Lincoln Local S.D., Cardington
Carey Exempted Village S.D., Carey
Carlisle Local S.D., Carlisle
Carrollton Exempted Village S.D.,
Carrollton

Cedar Cliff Local S.D., Cedarville
Celina City S.D., Celina
Center for Student Achievement, Jackson
Centerburg Local S.D., Centerburg
Centerville City School S.D., Centerville
Central Local S.D., Sherwood
Chagrin Falls Village Exempted S.D., Chagrin Falls
Champion Local S.D., Warren
Chardon Local S.D., Chardon
Chesapeake-Union Exempted Village S.D., Chesapeake
Chillicothe City S.D., Chillicothe
Chippewa Local S.D., Doylestown
Cincinnati P.S.s, Cincinnati
Circleville City S.D., Circleville
Clark-Shawnee Local S.D., Springfield
Clay Local S.D., Rosemount
Claymont Local S.D., Dennison
Clear Fork Valley Local S.D., Bellville, Butler
Clearview Local S.D., Lorain
Clermont Cnty Educational Service Center, Batavia
Clermont Northeastern Local S.D., Batavia
Cleveland Heights-University Heights City S.D., Cleveland Heights, University Heights
Cleveland Metropolitan S.D., Cleveland
Clinton-Massie Local S.D., Clarksville
Cloverleaf Local S.D., Seville
Clyde-Green Springs Exempted Village S.D., Clyde
Coldwater Exempted Village S.D., Coldwater
Collins Career Center (Joint Vocational Academy College, JVAC), Proctorville
Colonel Crawford Local S.D., North Robinson
Columbia Local S.D., Columbia Station
Columbiana Cnty Joint Vocational S.D., Lisbon
Columbiana Exempted Village S.D., Columbiana
Columbus City Schools, Columbus
Columbus Grove Local S.D., Columbus Grove
Conneaut Area City S.D., Conneaut
Conotton Valley Union Local S.D., Bowerston
Continental Local S.D., Continental
Copley-Fairlawn Local S.D., Fairlawn
Cory-Rawson Local Schools, Rawson
Coshocton City Schools District, Coshocton
Coventry Local S.D., Akron
Covington Exempted Village S.D., Covington
Crestline Exempted Village S.D., Crestline
Crestview Local S.D., Columbiana
Crestview Local S.D., Ashland
Crestview Local S.D., Ashland
Crestview Local S.D., Convoy
Crestwood Local S.D., Mantua
Crooksville Exempted Village Schools, Crooksville
Cuyahoga Falls City S.D., Cuyhoga Falls
Cuyahoga Heights S.D., Cuyahoga Heights
Dalton Local S.D., Dalton
Danbury Local S.D., Marblehead
Danville Local S.D., Danville
Dawson-Bryant Local S.D., Coal Grove
Dayton Public S.D., Dayton

Deer Park Community City S.D., Deer Park
Defiance City S.D., Defiance
Delaware City Local S.D., Delaware
Delphos City S.D., Delphos
Dover City S.D., Dover
Dublin City S.D., Dublin
East Cleveland City S.D., East Cleveland
East Clinton Local S.D., Sabina
East Guernsey Local S.D., Lore City
East Holmes Local S.D., Berlin
East Knox Local S.D., Howard
East Liverpool City S.D., East Liverpool
East Muskingum Local S.D., New Concord
East Palestine City S.D., East Palestine
Eastern Local S.D., Sardinia
Eastern Local S.D., Reedsville
Eastern Local S.D., Beaver
Eastwood Local S.D., Pemberville
Eaton City S.D., Eaton
Edgerton Local S.D., Edgerton
Edgewood Local S.D., Trenton
Edison Local S.D., Richmond
Edon-Northwest Local S.D., Edon
Elgin Local S.D., Marion
Elida Digital Academy, Elida
Elida Local S.D., Elida
Elmwood Local S.D., Bloomdale
Elyria City S.D., Elyria
Euclid City S.D., Euclid
Evergreen Local S.D., Metamora
Fairbanks Local S.D., Milford Center
Fairborn City S.D., Fairborn
Fairfield City S.D., Fairfield
Fairfield Local S.D., Leesburg
Fairfield Union Local S.D., West Rushville
Fairland Local S.D., Proctorville
Fairlawn Local S.D., Sidney
Fairless Local S.D., Navarre
Fairport Harbor Exempted Village S.D., Fairport Harbor
Fairview Park City S.D., Fairview Park
Fayetteville-Perry Local S.D., Fayetteville
Federal Hocking Local S.D., Coolville
Felicity-Franklin Local S.D., Felicity
Field Local S.D., Mogadore
Findlay City S.D., Findlay
Finneytown Local S.D., Finneytown
Firelands Local S.D., Oberlin
Forest Hills Local S.D., Newtown/Anderson Township
Fort Frye Local S.D., Beverly
Fort Jennings Local S.D., Fort Jennings
Fort Loramie Local S.D., Fort Loramie
Fort Recovery Local S.D., Fort Recovery
Fostoria City S.D., Fostoria
Franklin City S.D., Franklin
Franklin Local S.D., Duncan Falls
Franklin-Monroe Local S.D., Pitsburg
Fredericktown Local S.D., Fredericktown
Fremont City S.D., Fremont
Frontier Local S.D., New Matamoras
Gahanna-Jefferson City S.D., Gahanna
Galion City S.D., Galion
Gallia Cnty Local S.D., Gallipolis
Gallipolis City S.D., Gallipolis
Garaway Local S.D., Sugarcreek
Garfield Heights City S.D., Garfield Heights
Geneva Area City S.D., Geneva
Genoa Area Local S.D., Genoa
Georgetown Exempted Village S.D., Georgetown

Gibsonburg Exempted Village S.D., Gibsonburg
Girard City S.D., Girard
Gorham Fayette Local S.D., Fayette
Goshen Local S.D., Goshen
Graham Local S.D., Saint Paris
Grand Valley Local S.D., Orwell
Grandview Heights City S.D., Grandview Heights
Granville Exempted Village S.D., Granville
Green Local S.D., Franklin Furnace
Green Local S.D., Green
Green Local S.D., Smithville
Greeneview Local S.D., Jamestown
Greenfield Exempted Village S.D., Greenfield
Greenon Local S.D., Enon
Greenville City S.D., Greenville
Groveport-Madison Local S.D., Groveport
Hamilton City S.D., Hamilton
Hamilton Local S.D., Columbus
Hardin Northern Local S.D., Dola
Hardin-Houston Local S.D., Houston
Harrison Hills City S.D., Hopedale
Heath City S.D., Heath
Heir Force Community School, Lima
Hicksville Exempted Village S.D., Hicksville
Highland Local S.D., Medina
Highland Local S.D., Sparta
Hilliard City S.D., Hilliard
Hillsboro City S.D., Hillsboro
Hillsdale Local S.D., Jeromesville
Holgate Local S.D., Holgate
Hope Haven & JVAC District, Scioto Cnty
Hopewell-Loudon Local S.D., Bascom
Howland Local S.D., Warren
Hubbard Exempted Village S.D., Hubbard
Huber Heights City S.D., Huber Heights
Hudson City S.D., Hudson
Huntington Local S.D., Chillicothe
Huron City S.D., Huron
Independence Local S.D., Independence
Indian Creek Local S.D., Wintersville
Indian Hill Exempted Village S.D., Village of Indian Hill
Indian Lake Local S.D., Lewistown
Indian Valley Local S.D., Gnadenhutten
Ironton City S.D., Ironton
Jackson Center Local S.D., Jackson Center
Jackson City S.D., Jackson
Jackson Local S.D., Massillon
Jackson-Milton Local S.D., North Jackson
James A. Garfield Local S.D., Garrettsville
Jefferson Area Local S.D., Jefferson
Jefferson Local S.D., West Jefferson
Jefferson Township Local S.D., Dayton
Johnstown-Monroe Local S.D., Johnstown
Jonathan Alder Local S.D., Plain City
Kalida Local S.D., Kalida
Kelleys Island Local S.D., Kelleys Island
Kenston Local S.D., Chagrin Falls
Kent City S.D., Kent
Kenton City S.D., Kenton
Kettering City S.D., Kettering
Keystone Local S.D., Lagrange
Kings Local S.D., Kings Mills
Kirtland Local S.D., Kirtland
Lake Local S.D., Uniontown
Lake Local S.D., Millbury
Lakeview Local S.D., Cortland
Lakewood City S.D., Lakewood

Lakewood Local Schools, Hebron
Lakota Local S.D., West Chester
Lakota Local S.D., Kansas
Lancaster City S.D., Lancaster
Lebanon City S.D., Lebanon
Leetonia Exempted Village S.D., Leetonia
Leipsic Local S.D., Leipsic
Lexington Local S.D., Lexington
Liberty Center Local S.D., Liberty Center
Liberty Local S.D., Girard
Liberty Union Local S.D., Baltimore
Liberty-Benton Local S.D., Findlay
Licking Heights Local S.D., Pataskala
Licking Valley Local S.D., Hanover
Lima City S.D., Lima
Lincolnview Local S.D., Van Wert
Lisbon Exempted Village S.D., Lisbon
Little Miami Local S.D., Morrow
Lockland City S.D., Lockland
Logan Elm Local S.D., Circleville
Logan-Hocking Local S.D., Logan
London City S.D., London
Lorain City S.D., Lorain
Loudonville-Perrysville Exempted Village
S.D., Loudonville
Louisville City S.D., Louisville
Loveland City S.D., Loveland
Lowellville Local S.D., Lowellville
Lucas Local S.D., Lucas
Lynchburg-Clay Local S.D., Lynchburg
Mad River Local S.D., Riverside
Madeira City S.D., Madeira
Madison Local S.D., Madison
Madison Local S.D., Mansfield
Madison Local S.D., Middletown
Madison-Plains Local S.D., London
Manchester Local S.D., Manchester
Manchester Local S.D., Akron
Mansfield City S.D., Mansfield
Maple Heights City S.D., Maple Heights
Mapleton Local S.D., Ashland
Maplewood Local S.D., Cortland
Margaretta Local S.D., Castalia
Mariemont City S.D., Mariemont
Marietta City S.D., Marietta
Marion City S.D., Marion
Marion Local S.D., Maria Stein
Marlington Local S.D., Alliance
Martins Ferry City S.D., Martins Ferry
Marysville Exempted Village Schools
District, Marysville
Mason City S.D., Mason
Massillon City S.D., Massillon
Maumee City S.D., Maumee
Mayfield City S.D., Mayfield Heights,
Highland Heights, Mayfield Village, Gates
Mills
Maysville Local S.D., Zanesville
McComb Local S.D., McComb
Mechanicsburg Exempted Village S.D.,
Mechanicsburg
Medina City S.D., Medina
Meigs Local S.D., Pomeroy
Mentor Exempted Village S.D., Mentor
Miami East Local S.D., Casstown
Miami Trace Local S.D., Washington Court
House
Miamisburg City S.D., Miamisburg
Middle Bass Local S.D., Middle Bass
Middletown City S.D., Middletown
Middletown Fitness & Preparatory
Academy, Middletown

Midview Local S.D., Grafton
Milford Exempted Village S.D., Milford
Millcreek-West Unity Local S.D., West
Unity
Miller City-New Cleveland Local S.D.,
Miller City
Milton-Union Exempted Village S.D., West
Milton
Minerva Local S.D., Minerva
Minford Local S.D., Minford
Minster Local S.D., Minster
Mississinawa Valley Local S.D., Union
City
Mogadore Local S.D., Mogadore
Mohawk Local S.D., Sycamore
Monroe Local S.D., Monroe
Monroeville Local S.D., Monroeville
Montpelier Exempted Village S.D.,
Montpelier
Morgan Local S.D., McConnelsville
Mount Gilead Exempted Village S.D.,
Mount Gilead
Mount Vernon City S.D., Mount Vernon
Mt Healthy City Schools, Mount Healthy
Napoleon City S.D., Napoleon
National Trail Local S.D., New Paris
Nelsonville-York City S.D., Nelsonville
New Albany-Plain Local S.D., New Albany
New Boston Local S.D., New Boston
New Bremen Local S.D., New Bremen
New Knoxville Local S.D., New Knoxville
New Lebanon Local S.D., New Lebanon
New Lexington City S.D., New Lexington
New London Local S.D., New London
New Miami Local S.D., Hamilton
New Philadelphia City S.D., New
Philadelphia
New Richmond Exempted Village S.D.,
New Richmond
New Riegel Local S.D., New Riegel
Newark City S.D., Newark
Newcomerstown Exempted Village S.D.,
Newcomerstown
Newton Falls City S.D., Newton Falls
Newton Local S.D., Pleasant Hill
Niles City S.D., Niles
Noble Local S.D., Sarahsville
Nordonia Hills City S.D., Northfield
North Baltimore Local S.D., North
Baltimore
North Bass Local S.D., North Bass
North Canton City S.D., North Canton
North Central Local S.D., Creston
North Central Local S.D., Pioneer
North College Hill City S.D., North College
Hill
North Fork Local S.D., Utica
North Olmsted City S.D., North Olmsted
North Ridgeville City S.D., North
Ridgeville
North Royalton City S.D., North Royalton,
Broadview Heights
North Union Local S.D., Richwood
Northeastern Local S.D. (Springfield),
Springfield
Northeastern Local S.D., Defiance
Northern Local S.D., Thornville
Northmont City S.D., Clayton
Northmor Local S.D., Galion
Northridge Local S.D. (Johnstown, Ohio),
Johnstown [1]
Northridge Local S.D., Dayton

Northwest Local S.D., Colerain
Northwest Local S.D., McDermott
Northwest Local S.D., Canal Fulton
Northwestern Local S.D., Springfield
Northwestern Local S.D., West Salem
Northwood Local S.D., Northwood
Norton City S.D., Norton
Norwalk City S.D., Norwalk
Norwayne Local S.D., Creston
Norwood City S.D., Norwood
Oak Hill Union Local S.D., Oak Hill
Oak Hills Local S.D., Delhi
Township/Green Township
Oakwood City S.D., Oakwood
Oberlin City S.D., Oberlin
Old Fort Local S.D., Old Fort
Olentangy Local S.D., Lewis Center
Olmsted Falls City S.D., Olmsted Falls,
Olmsted Township
Ontario Local S.D., Ontario
Orange City S.D., Pepper Pike, Orange,
Moreland Hills, Hunting Valley, and
Woodmere
Oregon City S.D., Oregon
Orrville City S.D., Orrville
Osnaburg Local S.D., East Canton
Otsego Local S.D., Tontogany
Ottawa Hills Local S.D., Ottawa Hills
Ottawa-Glandorf Local S.D., Ottawa
Ottoville Local S.D., Ottoville
Painesville City Local S.D., Painesville
Paint Valley Local S.D., Bainbridge
Pandora-Gilboa Local S.D., Pandora
Parkway Local S.D., Rockford
Parma City S.D., Parma
Patrick Henry Local S.D., Hamler
Paulding Exempted Village Schools,
Paulding
Perkins Local S.D., Sandusky
Perry Local S.D., Lima
Perry Local S.D., Perry
Perry Local S.D., Massillon
Perrysburg Exempted Village S.D.,
Perrysburg
Pettisville Local S.D., Pettisville
Pickerington Local S.D., Pickerington
Pike-Delta-York Local S.D., Delta
Piqua City S.D., Piqua
Plain Local S.D., Canton
Pleasant Local S.D., Marion
Plymouth-Shiloh Local S.D., Plymouth,
Shiloh
Poland Local S.D., Poland
Port Clinton City S.D., Port Clinton
Portsmouth City S.D., Portsmouth
Preble Shawnee Local S.D., Camden
Princeton City S.D., Sharonville
Put-in-Bay Local S.D., Put-in-Bay
Pymatuning Valley Local S.D., Andover
Ravenna S.D., Ravenna
Reading Community City S.D., Reading
Revere Local S.D., Bath
Reynoldsburg City S.D., Reynoldsburg
Richard Allen Academy III, Hamilton
Richmond Heights City S.D., Richmond
Heights
Ridgedale Local S.D., Morral
Ridgemont Local S.D., Ridgeway
Ridgewood local S.D., West Lafayette
Ripley Union Lewis Huntington Local
S.D., Ripley
Rittman Exempted Village S.D., Rittman

River Valley Local S.D., Caledonia
River View Local S.D., Warsaw
Riverdale Local Schools, Mount Blanchard
Riverside Local S.D., DeGraff
Riverside Local S.D., Painesville
Rock Hill Local S.D., Pedro
Rocky River City S.D., Rocky River
Rolling Hills Local S.D., Byesville
Rootstown Local S.D., Rootstown
Ross Local S.D., Hamilton
Rossford Exempted Village S.D., Rossford
Russia Local S.D., Russia
Saint Bernard-Elmwood Place City S.D., Saint Bernard
Saint Henry Consolidated Local S.D., Saint Henry
Saint Joseph Private Schools, Ironton
Saint Marys City S.D., Saint Marys
Salem City S.D., Salem
Sandusky City S.D., Sandusky
Sandy Valley Local S.D., East Sparta
Scioto Valley Local S.D., Piketon
Sebring Local S.D., Sebring
Seneca East Local S.D., Attica
Shadyside Local S.D., Shadyside
Shaker Heights City S.D., Shaker Heights
Shawnee Local S.D., Fort Shawnee
Sheffield-Sheffield Lake City Schools, Sheffield
Shelby City S.D., Shelby
Sidney City S.D., Sidney
Solon City S.D., Solon
South Central Local S.D., Greenwich
South Euclid-Lyndhurst City S.D., South Euclid, Lyndhurst
South Point Local S.D., South Point
South Range Local S.D., Canfield
Southeast Local S.D., Apple Creek
Southeast Local S.D., Ravenna
Southeastern Local S.D., Richmond Dale
Southeastern Local S.D., South Charleston
Southern Hills Joint Vocational S.D., Georgetown
Southern Local S.D., Salineville
Southern Local S.D., Racine
Southern Local S.D., Corning
Southwest Licking Local S.D., Pataskala
Southwest Local S.D., Harrison
Southwestern City S.D., Grove City
Spencerville Local S.D., Spencerville
Springboro Community City S.D., Springboro
Springfield City S.D., Springfield
Springfield Local S.D., Holland
Springfield Local S.D., New Middletown
Springfield Local S.D., Akron
Springfield-Clark Cnty Joint Vocational S.D., Springfield
St. Clairsville-Richland City S.D., St. Clairsville
Steubenville City S.D., Steubenville
Stow-Munroe Falls City S.D., Stow

Achille P.S.s, Achille, Bryan Cnty
Ada P.s.s, Ada, Pontotoc Cnty
Adair P.S.s, Adair, Mayes Cnty
Afton P.S.s, Afton, Ottawa Cnty
Agra P.S.s, Agra, Lincoln Cnty
Albion P.S., Albion, Pushmataha Cnty
Alex P.S.s, Alex, Grady Cnty
Aline-Cleo P.S.s, Aline, Major Cnty

Strasburg-Franklin Local S.D., Strasburg
Streetsboro City S.D., Streetsboro
Strongsville City S.D., Strongsville
Struthers City S.D., Struthers
Stryker Local S.D., Stryker
Swanton Local S.D., Swanton
Switzerland of Ohio Local S.D., Woodsfield
Sycamore Community S.D., Blue Ash
Sylvania City S.D., Sylvania
Symmes Valley Local S.D., Willow Wood, Waterloo
Talawanda City S.D., Oxford
Tallmadge City S.D., Tallmadge
Teays Valley Local S.D., Ashville,
Tecumseh Local S.D., New Carlisle
Three Rivers Local S.D., Cleves
Tiffin City S.D., Tiffin
Tipp City Exempted Village S.D., Tipp City
Toledo City S.D., Toledo
Toronto City S.D., Toronto
Triad Local S.D., North Lewisburg
Tri-Cnty Joint Vocational S.D., Nelsonville
Tri-Cnty North Local S.D., Lewisburg
Trimble Local S.D., Glouster
Tri-Valley Local S.D., Dresden
Tri-Village Local S.D., New Madison
Triway Local S.D., Wooster
Trotwood-Madison City S.D., Trotwood
Troy City S.D., Troy
Tuscarawas Catholic Central S.D., New Philadelphia, Ohio
Tuscarawas Valley Local S.D., Zoarville
Tuslaw Local S.D., Massillon
Twin Valley Community Local S.D., West Alexandria
Twinsburg City S.D., Twinsburg
Ulysses Simpson Grant Joint Vocational S.D., Bethel
Union Cnty College Corner Joint S.D., College Corner, Indiana
Union Local S.D., Morristown
Union-Scioto Local S.D., Chillicothe
United Local S.D., Hanoverton
Upper Arlington City S.D., Upper Arlington
Upper Sandusky Exempted Village S.D., Upper Sandusky
Upper Scioto Valley Local S.D., McGuffey
Urbana City S.D., Urbana
Valley Local S.D., Lucasville
Valley View Local S.D., Germantown
Van Buren Local S.D., Van Buren
Van Wert City S.D., Van Wert
Vandalia-Butler City S.D., Vandalia
Vanlue Local S.D., Vanlue
Vermilion Local S.D., Vermilion
Versailles Exempted Village S.D., Versailles
Vinton Cnty Local S.D., McArthur
Wadsworth City S.D., Wadsworth

## Oklahoma

Allen P.S.s, Allen, Pontotoc Cnty
Allen-Bowden P.S., Tulsa, Creek Cnty
Altus P.S.s, Altus, Jackson Cnty
Alva P.S.s, Alva, Woods Cnty
Amber-Pocasset P.s.s, Amber, Grady Cnty
Anadarko P.S.s, Anadarko, Caddo Cnty
Anderson P.S., Sand Springs, Osage Cnty
Antlers P.S.s, Antlers, Pushmataha Cnty

Walnut Township Local S.D., Millersport
Wapakoneta City S.D., Wapakoneta
Warren City S.D., Warren
Warren Local S.D., Vincent
Warrensville Heights City S.D., Warrensville Heights
Washington Court House City S.D., Washington Court House
Washington Local S.D., Toledo
Washington-Nile Local S.D., West Portsmouth
Waterloo Local S.D., Waterloo
Wauseon Exempted Village S.D., Wauseon
Waverly City S.D., Waverly
Wayne Trace Local S.D., Haviland
Waynesfield-Goshen Local S.D., Waynesfield
Waynesville Local S.D., Waynesville
Weathersfield Local S.D., Mineral Ridge
Wellington Exempted Village S.D., Wellington
Wellston City S.D., Wellston
Wellsville Local S.D., Wellsville
West Branch Local S.D., Beloit
West Carrollton City S.D., West Carrollton
West Clermont Local S.D., Cincinnati
West Geauga Cnty Local S.D., Chester
West Holmes Local S.D., Millersburg
West Liberty-Salem Local S.D., West Liberty
West Muskingum Local S.D., Zanesville
Western Brown Local S.D., Mount Orab
Western Local S.D., Latham
Western Reserve Local S.D., Berlin Center
Western Reserve Local S.D., Collins
Westerville City S.D., Westerville
Westfall Local S.D., Williamsport
Westlake City S.D., Westlake
Wheelersburg Local S.D., Wheelersburg
Whitehall City S.D., Whitehall
Wickliffe City S.D., Wickliffe
Willard City S.D., Willard
Williamsburg Local S.D., Williamsburg
Willoughby-Eastlake City S.D., Eastlake
Wilmington City S.D., Wilmington
Windham Exempted Village S.D., Windham
Winton Woods City S.D., Forest Park
Wolf Creek Local S.D., Waterford
Woodmore Local S.D., Woodville
Woodridge Local S.D., Peninsula
Wooster City S.D., Wooster
World Changer Leadership Academy, Lima
Worthington City S.D., Worthington
Wynford Local S.D., Bucyrus
Wyoming City S.D., Wyoming
Xenia Community City S.D., Xenia
Yellow Springs Exempted Village S.D., Yellow Springs
Youngstown City S.D., Youngstown
Zane Trace Local S.D., Chillicothe
Zanesville City S.D., Zanesville

Arapaho-Butler Public S.D., Arapaho, Custer Cnty
Ardmore City Schools, Ardmore, Carter Cnty
Arkoma P.S.s, Arkoma, Le Flore Cnty
Arnett P.S.s, Arnett, Ellis Cnty
Asher P.S.s, Asher, Pottawatomie Cnty
Atoka P.S.s, Atoka, Atoka Cnty

Autry Technology Center
Avant P.S., Avant, Osage Cnty
Balko P.S.s, Balko, Beaver Cnty
Banner P.S., El Reno, Canadian Cnty
Barnsdall P.S.s, Barnsdall, Osage Cnty
Bartlesville P.S.s, Bartlesville, Washington Cnty
Battiest P.S.s, Battiest, McCurtain Cnty
Bearden P.S., Okemah, Okfuskee Cnty
Beaver P.S.s, Beaver, Beaver Cnty
Beggs P.S.s, Beggs, Okmulgee Cnty
Belfonte P.S., Muldrow, Sequoyah Cnty
Bennington P.S.s, Bennington, Bryan Cnty
Berryhill P.S.s, Tulsa, Tulsa Cnty
Bethany P.S.s, Bethany, Oklahoma Cnty
Bethel P.S.s, Shawnee, Pottawatomie Cnty
Big Pasture P.S.s, Randlett, Cotton Cnty
Billings P.S.s, Billings, Noble Cnty
Binger-Oney P.S.s, Binger, Caddo Cnty
Bishop P.S., Lawton, Comanche Cnty
Bixby P.S.s, Bixby, Tulsa Cnty
Blackwell P.S.s, Blackwell, Kay Cnty
Blair P.S.s, Blair, Jackson Cnty
Blanchard P.S.s, Blanchard, McClain Cnty
Bluejacket P.S.s, Bluejacket, Craig Cnty
Boise City P.S.s, Boise City, Cimarron Cnty
Bokoshe P.S.s, Bokoshe, Le Flore Cnty
Boone-Apache P.S.s, Apache, Caddo Cnty
Boswell P.S.s, Boswell, Choctaw Cnty
Bowlegs P.S.s, Bowlegs, Seminole Cnty
Bowring P.S., Bowring, Osage Cnty
Braggs P.S.s, Braggs, Muskogee Cnty
Bray-Doyle P.S.s, Marlow, Stephens Cnty
Bridge Creek P.S.s, Blanchard, Grady Cnty
Briggs P.S., Tahlequah, Cherokee Cnty
Bristow P.S.s, Bristow, Creek Cnty
Broken Arrow P.S.s, Broken Arrow, Tulsa Cnty
Broken Bow P.S.s, Broken Bow, McCurtain Cnty
Brushy P.S., Sallisaw, Sequoyah Cnty
Buffalo P.S.s, Buffalo, Harper Cnty
Buffalo Valley P.S.s, Talihina, Latimer Cnty
Burlington P.S.s, Burlington, Alfalfa Cnty
Burns Flat-Dill City Schools, Burns Flat, Washita Cnty
Butner P.S.s, Cromwell, Seminole Cnty
Byars P.S., Byars, McClain Cnty
Byng P.S.s, Ada, Pontotoc Cnty
Cache P.S.s, Cache, Comanche Cnty
Caddo P.S.s, Caddo, Bryan Cnty
Calera P.S.s, Calera, Bryan Cnty
Calumet P.S.s, Calumet, Canadian Cnty
Calvin P.S.s, Calvin, Hughes Cnty
Cameron P.S.s, Cameron, Le Flore Cnty
Canadian P.S.s, Canadian, Pittsburg Cnty
Canadian Valley
Caney P.S.s, Caney, Atoka Cnty
Caney Valley P.S.s, Ramona, Washington Cnty
Canton P.S.s, Canton, Blaine Cnty
Canute P.S.s, Canute, Washita Cnty
Carnegie P.S.s, Carnegie, Caddo Cnty
Carney P.S.s, Carney, Lincoln Cnty
Cashion P.S.s, Cashion, Kingfisher Cnty
Catoosa P.S.s, Catoosa, Rogers Cnty
Cave Springs P.S.s, Bunch, Adair Cnty
Cement P.S.s, Cement, Caddo Cnty
Central High P.S.s, Marlow, Stephens Cnty
Central P.S.s, Sallisaw, Sequoyah Cnty

Central Tech
Chandler P.S.s, Chandler, Lincoln Cnty
Chattanooga P.S.s, Chattanooga, Comanche Cnty
Checotah P.S.s, Checotah, McIntosh Cnty
Chelsea P.S.s, Chelsea, Rogers Cnty
Cherokee P.S.s, Cherokee, Alfalfa Cnty
Cheyenne P.S.s, Cheyenne, Roger Mills Cnty
Chickasha P.S.s, Chickasha, Grady Cnty
Chisholm P.S.s, Enid, Garfield Cnty
Choctaw-Nicoma Park S.D., Choctaw, Oklahoma Cnty
Chouteau-Mazie P.S.s, Chouteau, Mayes Cnty
Cimarron P.S.s, Lahoma, Major Cnty
Claremore P.S.s, Claremore, Rogers Cnty
Clayton P.S.s, Clayton, Pushmataha Cnty
Cleora P.S., Afton, Delaware Cnty
Cleveland P.S.s, Cleveland, Pawnee Cnty
Clinton P.S.s, Clinton, Custer Cnty
Coalgate P.S.s, Coalgate, Coal Cnty
Colbert P.S.s, Colbert, Bryan Cnty
Colcord P.S.s, Colcord, Delaware Cnty
Coleman P.S.s, Coleman, Johnston Cnty
Collinsville P.S.s, Collinsville, Tulsa Cnty
Comanche P.S.s, Comanche, Stephens Cnty
Commerce P.S.s, Commerce, Ottawa Cnty
Copan P.S.s, Copan, Washington Cnty
Cordell P.S.s, Cordell, Washita Cnty
Cottonwood P.S., Coalgate, Coal Cnty
Covington-Douglas P.S.s, Covington, Garfield Cnty
Coweta P.S.s, Coweta, Wagoner Cnty
Coyle P.S.s, Coyle, Logan Cnty
Crescent P.S.s, Crescent, Logan Cnty
Crooked Oak P.S.s, Oklahoma City, Oklahoma Cnty
Crowder P.S.s, Crowder, Pittsburg Cnty
Crutcho P.S., Oklahoma City, Oklahoma Cnty
Cushing P.S.s, Cushing, Payne Cnty
Cyril P.S.s, Cyril, Caddo Cnty
Dahlonegah P.S., Stilwell, Adair Cnty
Dale P.S.s, Dale, Pottawatomie Cnty
Darlington P.S., El Reno, Canadian Cnty
Davenport P.S.s, Davenport, Lincoln Cnty
Davidson P.S.s, Davidson, Tillman Cnty
Davis P.S.s, Davis, Murray Cnty
Deer Creek P.S.s, Edmond, Oklahoma Cnty
Deer Creek-Lamont P.S.s, Lamont, Grant Cnty
Denison P.S., Idabel, McCurtain Cnty
Depew P.S.s, Depew, Creek Cnty
Dewar P.S.s, Dewar, Okmulgee Cnty
Dewey P.S.s, Dewey, Washington Cnty
Dibble P.S.s, Dibble, McClain Cnty
Dickson P.S.s, Ardmore, Carter Cnty
Dover P.S.s, Dover, Kingfisher Cnty
Drummond P.S.s, Drummond, Garfield Cnty
Drumright P.S.s, Drumright, Creek Cnty
Duke P.S.s, Duke, Jackson Cnty
Duncan P.S.s, Duncan, Stephens Cnty
Durant I.S.D., Durant, Bryan Cnty
Dustin P.S.s, Dustin, Hughes Cnty
Eagletown P.S.s, Eagletown, McCurtain Cnty
Earlsboro P.S.s, Earlsboro, Pottawatomie Cnty
Eastern Oklahoma Cnty Technology Center
Edmond P.S.s, Edmond, Oklahoma Cnty

El Reno P.S.s, El Reno, Canadian Cnty
Eldorado P.S.s, Eldorado, Jackson Cnty
Elgin P.S.s, Elgin, Comanche Cnty
Elk City P.S.s, Elk City, Beckham Cnty
Elmore City-Pernell Schools, Elmore City, Garvin Cnty
Empire P.S.s, Duncan, Stephens Cnty
Enid P.S.s, Enid, Garfield Cnty
Erick P.S.s, Erick, Beckham Cnty
Eufaula P.S.s, Eufaula, McIntosh Cnty
Fairland P.S.s, Fairland, Ottawa Cnty
Fairview P.S.s, Fairview, Major Cnty
Fanshawe P.S., Fanshawe, Le Flore Cnty
Fargo P.S.s, Fargo, Ellis Cnty
Felt P.S.s, Felt, Cimarron Cnty
Fletcher P.S.s, Fletcher, Comanche Cnty
Flower Mound P.S., Lawton, Comanche Cnty
Forest Grove P.S., Garvin, McCurtain Cnty
Forgan P.S.s, Forgan, Beaver Cnty
Fort Cobb-Broxton P.S.s, Fort Cobb, Caddo Cnty
Fort Gibson P.S.s, Fort Gibson, Muskogee Cnty
Fort Supply P.S.s, Fort Supply, Woodward Cnty
Fort Towson P.S.s, Fort Towson, Choctaw Cnty
Fox P.S.s, Fox, Carter Cnty
Foyil P.S.s, Foyil, Rogers Cnty
Frederick P.S.s, Frederick, Tillman Cnty
Freedom P.S.s, Freedom, Woods Cnty
Friend P.S., Chickasha, Grady Cnty
Frink-Chambers P.S., McAlester, Pittsburg Cnty
Frontier P.S.s, Red Rock, Noble Cnty
Gage P.S.s, Gage, Ellis Cnty
Gans P.S.s, Gans, Sequoyah Cnty
Garber P.S.s, Garber, Garfield Cnty
Geary P.S.s, Geary, Blaine Cnty
Geronimo P.S.s, Geronimo, Comanche Cnty
Glencoe P.S.s, Glencoe, Payne Cnty
Glenpool P.S.s, Glenpool, Tulsa Cnty
Glover P.S.s, Broken Bow, McCurtain Cnty
Goodwell P.S.s, Goodwell, Texas Cnty
Gore P.S.s, Gore, Sequoyah Cnty
Gracemont P.S.s, Gracemont, Caddo Cnty
Graham P.S.s, Weleetka, Okfuskee Cnty
Grand View P.S., Tahlequah, Cherokee Cnty
Grandfield P.S.s, Grandfield, Tillman Cnty
Grandview P.S., Comanche, Stephens Cnty
Granite P.S.s, Granite, Greer Cnty
Grant P.S., Grant, Choctaw Cnty
Greasy P.S., Stilwell, Adair Cnty
Greenville P.S., Marietta, Love Cnty
Grove P.S., Shawnee, Pottawatomie Cnty
Grove P.S.s, Grove, Delaware Cnty
Guthrie P.S.s, Guthrie, Logan Cnty
Guymon P.S.s, Guymon, Texas Cnty
Gypsy P.S., Depew, Creek Cnty
Haileyville P.S.s, Haileyville, Pittsburg Cnty
Hammon P.S.s, Hammon, Roger Mills Cnty
Hanna P.S.s, Hanna, McIntosh Cnty
Hardesty P.S.s, Hardesty, Texas Cnty
Harmony P.S., Atoka, Atoka Cnty
Harrah P.S.s, Harrah, Oklahoma Cnty
Hartshorne P.S.s, Hartshorne, Pittsburg Cnty
Haskell P.S.s, Haskell, Muskogee Cnty

Haworth P.S.s, Haworth, McCurtain Cnty
Haywood P.S., Haywood, Pittsburg Cnty
Healdton P.S.s, Healdton, Carter Cnty
Heavener P.S.s, Heavener, Le Flore Cnty
Hennessey P.S.s, Hennessey, Kingfisher
Cnty
Henryetta P.S.s, Henryetta, Okmulgee Cnty
Hilldale P.S.s, Muskogee, Muskogee Cnty
Hinton P.S.s, Hinton, Caddo Cnty
Hobart P.S.s, Hobart, Kiowa Cnty
Hodgen P.S., Hodgen, Le Flore Cnty
Holdenville P.S.s, Holdenville, Hughes
Cnty
Hollis P.S.s, Hollis, Harmon Cnty
Holly Creek P.S., Broken Bow, McCurtain
Cnty
Hominy P.S.s, Hominy, Osage Cnty
Hooker P.S.s, Hooker, Texas Cnty
Howe P.S.s, Howe, Le Flore Cnty
Hugo P.S.s, Hugo, Choctaw Cnty
Hulbert P.S.s, Hulbert, Cherokee Cnty
Hydro-Eakly P.S.s, Hydro, Caddo Cnty
Idabel P.S.s, Idabel, McCurtain Cnty
Indiahoma P.S.s, Indiahoma, Comanche
Cnty
Indianola P.S.s, Indianola, Pittsburg Cnty
Inola P.S.s, Inola, Rogers Cnty
Jay P.S.s, Jay, Delaware Cnty
Jenks P.S.s, Jenks, Tulsa Cnty
Jennings P.S., Jennings, Pawnee Cnty
Jones P.S.s, Jones, Oklahoma Cnty
Justice P.S., Wewoka, Seminole Cnty
Justus-Tiawah P.S., Claremore, Rogers
Cnty
Kansas P.S.s, Kansas, Delaware Cnty
Kellyville P.S.s, Kellyville, Creek Cnty
Kenwood P.S., Salina, Delaware Cnty
Keota P.S.s, Keota, Haskell Cnty
Ketchum P.S.s, Ketchum, Craig Cnty
Keyes P.S.s, Keyes, Cimarron Cnty
Keys P.S.s, Park Hill, Cherokee Cnty
Keystone P.S., Sand Springs, Tulsa Cnty
Kiefer P.S.s, Kiefer, Creek Cnty
Kildare P.S., Ponca City, Kay Cnty
Kingfisher P.S.s, Kingfisher, Kingfisher
Cnty
Kingston P.S.s, Kingston, Marshall Cnty
Kinta P.S.s, Kinta, Haskell Cnty
Kiowa P.S.s, Kiowa, Pittsburg Cnty
Konawa P.S.s, Konawa, Seminole Cnty
Krebs P.S., Krebs, Pittsburg Cnty
Kremlin-Hillsdale P.S.s, Kremlin, Garfield
Cnty
Lane P.S., Lane, Atoka Cnty
Latta P.S.s, Ada, Pontotoc Cnty
Laverne P.S.s, Laverne, Harper Cnty
Lawton P.S.s, Lawton, Comanche Cnty
Le Flore P.S.s, Le Flore, Le Flore Cnty
Leach P.S., Twin Oaks, Delaware Cnty
Leedey P.S.s, Leedey, Roger Mills Cnty
Lexington P.S.s, Lexington, Cleveland
Cnty
Liberty P.S., Roland, Sequoyah Cnty
Liberty P.S.s, Mounds, Tulsa Cnty
Lindsay P.S.s, Lindsay, Garvin Cnty
Little Axe P.S.s, Norman, Cleveland Cnty
Big Axe P.S.s, Normani, Cleveland Cnty
Locust Grove P.S.s, Locust Grove, Mayes
Cnty
Lomega P.S.s, Omega, Kingfisher Cnty
Lone Grove P.S.s, Lone Grove, Carter Cnty
Lone Star P.S., Sapulpa, Creek Cnty

Lone Wolf P.S.s, Lone Wolf, Kiowa Cnty
Lookeba-Sickles P.S.s, Lookeba, Caddo
Cnty
Lowrey P.S., Tahlequah, Cherokee Cnty
Lukfata P.S., Broken Bow, McCurtain Cnty
Luther P.S.s, Luther, Oklahoma Cnty
Macomb P.S.s, Macomb, Pottawatomie
Cnty
Madill P.S.s, Madill, Marshall Cnty
Mangum P.S.s, Mangum, Greer Cnty
Mannford P.S.s, Mannford, Creek Cnty
Mannsville P.S., Mannsville, Johnston Cnty
Maple P.S., Calumet, Canadian Cnty
Marble City P.S.s, Marble City, Sequoyah
Cnty
Marietta P.S.s, Marietta, Love Cnty
Marlow P.S.s, Marlow, Stephens Cnty
Maryetta P.S., Stilwell, Adair Cnty
Mason P.S.s, Mason, Okfuskee Cnty
Maud P.S.s, Maud, Pottawatomie Cnty
Maysville P.S.s, Maysville, Garvin Cnty
McAlester P.S.s, McAlester, Pittsburg Cnty
McCord P.S., Ponca City, Osage Cnty
McCurtain P.S.s, McCurtain, Haskell Cnty
McLoud P.S.s, McLoud, Pottawatomie
Cnty
Medford P.S.s, Medford, Grant Cnty
Meeker P.S.s, Meeker, Lincoln Cnty
Merritt P.S.s, Elk City, Beckham Cnty
Metro Technology Centers, Oklahoma City,
Oklahoma Cnty
Miami P.S.s, Miami, Ottawa Cnty
Mid-Del S.D., Midwest City, Oklahoma
Cnty
Middleberg P.S., Blanchard, Grady Cnty
Midway P.S.s, Council Hill, McIntosh Cnty
Milburn P.S.s, Milburn, Johnston Cnty
Milfay P.S., Milfay, Creek Cnty
Mill Creek P.S.s, Mill Creek, Johnston
Cnty
Millwood P.S.s, Oklahoma City, Oklahoma
Cnty
Minco P.S.s, Minco, Grady Cnty
Moffett P.S., Moffett, Sequoyah Cnty
Monroe P.S., Monroe, Le Flore Cnty
Moore P.S.s, Moore, Cleveland Cnty
Mooreland P.S.s, Mooreland, Woodward
Cnty
Morris P.S.s, Morris, Okmulgee Cnty
Morrison P.S.s, Morrison, Noble Cnty
Moseley P.S., Colcord, Delaware Cnty
Moss P.S.s, Holdenville, Hughes Cnty
Mounds P.S.s, Mounds, Creek Cnty
Mountain View-Gotebo Schools, Mountain
View, Kiowa Cnty
Moyers P.S.s, Moyers, Pushmataha Cnty
Muldrow P.S.s, Muldrow, Sequoyah Cnty
Mulhall-Orlando P.S.s, Orlando, Logan
Cnty
Muskogee P.S.s, Muskogee, Muskogee
Cnty
Mustang P.S.s, Mustang, Canadian Cnty
Nashoba P.S., Nashoba, Pushmataha Cnty
Navajo P.S.s, Altus, Jackson Cnty
New Lima P.S.s, Wewoka, Seminole Cnty
Newcastle P.S.s, Newcastle, McClain Cnty
Newkirk P.S.s, Newkirk, Kay Cnty
Ninnekah P.S.s, Ninnekah, Grady Cnty
Noble P.S.s, Noble, Cleveland Cnty
Norman P.S.s, Norman, Cleveland Cnty
North Rock Creek P.S., Shawnee,
Pottawatomie Cnty

Norwood P.S.s, Hulbert, Cherokee Cnty
Nowata P.S.s, Nowata, Nowata Cnty
Oak Grove P.S., Cushing, Payne Cnty
Oakdale P.S., Edmond, Oklahoma Cnty
Oaks-Mission P.S.s, Oaks, Delaware Cnty
Oilton P.S.s, Oilton, Creek Cnty
Okarche P.S.s, Okarche, Kingfisher Cnty
Okay P.S.s, Okay, Wagoner Cnty
Okeene P.S.s, Okeene, Blaine Cnty
Okemah P.S.s, Okemah, Okfuskee Cnty
Oklahoma City P.S.s, Oklahoma City,
Oklahoma Cnty
Oklahoma Union P.S.s, South Coffeyville,
Nowata Cnty
Oktaha P.S.s, Oktaha, Muskogee Cnty
Olive P.S.s, Drumright, Creek Cnty
Olney P.S.s, Clarita, Coal Cnty
Olustee P.S.s, Olustee, Jackson Cnty
Oologah-Talala P.S.s, Oologah, Rogers
Cnty
Optima P.S., Optima, Texas Cnty
Osage Hills P.S., Bartlesville, Osage Cnty
Osage P.S., Pryor, Mayes Cnty
Owasso P.S.s, Owasso, Tulsa Cnty
Paden P.S.s, Paden, Okfuskee Cnty
Panama P.S.s, Panama, Le Flore Cnty
Panola P.S.s, Panola, Latimer Cnty
Paoli P.S.s, Paoli, Garvin Cnty
Pauls Valley P.S.s, Pauls Valley, Garvin
Cnty
Pawhuska P.S.s, Pawhuska, Osage Cnty
Pawnee P.S.s, Pawnee, Pawnee Cnty
Peavine P.S., Stilwell, Adair Cnty
Peckham P.S., Newkirk, Kay Cnty
Peggs P.S., Peggs, Cherokee Cnty
Perkins-Tryon P.S.s, Perkins, Payne Cnty
Piedmont P.S.s, Piedmont, Canadian Cnty
Pioneer P.S., Chickasha, Grady Cnty
Pioneer-Pleasant Vale Schools, Waukomis,
Garfield Cnty
Pittsburg P.S.s, Pittsburg, Pittsburg Cnty
Plainview P.S.s, Ardmore, Carter Cnty
Pleasant Grove P.S., Shawnee,
Pottawatomie Cnty
Pocola P.S.s, Pocola, Le Flore Cnty
Ponca City P.S.s, Ponca City, Kay Cnty
Pond Creek-Hunter P.S.s, Pond Creek,
Grant Cnty
Porter Consolidated Schools, Porter,
Wagoner Cnty
Porum P.S.s, Porum, Muskogee Cnty
Poteau P.S.s, Poteau, Le Flore Cnty
Prague P.S.s, Prague, Lincoln Cnty
Preston P.S.s, Preston, Okmulgee Cnty
Pretty Water P.S., Sapulpa, Creek Cnty
Prue P.S.s, Prue, Osage Cnty
Pryor P.S.s, Pryor, Mayes Cnty
Purcell P.S.s, Purcell, McClain Cnty
Putnam City P.S.s, Warr Acres, Oklahoma
Cnty
Quapaw P.S.s, Quapaw, Ottawa Cnty
Quinton P.S.s, Quinton, Pittsburg Cnty
Rattan P.S.s, Rattan, Pushmataha Cnty
Ravia P.S., Ravia, Johnston Cnty
Red Oak P.S.s, Red Oak, Latimer Cnty
Reydon P.S.s, Reydon, Roger Mills Cnty
Ringling P.S.s, Ringling, Jefferson Cnty
Ringwood P.S.s, Ringwood, Major Cnty
Ripley P.S.s, Ripley, Payne Cnty
Riverside P.S.s, El Reno, Canadian Cnty
Robin Hill P.S., Norman, Cleveland Cnty
Rock Creek P.S.s, Bokchito, Bryan Cnty

Rocky Mountain P.S., Stilwell, Adair Cnty
Roff P.S.s, Roff, Pontotoc Cnty
Roland P.S.s, Roland, Sequoyah Cnty
Rush Springs P.S.s, Rush Springs, Grady Cnty
Ryal P.S., Henryetta, McIntosh Cnty
Ryan P.S.s, Ryan, Jefferson Cnty
Salina P.S.s, Salina, Mayes Cnty
Sallisaw P.S.s, Sallisaw, Sequoyah Cnty
Sand Springs P.S.s, Sand Springs, Tulsa Cnty
Sapulpa P.S.s, Sapulpa, Creek Cnty
Sasakwa P.S.s, Sasakwa, Seminole Cnty
Savanna P.S.s, Savanna, Pittsburg Cnty
Sayre P.S.s, Sayre, Beckham Cnty
Schulter P.S.s, Schulter, Okmulgee Cnty
Seiling P.S.s, Seiling, Dewey Cnty
Seminole P.S.s, Seminole, Seminole Cnty
Sentinel P.S.s, Sentinel, Washita Cnty
Sequoyah P.S.s, Claremore, Rogers Cnty
Shady Grove P.S., Hulbert, Cherokee Cnty
Shady Point P.S., Shady Point, Le Flore Cnty
Sharon-Mutual P.S.s, Mutual, Woodward Cnty
Shattuck P.S.s, Shattuck, Ellis Cnty
Shawnee P.S.s, Shawnee, Pottawatomie Cnty
Shidler P.S.s, Shidler, Osage Cnty
Silo P.S.s, Durant, Bryan Cnty
Skelly P.S., Watts, Adair Cnty
Skiatook P.S.s, Skiatook, Tulsa Cnty
Smithville P.S.s, Smithville, McCurtain Cnty
Snyder P.S.s, Snyder, Kiowa Cnty
Soper P.S.s, Soper, Choctaw Cnty
South Coffeyville P.S.s, South Coffeyville, Nowata Cnty
South Rock Creek P.S., Shawnee, Pottawatomie Cnty
Spavinaw P.S., Spavinaw, Mayes Cnty
Sperry P.S.s, Sperry, Tulsa Cnty
Spiro P.S.s, Spiro, Le Flore Cnty
Springer P.S.s, Springer, Carter Cnty
Sterling P.S.s, Sterling, Comanche Cnty
Stidham P.S., Eufaula, McIntosh Cnty
Stigler P.S.s, Stigler, Haskell Cnty
Stillwater P.S.s, Stillwater, Payne Cnty
Stilwell P.S.s, Stilwell, Adair Cnty
Stonewall P.S.s, Stonewall, Pontotoc Cnty
Straight P.S., Guymon, Texas Cnty
Stratford P.S.s, Stratford, Garvin Cnty

Stringtown P.S.s, Stringtown, Atoka Cnty
Strother P.S.s, Seminole, Seminole Cnty
Stroud P.S.s, Stroud, Lincoln Cnty
Stuart P.S.s, Stuart, Hughes Cnty
Sulphur P.S.s, Sulphur, Murray Cnty
Sweetwater P.S.s, Sweetwater, Roger Mills Cnty
Swink P.S., Swink, Choctaw Cnty
Tahlequah P.S.s, Tahlequah, Cherokee Cnty
Talihina P.S.s, Talihina, Le Flore Cnty
Taloga P.S.s, Taloga, Dewey Cnty
Tannehill P.S., McAlester, Pittsburg Cnty
Tecumseh P.S.s, Tecumseh, Pottawatomie Cnty
Temple P.S.s, Temple, Cotton Cnty
Tenkiller P.S., Welling, Cherokee Cnty
Terral P.S., Terral, Jefferson Cnty
Texhoma P.S.s, Texhoma, Texas Cnty
Thackerville P.S.s, Thackerville, Love Cnty
Thomas-Fay-Custer U.S.D., Thomas, Custer Cnty
Timberlake P.S.s, Helena, Alfalfa Cnty
Tipton P.S.s, Tipton, Tillman Cnty
Tishomingo P.S.s, Tishomingo, Johnston Cnty
Tonkawa P.S.s, Tonkawa, Kay Cnty
Tulsa P.S.s, Tulsa, Tulsa Cnty
Tupelo P.S.s, Tupelo, Coal Cnty
Turkey Ford P.S., Wyandotte, Ottawa Cnty
Turner P.S.s, Burneyville, Love Cnty
Turpin P.S.s, Turpin, Beaver Cnty
Tushka P.S.s, Atoka, Atoka Cnty
Tuskahoma P.S., Tuskahoma, Pushmataha Cnty
Tuttle P.S.s, Tuttle, Grady Cnty
Twin Hills P.S., Okmulgee, Okmulgee Cnty
Tyrone P.S.s, Tyrone, Texas Cnty
Union City P.S.s, Union City, Canadian Cnty
Union P.S.s, Tulsa, Tulsa Cnty
Valliant P.S.s, Valliant, McCurtain Cnty
Vanoss P.S.s, Ada, Pontotoc Cnty
Varnum P.S.s, Seminole, Seminole Cnty
Velma-Alma P.S.s, Velma, Stephens Cnty
Verden P.S.s, Verden, Grady Cnty
Verdigris P.S.s, Verdigris, Rogers Cnty
Vian P.S.s, Vian, Sequoyah Cnty
Vici P.S.s, Vici, Dewey Cnty
Vinita P.S.s, Vinita, Craig Cnty
Wagoner P.S.s, Wagoner, Wagoner Cnty

Wainwright P.S.s, Wainwright, Muskogee Cnty
Walters P.S.s, Walters, Cotton Cnty
Wanette P.S.s, Wanette, Pottawatomie Cnty
Wapanucka P.S.s, Wapanucka, Johnston Cnty
Warner P.S.s, Warner, Muskogee Cnty
Washington P.S.s, Washington, McClain Cnty
Watonga P.S.s, Watonga, Blaine Cnty
Watts P.S.s, Watts, Adair Cnty
Waukomis P.S.s, Waukomis, Garfield Cnty
Waurika P.S.s, Waurika, Jefferson Cnty
Wayne P.S.s, Wayne, McClain Cnty
Waynoka P.S.s, Waynoka, Woods Cnty
Weatherford P.S.s, Weatherford, Custer Cnty
Webbers Falls P.S.s, Webbers Falls, Muskogee Cnty
Welch P.S.s, Welch, Craig Cnty
Weleetka P.S.s, Weleetka, Okfuskee Cnty
Wellston P.S.s, Wellston, Lincoln Cnty
Western Heights P.S.s, Oklahoma City, Oklahoma Cnty
Westville P.S.s, Westville, Adair Cnty
Wetumka P.S.s, Wetumka, Hughes Cnty
Wewoka P.S.s, Wewoka, Seminole Cnty
White Rock P.S., McLoud, Lincoln Cnty
Whitebead P.S., Pauls Valley, Garvin Cnty
Whitefield P.S., Whitefield, Haskell Cnty
Whitesboro P.S.s, Whitesboro, Le Flore Cnty
Wickliffe P.S., Salina, Mayes Cnty
Wilburton P.S.s, Wilburton, Latimer Cnty
Wilson P.S.s, Henryetta, Okmulgee Cnty
Wilson P.S.s, Wilson, Carter Cnty
Wister P.S.s, Wister, Le Flore Cnty
Woodall P.S., Tahlequah, Cherokee Cnty
Woodland P.S.s, Fairfax, Osage Cnty
Woodward P.S.s, Woodward, Woodward Cnty
Wright City P.S.s, Wright City, McCurtain Cnty
Wyandotte P.S.s, Wyandotte, Ottawa Cnty
Wynnewood P.S.s, Wynnewood, Garvin Cnty
Wynona P.S.s, Wynona, Osage Cnty
Yale P.S.s, Yale, Payne Cnty
Yarbrough P.S.s, Goodwell, Texas Cnty
Yukon P.S.s, Yukon, Canadian Cnty
Zaneis P.S., Wilson, Carter Cnty
Zion P.S., Stilwell, Adair Cnty

## Oregon

Adel S.D.
Adrian S.D.
Alsea S.D.
Amity S.D.
Annex S.D., Ontario
Arlington S.D.
Arock S.D.
Ashland S.D.
Ashwood S.D.
Astoria S.D.
Athena-Weston S.D.
Baker S.D., Baker City
Bandon S.D.
Banks S.D.
Beaverton S.D.
Bend-La Pine S.D.
Bethel S.D., Eugene

Blachly S.D.
Black Butte S.D., Camp Sherman
Brookings-Harbor S.D.
Burnt River S.D., Unity
Butte Falls S.D.
Camas Valley S.D.
Canby S.D.
Cascade S.D., Turner
Centennial S.D., Portland
Central S.D., Independence
Central Curry S.D., Gold Beach
Central Linn S.D., Brownsville
Central Point S.D. (formerly Jackson Cnty S.D.)
Clatskanie S.D.
Colton S.D.
Condon S.D.

Coos Bay S.D.
Coquille S.D.
Corbett S.D.
Corvallis S.D.
Cove S.D.
Creswell S.D.
Crook Cnty S.D., Prineville
Crow-Applegate-Lorane S.D.
Culver S.D.
Dallas S.D.
David Douglas S.D., Portland
Days Creek S.D. (Douglas Cnty S.D. 15)
Dayton S.D.
Dayville S.D.
Diamond S.D.
Double O S.D., Hines
Drewsey S.D.

Dufur S.D.
Eagle Point S.D.
Echo S.D.
Elgin S.D.
Elkton S.D.
Enterprise S.D.
Estacada S.D.
Eugene S.D.
Falls City S.D.
Fern Ridge S.D., Elmira
Forest Grove S.D.
Fossil S.D.
Frenchglen S.D.
Gaston S.D.
Gervais S.D.
Gladstone S.D.
Glendale S.D.
Glide S.D.
Grants Pass S.D.
Greater Albany Public S.D.
Gresham-Barlow S.D.
Harney Cnty S.D. 3, Burns
Harney Cnty S.D. 4 (Crane E.S.D.), Crane
Harney Cnty Union High S.D. (Crane
Union High S.D.), Crane
Harper S.D.
Harrisburg S.D.
Helix S.D.
Hermiston S.D.
Hillsboro S.D.
Hood River Cnty S.D., Hood River
Huntington S.D.
Imbler S.D.
Ione S.D.
Jefferson S.D.
Jefferson Cnty S.D., Madras
Jewell S.D.
John Day S.D. (Grant Cnty S.D.), Canyon
City
Jordan Valley S.D.
Joseph S.D.
Junction City S.D.
Juntura S.D.
Klamath Cnty S.D.
Klamath Falls City Schools
Knappa S.D.
La Grande S.D.
Lake Cnty S.D. (Lakeview S.D.)
Lake Oswego S.D.
Lebanon Community Schools
Lincoln Cnty S.D., Newport

Long Creek S.D.
Lowell S.D.
Mapleton S.D.
Marcola S.D.
McDermitt E.S.D. (Students attend school
in McDermitt, Nevada)
McKenzie S.D., Finn Rock
McMinnville S.D.
Medford S.D.
Milton-Freewater U.S.D.
Mitchell S.D.
Molalla River S.D.
Monroe S.D.
Monument S.D.
Morrow S.D., Lexington
Mt. Angel S.D.
Myrtle Point S.D.
Neah-Kah-Nie S.D., Rockaway Beach
Nestucca Valley S.D., Hebo
Newberg S.D.
North Bend S.D.
North Clackamas S.D., Milwaukie
North Douglas S.D., Drain
North Lake S.D., Silver Lake
North Marion S.D., Aurora
North Powder S.D.
North Santiam S.D., Stayton
North Wasco Cnty S.D. (formerly The
Dalles and Chenowith S.D.s)
Nyssa S.D.
Oakland S.D.
Oakridge S.D.
Ontario S.D.
Oregon City S.D.
Oregon Trail S.D., Sandy
Paisley S.D.
Parkrose S.D., Portland
Pendleton S.D.
Perrydale S.D.
Philomath S.D.
Phoenix-Talent S.D.
Pilot Rock S.D.
Pine Creek S.D., Hines
Pine Eagle S.D., Halfway
Pinehurst S.D., Ashland
Pleasant Hill S.D.
Plush S.D.
Port Orford-Langlois S.D.
Portland P.S.s
Powers S.D.
Prairie City S.D.

Prospect S.D.
Rainier S.D.
Redmond S.D.
Reedsport S.D.
Reynolds S.D., Fairview
Riddle S.D.
Riverdale S.D., Portland
Rogue River S.D.
Roseburg S.D. (Douglas Cnty S.D. 4)
St. Helens S.D.
St. Paul S.D.
Salem-Keizer S.D.
Santiam Canyon S.D., Mill City
Scappoose S.D.
Scio S.D.
Seaside S.D.
Sheridan S.D.
Sherman Cnty S.D., Wasco
Sherwood S.D.
Silver Falls S.D., Silverton
Sisters S.D.
Siuslaw S.D., Florence
South Harney S.D., Fields
South Lane S.D., Cottage Grove
South Umpqua S.D., Myrtle Creek
South Wasco Cnty S.D., Maupin
Spray S.D.
Springfield S.D.
Stanfield S.D.
Suntex S.D., Hines
Sutherlin S.D.
Sweet Home S.D.
Three Rivers/Josephine Cnty S.D., Murphy
Tigard-Tualatin S.D.
Tillamook S.D.
Troy S.D.
Ukiah S.D.
Umatilla S.D.
Union S.D.
Vale S.D.
Vernonia S.D.
Wallowa S.D.
Warrenton-Hammond S.D.
West Linn-Wilsonville S.D.
Willamina S.D.
Winston-Dillard S.D.
Woodburn S.D.
Yamhill-Carlton S.D.
Yoncalla S.D.

Abington Heights S.D. – Lackawanna Cnty
Abington S.D. – Montgomery Cnty
Albert Gallatin Area S.D. – Fayette Cnty
Aliquippa S.D. – Beaver Cnty
Allegheny-Clarion Valley S.D. –
Armstrong Cnty, Butler Cnty, Clarion Cnty.
Allegheny Valley S.D. – Allegheny Cnty
Allentown S.D. – Lehigh Cnty
Altoona Area S.D. – Blair Cnty
Ambridge Area S.D. – Beaver Cnty
Annville-Cleona S.D. – Lebanon Cnty
Antietam S.D. – Berks Cnty
Apollo-Ridge S.D. – Armstrong Cnty,
Indiana Cnty
Armstrong S.D. – Armstrong Cnty, Clarion
Cnty, Indiana Cnty
Athens Area S.D. – Bradford Cnty
Austin Area S.D. – Potter Cnty

## Pennsylvania

Avella Area S.D. – Washington Cnty
Avon Grove S.D. – Chester Cnty
Avonworth S.D. – Allegheny Cnty
Bald Eagle Area S.D. – Centre Cnty
Baldwin-Whitehall S.D. – Allegheny Cnty
Bangor Area S.D. – Northampton Cnty
Beaver Area S.D. – Beaver Cnty
Bedford Area S.D. – Bedford Cnty
Belle Vernon Area S.D. – Fayette Cnty,
Westmoreland Cnty
Bellefonte Area S.D. – Centre Cnty
Bellwood-Antis S.D. – Blair Cnty
Bensalem Township S.D. – Bucks Cnty
Benton Area S.D. – Columbia Cnty
Bentworth S.D. – Washington Cnty
Berlin Brothersvalley S.D. – Somerset Cnty
Bermudian Springs S.D. – Adams Cnty

Berwick Area S.D. – Columbia Cnty,
Luzerne Cnty
Bethel Park S.D. – Allegheny Cnty
Bethlehem Area S.D. – Lehigh Cnty,
Northampton Cnty
Bethlehem-Center S.D. – Washington Cnty
Big Beaver Falls Area S.D. – Beaver Cnty
Big Spring S.D. – Cumberland Cnty
Blackhawk S.D. – Beaver Cnty, Lawrence
Cnty
Blacklick Valley S.D. – Cambria Cnty
Blairsville-Saltsburg S.D. – Indiana Cnty,
Westmoreland Cnty
Bloomsburg Area S.D. – Columbia Cnty
Blue Mountain S.D. – Schuylkill Cnty
Blue Ridge S.D. – Susquehanna Cnty
Boyertown Area S.D. – Berks Cnty,
Montgomery Cnty

Bradford Area S.D. – McKean Cnty
Brandywine Heights Area S.D. – Berks Cnty
Brentwood Borough S.D. – Allegheny Cnty
Bristol Borough S.D. – Bucks Cnty
Bristol Township S.D. – Bucks Cnty
Brockway Area S.D. – Elk Cnty, Jefferson Cnty
Brookville Area S.D. – Jefferson Cnty
Brownsville Area S.D. – Fayette Cnty, Washington Cnty
Bryn Athyn S.D. – Montgomery Cnty
Burgettstown Area S.D. – Washington Cnty
Burrell S.D. – Westmoreland Cnty
Butler Area S.D. – Butler Cnty
California Area S.D. – Washington
Cambria Heights S.D. – Cambria
Cameron Cnty S.D. – Cameron
Camp Hill S.D. – Cumberland
Canon-McMillan S.D. – Washington
Canton Area S.D. – Bradford, Lycoming, Tioga
Carbondale Area S.D. – Lackawanna
Carlisle Area S.D. – Cumberland
Carlynton S.D. – Allegheny
Carmichaels Area S.D. – Greene
Catasauqua Area S.D. – Lehigh, Northampton
Centennial S.D. – Bucks
Center Area S.D. – Beaver (defunct)
Central Bucks S.D. – Bucks
Central Cambria S.D. – Cambria
Central Columbia S.D. – Columbia
Central Dauphin S.D. – Dauphin
Central Fulton S.D. – Fulton
Central Greene S.D. – Greene
Central Valley S.D. – Beaver
Central York S.D. – York
Chambersburg Area S.D. – Franklin
Charleroi S.D. – Washington
Chartiers-Houston S.D. – Washington
Chartiers Valley S.D. – Allegheny
Cheltenham Township S.D. – Montgomery Cnty
Chester Upland S.D. – Delaware
Chestnut Ridge S.D. – Bedford
Chichester S.D. – Delaware
Clairton City S.D. – Allegheny
Clarion Area S.D. – Clarion
Clarion-Limestone Area S.D. – Clarion, Jefferson
Claysburg-Kimmel S.D. – Blair, Bedford
Clearfield Area S.D. – Clearfield
Coatesville Area S.D. – Chester
Cocalico S.D. – Lancaster
Colonial S.D. – Montgomery Cnty
Columbia Borough S.D. – Lancaster
Commodore Perry S.D.
Conemaugh Township Area S.D. – Somerset
Conemaugh Valley S.D. – Cambria
Conestoga Valley S.D. – Lancaster
Conewago Valley S.D. – Adams
Conneaut S.D. – Crawford
Connellsville Area S.D. – Fayette
Conrad Weiser Area S.D. – Berks, Lancaster
Cornell S.D. – Allegheny
Cornwall-Lebanon S.D. – Lebanon
Corry Area S.D. – Crawford, Erie, Warren
Coudersport Area S.D. – Potter
Council Rock S.D. – Bucks

Cranberry Area S.D. – Venango Cnty
Crawford Central S.D. – Crawford,Mercer
Crestwood S.D. – Luzerne
Cumberland Valley S.D. – Cumberland
Curwensville Area S.D. – Clearfield
Dallas S.D. – Luzerne Cnty
Dallastown Area S.D. – York Cnty
Daniel Boone Area S.D. – Berks Cnty
Danville Area S.D. – Montour Cnty, Northumberland Cnty
Deer Lakes S.D. – Allegheny Cnty
Delaware Valley S.D. – Pike Cnty
Derry Area S.D. – Westmoreland Cnty
Derry Township S.D. – Dauphin Cnty
Donegal S.D. – Lancaster Cnty
Dover Area S.D. – York Cnty
Downingtown Area S.D. – Chester Cnty
DuBois Area S.D. – Clearfield Cnty, Jefferson Cnty
Dunmore S.D. – Lackawanna Cnty
Duquesne City S.D. – Allegheny Cnty
East Allegheny S.D. – Allegheny
East Lycoming S.D. – Lycoming
East Penn S.D. – Lehigh
East Pennsboro Area S.D. – Cumberland
East Stroudsburg Area S.D. – Monroe, Pike
Eastern Lancaster Cnty S.D. – Lancaster
Eastern Lebanon Cnty S.D. – Lebanon
Eastern York S.D. – York
Easton Area S.D. – Bucks, Northampton
Elizabeth Forward S.D. – Allegheny
Elizabethtown Area S.D. – Lancaster
Elk Lake S.D. – Susquehanna, Wyoming
Ellwood City Area S.D. – Beaver, Lawrence
Ephrata Area S.D. – Lancaster
Erie City S.D. – Erie
Everett Area S.D. – Bedford
Exeter Township S.D. – Berks
Fairfield Area S.D. – Adams
Fairview S.D. – Erie
Fannett-Metal S.D. – Franklin, Perry
Farrell Area S.D. – Mercer
Ferndale Area S.D. – Cambria
Fleetwood Area S.D. – Berks
Forbes Road S.D. – Fulton
Forest Area S.D. – Forest
Forest City Regional S.D. – Susquehanna, Lackawanna, Wayne
Forest Hills S.D. – Cambria
Fort Cherry S.D. – Washington, Allegheny
Fort LeBoeuf S.D. – Erie
Fox Chapel Area S.D. – Allegheny
Franklin Area S.D. – Venango
Franklin Regional S.D. – Westmoreland
Frazier S.D. – Fayette
Freedom Area S.D. – Beaver
Freeport Area S.D. – Armstrong, Butler
Galeton Area S.D.
Garnet Valley S.D. – Delaware
Gateway S.D. - Allegheny
General McLane S.D.
Gettysburg Area S.D.
Girard S.D.
Glendale S.D.
Governor Mifflin S.D.
Great Valley S.D. – Chester
Greater Johnstown S.D.
Greater Latrobe S.D. - Westmoreland
Greater Nanticoke Area S.D.
Greencastle-Antrim S.D.
Greensburg-Salem S.D. - Westmoreland

Greenville Area S.D.
Greenwood S.D.
Grove City Area S.D.
Halifax Area S.D. – Dauphin Cnty
Hamburg Area S.D.
Hampton Township S.D. – Allegheny Cnty
Hanover Area S.D. – Luzerne Cnty
Hanover Public S.D. – York Cnty
Harbor Creek S.D.
Harmony Area S.D.
Harrisburg City S.D. – Dauphin Cnty
Hatboro-Horsham S.D. – Montgomery Cnty
Haverford Township S.D. – Delaware Cnty
Hazleton Area S.D. – Carbon Cnty, Luzerne Cnty, Schuylkill Cnty
Hempfield Area S.D. – Westmoreland Cnty
Hempfield S.D. – Lancaster Cnty
Hermitage S.D.
Highlands S.D. – Allegheny Cnty
Hollidaysburg Area S.D.
Homer-Center S.D.
Hopewell Area S.D. - Beaver
Huntingdon Area S.D.
Indiana Area S.D. – Indiana Cnty
Interboro S.D. – Delaware Cnty
Iroquois S.D. – Erie Cnty
Jamestown Area S.D.
Jeannette City S.D. - Westmoreland
Jefferson-Morgan S.D.
Jenkintown S.D.
Jersey Shore Area S.D.
Jim Thorpe Area S.D. – Carbon Cnty
Johnsonburg Area S.D.
Juniata Cnty S.D. – Juniata Cnty
Juniata Valley S.D.
Kane Area S.D.
Karns City Area S.D.
Kennett C.S.D.
Keystone Central S.D.
Keystone Oaks S.D. - Allegheny
Keystone S.D.
Kiski Area S.D.
Kutztown Area S.D.
Lackawanna Trail S.D. – Wyoming Cnty, Lackawanna Cnty
Lake-Lehman S.D. – Luzerne Cnty, Wyoming Cnty
Lakeland S.D.
Lakeview S.D.
Lampeter-Strasburg S.D. –Lancaster Cnty
Laurel Highlands S.D.
Laurel S.D.
Lebanon S.D.
Leechburg Area S.D.
Lehighton Area S.D. – Carbon Cnty
Lewisburg Area S.D. – Union Cnty
Ligonier Valley S.D.
Line Mountain S.D. – Northumberland Cnty
Littlestown Area S.D.
Lower Dauphin S.D. – Dauphin Cnty
Lower Merion S.D. – Montgomery Cnty
Lower Moreland Township S.D. – Montgomery Cnty
Loyalsock Township S.D. – Lycoming Cnty
Mahanoy Area S.D. - Schuylkill
Manheim Central S.D. – Lancaster
Manheim Township S.D. – Lancaster
Marion Center Area S.D.
Marple Newtown S.D. – Delaware

Mars Area S.D. - Butler
McGuffey S.D.
McKeesport Area S.D. - Allegheny
Mechanicsburg Area S.D. – Cumberland
Mercer Area S.D.
Methacton S.D.
Meyersdale Area S.D.
Mid Valley S.D.
Midd-West S.D. – Snyder
Middletown Area S.D. – Dauphin
Midland Borough S.D.
Mifflin Cnty S.D.
Mifflinburg Area S.D.
Millcreek Township S.D.
Millersburg Area S.D. – Dauphin
Millville Area S.D.
Milton Area S.D.
Minersville Area S.D.
Mohawk Area S.D.
Monessen City S.D.
Moniteau S.D.
Montgomery Area S.D.
Montour S.D. - Allegheny
Montoursville Area S.D.
Montrose Area S.D.
Moon Area S.D. - Allegheny
Morrisville Borough S.D.
Moshannon Valley S.D.
Mount Carmel Area S.D. – Northumberland
Mt. Lebanon S.D. - Allegheny
Mount Pleasant Area S.D.
Mount Union Area S.D.
Mountain View S.D.
Muhlenberg S.D.
Muncy S.D.
Nazareth Area S.D. – Northampton Cnty
Neshaminy S.D. – Bucks Cnty
Neshannock Township S.D. – Lawrence
Cnty
New Brighton Area S.D. – Beaver Cnty
New Castle Area S.D. – Lawrence Cnty
New Hope-Solebury S.D. – Bucks Cnty
New Kensington–Arnold S.D. –
Westmoreland Cnty
Newport S.D. – Perry Cnty
Norristown Area S.D. – Montgomery Cnty
North Allegheny S.D. – Allegheny Cnty
North Clarion Cnty S.D. – Clarion Cnty
North East S.D. – Erie Cnty
North Hills S.D.– Allegheny Cnty
North Penn S.D. – Montgomery Cnty
North Pocono S.D. – Lackawanna Cnty,
Wayne Cnty
North Schuylkill S.D. – Columbia Cnty,
Schuylkill Cnty
North Star S.D. – Somerset Cnty
Northampton Area S.D.
Northeast Bradford S.D.
Northeastern York S.D. – York Cnty
Northern Bedford Cnty S.D. – Bedford
Cnty
Northern Cambria S.D. – Cambria Cnty
Northern Lebanon S.D. – Lebanon Cnty
Northern Lehigh S.D. – Lehigh Cnty
Northern Potter S.D.
Northern Tioga S.D. - Tioga
Northern York Cnty S.D. – York Cnty
Northgate S.D. – Allegheny Cnty
Northwest Area S.D. – Luzerne Cnty
Northwestern S.D.
Northwestern Lehigh S.D. – Lehigh Cnty
Norwin S.D. - Westmoreland

Octorara Area S.D.
Oil City Area S.D.- Venango Cnty
Old Forge S.D. – Lackawanna Cnty
Oley Valley S.D. – Berks
Oswayo Valley S.D.
Otto-Eldred S.D.
Owen J. Roberts S.D. – Chester
Oxford Area S.D.
Palisades S.D. – Bucks Cnty
Palmerton Area S.D. – Carbon Cnty
Palmyra Area S.D. – Lebanon Cnty
Panther Valley S.D. – Carbon Cnty,
Schuylkill Cnty
Parkland S.D. – Lehigh Cnty
Pen Argyl Area S.D. – Northampton Cnty
Penn Cambria S.D. – Cambria Cnty
Penn Hills S.D. – Allegheny Cnty
Penn Manor S.D. – Lancaster Cnty
Penn-Delco S.D. – Delaware Cnty
Penn-Trafford S.D. - Westmoreland
Penncrest S.D.
Pennridge S.D. – Bucks Cnty
Penns Manor Area S.D. – Indiana Cnty
Penns Valley Area S.D.
Pennsbury S.D.
Pequea Valley S.D.
Perkiomen Valley S.D. – Montgomery Cnty
Peters Township S.D. - Washington
S.D. of Philadelphia – Philadelphia Cnty
Philipsburg-Osceola Area S.D.
Phoenixville Area S.D. – Chester Cnty
Pine Grove Area S.D. – Schuylkill Cnty
Pine-Richland S.D. – Allegheny Cnty
Pittsburgh S.D. – Allegheny Cnty
Pittston Area S.D.
Pleasant Valley S.D. – Monroe Cnty
Plum Borough S.D. - Allegheny
Pocono Mountain S.D.
Port Allegany S.D.
Portage Area S.D.
Pottsgrove S.D. – Montgomery Cnty
Pottstown S.D. – Montgomery Cnty
Pottsville Area S.D. – Schuylkill Cnty
Punxsutawney Area S.D. - Indiana
Purchase Line S.D.
Quaker Valley S.D. – Allegheny Cnty
Quakertown Community S.D. – Bucks Cnty
Radnor Township S.D. – Delaware Cnty
Reading S.D. – Berks Cnty
Red Lion Area S.D. – York Cnty
Redbank Valley S.D.
Reynolds S.D.
Richland S.D.
Ridgway Area S.D.
Ridley S.D.
Ringgold S.D.
Riverside Beaver Cnty S.D.
Riverside S.D.
Riverview S.D. - Allegheny
Rochester Area S.D. – Beaver
Rockwood Area S.D.
Rose Tree Media S.D.
Saint Clair Area S.D.
Saint Marys Area S.D.
Salisbury Township S.D.
Salisbury-Elk Lick S.D.
Saucon Valley S.D.
Sayre Area S.D.
S.D. of Lancaster - Lancaster
Schuylkill Haven Area S.D.
Schuylkill Valley S.D.
Scranton S.D.

Selinsgrove Area S.D.
Seneca Valley S.D. - Butler
Shade-Central City S.D.
Shaler Area S.D. - Allegheny
Shamokin Area S.D.
Shanksville-Stonycreek S.D.
Sharon City S.D.
Sharpsville Area S.D.
Shenandoah Valley S.D.
Shenango Area S.D.
Shikellamy S.D.
Shippensburg Area S.D.
Slippery Rock Area S.D. - Butler
Smethport Area S.D.
Solanco S.D.
Somerset Area S.D. - Somerset
Souderton Area S.D.
South Allegheny S.D. - Allegheny
South Butler Cnty S.D. - Butler
South Eastern S.D.
South Fayette Township S.D. - Allegheny
South Middleton S.D.
South Park S.D. - Allegheny
South Side Area S.D.
South Western S.D.
South Williamsport Area S.D.
Southeast Delco S.D.
Southeastern Greene S.D.
Southern Columbia Area S.D.
Southern Fulton S.D.
Southern Huntingdon Cnty S.D.
Southern Lehigh S.D. – Lehigh
Southern Tioga S.D.
Southern York Cnty S.D. - York
Southmoreland S.D.
Spring Cove S.D.
Spring Grove Area S.D.
Spring-Ford Area S.D. – Montgomery Cnty
Springfield S.D. – Delaware Cnty
Springfield Township S.D. – Montgomery
Cnty
State College Area S.D. – Centre
Steel Valley S.D. - Allegheny
Steelton-Highspire S.D. – Dauphin
Sto-Rox S.D. – Allegheny
Stroudsburg Area S.D.
Sullivan Cnty S.D. – Sullivan Cnty
Susquehanna Community S.D. –
Susquehanna Cnty
Susquehanna Township S.D. - Dauphin
Cnty
Susquenita S.D. – Perry
Tamaqua Area S.D. – Schuylkill Cnty
Titusville Area S.D.- Crawford Cnty
Towanda Area S.D. – Bradford Cnty
Tredyffrin-Easttown S.D.
Tri-Valley S.D.
Trinity Area S.D. - Washington
Troy Area S.D. – Bradford Cnty
Tulpehocken Area S.D.
Tunkhannock Area S.D. – Wyoming Cnty
Turkeyfoot Valley Area S.D.
Tuscarora S.D.
Tussey Mountain S.D.
Twin Valley S.D.
Tyrone Area S.D.
Union Area S.D. – Lawrence Cnty
Union City Area S.D. – Erie Cnty
Union S.D. – Clarion Cnty
Uniontown Area S.D.
Unionville-Chadds Ford S.D. – Chester
Cnty

United S.D.
Upper Adams S.D.
Upper Darby S.D.
Upper Dauphin Area S.D. – Dauphin Cnty
Upper Dublin S.D.
Upper Merion Area S.D.
Upper Moreland S.D. – Montgomery Cnty
Upper Perkiomen S.D. – Montgomery Cnty
Upper St. Clair S.D. – Allegheny
Valley Grove S.D. – Venango Cnty
Valley View S.D. – Lackawanna Cnty
Wallenpaupack Area S.D.
Wallingford-Swarthmore S.D.
Warren Cnty S.D. - Warren
Warrior Run S.D.
Warwick S.D.
Washington S.D. - Washington
Wattsburg Area S.D.
Wayne Highlands S.D.

Waynesboro Area S.D.
Weatherly Area S.D.
Wellsboro Area S.D.
West Allegheny S.D. - Allegheny
West Branch Area S.D.
West Chester Area S.D.
West Greene S.D.
West Jefferson Hills S.D. - Allegheny
West Middlesex Area S.D.
West Mifflin Area S.D. - Allegheny
West Perry S.D.
West Shore S.D.
West York Area S.D.
Western Beaver Cnty S.D. - Beaver
Western Wayne S.D.
Westmont Hilltop S.D.
Whitehall-Coplay S.D.
Wilkes-Barre Area S.D.
Wilkinsburg Borough S.D. - Allegheny

William Penn S.D.
Williams Valley S.D.
Williamsburg Community S.D.
Williamsport Area S.D.
Wilmington Area S.D.
Wilson Area S.D. – Northampton Cnty
Wilson S.D. – Berks Cnty
Windber Area S.D.
Wissahickon S.D. – Montgomery Cnty
Woodland Hills S.D. - Allegheny
Wyalusing Area S.D.
Wyoming Area S.D.
Wyoming Valley West S.D.
Wyomissing Area S.D.
York City S.D. – York Cnty
York Suburban S.D. – York Cnty
Yough S.D. – Westmoreland Cnty

## Puerto Rico

Puerto Rico Department of Education

## Rhode Island

Barrington S.D.
Beacon Charter High School for the Arts
Blackstone Academy
Bristol Warren Regional S.D.
Burrillville E.S.D.
Burlington Street Elementary School
Gabbie regional
Career and Tech Centers
Central Falls S.D.
Chariho Regional S.D.
Compass Charter School
Coventry S.D.
Cranston S.D.
Cumberland S.D.
CVS Highlander Charter School
Davies Career and Technical High School
Department of Children Youth and Their
Families
East Greenwich S.D.
East Providence S.D.
Exeter-West Greenwich Regional S.D.

East Union Smithfield Regional S.D.
East Union S.D.
Foster E.S.D.
Foster-Glocester Regional S.D.
Glocester E.S.D.
Highlander S.D.
International Charter School
Jamestown S.D.
Johnston S.D.
Kingston Hill Academy Charter School
Learning Community
Lincoln S.D.
Little Compton S.D.
Met Career and Tech
Middletown S.D.
Narragansett S.D.
New Shoreham S.D.
Newport S.D.
North Kingstown S.D.
North Providence S.D.
North Smithfield S.D.

Paul Cuffee Charter School
Pawtucket S.D.
Portsmouth S.D.
Providence S.D.
Rhode Island Department of Education
Rhode Island School for the Deaf
Scituate S.D.
Smithfield S.D.
South Kingstown S.D.
The Compass School
The Learning Community
Tiverton S.D.
Urban Collaborative
United monument school
Union E.S.D.
Warwick S.D.
West Warwick S.D.
Westerly S.D.
Woonsocket S.D.

## South Carolina

Abbeville Cnty S.D.
Aiken Cnty Public S.D.
Allendale Cnty S.D.
Anderson Cnty S.D. 1
Anderson Cnty S.D. 2
Anderson Cnty S.D. 3
Anderson Cnty S.D. 4
Anderson Cnty S.D. 5
Bamberg Cnty S.D. 1
Bamberg Cnty S.D. 2
Barnwell Cnty Auditory-Verbal Center
Barnwell Cnty S.D. 19
Barnwell Cnty S.D. 29 - see Williston Cnty
S.D. 29
Barnwell Cnty S.D. 45
Beaufort Cnty S.D.
Beaufort-Jasper Career
Berkeley Cnty S.D.
Calhoun Cnty S.D.
Charleston Cnty S.D.
Cherokee Cnty S.D.
Chester Cnty S.D.
Chesterfield Cnty S.D.

Clarendon Cnty S.D. 1
Clarendon Cnty S.D. 2 (Manning)
Clarendon Cnty S.D. 3 (Turbeville)
Colleton Cnty S.D.
Cope Auditory-Verbal Center
Darlington
Dillon 3 (Latta)
Dillon 4 (Dillon/Lake View)
Dorchester 2
Dorchester 4
Edgefield Cnty S.D.
Fairfield
Florence 1 (South and West Florence)
Florence 2 (Pamlico)
Florence 3 (Lake City)
Florence 4 (Timmonsville)
Florence 5 (Johnsonville)
Georgetown
Greenville
Greenwood 50 (Greenwood)
Greenwood 51 (Ware Shoals)
Greenwood 52 (Ninety Six)
Hampton 1 (Hampton)

Hampton 2 (Estill)
Horry
Jasper
Kershaw
Lancaster
Laurens 55 (Laurens)
Laurens 56 (Clinton)
Lee
Lexington 1 (Gilbert, Lexington, Pelion)
Lexington 2 (Cayce, Springdale, West
Columbia)
Lexington 3 (Batesburg-Leesville)
Lexington 4 (Gaston & Swansea)
Lexington-Richland 5 (Chapin, Irmo, St.
Andrews)
Marion 1 (Marion)
Marion 2 - see Mullins
Marion 7 (Rains)
Marlboro
McCormick
Mullins
Newberry
Oconee

Orangeburg Consolidated 3 (Elloree, Holly Hill)
Orangeburg Consolidated 4 (Branchville, Cordova, Cope)
Orangeburg Consolidated 5 (Bowman, North, Orangeburg)
Pickens
Richland 1 (Columbia)
Richland 2 (NE Columbia, Spring Valley)
Richland-Lexington 5 - see Lexington-Richland 5
Rock Hill 3

Aberdeen S.D.
Agar-Blunt-Onida S.D.
Alcester-Hudson S.D.
Andes Central S.D.
Arlington S.D.
Armour S.D.
Avon S.D.
Baltic S.D.
Belle Fourche S.D.
Bennett Cnty S.D.
Beresford S.D.
Big Stone City S.D.
Bison S.D.
Bon Homme S.D.
Bowdle S.D.
Brandon Valley S.D.
Bridgewater S.D.
Britton-Hecla S.D.
Brookings S.D.
Burke S.D.
Canistota S.D.
Canton S.D.
Castlewood S.D.
Centerville S.D.
Chamberlain S.D.
Chester Area S.D.
Cheyenne-Eagle Butte School (Eagle Butte S.D.)
Clark S.D.
Colman-Egan S.D.
Colome C.S.D.
Corsica S.D.
Custer S.D.
Dakota Valley S.D.
De Smet S.D.
Dell Rapids S.D.
Deubrook Area S.D.
Deuel S.D.
Doland S.D.
Douglas S.D.
Dupree S.D.
Eagle Butte S.D.
Edgemont S.D.
Edmunds Central S.D.
Elk Mountain S.D.
Elk Point-Jefferson S.D.
Elkton S.D.
Emery S.D.
Estelline S.D.
Ethan S.D.
Eureka S.D.
Faith S.D.
Faulkton Area S.D.
Flandreau S.D.
Florence S.D.
Frederick Area S.D.
Freeman S.D.
Garretson S.D.

Saluda
Spartanburg Cnty S.D. 1 (Campobello, Inman, Landrum)
Spartanburg Cnty S.D. 2 (Boiling Springs, Chesnee, Inman, Mayo)
Spartanburg Cnty S.D. 3 (Cowpens, Pacolet, Spartanburg)
Spartanburg Cnty S.D. 4 (Woodruff)
Spartanburg Cnty S.D. 5 (Duncan, Lyman, Wellford, Reidville, Moore)
Spartanburg Cnty S.D. 6 (Moore, Pauline, Roebuck, Spartanburg)

### South Dakota
Gayville-Volin S.D.
Gettysburg S.D.
Grant-Deuel S.D.
Greater Hoyt S.D.
Greater Scott S.D.
Gregory S.D.
Groton Area S.D.
Haakon S.D.
Hamlin S.D.
Hanson S.D.
Harding Cnty S.D.
Harrisburg S.D.
Henry S.D.
Herreid S.D.
Highmore-Harrold S.D.
Hill City S.D.
Hitchcock-Tulare S.D.
Hot Springs S.D.
Hoven S.D.
Howard S.D.
Hurley S.D.
Huron S.D.
Ipswich Public S.D.
Irene-Wakonda S.D.
Iroquois S.D.
Isabel S.D.
Jones Cnty S.D.
Kadoka Area S.D.
Kimball S.D.
Lake Preston S.D.
Langford S.D.
Lead-Deadwood S.D.
Lemmon S.D.
Lennox S.D.
Leola S.D.
Lyman S.D.
Madison Central S.D.
Marion S.D.
McCook Central S.D.
McIntosh S.D.
McLaughlin S.D.
Meade S.D.
Menno S.D.
Milbank S.D.
Miller Area S.D.
Mitchell S.D.
Mobridge-Pollock S.D.
Montrose S.D.
Mount Vernon S.D.
New Underwood S.D.
Newell S.D.
Northwestern Area S.D.
Oelrichs S.D.
Oldham-Ramona S.D.
Parker S.D.
Parkston S.D.
Pierre S.D.
Plankinton S.D.

Spartanburg Cnty S.D. 7 (Spartanburg Downtown/East)
Sumter 2 (outer Sumter Cnty)
Sumter 17 (central Sumter Cnty)
Union
Williamsburg
Willimston 29
York 1 (York)
York 2 (Clover)
York 3
York 4

Platte-Geddes S.D.
Rapid City Area S.D.
Redfield S.D.
Rosholt S.D.
Roslyn S.D.
Rutland S.D.
Sanborn Central S.D. School Website
Scotland S.D.
Selby Area S.D.
Shannon Cnty S.D.
Sioux Falls S.D.
Sioux Valley S.D.
Sisseton S.D.
Smee S.D.
South Central S.D.
Spearfish S.D.
Stanley Cnty S.D.
Stickney S.D.
Summit S.D.
Tea Area S.D.
Timber Lake S.D.
Todd Cnty S.D.
Tripp-Delmont S.D.
Tri-Valley S.D.
Vermillion S.D.
Viborg S.D.
Wagner Community S.D.
Wall S.D.
Warner S.D.
Watertown S.D.
Waubay S.D.
Waverly S.D.
Webster S.D.
Wessington Springs S.D.
West Central S.D.
White Lake S.D.
White River S.D.
Willow Lake S.D.
Wilmot S.D.
Winner S.D.
Wolsey-Wessington S.D.
Wood S.D.
Woonsocket S.D.
Yankton S.D.
Bureau of Indian Affairs schools and school systems
American Horse School
Cheyenne River BIA Schools
Crazy Horse School
Crow Creek Sioux Tribal School
Enemy Swim Day School
Flandreau Indian School
Little Wound School System
Loneman School Corporation
Lower Brule School System
Marty Indian School
Pierre Indian Learning Center
Pine Ridge School

Porcupine Contract School
Rock Creek Day School
Saint Francis Indian School

Sitting Bull School
Takini School
Tiospa Zina Tribal School

Tiospaye Topa School System
Wounded Knee School System

## Tennessee

Alamo City Schools
Alcoa City Schools
Anderson Cnty Schools
Arlington Community Schools
Athens City Elementary Schools
Bartlett City Schools
Bedford Cnty Schools
Bells City Schools
Benton Cnty Schools
Bledsoe Cnty Schools
Blount Cnty Schools
Bradford Special Schools
Bradley Cnty Schools
Bristol City Schools
Campbell Cnty Schools
Cannon Cnty Schools
Carroll Cnty Schools
Carter Cnty Schools
Cheatham Cnty Schools
Chester Cnty Schools
Claiborne Cnty Schools
Clarksville-Montgomery Cnty School
System
Clay Cnty Schools
Cleveland City Schools
Clinton City Schools
Cocke Cnty Schools
Coffee Cnty Schools
Crockett Cnty Schools
Cumberland Cnty Schools
Dayton City Schools
Decatur Cnty Schools
Dekalb Cnty Schools
Dickson Cnty Schools
Dyer Cnty Schools
Dyersburg City Schools
Elizabethton City Schools
Etowah City Elementary Schools
Fayette Cnty Schools
Fayetteville City Elementary Schools
Fentress Cnty Schools
Franklin Cnty Schools
Franklin Special S.D.
Gibson City Special S.D.
Giles Cnty Schools
Grainger Cnty Schools
Greene Cnty Schools

Greeneville City Schools
Grundy Cnty Schools
Hamblen Cnty Schools
Hamilton Cnty Schools
Hancock Cnty Schools
Hardeman Cnty Schools
Hardin Cnty Schools
Hawkins Cnty Schools
Haywood Cnty Schools
Henderson Cnty Schools
Henry Cnty Schools
Hickman Cnty Schools
Hollow Rock-Bruceton Special S.D.
Houston Cnty Schools
Humboldt City Schools
Humphreys Cnty Schools
Huntingdon Special Schools
Jackson Cnty Schools
Jackson-Madison Consolidated Schools
Jefferson Cnty Schools
Johnson City Schools
Johnson Cnty Schools
Kingsport City Schools
Knox Cnty Schools
Lake Cnty School System
Lauderdale Cnty Schools
Lawrence Cnty Schools
Lebanon Special S.D.
Lenoir City Schools
Lewis Cnty Schools
Lexington City Elementary Schools
Lincoln Cnty Schools
Loudon Cnty Schools
Macon Cnty Schools
Manchester City Schools
Marion Cnty Schools
Marshall Cnty Schools
Maryville City Schools
Maury Cnty Schools
McKenzie Special S.D.
McMinn Cnty Schools
McNairy Cnty Schools
Meigs Cnty Schools
Memphis City Schools
Metropolitan Nashville P.S.s
Milan Special S.D.
Monroe Cnty Schools

Montgomery Cnty Schools
Moore Cnty Schools
Morgan Cnty Schools
Murfreesboro City Schools
Newport City Elementary Schools
Oak Ridge City Schools
Obion Cnty Schools
Oneida City Schools
Overton Cnty Schools
Paris City Special Schools
Perry Cnty Schools
Pickett Cnty Schools
Polk Cnty Schools
Putnam Cnty Schools
Rhea Cnty Schools
Richard City Special S.D.
Roane Cnty Schools
Robertson Cnty Schools
Rogersville City Elementary Schools
Rutherford Cnty Schools
Scott Cnty Schools
Sequatchie Cnty Schools
Sevier Cnty Schools
Shelby Cnty Schools
Smith Cnty Schools
South Carroll Special S.D.
Stewart Cnty Schools
Sullivan Cnty Schools
Sumner Cnty Schools
Sweetwater City Schools
Tipton Cnty Schools
Trenton City Schools
Trousdale Cnty Schools
Tullahoma City Schools
Unicoi School
Union City School
Union Cnty School
Van Buren Cnty Schools
Warren Cnty Schools
Washington Cnty Schools
Wayne Cnty Schools
Weakley Cnty Schools
West Carroll Special S.D.
White Cnty Schools
Williamson Cnty Schools
Wilson Cnty Schools

## Texas

Abbott I.S.D.
Abernathy I.S.D.
Abilene I.S.D.
Academy I.S.D.
Adrian I.S.D.
Agua Dulce I.S.D.
Alamo Heights I.S.D.
Alba-Golden I.S.D.
Albany I.S.D.
Aldine I.S.D.
Aledo I.S.D.
Alice I.S.D.
Alief I.S.D.
Allen I.S.D.
Alpine I.S.D.
Alto I.S.D.
Alvarado I.S.D.

Alvin I.S.D.
Alvord I.S.D.
Amarillo I.S.D.
Amherst I.S.D.
Anahuac I.S.D.
Anderson-Shiro Consolidated I.S.D.
Andrews I.S.D.
Angleton I.S.D.
Anna I.S.D.
Anson I.S.D.
Anthony I.S.D.
Anton I.S.D.
Apple Springs I.S.D.
Aquilla I.S.D.
Aransas Cnty I.S.D.
Aransas Pass I.S.D.
Archer City I.S.D.

Argyle I.S.D.
Arlington I.S.D.
Arp I.S.D.
Aspermont I.S.D.
Athens I.S.D.
Atlanta I.S.D.
Aubrey I.S.D.
Austin I.S.D.
Austwell-Tivoli I.S.D.
Avalon I.S.D.
Avery I.S.D.
Avinger I.S.D.
Axtell I.S.D.
Azle I.S.D.
Baird I.S.D.
Ballinger I.S.D.
Balmorhea I.S.D.

Bandera I.S.D.
Bangs I.S.D.
Banquete I.S.D.
Barbers Hill I.S.D.
Bartlett I.S.D.
Bastrop I.S.D.
Bay City I.S.D.
Beaumont I.S.D.
Beckville I.S.D.
Beeville I.S.D.
Bellevue I.S.D.
Bells I.S.D.
Bellville I.S.D.
Belton I.S.D.
Ben Bolt-Palito Blanco I.S.D.
Benavides I.S.D.
Benjamin I.S.D.
Big Sandy I.S.D. (Polk Cnty)
Big Sandy I.S.D. (Upshur Cnty)
Big Spring I.S.D.
Birdville I.S.D.
Bishop Consolidated I.S.D.
Blackwell Consolidated I.S.D.
Blanco I.S.D.
Bland I.S.D.
Blanket I.S.D.
Bloomburg I.S.D.
Blooming Grove I.S.D.
Bloomington I.S.D.
Blue Ridge I.S.D.
Bluff Dale I.S.D.
Blum I.S.D.
Boerne I.S.D.
Boles I.S.D.
Boling I.S.D.
Bonham I.S.D.
Booker I.S.D.
Borden Cnty I.S.D.
Borger I.S.D.
Bosqueville I.S.D.
Bovina I.S.D.
Bowie I.S.D.
Boyd I.S.D.
Boys Ranch I.S.D.
Brackett I.S.D.
Brady I.S.D.
Brazos I.S.D.
Brazosport I.S.D.
Breckenridge I.S.D.
Bremond I.S.D.
Brenham I.S.D.
Bridge City I.S.D.
Bridgeport I.S.D.
Broaddus I.S.D.
Brock I.S.D.
Bronte I.S.D.
Brookeland I.S.D.
Brookesmith I.S.D.
Brooks Cnty I.S.D.
Brownfield I.S.D.
Brownsboro I.S.D.
Brownsville I.S.D.
Brownwood I.S.D.
Bruceville-Eddy I.S.D.
Bryan I.S.D.
Bryson I.S.D.
Buckholts I.S.D.
Buena Vista I.S.D.
Buffalo I.S.D.
Bullard I.S.D.
Buna I.S.D.
Burkburnett I.S.D.

Burkeville I.S.D.
Burleson I.S.D.
Burnet Consolidated I.S.D.
Burton I.S.D.
Bushland I.S.D.
Byers I.S.D.
Bynum I.S.D.
Caddo Mills I.S.D.
Calallen I.S.D.
Caldwell I.S.D.
Calhoun Cnty I.S.D.
Callisburg I.S.D.
Calvert I.S.D.
Cameron I.S.D.
Campbell I.S.D.
Canadian I.S.D.
Canton I.S.D.
Canutillo I.S.D.
Canyon I.S.D.
Carlisle I.S.D.
Carrizo Springs Consolidated I.S.D.
Carroll I.S.D.
Carrollton-Farmers Branch I.S.D.
Carthage I.S.D.
Castleberry I.S.D.
Cayuga I.S.D.
Cedar Hill I.S.D.
Celeste I.S.D.
Celina I.S.D.
Center I.S.D.
Center Point I.S.D.
Centerville I.S.D. (Leon Cnty)
Centerville I.S.D. (Trinity Cnty)
Central Heights I.S.D.
Central I.S.D.
Channelview I.S.D.
Channing I.S.D.
Chapel Hill I.S.D. (Smith Cnty)
Chapel Hill I.S.D. (Titus Cnty)
Charlotte I.S.D.
Cherokee I.S.D.
Chester I.S.D.
Chico I.S.D.
Childress I.S.D.
Chillicothe I.S.D.
Chilton I.S.D.
China Spring I.S.D.
Chireno I.S.D.
Chisum I.S.D.
Christoval I.S.D.
Cisco I.S.D.
City View I.S.D.
Clarendon Consolidated I.S.D.
Clarksville I.S.D.
Claude I.S.D.
Clear Creek I.S.D.
Cleburne I.S.D.
Cleveland I.S.D.
Clifton I.S.D.
Clint I.S.D.
Clyde Consolidated I.S.D.
Coahoma I.S.D.
Coldspring-Oakhurst Consolidated I.S.D.
Coleman I.S.D.
College Station I.S.D.
Collinsville I.S.D.
Colmesneil I.S.D.
Colorado I.S.D.
Columbia-Brazoria I.S.D.
Columbus I.S.D.
Comal I.S.D.
Comanche I.S.D.

Comfort I.S.D.
Commerce I.S.D.
Community I.S.D.
Como-Pickton Consolidated I.S.D.
Comstock I.S.D.
Connally I.S.D.
Conroe I.S.D.
Coolidge I.S.D.
Cooper I.S.D.
Coppell I.S.D.
Copperas Cove I.S.D.
Corpus Christi I.S.D.
Corrigan-Camden I.S.D.
Corsicana I.S.D.
Cotton Center I.S.D.
Cotulla I.S.D.
Coupland I.S.D.
Covington I.S.D.
Crandall I.S.D.
Crane I.S.D.
Cranfills Gap I.S.D.
Crawford I.S.D.
Crockett Cnty Consolidated Common S.D.
Crockett I.S.D.
Crosby I.S.D.
Crosbyton Consolidated I.S.D.
Cross Plains I.S.D.
Cross Roads I.S.D.
Crowell I.S.D.
Crowley I.S.D.
Crystal City I.S.D.
Cuero I.S.D.
Culberson Cnty-Allamoore I.S.D.
Cumby I.S.D.
Cushing I.S.D.
Cypress-Fairbanks I.S.D.
Daingerfield-Lone Star I.S.D.
Dalhart I.S.D.
Dallas I.S.D.
Damon I.S.D.
Danbury I.S.D.
Darrouzett I.S.D.
Dawson I.S.D. (Dawson Cnty)
Dawson I.S.D. (Navarro Cnty)
Dayton I.S.D.
De Leon I.S.D.
Decatur I.S.D.
Deer Park I.S.D.
De Kalb I.S.D.
Del Valle I.S.D.
Dell City I.S.D.
Denison I.S.D.
Denton I.S.D.
Denver City I.S.D.
DeSoto I.S.D.
Detroit I.S.D.
Devers I.S.D.
Devine I.S.D.
Dew I.S.D.
Deweyville I.S.D.
D'Hanis I.S.D.
Diboll I.S.D.
Dickinson I.S.D.
Dilley I.S.D.
Dime Box I.S.D.
Dimmitt I.S.D.
Divide I.S.D.
Dodd City I.S.D.
Donna I.S.D.
Doss Consolidated Common S.D.
Douglass I.S.D.
Dripping Springs I.S.D.

Driscoll I.S.D.
Dublin I.S.D.
Dumas I.S.D.
Duncanville I.S.D.
Eagle Mountain-Saginaw I.S.D.
Eagle Pass I.S.D.
Eanes I.S.D.
Early I.S.D.
East Bernard I.S.D.
East Central I.S.D.
East Chambers I.S.D.
Eastland I.S.D.
Ector Cnty I.S.D.
Ector I.S.D.
Edcouch-Elsa I.S.D.
Eden Consolidated I.S.D.
Edgewood I.S.D. (Bexar Cnty)
Edgewood I.S.D. (Van Zandt Cnty)
Edinburg Consolidated I.S.D.
Edna I.S.D.
El Campo I.S.D.
El Paso I.S.D.
Electra I.S.D.
Elgin I.S.D.
Elkhart I.S.D.
Elysian Fields I.S.D.
Ennis I.S.D.
Era I.S.D.
Etoile I.S.D.
Eula I.S.D.
Eustace I.S.D.
Evadale I.S.D.
Evant I.S.D.
Everman I.S.D.
Excelsior I.S.D.
Ezzell I.S.D.
Fabens I.S.D.
Fairfield I.S.D.
Falls City I.S.D.
Fannindel I.S.D.
Farmersville I.S.D.
Farwell I.S.D.
Fayetteville I.S.D.
Ferris I.S.D.
Flatonia I.S.D.
Florence I.S.D.
Floresville I.S.D.
Flour Bluff I.S.D.
Floydada I.S.D.
Follett I.S.D.
Forestburg I.S.D.
Forney I.S.D.
Forsan I.S.D.
Fort Bend I.S.D.
Fort Davis I.S.D.
Fort Elliott Consolidated I.S.D.
Fort Hancock I.S.D.
Fort Sam Houston I.S.D.
Fort Stockton I.S.D.
Fort Worth I.S.D.
Franklin I.S.D.
Frankston I.S.D.
Fredericksburg I.S.D.
Freer I.S.D.
Frenship I.S.D.
Friendswood I.S.D.
Friona I.S.D.
Frisco I.S.D.
Frost I.S.D.
Fruitvale I.S.D.
Gainesville I.S.D.
Galena Park I.S.D.

Galveston I.S.D.
Ganado I.S.D.
Garland I.S.D.
Garner I.S.D.
Garrison I.S.D.
Gary I.S.D.
Gatesville I.S.D.
Gause I.S.D.
George West I.S.D.
Georgetown I.S.D.
Gholson I.S.D.
Giddings I.S.D.
Gilmer I.S.D.
Gladewater I.S.D.
Glasscock Cnty I.S.D.
Glen Rose I.S.D.
Godley I.S.D.
Gold-Burg I.S.D.
Goldthwaite I.S.D.
Goliad I.S.D.
Gonzales I.S.D.
Goodrich I.S.D.
Goose Creek Consolidated I.S.D.
Gordon I.S.D.
Gorman I.S.D.
Grady I.S.D.
Graford I.S.D.
Graham I.S.D.
Granbury I.S.D.
Grand Prairie I.S.D.
Grand Saline I.S.D.
Grandfalls-Royalty I.S.D.
Grandview I.S.D.
Grandview-Hopkins I.S.D.
Grape Creek I.S.D.
Grapeland I.S.D.
Grapevine-Colleyville I.S.D.
Greenville I.S.D.
Greenwood I.S.D.
Gregory-Portland I.S.D.
Groesbeck I.S.D.
Groom I.S.D.
Groveton I.S.D.
Gruver I.S.D.
Gunter I.S.D.
Gustine I.S.D.
Guthrie Common S.D.
Hale Center I.S.D.
Hallettsville I.S.D.
Hallsburg I.S.D.
Hallsville I.S.D.
Hamilton I.S.D.
Hamlin I.S.D.
Hamshire-Fannett I.S.D.
Happy I.S.D.
Hardin I.S.D.
Hardin-Jefferson I.S.D.
Harlandale I.S.D.
Harleton I.S.D.
Harlingen Consolidated I.S.D.
Harmony I.S.D.
Harper I.S.D.
Harrold I.S.D.
Hart I.S.D.
Hartley I.S.D.
Harts Bluff I.S.D.
Haskell Consolidated I.S.D.
Hawkins I.S.D.
Hawley I.S.D.
Hays Consolidated I.S.D.
Hearne I.S.D.
Hedley I.S.D.

Hemphill I.S.D.
Hempstead I.S.D.
Henderson I.S.D.
Henrietta I.S.D.
Hereford I.S.D.
Hermleigh I.S.D.
Hico I.S.D.
Hidalgo I.S.D.
Higgins I.S.D.
High Island I.S.D.
Highland I.S.D.
Highland Park I.S.D. (Dallas Cnty)
Highland Park I.S.D. (Potter Cnty)
Hillsboro I.S.D.
Hitchcock I.S.D.
Holland I.S.D.
Holliday I.S.D.
Hondo I.S.D.
Honey Grove I.S.D.
Hooks I.S.D.
Houston I.S.D.
Howe I.S.D.
Hubbard I.S.D. (Bowie Cnty)
Hubbard I.S.D. (Hill Cnty)
Huckabay I.S.D.
Hudson I.S.D.
Huffman I.S.D.
Hughes Springs I.S.D.
Hull-Daisetta I.S.D.
Humble I.S.D.
Hunt I.S.D.
Huntington I.S.D.
Huntsville I.S.D.
Hurst-Euless-Bedford I.S.D.
Hutto I.S.D.
Idalou I.S.D.
Industrial I.S.D.
Ingleside I.S.D.
Ingram I.S.D.
Iola I.S.D.
Iowa Park Consolidated I.S.D.
Ira I.S.D.
Iraan-Sheffield I.S.D.
Iredell I.S.D.
Irion Cnty I.S.D.
Irving I.S.D.
Italy I.S.D.
Itasca I.S.D.
Jacksboro I.S.D.
Jacksonville I.S.D.
Jarrell I.S.D.
Jasper I.S.D.
Jayton-Girard I.S.D.
Jefferson I.S.D.
Jim Hogg Cnty I.S.D.
Jim Ned Consolidated I.S.D.
Joaquin I.S.D.
Johnson City I.S.D.
Jonesboro I.S.D.
Joshua I.S.D.
Jourdanton I.S.D.
Judson I.S.D.
Junction I.S.D.
Karnack I.S.D.
Karnes City I.S.D.
Katy I.S.D.
Kaufman I.S.D.
Keene I.S.D.
Keller I.S.D.
Kelton I.S.D.
Kemp I.S.D.
Kendleton I.S.D.

Kenedy Cnty Wide Common S.D.
Kenedy I.S.D.
Kennard I.S.D.
Kennedale I.S.D.
Kerens I.S.D.
Kermit I.S.D.
Kerrville I.S.D.
Kilgore I.S.D.
Killeen I.S.D.
Kingsville I.S.D.
Kirbyville Consolidated I.S.D.
Klein I.S.D.
Klondike I.S.D.
Knippa I.S.D.
Knox City-O'Brien Consolidated I.S.D.
Kopperl I.S.D.
Kountze I.S.D.
Kress I.S.D.
Krum I.S.D.
La Feria I.S.D.
La Gloria I.S.D.
La Grange I.S.D.
La Joya I.S.D.
La Porte I.S.D.
La Poynor I.S.D.
La Pryor I.S.D.
La Vega I.S.D.
La Vernia I.S.D.
La Villa I.S.D.
Lackland I.S.D.
Lago Vista I.S.D.
Lake Dallas I.S.D.
Lake Travis I.S.D.
Lake Worth I.S.D.
Lamar Consolidated I.S.D.
Lamesa I.S.D.
Lampasas I.S.D.
Lancaster I.S.D.
Laneville I.S.D.
Laredo I.S.D.
Lasara I.S.D.
Latexo I.S.D.
Lazbuddie I.S.D.
Leakey I.S.D.
Leander I.S.D.
Leary I.S.D.
Lefors I.S.D.
Leggett I.S.D.
Leon I.S.D.
Leonard I.S.D.
Levelland I.S.D.
Leverett's Chapel I.S.D.
Lewisville I.S.D.
Lexington I.S.D.
Liberty Hill I.S.D.
Liberty I.S.D.
Liberty-Eylau I.S.D.
Lindale I.S.D.
Linden-Kildare Consolidated I.S.D.
Lindsay I.S.D.
Lingleville I.S.D.
Lipan I.S.D.
Little Cypress-Mauriceville Consolidated I.S.D.
Little Elm I.S.D.
Littlefield I.S.D.
Livingston I.S.D.
Llano I.S.D.
Lockhart I.S.D.
Lockney I.S.D.
Lohn I.S.D.
Lometa I.S.D.

London I.S.D.
Lone Oak I.S.D.
Longview I.S.D.
Loop I.S.D.
Loraine I.S.D.
Lorena I.S.D.
Lorenzo I.S.D.
Los Fresnos Consolidated I.S.D.
Louise I.S.D.
Lovejoy I.S.D.
Lovelady I.S.D.
Lubbock I.S.D.
Lubbock-Cooper I.S.D.
Lueders-Avoca I.S.D.
Lufkin I.S.D.
Luling I.S.D.
Lumberton I.S.D.
Lyford Consolidated I.S.D.
Lytle I.S.D.
Mabank I.S.D.
Madisonville Consolidated I.S.D.
Magnolia I.S.D.
Malakoff I.S.D.
Malone I.S.D.
Malta I.S.D.
Manor I.S.D.
Mansfield I.S.D.
Marathon I.S.D.
Marble Falls I.S.D.
Marfa I.S.D.
Marion I.S.D.
Marlin I.S.D.
Marshall I.S.D.
Mart I.S.D.
Martin's Mill I.S.D.
Martinsville I.S.D.
Mason I.S.D.
Matagorda I.S.D.
Mathis I.S.D.
Maud I.S.D.
May I.S.D.
Maypearl I.S.D.
McAllen I.S.D.
McCamey I.S.D.
McDade I.S.D.
McGregor I.S.D.
McKinney I.S.D.
McLean I.S.D.
McLeod I.S.D.
McMullen Cnty I.S.D.
Meadow I.S.D.
Medina I.S.D.
Medina Valley I.S.D.
Melissa I.S.D.
Memphis I.S.D.
Menard I.S.D.
Mercedes I.S.D.
Meridian I.S.D.
Merkel I.S.D.
Mesquite I.S.D.
Mexia I.S.D.
Meyersville I.S.D.
Miami I.S.D.
Midland I.S.D.
Midlothian I.S.D.
Midway I.S.D. (Clay Cnty)
Midway I.S.D. (McLennan Cnty)
Milano I.S.D.
Mildred I.S.D.
Miles I.S.D.
Milford I.S.D.
Miller Grove I.S.D.

Millsap I.S.D.
Mineola I.S.D.
Mineral Wells I.S.D.
Mission Consolidated I.S.D.
Monahans-Wickett-Pyote I.S.D.
Montague I.S.D.
Monte Alto I.S.D.
Montgomery I.S.D.
Moody I.S.D.
Moran I.S.D.
Morgan I.S.D.
Morgan Mill I.S.D.
Morton I.S.D.
Motley Cnty I.S.D.
Moulton I.S.D.
Mount Calm I.S.D.
Mount Enterprise I.S.D.
Mount Pleasant I.S.D.
Mount Vernon I.S.D.
Muenster I.S.D.
Muleshoe I.S.D.
Mullin I.S.D.
Mumford I.S.D.
Munday Consolidated I.S.D.
Murchison I.S.D.
Nacogdoches I.S.D.
Natalia I.S.D.
Navarro I.S.D.
Navasota I.S.D.
Nazareth I.S.D.
Neches I.S.D.
Nederland I.S.D.
Needville I.S.D.
New Boston I.S.D.
New Braunfels I.S.D.
New Caney I.S.D.
New Deal I.S.D.
New Diana I.S.D.
New Home I.S.D.
New Summerfield I.S.D.
New Waverly I.S.D.
Newcastle I.S.D.
Newton I.S.D.
Nixon-Smiley Consolidated I.S.D.
Nocona I.S.D.
Nordheim I.S.D.
Normangee I.S.D.
North East I.S.D.
North Hopkins I.S.D.
North Lamar I.S.D.
North Zulch I.S.D.
Northside I.S.D. (Wilbarger Cnty)
Northside I.S.D. (Bexar Cnty)
Northwest I.S.D.
Novice I.S.D.
Nueces Canyon Consolidated I.S.D.
Nursery I.S.D.
Oakwood I.S.D.
Odem-Edroy I.S.D.
O'Donnell I.S.D.
Oglesby I.S.D.
Olfen I.S.D.
Olney I.S.D.
Olton I.S.D.
Onalaska I.S.D.
Orange Grove I.S.D.
Orangefield I.S.D.
Ore City I.S.D.
Overton I.S.D.
Paducah I.S.D.
Paint Creek I.S.D.
Paint Rock I.S.D.

Palacios I.S.D.
Palestine I.S.D.
Palmer I.S.D.
Palo Pinto I.S.D.
Pampa I.S.D.
Panhandle I.S.D.
Panther Creek Consolidated I.S.D.
Paradise I.S.D.
Paris I.S.D.
Pasadena I.S.D.
Patton Springs I.S.D.
Pawnee I.S.D.
Pearland I.S.D.
Pearsall I.S.D.
Peaster I.S.D.
Pecos-Barstow-Toyah I.S.D.
Penelope I.S.D.
Perrin-Whitt Consolidated I.S.D.
Perryton I.S.D.
Petersburg I.S.D.
Petrolia I.S.D.
Pettus I.S.D.
Pewitt Consolidated I.S.D.
Pflugerville I.S.D.
Pharr-San Juan-Alamo I.S.D.
Pilot Point I.S.D.
Pine Tree I.S.D.
Pittsburg I.S.D.
Plains I.S.D.
Plainview I.S.D.
Plano I.S.D.
Pleasant Grove I.S.D. (Bowie Cnty)
Pleasanton I.S.D.
Plemons-Stinnett-Phillips Consolidated
I.S.D.
Point Isabel I.S.D.
Ponder I.S.D.
Poolville I.S.D.
Port Aransas I.S.D.
Port Arthur I.S.D.
Port Neches-Groves I.S.D.
Post I.S.D.
Poteet I.S.D.
Poth I.S.D.
Pottsboro I.S.D.
Prairie Lea I.S.D.
Prairie Valley I.S.D.
Prairiland I.S.D.
Premont I.S.D.
Presidio I.S.D.
Priddy I.S.D.
Princeton I.S.D.
Pringle-Morse Consolidated I.S.D.
Progreso I.S.D.
Prosper I.S.D.
Quanah I.S.D.
Queen City I.S.D.
Quinlan I.S.D.
Quitman I.S.D.
Rains I.S.D.
Ralls I.S.D.
Ramirez Common S.D.
Randolph Field I.S.D.
Ranger I.S.D.
Rankin I.S.D.
Raymondville I.S.D.
Reagan Cnty I.S.D.
Red Lick I.S.D.
Red Oak I.S.D.
Redwater I.S.D.
Refugio I.S.D.
Ricardo I.S.D.

Rice Consolidated I.S.D.
Rice I.S.D.
Richards I.S.D.
Richardson I.S.D.
Richland Springs I.S.D.
Riesel I.S.D.
Rio Grande City Consolidated I.S.D.
Rio Hondo I.S.D.
Rio Vista I.S.D.
Rising Star I.S.D.
River Road I.S.D.
Rivercrest I.S.D.
Riviera I.S.D.
Robert Lee I.S.D.
Robinson I.S.D.
Robstown I.S.D.
Roby Consolidated I.S.D.
Rochelle I.S.D.
Rockdale I.S.D.
Rocksprings I.S.D.
Rockwall I.S.D.
Rogers I.S.D.
Roma I.S.D.
Roosevelt I.S.D.
Ropes I.S.D.
Roscoe I.S.D.
Rosebud-Lott I.S.D.
Rotan I.S.D.
Round Rock I.S.D.
Round Top-Carmine I.S.D.
Royal I.S.D.
Royse City I.S.D.
Rule I.S.D.
Runge I.S.D.
Rusk I.S.D.
S and S Consolidated I.S.D.
Sabinal I.S.D.
Sabine I.S.D.
Sabine Pass I.S.D.
Saint Jo I.S.D.
Salado I.S.D.
Saltillo I.S.D.
Sam Rayburn I.S.D.
Samnorwood I.S.D.
San Angelo I.S.D.
San Antonio I.S.D.
San Augustine I.S.D.
San Benito Consolidated I.S.D.
San Diego I.S.D.
San Elizario I.S.D.
San Felipe Del Rio Consolidated I.S.D.
San Isidro I.S.D.
San Marcos Consolidated I.S.D.
San Perlita I.S.D.
San Saba I.S.D.
San Vicente I.S.D.
Sands Consolidated I.S.D.
Sanford-Fritch I.S.D.
Sanger I.S.D.
Santa Anna I.S.D.
Santa Fe I.S.D.
Santa Gertrudis I.S.D.
Santa Maria I.S.D.
Santa Rosa I.S.D.
Santo I.S.D.
Savoy I.S.D.
Schertz-Cibolo-Universal City I.S.D.
Schleicher Cnty I.S.D.
Schulenburg I.S.D.
Scurry-Rosser I.S.D.
Seagraves I.S.D.
Sealy I.S.D.

Seguin I.S.D.
Seminole I.S.D.
Seymour I.S.D.
Shallowater I.S.D.
Shamrock I.S.D.
Sharyland I.S.D.
Shelbyville I.S.D.
Sheldon I.S.D.
Shepherd I.S.D.
Sherman I.S.D.
Shiner I.S.D.
Sidney I.S.D.
Sierra Blanca I.S.D.
Silsbee I.S.D.
Silverton I.S.D.
Simms I.S.D.
Sinton I.S.D.
Sivells Bend I.S.D.
Skidmore-Tynan I.S.D.
Slaton I.S.D.
Slidell I.S.D.
Slocum I.S.D.
Smithville I.S.D.
Smyer I.S.D.
Snook I.S.D.
Snyder I.S.D.
Socorro I.S.D.
Somerset I.S.D.
Somerville I.S.D.
Sonora I.S.D.
South San Antonio I.S.D.
South Texas I.S.D.
Southland I.S.D.
Southside I.S.D.
Southwest I.S.D.
Spearman I.S.D.
Splendora I.S.D.
Spring Branch I.S.D.
Spring Creek I.S.D.
Spring Hill I.S.D.
Spring I.S.D.
Springlake-Earth I.S.D.
Springtown I.S.D.
Spur I.S.D.
Spurger I.S.D.
Stafford Municipal S.D.
Stamford I.S.D.
Stanton I.S.D.
Star I.S.D.
Stephenville I.S.D.
Sterling City I.S.D.
Stockdale I.S.D.
Stratford I.S.D.
Strawn I.S.D.
Sudan I.S.D.
Sulphur Bluff I.S.D.
Sulphur Springs I.S.D.
Sundown I.S.D.
Sunnyvale I.S.D.
Sunray I.S.D.
Sweeny I.S.D.
Sweet Home I.S.D.
Sweetwater I.S.D.
Taft I.S.D.
Tahoka I.S.D.
Tarkington I.S.D.
Tatum I.S.D.
Taylor I.S.D.
Teague I.S.D.
Temple I.S.D.
Tenaha I.S.D.
Terlingua Common S.D.

Terrell Cnty I.S.D.
Terrell I.S.D.
Texarkana I.S.D.
Texas City I.S.D.
Texhoma I.S.D.
Texline I.S.D.
Thorndale I.S.D.
Thrall I.S.D.
Three Rivers I.S.D.
Three Way I.S.D.
Throckmorton I.S.D.
Tidehaven I.S.D.
Timpson I.S.D.
Tioga I.S.D.
Tolar I.S.D.
Tom Bean I.S.D.
Tomball I.S.D.
Tornillo I.S.D.
Trent I.S.D.
Trenton I.S.D.
Trinidad I.S.D.
Trinity I.S.D.
Troup I.S.D.
Troy I.S.D.
Tulia I.S.D.
Tuloso-Midway I.S.D.
Turkey-Quitaque I.S.D.
Tyler I.S.D.
Union Grove I.S.D.
Union Hill I.S.D.
United I.S.D.
Utopia I.S.D.
Uvalde Consolidated I.S.D.
Valentine I.S.D.
Valley Mills I.S.D.
Valley View I.S.D. (Cooke Cnty)
Valley View I.S.D. (Hidalgo Cnty)
Van Alstyne I.S.D.

Van I.S.D.
Van Vleck I.S.D.
Vega I.S.D.
Venus I.S.D.
Veribest I.S.D.
Vernon I.S.D.
Victoria I.S.D.
Vidor I.S.D.
Vysehrad I.S.D.
Waco I.S.D.
Waelder I.S.D.
Walcott I.S.D.
Wall I.S.D.
Waller I.S.D.
Walnut Bend I.S.D.
Walnut Springs I.S.D.
Warren I.S.D.
Waskom I.S.D.
Water Valley I.S.D.
Waxahachie I.S.D.
Weatherford I.S.D.
Webb Consolidated I.S.D.
Weimar I.S.D.
Wellington I.S.D.
Wellman-Union Consolidated I.S.D.
Wells I.S.D.
Weslaco I.S.D.
West Hardin Cnty Consolidated I.S.D.
West I.S.D.
West Orange-Cove Consolidated I.S.D.
West Oso I.S.D.
West Rusk I.S.D.
West Sabine I.S.D.
Westbrook I.S.D.
Westhoff I.S.D.
Westphalia I.S.D.
Westwood I.S.D.
Wharton I.S.D.

Wheeler I.S.D.
White Deer I.S.D.
White Oak I.S.D.
White Settlement I.S.D.
Whiteface Consolidated I.S.D.
Whitehouse I.S.D.
Whitesboro I.S.D.
Whitewright I.S.D.
Whitharral I.S.D.
Whitney I.S.D.
Wichita Falls I.S.D.
Wildorado I.S.D.
Willis I.S.D.
Wills Point I.S.D.
Wilson I.S.D.
Wimberley I.S.D.
Windthorst I.S.D.
Winfield I.S.D.
Wink-Loving I.S.D.
Winnsboro I.S.D.
Winona I.S.D.
Winters I.S.D.
Woden I.S.D.
Wolfe City I.S.D.
Woodsboro I.S.D.
Woodson I.S.D.
Woodville I.S.D.
Wortham I.S.D.
Wylie I.S.D. (Collin Cnty)
Wylie I.S.D. (Taylor Cnty)
Yantis I.S.D.
YES Prep P.S.s
Yoakum I.S.D.
Yorktown I.S.D.
Ysleta I.S.D.
Zapata Cnty I.S.D.
Zavalla I.S.D.
Zephyr I.S.D.

## Utah

Jordan S.D. [18]
Juab S.D. [19]
Kane Cnty S.D. [20]
Logan City S.D. [21]
Millard Cnty S.D. [22]
Morgan Cnty S.D. [23]
Murray City S.D. [24]
Nebo S.D. [25]
North Sanpete S.D. [26]
North Summit S.D. [27]
Ogden City S.D. [28]
Park City S.D. [29]
Piute Cnty S.D. [30]
Provo City S.D. [31]

Rich S.D. [32]
Salt Lake City S.D. [33]
San Juan S.D. [34]
Sevier S.D. [35]
South Sanpete S.D. [36]
South Summit S.D. [37]
Tintic S.D.[38]
Tooele Cnty S.D.[39]
Uintah S.D.[40]
Wasatch Cnty S.D.[41]
Washington Cnty S.D.[42]
Wayne Cnty S.D.[43]
Weber S.D.[44]

Beaver Cnty S.D.[5]
Box Elder S.D. [6]
Cache Cnty S.D. [7]
Canyons S.D. [8]
Carbon S.D. [9]
Charter Schools
Daggett S.D. [10]
Davis S.D. [11]
Duchesne Cnty S.D. [12]
Emery Cnty S.D. [13]
Garfield Cnty S.D. [14]
Grand Cnty S.D. [15]
Granite S.D. [16]
Iron Cnty S.D. [17]

## Vermont

Addison Central Supervisory Union –
Middlebury, Addison Cnty
Addison Northeast Supervisory Union –
Bristol, Addison Cnty
Addison Northwest Supervisory Union –
Vergennes, Addison Cnty
Addison Rutland Supervisory Union – Fair
Haven, Rutland Cnty
Addison S.D. – Addison, Addison Cnty
Albany S.D. – Albany, Orleans Cnty
Alburg S.D. – Alburg, Grand Isle Cnty
Andover S.D. – Chester, Windsor Cnty
Arlington S.D. – Arlington, Bennington
Cnty
Athens S.D. – Bellows Falls, Windham
Cnty

Athens/Grafton Contract S.D. – Grafton,
Windham Cnty
Averill S.D. – Canaan, Essex Cnty
Averys Gore S.D. – Canaan, Essex Cnty
Bakersfield S.D. – Bakersfield, Franklin
Cnty
Baltimore S.D. – Chester, Windsor Cnty
Barnard S.D. – Barnard, Windsor Cnty
Barnet S.D. – Barnet, Caledonia Cnty
Barre City S.D. – Barre, Washington Cnty
Barre Supervisory Union – Barre,
Washington Cnty
Barre Town S.D. – Barre, Washington Cnty
Barstow Joint Contract S.D. – Chittenden,
Rutland Cnty

Barton Incorporated S.D. – Barton, Orleans
Cnty
Battenkill Valley Supervisory Union –
Arlington, Bennington Cnty
Bellows Falls Union High S.D. 27 –
Bellows Falls, Windham Cnty
Bellows Free Academy Union High S.D. 48
– St. Albans, Franklin Cnty
Belvidere S.D. – Belvidere, Lamoille Cnty
Bennington Incorporated S.D. –
Bennington, Bennington Cnty
Bennington Rutland Supervisory Union –
Sunderland, Bennington Cnty
Benson S.D. – Benson, Rutland Cnty
Berkshire S.D. – Richford, Franklin Cnty
Berlin S.D. – Berlin, Washington Cnty

Bethel S.D. – Bethel, Windsor Cnty

Black River U.S.D. 39 – Ludlow, Windsor Cnty

Bloomfield S.D. – Canaan, Essex Cnty

Blue Mountain Supervisory District – Wells River, Orange Cnty

Blue Mountain U.S.D. 21 – Wells River, Orange Cnty

Bolton S.D. – Bolton, Chittenden Cnty

Bradford Incorporated S.D. – Bradford, Orange Cnty

Braintree S.D. – Braintree, Orange Cnty

Brandon S.D. – Brandon, Rutland Cnty

Brattleboro S.D. – Brattleboro, Windham Cnty

Brattleboro Union High S.D. 6 – Brattleboro, Windham Cnty

Bridgewater S.D. – Bridgewater, Windsor Cnty

Bridport S.D. – Bridport, Addison Cnty

Brighton S.D. – Island Pond, Essex Cnty

Bristol S.D. – Bristol, Addison Cnty

Brookfield S.D. – Brookfield, Orange Cnty

Brookline S.D. – Brookline, Windham Cnty

Brookline/Newfane Joint School Contract – Newfane, Windham Cnty

Brownington S.D. – Brownington, Orleans Cnty

Brunswick S.D. – Canaan, Essex Cnty

Buels Gore S.D. – Richmond, Chittenden Cnty

Burke S.D. – West Burke, Caledonia Cnty

Burlington S.D.– Burlington, Chittenden Cnty

Burlington Supervisory District – Burlington, Chittenden Cnty

Cabot S.D. – Cabot, Washington Cnty

Calais S.D. – Plainfield, Washington Cnty

Caledonia Central Supervisory Union – Danville, Caledonia Cnty

Caledonia North Supervisory Union – Lyndonville, Caledonia Cnty

Cambridge S.D. – Jeffersonville, Lamoille Cnty

Canaan S.D. – Canaan, Essex Cnty

Castleton S.D. – Fair Haven, Rutland Cnty

Castleton-Hubbardton Union S.D. 42 – Castleton, Rutland Cnty

Cavendish S.D. – Proctorville, Windsor Cnty

Champlain Valley Union High S.D. 15 – Hinesburg, Chittenden Cnty

Charleston S.D. – West Charleston, Orleans Cnty

Charlotte S.D. – Charlotte, Chittenden Cnty

Chelsea S.D. – Chelsea, Orange Cnty

Chester S.D. – Chester, Windsor Cnty

Chester-Andover U.S.D. 29 – Chester, Windsor Cnty

Chittenden Central Supervisory Union – Essex Junction, Crittenden Cnty

Chittenden East Supervisory Union – Richmond, Chittenden Cnty

Chittenden S.D. – Brandon, Rutland Cnty

Chittenden South Supervisory Union – Shelburne, Chittenden Cnty

Clarendon S.D. – North Claredon, Rutland Cnty

Colchester S.D. – Colchester, Chittenden Cnty

Colchester Supervisory District – Colchester, Chittenden Cnty

Concord S.D. – Concord, Essex Cnty

Corinth S.D. – Bradford, Orange Cnty

Corwall S.D. – Cornwall, Addison Cnty

Coventry S.D. – Coventry, Orleans Cnty

Craftsbury S.D. d.b.a. Craftsbury Schools – Craftsbury Commons, Orleans Cnty

Currier Memorial U.S.D. 23 – Danby, Rutland Cnty

Danby S.D. – Manchester Center, Bennington Cnty

Danville S.D. – Danville, Caledonia Cnty

Derby S.D. – Derby Line, Orleans Cnty

Dorset S.D. – Dorset, Bennington Cnty

Dover S.D. – East Dover, Windham Cnty

Dummerston S.D. – East Dummerston, Windham Cnty

Duxbury S.D. – Waitsfield, Washington Cnty

Duxbury/Waterbury Union S.D. 45 – Duxbury, Washington Cnty

East Haven S.D. – East Haven, Essex Cnty

East Montpelier S.D. – East Montpelier, Washington Cnty

Eden S.D. – Eden, Lamoille Cnty

Elmore S.D. – Lake Elmore, Lamoille Cnty

Enosburgh Town S.D. – Enosburg Falls, Franklin Cnty

Essex Caledonia Supervisory Union – Concord, Essex Cnty

Essex Junction Incorporated S.D. – Essex Junction, Chittenden Cnty

Essex North Supervisory Union – Canaan, Essex Cnty

Essex Town S.D. – Essex Junction, Chittenden Cnty

Essex Town Supervisory District – Essex Junction, Chittenden Cnty

Fair Haven S.D. – Fair Haven, Rutland Cnty

Fair Haven Union High S.D. 16 – Fair Haven, Rutland Cnty

Fairfax S.D. – Fairfax, Franklin Cnty

Fairfield S.D. – Fairfield, Franklin Cnty

Fayston S.D. – Fayston, Washington Cnty

Ferdinand S.D. – Newport, Orleans Cnty

Ferrisburg S.D. – Ferrisburgh, Addison Cnty

Fletcher S.D. – Cambridge, Franklin Cnty

Flood Brook Union S.D. 20 – Londonderry, Windham Cnty

Franklin Central Supervisory Union – St. Albans, Franklin Cnty

Franklin Northeast Supervisory Union – Richford, Franklin Cnty

Franklin Northwest Supervisory Union – Swanton, Franklin Cnty

Franklin S.D. – Franklin, Franklin Cnty

Franklin West Supervisory Union – Fairfax, Franklin Cnty

Georgia S.D. – St. Albans, Franklin Cnty

Glastenbury S.D. – Bennington, Bennington Cnty

Glover S.D. – Glover, Orleans Cnty

Goshen S.D. – Brandon, Rutland Cnty

Grafton S.D. – Grafton, Windham Cnty

Granby S.D. – Granby, Essex Cnty

Grand Isle S.D. – Grand Isle, Grand Isle Cnty

Grand Isle Supervisory Union – Grand Isle, Grand Isle Cnty

Granville S.D. – Granville, Addison Cnty

Granville/Hancock Joint Contract District – Granville, Addison Cnty

Green Mountain Union High S.D. 35 – Chester, Windsor Cnty

Greensboro S.D. – Hardwick, Caledonia Cnty

Groton S.D. – Wells River, Orange Cnty

Guildhall S.D. – Guildhall, Essex Cnty

Guilford S.D. – Guilford, Windham Cnty

Halifax S.D. – West Halifax, Windham Cnty

Hancock S.D. – Hancock, Addison Cnty

Hardwick S.D. – Hardwick, Caledonia Cnty

Hartford S.D. – White River Junction, Windsor Cnty

Hartford Supervisory District – Wilder, Windsor Cnty

Hartland S.D. – Hartland, Windsor Cnty

Harwood Union High S.D. 19 – Duxbury, Washington Cnty

Hazen Union High S.D. 26 – Hardwick, Caledonia Cnty

Highgate S.D. – Highgate Center, Franklin Cnty

Hinesburg S.D. – Hinesburg, Chittenden Cnty

Holland S.D. – Derby Line, Orleans Cnty

Hubbardton S.D. – Fair Haven, Rutland Cnty

Huntington S.D. – Huntingdon, Chittenden Cnty

Hyde Park S.D. – Hyde Park, Lamoille Cnty

Ira S.D. – Poultney, Rutland Cnty

Irasburg S.D. – Irasburg, Orleans Cnty

Isle La Motte S.D. – Isle La Motte, Grand Isle Cnty

Jamaica S.D. – Jamaica, Windham Cnty

Jay S.D. – Newport, Orleans Cnty

Jay/Westfield Joint E.S.D. – Jay, Orleans Cnty

Jericho S.D. – Jericho, Chittenden Cnty

Johnson S.D. – Johnson, Lamoille Cnty

Kirby S.D. – Concord, Essex Cnty

Lake Region Union High S.D. 24 – Orleans, Orleans Cnty[clarification needed]

Lakeview Union S.D. 43 – Greensboro, Orleans Cnty

Lamoille North Supervisory Union – Hyde Park, Lamoille Cnty

Lamoille South Supervisory Union – Morrisville, Lamoille Cnty

Lamoille Union High S.D. 18 – Hyde Park, Lamoille Cnty

Landgrove S.D. – Chester, Windsor Cnty

Leicester S.D. – Leicester, Addison Cnty

Leland and Gray Union High S.D. 34 – Townshend, Windham Cnty

Lemington S.D. – Canaan, Essex Cnty

Lewis S.D. – Canaan, Essex Cnty

Lincoln S.D. – Lincoln, Addison Cnty

Londonderry S.D. – Chester, Windsor Cnty

Lowell S.D. – Lowell, Orleans Cnty

Ludlow S.D. – Ludlow, Windsor Cnty

Lunenburg S.D. – Gilman, Essex Cnty

Lyndon S.D. – Lyndonville, Caledonia Cnty

Maidstone S.D. – Concord, Essex Cnty

Manchester S.D. – Manchester Center, Bennington Cnty

Marlboro S.D. – Marlboro, Windham Cnty

Marshfield S.D. – Plainfield, Washington Cnty

Mendon S.D. – Brandon, Rutland Cnty

Mettawee Community School – West Pawlet, Rutland Cnty

Middlebury Incorporated S.D. – Middlebury, Addison Cnty

Middlebury Union High S.D. 3 – Middlebury, Addison Cnty

Middlesex S.D. – Middlesex, Washington Cnty

Middletown Springs S.D. – Middletown Springs, Rutland Cnty

Mill River U.S.D. 40 – North Clarendon, Rutland Cnty

Millers Run U.S.D. 37 – Sheffield, Caledonia Cnty

Milton Incorporated S.D. – Milton, Chittenden Cnty

Milton Supervisory District – Milton, Chittenden Cnty

Missisquoi Valley Union High S.D. 7 – Swanton, Franklin Cnty

Monkton S.D. – Monkton, Addison Cnty

Montgomery S.D. – Montgomery Center, Franklin Cnty

Montpelier S.D. – Montpelier, Washington Cnty

Montpelier Supervisory District – Montpelier, Washington Cnty

Moretown S.D. – Moretown, Washington Cnty

Morgan S.D. – Morgan, Orleans Cnty

Morristown S.D. – Morrisville, Lamoille Cnty

Mount Abraham Union High S.D. 28 – Bristol, Addison Cnty

Mount Anthony Union High S.D. 14 – Bennington, Bennington Cnty

Mount Holly S.D. – Mount Holly, Rutland Cnty

Mount Mansfield U.S.D. 17 – Jericho, Chittenden Cnty

Mount Tabor S.D. – Manchester Center, Bennington Cnty

New Haven S.D. – New Haven, Addison Cnty

Newark S.D. – Newark, Caledonia Cnty

Newbury S.D. – Newbury, Orange Cnty

Newfane S.D. – Newfane, Windham Cnty

Newport City S.D. – Newport, Orleans Cnty

Newport Town S.D. – Newport Center, Orleans Cnty

North Bennington Incorporated S.D. – North Bennington, Bennington Cnty

North Country Junior Union High S.D. 22 – Derby, Orleans Cnty

North Country Senior Union High S.D. 22 – Newport, Orleans Cnty

North Country Supervisory Union – Newport, Orleans Cnty

North Hero S.D. – North Hero, Grand Isle Cnty

Northeast Kingdom Learning Services – Newport, Orleans Cnty

Northfield S.D. – Northfield, Washington Cnty

Norton S.D. – Norton, Orleans Cnty

Norwich S.D. – Norwich, Windsor Cnty

Orange East Supervisory Union – Bradford, Orange Cnty

Orange North Supervisory Union – South Barre, Orange Cnty

Orange S.D. – East Barre, Orange Cnty

Orange Southwest Supervisory Union – Randolph, Orange Cnty

Orange Windsor Supervisory Union – South Royalton, Windsor Cnty

Orleans Central Supervisory Union – Orleans, Orleans Cnty

Orleans Incorporated S.D. – Orleans, Orleans Cnty

Orleans Southwest Supervisory Union – Hardwick, Caledonia Cnty

Orwell S.D. – Orwell, Addison Cnty

Otter Valley Union High S.D. 8 – Brandon, Rutland Cnty

Oxbow Union High S.D. 30 – Bradford, Orange Cnty

Panton S.D. – Vergennes, Addison Cnty

Patricia Hannaford Career Center S.D. – Middlebury, Addison Cnty

Pawlet S.D. – Manchester Center, Bennington Cnty

Peacham S.D. – Peacham, Caledonia Cnty

Peru S.D. – Chester, Windsor Cnty

Pittsfield S.D. – Bethel, Windsor Cnty

Pittsford S.D. – Pittsford, Rutland Cnty

Plainfield S.D. – Plainfield, Washington Cnty

Plymouth S.D. – Plymouth, Windsor Cnty

Pomfret S.D. – South Pomfret, Windsor Cnty

Poultney S.D. – Poultney, Rutland Cnty

Pownal S.D. – Pownal, Bennington Cnty

Proctor S.D. – Proctor, Rutland Cnty

Putney S.D. – Putney, Windham Cnty

Randolph S.D. – Randolph, Orange Cnty

Randolph Union High S.D. 2 – Randolph, Orange Cnty

Reading S.D. – Reading, Windsor Cnty

Readsboro S.D. – Readsboro, Bennington Cnty

Richford S.D. – Richford, Franklin Cnty

Richmond S.D. – Richmond, Chittenden Cnty

Ripton S.D. – Ripton, Addison Cnty

Rivendell Interstate S.D. – West Fairlee, Orange Cnty

Rochester S.D. – Rochester, Windsor Cnty

Rockingham S.D. – Bellows Falls, Windham Cnty

Roxbury S.D. – Roxbury, Washington Cnty

Royalton S.D. – South Royalton, Windsor Cnty

Rupert S.D. – Manchester Center, Bennington Cnty

Rutland Central Supervisory Union – Rutland, Rutland Cnty

Rutland City S.D. – Rutland, Rutland Cnty

Rutland City Supervisory District – Rutland, Rutland Cnty

Rutland Northeast Supervisory Union – Brandon, Rutland Cnty

Rutland South Supervisory Union – North Claredon, Rutland Cnty

Rutland Southwest Supervisory Union – Poultney, Rutland Cnty

Rutland Town S.D. – Rutland Town, Rutland Cnty

Rutland Windsor Supervisory Union – Ludlow, Windsor Cnty

Ryegate S.D. – Wells River, Orange Cnty

Saint Albans City S.D. – St. Albans, Franklin Cnty

Saint Albans Town S.D. – St. Albans, Franklin Cnty

Saint George S.D. – Shelburne, Chittenden Cnty

Saint Johnsbury S.D. – Saint Johnsbury, Caledonia Cnty

Saint Johnsbury Supervisory District – Saint Johnsbury, Caledonia Cnty

Salisbury S.D. – Salisbury, Addison Cnty

Sandgate S.D. – Arlington, Bennington Cnty

School Administrative Unit 70 – Hanover, Grafton Cnty

Searsburg S.D. – Wilmington, Windham Cnty

Shaftsbury S.D. – Shaftsbury, Bennington Cnty

Sharon S.D. – Sharon, Windsor Cnty

Sheffield S.D. – Lyndonville, Caledonia Cnty

Shelburne S.D. – Shelburne, Crittenden Cnty

Sheldon S.D. – Sheldon, Franklin Cnty

Sherburne Town S.D. – Killington, Rutland Cnty

Shoreham S.D. – Shoreham, Addison Cnty

Shrewsbury S.D. – Cuttingsville, Rutland Cnty

Somerset S.D. – Wilmington, Windham Cnty

South Burlington S.D. – South Burlington, Chittenden Cnty

South Burlington Supervisory District – South Burlington, Chittenden Cnty

South Hero S.D. – South Hero, Grand Isle Cnty

Southwest Vermont Supervisory Union – Bennington, Bennington Cnty

Spaulding Union High S.D. 41 – Barre, Washington Cnty

Springfield S.D. – Springfield, Windsor Cnty

Springfield Supervisory District – Springfield, Windsor Cnty

Stamford S.D. – Stamford, Bennington Cnty

Stannard S.D. – Hardwick, Caledonia Cnty

Starksboro S.D. – Starksboro, Addison Cnty

Stockbridge S.D. – Stockbridge, Windsor Cnty

Stowe S.D. – Stowe, Lamoille Cnty

Strafford S.D. – South Strafford, Orange Cnty

Stratton S.D. – Newfane, Windham Cnty

Sudbury S.D. – Sudbury, Rutland Cnty

Sunderland S.D. – Sunderland, Bennington Cnty

Sutton S.D. – Sutton, Caledonia Cnty

Swanton S.D. – Swanton, Franklin Cnty

Thetford S.D. – Thetford, Orange Cnty

Tinmouth S.D. – Tinmouth, Rutland Cnty

Topsham S.D. – Bradford, Orange Cnty

Townshend S.D. – Townshend, Windham Cnty

Troy S.D. – North Troy, Orleans Cnty

Tunbridge S.D. – Tunbridge, Orange Cnty

Twinfield Union S.D. 33 – Plainfield, Washington Cnty

Union High S.D. 32 – Montpelier, Washington Cnty

Underhill Incorporated S.D. – Jericho, Chittenden Cnty

Underhill Town S.D. – Underhill Center, Chittenden Cnty

Vergennes Incorporated S.D. – Vergennes, Addison Cnty

Vergennes Union E.S.D. 44 – Vergennes, Addison Cnty

Vergennes Union High S.D. 5 – Vergennes, Addison Cnty

Vernon S.D. – Vernon, Windham Cnty

Victory S.D. – Concord, Essex Cnty

Waits River Valley U.S.D. 36 – East Corinth, Orange Cnty

Waitsfield S.D. – Waitsfield, Washington Cnty

Walden S.D. – Walden, Caledonia Cnty

Wallingford S.D. – Wallingford, Rutland Cnty

Waltham S.D. – Vergennes, Addison Cnty

Wardsboro S.D. – Wardsboro, Windham Cnty

Warners Grant S.D. – Canaan, Essex Cnty

Warren S.D. – Warren, Washington Cnty

Warrens Grant S.D. – Canaan, Essex Cnty

Washington Central Supervisory Union – Montpelier, Washington Cnty

Washington Northeast Supervisory Union – Plainfield, Washington Cnty

Washington S.D. – Washington, Orange Cnty

Washington South Supervisory Union – Northfield, Washington Cnty

Accomack Cnty P.S.s
Albemarle Cnty P.S.s
Alexandria City P.S.s
Alleghany Cnty P.S.s
Amelia Cnty P.S.s
Amherst Cnty P.S.s
Appomattox Cnty P.S.s
Arlington P.S.s
Augusta Cnty P.S.s
Bath Cnty P.S.s
Bedford Cnty P.S.s
Bland Cnty P.S.s
Botetourt Cnty P.S.s
Bristol Virginia P.S.s
Brunswick Cnty P.S.s
Buchanan Cnty P.S.s
Buckingham Cnty P.S.s
Buena Vista City P.S.s
Campbell Cnty P.S.s
Caroline Cnty P.S.s
Carroll Cnty P.S.s
Charles City Cnty P.S.s
Charlotte Cnty P.S.s
Charlottesville City Schools
Chesapeake P.S.s
Chesterfield Cnty P.S.s
Clarke Cnty P.S.s
Colonial Beach P.S.s
Colonial Heights P.S.s
Covington City P.S.s
Craig Cnty P.S.s
Culpeper Cnty P.S.s
Cumberland Cnty P.S.s
Danville P.S.s

Washington West Supervisory Union – Waitsfield, Washington Cnty

Waterbury S.D. – Waitsfield, Washington Cnty

Waterford S.D. – Waterford, Caledonia Cnty

Waterville S.D. – Waterville, Lamoille Cnty

Weathersfield S.D. – Ascutney, Windsor Cnty

Wells River S.D. – Wells River, Orange Cnty

Wells S.D. – Wells, Rutland Cnty

West Haven S.D. – Fair Haven, Rutland Cnty

West Rutland S.D. – West Rutland, Rutland Cnty

West Windsor S.D. – Brownsville, Windsor Cnty

Westfield S.D. – Newport, Orleans Cnty

Westford S.D. – Westford, Chittenden Cnty

Westminster S.D. – Westminster, Windham Cnty

Westmore S.D. – Orleans, Orleans Cnty

Weston S.D. – Chester, Windsor Cnty

Weybridge S.D. – Middlebury, Addison Cnty

Wheelock S.D. – Lyndonville, Caledonia

Whiting S.D. – Whiting, Addison Cnty

Whitingham S.D. – Jacksonville, Windham Cnty

Whitingham/Wilmington Joint S.D. – Jacksonville, Windham Cnty

Williamstown S.D. – Williamstown, Orange Cnty

Williston S.D. – Williston, Chittenden Cnty

### Virginia

Dickenson Cnty P.S.s
Dinwiddie Cnty P.S.s
Essex Cnty P.S.s
Fairfax Cnty P.S.s
Falls Church City P.S.s
Fauquier Cnty P.S.s
Floyd Cnty P.S.s
Fluvanna Cnty P.S.s
Franklin City P.S.s
Franklin Cnty P.S.s
Frederick Cnty P.S.s
Fredericksburg City P.S.s
Galax Cnty P.S.s
Giles Cnty P.S.s
Gloucester Cnty P.S.s
Goochland Cnty P.S.s
Grayson Cnty P.S.s
Greene Cnty P.S.s
Greensville Cnty P.S.s
Halifax Cnty P.S.s
Hampton City Schools
Hanover Cnty P.S.s
Harrisonburg City P.S.s
Henrico Cnty P.S.s
Henry Cnty P.S.s
Highland Cnty P.S.s
Hopewell P.S.s
Isle of Wight Cnty P.S.s
King and Queen Cnty P.S.s
King George Cnty Schools
King William Cnty P.S.s
Lancaster Cnty P.S.s
Lee Cnty P.S.s
Lexington City Schools

Wilmington S.D. – Wilmington, Windham Cnty

Windham Central Supervisory Union[1] – Townshend, Windham Cnty

Windham Northeast Supervisory Union – Bellows Falls, Windham Cnty

Windham S.D. – Windham, Windham Cnty

Windham Southeast Supervisory Union – Brattleboro, Windham Cnty

Windham Southwest Supervisory Union – Wilmington, Windham Cnty

Windsor Central Supervisory Union – Woodstock, Windsor Cnty

Windsor Northwest Supervisory Union – Pittsfield, Rutland Cnty

Windsor S.D. – Windsor, Windsor Cnty

Windsor Southeast Supervisory Union – Windsor, Windsor Cnty

Windsor Southwest Supervisory Union – Chester, Windsor Cnty

Winhall S.D. – Newfane, Windham Cnty

Winooski S.D. – Winooski, Chittenden Cnty

Winooski Supervisory District – Winooski, Chittenden Cnty

Wolcott S.D. – Wolcott, Lamoille Cnty

Woodbury S.D. – Woodbury, Washington Cnty

Woodford S.D. – Bennington, Bennington Cnty

Woodstock S.D. – Woodstock, Windsor Cnty

Woodstock Union High S.D. 4 – Woodstock, Windsor Cnty

Worcester S.D. – Worcester, Washington Cnty

Loudoun Cnty P.S.s
Louisa Cnty P.S.s
Lunenburg Cnty P.S.s
Lynchburg City Schools
Madison Cnty P.S.s
Manassas City P.S.s
Manassas Park City Schools
Martinsville City P.S.s
Mathews Cnty P.S.s
Mecklenburg Cnty P.S.s
Middlesex Cnty P.S.s
Montgomery Cnty P.S.s
Nelson Cnty P.S.s
New Kent Cnty P.S.s
Newport News P.S.s
Norfolk P.S.s
Northampton Cnty P.S.s
Northumberland Cnty P.S.s
Norton City Schools
Nottoway Cnty P.S.s
Orange Cnty P.S.s
Page Cnty P.S.s
Patrick Cnty P.S.s
Petersburg City P.S.s
Pittsylvania Cnty Schools
Poquoson City P.S.s
Portsmouth P.S.s
Powhatan Cnty P.S.s
Prince Edward Cnty P.S.s
Prince George Cnty P.S.s
Prince William Cnty P.S.s
Pulaski Cnty P.S.s
Radford City P.S.s
Rappahannock Cnty P.S.s

Richmond P.S.s
Richmond Cnty P.S.s
Roanoke City P.S.s
Roanoke Cnty P.S.s
Rockbridge Cnty P.S.s
Rockingham Cnty P.S.s
Russell Cnty P.S.s
Salem City Schools
Scott Cnty P.S.s
Shenandoah Cnty P.S.s

Aberdeen S.D. 5
Adna S.D. 226
Almira S.D. 17
Anacortes S.D. 103
Arlington S.D. 16
Asotin-Anatone S.D. 420
Auburn S.D. 408
Bainbridge Island S.D. 303
Battle Ground S.D. 119
Bellevue S.D. 405
Bellingham S.D. 501
Benge S.D. 122
Bethel S.D. 403
Bickleton S.D. 203
Blaine S.D. 503
Boistfort S.D. 234
Bremerton S.D. 100-C
Brewster S.D. 111
Bridgeport S.D. 75
Brinnon S.D. 46
Burlington-Edison S.D. 100
Camas S.D. 117
Cape Flattery S.D. 401
Carbonado S.D. 19
Cascade S.D. 228
Cashmere S.D. 222
Castle Rock S.D. 401
Centerville S.D. 215
Central Kitsap S.D. 401
Central Valley S.D. 356
Centralia S.D. 401
Chehalis S.D. 302
Cheney S.D. 360
Chewelah S.D. 36
Chimacum S.D. 49
Clarkston S.D. 250
Cle Elum-Roslyn S.D. 404
Clover Park S.D. 400
Colfax S.D. 300
College Place S.D. 250
Colton S.D. 306
Columbia S.D. (Stevens) 206
Columbia S.D. (Walla Walla) 400
Colville S.D. 115
Concrete S.D. 11
Conway C.S.D. 317
Cosmopolis S.D. 99
Coulee-Hartline S.D. 151
Coupeville S.D. 204
Crescent S.D. 313
Creston S.D. 73
Curlew S.D. 50
Cusick S.D. 59
Damman S.D. 7
Darrington S.D. 330
Davenport S.D. 207
Dayton S.D. 2
Deer Park S.D.
Dieringer S.D. 343
Dixie S.D. (Washington) 101

Smyth Cnty Schools
Southampton Cnty P.S.s
Spotsylvania Cnty P.S.s
Stafford Cnty P.S.s
Staunton City Schools
Suffolk City P.S.s
Surry City P.S.s
Sussex Cnty P.S.s
Tazewell Cnty P.S.s
Virginia Beach City P.S.s

## Washington

East Valley S.D. (Yakima) 90
East Valley S.D. (Spokane) 361
Eastmont S.D. 206
Easton S.D. 28
Eatonville S.D. 404
Edmonds S.D. 15
Ellensburg S.D. 401
Elma S.D. 68
Endicott S.D. 308
Entiat S.D. 127
Enumclaw S.D. 216
Ephrata S.D. 165
Evaline S.D. 36
Everett S.D. 2
Evergreen S.D. (Clark) 114
Evergreen S.D. (Stevens)
Federal Way S.D. 210
Ferndale S.D. 502
Fife P.S.s 417
Finley S.D. 53
Franklin Pierce S.D. 402
Freeman S.D. 358
Garfield S.D. 302
Glenwood S.D. 401
Goldendale S.D. 404
Grand Coulee Dam S.D. 301
Grandview S.D. 200
Granger S.D. 204
Granite Falls S.D. 332
Grapeview S.D. 54
Great Northern S.D. 312
Green Mountain S.D. 103
Griffin S.D. 324
Harrington S.D. 204
Highland S.D. 203
Highline S.D. 401
Hockinson S.D. 98
Hood Canal S.D. 404
Hoquiam S.D. 28
Inchelium S.D. 70
Index S.D. 63
Issaquah S.D. 411
Kahlotus S.D. 56
Kalama S.D. 402
Keller S.D. 3
Kelso S.D. 458
Kennewick S.D. 17
Kent S.D. 415
Kettle Falls S.D. 212
Kiona-Benton City S.D. 52
Kittitas S.D. 403
Klickitat S.D.
La Center S.D. 101
LaConner S.D. 311
LaCrosse S.D.
Lake Chelan S.D. 129
Lake Stevens S.D. 4
Lake Washington S.D. 414
Lakewood S.D. 306
Lamont S.D. 264

Warren Cnty P.S.s
Washington Cnty P.S.s
Waynesboro P.S.s
West Point P.S.s
Westmoreland Cnty P.S.s
Williamsburg-James City Cnty P.S.s
Winchester P.S.s
Wise Cnty P.S.s
Wythe Cnty P.S.s
York Cnty School Division

Liberty S.D. 362
Lind S.D. 158
Longview P.S.s 122
Loon Lake S.D. 183
Lopez S.D.
Lyle S.D. 406
Lynden S.D. 504
Mabton S.D. 120
Mansfield S.D. 207
Manson S.D. 19
Mary M Knight S.D. 311
Mary Walker S.D. 207
Marysville S.D. 25
McCleary S.D. 65
Mead S.D. 354
Medical Lake S.D. 326
Mercer Island S.D. 400
Meridian S.D. 505
Methow Valley S.D. 350
Mill A S.D. 31
Monroe S.D. 103
Montesano S.D. 66
Morton S.D. 214
Moses Lake S.D. 161
Mossyrock S.D. 206
Mount Adams S.D. 209
Mount Baker S.D. 507
Mount Pleasant S.D. 29
Mount Vernon S.D. 320
Mukilteo S.D. 6
Naches Valley S.D. 3
Napavine S.D. 14
Naselle-Grays River Valley S.D. 155
Nespelem S.D. 14
Newport S.D. 56
Nine Mile Falls S.D. 325
Nooksack Valley S.D. 506
North Beach S.D.
North Franklin S.D. 51
North Kitsap S.D. 400
North Mason S.D. 403
North River S.D. 200
North Thurston P.S.s 3
Northport S.D. 211
Northshore S.D. 417
Oak Harbor S.D. 201
Oakesdale S.D. 324
Oakville S.D. 400
Ocean Beach S.D. 101
Ocosta S.D. 172
Odessa S.D. 105
Okanogan S.D. 105
Olympia S.D. 111
Omak S.D. 19
Onalaska S.D. 300
Onion Creek S.D. 30
Orcas Island S.D. 137
Orchard Prairie S.D. 123
Orient S.D. 65
Orondo S.D. 13

Oroville S.D. 410
Orting S.D. 344
Othello S.D. 147
Palisdes S.D. 102[1]
Palouse S.D. 301
Pasco S.D. 1
Pateros S.D. 122
Paterson S.D. 50
Pe Ell S.D. 301
Peninsula S.D. 401
Pioneer S.D. 402
Pomeroy S.D. 110
Port Angeles S.D. 121
Port Townsend S.D. 50
Prescott S.D. 402
Prosser S.D. 116
Pullman S.D. 267
Puyallup S.D. 3
Queets-Clearwater S.D. 20
Quilcene S.D. 48
Quillayute Valley S.D. 402
Quinault S.D. 97
Quincy S.D. 144
Rainier S.D. 307
Raymond S.D. 116
Reardan-Edwall S.D. 9
Renton S.D. 403
Republic S.D. 309
Richland S.D. 400
Ridgefield S.D. 122
Ritzville S.D. 160
Riverside S.D. 416
Riverview S.D. 407
Rochester S.D. 401
Roosevelt S.D. 603
Rosalia S.D. 320
Royal S.D. 160
Saint John S.D. 322
San Juan Island S.D. 149

Satsop S.D. 104
Seattle P.S.s 1
Sedro-Woolley S.D. 101
Selah S.D. 119
Selkirk S.D. 70
Sequim S.D. 323
Shaw Island S.D. 10
Shelton S.D. 309
Shoreline S.D. 412
Skamania S.D. 2
Skykomish S.D. 404
Snohomish S.D. 201
Snoqualmie Valley S.D. 410
Soap Lake S.D. 156
South Bend S.D. 118
South Kitsap S.D. 402
South Whidbey S.D. 206
Southside S.D. (Washington) 42
Spokane P.S.s 81
Sprague S.D. 8
Stanwood-Camano Island S.D. 401
Star S.D. 54
Starbuck S.D. 35
Stehekin S.D.
Steilacoom Historical S.D.
Steptoe S.D. 304
Stevenson-Carson S.D. 303
Sultan S.D.
Summit Valley S.D.
Sumner S.D. 320
Sunnyside S.D. 201
Tacoma P.S.s 10
Taholah S.D. 77
Tahoma S.D. 409
Tekoa S.D. 265
Tenino S.D. 402
Thorp S.D. 400
Toledo S.D. 237
Tonasket S.D.

Toppenish S.D. 202
Touchet S.D. 300
Toutle Lake S.D.
Trout Lake S.D. 400
Tukwila S.D. 406
Tumwater S.D. 33
Union Gap S.D. 2
University Place S.D. 83
Valley S.D. 70
Vancouver S.D. 37
Vashon Island S.D. 402
Wahkiakum S.D. 200
Wahluke S.D. 73
Waitsburg S.D. 401
Walla Walla S.D. 140
Wapato S.D. 207
Warden S.D. 146
Washington School for the Blind ?
Washington School for the Deaf ?
Washougal S.D. 112
Washtucna S.D. 109
Waterville S.D. 209
Wellpinit S.D. 49
Wenatchee S.D. 246
West Valley S.D. (Spokane) 363
West Valley S.D. (Yakima) 208
White Pass S.D. 303
White River S.D. 416
White Salmon Valley Schools 405
Wilbur S.D. 200
Willapa Valley S.D. 160
Wilson Creek S.D. 167
Winlock S.D. 232
Wishkah Valley School 117
Wishram S.D. 94
Woodland S.D. 404
Yakima S.D. 7
Yelm S.D.
Zillah S.D. 205

Barbour Cnty Schools
Berkeley Cnty Schools
Boone Cnty Schools
Braxton Cnty Schools
Brooke Cnty Schools
Cabell Cnty Schools
Calhoun Cnty Schools
Clay Cnty Schools
Doddridge Cnty Schools
Fayette Cnty Schools
Gilmer Cnty Schools
Grant Cnty Schools
Greenbrier Cnty Schools
Hampshire Cnty Schools
Hancock Cnty Schools
Hardy Cnty Schools
Harrison Cnty Schools
Jackson Cnty Schools
Jefferson Cnty Schools

## West Virginia

Kanawha Cnty Schools
Lewis Cnty Schools
Lincoln Cnty Schools
Logan Cnty Schools
Marion Cnty Schools
Marshall Cnty Schools
Mason Cnty Schools
McDowell Cnty Schools
Mercer Cnty Schools
Mineral Cnty Schools
Mingo Cnty Schools
Monongalia Cnty Schools
Monroe Cnty Schools
Morgan Cnty Schools
Nicholas Cnty Schools
Ohio Cnty Schools
Pendleton Cnty Schools
Pleasants Cnty Schools
Pocahontas Cnty Schools

Preston Cnty Schools
Putnam Cnty Schools
Raleigh Cnty Schools
Randolph Cnty Schools
Ritchie Cnty Schools
Roane Cnty Schools
Summers Cnty Schools
Taylor Cnty Schools
Tucker Cnty Schools
Tyler Cnty Schools
Upshur Cnty Schools
Wayne Cnty Schools
Webster Cnty Schools
Wetzel Cnty Schools
Wirt Cnty Schools
Wood Cnty Schools
Wyoming Cnty Schools

Abbotsford S.D.
Academy of Learning & Leadership
Adams-Friendship Area S.D.
Albany S.D.
Algoma S.D.
Alma Center S.D.
Alma S.D.
Almond-Bancroft S.D.
Altoona S.D.
Amery S.D.

## Wisconsin

Antigo S.D.
Appleton Area S.D.
Arcadia S.D.
Argyle S.D.
Arrowhead UHS S.D.
Ashland S.D.
Ashwaubenon S.D.
Athens S.D.
Auburndale S.D.
Augusta S.D.

Baldwin-Woodville Area S.D.
Bangor S.D.
Baraboo S.D.
Barneveld S.D.
Barron Area S.D.
Bayfield S.D.
Beaver Dam U.S.D.
Beecher-Dunbar-Pembine S.D.
Belleville S.D. (S.D. of Belleville)
Belmont Community S.D.

Beloit S.D.
Beloit Turner S.D.
Benton S.D.
Berlin Area S.D.
Big Foot UHS S.D.
Birchwood S.D.
Black Hawk S.D.
Black River Falls S.D.
Blair-Taylor S.D.
Bloomer S.D.
Bonduel S.D.
Boscobel Area S.D.
Boulder Junction J1 S.D.
Bowler S.D.
Boyceville Community S.D.
Brighton S.D.
Brillion S.D.
Bristol S.D.
Brodhead S.D.
Brown Deer S.D.
Bruce S.D.
Burlington Area S.D.
Butternut S.D.
Cadott Community S.D.
Cambria-Friesland S.D.
Cambridge S.D.
Cameron S.D.
Campbellsport S.D.
Cashton S.D.
Cassville S.D.
Cedar Grove-Belgium Area S.D.
Cedarburg S.D.
Central/Westosha UHS S.D.
Chetek S.D.
Chilton S.D.
Chippewa Falls Area S.D.
Clayton S.D.
Clear Lake S.D.
Clinton Community S.D.
Clintonville S.D.
Cochrane-Fountain City S.D.
Colby S.D.
Coleman S.D.
Colfax S.D.
Columbus S.D.
Cornell S.D.
Crandon S.D.
Crivitz S.D.
Cuba City S.D.
Cudahy S.D.
Cumberland S.D.
D.C. Everest Area S.D.
Darlington Community S.D.
Deerfield Community S.D.
DeForest Area S.D.
Delavan-Darien S.D.
Denmark S.D.
De Pere S.D.
DeSoto Area S.D.
Dodgeland S.D.
Dodgeville S.D.
Dover S.D.
Drummond Area S.D.
Durand S.D.
East Troy Community S.D.
Eau Claire Area S.D.
Edgar S.D.
Edgerton S.D.
Elcho S.D.
Eleva-Strum S.D.
Elk Mound Area S.D.
Elkhart Lake-Glenbeulah S.D.

Elkhorn Area S.D.
Ellsworth Community S.D.
Elmbrook S.D.
Elmwood S.D.
Erin S.D.
Evansville Community S.D.
Fall Creek S.D.
Fall River S.D.
Fennimore Community S.D.
Flambeau S.D.
Florence S.D.
Fond du Lac S.D.
Fontana J8 S.D.
Fort Atkinson S.D.
Fox Point J2 S.D.
Franklin Public S.D.
Frederic S.D.
Freedom Area S.D.
Friess Lake S.D.
Galesville-Ettrick-Trempealeau S.D.
Geneva J4 S.D.
Genoa City J2 S.D.
Germantown S.D.
Gibraltar Area S.D.
Gillett S.D.
Gilman S.D.
Gilmanton S.D.
Glendale-River Hills S.D.
Glenwood City S.D.
Glidden S.D.
Goodman-Armstrong S.D.
Grafton S.D.
Granton Area S.D.
Grantsburg S.D.
Green Bay Area S.D.
Green Lake S.D.
Greendale S.D.
Greenfield S.D.
Greenwood S.D.
Hamilton S.D.
Hartford J1 S.D.
Hartford UHS S.D.
Hartland-Lakeside J3 S.D.
Hayward Community S.D.
Herman S.D.
Highland S.D.
Hilbert S.D.
Hillsboro S.D.
Holmen S.D.
Horicon S.D.
Hortonville S.D.
Howard-Suamico S.D.
Howards Grove S.D.
Hudson S.D.
Hurley S.D.
Hustisford S.D.
Independence S.D.
Iola-Scandinavia S.D.
Iowa-Grant S.D.
Ithaca S.D.
Janesville S.D.
Jefferson S.D.
Johnson Creek S.D.
Juda S.D.
Kaukauna Area S.D.
Kenosha U.S.D.
Kettle Moraine S.D.
Kewaskum S.D.
Kewaunee S.D.
Kickapoo Area S.D.
Kiel Area S.D.
Kimberly Area S.D.

Kohler S.D.
La Farge S.D.
Lac du Flambeau S.D.
Ladysmith-Hawkins S.D.
Lake Country S.D.
Lake Geneva J1 S.D.
Lake Geneva-Genoa City UHS S.D.
Lake Holcombe S.D.
Lake Mills Area S.D.
Lakeland UHS S.D.
Lancaster Community S.D.
Laona S.D.
Lena S.D.
Linn J4 S.D.
Linn J6 S.D.
Little Chute Area S.D.
Lodi S.D.
Lomira S.D.
Loyal S.D.
Luck S.D.
Luxemburg-Casco S.D.
Madison Metropolitan S.D.
Manawa S.D.
Manitowoc Public S.D.
Maple Dale-Indian Hill S.D.
Maple S.D.
Marathon City S.D.
Marinette S.D.
Marion S.D.
Markesan S.D.
Marshall S.D.
Marshfield S.D.
Mauston S.D.
Mayville S.D.
McFarland S.D.
Medford Area S.D.
Mellen S.D.
Melrose-Mindoro S.D.
Menasha S.D.
Menominee Indian S.D.
Menomonee Falls S.D.
Menomonie Area S.D.
Mequon-Thiensville S.D.
Mercer S.D.
Merrill Area S.D.
Merton Community S.D.
Middleton-Cross Plains S.D.
Milton S.D.
Milwaukee P.S.s
Mineral Point S.D.
Minocqua J1 S.D.
Mishicot S.D.
Mondovi S.D.
Monona Grove S.D.
Monroe S.D.
Montello S.D.
Monticello S.D.
Mosinee S.D.
Mount Horeb Area S.D.
Mukwonago S.D.
Muskego-Norway S.D.
Necedah Area S.D.
Neenah S.D.
Neillsville S.D.
Nekoosa S.D.
Neosho J3 S.D.
New Auburn S.D.
New Berlin S.D.
New Glarus S.D.
New Holstein S.D.
New Lisbon S.D.
New London S.D.

New Richmond S.D.
Niagara S.D.
Nicolet UHS S.D.
Norriss S.D.
North Cape S.D.
North Crawford S.D.
North Fond du Lac S.D.
North Lake S.D.
Northern Ozaukee S.D.
Northland Pines S.D.
Northwood S.D.
Norwalk-Ontario-Wilton S.D.
Norway J7 S.D.
Oak Creek-Franklin S.D.
Oakfield S.D.
Oconomowoc Area S.D.
Oconto Falls S.D.
Oconto S.D.
Omro S.D.
Onalaska S.D.
Oostburg S.D.
Oregon S.D.
Osceola S.D.
Oshkosh Area S.D.
Osseo-Fairchild S.D.
Owen-Withee S.D.
Palmyra-Eagle Area S.D.
Pardeeville Area S.D.
Paris J1 S.D.
Park Falls S.D.
Parkview S.D.
Pecatonica Area S.D.
Pepin Area S.D.
Peshtigo S.D.
Pewaukee S.D.
Phelps S.D.
Phillips S.D.
Pittsville S.D.
Platteville S.D.
Plum City S.D.
Plymouth S.D.
Poynette S.D.
Port Edwards S.D.
Port Washington-Saukville S.D.
Portage Community S.D. (Wisconsin)
Potosi S.D.
Poynette S.D.
Prairie du Chien Area S.D.
Prairie Farm S.D.
Prentice S.D.
Prescott S.D.
Princeton S.D.
Pulaski Community S.D.
Racine U.S.D.
Randall J1 S.D.
Randolph S.D.
Random Lake S.D.
Raymond S.D.
Reedsburg S.D.
Reedsville S.D.
Rhinelander S.D.

Rib Lake S.D.
Rice Lake Area S.D.
Richfield J1 S.D.
Richland S.D.
Richmond S.D.
Rio Community S.D.
Ripon S.D.
River Falls S.D.
River Ridge S.D.
River Valley S.D.
Riverdale S.D.
Rosendale-Brandon S.D.
Rosholt S.D.
Royall S.D.
Rubicon J6 S.D.
Saint Croix Central S.D.
Saint Croix Falls S.D.
Saint Francis S.D.
Salem S.D.
Sauk Prairie S.D.
S.D. of La Crosse
Seneca S.D.
Sevastopol S.D.
Seymour Community S.D.
Sharon J11 S.D.
Shawano S.D.
Sheboygan Area S.D.
Sheboygan Falls S.D.
Shell Lake S.D.
Shiocton S.D.
Shorewood S.D.
Shullsburg S.D.
Silver Lake Joint S.D. 1
Siren S.D.
Slinger S.D.
Solon Springs S.D.
Somerset S.D.
South Milwaukee S.D.
South Shore S.D.
Southern Door Cnty S.D.
Southwestern Wisconsin S.D.
Sparta Area S.D.
Spencer S.D.
Spooner S.D.
Spring Valley S.D.
Stanley-Boyd Area S.D.
Stevens Point Area S.D.
Stockbridge S.D.
Stone Bank S.D.
Stoughton Area S.D.
Stratford S.D.
Sturgeon Bay S.D.
Sun Prairie Area S.D.
Superior S.D.
Suring S.D.
Swallow S.D.
Thorp S.D.
Three Lakes S.D.
Tigerton S.D.
Tomah Area S.D.
Tomahawk S.D.

Tomorrow River S.D.
Trevor Grade S.D.
Tri-Cnty Area S.D.
Turtle Lake S.D.
Twin Lakes S.D.
Two Rivers S.D.
Union Grove J1 S.D.
Union Grove UHS S.D.
Unity S.D.
Valders Area S.D.
Verona Area S.D.
Viroqua Area S.D.
Wabeno Area S.D.
Walworth Joint S.D. 1
Washburn S.D.
Washington S.D.
Washington-Caldwell S.D.
Waterford Graded J1 S.D.
Waterford UHS S.D.
Waterloo S.D.
Watertown S.D.
Waukesha S.D.
Waunakee Community S.D.
Waupaca S.D.
Waupun S.D.
Wausau S.D.
Wausaukee S.D.
Wautoma Area S.D.
Wauwatosa S.D.
Wauzeka-Steuben S.D.
Webster S.D.
West Allis – West Milwaukee S.D.
West Bend S.D.
West De Pere S.D.
West Salem S.D.
Westby Area S.D.
Westfield S.D.
Weston S.D.
Weyauwega-Fremont S.D.
Weyerhaeuser Area S.D.
Wheatland J1 S.D.
White Lake S.D.
Whitefish Bay S.D.
Whitehall S.D.
Whitewater S.D.
Whitnall S.D.
Wild Rose S.D.
Williams Bay S.D.
Wilmot Grade S.D.
Wilmot UHS S.D.
Winneconne Community S.D.
Winter S.D.
Wisconsin Dells S.D.
Wisconsin Heights S.D.
Wisconsin Rapids S.D.
Wittenberg-Birnamwood S.D.
Wonewoc-Union Center S.D.
Woodruff J1 S.D.
Wrightstown Community S.D.
Yorkville J2 S.D.

## Wyoming

Albany Cnty S.D. #1 – Laramie
Big Horn Cnty S.D. #1 – Cowley
Big Horn Cnty S.D. #2 – Lovell
Big Horn Cnty S.D. #3 – Greybull
Big Horn Cnty S.D. #4 – Basin
Campbell Cnty S.D. #1 – Gillette
Carbon Cnty S.D. #1 – Rawlins
Carbon Cnty S.D. #2 – Saratoga
Converse Cnty S.D. #1 – Douglas

Converse Cnty S.D. #2 – Glenrock
Crook Cnty S.D. #1 – Sundance
Fremont Cnty S.D. #1 – Lander
Fremont Cnty S.D. #2 – Dubois
Fremont Cnty S.D. #6 – Pavillion
Fremont Cnty S.D. #14 – Ethete
Fremont Cnty S.D. #21 – Fort Washakie
Fremont Cnty S.D. #24 – Shoshoni
Fremont Cnty S.D. #25 – Riverton

Fremont Cnty S.D. #38 -- Arapahoe
Goshen Cnty S.D. #1 – Torrington
Hot Springs Cnty S.D. #1 – Thermopolis
Johnson Cnty S.D. #1 – Buffalo
Laramie Cnty S.D. #1 – Cheyenne
Laramie Cnty S.D. #2 – Pine Bluffs
Lincoln Cnty S.D. #1 – Kemmerer
Lincoln Cnty S.D. #2 – Afton
Natrona Cnty S.D. #1 – Casper

Niobrara Cnty S.D. #1 – Lusk
Park Cnty S.D. #1 – Powell
Park Cnty S.D. #6 – Cody
Park Cnty S.D. #16 – Meeteetse
Platte Cnty S.D. #1 – Wheatland
Platte Cnty S.D. #2 – Guernsey
Sheridan Cnty S.D. #1 – Ranchester

Sheridan Cnty S.D. #2 – Sheridan
Sheridan Cnty S.D. #3 – Clearmont
Sublette Cnty S.D. #1 – Pinedale
Sublette Cnty S.D. #9 – Big Piney
Sweetwater Cnty S.D. #1 – Rock Springs
Sweetwater Cnty S.D. #2 – Green River
Teton Cnty S.D. #1 – Jackson

Uinta Cnty S.D. #1 – Evanston
Uinta Cnty S.D. #4 – Mountain View
Uinta Cnty S.D. #6 – Lyman
Washakie Cnty S.D. #1 – Worland
Washakie Cnty S.D. #2 – Ten Sleep
Weston Cnty S.D. #1 – Newcastle
Weston Cnty S.D. #7 – Upton

# APPENDIX B
## COUNTIES OF THE UNITED STATES BY STATE

### Alabama

Autauga County
Baldwin County
Barbour County
Bibb County
Blount County
Bullock County
Butler County
Calhoun County
Chambers County
Cherokee County
Chilton County
Choctaw County
Clarke County
Clay County
Cleburne County
Coffee County
Colbert County
Conecuh County
Coosa County
Covington County
Crenshaw County
Cullman County
Dale County

Dallas County
DeKalb County
Elmore County
Escambia County
Etowah County
Fayette County
Franklin County
Geneva County
Greene County
Hale County
Henry County
Houston County
Jackson County
Jefferson County
Lamar County
Lauderdale County
Lawrence County
Lee County
Limestone County
Lowndes County
Macon County
Madison County
Marengo County

Marion County
Marshall County
Mobile County
Monroe County
Montgomery County
Morgan County
Perry County
Pickens County
Pike County
Randolph County
Russell County
Saint Clair County
Shelby County
Sumter County
Talladega County
Tallapoosa County
Tuscaloosa County
Walker County
Washington County
Wilcox County
Winston County

### Alaska

Aleutians East Borough
Anchorage Borough
Bristol Bay Borough
Denali Borough
Fairbanks North Star Borough
Haines Borough
Juneau Borough
Kenai Peninsula Borough
Ketchikan Gateway Borough
Kodiak Island Borough
Lake and Peninsula Borough

Matanuska-Susitna Borough
North Slope Borough
Northwest Arctic Borough
Petersburg Borough
Sitka Borough
Skagway Borough
Unorganized Borough
Aleutians West Census Area
Bethel Census Area
Dillingham Census Area
Hoonah-Angoon Census Area

Kusilvak Census Area
Nome Census Area
Prince of Wales-Hyder Census Area
Southeast Fairbanks Census Area
Valdez-Cordova Census Area
Yukon-Koyukuk Census Area
Wrangell Borough
Yakutat Borough

### Arizona

Apache Countya
Cochise Countya
Coconino Countya
Gila Countya
Graham Countya

Greenlee Countya
La Paz Countya
Maricopa Countya
Mohave Countya
Navajo Countya

Pima Countya
Pinal Countya
Santa Cruz Countya
Yavapai Countya
Yuma Countya

### Arkansas

Arkansas County
Ashley County
Baxter County
Benton County
Boone County
Bradley County

Calhoun County
Carroll County
Chicot County
Clark County
Clay County
Cleburne County

Cleveland County
Columbia County
Conway County
Craighead County
Crawford County
Crittenden County

Cross County
Dallas County
Desha County
Drew County
Faulkner County
Franklin County
Fulton County
Garland County
Grant County
Greene County
Hempstead County
Hot Spring County
Howard County
Independence County
Izard County
Jackson County
Jefferson County
Johnson County
Lafayette County

Lawrence County
Lee County
Lincoln County
Little River County
Logan County
Lonoke County
Madison County
Marion County
Miller County
Mississippi County
Monroe County
Montgomery County
Nevada County
Newton County
Ouachita County
Perry County
Phillips County
Pike County
Poinsett County

Polk County
Pope County
Prairie County
Pulaski County
Randolph County
Saint Francis County
Saline County
Scott County
Searcy County
Sebastian County
Sevier County
Sharp County
Stone County
Union County
Van Buren County
Washington County
White County
Woodruff County
Yell County

California

Alameda County
Alpine County
Amador County
Butte County
Calaveras County
Colusa County
Contra Costa County
Del Norte County
El Dorado County
Fresno County
Glenn County
Humboldt County
Imperial County
Inyo County
Kern County
Kings County
Lake County
Lassen County
Los Angeles County
Madera County

Marin County
Mariposa County
Mendocino County
Merced County
Modoc County
Mono County
Monterey County
Napa County
Nevada County
Orange County
Placer County
Plumas County
Riverside County
Sacramento County
San Benito County
San Bernardino County
San Diego County
San Francisco County
San Joaquin County
San Luis Obispo County

San Mateo County
Santa Barbara County
Santa Clara County
Santa Cruz County
Shasta County
Sierra County
Siskiyou County
Solano County
Sonoma County
Stanislaus County
Sutter County
Tehama County
Trinity County
Tulare County
Tuolumne County
Ventura County
Yolo County
Yuba County

Colorado

Adams County
Alamosa County
Arapahoe County
Archuleta County
Baca County
Bent County
Boulder County
Broomfield County
Chaffee County
Cheyenne County
Clear Creek County
Conejos County
Costilla County

Crowley County
Custer County
Delta County
Denver County
Dolores County
Douglas County
Eagle County
Elbert County
El Paso County
Fremont County
Garfield County
Gilpin County
Grand County

Gunnison County
Hinsdale County
Huerfano County
Jackson County
Jefferson County
Kiowa County
Kit Carson County
Lake County
La Plata County
Larimer County
Las Animas County
Lincoln County
Logan County

Mesa County
Mineral County
Moffat County
Montezuma County
Montrose County
Morgan County
Otero County
Ouray County
Park County

Phillips County
Pitkin County
Prowers County
Pueblo County
Rio Blanco County
Rio Grande County
Routt County
Saguache County
San Juan County

San Miguel County
Sedgwick County
Summit County
Teller County
Washington County
Weld County
Yuma County

Fairfield County
Hartford County
Litchfield County

Connecticut
Middlesex County
New Haven County
New London County

Tolland County
Windham County

Kent County

Delaware
New Castle County

Sussex County

District of Columbia

Alachua County
Baker County
Bay County
Bradford County
Brevard County
Broward County
Calhoun County
Charlotte County
Citrus County
Clay County
Collier County
Columbia County
DeSoto County
Dixie County
Duval County
Escambia County
Flagler County
Franklin County
Gadsden County
Gilchrist County
Glades County
Gulf County
Hamilton County

Florida
Hardee County
Hendry County
Hernando County
Highlands County
Hillsborough County
Holmes County
Indian River County
Jackson County
Jefferson County
Lafayette County
Lake County
Lee County
Leon County
Levy County
Liberty County
Madison County
Manatee County
Marion County
Martin County
Miami-Dade County
Monroe County
Nassau County
Okaloosa County

Okeechobee County
Orange County
Osceola County
Palm Beach County
Pasco County
Pinellas County
Polk County
Putnam County
Saint Johns County
Saint Lucie County
Santa Rosa County
Sarasota County
Seminole County
Sumter County
Suwannee County
Taylor County
Union County
Volusia County
Wakulla County
Walton County
Washington County

Appling County
Atkinson County
Bacon County
Baker County
Baldwin County
Banks County
Barrow County
Bartow County
Ben Hill County
Berrien County

Georgia
Bibb County[8]
Bleckley County
Brantley County
Brooks County
Bryan County
Bulloch County
Burke County
Butts County
Calhoun County
Camden County

Candler County
Carroll County
Catoosa County
Charlton County
Chatham County
Chattahoochee County
Chattooga County
Cherokee County
Clarke County
Clay County

Clayton County
Clinch County
Cobb County
Coffee County
Colquitt County
Columbia County
Cook County
Coweta County
Crawford County
Crisp County
Dade County
Dawson County
Decatur County
DeKalb County
Dodge County
Dooly County
Dougherty County
Douglas County
Early County
Echols County
Effingham County
Elbert County
Emanuel County
Evans County
Fannin County
Fayette County
Floyd County
Forsyth County
Franklin County
Fulton County
Gilmer County
Glascock County
Glynn County
Gordon County
Grady County
Greene County
Gwinnett County
Habersham County
Hall County
Hancock County
Haralson County
Harris County
Hart County

Heard County
Henry County
Houston County
Irwin County
Jackson County
Jasper County
Jeff Davis County
Jefferson County
Jenkins County
Johnson County
Jones County
Lamar County
Lanier County
Laurens County
Lee County
Liberty County
Lincoln County
Long County
Lowndes County
Lumpkin County
Macon County
Madison County
Marion County
McDuffie County
McIntosh County
Meriwether County
Miller County
Mitchell County
Monroe County
Montgomery County
Morgan County
Murray County
Muscogee County
Newton County
Oconee County
Oglethorpe County
Paulding County
Peach County
Pickens County
Pierce County
Pike County
Polk County
Pulaski County

Putnam County
Quitman County
Rabun County
Randolph County
Richmond County
Rockdale County
Schley County
Screven County
Seminole County
Spalding County
Stephens County
Stewart County
Sumter County
Talbot County
Taliaferro County
Tattnall County
Taylor County
Telfair County
Terrell County
Thomas County
Tift County
Toombs County
Towns County
Treutlen County
Troup County
Turner County
Twiggs County
Union County
Upson County
Walker County
Walton County
Ware County
Warren County
Washington County
Wayne County
Webster County
Wheeler County
White County
Whitfield County
Wilcox County
Wilkes County
Wilkinson County
Worth County

Hawaii

Hawaii County
Honolulu County

Kalawao County
Kauai County

Maui County

Idaho

Ada County
Adams County
Bannock County
Bear Lake County
Benewah County
Bingham County
Blaine County

Boise County
Bonner County
Bonneville County
Boundary County
Butte County
Camas County
Canyon County

Caribou County
Cassia County
Clark County
Clearwater County
Custer County
Elmore County
Franklin County

Fremont County
Gem County
Gooding County
Idaho County
Jefferson County
Jerome County
Kootenai County
Latah County

Adams County
Alexander County
Bond County
Boone County
Brown County
Bureau County
Calhoun County
Carroll County
Cass County
Champaign County
Christian County
Clark County
Clay County
Clinton County
Coles County
Cook County
Crawford County
Cumberland County
DeKalb County
DeWitt County
Douglas County
DuPage County
Edgar County
Edwards County
Effingham County
Fayette County
Ford County
Franklin County
Fulton County
Gallatin County
Greene County
Grundy County
Hamilton County
Hancock County

Adams County
Allen County
Bartholomew County
Benton County
Blackford County
Boone County
Brown County
Carroll County
Cass County
Clark County

Lemhi County
Lewis County
Lincoln County
Madison County
Minidoka County
Nez Perce County
Oneida County
Owyhee County

### Illinois

Hardin County
Henderson County
Henry County
Iroquois County
Jackson County
Jasper County
Jefferson County
Jersey County
Jo Daviess County
Johnson County
Kane County
Kankakee County
Kendall County
Knox County
Lake County
LaSalle County
Lawrence County
Lee County
Livingston County
Logan County
Macon County
Macoupin County
Madison County
Marion County
Marshall County
Mason County
Massac County
McDonough County
McHenry County
McLean County
Menard County
Mercer County
Monroe County
Montgomery County

### Indiana

Clay County
Clinton County
Crawford County
Daviess County
Dearborn County
Decatur County
DeKalb County
Delaware County
Dubois County
Elkhart County

Payette County
Power County
Shoshone County
Teton County
Twin Falls County
Valley County
Washington County

Morgan County
Moultrie County
Ogle County
Peoria County
Perry County
Piatt County
Pike County
Pope County
Pulaski County
Putnam County
Randolph County
Richland County
Rock Island County
Saint Clair County
Saline County
Sangamon County
Schuyler County
Scott County
Shelby County
Stark County
Stephenson County
Tazewell County
Union County
Vermilion County
Wabash County
Warren County
Washington County
Wayne County
White County
Whiteside County
Will County
Williamson County
Winnebago County
Woodford County

Fayette County
Floyd County
Fountain County
Franklin County
Fulton County
Gibson County
Grant County
Greene County
Hamilton County
Hancock County

Harrison County
Hendricks County
Henry County
Howard County
Huntington County
Jackson County
Jasper County
Jay County
Jefferson County
Jennings County
Johnson County
Knox County
Kosciusko County
LaGrange County
Lake County
LaPorte County
Lawrence County
Madison County
Marion County
Marshall County
Martin County

Adair County
Adams County
Allamakee County
Appanoose County
Audubon County
Benton County
Black Hawk County
Boone County
Bremer County
Buchanan County
Buena Vista County
Butler County
Calhoun County
Carroll County
Cass County
Cedar County
Cerro Gordo County
Cherokee County
Chickasaw County
Clarke County
Clay County
Clayton County
Clinton County
Crawford County
Dallas County
Davis County
Decatur County
Delaware County
Des Moines County
Dickinson County
Dubuque County
Emmet County
Fayette County

Miami County
Monroe County
Montgomery County
Morgan County
Newton County
Noble County
Ohio County
Orange County
Owen County
Parke County
Perry County
Pike County
Porter County
Posey County
Pulaski County
Putnam County
Randolph County
Ripley County
Rush County
Saint Joseph County
Scott County

Iowa

Floyd County
Franklin County
Fremont County
Greene County
Grundy County
Guthrie County
Hamilton County
Hancock County
Hardin County
Harrison County
Henry County
Howard County
Humboldt County
Ida County
Iowa County
Jackson County
Jasper County
Jefferson County
Johnson County
Jones County
Keokuk County
Kossuth County
Lee County
Linn County
Louisa County
Lucas County
Lyon County
Madison County
Mahaska County
Marion County
Marshall County
Mills County
Mitchell County

Shelby County
Spencer County
Starke County
Steuben County
Sullivan County
Switzerland County
Tippecanoe County
Tipton County
Union County
Vanderburgh County
Vermillion County
Vigo County
Wabash County
Warren County
Warrick County
Washington County
Wayne County
Wells County
White County
Whitley County

Monona County
Monroe County
Montgomery County
Muscatine County
O'Brien County
Osceola County
Page County
Palo Alto County
Plymouth County
Pocahontas County
Polk County
Pottawattamie County
Poweshiek County
Ringgold County
Sac County
Scott County
Shelby County
Sioux County
Story County
Tama County
Taylor County
Union County
Van Buren County
Wapello County
Warren County
Washington County
Wayne County
Webster County
Winnebago County
Winneshiek County
Woodbury County
Worth County
Wright County

## Kansas

Allen County
Anderson County
Atchison County
Barber County
Barton County
Bourbon County
Brown County
Butler County
Chase County
Chautauqua County
Cherokee County
Cheyenne County
Clark County
Clay County
Cloud County
Coffey County
Comanche County
Cowley County
Crawford County
Decatur County
Dickinson County
Doniphan County
Douglas County
Edwards County
Elk County
Ellis County
Ellsworth County
Finney County
Ford County
Franklin County
Geary County
Gove County
Graham County
Grant County
Gray County

Greeley County
Greenwood County
Hamilton County
Harper County
Harvey County
Haskell County
Hodgeman County
Jackson County
Jefferson County
Jewell County
Johnson County
Kearny County
Kingman County
Kiowa County
Labette County
Lane County
Leavenworth County
Lincoln County
Linn County
Logan County
Lyon County
Marion County
Marshall County
McPherson County
Meade County
Miami County
Mitchell County
Montgomery County
Morris County
Morton County
Nemaha County
Neosho County
Ness County
Norton County
Osage County

Osborne County
Ottawa County
Pawnee County
Phillips County
Pottawatomie County
Pratt County
Rawlins County
Reno County
Republic County
Rice County
Riley County
Rooks County
Rush County
Russell County
Saline County
Scott County
Sedgwick County
Seward County
Shawnee County
Sheridan County
Sherman County
Smith County
Stafford County
Stanton County
Stevens County
Sumner County
Thomas County
Trego County
Wabaunsee County
Wallace County
Washington County
Wichita County
Wilson County
Woodson County
Wyandotte County

## Kentucky

Adair County
Allen County
Anderson County
Ballard County
Barren County
Bath County
Bell County
Boone County
Bourbon County
Boyd County
Boyle County
Bracken County
Breathitt County
Breckinridge County
Bullitt County
Butler County
Caldwell County

Calloway County
Campbell County
Carlisle County
Carroll County
Carter County
Casey County
Christian County
Clark County
Clay County
Clinton County
Crittenden County
Cumberland County
Daviess County
Edmonson County
Elliott County
Estill County
Fayette County

Fleming County
Floyd County
Franklin County
Fulton County
Gallatin County
Garrard County
Grant County
Graves County
Grayson County
Green County
Greenup County
Hancock County
Hardin County
Harlan County
Harrison County
Hart County
Henderson County

Henry County
Hickman County
Hopkins County
Jackson County
Jefferson County
Jessamine County
Johnson County
Kenton County
Knott County
Knox County
LaRue County
Laurel County
Lawrence County
Lee County
Leslie County
Letcher County
Lewis County
Lincoln County
Livingston County
Logan County
Lyon County
Madison County
Magoffin County

Marion County
Marshall County
Martin County
Mason County
McCracken County
McCreary County
McLean County
Meade County
Menifee County
Mercer County
Metcalfe County
Monroe County
Montgomery County
Morgan County
Muhlenberg County
Nelson County
Nicholas County
Ohio County
Oldham County
Owen County
Owsley County
Pendleton County
Perry County

Pike County
Powell County
Pulaski County
Robertson County
Rockcastle County
Rowan County
Russell County
Scott County
Shelby County
Simpson County
Spencer County
Taylor County
Todd County
Trigg County
Trimble County
Union County
Warren County
Washington County
Wayne County
Webster County
Whitley County
Wolfe County
Woodford County

Acadia Parish
Allen Parish
Ascension Parish
Assumption Parish
Avoyelles Parish
Beauregard Parish
Bienville Parish
Bossier Parish
Caddo Parish
Calcasieu Parish
Caldwell Parish
Cameron Parish
Catahoula Parish
Claiborne Parish
Concordia Parish
DeSoto Parish
East Baton Rouge Parish
East Carroll Parish
East Feliciana Parish
Evangeline Parish
Franklin Parish
Grant Parish

### Louisiana

Iberia Parish
Iberville Parish
Jackson Parish
Jefferson Parish
Jefferson Davis Parish
Lafayette Parish
Lafourche Parish
LaSalle Parish
Lincoln Parish
Livingston Parish
Madison Parish
Morehouse Parish
Natchitoches Parish
Orleans Parish
Ouachita Parish
Plaquemines Parish
Pointe Coupee Parish
Rapides Parish
Red River Parish
Richland Parish
Sabine Parish
Saint Bernard Parish

Saint Charles Parish
Saint Helena Parish
Saint James Parish
Saint John the Baptist Parish
Saint Landry Parish
Saint Martin Parish
Saint Mary Parish
Saint Tammany Parish
Tangipahoa Parish
Tensas Parish
Terrebonne Parish
Union Parish
Vermilion Parish
Vernon Parish
Washington Parish
Webster Parish
West Baton Rouge Parish
West Carroll Parish
West Feliciana Parish
Winn Parish

Androscoggin County
Aroostook County
Cumberland County
Franklin County
Hancock County
Kennebec County

### Maine

Knox County
Lincoln County
Oxford County
Penobscot County
Piscataquis County
Sagadahoc County

Somerset County
Waldo County
Washington County
York County

Allegany County
Anne Arundel County
Baltimore County
Baltimore City
Calvert County
Caroline County
Carroll County
Cecil County

Barnstable County
Berkshire County
Bristol County
Dukes County
Essex County

Alcona County
Alger County
Allegan County
Alpena County
Antrim County
Arenac County
Baraga County
Barry County
Bay County
Benzie County
Berrien County
Branch County
Calhoun County
Cass County
Charlevoix County
Cheboygan County
Chippewa County
Clare County
Clinton County
Crawford County
Delta County
Dickinson County
Eaton County
Emmet County
Genesee County
Gladwin County
Gogebic County
Grand Traverse County

Aitkin County
Anoka County
Becker County
Beltrami County
Benton County
Big Stone County
Blue Earth County
Brown County

## Maryland

Charles County
Dorchester County
Frederick County
Garrett County
Harford County
Howard County
Kent County
Montgomery County

## Massachusetts

Franklin County
Hampden County
Hampshire County
Middlesex County
Nantucket County

## Michigan

Gratiot County
Hillsdale County
Houghton County
Huron County
Ingham County
Ionia County
Iosco County
Iron County
Isabella County
Jackson County
Kalamazoo County
Kalkaska County
Kent County
Keweenaw County
Lake County
Lapeer County
Leelanau County
Lenawee County
Livingston County
Luce County
Mackinac County
Macomb County
Manistee County
Marquette County
Mason County
Mecosta County
Menominee County
Midland County

## Minnesota

Carlton County
Carver County
Cass County
Chippewa County
Chisago County
Clay County
Clearwater County
Cook County

Prince George's County
Queen Anne's County
Saint Mary's County
Somerset County
Talbot County
Washington County
Wicomico County
Worcester County

Norfolk County
Plymouth County
Suffolk County
Worcester County

Missaukee County
Monroe County
Montcalm County
Montmorency County
Muskegon County
Newaygo County
Oakland County
Oceana County
Ogemaw County
Ontonagon County
Osceola County
Oscoda County
Otsego County
Ottawa County
Presque Isle County
Roscommon County
Saginaw County
Saint Clair County
Saint Joseph County
Sanilac County
Schoolcraft County
Shiawassee County
Tuscola County
Van Buren County
Washtenaw County
Wayne County
Wexford County

Cottonwood County
Crow Wing County
Dakota County
Dodge County
Douglas County
Faribault County
Fillmore County
Freeborn County

Goodhue County
Grant County
Hennepin County
Houston County
Hubbard County
Isanti County
Itasca County
Jackson County
Kanabec County
Kandiyohi County
Kittson County
Koochiching County
Lac qui Parle County
Lake County
Lake of the Woods County
LeSueur County
Lincoln County
Lyon County
Mahnomen County
Marshall County
Martin County

Adams County
Alcorn County
Amite County
Attala County
Benton County
Bolivar County
Calhoun County
Carroll County
Chickasaw County
Choctaw County
Claiborne County
Clarke County
Clay County
Coahoma County
Copiah County
Covington County
DeSoto County
Forrest County
Franklin County
George County
Greene County
Grenada County
Hancock County
Harrison County
Hinds County
Holmes County
Humphreys County
Issaquena County

Adair County
Andrew County
Atchison County

McLeod County
Meeker County
Mille Lacs County
Morrison County
Mower County
Murray County
Nicollet County
Nobles County
Norman County
Olmsted County
Otter Tail County
Pennington County
Pine County
Pipestone County
Polk County
Pope County
Ramsey County
Red Lake County
Redwood County
Renville County
Rice County

Mississippi
Itawamba County
Jackson County
Jasper County
Jefferson County
Jefferson Davis County
Jones County
Kemper County
Lafayette County
Lamar County
Lauderdale County
Lawrence County
Leake County
Lee County
Leflore County
Lincoln County
Lowndes County
Madison County
Marion County
Marshall County
Monroe County
Montgomery County
Neshoba County
Newton County
Noxubee County
Oktibbeha County
Panola County
Pearl River County
Perry County

Missouri
Audrain County
Barry County
Barton County

Rock County
Roseau County
Saint Louis County
Scott County
Sherburne County
Sibley County
Stearns County
Steele County
Stevens County
Swift County
Todd County
Traverse County
Wabasha County
Wadena County
Waseca County
Washington County
Watonwan County
Wilkin County
Winona County
Wright County
Yellow Medicine County

Pike County
Pontotoc County
Prentiss County
Quitman County
Rankin County
Scott County
Sharkey County
Simpson County
Smith County
Stone County
Sunflower County
Tallahatchie County
Tate County
Tippah County
Tishomingo County
Tunica County
Union County
Walthall County
Warren County
Washington County
Wayne County
Webster County
Wilkinson County
Winston County
Yalobusha County
Yazoo County

Bates County
Benton County
Bollinger County

Boone County
Buchanan County
Butler County
Caldwell County
Callaway County
Camden County
Cape Girardeau County
Carroll County
Carter County
Cass County
Cedar County
Chariton County
Christian County
Clark County
Clay County
Clinton County
Cole County
Cooper County
Crawford County
Dade County
Dallas County
Daviess County
DeKalb County
Dent County
Douglas County
Dunklin County
Franklin County
Gasconade County
Gentry County
Greene County
Grundy County
Harrison County
Henry County
Hickory County
Holt County
Howard County

Howell County
Iron County
Jackson County
Jasper County
Jefferson County
Johnson County
Knox County
Laclede County
Lafayette County
Lawrence County
Lewis County
Lincoln County
Linn County
Livingston County
Macon County
Madison County
Maries County
Marion County
McDonald County
Mercer County
Miller County
Mississippi County
Moniteau County
Monroe County
Montgomery County
Morgan County
New Madrid County
Newton County
Nodaway County
Oregon County
Osage County
Ozark County
Pemiscot County
Perry County
Pettis County
Phelps County

Pike County
Platte County
Polk County
Pulaski County
Putnam County
Ralls County
Randolph County
Ray County
Reynolds County
Ripley County
Saint Charles County
Saint Clair County
Saint Francois County
Saint Louis County
Saint Louis City
Sainte Genevieve County
Saline County
Schuyler County
Scotland County
Scott County
Shannon County
Shelby County
Stoddard County
Stone County
Sullivan County
Taney County
Texas County
Vernon County
Warren County
Washington County
Wayne County
Webster County
Worth County
Wright County

## Montana

Beaverhead County
Big Horn County
Blaine County
Broadwater County
Carbon County
Carter County
Cascade County
Chouteau County
Custer County
Daniels County
Dawson County
Deer Lodge County
Fallon County
Fergus County
Flathead County
Gallatin County
Garfield County
Glacier County

Golden Valley County
Granite County
Hill County
Jefferson County
Judith Basin County
Lake County
Lewis and Clark County
Liberty County
Lincoln County
Madison County
McCone County
Meagher County
Mineral County
Missoula County
Musselshell County
Park County
Petroleum County
Phillips County

Pondera County
Powder River County
Powell County
Prairie County
Ravalli County
Richland County
Roosevelt County
Rosebud County
Sanders County
Sheridan County
Silver Bow County
Stillwater County
Sweet Grass County
Teton County
Toole County
Treasure County
Valley County
Wheatland County

Wibaux County

Yellowstone County

Nebraska

Adams County
Antelope County
Arthur County
Banner County
Blaine County
Boone County
Box Butte County
Boyd County
Brown County
Buffalo County
Burt County
Butler County
Cass County
Cedar County
Chase County
Cherry County
Cheyenne County
Clay County
Colfax County
Cuming County
Custer County
Dakota County
Dawes County
Dawson County
Deuel County
Dixon County
Dodge County
Douglas County
Dundy County
Fillmore County
Franklin County

Frontier County
Furnas County
Gage County
Garden County
Garfield County
Gosper County
Grant County
Greeley County
Hall County
Hamilton County
Harlan County
Hayes County
Hitchcock County
Holt County
Hooker County
Howard County
Jefferson County
Johnson County
Kearney County
Keith County
Keya Paha County
Kimball County
Knox County
Lancaster County
Lincoln County
Logan County
Loup County
Madison County
McPherson County
Merrick County
Morrill County

Nance County
Nemaha County
Nuckolls County
Otoe County
Pawnee County
Perkins County
Phelps County
Pierce County
Platte County
Polk County
Red Willow County
Richardson County
Rock County
Saline County
Sarpy County
Saunders County
Scotts Bluff County
Seward County
Sheridan County
Sherman County
Sioux County
Stanton County
Thayer County
Thomas County
Thurston County
Valley County
Washington County
Wayne County
Webster County
Wheeler County
York County

Nevada

Carson City
Churchill County
Clark County
Douglas County
Elko County
Esmeralda County

Eureka County
Humboldt County
Lander County
Lincoln County
Lyon County
Mineral County

Nye County
Pershing County
Storey County
Washoe County
White Pine County

New Hampshire

Belknap County
Carroll County
Cheshire County
Coos County

Grafton County
Hillsborough County
Merrimack County
Rockingham County

Strafford County
Sullivan County

New Jersey

Atlantic County
Bergen County
Burlington County
Camden County
Cape May County
Cumberland County

Essex County
Gloucester County
Hudson County
Hunterdon County
Mercer County
Middlesex County

Monmouth County
Morris County
Ocean County
Passaic County
Salem County
Somerset County

Sussex County

Union County

Warren County

### New Mexico

Bernalillo County
Catron County
Chaves County
Cibola County
Colfax County
Curry County
De Baca County
Doña Ana County
Eddy County
Grant County
Guadalupe County

Harding County
Hidalgo County
Lea County
Lincoln County
Los Alamos County
Luna County
McKinley County
Mora County
Otero County
Quay County
Rio Arriba County

Roosevelt County
Sandoval County
San Juan County
San Miguel County
Santa Fe County
Sierra County
Socorro County
Taos County
Torrance County
Union County
Valencia County

### New York

Albany County
Allegany County
Broome County
Cattaraugus County
Cayuga County
Chautauqua County
Chemung County
Chenango County
Clinton County
Columbia County
Cortland County
Delaware County
Dutchess County
Erie County
Essex County
Franklin County
Fulton County
Genesee County
Greene County

Hamilton County
Herkimer County
Jefferson County
Lewis County
Livingston County
Madison County
Monroe County
Montgomery County
Nassau County
Niagara County
Oneida County
Onondaga County
Ontario County
Orange County
Orleans County
Oswego County
Otsego County
Putnam County
Rensselaer County

Rockland County
Saint Lawrence County
Saratoga County
Schenectady County
Schoharie County
Schuyler County
Seneca County
Steuben County
Suffolk County
Sullivan County
Tioga County
Tompkins County
Ulster County
Warren County
Washington County
Wayne County
Westchester County
Wyoming County
Yates County

### North Carolina

Alamance County
Alexander County
Alleghany County
Anson County
Ashe County
Avery County
Beaufort County
Bertie County
Bladen County
Brunswick County
Buncombe County
Burke County
Cabarrus County
Caldwell County
Camden County
Carteret County
Caswell County
Catawba County
Chatham County

Cherokee County
Chowan County
Clay County
Cleveland County
Columbus County
Craven County
Cumberland County
Currituck County
Dare County
Davidson County
Davie County
Duplin County
Durham County
Edgecombe County
Forsyth County
Franklin County
Gaston County
Gates County
Graham County

Granville County
Greene County
Guilford County
Halifax County
Harnett County
Haywood County
Henderson County
Hertford County
Hoke County
Hyde County
Iredell County
Jackson County
Johnston County
Jones County
Lee County
Lenoir County
Lincoln County
Macon County
Madison County

Martin County
McDowell County
Mecklenburg County
Mitchell County
Montgomery County
Moore County
Nash County
New Hanover County
Northampton County
Onslow County
Orange County
Pamlico County
Pasquotank County
Pender County
Perquimans County

Adams County
Barnes County
Benson County
Billings County
Bottineau County
Bowman County
Burke County
Burleigh County
Cass County
Cavalier County
Dickey County
Divide County
Dunn County
Eddy County
Emmons County
Foster County
Golden Valley County
Grand Forks County

Adams County
Allen County
Ashland County
Ashtabula County
Athens County
Auglaize County
Belmont County
Brown County
Butler County
Carroll County
Champaign County
Clark County
Clermont County
Clinton County
Columbiana County
Coshocton County
Crawford County
Cuyahoga County
Darke County

Person County
Pitt County
Polk County
Randolph County
Richmond County
Robeson County
Rockingham County
Rowan County
Rutherford County
Sampson County
Scotland County
Stanly County
Stokes County
Surry County
Swain County

North Dakota

Grant County
Griggs County
Hettinger County
Kidder County
LaMoure County
Logan County
McHenry County
McIntosh County
McKenzie County
McLean County
Mercer County
Morton County
Mountrail County
Nelson County
Oliver County
Pembina County
Pierce County
Ramsey County

Ohio

Defiance County
Delaware County
Erie County
Fairfield County
Fayette County
Franklin County
Fulton County
Gallia County
Geauga County
Greene County
Guernsey County
Hamilton County
Hancock County
Hardin County
Harrison County
Henry County
Highland County
Hocking County
Holmes County

Transylvania County
Tyrrell County
Union County
Vance County
Wake County
Warren County
Washington County
Watauga County
Wayne County
Wilkes County
Wilson County
Yadkin County
Yancey County

Ransom County
Renville County
Richland County
Rolette County
Sargent County
Sheridan County
Sioux County
Slope County
Stark County
Steele County
Stutsman County
Towner County
Traill County
Walsh County
Ward County
Wells County
Williams County

Huron County
Jackson County
Jefferson County
Knox County
Lake County
Lawrence County
Licking County
Logan County
Lorain County
Lucas County
Madison County
Mahoning County
Marion County
Medina County
Meigs County
Mercer County
Miami County
Monroe County
Montgomery County

Morgan County
Morrow County
Muskingum County
Noble County
Ottawa County
Paulding County
Perry County
Pickaway County
Pike County
Portage County
Preble County

Putnam County
Richland County
Ross County
Sandusky County
Scioto County
Seneca County
Shelby County
Stark County
Summit County
Trumbull County
Tuscarawas County

Union County
Van Wert County
Vinton County
Warren County
Washington County
Wayne County
Williams County
Wood County
Wyandot County

Oklahoma

Adair County
Alfalfa County
Atoka County
Beaver County
Beckham County
Blaine County
Bryan County
Caddo County
Canadian County
Carter County
Cherokee County
Choctaw County
Cimarron County
Cleveland County
Coal County
Comanche County
Cotton County
Craig County
Creek County
Custer County
Delaware County
Dewey County
Ellis County
Garfield County
Garvin County
Grady County

Grant County
Greer County
Harmon County
Harper County
Haskell County
Hughes County
Jackson County
Jefferson County
Johnston County
Kay County
Kingfisher County
Kiowa County
Latimer County
Le Flore County
Lincoln County
Logan County
Love County
Major County
Marshall County
Mayes County
McClain County
McCurtain County
McIntosh County
Murray County
Muskogee County
Noble County

Nowata County
Okfuskee County
Oklahoma County
Okmulgee County
Osage County
Ottawa County
Pawnee County
Payne County
Pittsburg County
Pontotoc County
Pottawatomie County
Pushmataha County
Roger Mills County
Rogers County
Seminole County
Sequoyah County
Stephens County
Texas County
Tillman County
Tulsa County
Wagoner County
Washington County
Washita County
Woods County
Woodward County

Oregon

Baker County
Benton County
Clackamas County
Clatsop County
Columbia County
Coos County
Crook County
Curry County
Deschutes County
Douglas County
Gilliam County
Grant County

Harney County
Hood River County
Jackson County
Jefferson County
Josephine County
Klamath County
Lake County
Lane County
Lincoln County
Linn County
Malheur County
Marion County

Morrow County
Multnomah County
Polk County
Sherman County
Tillamook County
Umatilla County
Union County
Wallowa County
Wasco County
Washington County
Wheeler County
Yamhill County

Pennsylvania

Adams County

Allegheny County

Armstrong County

Beaver County
Bedford County
Berks County
Blair County
Bradford County
Bucks County
Butler County
Cambria County
Cameron County
Carbon County
Centre County
Chester County
Clarion County
Clearfield County
Clinton County
Columbia County
Crawford County
Cumberland County
Dauphin County
Delaware County
Elk County
Erie County

Fayette County
Forest County
Franklin County
Fulton County
Greene County
Huntingdon County
Indiana County
Jefferson County
Juniata County
Lackawanna County
Lancaster County
Lawrence County
Lebanon County
Lehigh County
Luzerne County
Lycoming County
McKean County
Mercer County
Mifflin County
Monroe County
Montgomery County
Montour County

Northampton County
Northumberland County
Perry County
Philadelphia County
Pike County
Potter County
Schuylkill County
Snyder County
Somerset County
Sullivan County
Susquehanna County
Tioga County
Union County
Venango County
Warren County
Washington County
Wayne County
Westmoreland County
Wyoming County
York County

Bristol County
Kent County

Rhode Island
Newport County
Providence County

Washington County

Abbeville County
Aiken County
Allendale County
Anderson County
Bamberg County
Barnwell County
Beaufort County
Berkeley County
Calhoun County
Charleston County
Cherokee County
Chester County
Chesterfield County
Clarendon County
Colleton County
Darlington County

South Carolina
Dillon County
Dorchester County
Edgefield County
Fairfield County
Florence County
Georgetown County
Greenville County
Greenwood County
Hampton County
Horry County
Jasper County
Kershaw County
Lancaster County
Laurens County
Lee County
Lexington County

Marion County
Marlboro County
McCormick County
Newberry County
Oconee County
Orangeburg County
Pickens County
Richland County
Saluda County
Spartanburg County
Sumter County
Union County
Williamsburg County
York County

Aurora County
Beadle County
Bennett County
Bon Homme County
Brookings County
Brown County
Brule County
Buffalo County
Butte County
Campbell County

South Dakota
Charles Mix County
Clark County
Clay County
Codington County
Corson County
Custer County
Davison County
Day County
Deuel County
Dewey County

Douglas County
Edmunds County
Fall River County
Faulk County
Grant County
Gregory County
Haakon County
Hamlin County
Hand County
Hanson County

Harding County
Hughes County
Hutchinson County
Hyde County
Jackson County
Jerauld County
Jones County
Kingsbury County
Lake County
Lawrence County
Lincoln County
Lyman County

Anderson County
Bedford County
Benton County
Bledsoe County
Blount County
Bradley County
Campbell County
Cannon County
Carroll County
Carter County
Cheatham County
Chester County
Claiborne County
Clay County
Cocke County
Coffee County
Crockett County
Cumberland County
Davidson County
Decatur County
DeKalb County
Dickson County
Dyer County
Fayette County
Fentress County
Franklin County
Gibson County
Giles County
Grainger County
Greene County
Grundy County
Hamblen County

Anderson County
Andrews County
Angelina County
Aransas County
Archer County
Armstrong County
Atascosa County
Austin County

Marshall County
McCook County
McPherson County
Meade County
Mellette County
Miner County
Minnehaha County
Moody County
Oglala Lakota County
Pennington County
Perkins County
Potter County

Tennessee
Hamilton County
Hancock County
Hardeman County
Hardin County
Hawkins County
Haywood County
Henderson County
Henry County
Hickman County
Houston County
Humphreys County
Jackson County
Jefferson County
Johnson County
Knox County
Lake County
Lauderdale County
Lawrence County
Lewis County
Lincoln County
Loudon County
Macon County
Madison County
Marion County
Marshall County
Maury County
McMinn County
McNairy County
Meigs County
Monroe County
Montgomery County
Moore County

Texas
Bailey County
Bandera County
Bastrop County
Baylor County
Bee County
Bell County
Bexar County
Blanco County

Roberts County
Sanborn County
Spink County
Stanley County
Sully County
Todd County
Tripp County
Turner County
Union County
Walworth County
Yankton County
Ziebach County

Morgan County
Obion County
Overton County
Perry County
Pickett County
Polk County
Putnam County
Rhea County
Roane County
Robertson County
Rutherford County
Scott County
Sequatchie County
Sevier County
Shelby County
Smith County
Stewart County
Sullivan County
Sumner County
Tipton County
Trousdale County
Unicoi County
Union County
Van Buren County
Warren County
Washington County
Wayne County
Weakley County
White County
Williamson County
Wilson County

Borden County
Bosque County
Bowie County
Brazoria County
Brazos County
Brewster County
Briscoe County
Brooks County

Brown County
Burleson County
Burnet County
Caldwell County
Calhoun County
Callahan County
Cameron County
Camp County
Carson County
Cass County
Castro County
Chambers County
Cherokee County
Childress County
Clay County
Cochran County
Coke County
Coleman County
Collin County
Collingsworth County
Colorado County
Comal County
Comanche County
Concho County
Cooke County
Coryell County
Cottle County
Crane County
Crockett County
Crosby County
Culberson County
Dallam County
Dallas County
Dawson County
Deaf Smith County
Delta County
Denton County
DeWitt County
Dickens County
Dimmit County
Donley County
Duval County
Eastland County
Ector County
Edwards County
Ellis County
El Paso County
Erath County
Falls County
Fannin County
Fayette County
Fisher County
Floyd County
Foard County
Fort Bend County
Franklin County

Freestone County
Frio County
Gaines County
Galveston County
Garza County
Gillespie County
Glasscock County
Goliad County
Gonzales County
Gray County
Grayson County
Gregg County
Grimes County
Guadalupe County
Hale County
Hall County
Hamilton County
Hansford County
Hardeman County
Hardin County
Harris County
Harrison County
Hartley County
Haskell County
Hays County
Hemphill County
Henderson County
Hidalgo County
Hill County
Hockley County
Hood County
Hopkins County
Houston County
Howard County
Hudspeth County
Hunt County
Hutchinson County
Irion County
Jack County
Jackson County
Jasper County
Jeff Davis County
Jefferson County
Jim Hogg County
Jim Wells County
Johnson County
Jones County
Karnes County
Kaufman County
Kendall County
Kenedy County
Kent County
Kerr County
Kimble County
King County
Kinney County

Kleberg County
Knox County
Lamar County
Lamb County
Lampasas County
LaSalle County
Lavaca County
Lee County
Leon County
Liberty County
Limestone County
Lipscomb County
Live Oak County
Llano County
Loving County
Lubbock County
Lynn County
Madison County
Marion County
Martin County
Mason County
Matagorda County
Maverick County
McCulloch County
McLennan County
McMullen County
Medina County
Menard County
Midland County
Milam County
Mills County
Mitchell County
Montague County
Montgomery County
Moore County
Morris County
Motley County
Nacogdoches County
Navarro County
Newton County
Nolan County
Nueces County
Ochiltree County
Oldham County
Orange County
Palo Pinto County
Panola County
Parker County
Parmer County
Pecos County
Polk County
Potter County
Presidio County
Rains County
Randall County
Reagan County

Real County
Red River County
Reeves County
Refugio County
Roberts County
Robertson County
Rockwall County
Runnels County
Rusk County
Sabine County
San Augustine County
San Jacinto County
San Patricio County
San Saba County
Schleicher County
Scurry County
Shackelford County
Shelby County
Sherman County
Smith County
Somervell County

Starr County
Stephens County
Sterling County
Stonewall County
Sutton County
Swisher County
Tarrant County
Taylor County
Terrell County
Terry County
Throckmorton County
Titus County
Tom Green County
Travis County
Trinity County
Tyler County
Upshur County
Upton County
Uvalde County
Val Verde County
Van Zandt County

Victoria County
Walker County
Waller County
Ward County
Washington County
Webb County
Wharton County
Wheeler County
Wichita County
Wilbarger County
Willacy County
Williamson County
Wilson County
Winkler County
Wise County
Wood County
Yoakum County
Young County
Zapata County
Zavala County

## Utah

Beaver County
Box Elder County
Cache County
Carbon County
Daggett County
Davis County
Duchesne County
Emery County
Garfield County
Grand County

Iron County
Juab County
Kane County
Millard County
Morgan County
Piute County
Rich County
Salt Lake County
San Juan County
Sanpete County

Sevier County
Summit County
Tooele County
Uintah County
Utah County
Wasatch County
Washington County
Wayne County
Weber County

## Vermont

Addison County
Bennington County
Caledonia County
Chittenden County
Essex County

Franklin County
Grand Isle County
Lamoille County
Orange County
Orleans County

Rutland County
Washington County
Windham County
Windsor County

## Virginia

Accomack County
Albemarle County
Alleghany County
Amelia County
Amherst County
Appomattox County
Arlington County
Augusta County
Bath County
Bedford County
Bland County
Botetourt County
Brunswick County
Buchanan County

Buckingham County
Campbell County
Caroline County
Carroll County
Charles City County
Charlotte County
Chesterfield County
Clarke County
Craig County
Culpeper County
Cumberland County
Dickenson County
Dinwiddie County
Essex County

Fairfax County
Fauquier County
Floyd County
Fluvanna County
Franklin County
Frederick County
Giles County
Gloucester County
Goochland County
Grayson County
Greene County
Greensville County
Halifax County
Hanover County

Henrico County
Henry County
Highland County
Isle of Wight County
James City County
King and Queen County
King George County
King William County
Lancaster County
Lee County
Loudoun County
Louisa County
Lunenburg County
Madison County
Mathews County
Mecklenburg County
Middlesex County
Montgomery County

Adams County
Asotin County
Benton County
Chelan County
Clallam County
Clark County
Columbia County
Cowlitz County
Douglas County
Ferry County
Franklin County
Garfield County
Grant County

Barbour County
Berkeley County
Boone County
Braxton County
Brooke County
Cabell County
Calhoun County
Clay County
Doddridge County
Fayette County
Gilmer County
Grant County
Greenbrier County
Hampshire County
Hancock County
Hardy County
Harrison County
Jackson County
Jefferson County

Nelson County
New Kent County
Northampton County
Northumberland County
Nottoway County
Orange County
Page County
Patrick County
Pittsylvania County
Powhatan County
Prince Edward County
Prince George County
Prince William County
Pulaski County
Rappahannock County
Richmond County
Roanoke County
Rockbridge County

Washington
Grays Harbor County
Island County
Jefferson County
King County
Kitsap County
Kittitas County
Klickitat County
Lewis County
Lincoln County
Mason County
Okanogan County
Pacific County
Pend Oreille County

West Virginia
Kanawha County
Lewis County
Lincoln County
Logan County
Marion County
Marshall County
Mason County
McDowell County
Mercer County
Mineral County
Mingo County
Monongalia County
Monroe County
Morgan County
Nicholas County
Ohio County
Pendleton County
Pleasants County
Pocahontas County

Rockingham County
Russell County
Scott County
Shenandoah County
Smyth County
Southampton County
Spotsylvania County
Stafford County
Surry County
Sussex County
Tazewell County
Warren County
Washington County
Westmoreland County
Wise County
Wythe County
York County

Pierce County
San Juan County
Skagit County
Skamania County
Snohomish County
Spokane County
Stevens County
Thurston County
Wahkiakum County
Walla Walla County
Whatcom County
Whitman County
Yakima County

Preston County
Putnam County
Raleigh County
Randolph County
Ritchie County
Roane County
Summers County
Taylor County
Tucker County
Tyler County
Upshur County
Wayne County
Webster County
Wetzel County
Wirt County
Wood County
Wyoming County

Wisconsin

Adams County
Ashland County
Barron County
Bayfield County
Brown County
Buffalo County
Burnett County
Calumet County
Chippewa County
Clark County
Columbia County
Crawford County
Dane County
Dodge County
Door County
Douglas County
Dunn County
Eau Claire County
Florence County
Fond du Lac County
Forest County
Grant County
Green County
Green Lake County

Iowa County
Iron County
Jackson County
Jefferson County
Juneau County
Kenosha County
Kewaunee County
La Crosse County
Lafayette County
Langlade County
Lincoln County
Manitowoc County
Marathon County
Marinette County
Marquette County
Menominee County
Milwaukee County
Monroe County
Oconto County
Oneida County
Outagamie County
Ozaukee County
Pepin County
Pierce County

Polk County
Portage County
Price County
Racine County
Richland County
Rock County
Rusk County
Saint Croix County
Sauk County
Sawyer County
Shawano County
Sheboygan County
Taylor County
Trempealeau County
Vernon County
Vilas County
Walworth County
Washburn County
Washington County
Waukesha County
Waupaca County
Waushara County
Winnebago County
Wood County

Albany County
Big Horn County
Campbell County
Carbon County
Converse County
Crook County
Fremont County

Wyoming
Goshen County
Hot Springs County
Johnson County
Laramie County
Lincoln County
Natrona County
Niobrara County

Park County
Platte County
Sheridan County
Sublette County
Sweetwater County
Teton County