**1**

1-2 (1)
34:9
1-3 (1)
41:1
1-38 (3)
66:2; 66:5; 68:24
1-8 (1)
29:19
12-month (3)
13:7; 39:17; 61:13
12th (1)
21:22
14th (1)
5:10
18/'19 (1)
92:7
19/'20 (2)
92:9; 101:5
19th (2)
48:5; 140:17
1st (5)
74:11; 86:20; 87:7;
87:10; 89:19

**2**

2/19/21 (1)
8:24
2/22/21 (1)
9:3
2/24/21 (1)
9:15
20-CV (1)
8:20
20/'21 (17)
43:11; 45:2; 49:9;
49:12; 49:15; 49:22;
50:5; 61:1; 61:11;
61:12; 63:15; 83:25;
85:11; 85:16; 87:3;
92:15; 92:23
2018/2019 (1)
145:11
2019/2020 (1)
145:11
2020/'21 (6)
5:9; 6:14; 9:5; 18:8;
60:8; 61:14
2020/2021 (14)
12:8; 13:12; 87:16;
89:11; 94:8; 98:11;
99:2; 99:12; 135:24;
144:15; 144:22;
145:2; 145:10; 146:15
21st (3)
85:24; 152:2; 152:22
22nd (10)
11:13; 19:2; 21:4;
32:13; 92:22; 93:25;
98:22; 115:5; 140:11;
155:2
23rd (1)

85:25
24th (1)
43:5
26th (2)
158:11; 158:12
27th (7)
149:4; 149:14;
158:12; 158:16;
158:19; 158:22;
159:13
2nd (4)
61:16; 86:24; 89:20;
93:7

**3**

3/11/20 (1)
7:8
3/12/19 (1)
7:10
3/2/21 (1)
9:9
30th (1)
86:19

**4**

4/1/20 (1)
7:6
4/1/21 (1)
8:20
4/10/20 (1)
7:16
4/14/20 (1)
9:20
4/15/20 (1)
7:20
4/15/21 (1)
9:7
4/21/20 (4)
7:2; 7:4; 9:22; 9:24
4/22/20 (2)
6:22; 9:14
4/27/19 (1)
7:18
4/29/19 (1)
7:14
4th (5)
149:4; 149:5; 149:8;
149:13; 152:18

**5**

5/22/21 (1)
8:22
50/50 (1)
142:12

**6**

6/19/19 (1)
9:13
6/19/20 (1)
9:1
6/25/19 (1)

7:12
6/26/20 (1)
9:11
6/27/21 (1)
9:19
60-minute (5)
67:24; 79:5; 79:10;
79:12; 80:22

**7**

7/6/20 (1)
8:18
7/7/20 (2)
6:25; 9:17
7/9/21 (2)
7:23; 8:1
7th (1)
92:23

**8**

8/25/20 (1)
10:1

**9**

9th (1)
59:14

**A**

A-A (1)
9:23
A-I (1)
7:22
abilities (1)
34:3
ability (5)
25:10; 34:15; 36:16;
56:9; 95:5
able (30)
12:12; 18:11; 19:6;
25:12; 26:12; 27:17;
33:13; 33:15; 55:25;
62:14; 63:22; 64:12;
64:16; 64:20; 64:23;
64:25; 67:24; 73:12;
79:18; 85:23; 98:16;
108:13; 131:20;
131:22; 132:5;
132:11; 143:2; 143:5;
145:16; 152:20
absolutely (2)
46:12; 46:18
academic (16)
35:4; 35:16; 68:14;
71:2; 103:24; 105:15;
119:2; 119:6; 120:16;
121:12; 122:1; 122:5;
126:23; 131:11;
132:13; 132:15
Academically (1)
103:18
academics (1)

119:4
accept (1)
23:23
accepted (1)
57:7
access (3)
12:12; 73:8; 144:20
accommodation (2)
9:25; 155:24
Accordingly (1)
13:13
accordingly (1)
18:13
accurate (4)
17:25; 21:7; 152:3;
152:14
accurately (1)
77:17
acknowledge (1)
39:7
acknowledged (1)
93:14
acquired (1)
34:16
acquiring (1)
22:22
across (8)
17:16; 83:11; 83:11;
101:7; 108:15; 109:5;
109:14; 109:15
activation (1)
113:2
activities (28)
104:14; 104:21;
105:17; 106:9; 107:8;
107:21; 107:24;
108:2; 111:3; 111:5;
111:9; 111:9; 111:12;
111:15; 111:16;
112:5; 115:23;
115:25; 120:10;
120:11; 121:24;
123:6; 126:23;
127:16; 127:20;
132:9; 132:21; 135:4
activity (17)
112:11; 113:2; 120:3;
121:18; 121:21;
122:19; 122:20;
122:23; 122:24;
123:19; 128:9;
128:15; 128:16;
128:22; 131:15;
131:17; 132:12
actual (2)
110:6; 113:22
actually (19)
14:11; 15:21; 17:3;
25:23; 34:17; 47:1;
50:18; 54:1; 77:14;
94:6; 99:5; 99:6;
100:3; 118:19;
126:17; 129:17;
131:1; 133:17; 149:4

Actually (1)
105:2
adaptive (1)
34:3
add (8)
17:22; 24:11; 53:25;
59:25; 60:1; 98:4;
104:15; 144:3
added (10)
23:15; 23:17; 23:18;
23:21; 43:20; 44:15;
102:25; 103:8;
103:10; 103:11
adding (1)
144:24
addition (5)
32:11; 68:2; 94:19;
102:21; 144:12
additional (7)
14:6; 32:12; 106:15;
109:4; 113:19;
116:14; 141:18
Additionally (1)
144:21
additionally (2)
11:17; 95:7
address (5)
101:11; 112:13;
125:2; 141:25; 157:6
addressed (1)
108:25
adjourned (1)
159:23
adjustments (1)
102:8
ADL (5)
104:17; 106:3; 106:6;
106:15; 107:9
ADLs (9)
105:18; 105:21;
106:21; 106:24;
107:14; 128:1; 128:3;
128:7; 129:16
administrators (1)
90:9
admissible (1)
15:5
admitted (10)
8:2; 8:8; 10:8; 10:11;
14:20; 17:10; 18:3;
59:7; 98:14; 149:6
Adn (1)
112:2
adopt (1)
94:10
adopted (1)
145:14
adoption (1)
94:4
adult (2)
113:4; 132:2
adults (11)
53:17; 54:10; 54:25;
117:4; 117:10;

117:21; 117:22;
117:25; 118:6;
118:13; 131:13
affidavit (28)
7:21; 7:24; 10:3;
10:6; 14:19; 16:21;
17:10; 18:20; 18:21;
23:12; 32:4; 33:4;
36:25; 37:17; 37:25;
38:10; 46:15; 59:16;
61:1; 61:8; 61:22;
97:16; 98:21; 115:4;
137:25; 141:9;
141:17; 148:10
affirm (4)
16:16; 59:2; 97:11;
148:5
affirmative (1)
8:4
afternoon (5)
105:22; 127:7; 141:5;
144:1; 147:22
afterward (1)
136:20
afterwards (1)
47:24
Again (4)
79:6; 106:3; 110:20;
128:8
again (16)
10:13; 15:5; 47:6;
47:18; 47:19; 52:20;
73:1; 87:9; 106:8;
142:4; 147:12;
150:25; 151:3; 154:1;
154:10; 155:19
against (2)
49:1; 50:8; 50:10
age (9)
71:18; 72:19; 73:2;
75:2; 75:3; 75:8;
77:12; 88:5; 88:8
Agency (1)
5:15
agree (6)
27:16; 28:5; 30:16;
41:4; 69:10; 150:19
agreeable (1)
158:5
Agreed (1)
28:14
agreed (5)
28:14; 52:3; 52:6;
112:22; 115:5
agreeing (1)
54:24
agreement (4)
149:17; 150:18;
156:16; 156:17
ahead (2)
28:17; 72:9
ALDS (1)
128:18
alerted (1)

155:6
alleging (1)
49:8
allowed (1)
82:12
allowing (1)
73:4
almost (3)
42:18; 139:9; 142:17
alone (5)
53:20; 93:18; 120:23;
120:24; 121:8
along (3)
14:9; 76:23; 106:15
alphabet (1)
33:14
alternately (1)
41:5
Although (2)
92:21; 148:20
always (2)
119:8; 146:7
ambulation (1)
134:11
ambulatory (2)
78:16; 78:18
amongst (1)
101:15
amounts (1)
14:13
ample (1)
159:2
annual (1)
105:13
answered (3)
27:2; 64:20; 106:23
anticonvulsive (1)
134:16
apologize (4)
61:7; 100:21; 129:5;
151:9
appears (1)
151:17
Appears (1)
41:15
application (1)
141:21
applies (1)
49:14
apply (2)
109:20; 130:16
approach (4)
101:17; 108:21;
137:9; 137:15
appropriate (23)
11:1; 11:5; 11:15;
12:16; 12:24; 13:18;
13:20; 14:3; 15:2;
24:14; 40:3; 40:20;
46:8; 54:15; 92:11;
105:20; 138:4;
142:18; 145:9;
145:10; 145:13;
147:13; 155:7

appropriately (2)
40:16; 144:19
appropriateness (3)
11:18; 11:22; 145:22
approved (1)
141:11
approximately (3)
5:11; 104:5
April (20)
11:13; 19:2; 21:4;
22:3; 32:13; 48:4;
48:5; 51:18; 92:16;
92:21; 93:25; 98:22;
100:12; 115:5;
138:15; 140:11;
140:20; 144:24;
146:12; 155:2
area (1)
108:24
areas (5)
34:10; 35:11; 37:24;
109:15; 134:11
argue (3)
11:17; 125:15; 125:20
argued (2)
50:8; 50:10
argument (5)
45:21; 49:1; 147:4;
147:5; 147:7
arguments (1)
45:11
around (15)
37:23; 58:3; 101:2;
103:1; 103:11; 120:2;
124:10; 129:21;
131:25; 133:15;
134:4; 135:11;
137:19; 150:9; 151:16
arrange (1)
156:6
arrive (1)
93:6
art (1)
25:14
ascertain (1)
31:17
aside (1)
35:3
aspect (2)
119:12; 127:14
aspiration (3)
42:6; 133:12; 133:18
assess (1)
22:22
assessed (1)
41:5
assessment (5)
33:9; 33:11; 35:3;
101:21; 113:17
Assessment (1)
7:4
assessments (3)
23:2; 101:7; 146:8
assign (2)

90:9; 90:10
assigned (8)
5:6; 71:16; 73:3;
74:22; 80:13; 89:24;
122:13; 125:1
assignment (1)
90:7
assist (3)
20:4; 107:5; 135:9
assistance (2)
112:19; 131:16
Assistant (1)
57:19
assistant (7)
13:1; 58:23; 117:18;
119:24; 120:7;
120:15; 120:21
assistants (1)
119:5
assistive (4)
7:13; 79:18; 80:1;
80:15
assume (1)
22:12
Assuming (1)
69:8
assuming (1)
15:22
attachment (2)
88:18; 149:12
attempt (1)
142:11
attempted (4)
32:17; 64:14; 85:19;
146:16
attempts (1)
146:25
attend (4)
11:6; 13:4; 13:11;
21:15
attended (3)
92:5; 115:5; 146:11
attending (1)
49:25
attention (4)
143:1; 143:6; 143:7;
159:18
Attorney (1)
5:15
attorney (1)
96:15
attorneys (1)
5:20
auditory (2)
131:12; 131:23
August (2)
66:18; 159:1
autism (2)
88:1; 88:2
available (10)
13:11; 14:23; 15:6;
23:25; 47:21; 74:25;
97:20; 136:2; 136:7;
146:8

aware (18)
22:1; 22:5; 22:15;
22:21; 27:4; 42:5;
42:9; 43:10; 46:19;
62:2; 64:5; 85:18;
85:21; 85:22; 86:2;
86:3; 86:7; 86:9
away (1)
100:9

B

back (30)
10:16; 27:3; 27:14;
29:13; 32:19; 37:23;
40:1; 40:22; 41:16;
58:15; 72:18; 73:19;
86:5; 86:8; 90:3;
90:12; 95:23; 105:3;
131:10; 139:10;
139:12; 139:13;
152:24; 153:5; 153:7;
153:17; 153:23;
154:2; 154:9; 154:9
Back (1)
154:20
Bakey (1)
10:2
base (1)
38:21
Based (1)
78:20
based (20)
12:14; 27:17; 39:15;
42:2; 42:5; 48:17;
48:21; 51:16; 52:7;
53:19; 70:8; 78:2;
88:8; 106:17; 110:15;
111:14; 113:17;
124:3; 131:7; 135:7
baseline (1)
120:11
bases (1)
94:17
basic (1)
93:4
basically (1)
103:21
basis (12)
6:12; 12:1; 12:20;
20:25; 29:1; 29:2;
29:2; 102:8; 115:1;
117:13; 141:19; 142:2
bathroom (1)
58:1
becomes (3)
108:1; 109:10; 120:4
becoming (2)
101:23; 109:7
beep (2)
41:12; 41:12
began (2)
66:6; 101:2
begin (2)
61:12; 153:18

**beginning (4)**
87:15; 92:18; 93:2;
144:17

**begins (1)**
61:14

**begun (1)**
61:15

**behalf (1)**
12:4

**belief (3)**
18:6; 60:5; 98:9

**bell (1)**
61:17

**benchmark (1)**
131:14

**Benchmark (2)**
105:18; 106:1

**benchmarks (3)**
105:16; 106:21;
112:12

**beneficial (1)**
39:18

**benefit (11)**
12:18; 24:5; 28:6;
30:18; 31:3; 31:7;
31:10; 55:9; 56:1;
94:14; 95:4

**benefits (1)**
25:5

**benefitted (2)**
30:18; 31:20

**best (12)**
13:22; 18:5; 23:20;
26:6; 27:2; 53:13;
60:5; 70:11; 98:9;
109:25; 135:6; 141:22

**better (2)**
57:4; 130:18

**beyond (1)**
48:12

**Beyond (1)**
141:15

**bifurcate (1)**
57:5

**biggest (1)**
102:21

**birth (1)**
75:4

**bit (12)**
42:20; 95:19; 107:5;
121:22; 122:8; 122:9;
123:3; 123:3; 126:8;
127:23; 129:20; 140:8

**blended (2)**
63:11; 63:25

**blind (1)**
92:4

**block (2)**
119:19; 121:12

**blocks (1)**
121:13

**body (1)**
135:5

**book (1)**

121:18

**both (14)**
13:15; 14:25; 15:13;
15:14; 16:3; 49:10;
49:11; 52:18; 63:18;
103:22; 118:21;
140:21; 145:3; 145:4

**Both (1)**
84:11

**bottom (3)**
20:15; 42:18; 148:12

**boy (1)**
8:20

**brain (3)**
91:19; 92:1; 108:25

**Brain (2)**
5:19; 92:6

**break (2)**
31:8; 58:1

**breaking (1)**
6:1

**breathing (1)**
139:15

**brief (1)**
91:10

**briefly (1)**
144:10

**bring (1)**
127:24

**bringing (2)**
50:11; 50:14

**brushing (1)**
110:1

**building (6)**
57:8; 64:19; 65:8;
81:6; 82:8; 84:22

**bump (1)**
154:1

**burden (2)**
73:10; 145:7

**button (1)**
100:20

**Bye-bye (1)**
154:13

---

# C

**calculated (3)**
11:14; 12:16; 13:17

**calendar (1)**
158:16

**call (14)**
14:5; 15:8; 64:15;
64:21; 65:15; 85:19;
86:4; 86:19; 90:11;
91:12; 91:12; 111:4;
144:8; 147:11

**called (3)**
86:8; 119:17; 119:18

**calling (2)**
86:18; 147:19

**calls (1)**
154:9

**Can (7)**

20:4; 24:23; 24:23;
38:6; 79:20; 97:1;
138:4

**can (91)**
10:15; 10:16; 14:14;
15:23; 17:2; 20:5;
23:15; 23:23; 24:6;
24:10; 24:11; 25:21;
28:10; 29:4; 29:9;
29:22; 29:23; 30:18;
33:25; 34:4; 36:8;
40:1; 40:21; 45:21;
55:8; 55:10; 56:7;
56:18; 58:4; 59:13;
60:22; 71:20; 72:24;
73:8; 86:25; 90:23;
91:1; 91:15; 92:19;
95:24; 96:4; 96:12;
99:8; 101:16; 102:20;
105:2; 105:22; 107:8;
108:2; 108:4; 108:14;
109:20; 109:23;
110:3; 110:7; 110:23;
114:15; 118:21;
118:24; 119:19;
121:1; 121:3; 121:5;
122:8; 122:12;
129:22; 130:15;
130:17; 131:8;
133:17; 134:23;
135:6; 135:9; 136:11;
141:11; 142:1;
142:22; 143:24;
145:4; 146:2; 148:3;
149:16; 150:2; 150:5;
150:7; 150:8; 150:8;
150:19; 152:4; 154:1;
154:10

**capacity (2)**
82:15; 82:16

**capital (1)**
7:22

**captured (1)**
33:24

**care (2)**
104:23; 152:16

**carried (2)**
108:14; 120:13

**carry (3)**
107:8; 107:23; 108:1

**carrying (2)**
107:21; 120:10

**case (17)**
5:8; 8:22; 11:3; 16:4;
50:11; 50:15; 51:4;
60:8; 91:17; 92:25;
93:20; 98:8; 102:6;
109:3; 119:8; 119:25;
154:3

**cases (5)**
50:9; 50:10; 85:6;
93:9; 93:16

**catch (1)**
8:16

**CCO (1)**

20:4

**centered (1)**
135:2

**cerebral (2)**
92:2; 92:2

**certain (9)**
33:15; 33:16; 47:20;
107:12; 109:23;
110:19; 126:6; 158:7;
159:4

**certainly (1)**
109:23

**chairs (2)**
84:25; 85:3

**challenged (1)**
48:24

**challenges (3)**
133:11; 138:8; 143:1

**challenging (2)**
49:10; 132:25

**chance (1)**
150:16

**change (16)**
36:19; 37:14; 38:2;
38:6; 38:9; 38:24;
39:5; 39:7; 39:10;
39:12; 51:2; 65:14;
74:1; 102:19; 102:22;
105:22

**changed (8)**
33:1; 37:12; 44:13;
50:24; 51:25; 74:3;
102:14; 128:25

**changes (5)**
102:8; 102:16;
102:18; 102:24; 153:9

**changing (2)**
37:4; 37:20

**characterization (3)**
48:7; 119:11; 120:4

**characterize (2)**
16:8; 51:3

**characterized (2)**
46:16; 46:21

**child (4)**
13:17; 113:3; 113:16;
125:1

**child's (3)**
8:5; 11:23; 101:10

**children (2)**
57:10; 128:10

**children's (2)**
114:16; 126:22

**choice (2)**
63:9; 146:20

**choose (1)**
63:22

**choosing (2)**
105:19; 105:24

**chose (1)**
123:13

**circumstances (2)**
11:16; 13:18

**City (1)**

57:7

**claim (1)**
53:2

**claiming (1)**
38:13

**clarifications (1)**
148:24

**clarify (6)**
17:22; 38:19; 59:25;
98:4; 127:22; 152:5

**Class (1)**
104:20

**class (65)**
9:5; 12:21; 37:9;
46:22; 53:16; 53:18;
54:24; 57:10; 71:5;
71:9; 71:13; 71:14;
73:3; 73:14; 73:20;
73:22; 73:24; 74:1;
74:6; 74:11; 74:23;
74:23; 75:9; 75:12;
75:16; 75:20; 76:4;
76:6; 76:8; 76:19;
76:24; 77:5; 77:23;
81:14; 81:23; 84:23;
88:8; 94:20; 104:4;
111:6; 115:9; 115:22;
116:3; 116:14;
117:16; 118:20;
123:10; 123:15;
124:6; 124:7; 124:11;
124:17; 125:13;
125:23; 125:25;
126:16; 126:17;
128:7; 128:9; 129:20;
129:21; 131:17;
132:15; 144:25;
155:10

**class-building (1)**
57:5

**classes (8)**
87:3; 87:5; 87:11;
87:19; 88:3; 106:7;
106:9; 125:12

**classification (5)**
79:1; 87:20; 87:23;
87:25; 88:6

**classified (2)**
78:24; 88:2

**classify (4)**
103:14; 104:18;
106:8; 110:23

**classmate (1)**
132:1

**Classroom (1)**
62:11

**classroom (44)**
7:5; 26:9; 32:16;
32:18; 37:4; 37:5;
39:21; 54:2; 54:5;
54:8; 55:10; 56:4;
62:20; 70:7; 70:23;
71:1; 71:12; 77:20;
78:1; 78:6; 82:19;
82:20; 83:8; 83:11;

83:14; 83:15;
94:24; 115:23;
115:25; 117:12;
117:21; 118:6;
118:13; 119:9;
119:13; 119:21;
120:11; 122:11;
123:7; 123:23;
126:23; 127:19;
127:20; 156:18
**classrooms (4)**
53:21; 81:10; 81:11;
87:25
**clear (6)**
31:19; 92:17; 93:7;
145:8; 145:13; 151:25
**clearly (1)**
147:13
**client's (1)**
57:14
**clinical (5)**
12:1; 12:15; 110:14;
113:17; 113:23
**clinically (1)**
11:5
**clinician (3)**
111:22; 114:13;
114:23
**clinicians (3)**
113:14; 114:7; 114:19
**clock (1)**
153:17
**close (4)**
115:18; 131:8;
147:11; 154:3
**closely (1)**
135:14
**closing (4)**
45:12; 147:8; 157:16;
158:4
**closings (3)**
157:6; 157:19; 158:23
**cloth (1)**
106:2
**clothes (1)**
105:23
**clothing (2)**
105:20; 105:25
**cognitive (1)**
56:8
**collect (1)**
114:17
**comfortable (4)**
30:20; 54:12; 54:24;
135:5
**coming (2)**
126:20; 152:24
**comments (1)**
53:1
**Committee (1)**
38:20
**common (2)**
79:13; 79:15
**communicate (2)**

152:21; 152:22
**communication (1)**
126:25
**communicators (2)**
78:22; 78:22
**comparing (1)**
39:13
**comparison (1)**
138:16
**compelling (1)**
95:25
**competing (1)**
143:7
**complaint (3)**
8:19; 13:24; 45:16
**complement (1)**
78:6
**complete (4)**
110:14; 111:2;
144:10; 151:20
**completed (6)**
32:16; 32:20; 33:9;
102:2; 139:19; 140:10
**completely (1)**
152:3
**compliance (1)**
159:1
**components (1)**
137:5
**comport (1)**
97:24
**comprehensive (1)**
95:2
**computer (1)**
130:25
**computer's (1)**
8:16
**concerning (2)**
92:8; 130:13
**concerns (3)**
133:16; 134:23;
136:16
**conclude (1)**
159:12
**concludes (1)**
159:3
**conclusion (4)**
13:25; 22:20; 30:20;
31:22
**conduct (2)**
32:12; 119:1
**conducted (2)**
44:22; 156:15
**conducting (1)**
5:12
**confident (1)**
14:1
**confirm (3)**
15:13; 54:21; 154:25
**confirmed (3)**
153:8; 153:11; 153:13
**confused (2)**
39:2; 129:1
**confusing (3)**

122:8; 123:3; 123:4
**confusingly (1)**
151:13
**confusion (1)**
126:19
**connection (3)**
6:3; 153:14; 154:4
**consider (3)**
36:14; 55:16; 55:23
**considerably (1)**
44:13
**consideration (3)**
13:21; 36:9; 147:14
**considerations (1)**
146:6
**considered (3)**
32:1; 40:7; 46:11
**considering (3)**
6:11; 108:7; 108:18
**consistent (2)**
17:17; 103:4
**consolidating (2)**
50:9; 50:10
**constate (1)**
98:10
**constitute (2)**
18:6; 60:6
**constituted (2)**
12:1; 93:18
**constitutes (2)**
14:24; 116:19
**constraints (1)**
146:3
**consult (1)**
137:18
**contact (5)**
57:20; 146:16;
146:25; 156:5; 156:12
**contacted (1)**
156:8
**contains (1)**
140:19
**contemplated (1)**
50:5
**contend (1)**
11:10
**contends (1)**
11:3
**contention (1)**
13:14
**contents (1)**
19:18
**contested (1)**
45:19
**context (3)**
51:2; 106:12; 109:20
**context-dependent (1)**
109:7
**continue (3)**
14:20; 48:25; 51:4
**continues (3)**
36:20; 38:25; 39:1
**continuing (1)**
50:11

**continuously (1)**
145:23
**contract (2)**
9:2; 9:10
**copy (10)**
15:21; 16:3; 16:22;
17:1; 59:14; 97:16;
97:20; 148:13;
150:23; 151:19
**corner (1)**
119:20
**corrected (1)**
17:22
**correction (3)**
149:17; 150:21;
153:10
**corrections (1)**
148:24
**correspond (1)**
132:14
**corridor (1)**
83:17
**cortical (1)**
92:4
**cost (1)**
147:7
**costs (1)**
147:10
**counseling (3)**
30:5; 44:2; 109:19
**counselor (1)**
141:17
**couple (2)**
61:7; 133:19
**course (3)**
14:16; 114:18; 134:7
**courses (1)**
107:14
**COURT (11)**
5:2; 58:10; 58:14;
138:18; 152:25;
153:4; 153:21; 154:5;
154:14; 154:20;
159:20
**Court (1)**
11:24
**court (1)**
138:19
**courts (1)**
57:7
**cover (2)**
106:21; 159:2
**covering (1)**
133:20
**covers (2)**
5:8; 50:21
**COVID (1)**
82:11
**crawling (1)**
34:23
**create (1)**
48:10
**created (3)**
11:13; 12:7; 139:20

**creation (2)**
12:11; 139:25
**cross (2)**
83:16; 137:24
**cross-disclosed (1)**
6:15
**cross-examine (3)**
18:12; 98:17; 153:12
**crowded (1)**
120:2
**cry (2)**
31:15; 136:12
**CSE (24)**
20:22; 21:4; 21:8;
21:14; 23:19; 24:2;
24:10; 27:16; 43:11;
44:14; 46:2; 52:18;
76:1; 76:3; 76:5;
76:8; 94:3; 94:6;
94:9; 94:23; 102:11;
144:21; 155:7; 155:21
**CSE's (1)**
55:2
**cues (1)**
106:3
**current (7)**
32:18; 32:22; 36:14;
68:7; 81:15; 83:10;
83:14
**currently (3)**
24:20; 27:5; 81:22
**curtail (1)**
95:16
**cut (2)**
49:1; 126:8
**CV (1)**
17:13

# D

**D-75 (6)**
115:9; 145:17;
145:19; 155:1;
156:18; 156:20
**D75 (2)**
40:20; 46:8
**daily (11)**
34:3; 44:5; 104:5;
104:14; 104:23;
105:1; 105:9; 107:22;
111:2; 111:10; 117:13
**data (4)**
31:19; 101:21;
101:21; 114:17
**date (18)**
11:25; 27:3; 43:5;
44:25; 45:4; 45:6;
50:5; 50:24; 50:25;
61:17; 61:19; 64:1;
97:22; 148:10;
157:16; 158:4;
158:14; 159:1
**dated (18)**
6:22; 6:24; 7:2; 7:4;
7:6; 7:8; 7:10; 7:11;

7:14; 7:15; 7:18;
7:19; 7:23; 8:1;
21:22; 59:14;
140:16; 149:4
dates (1)
32:15
day (46)
11:9; 20:18; 21:5;
21:16; 21:18; 24:7;
43:20; 56:21; 61:24;
64:7; 66:8; 66:14;
66:20; 66:25; 67:3;
68:6; 68:8; 68:16;
68:22; 69:1; 80:5;
84:22; 86:23; 91:23;
104:6; 104:17;
104:24; 106:14;
108:3; 109:9; 117:3;
117:9; 119:4; 120:8;
121:7; 124:6; 125:14;
126:1; 131:20;
132:22; 133:21;
134:8; 136:17;
143:24; 145:19;
159:19
days (2)
69:19; 104:16
dealing (1)
118:1
decide (1)
23:24
decided (1)
13:8
decision (1)
14:2
decrease (1)
35:10
decreased (1)
34:18
deemed (2)
138:3; 145:10
defend (5)
48:22; 48:23; 51:1;
53:2; 93:13
defended (1)
93:17
defending (4)
49:16; 50:6; 52:21;
92:16
deficiencies (1)
144:23
deficient (2)
94:1; 144:13
definitive (1)
124:5
degree (1)
91:22
delay (2)
36:16; 92:19
deliberate (1)
113:13
demonstrate (1)
108:13
demonstrated (1)

145:23
demonstrations (1)
107:22
denial (4)
93:18; 93:21; 93:24;
94:2
denied (3)
49:8; 92:9; 94:18
denominate (1)
148:9
Department (15)
5:14; 8:7; 10:25;
11:2; 11:10; 12:4;
14:4; 16:11; 39:23;
91:6; 91:6; 157:12;
157:21; 158:3; 159:8
department (3)
102:1; 102:1; 112:22
Department's (1)
13:13
depend (2)
70:3; 70:10
depending (4)
25:9; 74:2; 84:22;
85:4
depends (2)
69:6; 83:5
described (4)
111:24; 121:10;
148:16; 148:19
description (4)
9:4; 16:8; 58:22; 97:6
designated (3)
107:9; 125:22; 137:12
designating (1)
26:24; 137:7
designed (5)
120:12; 121:18;
146:1; 146:2; 146:3
desks (2)
84:25; 85:3
despite (2)
93:17; 94:13
Despite (2)
94:21; 95:1
determination (2)
40:4; 48:21
determine (4)
11:19; 31:6; 72:23;
131:8
determined (1)
70:11
develop (4)
55:16; 57:11; 110:7;
114:19
developed (8)
13:14; 13:22; 21:4;
52:18; 62:23; 92:21;
100:24; 144:22
developing (3)
22:18; 55:21; 143:14
development (4)
34:11; 35:6; 56:8;
143:15

develops (1)
143:10
device (1)
127:10
devices (1)
127:1
diagnoses (1)
92:1
dial (5)
57:23; 95:22; 153:17;
154:2; 154:12
difference (2)
37:9; 137:3
different (14)
22:24; 23:2; 25:17;
28:18; 35:13; 44:23;
61:8; 90:6; 101:7;
102:1; 109:5; 112:10;
112:11; 114:8
differently (1)
24:7
differs (1)
36:25
difficult (1)
22:22
direct (21)
14:19; 18:4; 18:6;
18:20; 28:10; 29:10;
31:2; 38:7; 42:13;
42:23; 60:6; 65:14;
65:25; 65:25; 137:2;
137:4; 137:8; 137:8;
137:11; 137:14; 153:9
directly (3)
80:11; 84:13; 105:17
director (1)
97:7
disabilities (2)
41:5; 41:22
disagree (2)
47:10; 48:20
disagreed (3)
20:22; 115:8; 133:7
disagreeing (1)
45:17
discipline (2)
112:17; 113:9
discipline-specific (1)
112:16
disciplines (3)
101:7; 108:16; 109:15
disclosed (2)
6:18; 6:21
disclosure (1)
150:3
discrepancies (1)
114:15
discrete (1)
11:4
discuss (2)
24:10; 89:15
discussed (6)
24:18; 32:2; 101:14;
101:15; 140:20;
146:14; 147:3; 147:6;

140:23
discussing (2)
37:19; 137:23
discussion (2)
23:23; 37:11
disingenuously (1)
145:16
dismissal (1)
68:13
disorder (2)
42:10; 92:3
disposed (1)
147:5
District (16)
5:13; 6:17; 6:20; 8:4;
8:11; 12:21; 13:3;
14:5; 30:9; 39:17;
50:8; 50:22; 56:25;
57:5; 92:17; 150:1
District's (12)
14:25; 17:12; 49:16;
49:20; 52:21; 65:22;
66:1; 73:10; 73:11;
88:15; 93:2; 96:15
divider (1)
82:6
doctor (3)
19:16; 20:20; 69:10
document (29)
16:21; 17:11; 19:21;
29:1; 30:15; 34:5;
42:19; 43:1; 43:13;
43:14; 43:19; 59:7;
59:14; 88:13; 89:5;
97:24; 99:5; 99:19;
99:19; 100:14;
100:25; 101:22;
101:23; 101:25;
140:10; 140:13;
149:25; 150:17;
150:23
documentation (3)
32:25; 77:15; 79:7
documents (14)
6:17; 14:14; 18:22;
18:23; 19:2; 19:15;
19:22; 21:20; 21:21;
22:14; 44:9; 44:20;
73:19; 140:4
DOE (44)
14:2; 23:12; 27:17;
27:21; 29:17; 32:12;
33:11; 34:4; 34:9;
36:24; 36:25; 39:4;
40:2; 40:24; 42:16;
49:8; 82:17; 92:9;
92:14; 92:15; 93:3;
93:10; 93:12; 93:13;
93:16; 94:18; 95:5;
95:7; 99:3; 99:6;
99:12; 100:2; 100:6;
101:23; 140:1;
144:13; 145:6;
145:14; 146:10;
146:14; 147:3; 147:6;

147:8; 147:12
DOE's (8)
29:3; 29:4; 29:5;
29:10; 40:22; 53:10;
94:6; 94:19
dog (1)
8:24
domains (1)
35:5
done (6)
22:25; 33:11; 96:8;
109:23; 113:3; 159:18
Donohue (19)
5:7; 5:24; 6:2; 6:8;
10:7; 10:25; 18:8;
24:18; 46:8; 60:7;
96:16; 98:11; 139:4;
139:5; 147:20;
147:23; 153:8;
153:12; 154:25
DONOHUE (39)
5:24; 6:4; 6:7; 41:13;
139:3; 139:6; 147:22;
147:25; 148:3; 148:7;
148:14; 148:17;
148:20; 148:25;
149:9; 149:11;
149:21; 150:2; 150:6;
151:9; 151:21;
151:24; 152:6; 152:9;
152:13; 154:17;
155:4; 155:6; 155:12;
155:15; 155:20;
156:1; 156:4; 156:8;
156:10; 156:17;
156:22; 157:22;
159:14
Donohue's (1)
6:8
down (6)
20:6; 26:1; 34:15;
44:4; 44:8; 158:22
downloading (1)
100:10
Dr (3)
10:2; 19:18; 20:23
draw (2)
31:22; 52:17
drawing (1)
30:20
dressing (1)
105:19
dropped (2)
41:18; 72:9
due (6)
8:18; 13:24; 36:11;
45:16; 112:3; 114:8
duly (1)
11:25
During (3)
23:19; 64:11; 68:1
during (50)
14:16; 20:17; 31:16;
43:11; 44:7; 44:13;

49:9; 49:11; 63:15;
64:9; 67:2; 67:6;
82:10; 83:24; 85:16;
87:3; 87:16; 89:11;
94:8; 94:17; 105:17;
105:21; 106:6;
107:6; 107:8;
107:10; 107:14;
117:3; 117:9; 120:8;
121:11; 121:12;
121:25; 122:5;
125:1; 125:14;
126:4; 126:16;
127:21; 130:6;
131:5; 132:3;
132:19; 132:22;
136:10; 144:22;
145:2; 145:9;
145:10; 145:11
dysregulated (1)
136:18

### E

early (5)
64:2; 103:15; 103:21;
107:1; 107:5
easily (1)
110:3
eat (1)
133:21
eating (1)
133:19
eats (1)
133:22
ed (2)
25:25; 27:4
edge (1)
72:9
edit (1)
148:21
edited (1)
101:25
education (10)
11:1; 70:7; 80:19;
89:3; 89:4; 89:9;
97:8; 99:11; 115:7;
138:14
Education (5)
5:15; 10:25; 16:11;
38:20; 39:23
Education's (1)
8:7
educational (8)
12:17; 31:6; 31:10;
56:1; 91:20; 91:25;
146:11; 146:21
effect (1)
99:7
efficiency (1)
20:5
egregious (1)
93:23
egregiously (1)
94:11

eight (3)
68:21; 74:22; 77:16
either (12)
27:5; 35:7; 51:1;
61:23; 63:10; 64:2;
70:6; 121:16; 121:23;
149:22; 158:12; 159:6
Either (1)
158:14
ELA (1)
103:22
element (1)
73:10
elements (2)
73:9; 137:8
elevator (5)
82:9; 82:12; 82:15;
83:9; 83:13
elevators (1)
82:8
elicit (1)
141:18
else (5)
22:10; 85:4; 101:18;
138:24; 158:16
email (1)
153:23
emailed (1)
153:21
emerging (3)
33:7; 33:12; 33:17
Emerging (1)
33:7
emotions (1)
30:1
enable (2)
11:14; 13:17
enables (1)
110:5
encourage (1)
56:6
end (16)
17:12; 17:15; 59:12;
66:14; 66:25; 94:5;
95:17; 96:8; 96:11;
97:22; 125:9; 148:11;
151:17; 158:9;
158:10; 159:3
Endrew (1)
138:10
ends (2)
67:1; 101:22
engage (1)
105:19
enjoy (1)
24:18
enjoys (2)
31:1; 133:3
enough (3)
39:24; 47:14; 55:25
enroll (3)
73:25; 80:11; 146:21
enrolled (3)
54:1; 62:24; 74:3

enrollment (3)
9:1; 54:6; 73:25
ensure (2)
12:16; 55:2
entering (1)
101:20
entire (4)
124:8; 124:17;
126:17; 144:15
entirety (1)
19:13
environment (6)
40:17; 54:5; 94:22;
109:10; 109:10; 143:3
environments (3)
109:5; 128:12; 143:6
envision (1)
21:9
episodes (1)
135:23
equitable (1)
146:6
equities (5)
14:4; 92:11; 145:21;
146:5; 147:15
error (2)
93:24; 151:10
essence (1)
147:11
essential (2)
73:9; 73:10
essentially (2)
14:13; 141:23
evaluating (1)
11:22
evaluation (6)
7:10; 7:13; 22:2;
22:17; 95:2; 140:21
evaluations (4)
32:13; 139:19;
139:22; 146:8
evaluative (5)
12:10; 47:21; 47:25;
48:10; 51:17
Even (1)
52:20
even (13)
31:13; 31:15; 42:1;
43:1; 49:2; 50:2;
92:16; 110:17; 116:1;
118:14; 137:9;
145:14; 146:14
event (2)
46:2; 54:17
eventually (1)
101:22
everyone (5)
100:14; 101:17;
101:18; 138:19;
149:17
everyone's (1)
58:6
evidence (35)
6:15; 8:2; 8:9; 8:11;

10:9; 10:11; 11:11;
14:23; 15:6; 15:14;
16:4; 17:11; 17:12;
18:3; 19:17; 21:25;
23:13; 39:15; 45:12;
48:2; 59:8; 73:5;
98:14; 99:3; 99:12;
99:18; 130:23;
138:17; 139:18;
140:1; 140:16;
141:21; 145:5;
147:9; 151:20
exa2mple (1)
122:18
exact (3)
61:19; 64:1; 103:2
exactly (9)
30:2; 72:17; 73:1;
79:3; 83:6; 84:13;
105:9; 134:19; 137:16
example (17)
105:21; 107:1; 107:5;
112:18; 117:17;
119:24; 122:14;
122:21; 122:25;
123:9; 123:17;
123:23; 125:19;
126:24; 127:2;
130:18; 134:16
exceed (1)
47:1
excellent (1)
58:3
except (2)
57:10; 68:12
exchange (1)
132:1
execute (1)
110:9
executive (1)
109:1
exhibit (9)
28:24; 29:3; 29:10;
29:11; 30:7; 99:25;
100:4; 100:5; 104:8
Exhibit (67)
6:22; 6:24; 7:1; 7:3;
7:5; 7:7; 7:9; 7:11;
7:13; 7:15; 7:17;
7:19; 7:21; 7:24;
8:18; 8:22; 8:24; 9:1;
9:5; 9:7; 9:9; 9:11;
9:13; 9:14; 9:15;
9:17; 9:19; 9:20;
9:22; 9:24; 10:1;
10:3; 10:6; 17:11;
19:17; 20:2; 22:1;
23:12; 28:19; 29:3;
29:5; 29:5; 40:23;
40:25; 42:14; 47:7;
59:8; 66:1; 88:20;
98:15; 99:22; 100:2;
100:11; 101:24;
104:11; 105:3; 105:8;
121:4; 121:5; 139:18;

140:2; 140:9;
148:9; 149:6;
149:11; 149:22;
151:5
exhibits (6)
6:21; 8:13; 42:16;
65:22; 88:10; 88:11
Exhibits (2)
8:8; 10:10
existing (2)
122:11; 137:25
exists (1)
50:21
expect (1)
36:3
expedited (2)
158:8; 158:23
Expedited (1)
157:22
expenses (1)
92:7
expert (2)
15:4; 142:8
explain (1)
33:5; 100:24; 122:9;
142:22
extended (2)
21:16; 136:12
extent (6)
48:16; 48:18; 57:10;
147:3; 147:6; 159:4
extraneous (1)
119:19

### F

face (2)
106:2; 110:2
facilitate (1)
127:19
facilitated (1)
127:15
facilitating (1)
126:22
fact (6)
11:4; 12:9; 13:10;
45:22; 112:3; 117:4
factor (1)
108:24
failed (9)
92:14; 93:3; 93:10;
93:13; 95:6; 144:13;
145:6; 147:8; 147:12
failure (3)
94:9; 94:11; 94:12
familiar (11)
19:18; 23:3; 61:20;
98:25; 99:10; 100:13;
103:16; 108:1; 132:2;
150:1; 150:17
families (1)
63:10
family (6)
5:17; 6:16; 62:8;
63:13; 69:10; 140:23

**Family's (2)**
8:11; 8:12
**family's (2)**
63:9; 138:2
**FAPE (10)**
14:2; 49:9; 92:10; 92:15; 93:19; 93:21; 93:24; 94:2; 94:18; 147:12
**far (7)**
22:22; 34:11; 34:21; 40:7; 48:17; 70:4; 83:8
**Farago (4)**
5:5; 15:19; 41:16; 96:17
**FARAGO (198)**
5:4; 5:16; 5:21; 6:1; 6:5; 6:9; 6:20; 8:10; 8:15; 10:12; 10:21; 10:23; 14:8; 14:17; 15:9; 15:11; 15:15; 15:18; 16:2; 16:6; 16:12; 16:16; 16:20; 16:25; 17:5; 17:9; 17:19; 17:24; 18:2; 18:10; 19:24; 24:22; 25:1; 25:15; 25:19; 25:22; 25:25; 26:10; 26:15; 26:19; 27:1; 27:9; 27:12; 28:13; 28:16; 29:7; 34:7; 38:4; 41:17; 45:3; 45:8; 45:20; 45:25; 48:14; 49:5; 49:13; 49:19; 50:1; 50:16; 50:20; 51:8; 51:13; 51:19; 51:22; 52:2; 52:12; 52:15; 52:20; 52:24; 53:5; 56:14; 56:17; 56:22; 57:16; 57:21; 58:2; 58:8; 58:16; 58:21; 58:25; 59:6; 59:10; 59:18; 59:23; 60:3; 60:10; 65:3; 71:24; 72:3; 72:8; 72:13; 72:25; 73:7; 73:16; 73:21; 74:4; 74:7; 74:10; 74:14; 74:16; 74:20; 75:1; 75:5; 76:5; 76:10; 76:13; 76:20; 77:2; 77:6; 77:11; 90:20; 90:23; 91:1; 91:3; 91:7; 91:13; 95:8; 95:13; 95:20; 95:24; 96:7; 96:10; 96:13; 96:20; 96:23; 97:1; 97:4; 97:9; 97:15; 97:19; 98:2; 98:7; 98:13; 99:16; 100:15; 100:19; 100:22; 111:13; 111:23; 137:21; 138:7; 138:12; 138:23; 139:2; 139:4; 139:8; 139:11; 139:14; 141:1; 141:20; 142:3; 142:7; 143:19; 143:22; 144:2; 144:7; 144:11; 147:17; 147:23; 148:1; 148:4; 148:8; 148:15; 148:18; 148:22; 149:7; 149:10; 149:16; 149:23; 150:4; 150:7; 150:12; 150:15; 150:20; 151:1; 151:4; 151:7; 151:11; 151:23; 152:4; 152:7; 152:10; 152:15; 153:6; 153:25; 154:11; 154:16; 154:22; 157:1; 157:5; 157:14; 157:18; 157:24; 158:6; 158:15; 158:20; 159:10; 159:15
**father (2)**
6:8; 146:24
**favor (2)**
14:4; 146:6
**favored (1)**
92:11
**features (1)**
137:10
**February (8)**
43:5; 48:2; 53:3; 64:2; 101:2; 140:16; 140:18; 146:13
**feed (1)**
134:24
**feeding (16)**
21:1; 69:8; 133:11; 133:15; 133:23; 134:2; 134:11; 134:21; 134:23; 135:4; 135:8; 135:11; 136:10; 136:12; 136:16; 136:20
**feel (5)**
17:21; 20:24; 39:22; 95:25; 143:15
**Feel (1)**
19:25
**fell (1)**
103:2
**felt (1)**
39:16
**few (1)**
137:5
**field (1)**
26:5
**filed (1)**
13:23
**files (1)**
10:15
**final (2)**
102:2; 102:10
**finally (1)**
85:23
**find (8)**
11:25; 14:1; 17:1; 20:10; 93:21; 94:2; 114:10; 114:11
**finding (3)**
14:24; 14:24; 94:18
**fine (7)**
35:5; 46:2; 60:17; 95:18; 96:9; 157:17; 158:14
**firmly (1)**
146:6
**First (1)**
15:23
**first (17)**
7:25; 29:10; 30:7; 35:13; 61:24; 72:19; 81:16; 81:17; 81:23; 82:20; 114:11; 115:24; 119:9; 127:6; 143:3; 143:14; 150:21
**fit (1)**
106:4
**five (8)**
9:10; 9:12; 53:20; 57:25; 69:20; 69:23; 104:16; 118:2
**five-and-a-half-hour (1)**
67:3
**flexible (1)**
124:2
**floor (10)**
81:7; 81:9; 81:10; 81:16; 81:17; 81:23; 82:21; 82:21; 83:21; 84:5
**floors (1)**
81:12
**focus (5)**
45:4; 55:20; 56:6; 138:7; 143:13
**focusing (1)**
101:18
**FOFD (2)**
8:22; 92:8
**folding (1)**
119:18
**follow (3)**
115:16; 116:24; 127:5
**follow-up (1)**
76:21
**following (2)**
86:23; 121:9
**forbearance (1)**
159:17
**FORBES (172)**
5:14; 8:14; 10:20; 10:22; 10:24; 14:15; 15:7; 28:8; 28:15; 28:22; 37:6; 41:11; 44:17; 47:15; 47:18; 49:20; 50:14; 50:18; 51:7; 51:10; 51:15; 51:21; 51:24; 52:13; 56:16; 57:15; 57:18; 57:23; 71:22; 72:6; 72:10; 73:4; 74:8; 75:23; 75:25; 76:7; 76:12; 90:22; 91:5; 95:22; 98:19; 98:25; 99:9; 99:21; 100:1; 100:18; 100:20; 100:23; 102:12; 102:17; 102:23; 103:13; 103:18; 103:23; 104:3; 104:10; 104:16; 104:20; 104:25; 105:4; 105:6; 106:5; 106:16; 106:20; 107:10; 107:16; 108:6; 108:17; 110:10; 110:17; 110:22; 111:4; 111:11; 112:2; 112:9; 113:24; 114:5; 114:21; 115:3; 115:13; 116:2; 116:5; 116:8; 116:12; 116:20; 116:24; 117:3; 117:8; 117:17; 117:20; 117:25; 118:5; 118:11; 118:18; 118:24; 120:5; 120:18; 121:11; 121:25; 122:4; 124:5; 124:14; 125:3; 125:11; 126:3; 126:10; 126:15; 127:24; 128:6; 128:13; 128:18; 128:22; 129:4; 129:10; 129:13; 129:16; 129:22; 130:1; 130:4; 130:8; 130:12; 132:13; 132:17; 133:6; 133:10; 133:14; 133:23; 134:1; 134:6; 134:9; 134:14; 134:19; 135:13; 135:18; 135:21; 136:3; 136:9; 136:15; 136:25; 137:16; 138:6; 138:11; 138:13; 138:21; 139:17; 139:23; 140:12; 140:15; 140:24; 141:13; 141:15; 143:21; 149:20; 150:14; 150:19; 154:24; 155:5; 155:9; 155:13; 155:16; 155:23; 156:2; 156:5; 156:9; 156:14; 156:19; 156:24; 157:12; 157:21; 158:2; 158:18; 159:8
**Forbes (38)**
5:15; 10:18; 15:13; 15:16; 45:22; 49:19; 50:12; 51:15; 56:15; 57:13; 57:17; 72:1; 72:5; 76:6; 90:21; 91:4; 95:20; 96:15; 98:16; 98:18; 99:17; 100:16; 100:16; 137:21; 138:24; 139:15; 141:2; 143:20; 149:3; 149:13; 149:18; 149:24; 150:11; 150:13; 153:11; 153:18; 154:23; 157:25
**Forbes's (1)**
53:1
**forget (3)**
119:16; 119:17; 121:2
**form (7)**
9:25; 14:25; 15:1; 20:7; 25:14; 29:22; 30:4
**formal (1)**
159:12
**formatted (1)**
8:3
**forms (1)**
155:24
**formulate (1)**
33:15
**forward (7)**
10:17; 50:23; 56:23; 58:5; 149:3; 150:10; 151:2
**forwarding (1)**
100:9
**found (4)**
92:9; 93:18; 146:22; 151:7
**four (14)**
7:14; 8:21; 10:5; 17:14; 17:16; 19:11; 53:20; 78:1; 78:6; 82:16; 117:4; 117:15; 117:25; 153:14
**fragile (1)**
91:18
**frame (1)**
106:22
**framed (1)**

45:22
**Frank (2)**
7:22; 9:3
**frankly (1)**
73:11
**free (2)**
11:1; 19:25
**frequently (1)**
85:5
**front (4)**
61:19; 77:15; 79:2;
79:7
**full (6)**
43:20; 78:5; 78:6;
92:12; 126:17; 147:15
**full-scale (1)**
22:23
**fulltime (9)**
11:8; 20:17; 20:25;
44:5; 63:6; 63:21;
64:3; 115:10; 133:8
**fully (5)**
13:5; 63:12; 63:15;
74:23; 115:20
**fun (1)**
133:2
**functional (4)**
35:4; 35:17; 76:18;
77:9
**functioning (7)**
25:10; 34:13; 36:8;
36:14; 75:13; 77:17;
109:2
**fundamental (1)**
93:4
**further (12)**
49:15; 56:12; 57:12;
91:4; 91:5; 140:22;
140:25; 143:20;
143:21; 153:9;
156:25; 159:6
**future (2)**
48:8; 48:8

**G**

**gagging (1)**
136:11
**gain (1)**
12:17
**game (1)**
131:15
**gather (1)**
50:6
**gathering (1)**
90:14
**general (1)**
31:8
**generalize (4)**
109:16; 114:3;
123:19; 128:11
**generalized (3)**
104:24; 106:13; 108:3
**generalizing (1)**
110:6

**generally (2)**
117:7; 133:15
**generation (2)**
108:23; 132:25
**gets (1)**
89:24
**girl (1)**
91:18
**given (11)**
44:11; 48:19; 69:18;
70:1; 71:12; 82:17;
83:7; 113:4; 117:9;
118:7; 133:21
**gives (1)**
158:21
**glimpse (1)**
122:12
**goal (9)**
101:21; 105:14;
123:18; 128:4; 128:5;
131:9; 131:11;
131:11; 131:22
**goals (29)**
41:6; 41:8; 41:19;
41:24; 42:3; 101:4;
101:14; 105:1; 105:6;
105:9; 112:15;
112:19; 113:13;
113:16; 113:22;
123:21; 125:2;
126:24; 127:11;
127:18; 127:19;
130:16; 131:2;
131:25; 132:10;
132:14; 137:14;
140:19; 140:21
**goat (1)**
104:11
**Good (7)**
5:4; 15:18; 18:18;
60:19; 141:5; 147:22;
148:1
**good (11)**
5:18; 15:17; 16:7;
18:16; 56:21; 59:1;
60:19; 97:5; 97:10;
108:22; 148:2
**Google (1)**
62:11
**grab (1)**
86:25
**great (1)**
143:24
**Great (13)**
15:9; 16:6; 17:19;
18:2; 27:12; 59:6;
60:3; 97:4; 97:19;
98:13; 143:25; 148:8;
148:16
**greatly (1)**
143:16
**greet (1)**
133:4
**greeting (2)**

132:4; 132:8
**greetings (1)**
132:2
**gross (2)**
34:12; 35:5
**grounds (1)**
93:22
**group (16)**
43:21; 44:2; 56:25;
77:4; 77:9; 77:10;
123:19; 124:10;
124:20; 124:21;
131:14; 131:16;
132:21; 132:23;
137:9; 143:11
**Group (1)**
5:20
**grouped (4)**
72:15; 75:12; 75:15;
76:22
**grouping (2)**
76:18; 124:2
**groups (2)**
124:21; 132:21
**guarantee (2)**
24:3; 24:14
**guess (6)**
17:2; 38:23; 39:2;
69:7; 104:13; 130:23
**guidelines (1)**
82:17
**guys (1)**
129:8

**H**

**H-1 (1)**
131:2
**H-2 (1)**
130:23
**H-5 (1)**
105:13
**H-I-P (1)**
9:23
**hair (1)**
110:1
**half (9)**
104:5; 115:18;
115:18; 115:21;
115:21; 115:24;
116:1; 116:12; 134:5
**hall (1)**
26:1
**hallmark (1)**
108:15
**hallway (1)**
83:11
**hand (6)**
16:13; 48:16; 59:1;
97:10; 145:8; 148:2
**handles (1)**
90:6
**hang (9)**
56:18; 90:24; 91:1;
143:24; 153:16;

154:2; 154:7;
154:10; 154:12
**happen (1)**
136:23
**happened (1)**
129:12
**happening (1)**
118:19
**happy (1)**
158:7
**hard (5)**
31:6; 31:16; 31:21;
32:14; 105:12
**heads (1)**
102:1
**health (4)**
12:22; 56:8; 91:21;
135:14
**hear (10)**
5:6; 12:3; 12:8; 13:1;
13:5; 13:10; 96:1;
129:12; 138:24;
138:24
**heard (5)**
41:11; 41:12; 41:18;
72:4; 96:14
**HEARING (198)**
5:4; 5:16; 5:21; 6:1;
6:5; 6:9; 6:20; 8:10;
8:15; 10:12; 10:21;
10:23; 14:8; 14:17;
15:9; 15:11; 15:15;
15:18; 16:2; 16:6;
16:12; 16:16; 16:20;
16:25; 17:5; 17:9;
17:19; 17:24; 18:2;
18:10; 19:24; 24:22;
25:1; 25:15; 25:19;
25:22; 25:25; 26:10;
26:15; 26:19; 27:1;
27:9; 27:12; 28:13;
28:16; 29:7; 34:7;
38:4; 41:17; 45:3;
45:8; 45:20; 45:25;
48:14; 49:5; 49:13;
49:19; 50:1; 50:16;
50:20; 51:8; 51:13;
51:19; 51:22; 52:2;
52:12; 52:15; 52:20;
52:24; 53:5; 56:14;
56:17; 56:22; 57:16;
57:21; 58:2; 58:8;
58:16; 58:21; 58:25;
59:6; 59:10; 59:18;
59:23; 60:3; 60:10;
65:3; 71:24; 72:3;
72:8; 72:13; 72:25;
73:7; 73:16; 73:21;
74:4; 74:7; 74:10;
74:14; 74:16; 74:20;
75:1; 75:5; 76:5;
76:10; 76:13; 76:20;
77:2; 77:6; 77:11;
90:20; 90:23; 91:1;
91:3; 91:7; 91:13;

95:8; 95:13; 95:20;
95:24; 96:7; 96:10;
96:13; 96:20; 96:23;
97:1; 97:4; 97:9;
97:15; 97:19; 98:2;
98:7; 98:13; 99:16;
100:15; 100:19;
100:22; 111:13;
111:23; 137:21;
138:7; 138:12;
138:23; 139:2;
139:4; 139:8;
139:11; 139:14;
141:1; 141:20;
142:3; 142:7;
143:19; 143:22;
144:2; 144:7;
144:11; 147:17;
147:23; 148:1;
148:4; 148:8;
148:15; 148:18;
148:22; 149:7;
149:10; 149:16;
149:23; 150:4;
150:7; 150:12;
150:15; 150:20;
151:1; 151:4; 151:7;
151:11; 151:23;
152:4; 152:7;
152:10; 152:15;
153:6; 153:25;
154:11; 154:16;
154:22; 157:1;
157:5; 157:14;
157:18; 157:24;
158:6; 158:15;
158:20; 159:10;
159:15
**hearing (17)**
5:6; 5:12; 6:10; 8:5;
10:14; 13:24; 13:25;
15:19; 23:7; 45:19;
60:22; 73:6; 92:13;
93:17; 96:18; 154:8;
158:10
**hearings (1)**
6:11
**hears (1)**
95:15
**heavily (1)**
32:6
**hello (1)**
27:23
**Hello (3)**
27:22; 129:7; 129:10
**help (11)**
25:12; 29:23; 29:25;
31:17; 55:22; 105:23;
109:4; 109:16;
109:24; 122:9; 135:18
**helped (1)**
30:3
**helpful (1)**
42:21
**HENRY (1)**

5:18
**Henry (1)**
5:19
**Hi (4)**
15:17; 60:17; 95:11;
139:13
**hi (1)**
95:12
**high (2)**
91:22; 109:6
**highly (6)**
39:20; 46:17; 46:21;
47:2; 47:17; 91:19
**himself (2)**
151:12; 151:14
**HIPAA (1)**
9:22
**history (5)**
7:7; 25:4; 32:15;
32:20; 35:24
**Hit (1)**
100:20
**Hoffman (1)**
19:19
**Hoffman's (1)**
20:23
**Hold (4)**
41:12; 68:1; 100:7;
140:6
**hold (3)**
20:14; 121:2; 125:4
**home (3)**
62:7; 62:19; 109:20
**Honestly (1)**
134:3
**Honor (22)**
6:19; 15:10; 18:15;
37:18; 45:7; 49:4;
52:16; 56:13; 60:14;
72:23; 90:18; 91:10;
93:12; 139:7; 144:9;
147:22; 148:21;
149:22; 150:11;
151:22; 157:4; 157:15
**hopefully (1)**
127:22
**Horan (18)**
13:12; 61:9; 61:12;
61:22; 62:6; 63:1;
63:14; 64:15; 65:10;
65:14; 66:6; 67:23;
68:6; 79:9; 79:17;
79:18; 87:2; 146:25
**Horan's (1)**
70:1
**host (1)**
154:8
**hour (8)**
80:4; 104:5; 104:15;
104:17; 134:4; 134:5;
136:19; 153:15
**hours (17)**
12:23; 19:11; 21:5;
64:6; 66:17; 67:7;

67:8; 67:9; 68:25;
69:12; 69:20; 69:23;
69:24; 119:4;
133:19; 145:25;
147:4
**hung (1)**
27:25
**hypothetical (2)**
118:16; 118:18
**hypotheticals (2)**
30:25; 54:13

## I

**I-N (1)**
17:8
**IBrain (1)**
147:13
**iBrain (27)**
8:24; 23:8; 32:3;
32:7; 34:9; 35:1;
37:1; 37:22; 38:16;
39:8; 48:2; 48:5;
92:6; 92:10; 93:10;
94:5; 94:8; 97:8;
99:1; 115:13; 138:16;
139:18; 140:15;
142:11; 145:9;
145:13; 146:23
**iBrain's (6)**
39:14; 39:14; 94:10;
99:10; 145:14; 145:22
**idea (1)**
155:21
**IDEA (1)**
93:7
**identical (2)**
57:2; 57:2
**identified (2)**
24:8; 85:8
**identify (7)**
21:1; 33:14; 33:15;
40:2; 41:8; 54:16;
127:5
**identifying (1)**
125:18
**IEP (120)**
6:22; 7:15; 8:25;
9:13; 9:14; 9:15;
11:12; 11:18; 11:25;
12:6; 12:9; 12:13;
12:15; 13:14; 13:19;
13:20; 14:15; 15:1;
19:2; 21:3; 23:15;
23:18; 24:12; 24:17;
24:19; 27:21; 29:2;
29:2; 29:14; 31:15;
32:5; 32:11; 32:12;
32:13; 33:20; 34:1;
34:16; 34:19; 35:1;
35:12; 35:20; 36:5;
36:24; 36:25; 40:22;
41:6; 41:19; 41:24;
42:5; 42:8; 43:4;
43:5; 43:7; 43:20;

44:6; 44:15; 44:21;
44:21; 47:20; 47:23;
48:2; 48:4; 48:8;
48:22; 48:24; 49:23;
50:4; 50:7; 50:11;
50:15; 50:21; 51:18;
52:21; 53:3; 53:10;
53:12; 55:22; 57:8;
57:11; 62:22; 64:7;
69:16; 70:8; 70:11;
70:14; 70:19; 70:20;
79:11; 79:16;
92:16; 92:18; 92:20;
92:21; 93:15;
93:17; 93:25; 94:5;
94:13; 94:22; 95:1;
98:22; 99:20;
113:13; 137:14;
138:16; 139:18;
139:22; 140:1;
140:15; 140:18;
141:12; 144:13;
144:14; 144:23;
144:24; 146:12;
146:13; 155:2;
155:11; 156:14
**IEP's (1)**
48:20
**IEP-building (1)**
57:6
**IEPs (8)**
41:9; 42:1; 49:10;
52:19; 77:15; 99:7;
102:3; 145:2
**IHO (6)**
41:14; 41:16; 50:15;
51:7; 93:20; 147:6
**illegal (1)**
145:20
**imagine (1)**
136:21
**impaired (2)**
109:2; 109:3
**impairment (1)**
92:4
**impartial (2)**
5:6; 158:10
**implement (4)**
49:24; 67:24; 144:18;
144:19
**implementation (2)**
44:25; 50:2
**implemented (8)**
13:5; 49:11; 61:23;
64:10; 135:19;
144:14; 145:2; 146:2
**implementing (1)**
92:20
**important (1)**
108:24
**importantly (2)**
13:16; 57:3
**impossible (3)**
53:2; 139:9; 145:18
**impression (2)**

39:3; 86:13
**improve (1)**
105:14
**improvement (1)**
34:22
**In-person (1)**
63:5
**in-person (8)**
13:8; 63:1; 63:4;
63:11; 63:15; 63:18;
63:24; 64:3
**inaccurate (4)**
118:23; 118:25;
119:12; 120:4
**inadequate (1)**
23:4
**inappropriate (4)**
44:23; 47:12; 94:20;
142:25
**include (1)**
92:1
**included (3)**
24:17; 32:17; 118:9
**including (8)**
11:4; 93:12; 116:2;
125:14; 132:2; 138:3;
144:24; 154:7
**Including (1)**
83:2
**incorporate (2)**
26:12; 26:23
**incorporated (2)**
27:20; 128:1
**increase (1)**
35:10
**increasing (2)**
131:2; 131:12
**independent (4)**
22:2; 22:5; 22:16;
94:17
**indicate (11)**
24:15; 26:8; 30:21;
33:8; 34:10; 34:17;
35:2; 39:25; 46:24;
69:15; 90:5
**indicated (6)**
24:19; 32:25; 34:6;
36:5; 43:22; 106:14
**indicates (1)**
28:6
**indications (2)**
24:5; 31:2
**Indiscernible (12)**
25:20; 26:16; 43:25;
46:18; 47:16; 50:17;
51:23; 53:6; 74:9;
77:3; 151:12; 158:15
**indiscernible (28)**
5:25; 6:6; 11:19;
11:21; 13:16; 14:2;
15:5; 27:25; 28:4;
45:22; 52:22; 54:23;
59:24; 72:9; 77:12;
108:5; 124:1; 131:17;

137:20; 138:10;
140:3; 140:7;
141:24; 143:4;
150:24; 151:8;
155:25; 156:11
**individual (11)**
44:2; 44:4; 108:19;
108:20; 114:16;
114:17; 122:10;
124:20; 126:3; 126:5;
126:13
**individualized (2)**
99:11; 138:14
**individually (1)**
55:20
**individuals (4)**
31:8; 108:18; 114:2;
124:18
**inform (1)**
57:11
**information (17)**
32:10; 52:8; 61:5;
71:11; 71:21; 72:23;
73:8; 79:2; 90:2;
90:4; 90:12; 90:14;
93:1; 136:2; 136:4;
153:24; 156:12
**initial (1)**
92:15
**injury (3)**
91:19; 92:1; 108:25
**Injury (1)**
5:19
**input (7)**
57:9; 57:12; 110:11;
112:6; 112:12; 135:7;
140:22
**inquiring (1)**
35:17
**inquiry (1)**
45:4
**instance (2)**
141:22; 143:14
**instant (1)**
92:13
**Institute (1)**
92:6
**instructed (3)**
110:18; 126:18;
134:15
**instructing (3)**
107:18; 108:18;
127:10
**instruction (18)**
25:5; 36:12; 63:12;
64:4; 71:3; 111:25;
112:11; 120:7;
121:12; 122:1; 122:5;
126:16; 137:4; 137:6;
137:8; 137:9; 137:11;
137:14
**instructional (16)**
68:3; 68:21; 70:24;
111:14; 111:17;

125:12; 125:16;
125:21; 126:20;
126:21; 127:14;
128:7; 128:10;
137:2; 145:25;
147:4
**instructional/functiona**
**l (2)**
33:19; 33:24
**instructions (2)**
107:13; 107:14
**integrated (1)**
143:11
**intelligible (1)**
10:14
**intended (1)**
49:11
**intensive (7)**
39:20; 46:17; 46:21;
47:2; 47:17; 91:20;
91:24
**interaction (1)**
132:18
**interdisciplinary (1)**
101:17
**interest (1)**
73:11
**interesting (1)**
127:25
**interests (1)**
13:22
**internal (1)**
101:13
**International (1)**
92:5
**Interposing (94)**
6:4; 16:15; 17:5;
19:24; 24:22; 24:25;
25:15; 25:19; 25:24;
26:10; 26:15; 26:19;
27:9; 28:3; 28:13;
28:16; 29:7; 29:16;
29:18; 30:8; 38:11;
38:15; 40:6; 40:11;
41:11; 43:2; 43:24;
44:17; 45:8; 46:14;
47:15; 49:3; 49:5;
49:18; 50:16; 51:8;
51:13; 51:19; 51:22;
52:2; 52:23; 53:5;
54:18; 55:11; 57:21;
59:9; 59:22; 65:3;
66:23; 67:15; 67:20;
70:15; 72:3; 72:6;
72:20; 73:16; 74:4;
74:8; 75:19; 75:23;
76:10; 76:12; 76:25;
77:2; 77:6; 77:24;
79:23; 80:4; 81:19;
82:2; 95:8; 99:9;
99:16; 105:5; 110:20;
110:25; 111:8;
128:20; 128:23;
129:4; 129:25; 138:6;
140:6; 144:6; 148:14;

148:18; 149:7;
150:4; 151:6;
151:21; 152:6;
152:9; 155:6;
157:22
**interrupt (3)**
24:23; 24:23; 96:3
**intertwined (1)**
127:13
**intervention (1)**
91:22
**interventions (1)**
24:6
**interview (1)**
22:25
**into (37)**
8:2; 8:8; 10:8; 10:11;
13:21; 17:11; 18:3;
26:13; 26:23; 27:21;
36:9; 50:11; 50:15;
57:9; 57:12; 59:7;
98:14; 101:21; 103:2;
104:24; 106:4;
106:14; 108:3;
118:14; 121:21;
122:19; 122:21;
122:25; 123:19;
124:23; 125:7;
126:11; 128:1;
128:12; 130:5; 143:6;
143:11
**introduce (1)**
5:23
**introduction (1)**
60:20
**invalid (1)**
93:15
**involved (1)**
110:13
**involvement (2)**
131:13; 135:1
**involving (1)**
93:9
**IQ (1)**
22:23
**isolated (1)**
143:2
**issue (4)**
45:18; 93:10; 138:1;
145:1
**issues (3)**
11:4; 65:10; 65:13
**items (2)**
105:20; 105:25

**J**

**jacket (1)**
105:24
**Jackson (1)**
85:24
**J▆ (84)**
5:7; 6:8; 10:25; 18:7;
19:22; 20:16; 21:15;
24:18; 30:17; 31:10;

31:25; 35:20;
39:25; 40:16; 41:22;
42:5; 42:10; 43:12;
46:8; 46:15; 47:7;
47:12; 49:9; 54:9;
60:7; 61:3; 61:11;
79:25; 89:12; 91:17;
91:18; 91:24; 92:5;
92:10; 92:14; 93:25;
94:7; 94:18; 94:20;
98:11; 103:20;
104:22; 105:14;
105:19; 106:1;
106:6; 107:2;
107:11; 107:18;
107:22; 108:4;
109:24; 110:5;
111:1; 113:18;
118:9; 119:12;
120:2; 120:8; 121:5;
122:12; 122:16;
123:9; 124:19;
125:14; 129:24;
130:6; 131:5;
131:21; 132:6;
133:3; 134:22;
135:3; 136:18;
141:9; 142:16;
142:25; 142:25;
145:9; 145:15;
146:2; 146:7;
146:21; 147:13
**J▆'s (15)**
6:12; 34:14; 43:20;
44:15; 88:5; 94:21;
102:6; 109:3; 117:12;
119:3; 121:1; 122:10;
129:21; 140:23;
146:24
**January (2)**
64:2; 101:2
**job (4)**
16:7; 55:2; 58:22;
97:5
**John (6)**
5:5; 5:19; 15:19;
96:17; 138:25; 149:3
**JOHN (1)**
5:18
**join (2)**
95:9; 115:22
**joined (2)**
62:10; 62:20
**joining (2)**
18:17; 60:15
**jot (1)**
94:4
**judge (1)**
113:1
**judgement (1)**
15:5
**judgment (4)**
110:14; 113:15;
113:23; 114:18
**juggling (1)**

59:24
**July (28)**
5:10; 59:14; 61:14;
61:15; 61:16; 64:15;
64:18; 66:7; 66:9;
66:18; 71:5; 71:12;
74:11; 74:13; 74:24;
77:20; 81:18; 85:19;
86:19; 86:23; 87:7;
87:10; 89:19; 89:20;
92:23; 93:6; 97:23;
148:11
**jump (1)**
35:11
**jumping (1)**
34:25
**jumps (1)**
100:4
**June (5)**
85:24; 85:24; 86:19;
152:2; 152:22
**just-finished (1)**
6:13

**K**

**Kashif (1)**
5:15
**KASHIF (1)**
5:14
**keep (1)**
49:2
**keeps (1)**
136:7
**key (2)**
108:23; 137:5
**kids (2)**
123:15; 123:22
**kind (6)**
84:8; 119:18; 120:3;
122:12; 127:13; 137:6
**kindergarten (1)**
103:21
**kinds (1)**
36:4
**knew (1)**
26:2
**knowledge (16)**
18:5; 21:17; 23:20;
26:7; 27:2; 27:3;
33:23; 45:10; 48:9;
48:13; 60:5; 76:3;
78:20; 98:9; 141:10;
155:17
**known (1)**
92:6
**knows (1)**
101:17

**L**

**L-E (1)**
7:22
**L-E-W (1)**
17:7

**L-E-W-I-N (1)**
8:1
**lack (6)**
35:2; 36:9; 36:12;
115:10; 133:7; 156:22
**LAFAIVRE (17)**
87:14; 87:18; 87:21;
87:24; 88:7; 88:12;
88:16; 88:22; 88:24;
89:7; 89:14; 89:18;
89:21; 89:25; 90:8;
90:13; 90:17
**language (3)**
108:10; 112:15; 115:7
**large (4)**
53:21; 119:17; 120:1;
133:20
**largest (1)**
132:23
**Last (1)**
81:18
**last (14)**
17:7; 17:13; 18:25;
41:18; 52:4; 68:12;
72:4; 73:15; 73:19;
73:20; 73:20; 83:16;
97:2; 151:25
**late (3)**
93:17; 93:21; 146:17
**later (1)**
146:19
**latitude (1)**
137:23
**law (3)**
11:4; 56:24; 92:25
**lead (3)**
48:25; 121:24; 147:15
**learn (2)**
109:23; 130:9
**learned (2)**
109:18; 110:3
**learner (4)**
33:8; 33:12; 33:17;
103:15
**learning (17)**
62:9; 62:17; 62:23;
63:11; 63:25; 64:9;
64:11; 66:7; 104:23;
112:5; 128:11;
128:14; 128:21;
128:24; 128:24;
129:2; 129:6
**least (9)**
40:6; 40:8; 53:20;
93:9; 93:12; 93:16;
133:19; 136:19;
144:17
**leave (8)**
64:23; 64:25; 85:20;
85:23; 121:18;
138:17; 152:1; 152:2
**leaving (1)**
105:24
**lcd (1)**

121:16
**LEFAIVRE (137)**
58:19; 58:23; 59:5;
59:9; 59:17; 59:22;
60:1; 60:9; 60:17;
60:24; 61:4; 61:13;
61:18; 62:1; 62:5;
62:8; 62:16; 63:3;
63:8; 63:17; 63:23;
64:8; 64:11; 64:18;
64:24; 65:7; 65:12;
65:17; 65:20; 65:23;
66:4; 66:9; 66:12;
66:15; 66:17; 66:21;
66:23; 67:1; 67:5;
67:8; 67:10; 67:14;
67:16; 67:20; 67:22;
67:25; 68:4; 68:7;
68:11; 68:17; 68:19;
68:23; 69:3; 69:6;
69:15; 69:22; 70:2;
70:15; 70:17; 70:21;
70:25; 71:7; 71:10;
71:17; 71:20; 71:23;
72:12; 72:16; 72:20;
73:14; 73:18; 73:23;
74:6; 74:13; 74:15;
74:18; 74:21; 75:3;
75:10; 75:14; 75:19;
75:22; 75:24; 77:14;
77:22; 77:25; 78:8;
78:11; 78:14; 78:17;
78:20; 78:25; 79:6;
79:11; 79:14; 79:20;
79:23; 80:3; 80:6;
80:10; 80:17; 80:20;
80:23; 81:3; 81:7;
81:11; 81:15; 81:18;
81:20; 81:22; 82:1;
82:4; 82:9; 82:14;
82:23; 82:25; 83:4;
83:10; 83:20; 84:1;
84:4; 84:11; 84:16;
85:2; 85:13; 85:17;
85:21; 86:1; 86:6;
86:9; 86:12; 86:21;
86:25; 87:5; 87:8;
90:25; 91:2
**LeFaivre (10)**
7:22; 57:19; 58:20;
60:16; 65:1; 65:10;
72:14; 77:19; 90:19;
90:24
**left (1)**
98:16
**legal (2)**
93:1; 141:23
**legally (1)**
92:4
**legitimate (1)**
12:1
**length (3)**
6:23; 8:2; 59:11
**Lennox-Gastaut (1)**
92:3

**less (5)**
26:23; 40:9; 40:14;
40:17; 158:24
**Less (1)**
40:11
**letter (9)**
9:11; 9:21; 19:16;
19:18; 20:12; 64:16;
92:23; 93:6; 149:14
**lettering (1)**
28:24
**letters (1)**
33:14
**Level (1)**
7:3
**level (24)**
23:22; 25:10; 32:18;
33:5; 33:5; 33:12;
33:13; 33:17; 35:4;
36:14; 54:15; 69:25;
75:13; 76:18; 77:9;
77:17; 103:19;
103:21; 104:1; 113:7;
131:23; 139:24;
145:19; 147:6
**levels (4)**
33:19; 33:24; 36:8;
103:24
**Lewin (18)**
7:25; 8:1; 12:5;
12:14; 12:19; 16:1;
17:7; 18:16; 18:19;
22:1; 27:15; 28:19;
29:9; 41:20; 42:14;
43:10; 46:6; 53:9
**LEWIN (117)**
15:17; 16:1; 16:5;
16:10; 16:15; 16:19;
16:23; 17:4; 17:7;
17:18; 17:23; 17:25;
18:9; 18:18; 18:24;
19:4; 19:8; 19:11;
19:14; 19:20; 20:3;
20:8; 20:19; 20:21;
20:24; 21:7; 21:10;
21:12; 21:17; 21:24;
22:7; 22:10; 22:12;
22:20; 23:10; 23:16;
23:19; 24:13; 25:9;
25:17; 25:21; 25:24;
26:6; 26:12; 26:17;
26:21; 27:7; 27:11;
27:18; 27:22; 27:24;
28:3; 28:20; 29:12;
29:16; 29:18; 29:20;
30:2; 30:8; 30:11;
30:14; 30:19; 32:1;
32:8; 32:14; 33:2;
33:7; 33:21; 33:25;
34:9; 35:22; 36:1;
36:6; 36:20; 38:6;
38:11; 38:15; 38:19;
40:6; 40:11; 40:14;
40:19; 40:24; 41:2;
41:7; 41:25; 42:7;

42:11; 42:15;
42:25; 43:3; 43:6;
43:9; 43:13; 43:16;
43:21; 43:24; 44:3;
44:10; 44:16; 46:10;
46:18; 46:23; 47:5;
47:9; 47:13; 47:17;
52:10; 53:15; 53:19;
53:25; 54:12;
54:19; 55:5; 55:12;
55:18; 56:20
**Lewin's (1)**
44:18
**licensed (5)**
26:4; 108:18; 108:20;
114:7; 114:23
**licensure (2)**
27:5; 113:11
**lie (1)**
34:15
**lieu (1)**
18:20
**light (2)**
11:15; 13:18
**likely (2)**
83:1; 155:18
**limited (3)**
49:14; 137:24; 145:25
**line (5)**
37:7; 44:18; 138:19;
138:22; 147:20
**lines (1)**
76:23
**list (4)**
18:22; 73:14; 74:1;
78:2
**listed (3)**
19:16; 23:12; 33:19
**Listen (1)**
99:9
**listen (4)**
19:6; 19:7; 25:12;
31:1
**listened (2)**
19:12; 65:5
**listing (1)**
95:1
**literacy (3)**
121:13; 122:15;
123:10
**little (19)**
19:11; 42:20; 53:9;
95:19; 100:3; 105:12;
107:4; 121:22; 122:8;
122:9; 123:2; 123:3;
126:8; 127:23; 129:1;
129:20; 137:22;
140:8; 151:12
**living (8)**
34:4; 104:5; 104:14;
104:23; 105:1;
105:10; 111:2; 111:10
**locate (1)**
88:25

**located (5)**
81:5; 81:10; 81:14;
81:23; 82:3
**locating (1)**
20:4
**location (13)**
21:10; 64:16; 70:6;
81:2; 81:15; 81:25;
83:10; 85:7; 93:6;
144:14; 146:17;
149:14; 156:11
**long (12)**
19:9; 68:5; 68:9;
68:18; 82:22; 83:6;
97:21; 134:1; 136:15;
150:8; 154:2; 157:18
**long-ish (1)**
158:25
**longer (1)**
136:22
**longest (1)**
136:21
**look (33)**
15:6; 17:20; 28:19;
29:4; 29:5; 34:14;
54:13; 54:17; 59:19;
71:20; 72:11; 73:13;
73:19; 74:12; 74:19;
87:9; 88:8; 88:20;
97:17; 98:3; 99:14;
99:18; 129:22;
130:15; 130:17;
130:22; 131:1;
138:13; 148:15;
149:24; 150:16;
150:16; 158:12
**Look (1)**
148:23
**looked (1)**
107:2
**looking (22)**
17:17; 18:19; 29:8;
29:12; 34:12; 42:20;
43:3; 43:6; 43:18;
47:6; 59:15; 60:25;
61:7; 72:22; 89:5;
90:16; 97:25; 105:18;
121:3; 123:4; 130:20;
148:9
**looks (2)**
54:6; 59:15
**loose (1)**
141:21
**lose (4)**
95:10; 100:14;
100:16; 138:20
**losing (1)**
127:13
**lost (3)**
41:15; 139:1; 140:9
**lot (6)**
30:24; 56:2; 119:10;
133:2; 137:22; 143:1
**lunch (3)**

68:16; 68:18; 68:19
**lunchtime (1)**
69:8

## M

**M-010 (1)**
42:19
**M-046 (1)**
42:24
**M-46 (2)**
88:23; 89:2
**ma'am (1)**
128:18
**main (1)**
117:20
**mainly (4)**
41:6; 41:23; 132:19;
133:11
**maintain (1)**
8:4
**maintained (1)**
39:11
**maintains (1)**
10:15
**majority (2)**
121:7; 133:20
**makes (1)**
45:13
**makeup (2)**
74:1; 74:6
**making (7)**
12:2; 36:22; 110:1;
112:7; 113:16; 132:8;
135:2
**management (4)**
46:16; 91:20; 91:21;
135:15
**mandate (1)**
80:24
**mandated (4)**
64:6; 68:25; 70:24;
79:25
**mandates (2)**
69:19; 116:22
**manifest (1)**
136:16
**manners (1)**
25:18
**many (17)**
53:17; 54:1; 68:5;
71:8; 71:15; 74:2;
77:20; 78:15; 78:19;
82:7; 82:12; 83:5;
85:5; 87:2; 87:5;
87:12; 135:23
**March (7)**
21:22; 45:1; 149:4;
149:5; 149:8; 149:13;
152:18
**Maribelle (2)**
86:4; 86:8
**mark (2)**
96:4; 153:15

**marked (2)**
8:8; 10:11
**Mary (3)**
9:15; 10:4; 10:5
**material (2)**
47:25; 48:10
**materials (3)**
12:10; 47:21; 51:17
**math (5)**
103:22; 104:15;
122:22; 122:23;
122:24
**mathematically (1)**
145:18
**matter (3)**
5:7; 92:15; 114:21
**maximum (1)**
113:7
**may (16)**
24:5; 24:9; 26:9;
28:8; 31:7; 33:13;
33:23; 34:4; 41:15;
49:4; 52:16; 55:24;
99:6; 109:21; 111:16;
136:12
**May (4)**
10:22; 138:15; 149:4;
149:14
**Maybe (1)**
139:1
**maybe (5)**
115:22; 117:13;
120:21; 123:14;
132:21
**mean (13)**
14:18; 22:12; 23:5;
28:23; 54:3; 55:1;
75:15; 76:11; 83:4;
87:24; 98:21; 142:1;
152:11
**meaning (1)**
112:21
**means (3)**
98:15; 103:17; 118:11
**meant (2)**
28:22; 145:2
**measure (5)**
41:9; 42:2; 101:8;
112:24; 113:1
**measured (3)**
41:6; 41:23; 112:23
**measurement (1)**
130:13
**measurements (1)**
31:5
**measures (1)**
33:23
**mechanics (1)**
135:6
**medical (4)**
7:1; 9:24; 20:20;
91:25
**medically (1)**
91:18

**medication (1)**
134:17
**meet (2)**
145:6; 146:22
**meeting (59)**
12:13; 13:15; 19:3;
19:6; 19:7; 19:10;
24:2; 32:13; 32:22;
34:19; 40:4; 44:21;
47:20; 47:22; 47:24;
48:1; 48:4; 98:22;
100:12; 101:13;
102:6; 102:9; 115:5;
124:9; 124:11; 125:2;
125:5; 125:8; 125:16;
126:4; 126:11;
126:20; 129:3; 129:5;
129:6; 129:7; 129:18;
129:19; 130:2; 130:6;
130:8; 130:14;
130:16; 131:5; 131:8;
131:16; 131:20;
132:3; 132:12;
132:14; 132:19;
133:2; 140:10;
146:11; 146:12;
146:13; 155:3;
155:17; 156:15
**meetings (4)**
23:19; 32:2; 46:3;
155:21
**meets (1)**
146:4
**members (1)**
62:19
**memory (1)**
19:20
**mention (3)**
35:19; 37:19; 97:23
**mentioned (3)**
84:14; 114:1; 118:2
**merits (1)**
46:1
**message (6)**
64:23; 64:25; 65:4;
65:14; 85:20; 152:2
**messages (1)**
85:23
**met (1)**
45:5
**Michelle (3)**
7:22; 57:19; 58:19
**MICHELLE (1)**
58:19
**middle (6)**
41:3; 41:21; 45:1;
82:11; 83:17; 126:9
**Might (1)**
57:24
**might (10)**
42:20; 119:14;
119:20; 119:22;
120:15; 121:17;
121:20; 123:11;

123:17; 129:2
**Mike (4)**
42:14; 42:15; 42:23;
88:21
**mild (1)**
113:6
**mind (3)**
13:23; 35:14; 157:19
**minimal (5)**
34:1; 35:7; 106:2;
113:7; 131:15
**minimum (1)**
54:10
**minute (5)**
30:12; 66:4; 121:12;
152:24; 152:24
**minutes (15)**
21:5; 26:25; 57:25;
64:6; 67:7; 67:9;
67:13; 68:12; 68:14;
68:14; 68:20; 69:1;
69:13; 82:23; 83:1
**miraculously (1)**
159:5
**mischaracterizing (1)**
37:7; 52:9
**misstating (1)**
57:13
**misunderstanding (1)**
38:23
**misunderstood (1)**
52:13
**model (5)**
115:17; 115:18;
121:10; 122:7; 137:2
**modeling (1)**
111:16
**moderate (2)**
112:19; 113:7
**modification (1)**
149:19
**modifications (1)**
148:24
**modify (2)**
149:22; 150:18
**moment (17)**
10:13; 15:20; 17:20;
17:23; 20:3; 20:11;
20:12; 24:24; 28:20;
42:16; 54:6; 57:20;
59:19; 87:9; 105:11;
151:8; 159:11
**Monday (4)**
11:21; 123:1; 124:16;
158:12
**monitor (1)**
135:14
**monitoring (1)**
134:8
**month (1)**
97:23
**more (31)**
26:22; 36:4; 42:21;
46:11; 46:22; 46:24;

53:9; 54:14; 55:8;
55:24; 57:3; 59:13;
71:12; 72:16; 75:8;
79:20; 82:25; 90:2;
90:19; 95:19; 108:4;
110:5; 110:6;
117:4; 117:10;
124:22; 126:2;
134:25; 142:7;
143:7; 143:17
**More (1)**
121:22
**morning (35)**
5:5; 5:19; 11:21;
15:17; 15:18; 18:16;
18:18; 107:1; 124:9;
124:11; 125:1; 125:5;
125:8; 125:15; 126:4;
126:11; 126:20;
127:6; 129:3; 129:5;
129:6; 129:7; 129:18;
130:2; 130:5; 130:14;
130:16; 131:5;
131:16; 131:20;
132:3; 132:12;
132:14; 132:19; 133:2
**Morning (1)**
129:19
**Most (1)**
68:11
**most (15)**
6:10; 13:16; 18:24;
52:4; 93:4; 94:11;
102:19; 112:1;
117:11; 117:15;
125:21; 132:24;
133:1; 144:16; 155:17
**mostly (1)**
83:1
**motivation (1)**
95:5
**motor (6)**
34:12; 35:5; 35:5;
110:8; 123:20; 123:20
**move (3)**
10:17; 58:5; 141:25
**much (11)**
45:19; 56:18; 90:25;
91:8; 110:11; 113:2;
113:3; 128:9; 132:6;
135:10; 143:23
**multiple (1)**
114:2
**muscle (1)**
113:2
**Music (1)**
31:8
**music (41)**
23:14; 24:4; 24:8;
24:16; 24:19; 25:5;
25:6; 25:7; 25:12;
26:1; 26:3; 26:17;
26:23; 27:5; 27:20;
28:2; 28:7; 28:11;
29:13; 29:22; 29:25;

30:3; 30:10; 30:17;
30:18; 30:21; 31:2;
31:9; 31:23; 94:13;
94:14; 95:3; 95:3;
102:20; 102:23;
103:6; 103:10;
141:10; 141:10;
141:16; 156:22
**must (1)**
46:21
**mute (2)**
100:20; 141:4
**myself (2)**
136:23; 141:4

**N**

**name (17)**
5:5; 7:25; 12:4;
15:23; 16:1; 17:3;
17:7; 42:12; 42:19;
58:17; 59:12; 96:24;
96:25; 97:2; 97:22;
125:18; 148:11
**named (1)**
17:15
**Nancy (1)**
9:17
**narrative (1)**
31:14
**nature (3)**
37:13; 48:15; 109:1
**nearly (2)**
94:4; 145:14
**necessarily (6)**
54:3; 54:22; 55:23;
114:8; 119:25; 141:24
**necessitates (1)**
36:19
**need (13)**
14:21; 30:12; 55:13;
58:5; 84:19; 85:6;
94:21; 95:25; 99:14;
105:22; 108:25;
109:4; 109:14
**needed (6)**
21:1; 71:21; 90:1;
99:17; 110:8; 132:6
**needs (28)**
12:25; 33:1; 42:2;
44:13; 46:16; 46:20;
47:2; 47:17; 48:20;
55:3; 55:7; 55:22;
55:24; 56:7; 57:1;
57:2; 69:7; 69:11;
91:20; 91:20; 91:21;
91:25; 105:24;
135:15; 143:2; 146:4;
146:22; 148:21
**neither (1)**
11:20
**neural (1)**
110:7
**neuropsychologist (3)**
22:3; 22:5; 22:16

**New (5)**
23:14; 25:8; 26:5;
92:17; 93:7
**new (4)**
51:1; 58:17; 143:15;
153:17
**next (7)**
57:17; 67:18; 105:8;
144:8; 147:17;
148:22; 149:2
**nice (2)**
31:20; 143:25
**nine (6)**
7:2; 68:8; 87:10;
87:17; 118:6; 118:6
**Nine (2)**
87:14; 87:15
**noise (1)**
119:19
**noises (1)**
143:9
**nonapproved (1)**
38:22
**none (1)**
78:21
**None (3)**
56:16; 62:18; 90:22
**nonfunctional (1)**
34:12
**noon (1)**
133:24
**Nope (1)**
17:25
**nor (1)**
11:21
**notable (1)**
102:19
**notation (1)**
148:11
**note (19)**
19:6; 21:21; 29:21;
29:23; 32:5; 33:4;
35:23; 37:25; 46:15;
52:16; 56:23; 61:8;
61:22; 67:12; 68:24;
132:5; 139:23; 141:9;
142:10
**noted (9)**
21:4; 36:25; 45:15;
53:10; 53:11; 53:12;
93:5; 94:21; 119:2
**notes (4)**
49:8; 52:25; 86:25;
90:16
**notice (9)**
6:24; 7:11; 43:19;
92:22; 93:5; 93:11;
146:18; 152:18;
156:11
**noticed (1)**
136:23
**notify (1)**
91:11
**noting (4)**

20:16; 94:13; 95:1;
95:3
**Number (3)**
99:3; 99:13; 100:1
**number (13)**
5:8; 19:21; 22:13;
23:1; 37:1; 46:25;
65:15; 99:25; 123:5;
145:25; 147:4;
148:25; 151:24
**numbered (5)**
17:14; 17:16; 59:11;
97:21; 148:12
**numbering (1)**
28:23
**numbers (2)**
33:14; 89:7
**numerous (1)**
94:1; 147:5
**nurse (36)**
11:8; 20:17; 20:25;
21:1; 21:6; 42:8;
43:19; 44:1; 44:4;
44:7; 44:15; 45:19;
55:14; 64:7; 64:12;
69:1; 69:10; 69:13;
69:25; 89:13; 89:14;
89:24; 94:12; 94:16;
102:25; 103:7;
115:10; 116:9;
119:15; 133:8;
133:10; 134:15;
134:24; 136:7;
144:20; 144:25
**nurses (6)**
78:13; 90:10; 116:13;
116:18; 118:8; 118:12
**Nursing (1)**
90:8
**nursing (7)**
7:19; 12:23; 37:10;
89:16; 89:22; 90:2;
103:11
**NYC (1)**
145:20

**O**

**o'clock (5)**
122:14; 122:16;
137:20; 158:11;
159:13
**object (8)**
28:8; 28:25; 37:6;
44:17; 47:19; 73:4;
141:19; 158:3
**objected (1)**
52:5
**objection (8)**
6:17; 45:6; 48:15;
52:14; 60:21; 72:22;
149:18; 156:20
**Objection (4)**
75:23; 75:25; 141:13;
141:15

**objections (2)**
6:19; 8:12
**objective (1)**
76:2
**objectives (1)**
127:9
**obligation (1)**
93:4
**observation (2)**
7:5; 32:16
**observations (1)**
146:9
**observe (1)**
132:5
**obviously (1)**
15:3
**occasions (1)**
136:10
**occupational (14)**
81:2; 81:4; 82:5;
106:18; 106:20;
107:7; 107:10;
107:11; 107:17;
107:18; 107:20;
108:9; 112:21; 112:25
**occur (1)**
132:19
**occurred (4)**
36:7; 47:24; 102:24;
133:14
**odd (1)**
100:3
**OFF (3)**
58:12; 153:2; 154:18
**off (18)**
28:23; 28:24; 41:18;
57:25; 58:4; 58:8;
58:11; 72:9; 141:4;
141:5; 152:23; 153:1;
153:7; 153:14; 154:1;
154:15; 154:17;
159:11
**Off (1)**
159:20
**offer (9)**
22:23; 39:23; 55:10;
56:1; 56:7; 92:14;
93:2; 124:21; 147:12
**offered (6)**
11:1; 11:20; 23:22;
23:25; 24:6; 42:7
**offering (1)**
31:9
**offers (1)**
31:8
**office (5)**
10:14; 70:7; 83:21;
90:6; 158:10
**Office (2)**
90:8; 156:6
**officer (5)**
5:6; 15:19; 60:22;
96:18; 154:9
**OFFICER (198)**

5:4; 5:16; 5:21; 6:1;
6:5; 6:9; 6:20;
8:10; 8:15; 10:12;
10:21; 10:23; 14:8;
14:17; 15:9; 15:11;
15:15; 15:18; 16:2;
16:6; 16:12; 16:16;
16:20; 16:25; 17:5;
17:9; 17:19; 17:24;
18:2; 18:10; 19:24;
24:22; 25:1; 25:15;
25:19; 25:22; 25:25;
26:10; 26:15;
26:19; 27:1; 27:9;
27:12; 28:13; 28:16;
29:7; 34:7; 38:4;
41:17; 45:3; 45:8;
45:20; 45:25; 48:14;
49:5; 49:13; 49:19;
50:1; 50:16; 50:20;
51:8; 51:13; 51:19;
51:22; 52:2; 52:12;
52:15; 52:20; 52:24;
53:5; 56:14; 56:17;
56:22; 57:16; 57:21;
58:2; 58:8; 58:16;
58:21; 58:25; 59:6;
59:10; 59:18; 59:23;
60:3; 60:10; 65:3;
71:24; 72:3; 72:8;
72:13; 72:25; 73:7;
73:16; 73:21; 74:4;
74:7; 74:10; 74:14;
74:16; 74:20; 75:1;
75:5; 76:5; 76:10;
76:13; 76:20; 77:2;
77:6; 77:11; 90:20;
90:23; 91:1; 91:3;
91:7; 91:13; 95:8;
95:13; 95:20; 95:24;
96:7; 96:10; 96:13;
96:20; 96:23; 97:1;
97:4; 97:9; 97:15;
97:19; 98:2; 98:7;
98:13; 99:16;
100:15; 100:19;
100:22; 111:13;
111:23; 137:21;
138:7; 138:12;
138:23; 139:2;
139:4; 139:8;
139:11; 139:14;
141:1; 141:20;
142:3; 142:7;
143:19; 143:22;
144:2; 144:7;
144:11; 147:17;
147:23; 148:1;
148:4; 148:8;
148:15; 148:18;
148:22; 149:7;
149:10; 149:16;
149:23; 150:4;
150:7; 150:12;
150:15; 150:20;

151:1;   151:4;
151:7;   151:11;
151:23;   152:4;
152:7;   152:10;
152:15;   153:6;
153:25;   154:11;
154:16;   154:22;
157:1;   157:5;
157:14;   157:18;
157:24;   158:6;
158:15;   158:20;
159:10;   159:15
**officers (1)**
93:18
**often (4)**
84:16; 105:22;
120:18; 121:23
**OLTHOFF (288)**
5:18; 6:19; 15:10;
15:12; 18:15; 18:19;
19:1; 19:5; 19:9;
19:12; 19:15; 19:23;
20:1; 20:6; 20:15;
20:20; 20:22; 21:3;
21:8; 21:11; 21:14;
21:19; 21:25; 22:9;
22:11; 22:15; 23:7;
23:11; 23:17; 24:9;
24:21; 24:25; 27:15;
27:19; 27:23; 28:1;
28:5; 28:18; 29:4;
29:9; 29:15; 29:17;
29:19; 29:21; 30:6;
30:9; 30:12; 30:16;
31:23; 32:4; 32:11;
32:24; 33:3; 33:18;
33:22; 34:8; 35:19;
35:23; 36:2; 36:17;
36:24; 37:18; 38:9;
38:12; 38:16; 40:5;
40:9; 40:13; 40:15;
40:21; 41:1; 41:3;
41:10; 41:15; 41:20;
42:4; 42:9; 42:13;
42:22; 43:2; 43:4;
43:8; 43:10; 43:15;
43:18; 43:23; 44:1;
44:6; 44:11; 44:25;
45:7; 45:15; 45:24;
46:5; 46:14; 46:19;
47:3; 47:6; 47:11;
49:3; 49:7; 49:18;
52:16; 52:23; 52:25;
53:8; 53:16; 53:22;
54:7; 54:18; 55:1;
55:11; 55:15; 56:10;
57:24; 58:7; 60:14;
60:19; 60:25; 61:6;
61:16; 61:21; 62:2;
62:6; 62:13; 62:25;
63:6; 63:14; 63:20;
64:5; 64:9; 64:14;
64:22; 65:1; 65:9;
65:13; 65:18; 65:21;
65:24; 66:6; 66:11;

66:13;  66:16;
66:19;  66:22;  66:24;
67:2;  67:6;  67:9;
67:11;  67:15;  67:18;
67:21;  67:23;  68:1;
68:5;  68:9;  68:15;
68:18;  68:21;  68:24;
69:4;  69:12;  69:18;
69:23;  70:13;  70:16;
70:18;  70:22;  71:4;
71:8;  71:14;  71:18;
72:1;  72:14;  72:18;
72:21;  73:2;  75:7;
75:11;  75:17;  75:21;
76:17;  76:25;  77:4;
77:8;  77:19;  77:24;
78:5;  78:9;  78:12;
78:15;  78:19;  78:23;
79:4;  79:9;  79:13;
79:17;  79:22;  79:25;
80:4;  80:8;  80:14;
80:18;  80:21;  81:1;
81:5;  81:9;  81:13;
81:17;  81:19;  81:21;
81:24;  82:2;  82:7;
82:10;  82:19;  82:24;
83:2;  83:8;  83:18;
83:23;  84:2;  84:7;
84:12;  84:24;  85:9;
85:15;  85:18;  85:22;
86:3;  86:7;  86:10;
86:18;  86:22;  87:2;
87:7;  87:12;  87:15;
87:19;  87:22;  88:3;
88:9;  88:14;  88:19;
88:23;  89:2;  89:10;
89:15;  89:20;  89:23;
90:5;  90:11;  90:15;
90:18;  91:10;  91:14;
95:10;  95:12;
95:18;  96:6;  96:9;
96:11;  100:7;
138:25;  139:10;
140:6;  141:3;  141:8;
142:1;  142:6;
142:10;  142:15;
142:22;  143:17;
144:6;  144:9;
144:12;  147:19;
150:10;  150:25;
151:2;  151:6;  157:3;
157:10;  157:15;
158:14;  159:7

**Olthoff  (29)**
5:19;  18:11;  18:13;
24:23;  27:14;  28:10;
28:17;  28:23;  29:8;
41:19;  47:23;  48:24;
51:5;  56:23;  60:11;
60:12;  75:6;  76:15;
91:9;  95:14;  96:3;
96:14;  138:25;
141:25;  144:3;
149:12;  150:2;  150:8;
150:23

**Once  (2)**
47:18;  80:11
**once  (4)**
23:22;  47:19;  102:2;
102:10
**One  (8)**
42:22;  61:6;  67:11;
78:17;  90:15;  131:2;
141:3;  151:8
**one  (76)**
6:13;  7:6;  7:20;  9:6;
9:21;  9:23;  12:4;
14:9;  15:20;  19:15;
20:12;  21:19;  21:20;
40:24;  49:14;  50:12;
50:14;  53:8;  53:9;
53:23;  54:19;  61:6;
63:25;  64:1;  64:19;
68:2;  68:15;  71:13;
71:14;  75:15;  76:22;
78:17;  82:9;  82:12;
88:10;  89:5;  90:16;
99:15;  100:12;
101:22;  102:20;
104:15;  104:17;
105:8;  105:14;  106:3;
106:17;  107:17;
109:8;  109:9;  109:9;
112:4;  113:21;
115:19;  115:20;
117:13;  117:18;
117:18;  119:6;
119:20;  120:22;
120:25;  121:19;
123:5;  123:16;  125:4;
131:9;  132:25;
133:23;  138:2;  139:9;
144:20;  144:25;
148:21;  149:15;
159:11
**one-on-one  (2)**
110:19;  124:24
**one-to  (4)**
119:5;  120:21;
144:19;  144:24
**One-to-one  (1)**
137:6
**one-to-one  (46)**
11:8;  12:22;  12:23;
20:17;  43:19;  44:5;
44:7;  44:15;  45:18;
54:22;  55:14;  62:3;
62:9;  62:13;  78:3;
78:9;  78:12;  89:12;
89:14;  89:16;  94:12;
94:16;  103:7;  115:10;
116:6;  116:9;  116:13;
116:17;  116:18;
116:19;  118:3;  118:8;
118:12;  119:2;  119:4;
119:6;  120:16;
120:20;  132:15;
133:8;  134:10;
134:14;  134:20;
135:10;  137:11;

144:18
**ones  (3)**
32:9;  113:14;  132:10
**online  (1)**
62:11
**only  (17)**
38:14;  48:23;  95:18;
103:6;  108:8;  109:7;
109:8;  109:9;  124:20;
124:25;  132:18;
134:23;  137:13;
146:21;  151:14;
156:12;  156:19
**onto  (1)**
154:3
**open  (4)**
10:16;  19:21;  65:19;
73:25
**opening  (8)**
10:19;  45:23;  91:9;
91:11;  95:16;  96:1;
144:4;  144:10
**operated  (1)**
21:15
**opinion  (5)**
12:15;  36:17;  51:16;
142:16;  142:23
**opportunities  (2)**
104:22;  108:4
**opportunity  (1)**
60:11
**opposed  (1)**
11:6
**opt  (2)**
62:17;  63:10
**OPT  (2)**
156:5;  156:8
**opted  (1)**
62:9
**optimal  (1)**
135:8
**option  (1)**
63:22
**oral  (4)**
123:20;  123:20;
157:16;  158:4
**orally  (2)**
157:7;  157:11
**order  (8)**
7:18;  8:20;  15:22;
99:18;  114:2;  114:19;
121:24;  132:6
**organized  (2)**
74:10;  74:11
**OT  (9)**
67:16;  70:5;  107:2;
115:6;  127:18;
127:19;  129:23;
130:5;  135:8
**Others  (1)**
123:23
**otherwise  (1)**
111:17
**out  (28)**

27:3;  31:1;  31:11;
34:16;  34:20;  34:22;
34:22;  34:23;
42:16;  50:3;  64:1;
70:23;  71:1;  85:6;
107:8;  107:21;
107:23;  108:2;
115:15;  115:20;
119:19;  120:10;
120:13;  123:20;
126:8;  137:10;
154:3;  159:16
**outside  (4)**
46:3;  73:5;  115:25;
123:5
**over  (11)**
19:11;  59:19;  65:11;
108:15;  114:17;
123:7;  125:16;
125:17;  125:17;
125:18;  151:2
**overall  (6)**
22:25;  23:5;  32:17;
34:3;  35:3;  35:10
**overly  (1)**
94:23
**overstimulated  (1)**
53:13
**own  (3)**
20:10;  94:13;  95:1

**P**

**package  (6)**
6:24;  7:11;  17:13;
28:24;  29:3;  34:5
**packages  (2)**
15:14;  16:4
**packet  (3)**
99:18;  100:4;  100:5
**Page  (2)**
88:23;  89:7
**page  (30)**
7:6;  7:20;  9:6;  9:21;
9:23;  20:7;  20:12;
29:19;  30:6;  40:23;
40:23;  41:1;  41:2;
42:18;  42:23;  42:24;
43:7;  52:18;  66:1;
66:2;  67:11;  67:18;
68:24;  89:1;  89:5;
89:11;  105:12;
130:22;  130:23;  131:1
**pages  (37)**
6:23;  6:25;  7:2;  7:4;
7:8;  7:10;  7:12;  7:14;
7:16;  7:18;  7:23;  8:1;
8:19;  8:21;  8:23;
8:25;  9:2;  9:4;  9:8;
9:10;  9:12;  9:13;
9:14;  9:16;  9:18;
9:19;  9:25;  10:2;
10:5;  10:7;  17:13;
17:14;  17:16;  59:10;
97:21;  151:13;  151:18

**paginated  (1)**
151:12
**palsy  (2)**
92:2;  92:3
**Pam  (1)**
138:18
**pandemic  (1)**
82:11
**para  (6)**
54:22;  55:13;  62:14;
116:17;  119:15;
144:18
**para's  (1)**
135:11
**paragraph  (7)**
18:21;  32:5;  33:3;
61:9;  61:21;  148:25;
152:19
**paragraphs  (5)**
17:14;  17:16;  59:11;
97:21;  148:13
**paraprofessional  (31)**
12:22;  62:4;  62:7;
62:10;  62:20;  106:10;
106:25;  107:12;
107:13;  107:19;
107:23;  107:25;
108:14;  109:16;
110:12;  110:18;
112:1;  112:4;  112:5;
112:10;  112:13;
113:21;  114:7;
114:12;  114:22;
116:6;  120:23;
134:10;  134:15;
134:20;  135:14
**paraprofessional's  (1)**
135:1
**paraprofessionals  (5)**
78:2;  78:4;  109:21;
118:3;  119:23
**paras  (8)**
53:24;  77:20;  78:7;
78:10;  107:6;  107:7;
120:13;  121:19
**parent  (6)**
5:22;  13:9;  23:1;
23:22;  41:13;  44:2;
45:16;  49:21;  53:3;
61:2;  63:9;  63:20;
64:4;  64:22;  64:24;
85:10;  85:16;  85:19;
85:23;  86:4;  86:11;
86:13;  86:17;  86:19;
86:23;  89:17;  89:19;
89:23;  90:1;  90:6;
90:11;  90:14;  92:22;
92:25;  96:16;  101:9;
101:15;  102:4;  102:4;
102:6;  109:19;  147:20
**Parent  (17)**
5:20;  49:7;  49:8;
52:25;  72:21;  141:17;
145:6;  146:5;  146:7;
146:7;  146:10;

146:16; 146:20;
147:19; 157:4;
157:10; 159:7
**parent's (2)**
14:3; 102:7
**Parent's (13)**
19:17; 20:1; 23:13;
28:19; 42:14; 47:7;
88:10; 88:11; 88:20;
92:13; 105:7; 139:18;
140:16
**parents (10)**
13:23; 56:3; 56:6;
63:10; 65:15; 65:19;
86:16; 92:12; 109:18;
110:4
**part (8)**
12:6; 31:13; 76:9;
113:10; 118:22;
123:14; 123:17;
135:16
**participate (1)**
132:7
**participated (3)**
14:11; 98:22; 146:12
**participating (5)**
63:24; 127:16;
131:14; 132:1; 132:9
**participation (2)**
126:23; 127:20
**particular (2)**
149:24; 153:19
**parties (3)**
6:15; 154:6; 154:7
**parts (1)**
118:22
**past (2)**
130:25; 138:4
**PATRICK (1)**
5:24
**Patrick (3)**
5:24; 6:7; 10:7
**patterns (1)**
110:7
**PDF (3)**
20:7; 89:5; 89:6
**peers (6)**
126:25; 131:13;
131:15; 132:8;
132:18; 133:5
**people (10)**
22:13; 26:2; 57:8;
82:12; 94:25; 94:25;
101:20; 119:13;
123:4; 143:8
**per (11)**
21:5; 64:7; 68:3;
68:16; 68:22; 93:15;
93:24; 104:6; 104:17;
113:9; 127:11
**percent (3)**
47:5; 142:17; 143:12
**percentage (2)**
70:19; 113:5

**Perez (1)**
85:24
**perform (3)**
41:24; 53:12; 101:6
**performance (3)**
101:10; 114:16;
139:24
**performed (2)**
106:10; 106:24
**performing (1)**
113:18
**period (10)**
44:19; 65:5; 68:10;
68:12; 68:13; 106:4;
124:6; 124:8; 126:16;
126:17
**periods (11)**
68:3; 68:6; 68:8;
68:11; 68:14; 68:16;
68:22; 70:24; 120:5;
120:19; 125:12
**person (5)**
61:24; 63:21; 64:4;
109:8; 139:9
**personally (2)**
136:19; 136:24
**Peter (2)**
9:20; 9:23
**phone (1)**
64:20
**phonetic (1)**
10:2
**phrases (2)**
33:16; 123:17
**physical (13)**
21:10; 34:3; 36:11;
37:12; 37:15; 37:19;
67:16; 81:25; 82:5;
108:10; 109:9;
112:19; 112:25
**physically (1)**
64:21
**physician (1)**
20:16
**pick (2)**
95:16; 96:4
**pictures (1)**
33:16
**place (7)**
13:19; 21:9; 69:5;
69:9; 69:14; 92:18;
122:15
**placed (7)**
40:17; 46:22; 49:21;
53:4; 55:2; 75:20;
155:22
**placement (33)**
5:7; 11:23; 13:2;
14:25; 23:23; 36:19;
37:5; 37:15; 37:21;
38:3; 38:6; 38:9;
38:24; 38:25; 38:25;
39:6; 39:7; 39:8;
39:8; 39:10; 39:12;

39:13; 39:14; 40:2;
45:18; 46:7; 47:8;
61:10; 92:23; 93:2;
93:13; 93:14; 94:24
**plan (2)**
62:23; 99:11
**planning (2)**
84:9; 110:8
**platform (1)**
62:12
**pleasant (1)**
159:19
**please (13)**
10:23; 15:24; 38:7;
58:18; 60:21; 72:11;
74:17; 74:20; 77:13;
96:24; 97:2; 118:24;
129:24
**Please (1)**
71:22
**Plus (1)**
156:22
**plus (1)**
78:1
**pm (3)**
66:15; 67:1; 159:22
**point (7)**
48:19; 95:15; 101:20;
103:25; 127:25;
135:2; 144:4
**pointed (1)**
106:17
**portion (1)**
49:15
**portrayed (1)**
105:10
**position (6)**
10:24; 47:11; 49:21;
92:13; 109:24; 109:25
**positioned (1)**
135:3
**positioning (1)**
135:8
**possession (2)**
51:17; 59:7
**possibility (1)**
55:16
**possible (3)**
69:25; 70:2; 114:5
**post (1)**
133:19
**posted (1)**
82:17
**potential (1)**
138:8
**potentially (2)**
53:17; 74:2
**powers (1)**
153:22
**practice (12)**
26:7; 104:22; 108:4;
109:4; 109:8; 109:14;
110:5; 110:6; 113:20;
132:4; 143:2; 143:5

**practicing (2)**
109:11; 128:12
**pre-K (7)**
33:5; 33:5; 33:12;
33:13; 33:17; 103:21;
104:1
**precisely (1)**
13:21
**precondition (1)**
109:11
**predominant (3)**
87:22; 87:25; 88:6
**prefer (2)**
95:22; 157:13
**preferable (1)**
158:19
**preference (2)**
95:21; 157:8
**prepared (1)**
157:10
**preponderance (1)**
145:5
**present (4)**
36:8; 108:20; 119:9;
139:24
**presents (1)**
11:3
**pressure (1)**
112:20
**pretty (5)**
103:4; 115:17; 116:1;
133:20; 135:10
**previous (3)**
136:4; 140:20; 155:10
**previously (7)**
39:4; 46:6; 114:14;
116:25; 121:10;
127:25; 155:13
**primarily (1)**
32:10
**principal (2)**
13:2; 58:24
**Principal (1)**
57:19
**prior (19)**
6:24; 7:11; 18:25;
19:2; 22:3; 23:7;
32:13; 34:19; 44:20;
47:22; 61:1; 85:10;
86:14; 93:5; 93:10;
140:23; 146:11;
146:17; 152:18
**Prior (1)**
17:13
**priorities (1)**
101:10
**probably (3)**
55:19; 102:21; 136:22
**problem (20)**
56:5; 56:5; 99:21;
100:19; 100:22;
103:13; 103:14;
104:10; 116:20;
126:10; 129:13;

133:6; 134:9;
135:21; 136:25;
138:11; 151:9;
155:9; 155:23;
156:24
**procedural (1)**
93:23
**proceed (2)**
10:22; 96:12
**proceeded (1)**
94:23
**proceeding (1)**
159:22
**process (11)**
8:18; 13:24; 45:16;
57:6; 57:6; 57:11;
57:14; 101:1; 108:8;
108:12; 111:5
**procurement (1)**
7:17
**produce (1)**
147:9
**professional (1)**
12:15
**profiles (1)**
31:25
**profound (2)**
41:4; 41:22
**program (55)**
6:12; 9:3; 11:6; 11:7;
12:7; 12:11; 13:6;
15:1; 22:18; 23:8;
23:24; 24:3; 26:1;
26:2; 26:13; 26:24;
36:19; 37:1; 37:14;
37:20; 39:17; 45:18;
46:12; 48:8; 48:11;
49:25; 51:16; 55:17;
55:25; 56:7; 61:13;
76:1; 89:3; 89:4;
94:7; 99:1; 100:24;
102:13; 102:15;
103:8; 108:15; 111:6;
115:8; 138:1; 138:2;
138:9; 138:14;
145:15; 146:1;
146:11; 146:15;
146:21; 156:16;
156:18; 156:21
**programs (2)**
36:21; 89:9
**progress (53)**
9:7; 11:15; 13:18;
32:6; 33:23; 34:1;
34:10; 34:24; 34:25;
35:2; 35:2; 35:7;
35:11; 36:5; 36:10;
36:16; 36:22; 37:24;
38:2; 38:14; 39:19;
39:25; 41:5; 41:9;
41:23; 42:2; 101:3;
101:8; 104:25; 105:7;
105:9; 106:18;
110:11; 110:15;
112:6; 112:15;

113:15; 113:22;
113:25; 114:6;
114:12; 114:19;
115:2; 128:1; 128:2;
128:5; 128:5;
130:13; 130:20;
130:22; 132:11;
139:25; 140:19
**prohibit (1)**
50:19
**prong (1)**
137:24
**Prong (1)**
145:7
**properly (2)**
8:3; 135:3
**proposal (1)**
54:25
**proposed (4)**
8:12; 14:25; 15:2;
146:10
**propriety (1)**
138:9
**provide (20)**
18:7; 24:4; 27:17;
60:7; 64:12; 69:25;
79:9; 79:18; 80:6;
84:20; 92:14; 98:10;
108:19; 110:18;
112:10; 126:5;
126:12; 145:17;
145:19; 147:12
**provided (20)**
12:24; 14:2; 15:14;
47:25; 62:18; 62:21;
65:21; 69:16; 70:6;
70:12; 80:21; 84:3;
88:11; 88:17; 111:22;
111:25; 125:12;
137:17; 146:3; 146:10
**provider (1)**
80:13
**provider's (1)**
70:7
**providers (5)**
70:10; 84:4; 84:19;
101:9; 120:25
**provides (2)**
94:1; 134:10
**providing (8)**
80:8; 95:4; 107:6;
107:17; 107:22;
110:10; 112:4; 120:7
**PS (4)**
13:2; 13:11; 155:14;
155:18
**psychoeducational (6)**
7:9; 21:22; 22:4;
22:17; 23:4; 32:21
**psychologist (4)**
12:5; 15:4; 16:11;
36:13
**PT (5)**
70:5; 115:6; 123:24;

123:24; 135:7
**public (4)**
11:1; 50:3; 92:7;
115:9
**pull (5)**
85:6; 99:4; 104:7;
123:19; 137:10
**pulled (5)**
70:23; 70:25; 74:21;
115:15; 115:20
**pullout (8)**
70:9; 70:20; 84:18;
115:17; 115:24;
121:6; 122:7; 142:12
**Pupil (1)**
156:6
**purported (1)**
145:16
**purporting (1)**
144:23
**purpose (1)**
55:21
**push (12)**
70:20; 121:21;
122:21; 123:13;
123:17; 124:13;
124:23; 125:7;
125:24; 126:4;
126:11; 143:12
**push-in (17)**
70:9; 115:16; 118:14;
119:6; 120:14;
120:16; 121:6; 122:7;
123:11; 123:25;
124:4; 124:23;
126:21; 127:14;
127:21; 142:12;
142:18
**push-in/pullout (2)**
116:25; 121:10
**pushed (3)**
115:14; 115:21; 130:5
**pushes (1)**
124:16
**pushing (4)**
122:19; 122:25;
126:5; 126:12
**put (3)**
141:17; 150:8; 154:3
**putting (2)**
50:23; 118:13
**PWN (8)**
9:17; 9:19; 93:17;
93:21; 147:1; 149:1;
149:5; 149:14

**Q**

**quadriplegic (1)**
92:2
**quarter (1)**
114:18
**quarterbacking (1)**
11:22
**quarterly (1)**

9:7
**quick (4)**
15:20; 57:25; 91:15;
137:19
**quickly (1)**
20:5
**quite (1)**
69:7

**R**

**R-E (1)**
7:23
**raise (4)**
16:13; 59:1; 97:10;
148:2
**raises (2)**
147:3; 147:7
**Range (1)**
77:11
**range (9)**
72:19; 73:2; 75:2;
75:3; 75:8; 77:9;
88:5; 109:5; 117:15
**ranges (1)**
71:19
**ranking (1)**
113:5
**rare (1)**
121:17
**rather (3)**
26:24; 28:11; 38:18
**rating (1)**
113:22
**ratio (6)**
37:9; 46:25; 53:19;
54:2; 54:16; 155:10
**rationale (2)**
37:3; 37:20
**reach (1)**
152:1
**read (3)**
30:14; 105:13; 152:19
**read-aloud (8)**
119:23; 121:13;
122:15; 123:10;
123:14; 123:18;
123:23; 123:25
**reading (1)**
104:13
**reads (1)**
105:14
**ready (2)**
91:12; 135:3
**real (2)**
100:15; 125:3
**realize (1)**
43:17
**really (19)**
31:6; 31:11; 31:16;
31:21; 32:14; 56:6;
57:9; 83:6; 101:1;
108:23; 109:6;
125:22; 133:3; 133:4;
134:23; 135:6;

137:19; 142:24;
143:12
**reason (7)**
36:9; 50:25; 51:5;
100:3; 112:8; 112:14;
150:24
**reasonable (2)**
65:5; 147:9
**reasonably (3)**
11:14; 12:16; 13:17
**reasons (1)**
114:13
**reassessing (1)**
101:3
**rebuttal (1)**
14:6
**recall (10)**
30:2; 32:15; 34:1;
61:4; 70:21; 85:14;
86:15; 102:20; 134:3;
137:23
**receive (12)**
25:21; 36:21; 39:20;
79:5; 80:1; 80:15;
80:19; 80:24; 92:22;
93:1; 115:14; 142:17
**received (12)**
28:6; 44:20; 61:10;
70:16; 94:7; 94:14;
104:4; 147:1; 149:2;
149:5; 152:17; 153:23
**receives (1)**
141:9
**receiving (9)**
24:20; 64:15; 69:20;
70:24; 71:2; 84:18;
121:6; 146:17; 159:16
**recent (2)**
6:11; 52:4
**recently (2)**
18:24; 156:15
**recognize (1)**
50:20
**recollection (2)**
82:16; 103:4
**recommend (8)**
21:14; 26:8; 76:6;
94:12; 94:13; 94:24;
95:6; 144:13
**recommendation (24)**
12:7; 12:20; 23:20;
24:11; 37:10; 38:10;
39:11; 43:7; 47:10;
48:9; 50:23; 50:24;
51:2; 52:7; 61:10;
93:14; 94:19; 100:13;
145:15; 155:2;
155:18; 156:16;
156:18; 156:20
**recommendations (10)**
12:2; 20:23; 27:16;
32:6; 38:21; 48:7;
79:16; 94:11; 103:3;
115:6

**recommended (40)**
7:15; 13:2; 13:4;
13:6; 21:5; 21:20;
23:8; 24:3; 31:23;
32:3; 32:12; 37:1;
37:21; 37:22; 38:25;
39:5; 39:9; 47:8;
48:4; 62:3; 62:22;
62:22; 67:12; 76:1;
76:4; 76:8; 89:3;
89:8; 89:12; 94:5;
99:1; 99:11; 102:13;
133:11; 138:14;
140:1; 141:11;
146:17; 155:14; 156:3
**recommending (2)**
38:17; 144:25
**recommends (4)**
44:7; 70:19; 70:20;
79:11
**reconvene (3)**
43:14; 45:17; 144:21
**reconvened (2)**
43:11; 44:14
**RECORD (6)**
58:12; 58:13; 153:2;
153:3; 154:18; 154:19
**record (21)**
5:3; 8:4; 15:24;
57:25; 58:4; 58:9;
58:11; 58:15; 58:18;
96:24; 152:23; 153:1;
153:5; 153:7; 153:8;
154:15; 154:17;
154:20; 158:1;
159:11; 159:20
**recording (1)**
12:12
**records (1)**
136:8
**recover (1)**
37:3
**recovering (1)**
36:3
**recovery (1)**
36:18
**redirect (3)**
56:15; 141:18; 157:2
**Redirect (2)**
90:20; 141:2
**refer (6)**
20:1; 33:25; 34:4;
40:22; 88:10; 111:7
**reference (2)**
35:20; 121:2
**referenced (1)**
88:13
**references (1)**
35:25
**referral (1)**
7:19
**referring (11)**
33:18; 35:16; 36:23;
104:8; 128:17;

128:19;  140:4;
140:4;  140:9;
140:14;  149:1
**reflect (3)**
48:23; 132:11; 140:21
**refresh (1)**
19:20
**regard (3)**
15:4; 33:6; 75:12
**Regarding (2)**
145:21; 146:5
**regarding (5)**
92:12; 101:9; 101:10;
126:25; 145:24
**regardless (2)**
36:7; 122:16
**Regardless (1)**
93:23
**regression (1)**
36:11
**regulate (2)**
29:25; 31:18
**regulation (1)**
35:6
**regulations (4)**
46:24; 47:4; 92:17;
93:8
**regulatory (2)**
46:20; 145:24
**rejected (1)**
155:1
**relate (1)**
105:16
**related (24)**
35:4; 39:17; 67:13;
69:19; 69:21; 69:23;
70:4; 71:1; 79:5;
79:10; 79:19; 80:1;
80:16; 80:19; 94:10;
111:21; 115:14;
116:22; 118:14;
120:25; 122:13;
123:7; 142:13; 142:17
**relates (13)**
12:20; 24:17; 34:2;
37:15; 44:20; 112:12;
113:25; 134:20;
135:22; 135:22;
136:4; 139:17; 156:14
**relationship (1)**
114:9
**release (1)**
9:22
**relevance (1)**
114:24
**relevant (1)**
115:1
**relied (2)**
32:5; 48:4
**relief (1)**
139:15
**relying (1)**
14:12
**remainder (6)**

95:15; 96:1; 123:21;
132:22; 143:24;
159:19
**remains (3)**
18:11; 33:4; 60:11
**remember (9)**
53:14; 70:18; 71:15;
85:12; 86:18; 86:22;
102:25; 103:1; 103:11
**remembered (1)**
33:10
**remote (11)**
62:9; 62:11; 62:17;
62:23; 63:12; 63:19;
64:9; 64:11; 66:7;
74:23; 81:20
**remotely (4)**
13:8; 61:24; 62:15;
62:18
**render (1)**
10:13
**repeat (3)**
76:15; 126:7; 139:16
**repeatedly (1)**
138:2
**replace (1)**
139:9
**replacing (1)**
151:5
**report (20)**
9:8; 10:1; 27:20;
28:2; 28:6; 28:11;
29:13; 30:10; 30:21;
31:11; 31:14; 95:2;
106:18; 112:15;
114:11; 114:20;
115:2; 130:20;
130:23; 132:12
**REPORTER (11)**
5:2; 58:10; 58:14;
138:18; 152:25;
153:4; 153:21; 154:5;
154:14; 154:20;
159:20
**reporter (5)**
96:17; 138:19;
153:13; 153:19; 154:8
**reporter's (1)**
158:9
**reporting (1)**
128:5
**reports (7)**
30:17; 110:11;
110:15; 114:22;
128:2; 128:5; 140:19
**repositioning (1)**
135:9
**representative (1)**
5:17
**representing (1)**
5:13
**request (6)**
7:1; 84:20; 85:7;
102:7; 150:18; 158:23

**requested (1)**
45:17
**requesting (2)**
13:24; 158:8
**requests (1)**
132:8
**require (1)**
91:21
**required (3)**
20:25; 21:2; 38:2
**requirement (1)**
46:20
**requirements (1)**
145:24
**requires (6)**
11:8; 20:17; 37:2;
94:22; 101:19; 113:23
**requiring (1)**
131:24
**reserves (1)**
14:5
**resolves (1)**
60:22
**respond (2)**
24:16; 26:9
**responded (1)**
154:6
**responds (1)**
30:21
**response (5)**
30:22; 48:17; 53:1;
131:7; 146:18
**responsibilities (1)**
135:17
**responsibility (1)**
56:25
**rest (3)**
70:13; 108:3; 126:1
**restrictive (7)**
40:7; 40:8; 40:9;
40:12; 40:14; 40:17;
46:12
**rests (1)**
91:6
**result (4)**
13:14; 34:18; 57:8;
91:19
**resulting (1)**
91:25
**results (2)**
22:18; 140:21
**resume (2)**
63:6; 64:3
**resumed (2)**
63:5; 63:9
**return (1)**
63:14
**returned (1)**
65:7
**reversed (1)**
93:22
**review (17)**
11:11; 12:9; 12:12;
14:11; 14:14; 18:23;

19:1;  23:8;  27:19;
28:1; 30:13; 32:24;
52:1; 53:10; 70:13;
102:2; 102:3
**reviewed (16)**
14:13; 18:4; 18:22;
18:24; 19:22; 21:21;
22:2; 22:4; 22:8;
22:13; 22:14; 28:9;
35:24; 60:4; 99:23;
101:25
**reviews (1)**
102:5
**revised (1)**
150:3
**reward (1)**
147:16
**right (28)**
14:5; 15:22; 16:13;
16:24; 20:3; 42:4;
49:17; 56:10; 56:20;
59:1; 87:10; 88:19;
91:15; 93:1; 94:3;
97:10; 100:9; 103:1;
111:12; 130:24;
134:22; 136:7;
141:24; 142:5; 145:3;
148:2; 150:12; 154:15
**Right (7)**
77:7; 111:23; 120:18;
128:6; 131:9; 152:13;
152:15
**Rights (1)**
5:20
**ring (1)**
61:16
**risk (4)**
42:6; 109:6; 133:12;
133:18
**Robert (1)**
10:2
**role (2)**
109:15; 135:11
**rolling (1)**
34:15
**room (23)**
81:4; 81:8; 82:4;
82:6; 82:20; 82:21;
83:19; 83:21; 83:24;
84:5; 84:6; 84:9;
84:14; 84:15; 84:17;
84:25; 84:25; 85:5;
117:5; 117:10; 118:1;
121:20; 143:8
**rooms (4)**
82:18; 84:7; 84:8;
84:9
**Rowley (1)**
138:9
**RR (1)**
145:20
**rudimentary (1)**
25:11
**ruled (1)**

53:6
**rules (1)**
141:21
**run (1)**
45:5
**running (1)**
34:25

**S**

**S-E-M-M (1)**
97:3
**S-H-A-R-E-E (2)**
7:25; 17:4
**Sam (2)**
10:1; 10:4
**same (18)**
12:10; 14:13; 17:1;
52:18; 71:3; 75:9;
77:12; 82:4; 82:4;
88:13; 107:19;
109:18; 110:4;
116:25; 117:5; 121:3;
122:22; 155:14
**S■■■ (107)**
5:7; 6:8; 6:11; 10:25;
18:7; 19:22; 20:16;
21:15; 24:17; 30:17;
31:10; 31:25; 34:14;
35:20; 39:24; 40:16;
41:22; 42:2; 42:5;
42:10; 43:12; 43:20;
44:15; 46:8; 46:15;
47:7; 47:12; 49:9;
54:8; 60:7; 61:2;
61:11; 79:25; 88:4;
89:12; 91:17; 91:17;
91:24; 92:5; 92:9;
92:14; 93:24; 94:7;
94:18; 94:20; 94:21;
98:11; 102:5; 103:20;
104:22; 105:14;
105:19; 106:1; 106:6;
107:1; 107:11;
107:18; 107:21;
108:3; 109:2; 109:24;
110:5; 111:1; 113:17;
116:2; 116:22; 117:5;
117:12; 117:22;
117:22; 118:1; 118:9;
119:2; 119:12; 120:2;
120:7; 121:1; 121:5;
122:10; 122:12;
122:16; 123:9;
124:19; 125:14;
129:20; 129:24;
130:6; 131:5; 131:21;
132:6; 133:3; 134:22;
135:3; 136:18;
140:23; 141:9;
142:16; 142:25;
142:25; 145:9;
145:15; 146:1; 146:7;
146:21; 146:24;
147:13; 156:7

**Sarah's (2)**
120:22; 123:13

**save (1)**
153:20

**saying (5)**
39:4; 125:18; 130:4;
152:20; 158:3

**scale (1)**
113:5

**scan (1)**
59:19

**scanning (2)**
131:12; 131:23

**schedule (19)**
9:5; 70:1; 70:3;
104:4; 106:15; 107:2;
119:3; 121:1; 121:4;
122:8; 122:10;
122:11; 123:2; 124:3;
127:5; 129:17;
129:23; 137:19;
157:16

**schedules (2)**
68:8; 84:23

**scheduling (3)**
86:19; 158:4; 159:12

**school (127)**
5:9; 6:14; 11:2; 12:5;
12:8; 12:18; 12:21;
13:2; 13:3; 13:5;
13:7; 13:12; 14:3;
15:2; 15:3; 16:10;
18:8; 21:15; 21:16;
21:18; 23:22; 24:7;
24:20; 25:25; 27:4;
38:22; 43:11; 44:1;
44:4; 44:22; 45:2;
49:9; 49:12; 49:15;
49:22; 49:23; 50:4;
50:6; 50:21; 57:18;
60:8; 61:2; 61:11;
61:12; 61:14; 61:15;
61:24; 63:16; 64:7;
64:12; 64:16; 64:19;
64:25; 65:19; 66:8;
66:14; 66:20; 66:24;
67:3; 69:1; 69:13;
73:25; 80:12; 83:12;
83:25; 85:11; 85:16;
86:15; 87:3; 87:16;
89:11; 91:23; 92:7;
92:9; 92:10; 92:19;
92:24; 93:3; 93:6;
93:11; 93:19; 94:8;
94:16; 98:11; 99:2;
99:7; 99:12; 101:5;
103:2; 104:24;
106:14; 108:21;
112:25; 113:1; 115:9;
125:14; 125:19;
129:14; 129:14;
133:20; 133:21;
133:22; 135:24;
136:4; 138:15;
144:13; 144:15;

144:16; 144:17;
144:20; 144:22;
145:3; 145:11;
145:12; 145:17;
145:19; 146:16;
149:2; 149:14;
152:1; 152:21;
152:22; 155:1;
155:14; 155:19;
156:10; 156:13

**School (6)**
13:12; 26:17; 61:10;
61:12; 61:22; 146:25

**school's (2)**
37:4; 102:13

**school-based (1)**
54:15

**schools (1)**
50:3

**scope (4)**
45:9; 46:4; 48:12;
141:16

**scores (1)**
22:23

**scrolling (2)**
20:6; 44:3

**se (2)**
93:15; 93:24

**sea (1)**
137:22

**seat (3)**
13:11; 71:5; 74:24

**second (16)**
40:24; 42:22; 61:6;
61:7; 67:11; 68:2;
83:21; 84:5; 88:18;
90:15; 90:16; 116:1;
125:4; 137:24;
140:13; 141:3

**Secondly (1)**
131:10

**sections (1)**
35:13

**seeing (2)**
34:1; 53:14

**seems (3)**
37:25; 46:3; 70:8

**seizure (3)**
42:10; 92:3; 134:7

**seizures (2)**
135:22; 135:23

**selected (1)**
76:23

**self (1)**
104:22

**self-care (1)**
105:15

**self-regulation (1)**
95:4

**SEMM (123)**
95:11; 96:19; 96:22;
96:25; 97:3; 97:7;
97:14; 97:18; 98:1;
98:5; 98:12; 98:24;

99:4; 99:14; 99:24;
100:2; 100:10;
101:1; 102:16;
102:19; 102:25;
103:9; 103:16;
103:20; 104:1;
104:7; 104:12;
104:18; 104:21;
105:2; 105:5;
106:19; 106:23;
107:15; 107:20;
108:12; 108:22;
110:13; 110:20;
110:25; 111:8;
111:19; 112:8;
112:14; 114:4;
114:10; 114:25;
115:12; 115:16;
116:4; 116:7;
116:10; 116:16;
116:23; 117:2;
117:6; 117:11;
117:19; 117:24;
118:4; 118:10;
118:16; 118:21;
119:1; 120:9;
120:24; 121:15;
122:3; 122:16; 124:9;
124:19; 125:9;
125:15; 126:7;
126:14; 126:19;
128:3; 128:8;
128:16; 128:20;
128:23; 129:8;
129:11; 129:15;
129:19; 129:25;
130:3; 130:7;
130:11; 130:15;
132:16; 132:20;
133:9; 133:13;
133:17; 133:25;
134:3; 134:7;
134:13; 134:18;
134:22; 135:16;
135:20; 136:1;
136:6; 136:14;
136:17; 137:4;
137:18; 139:13;
139:21; 140:3;
140:8; 140:13;
140:18; 141:7;
141:14; 142:14;
142:20; 142:24;
143:25

**Semm (19)**
10:4; 91:12; 95:15;
96:12; 96:14; 96:25;
98:20; 99:22; 100:9;
100:23; 138:13;
139:1; 139:2; 139:11;
141:5; 142:2; 142:10;
143:18; 143:23

**Send (1)**
151:16

**send (7)**
91:14; 100:8; 100:8;
102:4; 150:3; 150:25;
151:19

**sense (4)**
45:14; 111:18; 123:2;
153:19

**sensory (1)**
35:6

**sent (5)**
62:6; 100:5; 102:11;
149:12; 150:9

**sentence (1)**
151:25

**sentences (1)**
33:15

**separate (4)**
81:1; 81:24; 83:18;
85:7

**September (7)**
63:5; 63:8; 63:21;
63:23; 65:8; 66:19;
67:6

**sequencing (1)**
125:17

**series (1)**
6:11

**service (30)**
24:6; 25:6; 26:25;
31:4; 31:7; 35:5;
43:21; 69:7; 69:11;
69:16; 69:19; 70:1;
79:10; 79:12; 79:19;
79:24; 80:2; 80:16;
80:19; 80:24; 94:10;
95:6; 111:6; 111:21;
116:22; 120:25;
122:13; 123:7;
124:21; 145:19

**services (55)**
12:24; 13:6; 36:21;
39:18; 61:17; 61:23;
62:18; 63:1; 63:4;
63:5; 63:15; 64:13;
67:13; 69:21; 69:24;
70:5; 70:9; 70:11;
71:1; 79:5; 79:19;
80:9; 80:24; 80:25;
84:3; 84:19; 84:20;
89:4; 89:9; 89:16;
92:12; 102:14; 103:8;
104:17; 104:19;
108:10; 108:19;
110:19; 110:21;
111:20; 115:7;
115:14; 118:15;
121:6; 121:9; 124:20;
126:6; 126:13;
142:13; 142:18;
147:10; 147:16;
156:3; 156:7; 156:23

**session (8)**
79:12; 107:7; 115:19;
115:22; 115:24;
120:14; 123:21;

127:15

**sessions (16)**
31:16; 67:24; 79:5;
79:10; 79:10; 80:22;
106:13; 107:11;
110:16; 119:2; 119:7;
120:16; 120:17;
124:23; 126:21;
127:21

**set (6)**
69:9; 70:3; 151:16;
151:20; 158:22;
159:15

**setting (5)**
39:19; 39:22; 40:20;
120:1; 143:12

**seven (1)**
78:18

**several (1)**
112:11

**shall (1)**
95:16

**shape (1)**
83:12

**share (1)**
82:6

**shared (1)**
101:22

**SHAREE (1)**
15:17

**Sharee (4)**
7:25; 12:4; 16:1; 17:4

**short (1)**
157:16

**show (2)**
31:3; 105:8

**shown (1)**
11:12

**shows (2)**
30:22; 63:20

**sic (1)**
128:19

**side (3)**
38:21; 83:13; 159:6

**sides (1)**
16:3

**sigh (1)**
139:15

**significant (2)**
35:9; 42:1

**significantly (2)**
33:1; 109:3

**similar (8)**
31:25; 54:8; 55:3;
55:7; 57:1; 116:21;
116:21; 155:10

**similarly (1)**
57:1

**simply (1)**
152:10

**sitting (1)**
34:21

**situation (1)**
124:3

situations (2)
  84:18; 121:14
six (11)
  6:25; 7:12; 8:1; 9:19;
  46:22; 67:8; 116:3;
  116:10; 117:15;
  125:13; 151:18
six-page (1)
  17:11
size (3)
  12:21; 54:24; 144:25
skill (6)
  109:8; 109:12;
  109:14; 110:7; 133:1;
  143:14
skills (25)
  34:4; 101:11; 104:6;
  104:23; 105:1;
  105:10; 105:15;
  106:3; 106:15; 108:5;
  108:14; 108:23;
  109:2; 109:4; 109:17;
  109:19; 111:2; 114:2;
  114:3; 128:11;
  131:12; 143:2; 143:5;
  143:10; 143:16
slight (1)
  34:21
slightly (1)
  158:21
slot (1)
  107:3
small (1)
  132:20
social (7)
  7:7; 32:15; 32:20;
  35:24; 131:11;
  131:12; 132:18
solely (1)
  38:22
somebody (2)
  14:12; 95:9
Somebody (1)
  158:16
somehow (1)
  130:24
someone (14)
  22:10; 33:13; 54:15;
  65:4; 65:16; 85:6;
  86:13; 86:16; 90:2;
  90:4; 90:9; 95:10;
  138:17; 138:20
sometime (1)
  64:2
sometimes (4)
  107:4; 115:19;
  120:13; 120:15
Sometimes (2)
  25:13; 106:25
somewhat (1)
  145:16
somewhere (1)
  96:4
soon (1)

58:6
soothe (1)
  95:5
soothing (2)
  30:22; 31:17
Sorry (11)
  6:4; 6:7; 10:22;
  40:14; 87:7; 87:8;
  88:24; 89:9; 100:18;
  104:20; 125:4
sorry (25)
  27:24; 36:23; 44:3;
  47:18; 49:7; 53:11;
  59:23; 79:21; 87:6;
  87:13; 89:1; 99:24;
  100:7; 100:18;
  100:18; 118:21;
  124:15; 126:7;
  130:24; 133:16;
  138:15; 140:8;
  145:21; 155:24; 158:2
sort (5)
  83:12; 122:10; 124:2;
  130:13; 132:23
sound (3)
  13:16; 61:18; 61:20
sounds (2)
  23:5; 33:16
source (1)
  141:24
space (4)
  25:11; 84:20; 84:21;
  158:21
spaces (3)
  82:18; 84:21; 85:8
spastic (1)
  92:2
speak (15)
  46:1; 61:2; 64:17;
  65:15; 77:17; 80:10;
  83:6; 83:15; 85:15;
  86:13; 89:21; 90:1;
  90:4; 138:8; 147:1
Speaking (2)
  151:11; 151:14
speaking (3)
  47:20; 54:12; 86:23
speaks (1)
  73:9
Special (1)
  38:20
special (5)
  70:7; 89:3; 89:3;
  89:8; 97:8
specialized (4)
  13:3; 116:19; 156:2;
  156:7
specific (28)
  22:20; 23:3; 23:20;
  30:25; 44:19; 54:5;
  72:16; 73:21; 73:24;
  79:20; 85:8; 99:5;
  101:11; 103:12;
  104:8; 111:2; 112:17;

112:20; 113:8;
  113:9; 113:9;
  113:13; 113:16;
  127:9; 127:19;
  131:21; 131:25;
  137:5
specifically (20)
  24:8; 26:14; 26:25;
  35:15; 36:22; 46:24;
  51:11; 55:8; 86:1;
  102:20; 105:18;
  108:25; 115:8;
  117:23; 118:1;
  124:17; 130:17;
  134:4; 135:11; 137:13
specifics (1)
  138:8
specified (1)
  37:8
speech (23)
  67:17; 67:19; 70:5;
  83:19; 83:21; 83:24;
  84:13; 84:15; 84:19;
  84:25; 85:1; 85:2;
  108:9; 115:6; 123:14;
  124:4; 124:21; 127:1;
  127:9; 127:11;
  129:23; 130:5; 134:24
spell (2)
  17:3; 97:1
spends (1)
  119:3
spinal (3)
  34:18; 35:21; 35:25
split (1)
  116:1
spoke (7)
  85:10; 86:11; 86:16;
  89:18; 117:1; 128:13;
  137:2
spring (1)
  140:10
squarely (1)
  45:1
SRO (2)
  93:22; 147:6
staff (3)
  62:18; 83:3; 101:16
standardized (3)
  22:23; 53:21; 101:6
Standing (1)
  34:24
stands (2)
  31:11; 36:10
start (19)
  44:22; 49:22; 49:23;
  50:5; 50:24; 61:1;
  66:8; 66:9; 66:20;
  85:11; 86:15; 91:16;
  93:11; 101:2; 101:20;
  129:14; 146:15;
  153:17; 158:18
Start (1)
  66:21

started (4)
  61:17; 92:24; 102:14;
  103:24
starting (1)
  66:2
starts (1)
  127:22
State (3)
  25:8; 26:5; 27:5
state (5)
  15:23; 38:10; 58:17;
  83:14; 96:23
State-approved (1)
  23:14
stated (17)
  28:9; 47:19; 48:3;
  72:10; 98:21; 113:25;
  114:14; 115:4;
  117:21; 118:7; 125:5;
  126:10; 127:25;
  128:6; 128:8; 133:7;
  136:10
statement (8)
  10:19; 23:4; 38:8;
  45:12; 52:11; 91:9;
  144:4; 152:19
states (2)
  37:17; 70:6
stating (1)
  38:1
statute (1)
  11:21
stay (2)
  58:3; 123:24
still (15)
  32:21; 34:24; 36:6;
  36:7; 36:10; 41:13;
  63:18; 63:18; 82:11;
  90:13; 124:14;
  124:15; 129:8; 139:6;
  146:18
stimulating (1)
  94:23
stimulus (1)
  30:23
stood (1)
  31:1
structurally (1)
  13:15
structure (4)
  39:21; 54:16; 54:23;
  55:10
student (111)
  11:6; 11:7; 11:13;
  11:14; 11:20; 12:17;
  12:24; 13:4; 13:7;
  13:11; 13:23; 22:19;
  22:22; 24:5; 24:15;
  25:4; 25:11; 26:8;
  26:21; 28:6; 29:24;
  29:25; 29:25; 32:9;
  33:4; 33:10; 34:2;
  36:2; 36:4; 37:2;
  37:22; 38:1; 38:12;

38:13; 38:17;
  39:18; 39:24; 41:8;
  42:8; 47:14; 49:22;
  49:25; 53:11; 53:12;
  53:22; 54:19;
  54:21; 55:2; 55:9;
  55:12; 55:17; 55:20;
  55:22; 56:1; 56:4;
  56:5; 56:7; 61:9;
  62:3; 62:10; 62:14;
  62:21; 62:24; 64:6;
  64:13; 67:12; 68:25;
  69:7; 69:11; 69:20;
  70:1; 70:4; 70:12;
  70:22; 70:23; 70:25;
  76:9; 79:19; 80:11;
  86:16; 94:14; 94:22;
  99:2; 102:14;
  103:15; 103:19;
  103:24; 104:4;
  110:22; 112:7;
  114:1; 114:6;
  115:14; 116:5;
  116:8; 118:15;
  119:5; 119:15;
  120:20; 120:22;
  124:1; 124:6;
  127:10; 135:15;
  135:24; 136:11;
  137:12; 137:13;
  137:17; 138:4;
  142:16
Student (1)
  68:19
student's (17)
  12:25; 19:16; 20:16;
  23:15; 25:9; 26:24;
  32:18; 32:25; 34:10;
  37:4; 37:21; 44:12;
  48:19; 62:7; 69:18;
  92:20; 124:3
Student's (1)
  10:10
student-to-teacher (1)
  46:25
students (90)
  30:3; 31:24; 41:4;
  41:21; 42:1; 46:20;
  46:22; 47:1; 50:2;
  53:17; 53:23; 53:23;
  54:1; 54:2; 54:4;
  54:8; 54:10; 55:3;
  55:6; 55:21; 55:24;
  56:3; 56:9; 56:25;
  62:17; 63:7; 63:19;
  63:24; 64:3; 71:8;
  71:16; 72:15; 73:3;
  73:25; 74:2; 74:22;
  75:4; 75:9; 75:12;
  77:5; 77:16; 78:3;
  78:15; 78:17; 78:21;
  78:21; 78:23; 79:4;
  79:15; 80:15; 80:18;
  83:3; 83:5; 84:10;
  84:14; 84:17; 84:18;

85:4; 87:20; 88:1;
88:4; 93:10; 101:3;
108:24; 109:14;
116:3; 116:14;
116:21; 118:2;
118:6; 118:8;
118:12; 119:7;
119:22; 120:1;
120:17; 122:2;
122:4; 123:11;
124:7; 125:6;
125:13; 126:5;
126:13; 126:24;
127:4; 127:20;
128:14; 130:9;
132:3
**studying (1)**
26:3
**subject (1)**
145:24
**submit (1)**
8:3
**submits (2)**
145:6; 146:5
**submitted (4)**
14:19; 18:20; 34:16;
155:25
**subsequent (3)**
48:20; 48:22; 49:23
**Subsequently (1)**
13:23
**subsequently (1)**
93:22
**substantively (1)**
94:1
**subtests (1)**
22:24
**successful (1)**
151:15
**sudden (1)**
129:12
**suffer (1)**
143:16
**sufficient (1)**
37:3
**suggest (2)**
31:12; 57:24
**suggested (1)**
7:17
**suggesting (1)**
45:11
**suggestion (2)**
39:14; 58:3
**suggests (1)**
25:4
**summarily (1)**
153:14
**summary (1)**
32:17
**summer (6)**
62:25; 63:3; 65:18;
66:17; 67:3; 73:19
**supersedes (2)**
122:11; 123:7

**supervised (1)**
106:11
**support (17)**
12:25; 31:20; 39:20;
55:22; 62:14; 91:22;
94:7; 109:4; 109:14;
113:4; 113:7; 113:19;
116:19; 119:6;
131:23; 132:6; 134:10
**supporting (1)**
117:23
**supportive (3)**
39:24; 47:13; 55:25
**supports (4)**
14:24; 48:11; 62:21;
116:14
**suppose (3)**
69:9; 70:10; 83:4
**supposed (1)**
156:12
**Sure (13)**
10:23; 17:24; 57:22;
59:22; 60:1; 90:17;
96:25; 97:3; 97:7;
101:1; 104:10;
105:11; 144:11
**sure (21)**
22:7; 23:13; 32:20;
35:15; 45:15; 69:8;
75:14; 79:6; 80:23;
82:14; 82:25; 84:12;
86:14; 99:18; 101:16;
125:23; 128:16;
129:11; 135:2;
135:18; 142:4
**surely (1)**
45:21
**surgery (8)**
34:19; 35:21; 35:25;
36:3; 36:12; 36:15;
36:18; 37:2
**sustain (1)**
45:6
**sustained (1)**
112:20
**swear (4)**
16:14; 59:2; 97:11;
148:4
**swiftly (1)**
157:19
**switch (3)**
131:11; 131:22; 133:4
**sworn (3)**
18:5; 60:4; 98:8
**syndrome (1)**
92:3
**system (1)**
116:25

**T**

**TA (2)**
121:16; 121:23
**table (1)**
40:2

**tactile (1)**
106:2
**talk (1)**
112:18
**talking (3)**
45:13; 50:22; 52:19
**talks (1)**
101:9
**target (1)**
115:17
**targeted (1)**
127:21
**targeting (3)**
125:2; 127:3; 128:4
**taught (5)**
110:4; 111:15;
112:13; 112:25;
130:14
**TBI (2)**
78:24; 92:1
**teach (2)**
108:13; 127:8
**teacher (17)**
106:11; 117:18;
117:18; 119:3;
119:14; 120:6;
120:12; 120:15;
120:19; 121:16;
121:23; 127:3; 127:8;
131:8; 131:19; 132:4;
132:11
**teacher's (2)**
120:6; 120:21
**teachers (2)**
119:1; 122:21
**teaches (1)**
107:12
**teaching (9)**
106:6; 111:1; 111:5;
111:11; 119:5;
119:24; 120:15;
127:3; 127:4
**team (16)**
11:25; 12:6; 12:10;
14:15; 32:5; 39:20;
45:5; 48:3; 51:18;
52:18; 70:11; 76:1;
76:3; 76:5; 76:8;
102:7
**team's (1)**
12:20
**tech (1)**
7:13
**technicalities (1)**
109:22
**technique (1)**
137:6
**technology (3)**
79:18; 80:1; 80:16
**teenage (1)**
91:18
**telephonically (1)**
5:12
**ten (6)**

17:15; 59:11; 93:9;
117:10; 117:14;
148:12
**ten-day (1)**
9:11
**term (2)**
103:17; 112:22
**terms (16)**
45:9; 70:5; 72:17;
79:21; 102:13;
110:10; 112:16;
112:21; 113:6;
113:21; 126:2; 128:1;
132:12; 132:17;
132:25; 137:1
**Terrific (1)**
59:18
**tested (1)**
22:25
**testified (2)**
46:6; 98:20
**testify (5)**
12:14; 12:19; 71:4;
146:24; 147:21
**testimonially (1)**
152:8
**testimony (30)**
11:11; 16:17; 18:4;
18:6; 18:21; 23:18;
24:12; 29:22; 37:8;
38:1; 40:15; 44:12;
44:19; 45:10; 46:4;
47:3; 52:9; 59:2;
60:6; 71:15; 94:6;
96:2; 97:11; 98:10;
103:5; 103:9; 141:18;
142:11; 148:5; 153:9
**thanks (2)**
15:9; 60:17
**Thanks (3)**
16:12; 27:13; 57:16
**therapeutic (1)**
25:13
**therapies (2)**
104:24; 127:17
**therapist (26)**
27:20; 28:2; 30:10;
30:17; 82:5; 82:6;
85:1; 95:3; 106:21;
106:25; 107:12;
107:17; 107:21;
108:13; 113:23;
120:14; 121:7;
123:13; 124:4;
124:14; 124:15;
124:16; 124:24;
124:25; 127:9; 134:24
**therapists (15)**
26:3; 83:21; 83:24;
84:8; 85:3; 110:14;
121:21; 124:12;
125:7; 125:24; 126:4;
126:11; 126:12;
126:22; 128:2
**therapy (58)**

23:14; 23:15; 24:4;
24:8; 24:16; 25:6;
25:7; 25:14; 25:14;
26:1; 26:17; 27:6;
28:7; 29:13; 29:23;
30:3; 30:4; 30:18;
31:9; 31:24; 37:12;
37:15; 37:19; 44:2;
67:16; 81:2; 81:4;
81:25; 82:20; 82:21;
83:19; 84:15;
94:13; 94:15; 95:3;
102:21; 102:24;
103:7; 103:10;
106:9; 106:13;
106:18; 107:7;
107:11; 107:18;
108:9; 108:10;
110:16; 112:22;
112:25; 113:1;
122:17; 128:12;
141:10; 141:11;
141:11; 141:16;
156:23
**Therefore (3)**
11:24; 44:21; 146:1
**therefore (9)**
11:20; 13:20; 23:25;
36:15; 37:13; 38:17;
40:1; 114:21; 146:20
**thinking (1)**
153:16
**third (4)**
81:7; 81:9; 82:21;
131:10
**Though (1)**
35:9
**though (9)**
20:25; 22:24; 24:4;
32:2; 36:8; 49:2;
70:8; 97:23; 110:17
**thought (7)**
27:24; 51:20; 52:3;
52:5; 52:6; 72:5;
76:21
**three (36)**
7:8; 7:10; 7:18; 9:25;
10:7; 75:8; 81:12;
83:1; 93:16; 116:10;
116:17; 118:8; 118:9;
119:3; 124:22; 132:22
**throughout (6)**
11:8; 24:7; 35:1;
35:12; 91:22; 134:8
**Throughout (1)**
126:1
**thrown (1)**
153:14
**Thursday (1)**
123:1
**Thursdays (1)**
123:10
**thus (1)**
38:2
**Tiffany (4)**

10:**4**; 95:11; 96:25;
139:3

TIFFANY (1)
95:11

times (5)
85:8; 119:10; 120:9;
125:7; 147:5

title (4)
16:7; 58:22; 88:25;
97:6

tittle (1)
94:4

to-one (2)
53:24; 54:20

Today (1)
5:10

today (5)
5:13; 18:17; 60:16;
159:4; 159:18

together (11)
57:1; 122:2; 122:5;
125:6; 125:10;
125:23; 125:24;
126:18; 131:18;
154:4; 159:4

toileted (1)
128:25

toileting (1)
134:11

told (3)
86:4; 89:25; 90:3

Tom (2)
10:3; 98:15

took (3)
13:19; 13:21; 34:23

top (1)
89:2

total (5)
17:15; 54:3; 116:3;
118:13; 125:13

totally (1)
44:23

tour (1)
65:19

toward (1)
113:16

towards (1)
113:22

track (1)
104:25

traditional (2)
21:18; 78:22

trained (1)
114:19

training (5)
107:6; 109:19; 113:8;
113:10; 134:25

transcript (4)
16:9; 157:23; 158:23;
158:25

transfer (1)
143:5

transition (1)
68:13

translates (1)
113:6

Transportation (2)
155:24; 156:6

transportation (8)
7:2; 9:9; 44:8; 44:9;
94:17; 147:8; 156:3;
156:7

traumatic (2)
91:19; 92:1

trial (1)
8:5

tribunal (1)
11:3

trigger (2)
31:18; 109:11

trivial (2)
38:2; 38:14

true (9)
41:23; 65:2; 65:9;
65:12; 75:7; 75:10;
84:24; 122:22; 139:21

truth (12)
16:17; 16:18; 16:18;
59:3; 59:3; 59:4;
97:12; 97:12; 97:13;
148:6; 148:6; 148:6

try (4)
17:1; 20:10; 23:1;
57:20

trying (5)
8:16; 50:18; 88:24;
120:2; 127:8

Tuesday (1)
123:1

Tuesdays (1)
122:20

tuition (1)
92:12

turn (2)
105:7; 105:12

turning (1)
8:10

two (25)
7:4; 7:23; 11:4; 12:3;
17:13; 59:10; 78:2;
78:3; 78:9; 83:1;
85:23; 93:12; 99:6;
99:6; 117:20; 117:22;
118:12; 119:21;
121:19; 124:22;
127:12; 132:21;
137:3; 140:3; 145:1

two-and-a-half (1)
12:23

two-and-a-quarter (1)
69:24

two-page (1)
148:10

two-word (1)
123:16

type (2)
25:13; 31:3

typed (4)

17:15; 59:12; 97:22;
148:11

typically (4)
106:10; 106:24;
124:10; 129:20

**U**

Um-hum (8)
17:6; 18:1; 30:8;
30:11; 66:22; 67:10;
67:22; 77:24

um-hum (1)
28:4

unable (4)
49:24; 85:19; 147:1;
152:1

unappealed (1)
92:8

unavailable (1)
14:16

undated (2)
10:3; 10:6

under (6)
14:1; 24:10; 39:3;
86:12; 138:9; 145:20

Under (1)
24:21

understood (2)
48:19; 48:21

Understood (6)
60:24; 108:6; 108:17;
113:24; 115:3; 136:9

undertake (1)
113:10

unequivocal (1)
92:25

unfair (2)
44:24; 48:11

Unfortunately (3)
27:7; 44:16; 139:8

unilaterally (2)
49:21; 53:4

unique (2)
91:24; 108:8

unless (1)
50:7

Unless (1)
52:22

unlicensed (1)
108:19

unlikely (1)
55:19

unreliable (1)
114:11

unsigned (2)
7:21; 7:24

unsure (1)
153:23

up (41)
6:2; 8:16; 27:25;
44:3; 45:5; 54:2;
56:18; 63:12; 69:20;
70:3; 71:21; 72:11;

72:22; 73:13;
73:20; 74:12; 74:19;
74:22; 87:9; 90:24;
91:1; 94:25; 95:17;
96:5; 99:5; 101:22;
104:7; 117:14;
117:25; 118:5;
125:9; 127:24;
133:19; 136:18;
136:19; 143:24;
153:16; 154:2;
154:7; 154:10;
154:12

upcoming (2)
12:18; 101:12

update (3)
7:7; 32:16; 35:24

updated (3)
139:19; 139:22;
140:20

updates (2)
139:24; 140:22

uploaded (1)
10:15

upon (1)
94:2

upset (1)
136:18

use (11)
73:5; 84:4; 85:8;
101:19; 110:14;
110:23; 127:10;
130:18; 130:21;
131:22; 137:7

used (12)
12:10; 25:13; 29:22;
31:5; 32:10; 32:23;
48:10; 83:23; 83:24;
84:21; 112:16; 113:12

useful (1)
22:18

users (1)
78:18

uses (1)
107:13

using (7)
127:1; 131:11;
131:22; 133:4;
137:14; 139:19;
141:18

usually (5)
117:14; 121:15;
124:10; 129:21; 134:2

**V**

vantage (2)
48:18; 95:15

varies (4)
87:21; 126:1; 129:20;
136:17

various (2)
30:4; 34:10

vast (1)
121:7

verbal (4)
78:19; 78:21; 78:22;
106:2

verify (4)
22:14; 42:11; 54:21;
55:5

Verizon (1)
65:11

version (1)
102:10

versus (4)
55:20; 56:8; 70:20;
113:3

via (1)
14:19

Victor (1)
7:23

view (2)
48:17; 48:18

violation (1)
93:7

virtue (1)
50:23

vision (9)
67:19; 70:5; 80:19;
80:25; 84:2; 84:4;
92:4; 115:7; 122:25

visit (1)
146:15

visual (1)
127:5

vocational (1)
33:9

Vocational (1)
7:3

voicemail (3)
65:10; 65:14; 152:2

**W**

wait (1)
60:21

waiting (2)
83:2; 83:6

Walking (1)
34:25

wall (1)
119:18

wants (1)
48:24

washing (1)
110:2

way (16)
10:14; 14:9; 50:12;
50:13; 100:5; 107:25;
109:18; 109:23;
110:4; 112:17;
112:22; 113:13;
127:12; 132:7; 146:3;
159:2

ways (3)
30:4; 37:1; 94:2

Weather (1)
129:7

**weather (6)**
125:17; 127:4;
128:14; 128:25;
129:2; 130:10
**Wednesday (2)**
5:10; 122:24
**Wednesdays (1)**
122:20
**week (5)**
18:25; 63:25; 64:1;
68:3; 158:24
**weigh (1)**
146:6
**welcome (2)**
58:17; 96:14
**Welcome (1)**
96:20
**wh (3)**
123:16; 131:3; 131:6
**what's (2)**
109:25; 118:19
**What's (1)**
42:19
**wheelchair (1)**
78:18
**Whereupon (3)**
8:7; 10:10; 159:22
**whichever (2)**
13:8; 128:3
**who's (1)**
126:2
**Who's (1)**
5:12
**whole (8)**
16:18; 37:20; 59:3;
97:12; 115:19;
131:17; 148:6; 153:17
**whose (2)**
46:20; 119:15
**wipe (1)**
106:1
**wish (2)**
10:18; 153:12
**withdraw (1)**
52:14
**withdrawn (1)**
108:7
**within (12)**
15:6; 39:19; 50:5;
55:6; 65:5; 75:15;
88:4; 106:12; 115:21;
117:15; 119:9; 143:11
**without (3)**
52:17; 121:9; 146:2
**witness (41)**
14:6; 14:11; 14:21;
15:3; 18:14; 25:1;
28:9; 28:10; 28:15;
37:8; 37:8; 37:16;
44:24; 45:10; 45:14;
46:2; 46:4; 47:20;
48:3; 48:6; 48:11;
48:16; 51:6; 51:11;
52:17; 56:13; 57:17;

57:19; 58:17;
60:13; 72:7; 72:10;
72:22; 73:5; 76:2;
94:6; 98:18; 140:25;
144:8; 147:18;
154:23
**witnessed (3)**
114:13; 114:23;
136:19
**witnesses (6)**
12:3; 14:6; 14:15;
14:19; 15:13; 45:13
**word (1)**
16:8
**wording (1)**
113:12
**words (1)**
41:18
**work (9)**
32:9; 106:12; 107:6;
115:23; 115:25;
123:18; 123:20;
159:4; 159:18
**worked (1)**
137:13
**working (9)**
90:13; 101:4; 103:20;
119:21; 119:23;
120:22; 123:15;
124:25; 151:17
**worries (1)**
89:10
**worse (1)**
57:4
**worst (1)**
153:25
**worth (2)**
14:18; 14:21
**writing (3)**
157:9; 157:13; 157:20
**written (5)**
93:5; 93:11; 98:6;
146:18; 152:18
**wrong (3)**
94:9; 145:4; 153:24

### Y

**year (69)**
5:9; 6:14; 11:2; 12:8;
12:18; 13:7; 13:12;
18:8; 43:12; 44:23;
44:23; 45:2; 49:9;
49:12; 49:15; 49:22;
49:24; 50:4; 50:6;
50:22; 60:8; 61:2;
61:11; 61:12; 61:14;
61:15; 63:16; 65:11;
73:20; 83:16; 83:25;
85:11; 85:16; 86:14;
86:15; 87:4; 87:16;
89:12; 92:7; 92:9;
92:10; 92:19; 92:24;
93:3; 93:12; 93:19;
94:8; 98:11; 99:2;

99:7; 99:12; 101:5;
101:12; 103:2;
105:14; 135:25;
136:5; 144:15;
144:16; 144:17;
144:22; 145:3;
145:11; 145:12;
146:16; 146:18;
149:2; 149:8;
156:15
**year-by-year (1)**
6:12
**years (3)**
27:3; 75:4; 75:9
**Yep (2)**
21:7; 154:5
**yesterday (1)**
18:25
**yield (1)**
22:17
**York (5)**
23:14; 25:8; 26:5;
92:17; 93:7

### Z

**zoomed (1)**
130:24

# EXHIBIT 8



# FY 2021

# December 2020

 **Department of Education**

 **Department of Education**

Chancellor Richard A. Carranza

52 Chambers Street Room 319 N.Y.  N.Y.  10007
Phone:  718-935-3533
E-mail:  SIrish@schools.nyc.gov

**Suzette Irish**
*Administrator-DFO/Office of Accounting*

# FY 2021 December Financial Status Report Memorandum

**Date:  December 8, 2020**

**To:    Members of the Comprehensive Financial Monitoring Task Force**

**From: Suzette Irish**

**Re:    FY 2021 December Financial Status Report**

Enclosed for your review is the FY 2021 December Financial Status Report (FSR).  The fiscal reports included in this document reflect operating budgets with approved modifications through late November.  This report also includes a summary of the recently released November Financial Plan on page 3.

The December Financial Status Report (FSR) is available for printing December FSR PDF or downloading in Excel format.

Thank you.

c:  Richard A. Carranza
    Chancellor's Senior Staff
    Division of Budget Operations & Review Senior Staff

Exhibit 8: Page 2 of 17

**FY2021**

## DECEMBER 2020 FSR
## TABLE OF CONTENTS

**Page**

**CURRENT APPROVED BUDGET**                                                        1

**RECONCILIATIONS:**
   ▶ Revenue Modifications                                          2

**SUMMARY OF FY2022 NOVEMBER PLAN**                                                3

**REVENUE BUDGET:**
   ▶ Revenue Budget Update                                          4
   ▶ Summary of Claims                                              7

**YEAR-TO-DATE COMMITMENTS:**
   ▶ Personal Service & Other Than Personal Service by Unit of Appropriation   9
   ▶ Personal Service by Category                                   10
   ▶ Other Than Personal Service by Category                        11

**CURRENT HEADCOUNT CONDITIONS:**
   ▶ Tax-Levy & Reimbursable                                        12
   ▶ Tax-Levy Central Offices                                       13
   ▶ Categorical Programs                                           14

# Department of Education of the City of New York

Current Approved Budget Condition
as of 11/24/2020

| Unit of Appropriation | FY2021 Adopted Budget 7/1/20 | Approved FMS Budget 9/16/20 | Approved Modifications 9/16/20 - 11/24/20 | City Budget 11/24/20 |
|---|---|---|---|---|
| 401  General Ed Instruction & School Leadership - PS | $6,860,638,386 | $6,856,203,128 | ($600,000) | $6,855,603,128 |
| 402  General Ed Instruction & School Leadership - OTPS | 631,910,587 | 630,922,012 | 600,000 | 631,522,012 |
| 403  Special Ed Instruction & School Leadership - PS | 2,164,924,854 | 2,164,924,854 | 0 | 2,164,924,854 |
| 404  Special Ed Instruction & School Leadership - OTPS | 5,357,078 | 5,357,078 | 0 | 5,357,078 |
| 406  Charter Schools - OTPS | 2,391,568,242 | 2,391,568,242 | 0 | 2,391,568,242 |
| 407  Universal Pre-K - PS | 547,111,375 | 547,111,375 | 0 | 547,111,375 |
| 408  Universal Pre-K - OTPS | 504,618,924 | 504,618,924 | 0 | 504,618,924 |
| 409  Early Childhood - PS | 88,153,976 | 89,528,563 | 0 | 89,528,563 |
| 410  Early Childhood - OTPS | 503,533,968 | 503,533,968 | 4,778,282 | 508,312,250 |
| 415  School Support Organization - PS | 267,066,878 | 266,904,008 | 0 | 266,904,008 |
| 416  School Support Organization - OTPS | 19,865,065 | 19,865,065 | 0 | 19,865,065 |
| 421  Citywide Special Ed Instruction & School Leadership - PS | 1,222,776,593 | 1,222,776,593 | 0 | 1,222,776,593 |
| 422  Citywide Special Ed Instruction & School Leadership - OTPS | 23,543,122 | 23,543,122 | 0 | 23,543,122 |
| 423  Special Ed Instructional Support - PS | 379,065,761 | 379,065,761 | 0 | 379,065,761 |
| 424  Special Ed Instructional Support - OTPS | 294,821,340 | 294,821,340 | 0 | 294,821,340 |
| 435  School Facilities - PS | 180,638,465 | 180,638,465 | 1,001,746 | 181,640,211 |
| 436  School Facilities - OTPS | 884,564,861 | 910,246,148 | 32,754,776 | 943,000,924 |
| 438  Pupil Transportation - OTPS | 1,185,938,808 | 1,185,938,808 | 0 | 1,185,938,808 |
| 439  School Food Services - PS | 236,254,306 | 236,254,306 | 0 | 238,254,306 |
| 440  School Food Services - OTPS | 293,920,543 | 293,920,543 | 0 | 293,920,543 |
| 442  School Safety - OTPS | 427,357,272 | 427,357,272 | 0 | 427,357,272 |
| 444  Energy & Leases - OTPS | 573,144,082 | 573,144,082 | 0 | 573,144,082 |
| 453  Central Administration - PS | 184,763,942 | 188,757,777 | 0 | 188,757,777 |
| 454  Central Administration - OTPS | 110,517,502 | 110,605,120 | 0 | 110,605,120 |
| 461  Fringe Benefits - PS | 3,952,836,334 | 3,952,966,997 | 0 | 3,952,966,997 |
| 470  Special Education Pre-K Contract Payments - OTPS | 864,706,411 | 864,706,411 | 0 | 864,706,411 |
| 472  Contract & Foster Care Payments - OTPS | 864,295,063 | 864,295,063 | 0 | 864,295,063 |
| 474  Non-Public School and FIT Payments - OTPS | 95,598,009 | 111,110,301 | 446,214 | 111,556,515 |
| Total Tax-levy Funding | $25,759,491,747 | $25,800,685,326 | $38,981,018 | $25,839,666,344 |
| 481  Categorical Programs PS | 1,045,102,791 | 1,048,687,325 | 0 | 1,048,687,325 |
| 482  Categorical Programs OTPS | 755,366,100 | 759,499,823 | 46,491,175 | 805,990,998 |
| Total Categorical Programs | $1,800,468,891 | $1,808,187,148 | $46,491,175 | $1,854,678,323 |
| **GRAND TOTAL** | $27,559,960,638 | $27,608,872,474 | $85,472,193 | $27,694,344,667 |

Plus:  Other System-Wide Obligations as per the November Financial Plan

| | |
|---|---|
| Pension | $3,451,101,066 |
| General Obligation Debt Service | 1,139,675,437 |
| TFA Debt Service | 1,703,978,607 |
| Med B (Agency 098) | 111,941,983 |
| Stabilization Fund (Agency 098) | 12,480,702 |
| Subtotal | $6,419,177,795 |

TOTAL FUNDS COMMITTED TO DEPARTMENT OF EDUCATION | $34,113,522,462

Exhibit 8: Page 4 of 17

# Department of Education of the City of New York

Reconciliation: *Increased Expense Budget due to Revenue Modifications*
as of 11/24/2020

| **Approved Modifications** | | $85,472,193 | | |
|---|---|---|---|---|

| Revenue Source | | Amount | Mod # | Date Approved |
|---|---|---|---|---|
| **Federal** | | | | |
| CD Rollover | | $43,967,285 | FY21_DOE39A, 40A, 41, 43, 44A, 45C, 48, 49 & 50 | 9/24/20 |
| | **Total Federal** | $43,967,285 | | |
| **State** | | | | |
| Smart School Technology | | $25,425,701 | FY21_DOE56 | 11/4/20 |
| | **Total State** | $25,425,701 | | |
| | | | | |
| **Intra-City:** | | | | |
| DCAS - OneNYC: ExCEL Energy Team | | $11,379,248 | IC21RMR099 & IC21RMR106 | 9/28/20 & 10/6/20 |
| DCAS - OneNYC: ExCEL FIT | | 446,214 | IC21RMR100 | 9/28/20 |
| DCAS - OneNYC: Solar Energy | | 540,000 | IC21RMR165 | 10/30/20 |
| DCAS - OneNYC: LAN Cabling | | 205,068 | IC21RMR177 | 11/2/20 |
| DOHMH - Agency Nurse Tracking | | 3,125,000 | OICAL2175 | 9/18/20 |
| DOHMH - Savoy Medical Supplies | | 383,677 | OICAL2176 | 9/18/20 |
| | **Total Intra-City** | $16,079,207 | | |
| | | | | |
| **TOTAL Approved Revenue Mods** | | $85,472,193 | | |

Exhibit 8: Page 5 of 17

| FY2022 NOV PLAN - All Funds Gapsheet | | | | | | FINAL |
|---|---|---|---|---|---|---|
| ($ in Thousands) | | | | | | |
| | | | FY2021 | FY2022 | FY2023 | FY2024 |
| | CITY | | 13,790,411 | 14,130,890 | 14,509,745 | 14,906,322 |
| **FY21** | STATE | | 11,445,882 | 12,259,990 | 12,712,583 | 12,712,583 |
| **ADP** | FEDERAL | | 2,145,095 | 2,097,421 | 2,097,421 | 2,097,421 |
| **PLAN** | OTHER CATEGORICAL | | 168,594 | 163,397 | 163,397 | 163,397 |
| | INTRA-CITY | | 9,979 | 9,979 | 9,979 | 9,979 |
| | TOTAL FUNDS | | 27,559,961 | 28,661,676 | 29,493,124 | 29,889,701 |
| | | Funding | | | | |
| **New Needs** | | | | | | |
| | School Re-Opening Costs | City | 156,900 | - | - | - |
| | Learning Bridges | City | 44,900 | - | - | - |
| | Transportation Budget Adjustment | City | 200,000 | - | - | - |
| **Subtotal** | | | 401,800 | - | - | - |
| **Collective Bargaining** | | | | | | |
| | SSA: Collective Bargaining | City | 156 | - | - | - |
| | Collective Bargaining Lump Sum | City | 9,569 | - | - | - |
| | Collective Bargaining Lump Sum | City | 348,300 | - | - | - |
| **Subtotal** | | | 358,025 | - | - | - |
| **Other Adjustments** | | | | | | |
| | NYC Service: Service in Schools | City | 100 | - | - | - |
| | NYC Service: Youth Leadership Councils | City | 50 | - | - | - |
| | Charter Revenue | State | 89,798 | - | - | - |
| | Demand Response Revenue | Oth Cat | 4,536 | - | - | - |
| | OEO Funding Adjustment | City | 50 | - | - | - |
| | Labor Deferral | City | - | 39,762 | - | - |
| **Subtotal** | | | 94,534 | 39,762 | - | - |
| **PEG Restorations** | | | | | | |
| | PEG Restorations | City | 30,600 | - | - | - |
| **Subtotal** | | | 30,600 | - | - | - |
| **Savings** | | | | | | |
| | Vehicle Purchase Freeze | City | (665) | (665) | - | - |
| | Managerial and OJ Furlough | City | (4,436) | - | - | - |
| | Managerial and OJ Furlough | Federal | (3) | - | - | - |
| | Managerial and OJ Furlough - IC | City | (9) | - | - | - |
| | Labor Deferral | City | (39,762) | - | - | - |
| | Citywide Discretionary Training Freeze | City | (180) | - | - | - |
| **Subtotal** | | | (45,055) | (665) | - | - |
| **Intra-Cities/ Mods** | | | | | | |
| | Intra-Cities | Intra-City | 47,482 | - | - | - |
| | SSBA Adjustment | State | 15,294 | - | - | - |
| | Demand Response Rollover | Oth Cat | 2,141 | - | - | - |
| | LGRMIF Grant Award Rollover | State | 75 | - | - | - |
| | Federal CARES Revenue Realignment | State | (89,549) | - | - | - |
| | Federal CARES Revenue Realignment | Federal | 89,549 | - | - | - |
| | CD Rollovers | Federal | 43,967 | - | - | - |
| | CARES Revenue Adjustment | State | (630,999) | - | - | - |
| | CARES Revenue Adjustment | Federal | 630,999 | - | - | - |
| | Revenue Adjustment | State | 25,426 | - | - | - |
| **Subtotal** | | | 134,384 | - | - | - |
| | CITY | | 745,573 | 39,097 | - | - |
| **FY22** | STATE | | (589,955) | - | - | - |
| **NOV** | FEDERAL | | 764,512 | - | - | - |
| **CHNG** | OTH CAT | | 6,677 | - | - | - |
| | INTRA-CITY | | 47,482 | - | - | - |
| | TOTAL FUNDS | | 974,289 | 39,097 | - | - |
| | | | FY2021 | FY2022 | FY2023 | FY2024 |
| | CITY | | 14,535,984 | 14,169,987 | 14,509,745 | 14,906,322 |
| **FY22** | STATE | | 10,855,927 | 12,259,990 | 12,712,583 | 12,712,583 |
| **NOV** | FEDERAL | | 2,909,607 | 2,097,421 | 2,097,421 | 2,097,421 |
| **PLAN** | OTHER CATEGORICAL | | 175,271 | 163,397 | 163,397 | 163,397 |
| | INTRA-CITY | | 57,460 | 9,979 | 9,979 | 9,979 |
| | TOTAL FUNDS | | 28,534,249 | 28,700,773 | 29,493,124 | 29,889,701 |

Exhibit 8: Page 6 of 17

# Department of Education of the City of New York

Revenue Budget

as of 11/25/2020

($ thousands)

| Revenue Source | Description | FY 2021 Adopted Budget | September Revenue Condition | Pending and Approved Modifications | Current Revenue Estimate |
|---|---|---|---|---|---|
| **STATE FUNDS** | | | | | |
| *General Support Aids* | | | | | |
| 29358 | FOUNDATION AID | $8,074,206.9 | $7,984,658.1 | ($630,999.0) | $7,353,659.07 |
| 29359 | EDUCATION GRANTS | 1,200.0 | 1,200.0 | 0.0 | 1,200.0 |
| 27920 | BUILDING AID - BOE | 9,677.6 | 9,677.6 | 0.0 | 9,677.6 |
| 27921 | TRANSPORTATION AID | 599,913.9 | 599,913.9 | 0.0 | 599,913.9 |
| 27923 | PRIVATE EXCESS COST AID | 170,829.3 | 170,829.3 | 0.0 | 170,829.3 |
| 27924 | CAREER EDUCATION | 123,988.7 | 123,988.7 | 0.0 | 123,988.7 |
| 29253 | COMPUTER ADMINISTRATION AID | 28,743.1 | 28,743.1 | 0.0 | 28,743.1 |
| 29290 | HIGH COST AID | 245,407.1 | 245,407.1 | 0.0 | 245,407.1 |
| 29605 | BUILDING AID - SCA | 473,790.0 | 473,790.0 | 0.0 | 473,790.0 |
| 29606 | BUILDING AID - LEASES | 36,755.3 | 36,755.3 | 0.0 | 36,755.3 |
| 29627 | AID FOR ACADEMIC ACHIEVEMENT | 34,723.5 | 34,723.5 | 0.0 | 34,723.5 |
| | **Sub-Total - General Support Aids** | **$9,799,235.4** | **$9,709,686.6** | **($630,999.0)** | **$9,078,687.6** |
| *Restricted/Categorical Aids* | | | | | |
| 26090 | STATE CHILD WELFARE SERVICES | $10,404.4 | $10,404.4 | ($10,404.4) | ($0.0) |
| 27900 | SCHOOL LUNCH | 7,612.5 | 7,612.5 | 0.0 | 7,612.5 |
| 27902 | UNIVERSAL PRE-K EXPANSION & COMPETITIVE GRANT | 306,004.7 | 306,004.7 | 0.0 | 306,004.7 |
| 27906 | SPECIAL GRANTS - MISCELLANEOUS | 19,500.0 | 19,500.0 | 0.0 | 19,500.0 |
| 27907 | TEXTBOOKS | 74,881.6 | 74,881.6 | 0.0 | 74,881.6 |
| 27914 | CHARTER SCHOOLS | 100,171.3 | 100,171.3 | 89,798.3 | 189,969.7 |
| 29255 | PRE-K HANDICAPPED | 543,653.0 | 543,653.0 | 0.0 | 543,653.0 |
| 29260 | EMPLOYMENT PREPARATION for EDUCATION (EPE) | 30,285.6 | 30,285.6 | 0.0 | 30,285.6 |
| 29261 | COMPUTER SOFTWARE AID | 18,655.1 | 18,655.1 | 0.0 | 18,655.1 |
| 29262 | COMPUTER HARDWARE AID | 12,287.2 | 12,287.2 | 0.0 | 12,287.2 |
| 29275 | LIBRARY MATERIALS AID | 7,050.7 | 7,050.7 | 0.0 | 7,050.7 |
| 29280 | SUPPLEMENTAL SCHOOL CONNECTIVITY | 6,521.6 | 13,043.2 | 0.0 | 13,043.2 |
| 29292 | CHAPTER 721 REIMBURSEMENT | 10,000.0 | 10,000.0 | 0.0 | 10,000.0 |
| 29295 | SUMMER HANDICAPPED AID | 135,009.0 | 135,009.0 | 0.0 | 135,009.0 |
| 29356 | TEACHER CENTERS / MENTOR TEACHER | 7,029.0 | 7,029.0 | 0.0 | 7,029.0 |
| 29603 | SCHOOL BREAKFAST | 8,907.6 | 8,907.6 | 0.0 | 8,907.6 |
| 29614 | UNIVERSAL PRE-KINDERGARTEN | 244,853.8 | 244,853.8 | 0.0 | 244,853.8 |
| 29615 | SMART SCHOOLS TECHNOLOGY | 33,685.2 | 42,457.1 | 25,425.7 | 67,882.8 |
| 29617 | PRE-K HANDICAPPED ADMINISTRATION | 7,300.0 | 7,300.0 | 0.0 | 7,300.0 |
| 29621 | TEACHERS FOR TOMORROW | 15,000.0 | 15,000.0 | 0.0 | 15,000.0 |
| 29624 | BLIND AND DEAF STUDENTS | 50,000.0 | 50,000.0 | 0.0 | 50,000.0 |
| 30400 | STOP DWI | 334.8 | 334.8 | 0.0 | 334.8 |
| 30906 | STATE ARCHIVES AND RECORDS ADMIN. (SARA) GRANT | 0.0 | 75.0 | 0.0 | 75.0 |
| | **Sub-Total - Restricted/Categorical Aids** | **$1,649,147.0** | **$1,664,515.5** | **$104,819.6** | **$1,769,335.1** |
| | **Total - State Funds** | **$11,448,382.4** | **$11,374,202.1** | **($526,179.4)** | **$10,848,022.7** |

- 4 -

Exhibit 8: Page 7 of 17

### Department of Education of the City of New York
Revenue Budget
as of 11/25/2020
[($ thousands)]

| Revenue Source | Description | FY 2021 Adopted Budget | September Revenue Condition | Pending and Approved Modifications | Current Revenue Estimate |
|---|---|---|---|---|---|
| **FEDERAL FUNDS** | | | | | |
| 11919 | MEDICAID - HEALTH & MEDICAL CARE | $123,500.0 | $123,500.0 | $0.0 | $123,500.0 |
| 11966 | CHILD CARE BLOCK GRANT | 125,000.0 | 125,000.0 | (125,000.0) | 0.0 |
| 13022 | FEDERAL DRUG ABUSE FUNDS | 16,691.5 | 16,691.5 | 0.0 | 16,691.5 |
| 13901 | OFF-SCHOOL TIME MEALS | 21,038.1 | 21,038.1 | 0.0 | 21,038.1 |
| 13902 | FEDERAL SCHOOL LUNCH | 338,476.4 | 338,476.4 | 0.0 | 338,476.4 |
| 13905 | VOCATIONAL EDUCATION | 14,294.3 | 14,294.3 | 0.0 | 14,294.3 |
| 13907 | SCHOOL BREAKFAST PROGRAM | 145,780.6 | 145,780.6 | 0.0 | 145,780.6 |
| 13912 | ECIA TITLE I | 679,101.1 | 679,101.1 | 0.0 | 679,101.1 |
| 13914 | FEDERAL MISCELLANEOUS GRANTS | 15,000.0 | 15,000.0 | 0.0 | 15,000.0 |
| 13915 | IDEA - PROGRAMS FOR THE DISABLED | 269,781.6 | 269,781.6 | 0.0 | 269,781.6 |
| 13916 | INSTALLATION IMPACT AID | 5,250.0 | 5,250.0 | 0.0 | 5,250.0 |
| 13919 | SUMMER FEEDING PROGRAM | 18,108.4 | 18,108.4 | 0.0 | 18,108.4 |
| 13926 | EESA TITLE II - PROFESSIONAL DEVELOPMENT | 75,500.0 | 75,500.0 | 0.0 | 75,500.0 |
| 13927 | EESA TITLE VII - MAGNET SCHOOLS | 10,200.0 | 10,200.0 | 0.0 | 10,200.0 |
| 13936 | EDUCATION FOR HOMELESS CHILDREN & YOUTH | 1,550.0 | 1,550.0 | 0.0 | 1,550.0 |
| 13939 | COMMUNITY LEARNING CENTERS | 21,011.4 | 21,011.4 | 0.0 | 21,011.4 |
| 13941 | TITLE III-LEP & IMMIGRATION STUDENTS | 34,006.2 | 34,006.2 | 0.0 | 34,006.2 |
| 13945 | TITLE I - COMPETITIVE | 30,000.0 | 30,000.0 | 0.0 | 30,000.0 |
| 14719 | TITLE IV - STUDENT SUPPORT & ACADEMIC ENRICHMENT | 49,000.0 | 49,000.0 | 0.0 | 49,000.0 |
| 14720 | CARES | 0.0 | 89,548.8 | 630,999.0 | 720,547.8 |
| 15901 | HEAD START | 131,623.1 | 131,623.1 | 0.0 | 131,623.1 |
| | Sub-Total - Federal Funds | $2,124,912.6 | $2,214,461.4 | $505,999.0 | $2,720,460.4 |
| **INTRA - CITY** | | | | | |
| 00595 | OTHER SERVICES/FEES (DCAS - OneNYC: ExCEL FIT) | $0.0 | $218.8 | $446.2 | $665.0 |
| 00595 | OTHER SERVICES/FEES (DCAS - OneNYC: ExCEL Energy Team) | 0.0 | 4,506.3 | 11,379.2 | 15,885.5 |
| 00595 | OTHER SERVICES/FEES (DCAS - OneNYC: RCM Projects) | 0.0 | 21,175.0 | 0.0 | 21,175.0 |
| 00595 | OTHER SERVICES/FEES (DCAS - OneNYC: Solar Energy) | 0.0 | 0.0 | 540.0 | 540.0 |
| 00595 | OTHER SERVICES/FEES (DCAS - OneNYC: LAN Cabling) | 0.0 | 0.0 | 205.1 | 205.1 |
| 00595 | OTHER SERVICES/FEES (DOC - Young Adult Workforce) | 0.0 | 2,740.5 | 0.0 | 2,740.5 |
| 00595 | OTHER SERVICES/FEES (DOHMH - Collective Bargaining) | 38.8 | 38.8 | 0.0 | 38.8 |
| 00595 | OTHER SERVICES/FEES (DOHMH - Obesity Programs) | 0.0 | 2,762.0 | 0.0 | 2,762.0 |
| 00595 | OTHER SERVICES/FEES (DOHMH - Physical Fitness) | 2,430.3 | 2,430.3 | 0.0 | 2,430.3 |
| 00595 | OTHER SERVICES/FEES (DOHMH - School Health) | 3,063.7 | 3,063.7 | 0.0 | 3,063.7 |
| 00595 | OTHER SERVICES/FEES (DOHMH - Agency Nurse Tracking) | 0.0 | 0.0 | 3,125.0 | 3,125.0 |
| 00595 | OTHER SERVICES/FEES (DOHMH - Savoy Medical Supplies) | 0.0 | 0.0 | 383.7 | 383.7 |
| 00595 | OTHER SERVICES/FEES (DYCD - Beacon Program) | 3,723.0 | 3,723.0 | 0.0 | 3,723.0 |
| 00596 | INTRA - CITY RENTALS (DCAS - School Rental) | 50.0 | 50.0 | 0.0 | 50.0 |
| 00596 | INTRA - CITY RENTALS (DOT - Safety City Program) | 541.8 | 541.8 | 0.0 | 541.8 |
| 00596 | INTRA - CITY RENTALS (NYPD - Rental) | 131.0 | 131.0 | 0.0 | 131.0 |
| | Sub-Total - Intra-City | $9,978.7 | $41,381.2 | $16,079.2 | $57,460.4 |

Exhibit 8: Page 8 of 17

## Department of Education of the City of New York

Revenue Budget

as of 11/25/2020

($ thousands)

| Revenue Source | Description | FY 2021 Adopted Budget | September Revenue Condition | Pending and Approved Modifications | Current Revenue Estimate |
|---|---|---|---|---|---|
| **MISCELLANEOUS FEES & GRANTS** | | | | | |
| 00460 | EDUC. SERVICE FEES (School Lunch) | $1,000.0 | $1,000.0 | $0.0 | $1,000.0 |
| 00760 | RENTALS (Extended Use of School Buildings) | 36,500.0 | 36,500.0 | 0.0 | 36,500.0 |
| 00859 | SUNDRIES (UFT Fees Misc. Coll. Refunds) | 7,000.0 | 7,000.0 | 0.0 | 7,000.0 |
| 00859 | GRANT REFUNDS | 8,174.0 | 8,174.0 | 0.0 | 8,174.0 |
| Sub-Total - Miscellaneous Fees & Grants | | $52,674.0 | $52,674.0 | $0.0 | $52,674.0 |
| **OTHER CATEGORICAL** | | | | | |
| 31938 | SUPPLEMENTAL WELFARE BENEFITS | $33,227.0 | $33,227.0 | $0.0 | $33,227.0 |
| 41900 | PRIVATE GRANTS | 50,000.0 | 50,000.0 | 0.0 | 50,000.0 |
| 41905 | SCA CONSTRUCTION | 73,686.8 | 73,686.8 | 0.0 | 73,686.8 |
| 41911 | NON-RESIDENT TUITION | 5,000.0 | 5,000.0 | 0.0 | 5,000.0 |
| 41917 | RETIREMENT BENEFITS (BERS) | 6,680.2 | 6,680.2 | 0.0 | 6,680.2 |
| 44061 | ENERGY DEMAND RESPONSE PROGRAM | 0.0 | 2,140.8 | 4,535.9 | 6,676.7 |
| Sub-Total - Other Categorical | | $168,594.0 | $4,535.9 | $4,535.9 | $175,270.7 |
| **Total Revenue** | | $13,804,541.7 | $13,989,292.6 | $0.0 | $13,853,888.2 |
| **City Tax-Levy Funding** | | $13,790,411.0 | $13,790,411.0 | $745,573.0 | $14,535,984.0 |

ADJUSTMENTS:

| | |
|---|---|
| - Miscellaneous Fees & Grants - included in City Tax-Levy Funding | ($52,674.0) |
| - State Building Aid - not included in operating budget | (2,500.0) |
| - CD Violation Removal | 64,146.4 |
| - State Child Welfare Services | 10,404.4 |
| - Child Care Block Grant | 125,000.0 |

November FY2022 Plan Changes:

| | |
|---|---|
| - State Funding - not included in operating budget | $541,200.7 |
| - Federal Funding - not included in operating budget | (630,996.1) |
| - Other Categorical Funding - not included in operating budget | (4,535.9) |
| - City Funding - not included in operating budget | (745,573.0) |
| Total November FY2020 Plan Changes | ($839,904.3) |
| **Total Adjustments** | **($695,527.5)** |
| **CURRENT OPERATING BUDGET** | **$27,694,344.7** |

Exhibit 8: Page 9 of 17

## Department of Education of the City of New York
Revenue Budget: Summary of Claims Submitted
as of 11/25/2020
($ thousands)

| Revenue Source | Description | FY 2021 Adopted Budget | Current Revenue Condition | Claims Submitted YTD - 11/25/20 | Cash Applied YTD - 11/25/20 | Percentage Claimed YTD - 11/25/20 |
|---|---|---|---|---|---|---|
| **STATE FUNDS** | | | | | | |
| *General Support Aids* | | | | | | |
| 29358 | FOUNDATION AID | $8,074,206.9 | $7,353,659.1 | $1,102,742.6 | $1,102,742.6 | 15.0% |
| 29359 | EDUCATION GRANTS | 1,200.0 | 1,200.0 | 165.0 | 165.0 | 13.8% |
| 27920 | BUILDING AID - BOE | 9,677.6 | 9,677.6 | 4,766.1 | 4,766.1 | 49.2% |
| 27921 | TRANSPORTATION AID | 599,913.9 | 599,913.9 | 82,499.6 | 82,499.6 | 13.8% |
| 27923 | PRIVATE EXCESS COST AID | 170,829.3 | 170,829.3 | 0.0 | 0.0 | 0.0% |
| 27924 | CAREER EDUCATION | 123,988.7 | 123,988.7 | 17,050.8 | 17,050.8 | 13.8% |
| 29253 | COMPUTER ADMINISTRATION AID | 28,743.1 | 28,743.1 | 3,952.7 | 3,952.7 | 13.8% |
| 29290 | HIGH COST AID | 245,407.1 | 245,407.1 | 0.0 | 0.0 | 0.0% |
| 29605 | BUILDING AID - SCA | 473,790.0 | 473,790.0 | 233,335.3 | 233,335.3 | 49.2% |
| 29606 | BUILDING AID - LEASES | 36,755.3 | 36,755.3 | 18,101.5 | 18,101.5 | 49.2% |
| 29627 | AID FOR ACADEMIC ACHIEVEMENT | 34,723.5 | 34,723.5 | 4,775.1 | 4,775.1 | 13.8% |
| **Sub-Total - General Support Aids** | | $9,799,235.4 | $9,078,687.6 | $1,467,388.8 | $1,467,388.8 | 16.2% |
| *Restricted/Categorical Aids* | | | | | | |
| 26090 | STATE CHILD WELFARE SERVICES | $10,404.4 | ($0.0) | $0.0 | $0.0 | 0.0% |
| 27900 | SCHOOL LUNCH | 7,612.5 | 7,612.5 | 0.0 | 0.0 | 0.0% |
| 27902 | UNIVERSAL PRE-K EXPANSION & COMPETITIVE GRANT | 306,004.7 | 306,004.7 | 0.0 | 0.0 | 0.0% |
| 27906 | SPECIAL GRANTS - MISCELLANEOUS | 19,500.0 | 19,500.0 | 850.2 | 850.2 | 4.4% |
| 27907 | TEXTBOOKS | 74,881.6 | 74,881.6 | 18,893.1 | 18,893.1 | 25.2% |
| 27914 | CHARTER SCHOOLS | 100,171.3 | 189,969.7 | 0.0 | 0.0 | 0.0% |
| 29255 | PRE-K HANDICAPPED | 543,653.0 | 543,653.0 | 2,146.0 | 997.6 | 0.4% |
| 29260 | EMPLOYMENT PREPARATION for EDUCATION (EPE) | 30,285.6 | 30,285.6 | 0.0 | 0.0 | 0.0% |
| 29261 | COMPUTER SOFTWARE AID | 18,655.1 | 18,655.1 | 0.0 | 0.0 | 0.0% |
| 29262 | COMPUTER HARDWARE AID | 12,287.2 | 12,287.2 | 0.0 | 0.0 | 0.0% |
| 29275 | LIBRARY MATERIALS AID | 7,050.7 | 7,050.7 | 0.0 | 0.0 | 0.0% |
| 29280 | SUPPLEMENTAL SCHOOL CONNECTIVITY | 6,521.6 | 13,043.2 | 0.0 | 0.0 | 0.0% |
| 29292 | CHAPTER 721 REIMBURSEMENT | 10,000.0 | 10,000.0 | 0.0 | 0.0 | 0.0% |
| 29295 | SUMMER HANDICAPPED AID | 135,009.0 | 135,009.0 | 0.0 | 0.0 | 0.0% |
| 29356 | TEACHER CENTERS / MENTOR TEACHER | 7,029.0 | 7,029.0 | 0.0 | 0.0 | 0.0% |
| 29503 | SCHOOL BREAKFAST | 8,907.6 | 8,907.6 | 0.0 | 0.0 | 0.0% |
| 29614 | UNIVERSAL PRE-KINDERGARTEN | 244,853.8 | 244,853.8 | 0.0 | 0.0 | 0.0% |
| 29615 | SMART SCHOOLS TECHNOLOGY | 33,685.2 | 67,882.8 | 0.0 | 0.0 | 0.0% |
| 29617 | PRE-K HANDICAPPED ADMINISTRATION | 7,300.0 | 7,300.0 | 0.0 | 0.0 | 0.0% |
| 29621 | TEACHERS FOR TOMORROW | 15,000.0 | 15,000.0 | 0.0 | 0.0 | 0.0% |
| 29624 | BLIND AND DEAF STUDENTS | 50,000.0 | 50,000.0 | 0.0 | 0.0 | 0.0% |
| 30400 | STOP DWI | 334.8 | 334.8 | 0.0 | 0.0 | 0.0% |
| 30906 | STATE ARCHIVES AND RECORDS ADMIN. (SARA) GRANT | 0.0 | 75.0 | 75.0 | 0.0 | 100.0% |
| **Sub-Total - Restricted/Categorical Aids** | | $1,649,147.0 | $1,769,335.1 | $21,964.4 | $20,740.9 | 1.2% |
| **Total - State Funds** | | $11,448,382.4 | $10,848,022.7 | $1,489,353.1 | $1,488,129.7 | 13.7% |

Exhibit 8: Page 10 of 17

## Department of Education of the City of New York

Revenue Budget: Summary of Claims Submitted

as of 11/25/2020

($ thousands)

| Revenue Source | Description | FY 2021 Adopted Budget | Current Revenue Condition | Claims Submitted YTD - 11/25/20 | Cash Applied YTD - 11/25/20 | Percentage Claimed YTD - 11/25/20 |
|---|---|---|---|---|---|---|
| **FEDERAL FUNDS** | | | | | | |
| 11919 | MEDICAID - HEALTH & MEDICAL CARE | $123,500.0 | $123,500.0 | $0.0 | $0.0 | 0.0% |
| 11966 | CHILD CARE BLOCK GRANT | 125,000.0 | 0.0 | 0.0 | 0.0 | 0.0% |
| 13022 | FEDERAL DRUG ABUSE FUNDS | 16,691.5 | 16,691.5 | 7,491.7 | 7,491.7 | 44.9% |
| 13901 | OFF-SCHOOL TIME MEALS | 21,038.1 | 21,038.1 | 0.0 | 0.0 | 0.0% |
| 13902 | FEDERAL SCHOOL LUNCH | 338,476.4 | 338,476.4 | 0.0 | 0.0 | 0.0% |
| 13905 | VOCATIONAL EDUCATION | 14,294.3 | 14,294.3 | 0.0 | 0.0 | 0.0% |
| 13907 | SCHOOL BREAKFAST PROGRAM | 145,780.6 | 145,780.6 | 0.0 | 0.0 | 0.0% |
| 13912 | ECIA TITLE I | 679,101.1 | 679,101.1 | 0.0 | 0.0 | 0.0% |
| 13914 | FEDERAL MISCELLANEOUS GRANTS | 15,000.0 | 15,000.0 | 0.0 | 0.0 | 0.0% |
| 13915 | IDEA - PROGRAMS FOR THE DISABLED | 269,781.6 | 269,781.6 | 0.0 | 0.0 | 0.0% |
| 13916 | INSTALLATION IMPACT AID | 5,250.0 | 5,250.0 | 0.0 | 0.0 | 0.0% |
| 13919 | SUMMER FEEDING PROGRAM | 18,108.4 | 18,108.4 | 18,108.4 | 18,108.4 | 100.0% |
| 13926 | EESA TITLE II - PROFESSIONAL DEVELOPMENT | 75,500.0 | 75,500.0 | 0.0 | 0.0 | 0.0% |
| 13927 | EESA TITLE VII - MAGNET SCHOOLS | 10,200.0 | 10,200.0 | 0.0 | 0.0 | 0.0% |
| 13938 | EDUCATION FOR HOMELESS CHILDREN & YOUTH | 1,550.0 | 1,550.0 | 0.0 | 0.0 | 0.0% |
| 13939 | COMMUNITY LEARNING CENTERS | 21,011.4 | 21,011.4 | 0.0 | 0.0 | 0.0% |
| 13941 | TITLE III-LEP & IMMIGRATION STUDENTS | 34,006.2 | 34,006.2 | 0.0 | 0.0 | 0.0% |
| 13945 | TITLE I - COMPETITIVE | 30,000.0 | 30,000.0 | 0.0 | 0.0 | 0.0% |
| 14719 | TITLE IV - STUDENT SUPPORT & ACADEMIC ENRICHMENT | 49,000.0 | 49,000.0 | 0.0 | 0.0 | 0.0% |
| 14720 | CARES | 0.0 | 720,547.8 | 0.0 | 0.0 | 0.0% |
| 15901 | HEAD START | 131,623.1 | 131,623.1 | 0.0 | 0.0 | 0.0% |
| | Sub-Total - Federal Funds | $2,124,912.6 | $2,720,460.4 | $25,600.1 | $25,600.1 | 0.9% |
| **OTHER CATEGORICAL** | | | | | | |
| 31938 | SUPPLEMENTAL WELFARE BENEFITS | $33,227.0 | $33,227.0 | $13,152.4 | $13,152.4 | 39.6% |
| 41900 | PRIVATE GRANTS | 50,000.0 | 50,000.0 | 815.4 | 815.4 | 1.6% |
| 41905 | SCA CONSTRUCTION | 73,686.8 | 73,686.8 | 0.0 | 0.0 | 0.0% |
| 41911 | NON-RESIDENT TUITION | 5,000.0 | 5,000.0 | 0.0 | 0.0 | 0.0% |
| 41917 | RETIREMENT BENEFITS (BERS) | 6,680.2 | 6,680.2 | 0.0 | 0.0 | 0.0% |
| 44061 | ENERGY DEMAND RESPONSE PROGRAM | 0.0 | 6,676.7 | 0.0 | 0.0 | 0.0% |
| | Sub-Total - Other Categorical | $168,594.0 | $175,270.7 | $13,967.8 | $13,967.8 | 8.0% |
| **Total Revenue** | | $13,741,889.0 | $13,743,753.8 | $1,528,921.0 | $1,527,697.6 | 11.1% |

- 8 -

Exhibit 8: Page 11 of 17

## New York City Department of Education

Year-to-Date Commitments

Personal Service & Other Than Personal Service by Unit of Appropriation

as of 11/1/2020

($ thousands)

| | Unit of Appropriation | FY 2021 Current City Budget | Year-to-Date Commitments 11/1/2020 | Full-time Positions on Payroll * | Last Payroll | Percent Expended | Balance Available |
|---|---|---|---|---|---|---|---|
| 401 | General Ed Instruction & School Leadership - PS | $6,855,603.1 | $1,417,182.2 | 63,123 | $264,181.4 | 20.7% | $5,438,420.9 |
| 402 | General Ed Instruction & School Leadership - OTPS | 631,522.0 | 146,140.9 | - | - | 23.1% | 485,381.1 |
| 403 | Special Ed Instruction & School Leadership - PS | 2,164,924.9 | 401,626.2 | 29,116 | 84,804.5 | 18.6% | 1,763,298.7 |
| 404 | Special Ed Instruction & School Leadership - OTPS | 5,357.1 | 1,972.5 | - | - | 36.8% | 3,384.5 |
| 406 | Charter Schools - OTPS | 2,391,568.2 | 2,380,067.6 | | - | 99.5% | 11,500.6 |
| 407 | Universal Pre-K - PS | 547,111.4 | 99,514.1 | 6,140 | 19,668.5 | 18.2% | 447,597.2 |
| 408 | Universal Pre-K - OTPS | 504,618.9 | 326,388.7 | - | - | 64.7% | 178,230.2 |
| 409 | Early Childhood - PS | 89,528.6 | 18,648.3 | 753 | 3,114.2 | 20.8% | 70,880.3 |
| 410 | Early Childhood - OTPS | 508,312.3 | 372,640.5 | - | - | 73.3% | 135,671.8 |
| 415 | School Support Organization - PS | 266,904.0 | 99,095.6 | 2,890 | 12,201.8 | 37.1% | 167,808.4 |
| 416 | School Support Organization - OTPS | 19,865.1 | 2,121.8 | - | - | 10.7% | 17,743.3 |
| 421 | Citywide Special Ed Instruction & School Leadership - PS | 1,222,776.6 | 266,671.0 | 16,782 | 47,162.8 | 21.8% | 956,105.6 |
| 422 | Citywide Special Ed Instruction & School Leadership - OTPS | 23,543.1 | 4,533.5 | - | - | 19.3% | 19,009.6 |
| 423 | Special Ed Instructional Support - PS | 379,065.8 | 79,130.0 | 3,532 | 13,595.1 | 20.9% | 299,935.7 |
| 424 | Special Ed Instructional Support - OTPS | 294,821.3 | 150,674.3 | - | - | 51.1% | 144,147.0 |
| 435 | School Facilities - PS | 181,640.2 | 68,487.8 | 633 | 5,556.6 | 37.7% | 113,152.5 |
| 436 | School Facilities - OTPS | 943,000.9 | 687,556.4 | - | - | 72.9% | 255,444.6 |
| 438 | Pupil Transportation - OTPS | 1,185,938.8 | 903,301.5 | - | - | 76.2% | 282,637.3 |
| 439 | School Food Services - PS | 236,254.3 | 48,350.2 | 1,700 | 8,641.8 | 20.5% | 187,904.1 |
| 440 | School Food Services - OTPS | 293,920.5 | 284,142.7 | - | - | 96.7% | 9,777.8 |
| 442 | School Safety - OTPS | 427,357.3 | - | - | - | 0.0% | 427,357.3 |
| 444 | Energy & Leases - OTPS | 573,144.1 | 295,234.9 | - | - | 51.5% | 277,909.2 |
| 453 | Central Administration - PS | 188,757.8 | 79,247.6 | 2,575 | 9,174.2 | 42.0% | 109,510.2 |
| 454 | Central Administration - OTPS | 110,605.1 | 71,626.6 | - | - | 64.8% | 38,978.5 |
| 461 | Fringe Benefits - PS | 3,952,967.0 | 1,023,549.8 | - | - | 25.9% | 2,929,417.2 |
| 470 | Special Education Pre-K Contract Payments - OTPS | 864,706.4 | 610,066.2 | - | - | 70.6% | 254,640.2 |
| 472 | Contract & Foster Care Payments - OTPS | 864,295.1 | 549,656.8 | - | - | 63.6% | 314,638.3 |
| 474 | Non-Public School and FIT Payments - OTPS | 111,556.5 | 26,798.7 | - | - | 24.0% | 84,757.8 |
| | * Positions awaiting fund transfer | | | (15,792) | | | - |
| | **TOTAL Tax-levy Funding PS & OTPS** | **$25,839,666.3** | **$10,414,426.5** | **111,452** | **$468,100.9** | **40.3%** | **$15,425,239.9** |
| 481 | Categorical Programs - PS | $1,048,687.3 | $226,519.5 | 5,792 | $22,057.5 | 21.6% | $822,167.8 |
| | * Positions awaiting fund transfer | - | - | 15,792 | - | - | - |
| 482 | Categorical Programs - OTPS | 805,991.0 | 191,061.0 | - | - | 23.7% | 614,930.0 |
| | **Subtotal Reimbursable Programs** | **1,854,678.3** | **$417,580.5** | **21,584** | **$22,057.5** | **22.5%** | **$1,437,098** |
| | **Grand Total** | **$27,694,344.7** | **$10,832,007.0** | **133,036** | **$490,158.4** | **39.1%** | **$16,862,337.6** |

**Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Personal Services** | $17,134,220.9 | $3,828,022.4 | 133,036 | $490,158.4 | 22.3% | $13,306,198.5 |
| **OTPS** | 10,560,123.8 | 7,003,984.6 | - | 0.0 | 66.3% | 3,556,139.1 |
| **Grand Total** | $27,694,344.7 | $10,832,007.0 | 133,036 | $490,158.4 | 39.1% | $16,862,337.6 |

\* Each fiscal year between 16 and 20 percent of DOE positions are funded with reimbursable funds. By the close of a fiscal year, the headcount for most of these reimbursable positions appears in U/A 481. During the year, however, many reimbursable positions may be reflected in tax-levy units of appropriation for a period of time and then transferred. The current estimate of retirements and positions awaiting fund transfer adjustment to u/a 481 is 14,590 peds and 1,202 non-peds.

Exhibit 8: Page 12 of 17

# Department of Education of the City of New York

Year-to-Date Expenditures: Personal Service by Category

as of 11/1/2020

($ thousands)

| Personal Service Budget Categories | FY 2021 Current City Budget | Filled Positions | Year-to-Date Commitments | Balance Available |
|---|---|---|---|---|
| 001 Non-Pedagogic Personal Service | $879,218.8 | 13,437 | $261,602.5 | $617,616.3 |
| 005 Pedagogic Personal Service | 10,605,108.3 | 119,599 | 1,931,387.2 | 8,673,721.1 |
| 021 Part Time Positions in Headcount | 1,914.9 | 13 | 270.4 | 1,644.4 |
| 031 Hourly Personal Service in FTEs | 686,818.4 | 11,326 | 102,898.9 | 583,919.5 |
| 035 Custodial | 116,802.5 | 776 | 36,044.7 | 80,757.8 |
| 040 Educational Differential | 3,000.0 | - | 1,269.4 | 1,730.6 |
| 041 Assignment Differential | 395.7 | - | 189.1 | 206.6 |
| 042 Longevity Differential-pensionable | 23,489.6 | - | 8,386.3 | 15,103.3 |
| 043 Shift Differential | 103.7 | - | 36.7 | 67.0 |
| 046 Terminal Leave | 21,317.4 | - | 3,103.8 | 18,213.6 |
| 047 Overtime | 15,340.8 | - | 2,800.3 | 12,540.5 |
| 049 Back Pay - prior years | 10,841.9 | - | 37,686.8 | (26,844.9) |
| 050 Payments - Beneficiaries Deceased Staff | 75.0 | - | 10.4 | 64.6 |
| 053 To be Scheduled - Lump Sums | - | - | 8.3 | (8.3) |
| 055 Salary Adjustments Labor Reserve | - | - | 347,485.3 | (347,485.3) |
| 057 Lump Sum Payment | - | - | 5,403.8 | (5,403.8) |
| 058 Prep Period Coverage | 21,923.0 | - | 219.0 | 21,704.0 |
| 060 Interest on Deferred Wages/Late Wage Adj. | - | - | 437.0 | (437.0) |
| 061 Supper Money | 362.2 | - | 50.8 | 311.5 |
| 062 Health Insurance | 2,807,048.8 | - | 420,965.1 | 2,386,083.7 |
| 063 Disability Benefits Insurance | 611.3 | - | 648.8 | (37.5) |
| 064 Uniform Allowance | 600.3 | - | 1.2 | 599.0 |
| 065 Social Security | 956,275.3 | - | 213,632.8 | 742,642.5 |
| 066 Unemployment Insurance | 12,500.2 | - | 5,724.0 | 6,776.2 |
| 067 Welfare Benefits | 578,166.3 | - | 344,639.1 | 233,527.3 |
| 072 DOE Retirement Fund | 98.1 | - | - | 98.1 |
| 081 Annuity for Pedagogues at Maximum | 29,307.9 | - | 24,600.0 | 4,707.9 |
| 085 Workers' Compensation | 41,196.6 | - | 12,892.7 | 28,303.9 |
| 091 Per Session | 321,703.9 | - | 66,655.7 | 255,048.3 |
| 095 Payroll Refunds | - | - | (1,027.6) | 1,027.6 |
| **TOTAL PERSONAL SERVICE** | **$17,134,220.9** | **145,151** | **$3,828,022.4** | **$13,306,198.5** |

Exhibit 8: Page 13 of 17

## Department of Education of the City of New York

Year-to-Date Commitments: OTPS by Category

as of 11/1/2020

($ thousands)

| | OTPS Budget Categories | FY 2021 Current City Budget | Year-to-Date Commitments | Percent Committed | Balance Available |
|---|---|---|---|---|---|
| 100 | Supplies & Materials - General | $409,567.9 | $174,453.2 | 42.6% | $235,114.7 |
| 109 | Fuel Oil | 50,537.8 | 29,453.9 | 58.3% | 21,083.8 |
| 110 | Food and Forage Supplies | 254,749.0 | 260,437.4 | 102.2% | (5,688.5) |
| 199 | Data Processing Supplies | 51,273.9 | 37,649.2 | 73.4% | 13,624.6 |
| 300 | Equipment | 119,684.2 | 28,316.9 | 23.7% | 91,367.3 |
| 337 | Text Books | 113,308.0 | 22,076.6 | 19.5% | 91,231.4 |
| 338 | Library Books | 19,283.2 | 1,272.7 | 6.6% | 18,010.4 |
| 400 | Non-Contractual Services | 811,166.1 | 33,041.2 | 4.1% | 778,124.9 |
| 402 | Telephone & Other Communications | 47,583.9 | 11,563.1 | 24.3% | 36,020.8 |
| 414 | Rentals - Land, Building and Structures | 277,861.6 | 271,061.0 | 97.6% | 6,800.6 |
| 423 | Heat, Light and Power Services | 249,706.3 | - | 0.0% | 249,706.3 |
| 451 | Local Travel Expenditures - General | 54.5 | 2,412.8 | 4425.4% | (2,358.3) |
| 600 | Contractual Services - General | 18,406.9 | 11.5 | 0.1% | 18,395.3 |
| 602 | Telecommunication Maintanance - Contractual | 4,216.1 | 1,021.6 | 24.2% | 3,194.5 |
| 607 | Maintenance & Repairs - Motor Vehicle - Contract. | 379.6 | 625.0 | 164.6% | (245.4) |
| 612 | Office Equipment Maintenance - Contractual | 1,622.1 | 418.5 | 25.8% | 1,203.6 |
| 613 | Data Processing Equip. - Maintenance & Repair | 40,424.9 | 22,948.8 | 56.8% | 17,476.1 |
| 615 | Printing Contracts - Contractual | 6,396.1 | 2,607.8 | 40.8% | 3,788.2 |
| 619 | Security Services - Contractual | 322.4 | 2.5 | 0.8% | 319.9 |
| 622 | Temporary Services - Contractual | 17,204.7 | 11,308.3 | 65.7% | 5,896.4 |
| 624 | Cleaning Services - Contractual | 180.6 | 40.6 | 22.5% | 139.9 |
| 633 | Transportation Expenditures - Contractual | 4,881.8 | 35.6 | 0.7% | 4,846.1 |
| 652 | Day Care of Children | 348,893.1 | 293,231.6 | 84.0% | 55,661.5 |
| 653 | Head Start | 128,709.1 | 78,671.7 | 61.1% | 50,037.4 |
| 668 | Transportation for Reimbursable Programs | 40.1 | - | 0.0% | 40.1 |
| 669 | Transportation of Pupils - Contractual | 1,247,980.3 | 835,349.3 | 66.9% | 412,631.0 |
| 670 | Payments to Contract Schools (Handicapped Svc) | 1,706,484.7 | 1,279,125.4 | 75.0% | 427,359.3 |
| 671 | Training Programs for City Employees - Contract. | 4,291.8 | 294.6 | 6.9% | 3,997.2 |
| 672 | Payments to Charter Schools- Contractual | 2,386,939.3 | 2,384,604.2 | 99.9% | 2,335.0 |
| 676 | Maintenance & Repair - Infrastructure - Contractual | 895,695.0 | 634,568.0 | 70.8% | 261,126.9 |
| 681 | Accounting, Auditing, and Actuarial Svcs. - Cont. | 3,210.0 | 1,318.6 | 41.1% | 1,891.4 |
| 682 | Legal Services - Contractual | 10,858.7 | 6,793.0 | 62.6% | 4,065.7 |
| 683 | Engineering & Architectural Services - Contractual | 2,342.7 | 399.4 | 17.0% | 1,943.4 |
| 684 | Data Processing Consultant Services | 40,293.1 | 26,216.8 | 65.1% | 14,076.3 |
| 685 | Professional Svcs. - Direct Educ. Svcs. to Students | 866,779.0 | 375,805.5 | 43.4% | 490,973.5 |
| 686 | Professional Svcs. - Other - Contractual | 144,322.3 | 15,515.3 | 10.8% | 128,806.9 |
| 689 | Professional Svcs. - Curricul. & Profess. Develop. | 91,480.7 | 25,475.6 | 27.8% | 66,005.0 |
| 695 | Educ. & Recreational Exp. - Youth Prog. - Contract. | 4,724.9 | 92.3 | 2.0% | 4,632.7 |
| 700 | Fixed Charges - General | 5,988.1 | - | 0.0% | 5,988.1 |
| 704 | Payments to Surety Bonds and Insurance | 13,647.1 | 101,991.3 | 747.3% | (88,344.2) |
| 718 | Payments for Special Schooling - Handicapped | 23,137.1 | 14,893.5 | 64.4% | 8,243.7 |
| 719 | Judgements & Claims - Other | 98.1 | 578.4 | 589.6% | (480.3) |
| 730 | Tuition Payments for Out-of-City Foster Care | 8,027.7 | 1,733.1 | 21.6% | 6,294.7 |
| 731 | Health Service Charge - Out-of-City Foster Care | 2,390.2 | 363.4 | 15.2% | 2,026.7 |
| 772 | NYC Transit Authority - Reduced Fares (Students) | 45,135.0 | - | 0.0% | 45,135.0 |
| 773 | Private Bus Comp. - Reduced Fares (Students) | 15,450.3 | - | 0.0% | 15,450.3 |
| 791 | Tuition Payments to Other School Districts | 3,826.1 | 867.9 | 22.7% | 2,958.1 |
| 793 | Payments to Fashion Institute of Technology | 60,418.0 | 15,337.2 | 25.4% | 45,080.7 |
| 794 | Training Program for City Employees | 150.0 | - | 0.0% | 150.0 |
| | **TOTAL OTHER THAN PERSONAL SERVICE** | **$10,560,123.8** | **$7,003,984.6** | **66.3%** | **$3,556,139.1** |

Exhibit 8: Page 14 of 17

# Department of Education of the City of New York

Current Headcount Summary: Tax-Levy and Reimbursable

**OCTOBER 2020 HEADCOUNT - FY 2021**

| Unit of Appropriation | Full-Time Actuals | | | | Part-Time and Custodial * | | | | | Grand Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ed PEDs | Ed Para PEDs | Non-PEDs | TOTAL | Per Diem PEDs | Hourly Admin. | Custod. Non-PEDs | FTE Non-PEDs | TOTAL | Total PEDs | Total Non-PEDs | Grand Total FT / FTEs |
| 401 General Ed Instruction & School Leadership | 56,364 | 1,013 | 2,698 | 60,075 | 73 | 5 | - | 5,750 | 5,828 | 57,450 | 8,453 | 65,903 |
| Reimbursable | 3,035 | 1 | 12 | 3,048 | 2 | - | - | 136 | 138 | 3,038 | 148 | 3,186 |
| 403 Special Ed Instruction & School Leadership | 17,672 | 11,275 | 3 | 28,950 | 10 | 1 | - | 12 | 23 | 28,957 | 16 | 28,973 |
| Reimbursable | 166 | - | - | 166 | - | - | - | - | - | 166 | - | 166 |
| 407 Universal Pre-K | - | - | - | - | - | - | - | - | - | - | - | - |
| Reimbursable | 3,341 | 2,549 | 250 | 6,140 | 1 | - | - | 80 | 81 | 5,891 | 330 | 6,221 |
| 409 Early Learn | 566 | - | 185 | 751 | - | - | - | - | - | 566 | 185 | 751 |
| Reimbursable | - | - | 2 | 2 | - | - | - | - | - | - | 2 | 2 |
| 415 School Support Organization | 1,414 | 1 | 1,475 | 2,890 | 2 | 5 | - | 9 | 16 | 1,417 | 1,489 | 2,906 |
| Reimbursable | - | - | - | - | - | - | - | - | - | - | - | - |
| 421 Citywide Special Ed Instr. & School Leadership | 7,770 | 7,942 | 1,068 | 16,780 | 10 | 23 | - | 312 | 345 | 15,722 | 1,403 | 17,125 |
| Reimbursable | 1 | - | 1 | 2 | - | - | - | 4 | 4 | 1 | 5 | 6 |
| 423 Special Ed Instructional Support | 1,224 | 2 | 2,306 | 3,532 | 1 | 39 | - | 846 | 886 | 1,227 | 3,191 | 4,418 |
| Reimbursable | - | - | - | - | - | 2 | - | - | 2 | - | 2.0 | 2.0 |
| 435 School Facilities | - | - | 633 | 633 | - | - | 776 | - | 776 | - | 1,409 | 1,409 |
| Reimbursable | - | - | - | - | - | - | - | - | - | - | - | - |
| 439 School Food Services | - | - | 1,700 | 1,700 | - | - | - | 3,811 | 3,811 | - | 5,511 | 5,511 |
| Reimbursable | - | - | - | - | - | - | - | 1 | 1 | - | 1.0 | 1.0 |
| 453 Central Administration | 113 | 1 | 2,461 | 2,575 | 1 | 3 | - | 6 | 10 | 115 | 2,470 | 2,585 |
| Reimbursable | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax-Levy Adjustments (see funding of positions note) | (14,590) | - | (1,202) | (15,792) | - | - | - | - | - | (14,590) | (1,202) | (15,792) |
| Subtotal Tax-Levy Positions | 70,533 | 20,234 | 11,327 | 102,094 | 97 | 76 | 776 | 10,746 | 11,695 | 90,864 | 22,925 | 113,789 |
| Subtotal Reimbursable | 6,543 | 2,550 | 265 | 9,358 | 3 | 2 | - | 221 | 226 | 9,096 | 488 | 9,584 |
| Subtotal | 77,076 | 22,784 | 11,592 | 111,452 | 100 | 78 | 776 | 10,967 | 11,921 | 99,960 | 23,413 | 123,373 |
| 481 Reimbursable | 3,034 | 2,115 | 643 | 5,792 | 25 | 5 | - | 164 | 194 | 5,174 | 812 | 5,986 |
| Reimbursable Adjustments (see funding of positions note) | 14,590 | - | 1,202 | 15,792 | - | - | - | - | - | 14,590 | 1,202 | 15,792 |
| Subtotal Reimbursable | 17,624 | 2,115 | 1,845 | 21,584 | 25 | 5 | - | 164 | 194 | 19,764 | 2,014 | 21,778 |
| Grand Total | 94,700 | 24,899 | 13,437 | 133,036 | 125 | 83 | 776 | 11,131 | 12,115 | 119,724 | 25,427 | 145,151 |

**\* Includes 13 FTEs positions in o/c 021.**

**Sources:**   Full-time actuals, with the exception of custodians, are generated from FMS as of 11/9/2020.
Full-time actual distribution by budget code and Financial Management Center are generated by FMS Report.
All part-time actuals and custodial headcount are provided by the DOE.

**Note**   1. Per-diem pedagogues include teachers, social workers, and school secretaries who work no more than 20 hrs a week or 3 out of 5 days a week.

2. Part-time non-peds (o/c 031 & o/c 021 positions) include hourly school aides, guards, food service and administrative employees converted into "Full-Time Equivalents" (FTEs).

3. Basis for FTE calculations include:  hourly school aides -- 70 hrs per pay period;  hourly guards -- 80 hrs per pay period;  per-diem peds -- actual hrs per pay period and hourly administration positions -- 70 hrs per pay period.

**Funding of Positions:**

Each fiscal year between 16 and 20 percent of DOE positions are funded with reimbursable funds.  By the close of a fiscal year, the headcount for most of these reimbursable positions appears in U/A 481.  During the year, however, many reimbursable positions may be reflected in tax-levy units of appropriation for a period of time and then transferred.  The current estimate of retirements and positions awaiting fund transfer to U/A 481 include 14,590 peds and 1,202 non-peds.

Exhibit 8: Page 15 of 17

# Department of Education of the City of New York

Current Headcount: Tax-Levy & Reimbursable Central Offices

**OCTOBER 2020 HEADCOUNT - FY 2021**

| U/A | FMC | | Full-Time Actuals | | | | Part-Time and Custodial | | | | | Grand Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PEDs | Ed Para PEDs | Non-PEDs | TOTAL | Per Diem PEDs | Hourly Admin. | Custod. Non-PEDs | FTE Non-PEDs | TOTAL | Total PEDs | Total Non-PEDs | Grand Total FT / FTEs |
| 453 | 34 | Office of the Chancellor | 1 | - | 3 | 4 | | | | | | 1 | 3 | 4 |
| | 35 | Office of Student Enrollment Planning & Operations | 1 | - | 82 | 83 | | | | | | 1 | 82 | 83 |
| | 36 | Deputy Chancellor for Finance and Administration | - | - | 2 | 2 | | | | | | - | 2 | 2 |
| | 38 | Office of Strategic Initiatives | 2 | - | 14 | 16 | | | | | | 2 | 14 | 16 |
| | 39 | Finance Budgetary Strategy & Reporting | - | - | 14 | 14 | | | | | | - | 14 | 14 |
| | 40 | Division of Academics, Performance, and Support | 15 | - | 112 | 127 | | | | 1 | 1 | 15 | 113 | 128 |
| | 42 | Division of Multilingual Learners | 1 | - | 7 | 8 | | | | | | 1 | 7 | 8 |
| | 43 | School Planning and Development | 2 | - | 49 | 51 | | | | | | 2 | 49 | 51 |
| | 45 | Division of Early Childhood Education | - | - | 7 | 7 | | | | | | - | 7 | 7 |
| | 46 | Division of Human Capital | 8 | - | 340 | 348 | | | | 1 | 1 | 8 | 341 | 349 |
| | 47 | Office of Capital & Grants Finance | - | - | 16 | 16 | | | | | | - | 16 | 16 |
| | 49 | Division of Information & Instructional Technology | 2 | - | 428 | 430 | | | | | | - | 428 | 430 |
| | 50 | Special Education Initiatives | 14 | 1 | 45 | 60 | | | | 1 | 1 | 15 | 46 | 61 |
| | 51 | Central Pass - through | - | - | 180 | 180 | | | | | | - | 180 | 180 |
| | 52 | Division of School Facilities | - | - | 42 | 42 | | | | | | - | 42 | 42 |
| | 53 | Office of Strategic Partnerships | - | - | 8 | 8 | | | | 1 | 1 | - | 9 | 9 |
| | 54 | Division of Financial Operations | - | - | 217 | 217 | | | | | | - | 217 | 217 |
| | 56 | Space Management and District Planning | - | - | 20 | 20 | | | | | | - | 20 | 20 |
| | 57 | Early Childhood Finance | - | - | 2 | 2 | | | | | | - | 2 | 2 |
| | 58 | Office of Food and Nutrition Services | - | - | 62 | 62 | | 1 | | | 1 | - | 63 | 63 |
| | 59 | Office of Strategic Coordination & Planning | 2 | - | 24 | 26 | | | | | | 2 | 24 | 26 |
| | 60 | Office of School and Youth Development | 7 | - | 18 | 25 | 1 | | | | 1 | 8 | 18 | 26 |
| | 61 | Office of Pupil Transportation | 1 | - | 155 | 156 | | | | | | 1 | 155 | 156 |
| | 63 | Office of the Auditor General | - | - | 42 | 42 | | | | | | - | 42 | 42 |
| | 64 | Non-Public School Reimbursable Services | 1 | - | 2 | 3 | | | | | | 1 | 2 | 3 |
| | 65 | General Counsel & Legal Services | 1 | - | 132 | 133 | | 1 | | | 1 | 1 | 133 | 134 |
| | 66 | Office of School Wellness Programs | - | - | 12 | 12 | | | | 1 | 1 | - | 13 | 13 |
| | 67 | Office of School Health | - | - | 21 | 21 | | | | | | - | 21 | 21 |
| | 68 | Family Engagement and Advocacy | - | - | 66 | 66 | | | | | | - | 66 | 66 |
| | 78 | Division of Contracts & Purchasing | - | - | 109 | 109 | | 1 | | | 1 | - | 110 | 110 |
| | 82 | PSAL | 1 | - | 9 | 10 | | | | | | 1 | 9 | 10 |
| | 83 | Office of Human Capital and Innovation | 4 | - | 6 | 10 | | | | | | 4 | 6 | 10 |
| | 86 | Division of Finance/Chief Financial Officer | - | - | 7 | 7 | | | | | | - | 7 | 7 |
| | 89 | Enterprise Purchasing | - | - | 4 | 4 | | | | | | - | 4 | 4 |
| | 93 | DSS Central | 9 | - | 31 | 40 | | | | 1 | 1 | 9 | 32 | 41 |
| | 94 | Borough Citywide Office | 41 | - | 56 | 97 | | | | | | 41 | 56 | 97 |
| | 98 | Division of Financial Systems & Business Operations | - | - | 101 | 101 | | | | | | - | 101 | 101 |
| | 99 | Division of School Budget Planning & Operations | - | - | 16 | 16 | | | | | | - | 16 | 16 |
| | | **Total** | **113** | **1** | **2,461** | **2,575** | **1** | **3** | **-** | **6** | **10** | **115** | **2,470** | **2,585** |

**Sources:**   Full-time actuals, with the exception of custodians, are generated from FMS as of 11/9/2020.
Full-time actual distribution by budget code and Financial Management Center are generated from FMS (FG-25 Report).
All part-time actuals and custodial headcount are provided by the DOE.

**Notes:**   1. Per-diem pedagogues include teachers, social workers, and school secretaries who work no more than 20 hrs a week or 3 out of 5 days a week.

2. Part-time non-peds (o/c 031 & o/c 021 positions) include hourly school aides, guards, food service and administrative employees converted into "Full-Time Equivalents" (FTEs).

3. Basis for FTE calculations include:   hourly school aides – 70 hrs per pay period;   hourly guards – 80 hrs per pay period;   per-diem peds -- actual hrs per pay period and hourly administration positions – 70 hrs per pay period.

**Funding of Positions:**
Each fiscal year between 16 and 20 percent of DOE positions are funded with reimbursable funds.  By the close of a fiscal year, the headcount for most of these reimbursable positions appears in U/A 481.  During the year, however, many reimbursable positions may be reflected in tax-levy units of appropriation for a period of time and then transferred.  The current estimate of retirements and positions awaiting fund transfer to u/a 481 include 14,590 peds and 1,202 non-peds.

Exhibit 8: Page 16 of 17

# Department of Education of the City of New York

## Current Headcount: Categorical Programs
### OCTOBER 2020 HEADCOUNT - FY 2021

| Budget Code | Categorical Programs | Full-Time Actuals | | | | Part-Time and Custodial | | | | | Grand Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pedagogic Positions | Ed. Paras | Non-Ped Positions | Total Filled Full-Time Positions | Per Diem PEDs | Hourly Admin. | Custod. Non-PEDs | FTE Non-PEDs | Total | Total PEDs | Total Non-PEDs | Grand Total FT / FTEs |
| 8816 | Regional & CW Instr. & Operational Admin. | 37 | - | - | 37 | - | - | - | - | - | 37 | - | 37 |
| 8831 | Default Code | 86 | 1 | 80 | 167 | - | - | - | - | - | 87 | 80 | 167 |
| 8836 | Code Violation Removal in Schools - Lead | - | - | 1 | 1 | - | - | - | - | - | - | 1 | 1 |
| 8837 | Accessibility Improvements in Schools CD | - | - | 2 | 2 | - | - | - | - | - | - | 2 | 2 |
| 8840 | Office of Community Schools | - | - | 27 | 27 | - | - | - | - | - | - | 27 | 27 |
| 8843 | Reim. Supp. - Gen. Ed. Inst./Elem./Middle/HS | 2,276 | 91 | 377 | 2,744 | 25 | - | - | 146 | 171 | 2,392 | 523 | 2,915 |
| 8848 | Reim. Supp. - Spec. Ed. Inst./Elem./Middle/HS | 576 | 2,010 | 81 | 2,667 | - | 5 | - | 18 | 23 | 2,586 | 104 | 2,690 |
| 8870 | Reimbursable Support - NPS | 15 | - | 11 | 26 | - | - | - | - | - | 15 | 11 | 26 |
| 8888 | Reim. Supp. Central School Support Pgm. | 44 | 13 | 64 | 121 | - | - | - | - | - | 57 | 64 | 121 |
| | Reimbursable Adjustments (see funding of positions note) | 14,590 | - | 1,202 | 15,792 | - | - | - | - | - | 14,590 | 1,202 | 15,792 |
| | **Total** | 17,624 | 2,115 | 1,845 | 21,584 | 25 | 5 | - | 164 | 194 | 19,764 | 2,014 | 21,778 |

**Sources:**   Full-time actuals, with the exception of custodians, are generated from FMS as of 11/9/2020.
Full-time actual distribution by budget code and Financial Management Center are generated by FMS (FG-25 Report).
All part-time actuals and custodial headcount are provided by the DOE.

**Notes:**   1. Per-diem pedagogues include teachers, social workers, and school secretaries who work no more than 20 hrs a week or 3 out of 5 days a week.

2. Part-time non-peds (o/c 031 & o/c 021 positions) include hourly school aides, guards, food service and administrative employees converted into "Full-Time Equivalents" (FTEs).

3. Basis for FTE calculations include:   hourly school aides – 70 hrs per pay period;   hourly guards – 80 hrs per pay period;   per-diem peds -- actual hrs per pay period and hourly administration positions – 70 hrs per pay period.

**Funding of Positions:**

Each fiscal year between 16 and 20 percent of DOE positions are funded with reimbursable funds.  By the close of a fiscal year, the headcount for most of these reimbursable positions appears in U/A 481.  During the year, however, many reimbursable positions may be reflected in tax-levy units of appropriation for a period of time and then transferred.  The current estimate of retirements and positions awaiting fund transfer to u/a 481 include 14,590 peds and 1,202 non-peds.

Exhibit 8: Page 17 of 17



# EXHIBIT 9

Cheektowaga-Maryvale UFSD
1050 Maryvale Drive
Cheektowaga, NY 14225
(716) 631-7433 or 631-7476

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| STUDENT NAME: C F M | DISABILITY CLASSIFICATION: Autism |
|---|---|
| DATE OF BIRTH: 2004  LOCAL ID #: | |
| PROJECTED DATE IEP IS TO BE IMPLEMENTED:  July 06, 2020 | PROJECTED DATE OF ANNUAL REVIEW:  February 13, 2021 |

### PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)

Evaluations/Reports:

Occupational Therapy Progress Summary (01/31/2020)

Speech/Language Progress Summary (01/31/2020)

Vocational Assessment (01/28/2020)
- Independent Living Skills Checklist
Vocational Assessment (01/24/2020)
- Vocational Interest Assessment
Vocational Assessment (01/22/2020)
- Personal Life
Vocational Assessment (01/21/2020)
- My Work Learning Style
Functional Behavioral Assessment (06/28/2019)

Adaptive Behavior Rating Scales (06/07/2019)

Classroom Observation (06/07/2019)

Record Review (06/07/2019)

Test Results:
Functional Behavior Assessment (FBA) (06/28/2019)
- see FBA

Adaptive Behavior Assessment System-3 (ABAS-3) (06/07/2019)
- Conceptual Composite Score 49 (Standard Score)

Exhibit 9: Page 1 of 18

Student Name: C█ R█ M█   DOB: █   2004   Meeting Date: 2/14/2020   Individualized Education Program   Page 2 of 18

- General Adaptive Composite Score (GAC) 47 (Standard Score)
- Practical Composite Score 49 (Standard Score)
- Social Composite Score 56 (Standard Score)

Psychological Evaluation (06/07/2019)
- see report

Review of Records (06/07/2019)
- see report

Speech Evaluation (05/30/2019)
- see Autism Services Report

Physical Therapy Evaluation (05/21/2019)
- see Autism Services Report

Occupational Therapy Evaluation (05/13/2019)
- see Autism Services Report

Peabody Picture Vocabulary Test-4 (05/01/2019)
- Receptive Vocabulary-Total Score : Attempted.  Student unable to condition to test.

**State and District-wide Assessments:**
- None

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:

Reading:
- C█ is able to identify all of her letters and sounds.  C█ is also able to identify her preprimer and primer sight words with no more than 2 prompts per word.  Currently C█ is working on identifying her first grade sight words.  C█ is doing well with reading comprehension.  Currently C█ is able answer 3 comprehension questions correctly given 3 choices with a 60-80% accuracy.  When she is focused, C█ is able to answer with a 80-90% accuracy.  When C█ is familiar with material, she tends to do better.  C█ has been doing a better job of following along while a book is read aloud.  C█ has also been working on increasing her spelling.  When choosing between 2 spelling words, C█ has a 60-70% accuracy rate, with no more than 4 prompts.

Writing:
- C█ requires hand over hand assistance for all writing tasks.  C█ does not have any interest in using a pencil and/or use a computer for writing.  C█ is able to use pecs to help her write a sentence.  When choosing from two pecs at a time, C█ is able to write a sentence with 70-80% accuracy and no more than 2 prompts per word.  C█ knows that a sentence starts with a capital letter and she is working on identifying that a sentence ends with punctuation.  C█ is also working on writing a complete sentence that has a subject and a predicate.  In the past year, C█ has worked on writing reports, and poems using a graphic organizer and pecs.

Exhibit 9: Page 2 of 18

Occupational Therapy, January 2020:

**FINE MOTOR SKILLS:**

Current Levels of Functioning:

C[redacted] presents with a right hand dominance, however will switch to her left during therapeutic tasks due to fatigue. C[redacted] demonstrates a light lateral tripod grasp on a writing utensil as well as poor gradient control as she uses light pressure and often releases the writing utensil. C[redacted] requires hand over hand assistance in order to trace pre-writing likes, shapes, and letters although limited visual attention to task interferes with C[redacted]'s accuracy. While manipulating small objects, C[redacted] is able to utilize an inferior pincer grasp (pads of thumb and index fingers) and lateral pinch (pad of thumb and lateral aspect of index finger) grasp. C[redacted] is able to place manipulatives into various size openings, pull manipulatives out of therapputy, connect manipulatives, sort manipulatives, and package manipulatives. When C[redacted] is focused and not engaging in maladaptive behavior (covering her eyes, covering her ears, leaving the table, crying, etc.) she can complete these tasks independently. However these tasks are not preferred and as a result C[redacted] generally requires moderate to maximal assistance to visually attend. C[redacted] requires moderate assistance to complete inset puzzles and lacing tasks secondary to decreased visual attention to task. While cutting, C[redacted] requires maximal assistance to hold loop and standard scissors with an appropriate "thumbs up" grasp. Additionally, C[redacted] requires hand over hand assistance to make 1 inch snips on thick cardstock or construction paper. C[redacted] demonstrates decreased bilateral coordination as she is seldom incorporates her left hand to stabilize the activity she is participating in. C[redacted] requires multiple breaks during therapeutic tasks in order to facilitate increased attention to task.

**Mathematics:**

- C[redacted] is doing well in math. C[redacted] is able to identify all of her colors and shapes. She is also able to identify most of her numbers up to 50. C[redacted] is doing a better job of counting with 1:1 correspondence. When C[redacted] is focused she can count by pointing with less than 3 prompts per problem, however when she is unfocused she needs up to 9 prompts per problem. C[redacted] is continuing to work on single digit addition and subtraction problems. C[redacted] tends to do better when she uses manipulatives. She does well using the number line, a calculator, and counting objects. C[redacted] is able to choose the answer from two pecs with a 50-60% accuracy rate. When she is focused, C[redacted] has a 70-80% accuracy rate. C[redacted] is able to identify all of the coins and bills. She is also able to identify their values. C[redacted] is now working on counting money. She is currently working on counting one type of coin at a time. She does the best with pennies, and struggles with the quarters. C[redacted] does well with answering questions based on a pie or bar graph. She tends to need up to 3 prompts per questions, however she can answer the questions in 1-2 prompts when focused. C[redacted] struggles with line and double bar graphs.

**Daily Living Skills:**

- C[redacted] is increasing her daily living skills. C[redacted] is able to complete her arrival and dismissal routines with no more than 3 prompts per step. When she is focused, C[redacted] can complete the steps with one to two prompts per step. C[redacted] does a good job of following a visual schedule. In the bathroom, C[redacted] is working on decreasing the number of prompts needed to be independent. C[redacted] is able to pull down her pants and sit on the toilet independently. If she is wearing a belt, C[redacted] will need assistance with the belt. C[redacted] is able to change herself if she has wet, she tends to need 3-4 prompts to remove her wet pull ups and up to 8 prompts to put on a new pull up and her pants. If C[redacted] is focused she can accomplish this with less prompts. C[redacted] has been doing a good job of washing her hands. C[redacted] is able to turn on the water, and put soap on her hands independently. C[redacted] does require prompting at times hand over hand assistance to rub her hands together, rinse her hands and dry her hands. C[redacted] requires hand over hand assistance to brush her teeth. C[redacted] is doing a great job with feeding. C[redacted] has begun to try many different types of food. When C[redacted]'s food is cut up, C[redacted] will use a fork to feed herself with 70-80% accuracy and no more than 9 prompts per food type. C[redacted] is also doing a much better job of not pulling her food apart and taking bites instead. C[redacted] is able to clean up after herself and throw away her garbage independently with no more than 5 prompts. C[redacted] is working on gather the school lunch and breakfast along with the necessary silverware. Currently she needs 8-9 prompts and at times hand over hand assistance.

Occupational Therapy, January 2020:

**ACTIVITIES OF DAILY LIVING:**

Current Levels of Functioning:

In the area of dressing, C[redacted] requires moderate to maximal assistance to don/doff her jacket, shirt, pants, socks, and shoes after they have been placed in the correct orientation. While manipulating fasteners, C[redacted] requires moderate physical assistance with inconsistent hand over hand progression of her [cut off] [Exhibit 6 - Page 3 of 18]

Student Name: C█ R█ M█                 DOB:█████ 2004  Meeting Date:2/14/2020                 Individualized Education Program                 Page 4 of 18

snaps, engage and disengage a zipper, and to thread buttons through their corresponding opening.

In the area of toileting/grooming, C█ is incontinent and wears briefs while following a toileting schedule. C█ requires maximal assistance to doff clothing, change her brief, and don clothing. Additionally, C█ requires maximal assistance to complete hygiene tasks while in the bathroom. Following use of the bathroom, C█ requires moderate verbal and/or physical cues with inconsistent hand over hand assistance to complete hand washing. While completing tooth brushing, C█ is able to tolerate her teeth being brushed with a wet toothbrush with toothpaste for 10-30 seconds at a time. C█ requires a few breaks during tooth brushing and at this time is unable to spit toothpaste out of her mouth into the sink.

In the area of feeding, C█ requires minimal to moderate assistance to orient utensils appropriately. C█ continues to try new foods with significant encouragement with classroom staff at lunch time.

Study Skills:
- C█ needs a small, quiet, and calm learning environment. C█ requires hand over hand assistance to complete most tasks. C█ also requires reminders for her to put her hands from her face, sit up in her chair, with her head straight. C█ has been increasing her attention to task. C█ is able to stay in her chair for up to 5 minutes and she can focus on task for up to 2-3 minutes. However, on average C█ focuses to the task for 1-2 minutes with no more than 5 prompts. C█ does a much better job staying in her chair when she is using her rocking chair.

Career/Vocation:
- C█ is doing a better job of completing table top tasks. C█ is able to assemble basic tasks with no more than 2 prompts per item. She does a good job of matching items. She tends to need no more than 2 prompts per picture. C█ struggles with sorting tasks. C█ helps to clean the domestic room every Thursday. C█ helps to wash the tables, stack the chairs, sweep the floor, do laundry, and wash dishes. C█ is able to stack her chair with no more than 2 prompts. C█ needs assistance to complete all of the rest of the tasks. If C█ is focused, She can wipe the table with assistance and no more than 4 prompts.

On November 20-21, 2019, C█ began taking orders for Class 130's ornament sale. C█ was responsible to use her pecs to ask staff if they wanted to purchase ornaments and how many they would like. In the beginning C█ need 8-9 prompts to ask correctly. By the third day, C█ only required 4-5 prompts. She was doing very well. C█ was also responsible for making the ornaments. C█ was responsible to select pom poms to put on the ornaments. C█ need 8-10 prompts to select pom poms and put them on the wreath. Most of the prompts were necessary to help C█ remain focused and finish the task. C█ was also responsible for helping to paint the ornaments. C█ tended to need 5-6 prompts to complete an ornament. C█ was willingly to paint but did need reminders to paint the whole area and not just the same point.

On December 17, 2019, C█ went to the Resurrection Food Pantry to help mark off UPC codes for Toys for Tots. In the beginning C█ need hand over hand assistance. By the end of the session C█ was able to do it independently with no more than 4 prompts per UPC. C█ was able to work for the whole session with just a few minute breaks throughout the session.

On January 21, 2020, C█ was given the My Work Learning Style vocational assessment. When C█ was asked how she learns best, C█ stated that she learns best by watching. When asked what can help her learn best, C█ stated that she needs a schedule and videos to help her learn. When asked how she works best, she stated that she works best with a co worker.

On January 22, 2020, C█ was given the Personal Life vocational assessment. This assessment was used to determine where C█ wants to live, what kind of education she wants, how she learns best, what kind of leisure activities she enjoys, how she would rate herself in certain categories, and what her work preferences are. C█ was asked where she wanted to live when she was older, she stated that she wanted to live at home. When C█ was asked what kind of education she wanted, C█ stated that she wanted to go to job training. C█ also stated that she learns the best by seeing. When C█ was asked what kind of physical leisure activities she enjoyed, C█ stated that she likes kickball, volleyball, and dodge ball. When C█ was asked how her attendance, and grades were, C█ stated that they were both great. When asked how she would rate her attitude, C█ stated that it needs improvement. When asked about her work preferences, C█ stated that she wanted to work 4 hours, in the daytime, in a sitting position. She also stated that she would like to work Exhibit 1 - Page 44 of 68

Student Name: █ █ █   DOB █ 2004   Meeting Date: 2/14/2020   Individualized Education Program   Page 5 of 18

with both people and by herself, she wants to work inside, in the cold, in a bright location, not wearing an uniform and in an organized workplace. Lastly, █ stated that she wants to work with women, in a quiet place, and a job that requires no lifting. █ was asked using a yes and no pecs, for her to tell us what she is able to do independently. █ stated that she is able to get ready for school independently, get to school on time, start tasks without being told, and have good attendance. █ also stated that she is organized at school, she wears glasses, has a cell phone, and she has a wallet. █ also stated that does not make her best effort at school, use a calendar, use her time wisely, or cooperate with others. █ also stated that she does not wear a watch.

On January 24, 2020, █ was given the Vocational Interest Assessment. This assessment was used to determine what kind of jobs █ may want in the future. █ stated that she wants to work indoors, in a large group, in a retail store, doing different types of jobs, that are hands on. █ also wants to work mornings, in a quiet environment, that requires physical work, and allows her to work on computers. █ does not want to wear an uniform, she wants to be able to sit down, working with people, in a position that is paid, while working full time.

On January 28, 2020, █'s teacher completed the Independent Living Skills Checklist. This assessment was used to determine what daily living skills █ was able to complete independently, with help and which was she is unable to complete. In the category of Personal Care, █ is able to complete the following tasks with help: brush her teeth, shower/bathe, comb her hair, wash her face, wash her hands, and use the toilet. █ is unable to shave, apply deodorant or makeup. In the area of housekeeping, █ is able to put away belonging independently. █ is able to complete the following tasks with help: dishes, laundry, fold laundry, cook meals, sweep floors, and clean counters. █ is unable to complete the following task: vacuum, mop floors, wash windows, and make the bed. In the area of transportation, █ is able to read a street sign with help. She is unable to complete the following tasks: use public transportation, drive a car, get a cab, or read a map. In the area of Health and Nutrition, █ is able to complete the following tasks with help: grocery shopping, and excersizing. █ is unable to complete the following tasks: make healthy food choices, measure food, plan meals ahead of time, and appropriately store food. In the area of vocational, █ is able to complete job tasks with help. She is unable to complete the following tasks: locate job postings, fill out job application, complete an interview, identify work clothes, understand job responsibilities, manage pay checks and maintain a bank account. In the area of Safety, █ is unable to complete the following tasks: stranger danger, what to do if she is lost, how to contact a person in an emergency, basic first aid, and how to use a phone to contact family. In the area of money management, █ is able to count money with help. She is unable to complete the following tasks: make change, open a bank account, manage a paycheck, use an ATM card, pay bills, and use a credit card.

Education/Training
Strengths/Interests/Preferences:
-learns best by watching or seeing
-stated that her attendance and grades were great

Needs/Skill Deficits/Barriers:
-stated that her attitude needs improvement

Employment
Strengths/Interests/Preferences:
-able to assemble aus match
-work the whole session
-wants to go to job training
-she wants to work 4 hours, in the daytime, in a sitting position
-she wants to work with both with people and by herself, wants to work inside, in the cold, in a bright location, and not wear an uniform
-she wants to work with women, in a quiet environment, and a job that required no lifting

Exhibit 9: Page 5 of 18

Student Name: C▌ R▌ M▌         DOB: ▌▌2004   Meeting Date: 2/14/2020         Individualized Education Program                              Page 6 of 18

-she wants to do different types of jobs and jobs that are hands on
-she wants a position that is paid and is part to full time

Needs/Skill Deficits/Barriers:
-struggles with sorting tasks
-to remain focused
-to finish the task
-she states that she needs to be organized
-needs help to locate job postings, fill out job applications, complete an interview, and understand job responsibilities,

Independent Living Skills
Strengths/Interests/Preferences:
- trying new foods
-able to feed self with silverware
-able to stack her chair
-wants to live with her mom
-likes kickball, volleyball, and dodge ball
-put away belongings

Needs/Skill Deficits/Barriers:
-to increase toileting independence
-increase ability to wash hands, face, and brush teeth, comb hair, and shower/bathe
-increase the ability to vacuum, mop floors, wash windows and make the bed
-increasing her independence in gathering food and silverware
-to be able wash tables, sweep, do laundry, and wash dishes
-to increase her ability to read street signs, use public transportation, drive a car, get a cab, or read a map
-help with grocery shopping, exercising, making healthy food choices, measuring food, planning meals, and appropriately storing food
-help to manage paychecks, and a bank account
-help with Stranger danger, what to do if she is lost, how to contact a person in an emergency, basic first aid, and how to use a phone to contact family.
-help with counting money, make change, open a bank account, use an ATM card, pay bills, and use a credit card.

Speech/Language:
- C▌ is considered to be functionally nonverbal; therefore, articulation skills cannot be determined. When C▌ is excited or happy, she will sometimes vocalize "yay" or "da." C▌ currently communicates via gestures and an adapted Picture Exchange Communication System (PECS) protocol. She has been working on increasing her use of PECS symbols, as opposed to gestures during speech therapy. C▌ is able to exchange a single PECS symbol for an object, as well as discriminate between 2-3 PECS symbols to request a specific object. If C▌ is not focused, she will sometimes exchange a PECS symbol that doesn't make sense within the context of the situation (e.g., the clinician will ask C▌ what she wants to do for a break and C▌ will hand the clinician a number). When this happens, the clinician acknowledges the PECS symbol that C▌ gave her and explains why it does not apply to the context of the situation. C▌ is typically able to self-correct within 1-3 attempts. C▌ has also been working on navigating through her PECS book to find the PECS symbol corresponding to what she wants. C▌ is most successful when requesting highly preferred items (e.g., picnic basket). C▌ will also practice expressing her wants and needs via PECS symbols while completing puzzles and playing games (e.g., Pop the Pig, Pop Up Pirate). While completing puzzles and playing games, C▌ will request the puzzle and game pieces with her PECS symbols. The classroom has reported that C▌ is more independent

Student Name: C███ R█ M█                 DOB ███  2004  Meeting Date:2/14/2020     Individualized Education Program      Page 7 of 18

exchange PECS symbols, but the PECS symbols do not always make sense within the context. When C███ gestures towards objects she wants, it is not always clear what she is gesturing toward. When she gestures towards an object during speech, she is always encouraged to utilize her PECS symbols as well. C███ is able to pick up her PECS book and bring it to speech within 0-2 verbal/ visual prompts. When the clinician says, "it's time for speech, C███," she will usually stand up and pick up her PECS book to walk to speech C███ is able to follow 1-step routine directions when provided with 1-2 verbal/ visual prompts. When given novel directions, C███ will sometimes require additional verbal/ visual prompts or a direct model. C███ is able to identify a variety of functional vocabulary and concepts including prepositions, opposites, emotions, food, clothing, household items, animals, and school items from a choice of 2 when provided with 1-2 verbal prompts. When working on identifying prepositions, C███ can typically identify the picture of a preposition, but cannot mimic the preposition in real life (e.g. She can identify "the bear is in front of the box," but struggles to put a physical bear in front of a box). C███ will sometimes need a verbal prompt to look at both answer choices prior to choosing an answer, as she will may impulsively make a selection. C███ is able to answer a variety of "wh" questions (e.g., who, what, when, where) from a field of 2-3 answer choices when given 1-2 verbal prompts. C███ has also been practicing answering "yes/ no" questions with 2 verbal/ visual prompts. C███'s shows the ability to utilize joint attention (i.e., attend to an object at the same time as another person) when completing different therapy activities. C███ continues to work on keeping her hands down throughout an activity. She is able to move her hands down away from her face when provided with a verbal/ visual prompt; however, she will put her hands up again within 30 seconds. C███'s engagement in activities varies based on her mood. She appears to enjoy working for short breaks with a preferred toy (e.g. picnic basket toy). Overall, C███ has been progressing well in the area of identifying functional concepts and answering questions.

STUDENT STRENGTHS, PREFERENCES, INTERESTS:
- Strengths:
  -able to identify all letters and sounds
  -able to identify prepinner and primer sight words
  -increase reading comprehension
  -following along while being read aloud to
  -able to identify all colors and shapes
  -identify most numbers up to 50
  -able to identify all of the coins and bills
  -able to identify the values of all the coins and bills
  -able to answer questions based on a pie or bar graph.
  -able to identify a sentence starts with a capital letter
  -increasing her daily living skills
  -able to complete her arrival and dismissal routines
  -follows a visual schedule
  -able to pull down her pants and sit on the toilet independently
  -trying new foods
  -using silverware to feed self
  -work the whole session
  -trying new foods
  -able to match and assemble
  -able to stack a chair
  -demonstrate a right hand dominance.
  -trace pre-writing lines, shapes and letters with hand over hand assistance.
  -utilize an inferior pincer grasp and lateral pinch grasp to manipulate objects.
  -tolerate her teeth being brushed.
  -exchange a PECS symbol for a desired object
  -discriminate between 2 PECS symbols
  -answer "wh" questions from a field of 2 answers

Exhibit 9: Page 7 of 18

Student Name: C_____ F_____ M_____          DOB: _____ 2004  Meeting Date: 2/14/2020          Individualized Education Program          Page 8 of 18

-identify a variety of functional vocabulary and concepts from a field of 2
-enjoys interacting and singing with others
-follows some 1-step routine directions when provided with 1-2 verbal/visual prompts
-will carry her PECS when provided with 1-2 verbal/ visual prompts

Preferences/Interests:
-learns best by watching or seeing
-stated that her attendance and grades were great
-wants to go to job training
-wants to live with her mom
-likes kickball, volleyball, and dodge ball

ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT.

- Needs:
-identify first grade sight words
-increase her ability to compute single digit addition and subtraction problems
-decrease assistance in writing
-to continue to participate in various fine motor, bilateral hand coordination and visual motor activities during occupational therapy sessions.
-continue to participate in activities of daily living as they naturally occur throughout the school day.
-increase money skills
-increase her attention to task
-increase personal hygiene skills and daily living skills
-increase vocational skills
-increase time management skills
-increase personal safety skills
-transition appropriately in the hallway
-increase her ability to answer "wh" questions and "yes/ no" questions
-increase her ability to identify functional vocabulary and concepts
-increase her ability to utilize PECS symbols to request
-increase her ability to discriminate between PECS symbols
-follow directions containing spatial concepts

Parent Voice: Mom stated that C____ will need assistance with the following areas for the future: independent living skills, money management, communication, personal safety, time management, and job skills.  Mom thinks she may be interested in a job training program in art or dance.  She also stated that she will need a lot of supports to help her maintain employment.

SOCIAL DEVELOPMENT
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF, AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:
C____ is a very happy 15 year old girl who seems to love school.  She is liked by her teachers and peers.  She even has a classmate that is her friend and they do activities outside of school.  C____ prefers to listen to and watch Elmo and Sesame Street.  She also loves to sing and be sung to.  C____ currently likes the songs I've been working on the railroad and twinkle twinkle little star.  C____ is able to use her pecs to say hello with a 75-80% success rate and no more than

Student Name: C███ R███ M███          DOB: ███ 2004  Meeting Date: 2/14/2020          Individualized Education Program          Page 9 of 18

3 prompts. She is also able to state how she is feeling with 6-7 prompts. C███ is working on saying hello to her peers and asking them how they are doing using her pecs. C███ also enjoys gym with Mr. Tim. On occasion C███ will use the bean bag or yoga ball to bounce. She likes to lookout the windows throughout the day. C███ is able to adjust to changes in the school and community setting. She needs close supervision due to her risk of elopement

During speech therapy, C███ is able to sit for the majority of the therapy session and participate in activities. She sometimes needs 1-2 verbal/ visual prompts during activities to pay attention and actively participate in tasks. C███ will frequently initiate and maintain eye contact with others, and sometimes smiles at others. She will also initiate interactions by walking up to others and touching their arm or hands. When she wants others to sing for her, she will grab an adult's hands and say "da, da, da" in the tune of the song she wants to hear. C███ will also wave hello and goodbye to others when given 2-4 verbal/ visual prompts. C███ expresses happiness via facial expressions and vocalizations. When she is frustrated or upset, C███ will cry or tense her hands and face. C███ will sometimes demonstrate various task-avoidant behaviors, including covering her eyes, putting her fingers in her ears, and refusing to look at the therapist or materials. When C███ is engaging in task-avoidant behaviors, she requires 1 verbal/ visual prompt to put her hands down//look at the therapist and materials, but if she is distracted she typically requires 2-3 verbal/ visual prompts to utilize appropriate body language and participate in the activity. During speech, C███ works for a picnic basket toy. When it is time to start another activity, C███ sometimes has difficulty giving the picnic basket back and needs multiple verbal/ visual prompts to give the picnic basket to the clinician. At the end of speech therapy sessions, C███ also has difficulty leaving the speech room and will sometimes run back into the room and push past the clinician to pick up the picnic basket toy again. This is inconsistent and appears to vary based on C███'s mood. Sometimes she is able to give the picnic basket toy back to the clinician without difficulty and other times she needs 5+ verbal/ visual prompts. At this time, the picnic basket toy appears to be the only thing that motivates C███ during speech therapy sessions.

STUDENT STRENGTHS:
- Strengths:
  -loves school
  -liked by staff and students
  -making friends outside of school
  -likes Elmo and Sesame Street
  -likes music
  -likes participating gym
  -likes to lookout the window
  -enjoys interacting with others
  -will initiate interactions with others
  -will make and maintain eye contact

SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
- Needs:
  -increase her ability to say Hello using her AAC and via gestures (i.e., waving)
  -increase her ability to ask how people are using her AAC
  -answer how she is feeling using her AAC
  -improve ability to express wants and needs via PECS symbols
  -improve ability to appropriately transition back to an activity after given a break

Parent Voice: Mom stated that C███ enjoys a lot of leisure activities such as attending concerts and movies, using the computer, listening to music, watching Elmo, swimming, going to amusement parks, and dancing. However mom stated that C███ needs 1:1 help at all times.

PHYSICAL DEVELOPMENT
THE DEGREE (EXTENT, AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:
- C███ is a 15 year old girl that can maneuver through the school and community at ease. C███ is able to walk up and down stairs, get on and off the van

Student Name: G███ F███ M.   DOB: ███ 2004   Meeting Date: 2/14/2020   Individualized Education Program   Page 10 of 18

with no concerns. She can use an escalator but is more apprehensive. G███ is able to run, hop, jump and bounce with no concerns. She has been doing great job of increasing her physical activity in both gym and swim.

Occupational Therapy, January 2020:
SENSORY INTEGRATION:
Current Levels of Functioning:
G███ participates in a variety of sensory activities including vestibular (movement), propioceptive (deep pressure), and tactile (touch). G███ prefers to engage in slow linear rocking on the platform swing to promote vestibular input. To promote propioceptive input, G███ will push and pull a rolling cart that contains weighted objects. To promote tactile input, G███ will engage in tasks involving various textures such as wet, dry, rough, and soft without demonstrating tactile aversion. G███ demonstrates aversion to noise (to which she wears headphones) and refusal behavior when presented with non-preferred tasks and often covers her eyes and ears with her fingers or puts her head down on the table. G███ requires moderate to maximum verbal cues to uncover her eyes and ears as well as to keep her head up during therapeutic tasks.

GROSS MOTOR SKILLS:
Current Levels of Functioning:
G███ presents with a slouched posture (which improves with the use of a rocking chair while seated at the table) and hypermobile joints, indicating low muscle tone. G███ presents with sufficient strength and coordination to navigate the school environment and complete functional tasks, although she requires adult supervision to ensure she gets to her destination safely without instances of eloping. While navigating the school environment, G███ brushes up against the wall and demonstrates poor awareness for personal space by walking too closely to others. G███ often attempts to open doors and enter various classrooms as well as elope from the classroom and building. G███ requires moderate to maximal verbal and physical cues to redirect wandering and eloping behavior. During occupational therapy sessions, G███ demonstrates resistance and often refusal to engage in gross motor tasks that do not exist naturally such as obstacle courses, stretches, and weighted equipment exercises. While moving through developmental positions (such as going from stand to sit to side lying etc.) G███ requires increased time to facilitate motor planning and coordination. G███ does not show interest in gross motor tasks and requires maximal prompting to participate in these activities.

STUDENT STRENGTHS:
- Strengths:
  -able to maneuver around the sc community at ease with staff support
  -able to get in and out of van
  -able to walk up and down stairs
  -able to run, jump and bounce
  -doing a good job of increasing physical activity
  -participate in a variety of sensory activities.
  -push/pull a rolling cart to facilitate propioceptive input.
  -navigate the school environment with supervision.

PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
- Needs:
  -needs to increase ability to use the escalator
  -continued participation in less-preferred sensory tasks such as participating in tabletop tasks without covering her eyes and ears.
  -to continue to participate in sensory tasks to improve her attention to therapeutic tasks.
  -continued participation in gross motor activities as they naturally occur throughout the school day.
  -needs to continue to complete table top tasks while seated in a rocking chair or adaptive seating system in order to improve attention to task and posture while facilitating trunk strength and endurance.

Parent Voice: Mom stated that G███ is an elopement risk so she needs close supervision

Exhibit 9: Page 10 of 18

Student Name: G████ R██ M     DOB: ████ 2004  Meeting Date: 2/14/2020     Individualized Education Program     Page 11 of 18

## MANAGEMENT NEEDS
THE NATURE (TYPE) AND DEGREE (EXTENT, TO WHICH ENVIRONMENTAL AND HUMAN OR MATERIAL RESOURCES ARE NEEDED TO ADDRESS NEEDS IDENTIFIED ABOVE:

- Environmental modifications:
  -a quiet work environment
  -clear expectations
  -a small class ratio
  -limited distractions
  -structured and consistent routine
  -positive classroom management and reinforcement
  -breaks during work periods
  -pullout therapy model

Material Resources:
  -access to sensory toys
  -crate for transitions
  -rocking chair
  -visual schedule
  -visual supports such as pecs
  -token board
  -access to PECS book

Human resources:
  -staff consistency
  -1:1 assistance with class instruction to help her stay focused and check for understanding
  -positive/encouraging demeanor
  -read written passages, directions, and multiple choice options read aloud
  -close supervision due to an elopement risk

EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES

- G████ is a student who demonstrates global developmental delays, that impede with her ability to communicate, relate and interact with others. She presents as a student with Autism and requires a small, highly specialized classroom setting, to advance her skills.

## STUDENT NEEDS RELATING TO SPECIAL FACTORS
BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED.

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address behaviors that impede the student's learning or that of others? ☒ Yes ☐ No

Does the student need a behavioral intervention plan? ☐ No ☒ Yes:

Exhibit 9: Page 11 of 18

Student Name: G█████ R█ M█████                          DOB:████/2004  Meeting Date:2/14/2020           Individualized Education Program          Page 12 of 18

For a student with limited English proficiency, does he/she need a special education service to address his/her language needs as they relate to the IEP?
☐ Yes ☐ No ☒ Not Applicable

For a student who is blind or visually impaired, does he/she need instruction in Braille and the use of Braille? ☐ Yes ☐ No ☒ Not Applicable

Does the student need a particular device or service to address his/her communication needs? ☒ Yes ☐ No

In the case of a student who is deaf or hard of hearing, does the student need a particular device or service in consideration of the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode?
☐ Yes ☐ No ☒ Not Applicable

Does the student need an assistive technology device and/or service? ☒ Yes ☐ No
If yes, does the Committee recommend that the device(s) be used in the student's home? ☐ Yes ☒ No

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE)

## MEASURABLE POSTSECONDARY GOALS

LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT

**EDUCATION/TRAINING:**
- G█████ will attend a job training program

**EMPLOYMENT:**
- G█████'s goal is to work in a retail store

**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):**
- G█████ will continue to live at home with her family and develop her independent living skills

**TRANSITION NEEDS**
In consideration of present levels of performance, transition service needs of the student that focus on the student's courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from school to post-school activities:

Needs
- Needs:

  -increase money skills
  -increase her attention to task
  -increase personal hygiene skills and daily living skills
  -increase vocational skills
  -increase time management skills
  -increase personal safety skills

Course of Study
- In addition to an individualized curriculum based on the CCLS and tailored instruction to address individual goals in order to receive the Skills and Achievement Commencement Credential, G█████ will also develop independence by receiving instruction in vocational training, functional activities, life skills, and functional communication.

Exhibit 9: Page 12 of 18

Student Name: G█████ R██ M█ | DOB: █████ | 2004  Meeting Date: 2/14/2020 | Individualized Education Program | Page 13 of 18

**ALTERNATE SECTION FOR STUDENTS WHOSE IEPs WILL INCLUDE SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS**
(REQUIRED FOR PRESCHOOL STUDENTS AND FOR SCHOOL-AGE STUDENTS WHO MEET ELIGIBILITY CRITERIA TO TAKE THE NEW YORK STATE ALTERNATE ASSESSMENT)

## MEASURABLE ANNUAL GOALS

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL CHILD, IN APPROPRIATE ACTIVITIES, ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT'S DISABILITY, AND, FOR A SCHOOL-AGE STUDENT, PREPARE THE STUDENT TO MEET HIS/HER POSTSECONDARY GOALS.

| ANNUAL GOAL<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| **STUDY SKILLS**<br>1. G███ will be able to focus (hands down, eyes on material/person and staying in chair) for 5 minutes with no more than 5 prompts | 80% accuracy over 5 weeks | Recorded observations | Weekly |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

1.1  G███ will be able to focus (hands down, eyes on material/person and staying in chair) for 2 minutes with no more than 5 prompts
1.2  G███ will be able to focus (hands down, eyes on material/person and staying in chair) for 3 minutes with no more than 5 prompts
1.3  G███ will be able to focus (hands down, eyes on material/person and staying in chair) for 4 minutes with no more than 5 prompts
1.4  G███ will be able to focus (hands down, eyes on material/person and staying in chair) for 5 minutes with no more than 5 prompts

| ANNUAL GOAL | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| **MATHEMATICS**<br>2. Given 4 math problems, G███ will be able to count various assortments of coins with no more than 5 prompts | 80% accuracy over 5 weeks | Recorded observations | Weekly |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

2.1  Given 4 math problems, G███ will be able to accurately count various amounts of pennies presented to her with no more than 5 prompts
2.2  Given 4 math problems, G███ will be able to accurately count various combinations of pennies and nickels presented to her with no more than 5 prompts
2.3  Given 4 math problems, G███ will be able to accurately count various combinations of pennies, nickels, and dimes presented to her with no more than 5 prompts
2.4  Given 4 math problems, G███ will be able to accurately count various combinations of pennies, nickels, dimes and quarters presented to her with no more than 5 prompts

| ANNUAL GOAL | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| **SPEECH / LANGUAGE**<br>3. G███ will improve her ability to follow directions containing spatial concepts, and discriminate between up to 4 pictures/picture symbols in order to express her wants and needs, identify functional vocabulary/concepts, and answer a variety of questions with 80% success given no more than 2 prompts | 80% accuracy on 15 consecutive occasions | Recorded observations | Weekly |

Exhibit 9: Page 13 of 18

Student Name: G█████ R█ M█   DOB: █████/2004  Meeting Date: 2/14/2020   Individualized Education Program   Page 14 of 18

| verbal and/or visual prompts over 15 consecutive sessions. | | |
|---|---|---|

**SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):**

3.1  G██ will use picture symbols to express her wants and needs with 80% success given no more than 2 verbal and/or visual prompts over 15 consecutive sessions.

3.2  G██ will discriminate between up to 4 picture symbols/pictures to identify common vocabulary/concepts with 80% success given no more than 2 verbal and/or visual prompts over 15 consecutive sessions.

3.3  G██ will answer a variety of questions (i.e., "wh-", yes/no, personal information, academic, etc.) from a field of up to 4 pictures/picture symbols with 80% success given no more than 2 verbal and/or visual prompts over 15 consecutive sessions.

3.4  G██ will follow directions containing spatial concepts with 80% success given no more than 2 verbal and/or visual prompts over 15 consecutive sessions.

| ANNUAL GOAL | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| MOTOR SKILLS | | | |
| 4. Following sensory input, as needed, G██████ will complete a variety of, fine motor, visual motor, bilateral hand coordination, pre-vocational and daily living tasks for 20 minutes with no more than 6 verbal cues and 6 physical prompts in 4 out of 5 trials over 5 consecutive occasions. | 4 out of 5 trials on 5 consecutive occasions | Recorded observations | Weekly |

**SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):**

4.1  G██ will complete a variety of, fine motor, visual motor, bilateral hand coordination, pre-vocational and daily living tasks for 5 minutes with no more than 6 verbal cues and 6 physical prompts in 4 out of 5 trials over 5 consecutive occasions.

4.2  G██ will complete a variety of, fine motor, visual motor, bilateral hand coordination, pre-vocational and daily living tasks for 10 minutes with no more than 6 verbal cues and 6 physical prompts in 4 out of 5 trials over 5 consecutive occasions.

4.3  G██ will complete a variety of, fine motor, visual motor, bilateral hand coordination, pre-vocational and daily living tasks for 15 minutes with no more than 6 verbal cues and 6 physical prompts in 4 out of 5 trials over 5 consecutive occasions.

| ANNUAL GOAL | CRITERIA | METHOD | SCHEDULE |
|---|---|---|---|
| DAILY LIVING SKILLS | | | |
| 5. Given a visual checklist, G██████ will be able to follow all the steps to improve her daily living skills with no more than 4 prompts | 80% accuracy over 5 weeks | Recorded observations | Weekly |

**SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):**

5.1  Given a visual checklist, G██ will be able to follow all the steps to wash her hands independently with no more than 4 prompts

5.2  Given a visual checklist, G██ will be able to follow all the steps to wash her hand and her face independently with no more than 4 prompts

5.3  Given a visual checklist, G██ will be able to follow all the steps to wash her hands, face and brush her teeth with no more than 4 prompts

## REPORTING PROGRESS TO PARENTS

Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:

Written reports will be provided at the same time report cards are provided for all students in the school year.

Student Name: G█████ F█ M█        DOB:█████ 2004  Meeting Date: 2/14/2020        Individualized Education Program        Page 15 of 18

## RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS* | FREQUENCY HOW OFTEN PROVIDED | DURATION LENGTH OF SESSION | LOCATION WHERE SERVICE WILL BE PROVIDED | PROJECTED BEGINNING/ SERVICE DATE(s) |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Special Class | 6:1:3 | 5 x Weekly | 5hr. 30min. | Special Class | 09/08/2020 |
| Adapted Physical Education | 6:1:3 G████ receives APE 2x/weekly for half the year and 3x/weekly for the remaining half. | 2 x Weekly | 30min. | Gymnasium/ PE Station | 09/08/2020 |
| **RELATED SERVICES:** | | | | | |
| Speech/Language Therapy | Individual | 5 x Weekly | 30min. | Across School Settings | 09/08/2020 |
| Occupational Therapy | Individual | 2 x Weekly | 30min. | Across School Settings | 09/08/2020 |
| Parent Counseling and Training | Individual | 2 x Yearly | 30min. | Autistic Services, Inc. | 09/08/2020 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| Behavior Intervention Plan | | 5 x Weekly | Throughout the School Day | across all environments | 07/06/2020 |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |
| Access to Augmentative Communication Device | Picture exchange system | 5 x Weekly | Throughout the School Day | Across School Settings | 07/06/2020 |
| Access to Adaptive Seating | Access to a rocking chair in the classroom during academic/seated activities throughout the school day | Weekly | Throughout the School Day | Classroom | 07/06/2020 |
| **SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:** | | | | | |
| Behavior Plan Progress Monitoring Meetings | Progress Monitoring Meetings | 1 x Monthly | 30 minutes | Classroom | 07/06/2020 |

* Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations.

Exhibit 9: Page 15 of 18

Student Name: C___ R___ M___   DOB: ▮   2004   Meeting Date: 2/14/2020   Individualized Education Program   Page 16 of 18

**12-MONTH SERVICE AND/OR PROGRAM** - Student is eligible to receive special education services and/or program during July/August:

☐ No   ☒ Yes   ☐ Deferred Pending Review

If yes:

☐ Student will receive the same special education program/services as recommended above.

OR

☒ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING/ SERVICE DATE(S) |
|---|---|---|---|---|---|
| Special Class | 6:1+3 | 5 x Weekly | 5hr. 30min. | Special Ed. class | 07/06/2020 - 08/14/2020 |
| Adapted Physical Education | 6:1+3 | 2 x Weekly | 30min. | Gym | 07/06/2020 - 08/14/2020 |
| Speech/Language Therapy | Individual | 5 x Weekly | 30min. | Throughout School Setting | 07/06/2020 - 08/14/2020 |
| Occupational Therapy | Individual | 2 x Weekly | 30min. | Therapy Room/ Classroom | 07/06/2020 - 08/14/2020 |

Name of school/agency provider of services during July and August:
Autism Services

For a preschool student, reason(s) the child requires services during July and August: Not Applicable

**TESTING ACCOMMODATIONS** (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN):
INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT

| TESTING ACCOMMODATION | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☐ NONE | | |
| - DLM - Human Read Aloud | for NYSAA testing | read directions, passages, and multiple choice options aloud. |
| - Use of Break Periods | for any tests | provide frequent breaks, as needed. |
| - Redirection/refocusing | for any tests | provide verbal, visual and gestural refocusing prompts and check for understanding |
| - Use of number line | NYSAA testing | for math portion |
| - Use of a Calculator | NYSAA | for math portion |

*Conditions - Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

Exhibit 9: Page 16 of 18

Student Name: C▉▉▉ F▉ M▉     DOB: ▉▉▉▉ 2004  Meeting Date: 2/14/2020     Individualized Education Program     Page 17 of 18

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

## COORDINATED SET OF TRANSITION ACTIVITIES

| NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES | SERVICE/ACTIVITY | SCHOOL DISTRICT/ AGENCY RESPONSIBLE |
|---|---|---|
| Instruction | C▉ will participate in an academic and functional curriculum focusing on counting money. C▉ will also increase her attention to task | Autism Services, Inc. Special Education Teacher |
| Related Services | C▉ will receive Speech/Language services to increase her communication and Occupational Therapy services to increase her fine motor skills, visual motor skills, bilateral coordination skills, ADL skills, and vocational skills. | Autism Services, Inc. Speech Language Therapist, Occupational Therapist |
| Community Experiences | C▉ will participate during weekly outings in a variety of settings to create relationships in the community and explore jobs within the area. | Autism Services, Inc. Special Education Teacher |
| Development of Employment and Other Post-School Adult Living Objectives | C▉ will increase her vocational and time management skills to help C▉ get ready for employment | Autism Services, Inc. Special Education Teacher |
| Acquisition of Daily Living Skills (if applicable) | C▉ will increase her personal hygiene and daily living skills. C▉ will also increase her personal safety skills. | Autism Services, Inc. Special Education Teacher |
| Functional Vocational Assessment (if applicable) | Considered, but not needed at this time. | Autism Services, Inc. Special Education Teacher |

## PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS

(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

☐ The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

☒ The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.
Identify the alternate assessment:
  - New York State Alternate Assessment for Students with Severe Disabilities
Statement of why the student cannot participate in the regular assessment and why the particular alternate assessment selected is appropriate for the student:
  - The student has severe cognitive disabilities and significant deficits in communication, language and adaptive behavior.

## PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES

Exhibit 9: Page 17 of 18

Student Name: C█████ F█ M█   DOB: ████   2004   Meeting Date: 2/14/2020   Individualized Education Program   Page 18 of 18

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED

FOR THE PRESCHOOL STUDENT:
Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day and/or specify particular activities):
- Not Applicable

FOR THE SCHOOL-AGE STUDENT:
Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day and/or specify particular activities):
- Due to the severity of needs, this child requires a significant degree of individualized attention and intervention with a complete array of support services.

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in specially-designed instruction in physical education, including adapted physical education:
- The student will not participate in the general education physical education program, but will participate in a specially designed or adapted physical education.

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT: ☒ No   ☐ Yes - The Committee has determined that the student's disability adversely affects his/her ability to learn a language and recommends the student be exempt from the language other than English requirement.

## SPECIAL TRANSPORTATION

TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO HIS/HER DISABILITY

☐ None.
☒ Student needs special transportation accommodations/services as follows:
    Adult supervision - Bus with an Individual Attendant
    Vehicle and/or equipment needs - Student requires curb to curb pick up
☐ Student needs transportation to and from special classes or programs at another site:

## PLACEMENT RECOMMENDATION

Approved Private School - Day



# EXHIBIT 10

# AUTISM SERVICES, INC.



AUTISM-SERVICES-INC.ORG

April 20, 2021

Dear Parents, Families, and Caregivers,

We write to you today to provide continued updates regarding the level of in-person instruction currently offered in the Autism Services School Program.

Ideally, we would like all students to be able to safely attend school every day of the week. However, as noted in previous communication, the COVID-19 pandemic has resulted in a sharp reduction in our overall staffing levels. Sadly, we continue to see this decrease continue.

Experience has shown us that our staff members do not leave us because they do not value the work or enjoy their job. Rather, our staff members receive much lower compensation relative to those working in a public school setting. Additionally, the COVID-19 pandemic has made retaining and recruiting classroom staff members extremely difficult. Several employees have expressed that they are resigning because they are fearful of being exposed to COVID-19 while working with students who, through no fault of their own, may be unable to reliably maintain social distance or wear masks. We believe these same factors have caused our applicant pool to diminish as well.

Without an increase in the number of classroom staff members, it will not be safe to add additional days of in-person instruction. We believe it is critical that continued advocacy with local and state authorities continue, so that increased funding for our valuable staff members can be provided.

Although the seriousness of this problem is quite concerning, we continue our efforts to recruit and retain people to work in these critical positions. Enclosed is a copy of our ongoing efforts in this regard. As members of our school community, your feedback on our efforts is always welcome.

Please do not hesitate to reach out to us at any time to discuss this further. Thank you, sincerely, for your continued support.

Sincerely,

Veronica Federiconi
Chief Executive Officer
vfedericoni@autism-services-inc.org
716-631-5777 x318

Andrew Shanahan
Education Director
ashanahan@autism-services-inc.org
716-631-5777 x222

Exhibit 10: Page 1 of 1

40 HAZELWOOD DR / AMHERST, NEW YORK 14228 / 716-631-5777

# EXHIBIT 11





...agara Falls City School District
630 66th Street
Niagara Falls, NY 14304

Student: [redacted]
Address: [redacted]
Contacts: [redacted] Mother
[redacted] Father
School Year: 2019-2020
2020-2021

Date of Birth: [redacted]
Age as of meeting date: 6.10
County: Niagara
Home/Mobile #: H: (716) 940-2039 M: (716) 940-2039
Home/Mobile #: H: (716) 940-2038 M: (716) 673-5899
Placement: BOCES Class in a Public School
BOCES Class in a Public School

Gender: Male
Native Language: English
Interpreter Required: No
Work #:
Work #:
School: BOCES - O/N N. Tonawanda Learning Ctr.
BOCES - O/N N. Tonawanda Learning Ctr.

ID # [redacted]
Email:
Email:
Grade: Kdg.
01

Special Alerts: [redacted] demonstrates eating needs related to dysphagia, and should be closely monitored for choking.
At this time parent will provide all food for [redacted] to eat during school, for the purpose of mealtime, snack, and therapy. T[redacted] benefits from gentle cues for chewing and swallowing and tolerating food and food textures.
Tristan may choose not to eat in the school setting, this is related to his diagnosis and should not be pushed. H[redacted] should be offered multiple opportunities for eating throughout the day, if he does not eat during meal time. T[redacted] suffers from asthma, has seasonal allergies and allergies to red dye. Tristan is diagnosed with Attention Deficit / Hyperactivity Disorder (ADHD) and Oppositional Defiant Disorder (ODD).

**IEP INFORMATION**

| | |
|---|---|
| Projected IEP Start Date: | 03/27/2020 |
| Projected IEP End Date: | 03/27/2021 |
| Projected Date of Annual Review: | 03/27/2021 |
| Projected Date for Reevaluation: | 10/30/2021 |
| Extended School Year: | Yes |
| Behavior Intervention Plan: | Yes |
| Supplementary Aids and Services: | Yes |
| Assistive Technology: | No |
| Supports for School Personnel: | No |
| Testing Accommodations: | No |
| Participate State/District Assessments: | Yes |
| Special Transportation: | Yes |

**SUMMARY-SPECIAL EDUCATION PROGRAMS AND RELATED SERVICES**

| | | |
|---|---|---|
| Special Class (Special Class - BOCES): 6:1:3 | 03/27/2020 - 03/27/2021 5 x Weekly, 6hr. | Classroom |
| Speech/Language Therapy: 5:1 | 03/27/2020 - 03/27/2021 1 x Weekly, 30min. | Therapy Room |
| Occupational Therapy: Individual | 03/27/2020 - 03/27/2021 2 x Weekly, 30min. | Therapy Room |
| Counseling Services: Individual | 03/27/2020 - 03/27/2021 2 x Weekly, 30min. | Therapy Room |
| Speech/Language Therapy: Individual | 03/27/2020 - 03/27/2021 2 x Weekly, 30min. | Therapy Room |
| Counseling Services: Small Group | 03/27/2020 - 03/27/2021 1 x Weekly, 30min. | Therapy Room |
| Counseling Services: Small Group | 09/03/2020 - 03/27/2021 1 x Weekly, 30min. | Classroom |
| Special Class (Special Class): 6:1:3 | 07/01/2020 - 08/31/2020 5 x Weekly, 6hr. | Classroom |
| Occupational Therapy: Individual | 07/01/2020 - 08/31/2020 2 x Weekly, 30min. | Therapy Room |
| Speech/Language Therapy: Individual | 07/01/2020 - 08/31/2020 1 x Weekly, 30min. | Therapy Room |
| Speech/Language Therapy: 5:1 | 07/01/2020 - 08/31/2020 1 x Weekly, 30min. | Therapy Room |
| Counseling Services: Individual | 07/01/2020 - 08/31/2020 1 x Weekly, 30min. | Therapy Room |
| Counseling Services: 6:1 | 07/01/2020 - 08/31/2020 1 x Weekly, 30min. | Therapy Room |

**MEETING INFORMATION**

Date: 3/20/2020
Reason: Annual Review
Committee: Subcommittee on Special Education
Decision/Status: Classified
Classification: Other Health Impairment
Participants: Cheryl Weber, CSE Subcommittee Chairperson; Ann Logel, Administrator; Genny Chmiel, Special Education Teacher; K[redacted]G[redacted], Mother; A[redacted] S[redacted] Father
Comments: The Committee on Special Education met for T[redacted]s annual review. It was determined that his current program in a 6:1:3 is appropriate and he is making progress in all developmental areas. It is noted that Tristan can write all letters and can count up to 100. His related services will remain the same. He will receive speech three times weekly, OT 2

Niagara Falls City School District
630 66th Street
Niagara Falls, NY 14305
(716) 286-4287

INDIVIDUALIZED EDUCATION PROGRAM (IEP)

DISABILITY CLASSIFICATION: Other Health Impairment

STUDENT NAME: _____   LOCAL ID #: _____
DATE OF BIRTH: _____   March 27, 2020   PROJECTED DATE OF ANNUAL REVIEW: February 27, 2021
PROJECTED DATE IEP IS TO BE IMPLEMENTED: _____

PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS
DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)
Evaluation / Reports
Behavior Intervention Plan (02/28/2020)

Substantial Regression Statement (02/28/2020)

Counseling Progress Summary (02/13/2020)
- ORLEANS-NIAGARA BOCES
COUNSELING EVALUATION SUMMARY 2019-2020

                                        DISTRICT: Niagara Falls
STUDENT: T_____           SCHOOL: North Tonawanda Learning Center
PROGRAM: 615              DOB: _____ 2013 (6)
TEACHER: Genevieve Ciociol
DATE OF REPORT: 02/04/2020

DURATION OF COUNSELING: Individual 1x/wk 30 min.; Group 1x/wk 30 min.

IDENTIFIED PROBLEMS:
T_____ presents as an energetic typical young boy, but is classified as a student with _____ Other Health Impairment (OHI). T_____ receives special education services with Orleans Niagara BOCES and he reports to liking school, his classmates, and _____ is combative, defiant, and hyperactive 50% adult staff. T_____'s classification does not fall in line with how T_____ presents initially and academically. T_____ can be a of his school day in any setting. T_____ continues to make slow progress with the current supports in place. T_____ with maximum adult support. T_____ diligent worker, but he requires constant prompting and adult directives. T_____ is capable of turn-taking and collaborative play, but with some developmental, social, behavioral, and academic growth, but is impaired by his _____ has difficulty in a small group setting where he can't follow directives. T_____ needs _____ presentation is similar to a student who is emotionally directions. The support of a 6:1:1 setting has assisted T_____ with some development. T_____'s _____ can become aggressive towards that disability.
T_____ struggles with coping skills and needs prompting to help elicit his coping tools. T_____ is playing with a desired toy or activity. T_____ _____ with extended time for dysregulated rather than OHI. T_____ also struggles when a classmate comprehends what is being asked of him, _____ struggles with being defiant. classmate. During his elevated emotional state, T_____ still requires clarification to ensure he uses his coping skills, but T_____ _____ throughout the day. processing. At times, T_____ presents repeated directions and frequent adult prompts to management and constant support He continues to make slow progress towards his coping skills goals, he receives positive reinforcement _____

Exhibit 11: Page 2 of 14



Student Name: T█████    DOB: █████ 2013   Meeting Date: 2/28/2020    Individualized Education Program    Page 2 of 13

**PROGRESS IN COUNSELING:**

T█████ receives Individual and group counseling each one time a week for 30 minutes. The group sessions focus on social skill development, collaborative play, and peer interaction. We also focus on meditation, mindfulness, and calming activities. T█████ does well with emotional literacy, but lacks the ability to tap into his coping skills due to his hyperactivity and defiant behavior. T█████ will typically mention both positive and negative feelings, and does not have difficulty applying the correct emotion and coping skill with various complex scenarios. This is only true when T█████ is having a good day where his hyperactivity and defiant behavior are at or below 50%.

In individual sessions, a variety of emotions are explored in addition to what elicits specific feelings; this offers pragmatic social skills among various settings and allows for practice and reinforcement. A goal for T█████ is to learn how to recognize when he is frustrated and apply the appropriate coping skills or to verbalize his frustrations. Mindfulness and Yoga exercises are the main therapeutic modalities. At times we explore a combination of adult directed play therapy, social skill management, and Floor-time mindfulness activities to afford T█████ additional opportunities to express himself and to resolve internal conflicts.

**RECOMMENDATIONS:**

Individual counseling 2x/week, Small group counseling 1x/week, Large group counseling 1x/wk. Counseling can serve to afford T█████ with additional experiential opportunities to enhance his knowledge of emotions, impulse management, appropriate self-expression, anxiety management, and overall enhancement of social skills. He will function best when he is present sequentially and the lessons are presented concretely, visually and are predictable. He continues to need experiential opportunities to learn and practice pro-social exchanges.

Ryan Suiter
CN-BOCES Counselor
Date: 12/14/2019

Occupational Therapy Progress Summary (02/14/2020)

DOB: ▓▓▓ 2013  Meeting Date: 2/29/2020   Individualized Education Program   Page 4 of 11

**Language Progress Summary (01/05/2020)**

▓ is able to transition to and from speech therapy successfully when he is calm and willing. He enjoys playing with taking games, listening to books, and sensory toys. During therapy when calm, T▓ is able to demonstrate joint attention during structured tasks in a 1:1 setting. He continues to demonstrate significant difficulty with sustaining shared attention and appropriate engagement during group activities and unstructured tasks. Frequent verbal and visual cues provided by staff to enhance appropriate engagement. During individual instruction, T▓ responds well to a visual "I see sound" system, mindfulness warm-up, and social stories to maintain his participation and motivation to complete non-preferred tasks.

Receptively, he is able to follow complex 1-step directions with 75% accuracy when provided an occasional verbal and/or visual cues. He benefits from repetition and gestural cues to complete two step unrelated directions at this time. He demonstrates some difficulty with conditional concepts (e.g. if/then), and temporal concepts (e.g. before/after) impacting his ability to follow 2 step complex directions at this time. T▓ is inconsistent ability to attend during individual and group sessions impacts his over all comprehension of concepts, vocabulary, and adjectives impacting his performance.

Expressively, T▓ is able to communicate utilizing 5-7 word utterances. T▓ is able to request an item using a phrase however, benefits from a verbal reminder. T▓ is able to answer basic /concrete "yes/no" and "wh" questions with visuals provided. He demonstrates difficulty answering complex "yes/no" and "wh" questions without visuals. T▓'s inability to consistently attend during his session impacts his consistency with infusing discrete vocabulary and verbs following a listening activity. T▓ will typically respond to most questions with "I don't know" when initially asked by the therapist even if it is an area with which he is familiar. He continues to work on using age appropriate syntax including: gender specific pronouns, irregular past tense, regular past tense, and irregular plural during structured tasks with moderate verbal cues. In regard to articulation skills, T▓ is approx. 100% intelligible at the conversational level to familiar and unfamiliar listeners during his school day. In the area of social language, T▓ struggles with his ability to consistently interact appropriately with his peers in a group/classroom setting. He currently requires a 1:1 during speech group to maintain the safety of himself and his peers. He exhibits difficulty with appropriate conversational turn-taking, topic maintenance, maintain control of his body, following game rules, and using "green words" when speaking with peers and adults. The above skills are worked on during his individual sessions however, T▓ currently struggles to carry over skills into a group/classroom setting impacting his academic progress and ability to build relationships with his peers.

**Test Results:**

BASC 3 TRS (11/27/2018)
- Adaptive Skills 37 (T-Score)
- Behavioral Symptoms Index 70 (T-Score)
- Externalizing Problem 71 (T-Score)
- Internalizing Problem 58 (T-Score)

Young Children's Achievement Test (YCAT) (10/19/2018)
- Early Achievement Composite (Standard Score)
- General Information 1 (Scaled Score)
- Mathematics 5 (Scaled Score)
- Reading 5 (Scaled Score)
- Spoken Language 6 (Scaled Score)
- Writing 3 (Scaled Score)

Wechsler Preschool and Primary Scale of Intelligence-4 (WPPSI-4) (10/17/2018)
- Fluid Reasoning Index 74 (Standard Score)



Name: ▓▓▓▓  DOB ▓▓▓▓ 2013  Meeting Date: 2/25/2019  Individualized Education Program  Page 4 of 13

- Full Scale 73 (Standard Score)
- Processing Speed Index (PSI) 66 (Standard Score)
- Verbal Comprehension (VCI) 66 (Standard Score)
- Visual Spatial Index 69 (Standard Score)
- Working Memory 92 (Standard Score)

Beery-Buktenica Developmental Test of VMI (10/10/2018)
- VMI 78 (Standard Score), 4 (Scaled Score): Testing reveals Low-Below Average skills in duplicating basic letters, shapes and forms.

Bruininks-Oseretsky Test of Motor Proficiency 2nd (10/10/2018)
- Fine Manual Control 41 (Standard Score): ▓▓▓▓ reveals Average performance in Fine Motor Integration and Fine Motor Control
- Manual Coordination 42 (Standard Score), 22 (Scaled Score); 28 (Scaled Score): ▓▓▓▓ shows Average performance in Manual Coordination skills.

Expressive Vocabulary Test 2 (10/10/2018)
- 91 (Standard Score)

Goldman Fristoe 2 (10/10/2018)
- 94 (Standard Score), 23 (Percentile)

Motor-Free Visual Perception Test (10/10/2018)
- Perceptual Quotient 88 (Standard Score), 8 (Scaled Score): ▓▓▓▓ demonstrates Low Average skills with deficits in spatial relations and visual closure items.

OWLS II (10/10/2018)
- Listening Comprehension 73 (Standard Score)
- Oral Expression 84 (Standard Score)

Peabody Picture Vocabulary Test-4 (10/10/2018)
- 87 (Standard Score)

State and Districtwide Assessments
- None

ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING,
ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:

Speech/Language:
▓▓▓▓ is able in transition to and from speech therapy successfully when he is calm and willing. He enjoys playing turn-taking games, listening to books, and sensory toys. During therapy when calm, ▓▓▓▓ is able to demonstrate joint attention during structured tasks in a 1:1 setting. He continues to demonstrate significant difficulty with attention, shared attention and appropriate engagement during group activities and unstructured tasks. Frequent verbal and visual cues

Exhibit 11: Page 5 of 14





Student Name: ▮▮▮   DOB: ▮▮ 2013  Meeting Date: 02 07 2018  Individualized Education Program   Page 6 of 13

copy using picture cards.

**Writing:**
- ▮▮▮ is able to write his first name from memory independently. He is practicing writing his last name with a model to copy. ▮▮▮ is also able to copy any words or phrases from a model with little to no assistance. He can write most letters from memory when verbally directed.

**Mathematics:**
- ▮▮▮ has one to one correspondence beyond 20+, can count to 100 with minimal prompting, can identify numbers up to 100, and can write numbers from memory. ▮▮▮ has been working on adding numbers up to 10 with minimal teacher help.

**STUDENT STRENGTHS, PREFERENCES, INTERESTS:**
- is easily understood by his peers and teachers
- enjoys playing turn-taking games with an adult
- responds to 3 step direction in an individual setting
- enjoys being read to and looking at books
- knows school routines
- has good intelligibility
- has great attendance

**ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:**
- ▮▮▮ needs:
- to improve his ability to work in a group
- to improve his comprehension of 'wh' questions without visuals
- to follow adult directives
- to build sight word recognition
- to continue building independence in his writing skills
- to expand his diet

Mrs. S▮▮▮, a mom, is concerned about his writing skills and his ability to focus on learning new skills both academically and socially.

**SOCIAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS, FEELINGS ABOUT SELF, AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:

- ▮▮▮ has adjusted to his new class and peers as well as all adults that he works with. He usually appears happy to be at school and greets peers and adults with a smile. He get started on his morning routine pretty quickly after his bag is unpacked. He starts his "job" (which consists of some "heavy work" i.e. loading reams of copy paper onto the office shelf). He is a verbal boy who enjoys engaging with preferred adults. He expresses his wants and needs as well in observations of things going on around him. He does seek out his classmates and wants to be where they are. At times, he needs to have time and space away from his peers (for ▮▮▮ own good i.e. if he becomes overstimulated by chaos going on around him), but it can be difficult to convince him to take a "break." This is something that ▮▮▮ needs to work on going forward. His overstimulation often leads to aggression towards a classmate, which is why it is essential to teach ▮▮▮ to take a "break" when he is beginning to feel overstimulated.

- ▮▮▮ is very self-directed and struggles with following adult directives. He does have a couple of adults that he enjoys interacting with however, he struggles with complying in all areas of his school day (one on one in therapies as well as in the classroom group setting). When in a group setting, ▮▮▮ exhibits disorganized behavior when other children are getting attention for negative behavior.



T████ often seeks adult help with tasks and during free time; however, when he is struggling with a negative emotion he will respond to an adult with an aggressive response (yelling, slapping, kicking, throwing items) as opposed to using his words to ask for help. T████ struggles with calming and returning to baseline when he is upset. He demonstrates a lot of movement, with an inability to sit and stay calm. Things that calm him when he is willing to accept are: time away from peers, walking laps in the hallway, and limited language until he has calmed.

T████ enjoys community outings, field trips, and walks outside. It is best for T████ to have set on one support from an adult when out of the classroom due to impulsivity.

T████ enjoys free time and has good independent play skills. He does, at times, seek out a peer to play with, but unstructured play can be difficult for him (he wants to do his way and sharing is challenging).

In Counseling, T████ does well with emotional literacy, but lacks the ability to tap into his coping skills due to his hypersensitivity and defiant behavior. T████ will typically exercise both positive and negative feelings, and does not have difficulty labeling the correct emotion and coping skill with various complex scenarios. This is only true when T████ is having a good day where his hyperactivity and defiant behavior are at or below 20%.

In Individual sessions, a variety of emotions are explored in addition to what elicits specific feelings. Clinicians provide the appropriate coping skills or to divert his frustration and reinforcement. A goal for T████ is to learn how to recognize when he is triggered and apply the appropriate coping skills or to verbalize his frustration. Mindfulness and Yoga exercises are the main therapeutic modalities. At times we explore a combination of adult directed play therapy, social skill management, and Floor-time mindfulness activities to afford T████ additional opportunities to express himself and to resolve internal conflicts.

STUDENT STRENGTHS
· has good independent play skills
· operates his wants and needs

SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
· T████ needs:
  - to accept limits and the word "no"
  - to foster coping skills and frustration tolerance
  - to follow adult directives with consistency

Mrs. T████ states, has concerns about him playing appropriately, understanding others, social skills, how to take turns, learning appropriate times for him to talk, and general space awareness.

PHYSICAL DEVELOPMENT
THE SCALE, EXTENT AND QUALITY OF THE STUDENTS MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH RELATE TO THE LEARNING PROCESS:
· Occupational Therapy Needs: T████ currently receives occupational therapy services at a frequency of 2x30 individual minute sessions per week in order to address deficits in fine motor skills, visual motor/visual perceptual and sensory processing skills. T████ is a friendly child who typically enjoys coming to therapy. He demonstrates several types of emotion and muscle tone throughout his entire body. He presents with adequate upper extremity and core strength. He is able to navigate various play based/sensory planning activities such as scooter board, yoga, and obstacle courses with independence. T████ will occasionally attempt to distract in play to remove during hallway transitions and when transitioning into the therapy room and will run or jump on therapy equipment, impeding his ability to attend or his direction. T████ demonstrates a right hand dominance and with the use of a "claw pencil gripper" can assume and



DOB: ██████ 2013   Meeting Date: 2/28/2020   Individualized Education Program   Page 8 of 13

**STUDENT STRENGTHS:**
- Enjoys coming to therapy
- Actively participates in all sensory-based activities
- Age appropriate grasp patterns
- Adequate upper extremity/ bilateral coordination and strength
- Improved letter formation skills
- Age appropriate gross motor skills

**PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:**
- Fine and Visual Motor Skills
- Visual Perceptual Skills
- Sensory Processing Skills
- Overall attention to task

Mrs. S██████, ██████'s mom, has concerns about his hand dexterity.

**MANAGEMENT NEEDS**
(The NATURE (TYPE) and DEGREE (EXTENT) TO WHICH ENVIRONMENTAL AND HUMAN OR MATERIAL RESOURCES ARE NEEDED TO ADDRESS NEEDS IDENTIFIED ABOVE)

██████ needs:
- Moderate to maximum adult support at all times
- structure and routine
- 1:1:1 student to teacher ratio
- verbal, gestural, and physical prompts throughout his school day
- frequent breaks for "heavy work", movement, and sensory
- scaffolding in peer interactions
- modeling of coping skills and cues to use them

Student Name: ████████   DOB: ████ 2013  Meeting Date: 3/28/2020   Individualized Education Program   Page 9 of 13

**EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES**

• T████ demonstrates mild/moderate cognitive needs especially in the area of focusing and paying attention.
• T████ demonstrates with significant delays in fine motor, sensorimotor and oral motor skills, social emotional and speech/ language that affects his ability to appropriately to participate in age appropriate activities.
• Child requires use of a unique adaptive mealtime plan given presence of severe dysphagia. K. Lyle, MA OOS SLP 3/18

**STUDENT NEEDS RELATING TO SPECIAL FACTORS.** THIS COMMITTEE MUST CONSIDER WHETHER THIS STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE. BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS BELOW AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED. TO ADDRESS THE SPECIAL FACTORS AS INDICATED.

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address behaviors that impede the student's learning or that of others? ☑ Yes ☐ No

Does the student need a behavioral intervention plan? ☐ No ☒ Yes  T████ needs maximum adult support with use of a token board and multiple sensory breaks built in the day. He seeks to gain control and avoid tasks. He may become aggressive when his behaviors escalate.

For a student with limited English proficiency, does he/she need a special education service to address his/her language needs as they relate to the IEP?
☐ Yes ☐ No ☒ Not Applicable

For a student who is blind or visually impaired, does he/she need instruction in Braille and the use of Braille? ☐ Yes ☒ No ☐ Not Applicable

Does the student need a particular device or service to address his/her communication needs? ☐ Yes ☒ No
In the case of a student who is deaf or hard of hearing, does the student need a particular device or service in consideration of the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode?
☐ Yes ☐ No ☒ Not Applicable

Does the student need an assistive technology device and/or service? ☐ Yes ☒ No
If yes, does the Committee recommend that the device(s) be used in the student's home? ☐ Yes ☐ No

**MEASURABLE ANNUAL GOALS**

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM (ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT'S DISABILITY, AND PREPARE THE STUDENT TO MEET HIS/HER POSTSECONDARY GOALS.)

| ANNUAL GOAL: What the student will be expected to achieve by the end of the year in which the IEP is in effect | CRITERIA: Measures to Determine if Goal has been Achieved | METHOD: How Progress Will be Measured | SCHEDULE: When Periodic Reports on Progress will be Provided |
|---|---|---|---|
| READING 1. When presented with 25 common sight words and/or peers' names, T████ will read the words out loud. | 4 out of 5 trials over 2 weeks | Recorded observations | Every 2 weeks |
| MATHEMATICS 2. T████ will add or subtract up to 10, using objects, fingers, mental images, drawings, verbal expressions or equations. | 4 out of 5 trials over 2 weeks | Recorded observations | Every 2 weeks |

Sudent Name: T███

**SPEECH / LANGUAGE**
3. Provided a visual, T███ will answer a variety of targeted "wh" and vocabulary questions with 80% accuracy.

DOB: ███ 2013   Meeting Date: 2/28/2020   Individualized Education Program   Page 10 of 13

**SOCIAL / EMOTIONAL / BEHAVIORAL**
4. When prompted, T███ will accurately identify his own emotions/feelings (e.g., anxiety, stress, frustration, anger, sadness), the intensity of those emotions/feelings and strategies for dealing with those emotions/feelings.

**MOTOR SKILLS**
5. Following the participation in a structured sensorimotor activity, T███ will copy letters "Aa-Zz" from a visual model demonstrating consistent sizing and formation throughout with 3 cues in 4 out 5 trials.

| | | | |
|---|---|---|---|
| | 80% success over 2 weeks | Recorded observations | Weekly |
| | 75% success over 2 weeks | Recorded observations | Every 2 weeks |
| | 4 out of 5 trials over 2 months | Recorded observations | Every 2 weeks |

**REPORTING PROGRESS TO PARENTS**

Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:

Written reports will be provided quarterly.

**RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES**

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS* | FREQUENCY HOW OFTEN PROVIDED | DURATION LENGTH OF SESSION | LOCATION WHERE SERVICE WILL BE PROVIDED | PROJECTED BEGINNING/ SERVICE DATE(S) |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM** | | | | | |
| Special Class (Special Class - BOCES) | 6:1:3 | 5 x Weekly | 6hr. | Classroom | 03/27/2020 |
| **RELATED SERVICES** | | | | | |
| Speech/Language Therapy | 3:1 | 1 x Weekly | 30min. | Therapy Room | 03/27/2020 |
| Occupational Therapy | Individual | 2 x Weekly | 30min. | Therapy Room | 03/27/2020 |
| Counseling Services | Individual | 2 x Weekly | 30min. | Therapy Room | 03/27/2020 |
| Speech/Language Therapy | Individual One session to focus on feeding. | | | | |
| | Small Group | 1 x Weekly | 30min. | Therapy Room | 03/27/2020 |
| Counseling Services | Small Group | 1 x Weekly | 30min. | Classroom | 09/08/2020 |
| Counseling Services | | | | | |
| | Monitor his eating during lunchtime. | 5 days x Weekly | 30 minutes | During lunchtime to monitor feeding. | 03/27/2020 |
| Other | | | | | |

Exhibit 11: Page 11 of 14



Student Name: T███████ S████

DOB: ███ 2013   Meeting Date: 2/28/2020   Individualized Education Program   Page 12 of 13

**TESTING ACCOMMODATIONS (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)**
INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY IN THE STUDENT'S
RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT, AND, CONSISTENT
WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATION* | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☒ NONE | | |

*Conditions - Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

**PARTICIPATION IN STATE AND DISTRICT-WIDE ASSESSMENTS**
(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

☒ The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

☐ The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.
Identify the alternate assessment:

Statement of why the student cannot participate in the regular assessment and why the particular alternate assessment selected is appropriate for the student:

**PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES**

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE
USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED.

FOR THE PRESCHOOL STUDENT:
Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day
and/or specify particular activities):
     - Not Applicable

FOR THE SCHOOL-AGE STUDENT:
Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day
and/or specify particular activities):
     - Due to significant management needs, T████ requires a highly structured learning environment.

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in specially-designed instruction in
physical education, including adapted physical education:
     - Not Applicable

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT: ☒ No  ☐ Yes - The Committee has determined that the student's disability
adversely affects his/her ability to learn a language and recommends the student be exempt from the language other than English requirement.



Student Name: [redacted]                                DOB: [redacted] 2013   Meeting Date: 1/28/2020        Individualized Education Program         Page

**SPECIAL TRANSPORTATION**

TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO HIS/HER DISABILITY

☐ None.
☒ Student needs special transportation accommodations/services as follows:
   - Adult supervision - Bus with an Individual Attendant
   - Type of Transportation - Curb to Curb
☐ Student needs transportation to and from special classes or programs at another site:

**PLACEMENT RECOMMENDATION**

NOLHS Class in a Public School

# EXHIBIT 12

# Somerville Public Schools
8 Bonair Street
Somerville, MA 02145

To:         A███ & W██ M███████
            17 Carlton St. Apt.1
            Somerville, MA 02143

Re:         P██████ "P████" M███████, ██████

Subject:    **The school district proposes the following: An Individualized Education Program (IEP)**

Notice Date:   10/09/2020

The school district has recently discussed this student and, with your input, has developed an Individualized Education Program (IEP). We have described our actions and our reasons for these actions on page two of this memo.

As you know, special education regulations provide protection to you and your child. You will find specific information about your legal rights within the *Parent's Notice of Procedural Safeguards*, including sources that you may contact for help in understanding your rights. You should carefully review this brochure and the enclosed material before making any decisions. The school district staff is available to speak to you or meet with you about your rights and the school district's proposal. We strongly encourage you to call us if you have any questions. Please contact us through the district contact person listed below. Thank you.

An Evaluation Consent Form, an IEP or an IEP Amendment must be signed and returned, as we are required by law to have a signed copy on file regardless of your decision. Please return a copy as soon as possible but no later than the date listed below. Thank You.

**Document Return Date:**       11/09/2020

**District Contact Person:**    Miriam Donovan, Case Manager

**Contact Address:**            150 Glen Street
                                Somerville, MA 02145

**Contact Phone:**              617-629-5480

**Enclosures:**

☑ IEP (2 copies)

Exhibit 12: Page 1 of 17

Re: F▮▮▮ "P▮▮▮" M▮▮▮le, ▮▮▮                                   Notice Date: 10/09/2020

### *Directions to School Staff:*

*Describe one or more of the following actions: Initial Evaluation, Reevaluation, Emergency Evaluation, Extended Evaluation Period, IEP, IEP Amendment, Placement **(include the specific placement location and transportation requirements, if any)** , Graduation or any other proposal used to initiate or change the identification, evaluation, educational placement or the provision of special education services by answering the following questions:*

1. *What action is the school district proposing to take?*
2. *Why is the school district proposing to act?*
3. *What rejected options were considered and why was each option rejected?*
4. *What evaluation procedure, test, record or report was used as a basis for the proposed action?*
5. *What other factors were relevant to the school district's decision?*
6. *What next steps, if any, are recommended?*

### Narrative Description of School District Proposal

### WHAT ACTION IS THE SCHOOL DISTRICT PROPOSING TO TAKE?

The District is proposing an IEP and placement in an Integrated classroom for F▮▮▮. Due to the extended school closure resulting from the COVID-19 pandemic the IEP meeting was held virtually on September 30, 2020.

### WHY IS THE SCHOOL DISTRICT PROPOSING TO ACT?

As a result of J▮▮▮' initial team meeting on September 30, 2020, F▮▮▮ qualifies for special education services and placement under the category of Autism. P▮▮▮s delayed communication, self-regulation, social skills and readiness skills make it difficult for him to access the curriculum.

P▮▮▮ requires specially designed instruction in the area of a readiness, social skills and speech and language.

### WHAT REJECTED OPTIONS WERE CONSIDERED AND WHY WAS EACH OPTION REJECTED?

At this time, there are not any rejected options.

### WHAT EVALUATION PROCEDURE, TEST, RECORD OR REPORT WAS USED AS A BASIS FOR THE PROPOSED ACTION?

EI referral, Informal assessments/formal assessments, independent evaluation, observation, and parent input were used as the basis for the proposed action. Standardized assessments that were attempted were: WPPSI-4 selected subtests, ABAS, Bracken-2, GARS-3, PLS-5, CELF P-2, Descriptive Pragmatic Profile.

P▮▮▮'s delayed social/play and communication skills impact his ability to consistently express wants/needs, share information, comprehend language in order to follow directions and routines and learn verbally presented information, and interact appropriately with peers.

### WHAT OTHER FACTORS WERE RELEVANT TO THE SCHOOL DISTRICT'S DECISION?

The team discussed bullying and determined at this time, F▮▮▮ is at risk for being bullied or bullying a peer. This will be addressed through the IEP goals and objectives.

Due to the diagnosis under the category of Autism, the team considered and discussed the special requirements for students on the Autism spectrum. The team took action where needed and it is reflected in the proposed IEP.

### WHAT NEXT STEPS, IF ANY, ARE RECOMMENDED?

Exhibit 12: Page 2 of 17

**Re: P███ "P███" M███ ██e, ██████**                                  **Notice Date: 10/09/2020**

The next steps are to implement the proposed IEP, upon acceptance. Attached is PDF copy of the IEP. You can choose to send an email to Susan Gibbons indicating your response to the IEP and Placement pages (accept, reject or partially accept). It has been a pleasure working with you on behalf of F███. Please email with any questions. Parents Notice of Procedural Safeguards can be found at: . http://www.doe.mass.edu/sped/prb/

**Somerville Public Schools**
8 Bonair Street
Somerville, MA 02145
District Contact Person/Phone #: Susan Gibbons / 617-625-6600 x3624

## Administrative Data Sheet

## Student Information:

**Student Name:** F■■ "I■■" M■■    **Student ID#:** ■■ ; SASID:
**DOE015 School ID Number:** ■■    School Name: Michael E. Capuano School
**Date of Birth:** ■/2017    **Place of Birth:** Cambridge
**Age:** 3    **Current Grade:** PK
**Primary Language:** English    **Language of Instruction:** English
**Gender:** M

**Address:** ■■    **Home Phone:** ■■
        Somerville, MA 02143

If 18 or older: ☐ Acting on Own Behalf  ☐ Court Appointed Guardian  ☐ Shared Decision Making  ☐ Delegated Decision-Making

## Parent/Guardian Information

Student Resides With: **Parent(s)**

**Name:** A■■ & W■■ M■■    **Home Phone:** ■■
**Address:** ■■    **Work Phone:**
        Somerville, MA 02143
**Email:** ■■■h

Primary Language of Parent/Guardian:

☐ YES  Document Translation Required    ☐ YES  Interpreter Required for Meetings

## Meeting Information

Date of Meeting: 09/30/2020    Type of Meeting: Initial
Next Scheduled Annual Review Meeting: 10/13/2021    Next Scheduled 3 Year Reevaluation Meeting: 09/30/2023

## Assigned School Information

**School Name:**    Michael E. Capuano School    **Phone:** 617-629-5480
**Address:**    150 Glen Street
        Somerville, MA 02145

**Contact Person:**    Miriam Donovan    **Phone:** 625-6600 x3611
**Role:**    Special Education Teacher

**Cost Share Placement:**    Yes ☐    No ☐    Fully Funded ☐    **If yes, specify agency:**

After a meeting, attach to an IEP, an IEP Amendment or an Extended Evaluation Form.

**Somerville Public Schools**
8 Bonair Street
Somerville, MA 02145
District Contact Person/Phone #: Susan Gibbons / 617-625-6600 x3624

## Individualized Education Program (IEP)
### IEP Dates: from 10/14/2020 to 10/13/2021

**Student Name:** P███ "P███" M███e      **Student ID:** ███
Student Date of Birth: ███ 2017      Student Grade/Level: PK

### Parent and/or Student Concerns

What concern(s) does the parent and/or student want to see addressed in this IEP to enhance the student's education?

H███'s mother is concerned with his anxiety and fearfulness of peers, his ability to access the curriculum if frightened and upcoming challenges associated with his diagnosis of Autism.

### Student Strengths and Key Evaluation Results Summary

What are the student's educational strengths, interest areas, significant personal attributes and personal accomplishments?
What is the student's type of disability(ies), general education performance
including MCAS/district test results, achievement towards goals and lack of expected progress, if any?

**Student Strengths:** H███ likes playing with trucks and items with wheels. He has a "lovey"--a stuffed frog. He is more likely to tolerate interaction with older peers his brother's age then with same-age peers. H███ can play functionally with toys though his interests seem somewhat restricted. He likes trucks and vehicles with wheels; he does tend to fixate on the wheels. He also will line toys up. Mother notes some imaginary play with his older brother and notices that he will imitate his brother's play schemes.

**Key Evaluation Results Summary:** Key Evaluation Results 2020:

Home Social: H███ is referred for evaluation by EI to determine eligibility for services through SPS. H███ was referred to EI initially due to motor delays and subsequent speech concerns. H███ was diagnosed with ASD at 18 months of age by Dr. Corona of HVMA. Mother reports concerns about H███'s anxiety level, ability to regulate his emotions, decreased peer interactions as well as some sensory issues and overall communication difficulties. Mother reports that H███ has a very low frustration tolerance and will tantrum severely between 5-15 times per day. H███ will throw himself on the floor, scream and bang his head; these tantrums may last up to 2 hours. Mother reports that there has been an increase in self-injurious behaviors (head-banging) lately seemingly in response to frustration. H███'s current service providers include: EI: entry 11/2017- Brae Smith: Service Coordinator; Services: speech-Alison Koenig: 1.25/week; developmental specialist-Brae Smith-1.25/week ABA: Building Blocks: 8 hrs/week

Mother reports a difficult pregnancy complicated by Hyperemesis Gravidarum and low maternal platelet count. H███ was delivered at full-term via C-section without complication. Family history is notable for developmental disorders and ASD in the immediate family. Per report, H███'s developmental milestones are largely within normal limitis with the exception of speech--mother reports that H███ had many words by 1 year then lost language between 15-18 months. H███'s language has since improved and he use full sentences to communicate with family now. Mother reports that H███ seems overly sensitive to touch and displays some repetitive movements including shoulder shrugging and peripheral eye gazing.

H███ is very into trucks and items with wheels. He has a "lovey"--a stuffed frog-- that he likes. He is more likely to tolerate interaction with older peers his brother's age then with same-age peers who are less predictable. His big brother, ███, will initiate the "Pippy Monster" game, so that H███ can chase the kids on the playground since he cannot tolerate being chased or tagged himself. H███ can play functionally with toys though his interests seem somewhat restricted. He likes trucks and vehicles with wheels; he does tend to fixate on the wheels. He also will line toys up. Mother notes some imaginary play with his older brother and notices that he will imitate his brother's play schemes. He is very fearful of same-age peers and avoids proximity and interactions.

H███ does not like unfamiliar people and is afraid of peers his own age. He will avoid interacting with same-age peers and will scream or cry if they attempt to make eye-contact with him. He is also very suspicious of adults and unfamiliar people and will not engage with them. H███ is very risk-averse and overly cautious. He will say "I'm scared" which may also mean that he is frustrated or annoyed. Though he does not run away from parents in the community, mother feels he might bolt to avoid interactions with unfamiliar adults. Mother is hoping for a classroom placement when school resumes in-person. She feels this exposure and direct teaching will be necessary for H███ to develop functional social and communication skills. Mother does not feel remote services will work (Deana Attolino, SAC).

Speech and Language: H███ is a 2 year 11 month old boy with average to above average range receptive and expressive language

Exhibit 12: Page 5 of 17

**Somerville Public Schools**
8 Bonair Street
Somerville, MA 02145
District Contact Person/Phone #: Susan Gibbons / 617-625-6600 x3624

skills. Pragmatic abilities (in the areas of nonverbal communication, conversational routines and skills, and asking for, giving, and responding to information) are slightly below average to borderline within average for his age. Areas of relative strength include: auditory comprehension (receptive) and expressive communication skills, attention and engagement during testing, engagement with familiar persons and making requests using words Areas of relative needs include: intelligibility and accuracy of speech sound production inconsistent (though does not significantly impact his ability to be understood at this time), interaction with other children (Jess Ying Ang, CCC-SLP)

Psychological: Selected subtests of the Wechsler Preschool and Primary Scale of Intelligence-Fourth Edition (WPPSI-IV) were administered to assess H███'s cognitive functioning in the area of verbal comprehension, visual spatial reasoning and one-word expressive vocabulary. Overall, H███'s performance on subtests within the VCI was in the Average range for his age (VCI = 100, PR = 50th, Average range, CI = 93-107). In the area of visual spatial processing, H███ exhibited performance that was typical for his age (VSI = 109, PR = 73rd, Average range, CI = 99-117).

The Bracken School Readiness Assessment, Third Edition (BSRA-3) was attempted to assess knowledge of foundational academic concepts in the categories of colors, letters, numbers/counting, sizes/comparisons, and shapes. H███ was able to identify 10/10 colors. He can identify: red, blue, yellow, green, purple, orange, brown, black, white, and pink. He can rote counted to five. Per parent report H███ can count to ten, and sometimes twelve. He identified a square, triangle, circle and star and completed a shape sorter unassisted. At this time H███ demonstrates strong, emerging school readiness skills.

According to results from the ABAS-3, H███'s parents have observed H███'s adaptive skills to be extremely low for a child his age and in the 2nd percentile. Based on parent responses on the GARS-3, H███'s Autism Index Score was a standard score of 106 and at the 65th percentile, indicating the Probability of Autism to be within Very Likely range. This would indicate that H███ requires very substantial support. (K. Gehant)

At the age of 17 months, H███ was evaluated by Dr. H███ G███. He received a diagnosis of Autism. He demonstrated variable social engagement and reciprocity, limited requesting skills, sensory based behaviors. He showed some appropriate imitative play and variable social engagement.

H███ qualifies for special education services and placement under the category of Autism. H███ is expected to make progress.

**MA Category of Disability**

**Primary Disability:** Autism

**Vision Statement:** What is the vision for this student?
Consider the next 1 to 5 year period when developing this statement. Beginning no later than age 14,
the statement should be based on the student's preferences and interest,
and should include desired outcomes in adult living, post-secondary and working environments.

The vision for H███ is using language skills appropriately and developing peer relationships.

Exhibit 12: Page 6 of 17

**Individualized Education Program (IEP)**

Student Name: P████ "P████" M████e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ███/2017; Student ID#: █████

## Present Levels of Educational Performance
### A: General Curriculum

General Curriculum Areas affected by Patrick's Disability(ies):

- ☑ English Language Arts-
- ☑ History and Social Sciences-
- ☑ Mathematics-
- ☑ Science and Technology-
- ☑ Other Curriculum Areas          Specify: Socialization/Play Skills

How does the disability(ies) affect progress in the curriculum area(s)?

P████'s disability(ies) affect progress in the general curriculum as follows: P████ "P████" M████e is diagnosed with Autism. This disability affects his progress in all areas of development. P████'s limited communication skills will make it difficult for him to express his wants and needs to staff and peers.

What type(s) of accommodation, *if any*, is necessary for the student to make effective progress?

The following accommodations are necessary for P████ to make effective progress in the general curriculum.
- Adult modeling and facilitation of play and peer interactions.
- Visual schedule
- Clear routines and expectations
- Preview transitions and/or schedule changes in advance
- Opportunities for movement breaks
- Teach skills to help student "calm down" when frustrated such as deep breathing and calm down song

What type(s) of specially designed instruction, *if any*, is necessary for the student to make effective progress?

Check the necessary instructional modification(s) and describe how such modification(s) will be made.

### ☑ Content:
P████ will receive simplified curriculum based on MA curriculum and frameworks broken down into smaller parts, and hands on materials to support the acquisition of new concepts

### ☑ Methodology/Delivery of Instruction:
Multi sensory systematic approach to used to present information

### ☑ Performance Criteria:
Bi annual progress reports in preschool, classroom observation, data collection, formal and informal assessments

**Individualized Education Program (IEP)**
Student Name: H███ "P███" M███e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ██/2017; Student ID#: ███

## Present Levels of Educational Performance
### B: Other Educational Needs

**Check all that apply.**                **General Considerations**

- ☐ -Adapted physical education
- ☐ -Braille needs (blind/visually impaired)
- ☐ -Extra curriculum activities
- ☑ -Social/emotional needs
- ☐ -Assistive tech devices/services
- ☑ -Communication (all students)
- ☐ -Language needs (LEP students)
- ☐ -Travel training
- ☐ -Behavior
- ☐ -Communication (deaf/hard of hearing students)
- ☐ -Nonacademic activities
- ☐ -Skill development related to vocational preparation or experience
- ☐ -Other

### Age-Specific Considerations

- ☐ -For children ages 3 to 5 - participation in appropriate activities
- ☐ -For children ages 14+ (or younger if appropriate) - student's course of study
- ☐ -For children ages 16+ (or younger if appropriate) to 22 - transition to post-school activities including community experienced, employment objectives, other post school adult living and, if appropriate, daily living skills

How does the disability(ies) affect progress in the indicated area(s) of other educational needs?

H███'s disability(ies) affect progress in other educational areas as follows: H███'s social skill deficits and regulation difficulties will impede his ability to form appropriate social relationships with peers and to fully access the PreK curriculum. Additionally, H███'s reduced pragmatic language skills impact his ability to communicate, interact, and engage with adults and peers across his school day.

What type(s) of accommodation, *if any*, is necessary for the student to make effective progress?

The following accommodations are necessary for H███ to make effective progress in other educational areas.
- · Adult modeling and facilitation of play and peer interactions.
- · Use of visuals to encourage increased social communication

What type(s) of specially designed instruction, *if any*, is necessary for the student to make effective progress?

Check the necessary instructional modification(s) and describe how such modification(s) will be made.

- ☑ **Content**
  Speech-language and social skill therapy will address H███'s reduced pragmatic language and social communication skills in a developmental progression.
- ☑ **Methodology/Delivery of Instruction:**
  Specially designed instruction in the areas of self-regulation and social skills. Specially designed instruction in the area of pragmatic language/social communication.
- ☑ **Performance Criteria:**
  Observations, data collection, biannual progress reports, Informal/formal assessments

**Individualized Education Program (IEP)**
Student Name: F███ "F███" M████e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ████/2017; Student ID#: ████

## Current Performance Levels/Measurable Annual Goals

| Goal # 1 | Specific Goal Focus: Play/Social Skills |
|---|---|

**Current Performance Level:** *What can the student currently do?* F███ is interested in interacting with peers but is "cautious". He tends to move away from peers when they are close to him. F███ requires support to engage and maintain engagement with peers.

**Measurable Annual Goal:** *What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period? How will we know that the student has reached this goal?* Given direct instruction modeling F███ will improve his play/social skills with increased independence in a classroom setting as evidenced by the attainment of the following objectives:

**Benchmark/Objectives:** *What will the student need to do to complete this goal?*
· F███ will engage in parallel play with a peer for up to 5 minutes, gradually increasing to 10 minutes, with staff support, 80% of the time.
· F███ will participate in emerging cooperative play schemes such as cooking with play doh, constructing a tower with LEGOS with a staff member 80% of the time.
· F███ will produce language to share materials with a peer during 50% of the time when provided with verbal and visual cues and staff support.
· Given instruction and modeling F███ will play cooperatively with a peer for 5 minutes, gradually increasing to 10 minutes, 50% of the time.

| Goal # 2 | Specific Goal Focus: Classroom Readiness |
|---|---|

**Current Performance Level:** *What can the student currently do?* F███ is able to identify 8 colors consistently. He is able to count to 10 by rote. F███ is able to identify the shapes, circle square, triangle and star.

**Measurable Annual Goal:** *What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period? How will we know that the student has reached this goal?* Given direct instruction F███ will improve his classroom readiness skills with increased independence in a classroom setting as evidenced by the attainment of the following objectives:

**Benchmark/Objectives:** *What will the student need to do to complete this goal?*
· F███ will follow the predictable routine without incident 50% of the time.
· F███ will transition without support throughout the school day 50% of the time.
· F███ will sit in a large group for up to 10 minutes with support and sustained interest as measured by focus and engagement, 50% of the time.
· F███ will identify his name "F███" in print, both in isolation and in a field of up to 5 names, 80% of the time.
· F███ will count to 10 by rote and using 1 to 1 correspondence 80% of the time.
· F███ will identify 8 shapes with 100% accuracy.

| Goal # 3 | Specific Goal Focus: Social Emotional/Counseling |
|---|---|

**Current Performance Level:** *What can the student currently do?* F███ engages interactively with his immediate family members. He loves his big brother, J███, but cannot tolerate proximity or interactions with peers his own age. He will avoid interacting with same-age peers and will scream or cry if they attempt to make eye-contact with him. F███ has a low frustration tolerance and has intense tantrums that including self-injurious behavior.

**Measurable Annual Goal:** *What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period? How will we know that the student has reached this goal?* Given direct instruction, modeling and support, F███ will

Exhibit 12: Page 9 of 17

**Individualized Education Program (IEP)**
Student Name: H███ "F███" M███e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ███/2017; Student ID#: ███

demonstrate improved regulation and social skills as evidenced by attainment of the benchmarks below:

**Benchmark/Objectives:** *What will the student need to do to complete this goal?*
· H███ will identify and label emotions (happy, sad, scared, mad) of self/others accurately in 80% of observed opportunities.
· H███ will utilize a learned coping strategy when dysregulated in 80% of observed opportunities.
· H███ will participate in parallel play with a peer for increasing increments up to 15 minutes.

| Goal # 4 | Specific Goal Focus: Communication Skills |
|---|---|

**Current Performance Level:** *What can the student currently do?* H███ presents with average to above average range receptive and expressive language skills. Pragmatic abilities (in the areas of nonverbal communication, conversational routines and skills, and asking for, giving and responding to information are slightly below average to borderline for his age. He demonstrates use of pragmatic skills through using words and gestures (pointing) to gain attention, name objects, engage in pretend play, respond to yes/no questions and wh-questions, and appropriate greetings. H███ displays deficits in using his social communication skills when around other children, especially within play.

**Measurable Annual Goal:** *What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period? How will we know that the student has reached this goal?* Given direct teaching, modeling, and support, H███ will demonstrate improved social communication skills within peer interactions, as evidenced by the attainment of the following objectives:

**Benchmark/Objectives:** *What will the student need to do to complete this goal?*
· Given visual and verbal support, H███ will participate in a familiar routine (e.g., song, play, game) with a peer in 4 out of 5 measured opportunities.
· Within a familiar play routine, H███ will make appropriate comments/requests about a peer's objects/actions in 4 out of 5 measured opportunities.
· Within the structured therapy setting, H███ will engage in a turn-taking activity with a peer, with verbal cues as necessary, in 4 out of 5 measured opportunities.

Progress Reports are required to be sent to parents at least as often as parents are informed of their nondisabled children's progress. Each progress report must describe the student's progress toward meeting each annual goal.

**Individualized Education Program (IEP)**

Student Name: F████ "F████" M████e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ████ 2017; Student ID#: ████

## Service Delivery

What are the total service delivery needs of this student?

Include services, related services, program modifications and supports (including positive behavioral supports, school personnel and/or parent training/supports). Services should assist the student in reaching IEP goals, to be involved and progress in the general curriculum, to participate in extracurricular/nonacademic activities and to allow the student to participate with nondisabled students while working towards IEP goals.

**School District Cycle:** The Michael E. Capuano School is on a 5-day cycle.

### A. Consultation (Indirect Services to School Personnel and Parents)

| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration per Cycle | Start Date | End Date |
|---|---|---|---|---|---|
| 3 | Clinical Consultation | SAC | 1 Session of 15 minute(s) per month | 10/14/2020 | 10/13/2021 |
| 4 | Speech/Language Consult | SLP | 1 Session of 15 minute(s) per month | 10/14/2020 | 10/13/2021 |

### B. Special Education and Related Services in General Education Classroom(Direct Services)

| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration per Cycle | Start Date | End Date |
|---|---|---|---|---|---|
| 1 | Play/Social Skills | Special Education Teacher and Paraprofessional | 5 Session (s) of 30 minute(s) each per 5-day cycle | 10/14/2020 | 10/13/2021 |
| 2 | Classroom Readiness | Special Education Teacher and Paraprofessional | 5 Session (s) of 30 minute(s) each per 5-day cycle | 10/14/2020 | 10/13/2021 |

### C. Special Education and Related Services in Other Locations (Direct Services)

| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration per Cycle | Start Date | End Date |
|---|---|---|---|---|---|
| 3 | Social Skills Group | SAC | 1 Session of 30 minute(s) per 5-day cycle | 10/14/2020 | 10/13/2021 |
| 4 | Speech/Language Pull Out | Speech/Language Pathologist | 1 Session of 30 minute(s) per 5-day cycle | 10/14/2020 | 10/13/2021 |

IEP 5 - Massachusetts DOE/Individualized Education Program

**Individualized Education Program (IEP)**

Student Name: █████ "█████" M█████e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB █████/2017; Student ID# █████

## Nonparticipation Justification

Is the student removed from the general education classroom at any time? (refer to IEP 5 service delivery, section C.)

Yes ☑    No ☐    If yes, why is removal considered critical to the student's program?

█████ "█████" M█████e has a diagnosis of Autism. Specialized instruction is necessary for him to communicate his wants his needs, as well as access the curriculum

IDEA 2004 Regulation 20 U.S.C. §612 (a) (5).550: '... removal of children with disabilities from the regular educational environment occurs *only when* the nature or severity of the disability of a child is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily.' (Emphasis added.)

## Schedule Modification

**Shorter:** Does this student require a shorter school day or shorter school year?

No ☑    Yes - Shorter Day ☐    Shorter year ☐    If yes, answer the questions below

**Longer:** Does this student require a longer school day or longer school year to prevent substantial loss of previously learned skills and/or substantial difficulty in relearning skills?

No ☑    Yes - Longer Day ☐    Longer year ☐    If yes, answer the questions below

How will the student's schedule be modified? Why is this schedule modification being recommended? If a longer day or year is recommended, how will the school district coordinate services across program components?

█████ will attend school for a standard school day.

## Transportation Services

Does the student require transportation as a result of the disability(ies)?

☑    No    Regular transportation will be provided in the same manner as it would be provided for students without disabilities. If the child is placed away from the local school, transportation will be provided.

☐    Yes    Special Transportation will be provided in the following manner:
    ☐    on a regular transportation vehicle with the following modifications and/or specialized equipment and precautions:

    ☐    on a special transportation vehicle with the following modifications and/or specialized equipment and precautions:

After the team makes a transportation decision and after a placement decision has been made, a parent may choose to provide transportation and may be eligible for reimbursement under certain circumstances. Any parent who plans to transport their child to school should notify the school district contact person.

**Individualized Education Program (IEP)**
Student Name: F███ "F███" M█████

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ██/2017; Student ID#: █████

## State or District-Wide Assessment

**Fill out the table below.  Consider any state or districtwide assessment to be administered during the time span covered by this IEP. For each content area, identify the student's assessment participation status by putting an X in the corresponding box for column 1, 2, or 3.**  No Assessments Scheduled

| Content Areas | 1. Assessment Participation: Student participates in on-demand testing under routine conditions in this content area. | 2. Assessment Participation: Student participates in on-demand testing with accommodations in this content area. (see below) | 3. Assessment Participation: Student participates in alternate assessment in this content area. (see below) |
|---|---|---|---|
| English Language Arts | | | |
| History and Social Sciences | | | |
| Mathematics | | | |
| Science and Technology | | | |
| Reading | | | |

## Accommodations for State or District-Wide Assessments:

## Individualized Education Program (IEP)

IEP Dates: from 10/14/2020 to 10/13/2021

Student Name: F███ "P███" M███████e     DOB: ███/2017; Student ID#: ████████

## Additional Information

☐   Include the following transition information: the anticipated graduation date; a statement of interagency responsibilities or needed linkages; the discussion of transfer of rights at least one year before age of majority; and a recommendation for Chapter 688 Referral.

☐   Document efforts to obtain participation if a parent and if student did not attend meeting or provide input.

☐   Record other relevant IEP information not previously stated.

**For students with an Autism Spectrum disability please check to verify that each of the needs below has been considered and addressed (as needed) by the IEP Team:**

☑   Verbal and nonverbal communication needs
☑   Need to develop social interaction skills and proficiencies
☑   Needs resulting from unusual responses to sensory experiences
☑   Needs resulting from resistance to change or transitions
☑   Needs resulting from engagement in repetitive activities or stereotyped movements
☑   Need for positive behavioral interventions, strategies, and supports to address behavioral difficulties
☑   Need for assistive technology
☑   Other needs resulting from the disability that impact progress in the general curriculum including social and emotional development

**Please note what was discussed regarding the ASD checklist at the team meeting:**

> ███'s needs relative to a student with autism were considered in the development of this IEP. The team discussed F███'s need for improved communication skills. The need to develop social skills with his peers. The team discussed F███'s needs resulting from unusual responses to sensory experiences and needs resulting from transitions throughout the day. We also discussed F███'s needs for positive interventions and strategies to address any behaviors.

In accordance with M.G.L. Chap. 71, Section 370, MA Bullying Prevention Legislation, the TEAM discussed the likelihood of the impact of this disability has relative to vulnerability of bullying, harassment or teasing. The TEAM determined that, at this time, further skill development is necessary in order to possess the proficiencies to avoid and respond to bullying, harassment and teasing. This IEP has been developed to include goals and objectives that address acquiring skills in self awareness/advocacy, communication, self – management/coping, social awareness, relationship, and/or responsible decision making skills.

**Individualized Education Program (IEP)**

IEP Dates: from 10/14/2020 to 10/13/2021

Student Name: F█████ "P█████" M█████e

DOB: ██/2017; Student ID#: █████████

## Response Section

## School Assurance

I certify that the goals in this IEP are those recommended by the Team and that the indicated services will be provided.

_____   10-9-2020   _____   _____

Signature and Role of LEA Representative   Date   Principal Signature   Date

## Parent Options/Responses

It is important that the district knows your decision as soon as possible. Please indicate your response by checking at least one (1) box and returning a signed copy to the district. Thank you.

☑ I accept the IEP as developed.

☐ I reject the IEP as developed.

☐ I reject the following portions of the IEP with the understanding that any portion(s) that I do not reject will be considered accepted and implemented immediately. Rejected portions are as follows:

_____

_____

_____

_____

☐ I request a meeting to discuss the rejected IEP or rejected portion(s).

██████████████████████████████████████████   10 / 26 / 2020

Signature of Parent, Guardian, Educational Surrogate Parent, Student 18 and Over*   Date

* Required signature once a student reaches 18 unless there is a court appointed guardian.

**Parent Comment:** I would like to make the following comment(s) but realize any comment(s) made that suggest changes to the proposed IEP will not be implemented unless the IEP is amended.

**Individualized Education Program (IEP)**
Student Name: H███ "F███" M█████e

IEP Dates: from 10/14/2020 to 10/13/2021
DOB: ██/2017; Student ID# █████

## Special Education Placement Consent Form - PL1: 3-5 year olds

| District: Somerville Public Schools | School: Michael E. Capuano School | |
|---|---|---|
| Student: H███ "F███" M█████e | SASID: | IEP Dates: 10/14/2020 to 10/13/2021 |

### Team Recommended Special Educational Placements.

| | |
|---|---|
| The Team identified that the majority of the IEP services will be provided in a program in the home for a child who is 3 to 5 years of age. | ☐ Home |
| The Team identified that the majority of the IEP services will be provided in a clinician's office for a child who is 3 to 5 years of age. | ☐ Service provider location |
| The Team identified that some or all IEP services will be provided in the inclusive early childhood program the child is already attending. | ☑ IEP services in the inclusive early childhood program |
| The Team identified that the child should attend an inclusive early childhood program in order to receive some or all IEP services. | ☐ Inclusive early childhood program |
| The Team identified that the child should receive IEP services in a program serving only young children with disabilities. | ☐ Substantially separate program ☐ Public or private day program |
| The Team identified that the child should attend a special education program in a residential facility that only serves children with disabilities. | ☐ Residential Facility |

**Locations for Service Provision and Dates:** Capuano Early Childhood Center 10/14/20-10/13/21

### Placement Consent
### Parent Options/Responses

**It is important that the district knows your decision as soon as possible. Please indicate your response by checking at least one (1) box and returning a signed copy to the district along with your response to the IEP. Thank you.**

☑ I consent to the placement decision.
☐ I refuse the placement decision.
☐ I request a meeting to discuss the refused placement decision.

10 / 26 / 2020

Signature of Parent, Guardian, Educational Surrogate Parent          Date

### Other Authority Required Placements
These non-educational placements are not determined by the Team and therefore service delivery may be limited.

| | |
|---|---|
| The placement has been made by a state agency to an institutionalized setting for non-educational reasons. | ☐ The Department of Mental Health has placed the child in a hospital psychiatric unit or residential treatment program. ☐ The Department of Public Health has placed the child in the Pappas Rehabilitation Hospital for Children. |
| A doctor has determined that the child must be served in a home setting. | ☐ Home-based program |
| A doctor has determined that the child must be served in a hospital setting. | ☐ Hospital-based Program |

## Somerville Public Schools
8 Bonair Street
Somerville, MA 02145

### Massachusetts Parental Notice with One-Time Consent to Allow the School District To Access MassHealth (Medicaid) Benefits

#### Somerville Public Schools (MASOME)

School/District Contact:

Dear Parent/Guardian:

The purpose of this letter is to ask for your permission (also known as consent) to share information about your child with Mass-Health. Local communities in Massachusetts have been approved to receive partial reimbursement from MassHealth for the costs of certain health-related services provided by the district to your child (or children). In order for your community to get back some of the money spent on services, the school district needs to share with MassHealth the following types of information about your child: name; date of birth; gender; type of services provided, when, and by whom; and MassHealth ID.

With your permission, the school district will be able to seek partial reimbursement for services provided by MassHealth, including, among others, a hearing test or eye exam; a school physical; occupational or speech or physical therapy; some school nurse visits; and counseling services with the school social worker or psychologist. Each year, the district will provide you with notification regarding your permission; you do not need to sign a form every year.

The school district cannot share with MassHealth information about your child without your permission. As you consider giving permission, please be advised of the following:

1.  The school district cannot require you to sign up for MassHealth in order for your child to receive the health-related and/or special education services to which your child is entitled.

2.  The school district cannot require you to pay anything towards the cost of your child's health-related and/or special education services. This means that the school district cannot require you to pay a co-pay or deductible so that it can charge MassHealth for services provided. The school district can agree to pay the co-pay or deductible if any such cost is expected.

3.  If you give the school district permission to share information with and request reimbursement from MassHealth:
    a.  This will not affect your child's available lifetime coverage or other MassHealth benefit; nor will it in any way limit your own family's use of MassHealth benefits outside of school.
    b.  Your permission will not affect your child's special education services or IEP rights in any way, if your child is eligible to receive them.
    c.  Your permission will not lead to any changes in your child's MassHealth rights; and
    d.  Your permission will not lead to any risk of losing eligibility for other Medicaid or MassHealth funded programs.

4.  If you give permission, you have the right to change your mind and withdraw your permission at any time.

5.  If you withdraw your permission or refuse to allow the school district to share your child's records and information with MassHealth for the purpose of seeking reimbursement for the cost of services, the school district will continue to be responsible for providing your child with the services, at no cost to you.

**I have read the notice and understand it. Any questions I had were answered. I give permission to the school district to share with MassHealth records and information concerning my child(ren) and their health-related services, as necessary. I understand that this will help our community seek partial reimbursement of Mass-Health covered services.**

Parent/Guardian Signature: _____   Date: __ 10 / 26 / 2020 __

| Student Name: ▓ "P ▓ M ▓ | DOB: ▓ /2017 | SASID: ▓ |

Exhibit 12: Page 17 of 17

# EXHIBIT 13

| CODE NUMBER | NAME OF CITY, TOWN, OR REGIONAL SCHOOL DISTRICT |
|---|---|

# End-of-Year Financial Report
## 2019-2020

*INCLUDING 2020-2021 SCHOOL BUDGET (SCHEDULE 19)*

PLEASE SUBMIT BY OCTOBER 1, 2020

For all information related to the FY20 End of Year Report go to:

http://www.doe.mass.edu/finance/accounting/eoy/





Exhibit 13: Page 2 of 112

## CERTIFICATION STATEMENT

CITY OR TOWN OR REGIONAL SCHOOL DISTRICT NAME                                         CODE NUMBER

I hereby certify that all the statements contained in this END OF YEAR REPORT spreadsheet named

DATE                                                              SUPERINTENDENT SIGNATURE

I hereby certify that all the statements contained in this END OF YEAR REPORT are true to the best of my knowledge
and belief. A true statement made under the penalties of perjury.

DATE                                                              SCHOOL COMMITTEE CHAIRPERSON SIGNATURE

CERTIFICATION BY THE CITY AUDITOR OR OFFICER HAVING
SIMILAR DUTIES IN A CITY OR TOWN

(Not required of regional school districts)

I, _____ (title)

in the city or town of _____,                    hereby certify that the Superintendent's
statement, certified above, is correct to the best of my knowledge and belief. A true statement made under the
penalties of perjury.

DATE                                                              SIGNATURE

PLEASE LIST THE NAME, TITLE, TELEPHONE NUMBER, AND E-MAIL ADDRESS OF THE PERSON PREPARING THIS REPORT.

NAME                                                              TITLE

TELEPHONE                                                         FAX

E-MAIL

PLEASE MAIL COMPLETED CERTIFICATION TO:
**Aquarius Wise**
**School Business Services**
**Massachusetts Department of Elementary and Secondary Education**
**75 Pleasant Street**
**Malden MA 02148-4906**

Page 3

**REPORT SUBMISSION DATE October 1, 2020**

As required by Section 3 of Chapter 72, the End of the Year report must be submitted to the Massachusetts Department of Elementary and Secondary Education (DESE) on or before October 1, 2020. Adherence to this deadline is critical because of the reporting deadlines established under Education Reform. Extension requests may be directed to Jeffrey C. Riley, Commissioner, but will only be allowed based on unusual extenuating circumstances. No extensions will be granted after October 31st. At the discretion of the Commissioner, the department may withhold all or some part of a district's or municipality's monthly state school aid if the school district has not filed the report in an acceptable form by the required filing deadlines or any extension of those deadlines granted by the Commissioner. Department staff will be assigned as needed to assist districts that fail to meet the October 1 deadline [603 CMR 10.03 (11)].

**CERTIFICATIONS**

The End of Year Financial Report certification statement must have the signature of the School Committee Chairperson, the Superintendent/Director of Schools, and the Chief Fiscal Officer of the city or town certifying to the contents of the report. Unsigned reports will be considered incomplete.

**DOCUMENTATION**

All reported data is subject to audit by DESE. All secondary documentation (e.g. allocation or summarization worksheets) as well as books of original entry, ledgers and original source documents (e.g. warrants, invoices) must be maintained in accordance with Regulations on School Finance and Accountability [603 CMR 10.05 (10)].

**SUMMARY OF SCHEDULES**

Schedule 1 includes all revenues (Part I) and expenditures (Part II) received or made by the district directly or indirectly, as well as those expenditures made by the city or town in support of these educational programs. Revenues and expenditures are reported separately by source of funds. Columns 1 through 3 are defined in 603 CMR 10.02. Column 4 should include Adult Civic Education, Regular Evening Programs, Regular Vacation and Chapter 74 Evening. Column 5 should include all expenditures which are not reported by program. For all lines in this Schedule, the sum of columns 1 through 5 must equal the total in column 6.

Schedules 2 through 7 include further detail of expenditures by programs.
Schedule 18 includes information on the district's teachers' collective bargaining agreement.
Schedule 19 includes the budget for the current school year (2020-2021).

**ORGANIZATION OF THE EXCEL END OF YEAR REPORT WORKBOOK**

There are nine worksheets on the 20eoy file. In order to move from one worksheet to another, simply place the cursor arrow over the desired sheet tab and click. The contents of the sheet will then appear. A brief description of these sheets follows:

**eoy20**          This is the main body of the report complete with all of the required schedules and a summary table of expenditures across fund types.

**schedule3**      School based and districtwide instructional expenditures are entered on this sheet (see the computer instructions included with the Schedule 3 line descriptions). Even if your district only operates one school, all 2000 series instructional expenditures must be entered on this worksheet.

**schedule3_total** Schedule 3 instructional expenditures are automatically tabled on this sheet from the data entered on the districtwide and school reports.

**schedule18**     This sheet includes a survey primarily asking for key teachers' contract data.

**reports**        This sheet includes actual and budgeted Net School Spending reports, and a three year (FY18-FY20) comparison of selected line items.

**edits**          There is a macro on this sheet that will assist users in identifying and correcting any inconsistencies in their reports prior to submission. Generate the list of edits by clicking on the button in the upper right-hand corner of the worksheet.

**comments**       Provide any comments or explanations on this sheet.

**calcmisc**       This sheet includes underlying data and calculations that support other parts of the report.

**excess cost**    This is the IDEA Excess Cost Calculator.

**NOTE ON OPENING THE FILE**
The End of Year workbook contains a number of macros, which are programs that automate tasks within the worksheets.
When you open the file you may be asked if you want to enable or disable the macros that are part of the workbook. Your response to this question should always be to enable the macros. If you do not enable the macros, they will not function.

**NON-NET SCHOOL SPENDING CATEGORIES**
The row and column references of Non-Net School Spending categories are shaded in gray.

**NON-DATA CELLS**
Cells that should not contain any data are shaded in green.

**PRINTING INSTRUCTIONS**

There is a user form that is part of the file that can be activated to expedite the printing of the schedules as well as the summary and edit reports. Pressing ctrl+p on your keyboard will activate the user form. The buttons on the form will print any or all of the various parts of the report.

The Print Schedule 3 Schools button will print all of the Schedule 3 school reports at once, but it will not print the schools individually. There is a printing button on the Schedule 3 input sheet that will allow you to print the school report that is currently activated.

The End of Year Report is set to print on letter sized paper and the Schedule 3 school reports are set to print on legal sized paper. You should feel free to adjust the scaling and page size options in the Page Setup menu to make the printout larger or smaller depending on your printer specifications. You should note that the rows that print on each page are hard coded in the print macros and that altering the scale or page size may cause page numbers to repeat.

**COMPUTER DIRECTIONS**

<u>PRELIMINARY STEPS AND GENERAL INFORMATION</u>

The file will be obtained in similar fashion to last year's file, by downloading from the end of year financial report drop box at the Department's secure portal, and it will be submitted by uploading on the same site. For details see the separate instruction sheet.

1. **The existing name (20eoy777.xls where 777 is the district 3 digit lea code) of the downloaded file must be retained for the macros to work.**

2. Copy the file onto your computer's hard disk.

3. Open the 2019-2020 End of Year Report spreadsheet.

4. Enter all information into Schedule 3 before completing Schedules 1, 2, 4, AND 7. Schedules 18 and 19 can be completed at any step in the process. All schedules must be completed before you can review the program edits on the "edits" sheet.

5. All totals and sub-totals are indicated by a zero.   Do not change the formulas in these cells.

6. If you are not reporting any information for a cell, leave it blank. You do not have to enter a zero.  Do not press spacebar to indicate a zero.

7. At regular intervals, save the data you have entered.  Unless you save the file before leaving the spreadsheet, all the data that you have entered during that session will be lost.

8. Check all the edits and make corrections if necessary.  You can correct an entry merely by keying in a new amount into the appropriate cell.

9. Save a back-up copy of the of the final file for your records.

10. Submit the file to DESE's security portal (see separate instruction sheet).  Submit the signed certification sheet to:

Aquarius Wise
School Business Services
Massachusetts Department of Elementary and Secondary Education
75 Pleasant Street
Malden MA 02148-4906

**FINANCIAL DATA**

REPORTING BASIS

All financial data shall be reported on a "modified accrual" basis. For the reporting year revenues earned whether collected or uncollected and expenditures whether paid or unpaid would be reported. Governmental entities typically use the modified accrual basis of accounting to account for revenues and expenditures. Revenues are recognized when they become measurable and available. Measurable means that the amount can be reasonably estimated. Available means that the revenues are collected during the current year or soon enough thereafter to pay current liabilities. Expenditures are generally recorded when the liability is incurred, i.e. salaries are recorded in the period in which they are earned and goods and services in the period in which they are received.

An encumbrance is a commitment of funds for contracts not yet performed or goods and services not yet received. An encumbrance is created when a contract is signed or a purchase order is issued. At year end it is recorded as a reservation of fund balance. Although not considered to be GAAP expenditures, encumbrances are treated as expenditures on a budgetary basis of accounting. This is because they will be paid from funds appropriated in the year in which the encumbrance is created. When completing the End of Year Financial Report, the encumbrances should be recorded as expenditures. The only exception to this policy is for multi year capital projects. **Multi year capital projects should be reported on a cash basis.**

RECONCILIATION

The computer template includes edit checks to ensure that the data reported in summary on Schedule 1 matches the programmatic detail requested on Schedules 2-7. The more accurate and complete the report, the greater will be the equity in the formulas and usefulness of the data in other statistical applications required by DESE. In Schedules 2, 4, and 7, you will find edit cells that show the difference between the amount reported in Schedule 1 and the corresponding amount in the other schedules. If the value in these edit cells is zero, then you know that the two schedules correspond. Any other amount indicates that the two schedules do not agree and you should correct one or the other or both.

ADDITIONAL INFORMATION

Report Format: Shaded column headings and functional expenditure categories are not counted toward meeting the net school spending requirement under Education Reform (Regulations: S.10.06(2)).

Undistributed: Undistributed expenditures are those which are not reported by program. If all columns other than "Undistributed" and "Total" are shaded, then "Undistributed" should equal "Total". For programmatic analysis undistributed costs are attributed to each program area by DESE.

Locked Cells: DO NOT fill in any spaces that have been shaded, change formulas, or add lines or columns.

Copying versus Cutting: Cutting the contents of unlocked cells and then pasting them into other unlocked cells will disrupt formulas within the spreadsheet. When moving data within the spreadsheet, use the copy-paste commands. **DO NOT CUT AND PASTE IN THIS WORKBOOK.**

Rounding: Financial data shall be reported to the nearest whole dollar.

New Items: New reporting categories are indicated by a plus sign (+). Items with new instructions or added emphasis are indicated with an exclamation point (!).

REGULATIONS ON SCHOOL FINANCE AND ACCOUNTABILITY (603 CMR 10.00)
These Regulations govern reporting of students and expenditures and methods of computation and documentation requirements for the preparation of the End of Year Report. For your convenience, we have indicated relevant section and paragraph numbers in parentheses.

GUIDELINES FOR STUDENT AND FINANCIAL REPORTING
These guidelines are under review.

**COLUMN DESCRIPTION**

These column descriptions apply to Schedule 1 revenues, school committee expenditures, and city or town expenditures; Schedule 3 general fund expenditures; and Schedule 19 school committee expenditures, city or town expenditures, and estimated revenues.

Column

1. Regular day programs are those not defined as special education or Chapter 74 vocational programs. Expenditures on English language learner (ELL) programs or expanded programs for low-income students should be reported as regular day.

2. Special education programs are for instruction of students with special needs, provided for under MGL Ch. 71B and 603 CMR 28.00.

3. Vocational/technical day programs are programs to prepare students for profitable employment in agricultural, distributive, allied health, technical, trade, and industrial occupations.

4. Other programs include regular vacation, vocational/technical evening, drivers education, adult civic education, and regular evening programs.

5. Undistributed expenditures are those not assigned to a program area.

6. Total of columns 1-5.

SCHEDULE 1 PART I. REVENUE:

A. REVENUE FROM LOCAL SOURCES GENERAL FUND ONLY

Record all General Fund Revenues earned in FY20, whether collected or uncollected.  DO NOT report Revolving Fund Revenue.

| Line Number | |
|---|---|
| 10 | This line shall be completed by regional school districts only, must be accompanied by a completed Schedule 2, and must reflect the total assessments received from member cities and towns.  Schedule 1, line 10, column 6 should equal Schedule 2, line 3370, column 6. |
| 20 | This line shall be completed by regional school districts only and must reflect the total excess and deficiency funds appropriated to FY20 spending by the regional school district. |
| 30-50 | Report by major program area the revenue earned as tuition payments for pupils tuitioned in during the fiscal year. DO NOT include school choice tuition income. Those funds are reported on line 630 Tuition School Choice Revolving.  DO include the revenue for pupils tuitioned-in during the summer in column 5-undistributed. |
| 60 | Report the amount of FY19 net school spending expenditures that were based on unexpended encumbrances for which goods or services were not received. |
| 70 | Report revenues earned from all bus fees (e.g. to and from school, activity trips, field trips).  DO NOT report revenue deposited in a revolving fund. |
| 80 | Earnings on investments will apply only to regional districts. |
| 90 | Report rental fees earned for the use of school buildings. DO NOT report revenue deposited in a revolving fund. |
| 100 | Report other local revenues such as vending machine receipts, etc. To the extent known, distribute these revenues to the major program area. Record the remaining revenue in Column 5 as Undistributed.  DO NOT include Special Fund receipts such as gate receipts for athletics, or over the counter receipts for food services. They are reported in Schedule 1, Part E, lines 610 and 620.  ALL E-RATE REBATES MUST BE INCLUDED ON THIS LINE.  Include indirect cost transfers.  Do NOT include school choice tuition, circuit breaker reimbursements, school building assistance, foundation reserve, or grants on this line. |
| 101 | Report the receipt of all medical care and assistance reimbursements for medically necessary services authorized by MGL Ch 44, Sec. 72. |
| 105 | Report the estimated cash value of non revenue receipts. |
| 110 | Total of lines 10 through 105. |

B. REVENUE FROM STATE AID

**Districts report the Massachusetts School Building Authority (MSBA) revenues.  DESE reports all other aid items.**

Although charter reimbursements and facilities aid are combined on the cherry sheet, they are broken out separately here for net school spending purposes (facilities aid is not treated as a net school spending revenue).

| 130 | Report all revenue received on behalf of an approved school construction project.  Report contract annual payments made by the state to support a district's long term borrowing for a school construction project in column 2.  Report all other state revenue received in support of a school construction project in column 5. Include accounts receivable for FY20.  See Guidance for Reporting Revenue and Expenditures for School Construction. |
|---|---|
| 190 | Foundation reserve, state impact aid and regional bonus aid are considered state aid, but expenditures should be reported in Schedules 1c2 and 3 as grants. |

Copyright 2020 by Massachusetts Department of Elementary and Secondary Education. Permission is hereby granted to Massachusetts public school officials to reproduce this document as needed to complete the 2019-2020 End of Year Financial Report. All other rights reserved.

# Massachusetts Department of Elementary and Secondary Education
## FY20 END OF YEAR FINANCIAL REPORT

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**



| Row | Line | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | **I. REVENUES** | | | | | | |
| | | **A. REVENUE FROM LOCAL SOURCES** | | | | | | |
| 15 | 10 | Assessments Received by Regional Schools | | | | | | 0 |
| 16 | 20 | E.& D Fund Appropriations. FY20: Revenues to Regional District | | | | | | 0 |
| 17 | 30 | Tuition From Individuals | | | | | | 0 |
| 18 | 40 | Tuition From Other Districts in Comm. | | | | | | 0 |
| 19 | 50 | Tuition From Districts in Other States | | | | | | 0 |
| 20 | 60 | Previous Yr Unexpended Encumbrances (Carry Forward) | | | | | | 0 |
| 21 | 70 | Transportation Fees | | | | | | 0 |
| 22 | 80 | Earnings on Investments | | | | | | 0 |
| 23 | 90 | Rental of School Facilities | | | | | | 0 |
| 24 | 100 | Other Revenue | | | | | | 0 |
| 25 | 101 | Medical Care and Assistance | | | | | | 0 |
| 26 | 105 | Non Revenue Receipts | | | | | | 0 |
| 27 | 110 | TOTAL REVENUE FROM LOCAL SOURCES | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **B. REVENUE FROM STATE AID** | --------- State aid is not reported by program --------- | | | | | |
| 29 | 125 | School Aid (Chapter 70) | | | | | 0 | 0 |
| 30 | 130 | Mass School Building Authority - Construction Aid | Contract | | | Other | | 0 |
| 31 | 140 | Pupil Transportation (Ch. 71,71A,71B,74) | | | | | 0 | 0 |
| 32 | 170 | Charter Tuition Reimbursements and Charter Facilities Aid | Other Rentals | | 0 | Facilities | | 0 |
| 33 | 180 | Circuit Breaker | | | | | | 0 |
| 34 | 190 | Foundation Reserve, State Impact Aid, and Regional Bonus Aid | | | | | 0 | 0 |
| 35 | 200 | TOTAL REVENUE FROM STATE AID | | | | | 0 | 0 |

Please report MSBA annual contract revenues on line 130, col 2

Please report MSBA one-time revenues on line 130, col 5

SCHEDULE 1  PART I. REVENUE  (CONTINUED)

Federal and state grants distributed to local school districts by DESE have been included in your report. These funds have been included in the program column that represents the source of the funds. Lines 300 and 481 show federal funds while Lines 510 and 590 show state funds. These amounts reflect the district's drawdown over the course of the fiscal year, July 1 to June 30. Detail supporting the pre-populated amounts on lines 300 and 510 can be found on the End of Year Report section of our website. It is expected that local officials will verify the amounts received grant-by-grant before submitting their report. If the amount drawn offers from the grant award, report only the amount drawn. Grant data entered by DESE is unprotected in case districts need to change any amounts to reflect late-arriving funds. DESE only populates cells for grants it administers.

C. REVENUE FROM FEDERAL GRANTS AND CONTRACTS

Line Number

300          Federal grants administered by DESE, requested and earned in FY20, are reported by program area on line 300 whether collected or uncollected.

481    !    On line 481 report grants received directly from the federal government and pass-through grants received from other entities.  Include federal impact aid on line 481.  NOTE: Coronavirus Relief Funds (CvRF) received from your municipality or member municipalities , either, through the DOR program or from Plymouth County, should be reported on line 481.

D. REVENUE FROM STATE GRANTS

510 – 590          Report on line 510, by program area, state revenues received directly from DESE for FY20. On line 590 report by program area state revenues received from all other state agencies including the Massachusetts Department of Early Education and Care during the fiscal year ended June 30, 2020. These grants consist of state grants for specific purposes (e.g. energy programs). DO NOT report any grants distributed by DESE.

E. REVENUE FROM REVOLVING AND SPECIAL FUNDS

These line items are used to account for receipts deposited in a separate "revolving fund" account which may be expended by the school committee without further appropriation or action by the local appropriating authority. The use of revolving funds is controlled by statute and such accounts may be established for particular types of receipts as permitted by law.  Report only amounts received in the fiscal year ended June 30, 2020.  These funds are NOT returned to the general fund at the end of the fiscal year.

610          School Lunch Programs (MGL Ch. 548, Sec. 3 and 4, Acts of 1948).  Include all State and Federal reimbursements.

620          Athletics and Other Student Body Activities admission charges for school athletic events (MGL Ch. 71, Sec. 47).

630          School Choice (MGL Ch. 76, Sec. 12B). All tuition revenue received from a sending school choice city, town or regional school district through a transfer of Chapter 70 funds made by the state treasurer are deposited in a separate revolving fund. This section has been completed by DESE.

640          Tuition receipts for adult education and continuing education programs (MGL Ch. 71, Sec. 71E); community school programs under $3,000 (MGL Ch. 71, Sec. 71C); and summer school tuition receipts (MGL Ch. 71, Sec. 71E) should be reported in column 4 Other Programs.  Out of district tuition (MGL Ch. 71, Sec. 71F) and non-residents for regions (MGL Ch. 71, Sec. 16D.1/2) should be reported in column 5 undistributed.

650          Other Local Receipts such as culinary arts programs in high schools (MGL Ch. 71, Sec. 17A); culinary arts and other programs in vocational schools (MGL Ch. 74, Sec. 14B); insurance reimbursements for damages (MGL Ch. 44, Sec. 53 (2)); reimbursement for lost school books or for costs of industrial arts supplies (MGL Ch. 44, Sec 53(3)); self supporting recreation and park services (MGL Ch. 44, Sec. 53D); bus advertising fees (Ch 164, S197 of 2002), and rental of school facilities should be reported in column 5 undistributed.  Transportation fees should be reported in column 4 other programs.

660          Record by major program area revenues received from private (nongovernmental) grants or gifts.

670          Total of lines 610, 620, 630, 640, 650, and 660.

Page 12

Exhibit 13: Page 13 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

I. REVENUES

C. REVENUE FROM FEDERAL GRANTS

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| 38 | 300 | ESE Administered Grants | 0 | 0 | 0 | | 0 | 0 |
| 39 | 481 | Other Federal Grants | | 0 | 0 | | 0 | 0 |
| 40 | 490 | TOTAL REVENUE FROM FEDERAL GRANTS | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **D. REVENUE FROM STATE GRANTS** | | | | | | |
| 42 | 510 | DESE Administered Grants | 0 | 0 | 0 | | 0 | 0 |
| 43 | 590 | Other State Grants | | 0 | 0 | | 0 | 0 |
| 44 | 600 | TOTAL REVENUE STATE GRANTS | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **E. REVENUE, REVOLVING & SPECIAL FUNDS** | | | | | | |
| 46 | 610 | School Lunch Receipts | | 0 | 0 | | 0 | 0 |
| 47 | 620 | Athletic Receipts | | 0 | 0 | | 0 | 0 |
| 48 | 630 | Tuition Receipts-School Choice | 0 | 0 | 0 | | 0 | 0 |
| 49 | 640 | Tuition Receipts-Other | | 0 | 0 | | 0 | 0 |
| 50 | 650 | Other Local Receipts | | 0 | 0 | | 0 | 0 |
| 51 | 660 | Private Grants | | 0 | 0 | | 0 | 0 |
| 52 | 670 | TOTAL REVENUE REVOLVING & SPECIAL FUNDS | 0 | 0 | 0 | 0 | 0 | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

Expenditures are recorded by (1) the organizational unit responsible for payment (e.g. school committee, city or town) or by funding source (e.g. federal grants, private grants and contracts), (2) by program (e.g. regular day, special education), (3) by functional category (e.g. instructional services, administrative support) and (4) object code (e.g. salaries and other expenditures) [Guidelines III].

**A. EXPENDITURES BY SCHOOL COMMITTEE**

Record expenditures by the school committee for educational purposes during the fiscal year ended June 30, 2020 from funds appropriated during the same fiscal year. All expenditures shall be reported on a modified accrual basis.

Line Number

702-709        Record School Committee expenditures by object (1110) (e.g. salaries, travel expenses, and office expenses).

721-729        Record Superintendent's Office expenditures by object (1210) (e.g. salaries, travel expenses, and office expenses).

741-749        Record Assistant Superintendent expenditures by object (1220).

761-769        Record Other Districtwide Administration expenditures by object (1220).

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**

**II. EXPENDITURES**
**A. BY SCHOOL COMMITTEE**

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 OTH'R VOC-ATIONAL TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | TOTAL |
|---|---|---|---|---|---|---|---|
| | **School Committee (1110)** | | | | | | |
| 61 | 702 | Clerical Salaries (02) | | | | | 0 |
| 62 | 703 | Other Salaries (03) | | | | | 0 |
| 63 | 704 | Contracted Services (04) | | | | | 0 |
| 64 | 705 | Supplies and Materials (05) | | | | | 0 |
| 65 | 706 | Other Expenses (06) | | | | | 0 |
| 66 | 709 | **Sub-total** | | | | 0 | 0 |
| | | **Superintendent (1210)** | | | | | |
| 68 | 721 | Professional Salaries (01) | | | | | 0 |
| 69 | 722 | Clerical Salaries (02) | | | | | 0 |
| 70 | 723 | Other Salaries (03) | | | | | 0 |
| 71 | 724 | Contracted Services (04) | | | | | 0 |
| 72 | 725 | Supplies and Materials (05) | | | | | 0 |
| 73 | 726 | Other Expenses (06) | | | | | 0 |
| 74 | 729 | **Sub-total** | | | | 0 | 0 |
| | | **Assistant Superintendents (1220)** | | | | | |
| 76 | 741 | Professional Salaries (01) | | | | | 0 |
| 77 | 742 | Clerical Salaries (02) | | | | | 0 |
| 78 | 743 | Other Salaries (03) | | | | | 0 |
| 79 | 744 | Contracted Services (04) | | | | | 0 |
| 80 | 745 | Supplies and Materials (05) | | | | | 0 |
| 81 | 746 | Other Expenses (06) | | | | | 0 |
| 82 | 749 | **Sub-total** | | | | 0 | 0 |
| | | **Other District-Wide Administration (1230)** | | | | | |
| 84 | 761 | Professional Salaries (01) | | | | | 0 |
| 85 | 762 | Clerical Salaries (02) | | | | | 0 |
| 86 | 763 | Other Salaries (03) | | | | | 0 |
| 87 | 764 | Contracted Services (04) | | | | | 0 |
| 88 | 765 | Supplies and Materials (05) | | | | | 0 |
| 89 | 766 | Other Expenses (06) | | | | | 0 |
| 90 | 769 | **Sub-total** | | | | 0 | 0 |

SCHEDULE 1 PART II EXPENDITURES

A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)

Line Number

781-789     Record expenditures for Business & Finance (1410) including salaries and expenses.

801-809     Record expenditures for Human Resources and Employees Benefits Administration (1420).

821-829     Record expenditures for legal services for the School Committee (e.g. costs of School Committee representation for collective bargaining and other litigation).

844-849     Record expenditures for (1435) legal settlements (e.g. costs representing settlements of litigation actions and could include opposition legal fees if part of a settlement).

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**

**II. EXPENDITURES**
**A. BY SCHOOL COMMITTEE**

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Business and Finance (1410)** | | | | | | |
| 92 | 781 | Professional Salaries (01) | | | | | | 0 |
| 93 | 782 | Clerical Salaries (02) | | | | | | 0 |
| 94 | 783 | Other Salaries (03) | | | | | | 0 |
| 95 | 784 | Contracted Services (04) | | | | | | 0 |
| 96 | 785 | Supplies and Materials (05) | | | | | | 0 |
| 97 | 786 | Other Expenses (06) | | | | | | 0 |
| 98 | 789 | **Sub-total** | | | | | 0 | 0 |
| | | **Human Resources and Benefits (1420)** | | | | | | |
| 100 | 801 | Professional Salaries (01) | | | | | | 0 |
| 101 | 802 | Clerical Salaries (02) | | | | | | 0 |
| 102 | 803 | Other Salaries (03) | | | | | | 0 |
| 103 | 804 | Contracted Services (04) | | | | | | 0 |
| 104 | 805 | Supplies and Materials (05) | | | | | | 0 |
| 105 | 806 | Other Expenses (06) | | | | | | 0 |
| 106 | 809 | **Sub-total** | | | | | 0 | 0 |
| | | **Legal Service for School Committee (1430)** | | | | | | |
| 108 | 821 | Professional Salaries (01) | | | | | | 0 |
| 109 | 822 | Clerical Salaries (02) | | | | | | 0 |
| 110 | 823 | Other Salaries (03) | | | | | | 0 |
| 111 | 824 | Contracted Services (04) | | | | | | 0 |
| 112 | 825 | Supplies and Materials (05) | | | | | | 0 |
| 113 | 826 | Other Expenses (06) | | | | | | 0 |
| 114 | 829 | **Sub-total** | | | | | 0 | 0 |
| | | **Legal Settlements (1435)** | | | | | | |
| 116 | 844 | Contracted Services (04) | | | | | | 0 |
| 117 | 845 | Supplies and Materials (05) | | | | | | 0 |
| 118 | 846 | Other Expenses (06) | | | | | | 0 |
| 119 | 849 | **Sub-total** | | 0 | 0 | 0 | | 0 |

SCHEDULE 1 PART II A. EXPENDITURES

A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)

Line Number

864-869    Record expenditures for Administrative Technology–Districtwide (1450) Report all technology costs related to running the district,
including computers, printers, copiers, and software (data systems, MIS). Report software systems related to curriculum, lesson planning
and assessment in the 2000 series. Report all others here (e.g., systems related to grades, parent notification, attendance, and finance
and operations).

881-1409    DO NOT RECORD ANY 2000 FUNCTION CODE EXPENDITURES HERE.  PLEASE COMPLETE SCHEDULE 3 AND THESE
EXPENSES WILL AUTOMATICALLY FILL IN.

Page 18

Exhibit 13: Page 18 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Administrative Technology–District-wide (1450)** | | | | | | |
| 121 | 884 | Contracted Services (04) | | | | | | 0 |
| 122 | 885 | Supplies and Materials (05) | | | | | | 0 |
| 123 | 886 | Other Expenses (06) | | | | | | 0 |
| 124 | 889 | Sub-total | | | | | 0 | 0 |
| | **Curriculum Directors and Department Heads (Supervisory) (2110)** | | | | | | |
| 126 | 881 | Professional Salaries (01) | 0 | 0 | 0 | | | 0 |
| 127 | 882 | Clerical Salaries (02) | 0 | 0 | 0 | | | 0 |
| 128 | 883 | Other Salaries (03) | 0 | 0 | 0 | | | 0 |
| 129 | 884 | Contracted Services (04) | 0 | 0 | 0 | | | 0 |
| 130 | 885 | Supplies and Materials (05) | 0 | 0 | 0 | | | 0 |
| 131 | 886 | Other Expenses (06) | 0 | 0 | 0 | | | 0 |
| 132 | 889 | Sub-total | 0 | 0 | 0 | | | 0 |
| | **Curriculum Directors and Department Heads (Non-Supervisory) (2120)** | | | | | | |
| 134 | 901 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 |
| 135 | 902 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 |
| 136 | 903 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 |
| 137 | 904 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 |
| 138 | 905 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 |
| 139 | 906 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 |
| 140 | 909 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Instructional Technology Leadership and Training (2130)** | | | | | | |
| 142 | 911 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 |
| 143 | 912 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 |
| 144 | 913 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 |
| 145 | 914 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 |
| 146 | 915 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 |
| 147 | 916 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 |
| 148 | 917 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 |
| | **School Leadership-Building (2210)** | | | | | | |
| 150 | 921 | Professional Salaries (01) | | | | | 0 | 0 |
| 151 | 922 | Clerical Salaries (02) | | | | | 0 | 0 |
| 152 | 923 | Other Salaries (03) | | | | | 0 | 0 |
| 153 | 924 | Contracted Services (04) | | | | | 0 | 0 |
| 154 | 925 | Supplies and Materials (05) | | | | | 0 | 0 |
| 155 | 926 | Other Expenses (06) | | | | | 0 | 0 |
| 156 | 929 | Sub-total | | | | | 0 | 0 |

Exhibit 13: Page 20 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATION/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Administrative, Technology and Support – Schools (2250)** | | | | | | |
| 158 | 964 | Contracted Services (04) | | | | | 0 |
| 159 | 965 | Supplies and Materials (05) | | | | | 0 |
| 160 | 966 | Other Expenses (06) | | | | | 0 |
| 161 | 969 | Sub-total | | 0 | 0 | 0 | 0 | 0 |
| | | **Teachers (2305)** | | | | | |
| 163 | 981 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **Medical Therapeutic Services (2320)** | | | | | |
| 165 | 1041 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 |
| 166 | 1042 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 |
| 167 | 1043 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 |
| 168 | 1044 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 |
| 169 * | 1045 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 |
| 170 | 1049 | Sub-total | 0 | 0 | 0 | 0 | 0 |

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|
| | | | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL TECHNICAL | OTHER PROGRAMS | UNDISTRIB-UTED | TOTAL |
| | | **Substitutes, Long Term (2324)** | | | | | | |
| 172 | 1051 | Professional Salaries (01) | 0 | 0 | | | | 0 |
| 173 | 1053 | Other Salaries (03) | 0 | 0 | | 0 | | 0 |
| 174 | 1054 | Contracted Services (34) | 0 | 0 | | 0 | | 0 |
| 175 | 1059 | Sub-total | 0 | 0 | | 0 | | 0 |
| | | **Substitutes, Short Term (2325)** | | | | | | |
| 177 | 1063 | Other Salaries (03) | 0 | 0 | | 0 | | 0 |
| 178 | 1064 | Contracted Services (34) | 0 | 0 | | 0 | | 0 |
| 179 | 1069 | Sub-total | 0 | 0 | | 0 | | 0 |
| | | **All Non-Clerical Paraprofessionals/Instructional Assistants (2330)** | | | | | | |
| 181 | 1093 | Other Salaries (03) | 0 | 0 | | 0 | | 0 |
| 182 | 1094 | Contracted Services (34) | 0 | 0 | | 0 | | 0 |
| 183 | 1099 | Sub-total | 0 | 0 | | 0 | | 0 |
| | | **Librarians and Media Center Directors (2340)** | | | | | | |
| 185 | 1101 | Professional Salaries (01) | 0 | 0 | | | 0 | 0 |
| 186 | 1102 | Clerical Salaries (02) | 0 | 0 | | | 0 | 0 |
| 187 | 1103 | Other Salaries (03) | 0 | 0 | | | 0 | 0 |
| 188 | 1109 | Sub-total | 0 | 0 | | | 0 | 0 |
| | | **Distance Learning and Online Coursework (2345)** | | | | | | |
| 190 | 1111 | Contracted Services (34) | 0 | 0 | | 0 | 0 | 0 |
| 191 | 1112 | Supplies and Materials (55) | 0 | 0 | | 0 | 0 | 0 |
| 192 | 1113 | Other Expenses (96) | 0 | 0 | | 0 | 0 | 0 |
| 193 | 1115 | Sub-total | 0 | 0 | | 0 | 0 | 0 |
| | | **Professional Development Leadership (2351)** | | | | | | |
| 195 | 1121 | Professional Salaries (01) | 0 | 0 | | 0 | 0 | 0 |
| 196 | 1122 | Clerical Salaries (02) | 0 | 0 | | 0 | 0 | 0 |
| 197 | 1123 | Other Salaries (03) | 0 | 0 | | 0 | 0 | 0 |
| 198 | 1124 | Contracted Services (34) | 0 | 0 | | 0 | 0 | 0 |
| 199 | 1125 | Supplies and Materials (55) | 0 | 0 | | 0 | 0 | 0 |
| 200 | 1129 | Other Expenses (96) | 0 | 0 | | 0 | 0 | 0 |
| 201 | 1129 | Sub-total | 0 | 0 | | 0 | 0 | 0 |
| | | **Instructional Coaches (2352)** | | | | | | |
| 203 | 1131 | Professional Salaries (01) | 0 | 0 | | 0 | | 0 |
| 204 | 1134 | Contracted Services (34) | 0 | 0 | | 0 | | 0 |
| 205 | 1135 | Supplies and Materials (55) | 0 | 0 | | 0 | | 0 |
| 206 | 1136 | Other Expenses (96) | 0 | 0 | | 0 | | 0 |
| 207 | 1139 | Sub-total | 0 | 0 | | 0 | | 0 |
| | | **Stipends for Teachers Providing Instructional Coaching (2354)** | | | | | | |
| 209 | 1151 | Professional Salaries (01) | 0 | 0 | | 0 | | 0 |
| | | **Costs for Instructional Staff to Attend Professional Development (2356)** | | | | | | |
| 211 | 1171 | Professional Salaries (01) | 0 | 0 | | 0 | 0 | 0 |
| 212 | 1173 | Other Salaries (03) | 0 | 0 | | 0 | 0 | 0 |
| 213 | 1175 | Supplies and Materials (55) | 0 | 0 | | 0 | 0 | 0 |
| 214 | 1176 | Other Expenses (96) | 0 | 0 | | 0 | 0 | 0 |
| 215 | 1179 | Sub-total | 0 | 0 | | 0 | 0 | 0 |
| | | **Outside Professional Development Providers for Instructional Staff (2358)** | | | | | | |
| 217 | 1194 | Contracted Services (34) | 0 | 0 | | 0 | 0 | 0 |
| 218 | 1195 | Supplies and Materials (55) | 0 | 0 | | 0 | 0 | 0 |
| 219 | 1196 | Other Expenses (96) | 0 | 0 | | 0 | 0 | 0 |
| 220 | 1199 | Sub-total | 0 | 0 | | 0 | 0 | 0 |

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Textbooks (2410)** | | | | | | |
| 222 | 1255 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| | **Other Instructional Materials (2415)** | | | | | | |
| 224 | 1224 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 225 | 1225 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 226 | 1226 Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 227 | 1229 Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Instructional Equipment (2420)** | | | | | | |
| 229 | 1244 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 230 | 1245 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 231 | 1246 Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 232 | 1249 Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **General Supplies (2430)** | | | | | | |
| 234 | 1265 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| | **Other Instructional Services (2440)** | | | | | | |
| 236 | 1253 Other Salaries (03) | 0 | 0 | 0 | | 0 | 0 |
| 237 | 1254 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 238 | 1255 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 239 | 1256 Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 240 | 1259 Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Instructional Hardware—Student and Staff Devices (computers) (2451)** | | | | | | |
| 242 | 1324 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 243 | 1325 Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 244 | 1326 Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 245 | 1329 Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Instructional Hardware—All Other (2453)** | | | | | | |
| 247 | 1324 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 248 | 1325 Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 249 | 1326 Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 250 | 1329 Sub-total | 0 | 0 | 0 | | 0 | 0 |

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/TECHNICAL | 4 | 5 UNDISTRIBUTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Instructional Software and Other Instructional Materials (2450)** | | | | | | |
| 252 | 1344 | Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 253 | 1345 | Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 254 | 1346 | Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 255 | 1349 | Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Guidance including Guidance Counselors and Adjustment Counselors (2710)** | | | | | | |
| 257 | 1361 | Professional Salaries (01) | 0 | 0 | 0 | | 0 | 0 |
| 258 | 1362 | Clerical Salaries (02) | 0 | 0 | 0 | | 0 | 0 |
| 259 | 1363 | Other Salaries (03) | 0 | 0 | 0 | | 0 | 0 |
| 260 | 1364 | Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 261 | 1365 | Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 262 | 1366 | Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 263 | 1369 | Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Testing and Assessment (2720)** | | | | | | |
| 265 | 1381 | Professional Salaries (01) | 0 | 0 | 0 | | 0 | 0 |
| 266 | 1382 | Clerical Salaries (02) | 0 | 0 | 0 | | 0 | 0 |
| 267 | 1383 | Other Salaries (03) | 0 | 0 | 0 | | 0 | 0 |
| 268 | 1384 | Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 269 | 1385 | Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 270 | 1386 | Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 271 | 1389 | Sub-total | 0 | 0 | 0 | | 0 | 0 |
| | **Psychological Services (2800)** | | | | | | |
| 273 | 1401 | Professional Salaries (01) | 0 | 0 | 0 | | 0 | 0 |
| 274 | 1402 | Clerical Salaries (02) | 0 | 0 | 0 | | 0 | 0 |
| 275 | 1403 | Other Salaries (03) | 0 | 0 | 0 | | 0 | 0 |
| 276 | 1404 | Contracted Services (04) | 0 | 0 | 0 | | 0 | 0 |
| 277 | 1405 | Supplies and Materials (05) | 0 | 0 | 0 | | 0 | 0 |
| 278 | 1406 | Other Expenses (06) | 0 | 0 | 0 | | 0 | 0 |
| 279 | 1409 | Sub-total | 0 | 0 | 0 | | 0 | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)

Line Number

1421-1429    Record expenditures for Attendance & Parent Liaison Services (3100) including salary and expenses for truancy officers and parent information centers (e.g. Professional Salaries 01).

1441-1449  !  Record expenditures for Medical/Health Services including Safety Supplies/PPE (3200).

1461-1469    Record by major program area and by object, expenditures for Pupil Transportation Services (3300) for pupils transported to and from school regardless of distance. Record expenditures for racial imbalance and day care transportation in Column 1. Report transportation expenditures for pupils transported to and from Preschool Programs in Column 1. Record Special Education transportation expenditures to and from approved Chapter 766 private schools in Column 2. DO NOT record expenditures for transporting non public pupils in this section. REPORT HOMELESS COSTS AS REGULAR DAY. Transportation costs by program must reconcile with Schedule 7.

             DO NOT record as expenditures for pupil transportation; field trips, athletic trips, shuttle trips between schools, etc. [603 CMR 10.06].
             Record only expenditures for Transportation Services to and from school once daily.

1481-1489    Record only expenditures for Food Services (3400) from appropriated funds. DO NOT record expenditures from other sources (e.g. over the counter receipts, federal or state reimbursements, or other revolving fund expenditures, etc.).

Exhibit 13: Page 29 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | | 1<br>REGULAR<br>DAY | 2<br>SPECIAL<br>EDUCATION | 3<br>CH'N VOC-<br>ATIONAL/<br>TECHNICAL | 4<br>OTHER<br>PROGRAMS | 5<br>UNDISTRIB-<br>UTED | 6<br>TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | Attendance and Parent Liaison Services (2100) | | | | | | |
| 281 | 1421 | Professional Salaries (01) | | | | | | 0 |
| 282 | 1422 | Clerical Salaries (02) | | | | | | 0 |
| 283 | 1423 | Other Salaries (03) | | | | | | 0 |
| 284 | 1424 | Contracted Services (04) | | | | | | 0 |
| 285 | 1425 | Supplies and Materials (05) | | | | | | 0 |
| 286 | 1426 | Other Expenses (06) | | | | | | 0 |
| 287 | 1429 | Sub-total | | | | | 0 | 0 |
| | | | | | | | | |
| | | Medical/Health Services (3200) | | | | | | |
| 289 | 1441 | Professional Salaries (01) | | | | | | 0 |
| 290 | 1442 | Clerical Salaries (02) | | | | | | 0 |
| 291 | 1443 | Other Salaries (03) | | | | | | 0 |
| 292 | 1444 | Contracted Services (04) | | | | | | 0 |
| 293 | 1445 | Supplies and Materials (05) | | | | | | 0 |
| 294 | 1446 | Other Expenses (06) | | | | | | 0 |
| 295 | 1449 | Sub-total | | | | | 0 | 0 |
| | | | | | | | | |
| | | Transportation Services (3300) | | | | | | |
| 297 | 1461 | Professional Salaries (01) | | | | | | 0 |
| 298 | 1462 | Clerical Salaries (02) | | | | | | 0 |
| 299 | 1463 | Other Salaries (03) | | | | | | 0 |
| 300 | 1464 | Contracted Services (04) | | | | | | 0 |
| 301 | 1465 | Supplies and Materials (05) | | | | | | 0 |
| 302 | 1466 | Other Expenses (06) | | | | | | 0 |
| 303 | 1469 | Sub-total | | | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| | | Food Services (3400) | | | | | | |
| 305 | 1481 | Professional Salaries (01) | | | | | | 0 |
| 306 | 1482 | Clerical Salaries (02) | | | | | | 0 |
| 307 | 1483 | Other Salaries (03) | | | | | | 0 |
| 308 | 1484 | Contracted Services (04) | | | | | | 0 |
| 309 | 1485 | Supplies and Materials (05) | | | | | | 0 |
| 310 | 1486 | Other Expenses (06) | | | | | | 0 |
| 311 | 1489 | Total | | | | | 0 | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

**A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)**

Line Number

1501-1509    Record only the expenditures from appropriated funds used to support Athletics (3510). DO NOT record expenditures of revenues from other sources (e.g. over the counter receipts, gate receipts, etc.).

1521-1529    Record only the expenditures from appropriated funds used to support Other Student Activities (3520). DO NOT record expenditures of revenues from other sources (e.g. ticket sales, over the counter receipts, etc.) that are deposited in the Student Activity Agency account.

1541-1549    Record expenditures for School Security (3600) including salaries and expenses for school police, hall monitors, and security personnel.

1561-1569    Record expenditures for Custodial Services (4110) including salaries and expenses of custodians, janitors, and truck drivers.

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **Athletics (3510)** | | | | | | |
| 313 | 1501 | Professional Salaries (01) | | | | | | 0 |
| 314 | 1502 | Clerical Salaries (02) | | | | | | 0 |
| 315 | 1503 | Other Salaries (03) | | | | | | 0 |
| 316 | 1504 | Contracted Services (04) | | | | | | 0 |
| 317 | 1505 | Supplies and Materials (05) | | | | | | 0 |
| 318 | 1506 | Other Expenses (06) | | | | | | 0 |
| 319 | 1509 | Sub-total | | | | | 0 | 0 |
| | | **Other Student Activities (3520)** | | | | | | |
| 321 | 1521 | Professional Salaries (01) | | | | | | 0 |
| 322 | 1522 | Clerical Salaries (02) | | | | | | 0 |
| 323 | 1523 | Other Salaries (03) | | | | | | 0 |
| 324 | 1524 | Contracted Services (04) | | | | | | 0 |
| 325 | 1525 | Supplies and Materials (05) | | | | | | 0 |
| 326 | 1526 | Other Expenses (06) | | | | | | 0 |
| 327 | 1529 | Sub-total | | | | | 0 | 0 |
| | | **School Security (3600)** | | | | | | |
| 329 | 1541 | Professional Salaries (01) | | | | | | 0 |
| 330 | 1542 | Clerical Salaries (02) | | | | | | 0 |
| 331 | 1543 | Other Salaries (03) | | | | | | 0 |
| 332 | 1544 | Contracted Services (04) | | | | | | 0 |
| 333 | 1545 | Supplies and Materials (05) | | | | | | 0 |
| 334 | 1546 | Other Expenses (06) | | | | | | 0 |
| 335 | 1549 | Sub-total | | | | | 0 | 0 |
| | | **Custodial Services (4110)** | | | | | | |
| 337 | 1561 | Professional Salaries (01) | | | | | | 0 |
| 338 | 1562 | Clerical Salaries (02) | | | | | | 0 |
| 339 | 1563 | Other Salaries (03) | | | | | | 0 |
| 340 | 1564 | Contracted Services (04) | | | | | | 0 |
| 341 | 1565 | Supplies and Materials (05) | | | | | | 0 |
| 342 | 1566 | Other Expenses (06) | | | | | | 0 |
| 343 | 1569 | Sub-total | | | | | 0 | 0 |

Exhibit 13: Page 31 of 112

**SCHEDULE 1 PART II EXPENDITURES**

A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)

Line Number

1574-1579    Record expenditures for Heating of Buildings including the cost of coal, fuel oil, gas, steam, and wood as well as the cost of contracted
services.

1584-1589    Record expenditures for Utility Services (4130) including the cost of water, trash disposal, sewage, hazardous waste disposal, electricity,
telephone service, and non-heating fuels.

1591-1599    Record expenditures for Maintenance of Grounds (4210) including the cost of salaries and expenses of grounds keepers, equipment
operators, and aides.

1601-1609    Record expenditures for Maintenance of Buildings (4220) including the salaries and expenses of building maintenance personnel,
engineers, licensed tradespeople, painters, etc.

1614-1619    Record expenditures for Building Security Systems (4225). Expenditures for this purpose may not exceed the per project dollar limit for
extraordinary maintenance ($150,000) or non-instruction equipment ($5,000). If greater, the cost must be reported as an Equipment
(7000) expenditure on line 1742.

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**

**II. EXPENDITURES**
**A. BY SCHOOL COMMITTEE**

| | | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 OTH./VOC-ATION/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | **Heating of Buildings (4120)** | | | | | | |
| 345 | 1574 | Contracted Services (04) | | | | | | 0 |
| 346 | 1575 | Supplies and Materials (05) | | | | | | 0 |
| 347 | 1576 | Other Expenses (06) | | | | | | 0 |
| 348 | 1579 | Sub-total | | | | | 0 | 0 |
| | | **Utility Services (4130)** | | | | | | |
| 350 | 1584 | Contracted Services (04) | | | | | | 0 |
| 351 | 1585 | Supplies and Materials (05) | | | | | | 0 |
| 352 | 1586 | Other Expenses (06) | | | | | | 0 |
| 353 | 1589 | Sub-total | | | | | 0 | 0 |
| | | **Maintenance of Grounds (4210)** | | | | | | |
| 355 | 1591 | Professional Salaries (01) | | | | | | 0 |
| 356 | 1592 | Clerical Salaries (02) | | | | | | 0 |
| 357 | 1593 | Other Salaries (03) | | | | | | 0 |
| 358 | 1594 | Contracted Services (04) | | | | | | 0 |
| 359 | 1595 | Supplies and Materials (05) | | | | | | 0 |
| 360 | 1596 | Other Expenses (06) | | | | | | 0 |
| 361 | 1599 | Sub-total | | | | | 0 | 0 |
| | | **Maintenance of Buildings (4220)** | | | | | | |
| 363 | 1601 | Professional Salaries (01) | | | | | | 0 |
| 364 | 1602 | Clerical Salaries (02) | | | | | | 0 |
| 365 | 1603 | Other Salaries (03) | | | | | | 0 |
| 366 | 1604 | Contracted Services (04) | | | | | | 0 |
| 367 | 1605 | Supplies and Materials (05) | | | | | | 0 |
| 368 | 1606 | Other Expenses (06) | | | | | | 0 |
| 369 | 1609 | Sub-total | | | | | 0 | 0 |
| | | **Building Security System (4225)** | | | | | | |
| 371 | 1614 | Contracted Services (04) | | | | | | 0 |
| 372 | 1615 | Supplies and Materials (05) | | | | | | 0 |
| 373 | 1616 | Other Expenses (06) | | | | | | 0 |
| 374 | 1619 | Sub-total | | | | | 0 | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

**A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)**

**Line Number**

1621–1629  Record expenditures for Maintenance of Equipment (4230) including salaries of repair personnel, supplies, materials and tools, equipment parts, and replacement of equipment and furnishings.

1634–1639  Record expenditures for Extraordinary Maintenance (4300) defined in 603 CMR 10.02. DO NOT report employee salaries in this category. Record these expenditures in lines 1593 or 1603. Expenditures can include the principal portion of a loan or the cost of a lease/purchase agreement. Expenditures classified as a 4200 account expenditure must not exceed the per project dollar limit for extraordinary maintenance ($150,000).

1641–1649  Record expenditures for Technology Infrastructure, Maintenance, and Support—Salaries (4400) personnel costs related to maintaining and supporting district technology infrastructure, including ISP, WAN, LAN, PBX systems, servers, and related software. Include salaries for district staff who provide maintenance and user support (e.g. IT help desk) for the central office and schools. This function should correspond to EPIMS job codes 1201, 1224, and 6140.

1654–1659  Record expenditures for Technology Infrastructure, Maintenance, and Support—All Other (4450) Report contractual services, supplies and materials, and other costs related to maintaining and supporting district technology infrastructure, including ISP, WAN, LAN, PBX systems, servers, and related software. Expenditures for this purpose must not exceed the per project dollar limit for extraordinary maintenance ($150,000) or for non-instructional technology equipment ($5,000). Costs exceeding these limits must be reported as a Capital Equipment (7000) expenditure.

Page 34

Exhibit 13: Page 34 of 112

**SCHEDULE 1**
REVENUE AND EXPENDITURE SUMMARY

**II. EXPENDITURES**
**A. BY SCHOOL COMMITTEE**

| | | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRI-BUTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | **Maintenance of Equipment (4230)** | | | | | | |
| 376 | 1621 | Professional Salaries (01) | | | | | | 0 |
| 377 | 1622 | Clerical Salaries (02) | | | | | | 0 |
| 378 | 1623 | Other Salaries (03) | | | | | | 0 |
| 379 | 1624 | Contracted Services (04) | | | | | | 0 |
| 380 | 1625 | Supplies and Materials (05) | | | | | | 0 |
| 381 | 1626 | Other Expenses (06) | | | | | | 0 |
| 382 | 1629 | Sub-total | | | | | 0 | 0 |
| | | **Extraordinary Maintenance (4300)** | | | | | | |
| 384 | 1634 | Contracted Services (04) | | | | | | 0 |
| 385 | 1635 | Supplies and Materials (05) | | | | | | 0 |
| 386 | 1636 | Other Expenses (06) | | | | | | 0 |
| 387 | 1639 | Sub-total | | | | | 0 | 0 |
| | | **Technology Infrastructure, Maintenance, and Support–Salaries (4400)** | | | | | | |
| 389 | 1641 | Professional Salaries (01) | | | | | | 0 |
| 390 | 1642 | Clerical Salaries (02) | | | | | | 0 |
| 391 | 1643 | Other Salaries (03) | | | | | | 0 |
| 392 | 1649 | Sub-total | | | | | 0 | 0 |
| | | **Technology Infrastructure, Maintenance, and Support—All Other (4450)** | | | | | | |
| 394 | 1654 | Contracted Services (04) | | | | | | 0 |
| 395 | 1655 | Supplies and Materials (05) | | | | | | 0 |
| 396 | 1656 | Other Expenses (06) | | | | | | 0 |
| 397 | 1659 | Sub-total | | | | | 0 | 0 |

SCHEDULE 1 PART II EXPENDITURES

A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)

Line Number

1661    Record expenditures for Employee Benefits and Insurance. These costs shall include Employer Retirement Contributions (5100), Employee Separation Costs, Insurance for Active Employees (6200), Insurance for Retired School Employees (5250), and Other Non Employee Insurance (5260). Insurance for Retired School Employees (5250) will count toward the net school spending requirement only if it was reported on the FY92 End of Year Report Schedule 19 for FY93.  Report the costs of administering these programs in Human Resources and Benefits (1420), lines 801-809.  DO NOT REPORT DEPOSITS INTO AN OPEB TRUST FUND. Deposits into an OPEB Trust fund are NOT expenditures and will not be considered expenses until the benefits are received by retirees.

1664-1669    Employee Separation Costs (5150) costs attributed to an employee's termination/retirement.  Vacation pay, sick leave buy back and other benefits payable upon termination/retirement.

1681-1682    Record expenditures for Rental, Lease of Equipment (5300), and Rental-Lease of Buildings (5350) [803 CMR 10.06].  DO NOT record lease/purchase agreements, except in circumstances allowed by school finance regulations noted below.  School finance regulations allow under extreme circumstances districts to charge the first three years of a capital lease to function code 5300 or 5350.  After the third rental year the cost must be reported as a 7000 expenditure on line 1741-1744 (Guidelines: Maintain Appendix).

1683    Record expenditures for reduction or full payment of short term Revenue Anticipation Notes (RANS) (due in one year or less) for interest (5400) [603 CMR 10.06].

1684    Regional school districts only.  Record expenditures for reduction or full payment of short-term Bond Anticipation Notes (BANS) for interest (5450).

1685    Record expenditures for other Fixed Charges (5500), including the costs of public safety inspections, bank charges, and the costs of contracts for medicaid billing.

1686    Record expenditures for School Crossing Guards (5550).

1701-1709    Record by major program area expenditures for Civic Activities and Community Services (6200) including the costs of citizen meetings, parent-teacher-student association activities, school council meetings and activities, public forums and lectures, and advisory council meetings.  Include expenditures for Adult Education programs in the undistributed column.

1711-1719    Record expenditures for Recreation (6300) by object.

1721-1729    Record by major program area and by object, expenditures for Non-Public School Health (6800).

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
|  |  | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL/ TECHNICAL | OTHER PROGRAMS | UNDISTRIB-UTED | TOTAL |
| 399 |  | Employer Retirement Contributions (5100) |  |  |  |  |  | 0 |
|  | 1661 | Employer Retirement Contributions (5100) |  |  |  |  |  |  |
|  |  | Employee Separation Costs (5150) |  |  |  |  |  |  |
| 401 | 1664 | Professional Salaries (01) |  |  |  |  |  |  |
| 402 | 1665 | Clerical Salaries (02) |  |  |  |  |  |  |
| 403 | 1666 | Other Salaries (03) |  |  |  |  |  |  |
| 404 | 1667 | Contracted Services (04) |  |  |  |  |  |  |
| 405 | 1669 | Sub-total |  |  |  |  | 0 | 0 |
|  |  | Insurance (5200) |  |  |  |  |  |  |
| 407 | 1672 | Insurance for Active Employees (5200) |  |  |  |  |  | 0 |
| 408 | 1673 | Insurance for Retired School Employees (5250) |  |  |  |  |  | 0 |
| 409 | 1674 | Other Non-Employee Insurance (5260) |  |  |  |  |  | 0 |
| 410 | 1679 | Sub-total |  |  |  |  | 0 | 0 |
|  |  | Rental, Lease, Interest & Other Fixed Charges (5300, 5400, 5500) |  |  |  |  |  |  |
| 412 | 1691 | Rental-Lease Equipment (5300) |  |  |  |  |  | 0 |
| 413 | 1692 | Rental-Lease Buildings (5350) |  |  |  |  |  | 0 |
| 414 | 1693 | Short-Term Interest (RAN) (5400) |  |  |  |  |  | 0 |
| 415 | 1694 | Short Term Interest-BAN's (5450) |  |  |  |  |  | 0 |
| 416 | 1695 | Other Fixed Charges (5500) |  |  |  |  |  | 0 |
| 417 | 1696 | School Crossing Guards (5090) |  |  |  |  |  | 0 |
| 418 | 1699 | Sub-total |  |  |  |  | 0 | 0 |
|  |  | Civic Activities and Community Services (5200) |  |  |  |  |  |  |
| 420 | 1701 | Professional Salaries (01) |  |  |  |  |  | 0 |
| 421 | 1702 | Clerical Salaries (02) |  |  |  |  |  | 0 |
| 422 | 1703 | Other Salaries (03) |  |  |  |  |  | 0 |
| 423 | 1704 | Contracted Services (04) |  |  |  |  |  | 0 |
| 424 | 1705 | Supplies and Materials (05) |  |  |  |  |  | 0 |
| 425 | 1708 | Other Expenses (00) |  |  |  |  |  | 0 |
| 426 | 1709 | Sub-total |  |  |  |  | 0 | 0 |
|  |  | Recreation (5300) |  |  |  |  |  |  |
| 428 | 1711 | Professional Salaries (01) |  |  |  |  |  | 0 |
| 429 | 1712 | Clerical Salaries (02) |  |  |  |  |  | 0 |
| 430 | 1713 | Other Salaries (03) |  |  |  |  |  | 0 |
| 431 | 1714 | Contracted Services (04) |  |  |  |  |  | 0 |
| 432 | 1715 | Supplies and Materials (05) |  |  |  |  |  | 0 |
| 433 | 1716 | Other Expenses (00) |  |  |  |  |  | 0 |
| 434 | 1719 | Sub-total |  |  |  |  | 0 | 0 |
|  |  | Health Non-Public Schools (5500) |  |  |  |  |  |  |
| 436 | 1721 | Professional Salaries (01) |  |  |  |  |  | 0 |
| 437 | 1722 | Clerical Salaries (02) |  |  |  |  |  | 0 |
| 438 | 1723 | Other Salaries (03) |  |  |  |  |  | 0 |
| 439 | 1724 | Contracted Services (04) |  |  |  |  |  | 0 |
| 440 | 1725 | Supplies and Materials (05) |  |  |  |  |  | 0 |
| 441 | 1728 | Other Expenses (00) |  |  |  |  |  | 0 |
| 442 | 1729 | Sub-total |  |  |  |  | 0 | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

**A. EXPENDITURES BY SCHOOL COMMITTEE (CONTINUED)**

Line Number

1731-1739
Record by major program area and object, expenditures for Transporting Non Public pupils to and from school (regardless of distance) (6900). Transportation costs must reconcile with costs and students reported on Schedule 7, lines 4220 and 4230.

1741-1749
Record capital expenditures for Asset Acquisition and Improvement, including the Purchase of Land and Buildings (7100, 7200), Equipment (7300, 7400), Capital Technology (7350), and Motor Vehicles (7500, 7600). Expenditures should include the principal portion of a loan, the cost of a lease/purchase agreement, costs directly related to a school construction project supported through local appropriation, and costs equal to lump sum and progress payments received MSBA whether or not outstanding BANs exist. Expenditures classified as a 7000 account expenditure must exceed the dollar limits for non-instructional equipment ($5,000) unless part of a school construction project. See Guidance for Reporting Revenue and Expenditures for School Construction.

1751-1752
Regional School Districts Only. Record annual expenditures relating to long term School Construction Debt for principal (8100) and interest (8200). DO NOT include amounts bonded for extraordinary maintenance.  DO NOT include bond anticipation notes (BANs).

1753
Regional School Districts Only. Record annual expenditures relating to the interest on debt for Educational Expenditures (8400) and for Other Equipment and Maintenance costs (8600). The principal of these loans should be reported in the cost category of the purchase (e.g. Fixed Assets, Instructional Technology, etc.).

1770-1840
NOTE: DO NOT INCLUDE PREPAID FY21 TUITION AS AN FY20 EXPENDITURE. PREPAID TUITION IS AN ASSET THAT SHOULD BE EXPENSED IN THE YEAR THAT IT WAS FOR.  INCLUDE PREPAID TUITION WITH FY19 FUNDS AS AN FY20 EXPENSE.

1770
Record by major program area tuition payments to other Massachusetts school districts.

1780-1790
Regional School Districts Only. Tuition payments to choice or charter schools by a regional school district are deducted from its Chapter 70 payment.  School Choice Tuition (9110) and Tuition to Commonwealth and Horace Mann Charter Schools (9120) are treated as expenditures.

‡
Lines 1780 and 1790 are populated by DESE, which does the calculations and sends them to DOR.  Note that both choice and charter tuition are current-year calculations which means that monthly charges through the first eleven months are estimates.  In some cases choice receiving districts have been paid more through May than their final annual amount turns out to be.  In this case DOR will recoup the overpayment by adding it to the choice assessment in the June distribution.  Accountants/auditors should do a ledger adjustment to reflect this adjustment.

1800-1810
Record by major program area Tuition to Out-of-State Schools (9200), and to Non-Public Schools (9300).

1820
Record by major program only tuition payments to Collaboratives (9400) for pupils enrolled in collaborative programs.

Page 38

Exhibit 13: Page 38 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY

II. EXPENDITURES
A. BY SCHOOL COMMITTEE

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 OTHER VOCATIONAL/TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIBUTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | Transportation Non-Public (6900) | | | | | | |
| 1731 | Professional Salaries (01) | | | | | | 0 |
| 1732 | Clerical Salaries (03) | | | | | | 0 |
| 1733 | Other Salaries (03) | | | | | | 0 |
| 1734 | Contracted Services (04) | | | | | | 0 |
| 1735 | Supplies and Materials (05) | | | | | | 0 |
| 1738 | Other Expenses (06) | | | | | | 0 |
| 1739 | Sub-total | 0 | 0 | 0 | 0 | | 0 |
| | Asset Acquisition & Improvement (7000) | | | | | | |
| 1741 | Purchase of Land & Buildings (7100, 7200) | | | | | | 0 |
| 1742 | Equipment (7300, 7400) | | | | | | 0 |
| 1743 | Capital Technology (7350) | | | | | | 0 |
| 1744 | Motor Vehicles (7500, 7600) | | | | | | 0 |
| 1749 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 |
| | Long Term Debt (8000) | | | | | | |
| 1751 | Debt Retirement/Sch Construction (8100) | | | | | | 0 |
| 1752 | Debt Service/Sch Construction (8200) | | | | | | 0 |
| 1753 | Debt Service/Educ. & Other (8400, 8600) | | | | | | 0 |
| 1759 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 |
| | Payments to Other Districts (9000) | | | | | | |
| 1770 | Tuition to Mass. Public Schools (9100) | 0 | 0 | 0 | | | 0 |
| 1780 | School Choice Tuition (9110) | 0 | | | | | 0 |
| 1790 | Tuition to Commonwealth Charter Schools (9120) | 0 | 0 | 0 | | | 0 |
| 1795 | Tuition to Horace Mann Charter Schools (9125) | | | | | | 0 |
| 1796 | Charter Transportation Tuition (9150) | | | | | 0 | 0 |
| 1800 | Tuition to Out-of-State Schools (9200) | | | | | | 0 |
| 1810 | Tuition to Non-Public Schools (9300) | | | | | | 0 |
| 1820 | Tuition to Collaboratives (9400) | | | | | | 0 |
| 1840 | Sub-total | 0 | 0 | 0 | | 0 | 0 |
| 1850 | TOTAL EXPENDITURES BY SCHOOL COMMITTEE | 0 | 0 | 0 | | 0 | 0 |

Page 39

SCHEDULE 1 PART II EXPENDITURES

B. EXPENDITURES BY CITY OR TOWN (REGIONAL SCHOOL DISTRICTS DO NOT COMPLETE THIS SECTION)

Record expenditures by city or town during the fiscal year ended June 30, 2020 which result in services directly related to the local school department (603 CMR 10.04). Proper documentation must be retained in support of expenditures reported. Municipal officials from member towns of a regional school district are responsible for reporting directly to the DESE any expenses incurred on behalf of education that are not already included in the report filed by the region.

Line Number

| | |
|---|---|
| 1900 | Record only those expenditures that support the school committee as an office (e.g. salaries, travel expenses, legal expenses, and office expenses). |
| 1910 | Record expenditures as defined in 603 CMR 10.04(1)(d) for Business and Finance Services (1410), allocated according to the method agreed upon by the municipality and school committee. The method used to record these costs must be used consistently each year and may only be changed upon the approval of the Commissioner of Elementary and Secondary Education. Only those expenditures that support the school committee as an office. (e.g. salaries, travel expenses, legal expenses and office expenses) |
| 1912 | Record expenditures for Human Resources and Employee Benefits Administration (1420). |
| 1914 | Record expenditures for (1430) legal services for the School Committee (e.g. costs of School Committee representation for collective bargaining and other litigation). |
| 1916 | Record expenditures for (1435) legal settlements (e.g. costs representing settlements of litigation actions and could include opposition legal fees if part of a settlement). |
| 1920 | Record the costs of Administrative Technology–Districtwide (1450). Report all technology costs related to running the district, including computers, printers, copiers, and software (data systems, MIS). Report software systems related to curriculum, lesson planning and assessment in the 2000 series. Report all others here (e.g., systems related to grades, parent notification, attendance, and finance and operations). |
| 1930-1935 | Expenditures for library services where there is an agreement between the school committee and the municipality for specific services to be provided to students will be populated from Schedule 3. |
| 1940 | Record expenditures for Health Services including PPE (3200) where there is an agreement between the school committee and the municipality for specific services to be provided to students. |
| 1950 | Record the expenditures for transporting pupils to and from school by major program area. REPORT HOMELESS COSTS AS REGULAR DAY. **Transportation costs by program must reconcile with costs and students reported on Schedule 7.** |
| 1960 | Record expenditures for School Security Services where there is an agreement between the school committee and the municipality for specific services to be provided. |
| 1970-1979 | Record expenditures by function for School Custodial Services (4110), Heating of School Buildings (4120), School Utility Services (4130), Maintenance of School Grounds (4210), Maintenance of School Buildings (4220), School Building Security System (4225), and Maintenance of School Equipment (4230). |
| 1990 | Record expenditures for Extraordinary Maintenance (4300). DO NOT report employee salaries in this category. Expenditures may include the principal portion of a loan or the cost of a lease/purchase agreement. Expenditures classified as a 4300 account must not exceed the per project dollar limit for extraordinary maintenance ($150,000). |

**SCHEDULE 1 PART II EXPENDITURES**

**B. EXPENDITURES BY CITY OR TOWN (REGIONAL SCHOOL DISTRICTS DO NOT COMPLETE THIS SECTION)**

1995   Record expenditures for Technology Infrastructure, Maintenance, and Support—Salaries (4420) Report personnel costs related to maintaining and supporting district technology infrastructure, including ISP, WAN, LAN, PBX systems, servers, and related software. Include salaries for district staff who provide maintenance and user support (e.g. IT help desk) for the central office and schools. This function should correspond to EPIMS job codes 1201, 1224, and 6140.

1996   Record expenditures for Technology Infrastructure, Maintenance, and Support—All Other (4450) Report contractual services, supplies and materials, and other costs related to maintaining and supporting district technology infrastructure, including ISP, WAN, LAN, PBX systems, servers, and related software. Expenditures for this purpose must not exceed the per project dollar limit for extraordinary maintenance ($150,000) or for non-instructional technology equipment ($5,000). Costs exceeding these limits must be reported as a Capital Equipment (7000) expenditure.

2000–2030   Record expenditures for Employer Retirement Contributions (5100), Employee Separation Costs, Insurance for Active Employees (5200), Insurance for Retired School Employees (5250), Other Non-Employee Insurance (5260), Rental Lease of Equipment (5300), and Rental-Lease of Buildings (5350) [603 CMR 10.06]. DO NOT record lease/purchase agreements, except in circumstances allowed by school finance regulations noted below.   School finance regulations allow under extreme circumstances districts to charge the first three years of a capital lease to function code 5300 or 5350. After the third rental year the cost must be reported as a 7000 expenditure on line 1741-1744 (Guidelines: Maintain Appendix). **DO NOT REPORT DEPOSITS INTO AN OPEB TRUST FUND. Deposits into an OPEB Trust fund are NOT expenditures and will not be considered expenses until the benefits are received by retirees.**

2003–2007   Employee Separation Costs (5150); costs attributed to an employee's termination/retirement. Vacation pay, sick leave buy back and other benefits payable upon termination/retirement.

2040–2050   Record expenditures for Rental Lease of Equipment (5300), and Rental-Lease of Buildings (5350) [603 CMR 10.06]. DO NOT record lease/purchase agreements. Expenditures for this purpose may only exceed the per project dollar limit for extraordinary maintenance ($150,000) or non-instruction equipment ($5,000) for a three year period. After the third rental year the cost must be reported on a 7000 expenditure on Line 2100-2120 [Guidelines: Maintain Appendix A].

2060   Note: RANS (due in one year or less) for interest (5400) [603 CMR 10.06].

Exhibit 13: Page 42 of 112

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**

**II. EXPENDITURES**
**B. BY CITY OR TOWN**

| | | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|
| | | | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL TECHNICAL | OTHER PROGRAMS | UNDISTRIB-UTED | TOTAL |
| 480 | 1900 | School Committee (1110) | | | | | | 0 |
| 481 | 1910 | Business and Finance (1410) | | | | | | 0 |
| 482 | 1912 | Human Resources and Benefits (1420) | | | | | | 0 |
| 483 | 1914 | Legal Services for School Committee (1430) | | | | | | 0 |
| 484 | 1916 | Legal Settlements (1435) | | | | | | 0 |
| 485 | 1920 | Administrative Technology-Districtwide (1450) | | | | | | 0 |
| 486 | 1930 | Librarians and Media Center Directors (2340) | | | | | 0 | 0 |
| 487 | 1935 | Other Instructional Materials (2415) | | | | | 0 | 0 |
| 488 | 1940 | Health Services (3200) | | | | | | 0 |
| 489 | 1950 | Pupil Transportation (3300) | | | | | | 0 |
| 490 | 1960 | School Security (3600) | | | | | | 0 |
| 491 | 1970 | School Custodial Services (4110) | | | | | | 0 |
| 492 | 1972 | Heating of School Buildings (4120) | | | | | | 0 |
| 493 | 1974 | School Utility Services (4130) | | | | | | 0 |
| 494 | 1975 | Maintenance of School Grounds (4210) | | | | | | 0 |
| 495 | 1976 | Maintenance of School Buildings (4220) | | | | | | 0 |
| 496 | 1978 | School Building Security System (4225) | | | | | | 0 |
| 497 | 1979 | Maintenance of School Equipment (4230) | | | | | | 0 |
| 498 | 1990 | Extraordinary Maintenance (4300) | | | | | | 0 |
| 499 | 1995 | Technology Infrastructure, Maintenance, and Support—Salaries (4400) | | | | | | 0 |
| 500 | 1996 | Technology Infrastructure, Maintenance, and Support—All Other (4450) | | | | | | 0 |
| 501 | 2000 | Employer Retirement Contributions (5100) | | | | | | 0 |
| | | **Employee Separation Costs (5150)** | | | | | | |
| 503 | 2003 | Professional Salaries (01) | | | | | | |
| 504 | 2004 | Clerical Salaries (02) | | | | | | |
| 505 | 2005 | Other Salaries (03) | | | | | | |
| 506 | 2006 | Contracted Services (04) | | | | | | |
| 507 | 2007 | Sub-total | | | | | | |
| 508 | 2010 | Insurance For Active Employees (5200) | | | | | | 0 |
| 509 | 2020 | Insurance For Retired School Employees (5250) | | | | | | 0 |
| 510 | 2030 | Other Non-Employee Insurance (5260) | | | | | | 0 |
| 511 | 2040 | Rental-Lease, Equipment (5300) | | | | | | 0 |
| 512 | 2050 | Rental-Lease, Buildings (5350) | | | | | | 0 |
| 513 | 2060 | Short-Term Interest RAN's (5400) | | | | | | 0 |

**2065-2090** — Record expenditures for Short Term Interest BANS (6450), Other Fixed Charges (5500), School Crossing Guards (5550), Health Non-Public Schools (6800), and Transportation Non-Public Schools (6900).   DO NOT include the costs associated with lease/purchase agreements (Guidelines: Maintain Appendix A).

**2100-2120** — Record capital expenditures for Asset Acquisition and Improvement, including the Purchase of Land and Buildings (7100, 7200), Equipment (7300, 7400), Capital Technology (7350), and Motor Vehicles (7550, 7600). Expenditures should include the principal portion of a loan (including BANs), the cost of a lease/purchase agreement, costs directly related to a school construction project supported through local appropriation, and costs corresponding to revenue received/earned as a grant receipt from MSBA whether or not outstanding BANs exist. Expenditures classified as a 7000 account expenditure must exceed the dollar limits for non-instructional equipment ($5,000) unless part of a school construction project. See Guidance for Reporting Revenue and Expenditures for School Construction.

**2130-2140** — Record annual expenditures relating to long term School Construction Debt for principal (8100) and interest (8200). DO NOT include amounts bonded for extraordinary maintenance. DO NOT include bond anticipation notes (BANS). DO NOT include amounts paid to a member regional school district as part of a capital assessment. This information will be reported by the regional school district.

**2200** — Record annual expenditures related to long term debt for the interest of Educational Expenditures (8400) and other Equipment and Maintenance costs (8600). Expenditures relating to principal for Extraordinary Maintenance should be reported as 4300. Expenditures relating to principal for other equipment and maintenance costs should be reported in the appropriate cost categories (e.g. fixed assets).

**2210** — Record by major program area tuition payments to other Massachusetts school districts. (9100)

**2220-2235** — Tuition payments to choice or charter schools by a sending school district are deducted from its Chapter 70 payment.  School Choice Tuition (9110) and Tuition to Commonwealth and Horace Mann Charter Schools (9125) are treated as expenditures.

**1** — Lines 2220 and 2230 are populated by DESE, which does the calculations and sends them to DOR.  Note that both choice and charter tuition are current-year calculations which means that monthly changes through the first eleven months are estimates.  In some cases choice receiving districts have been paid more through May than their final annual amount turns out to be.  In this case DOR will recoup the overpayment by adding it to the choice assessment  in the June distribution.  Accountants/auditors should do a ledger adjustment to reflect this adjustment.

**2240** — Record by major program area Tuition to Out-of-State Schools (9200), and to Non-Public Schools (9300).

**2260** — Record by major program only tuition payments to Collaboratives (9400) for pupils enrolled in collaborative programs.

**2270** — Record payment for assessments to member regional school districts (9500).  Include both the academic and vocational assessments, as appropriate.  Include the total assessment including operating, transportation, and capital costs.  Members of Bristol and Norfolk County who are charged tuition increments above the county assessment should report the tuition payments on this line.

Exhibit 13: Page 45 of 112

**SCHEDULE 1**
**REVENUE AND EXPENDITURE SUMMARY**

**II. EXPENDITURES**
**B. BY CITY OR TOWN**

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| 514 | 2065  Short Term Interest - Rans (5450) | | | | | | 0 |
| 515 | 2070  Other Fixed Charges (5900) | | | | | | 0 |
| 516 | 2075  School Crossing Guards (5550) | | | | | | 0 |
| 517 | 2080  Health Non-Public Schools (5200) | | | | | | 0 |
| 518 | 2090  Transportation Non-Public Schools (5 | | | | | | 0 |
| 519 | 2100  Purchase of Land & Buildings (7100, 7 | | | | | | 0 |
| 520 | 2110  Equipment (7200, 7400) | | | | | | 0 |
| 521 | 2115  Capital Technology (7350) | | | | | | 0 |
| 522 | 2120  Motor Vehicles (7200, 7600) | | | | | | 0 |
| 523 | 2130  Long-Term Debt Retire/Sch Construction (8100) | | | | | | 0 |
| 524 | 2140  Long-Term Debt Service/Sch Construction (8200) | | | | | | 0 |
| 525 | 2200  Long-Term Debt Service/Other (8400, 8600) | | | | | | 0 |
| | **Payments to Other Districts (9000)** | | | | | | |
| 527 | 2210  Tuition to Mass. Public Schools (9100) | 0 | 0 | 0 | | | 0 |
| 528 | 2220  School Choice Tuition (9110) | | | | | | 0 |
| 529 | 2230  Tuition to Commonwealth Charter Schools (9120) | 0 | 0 | 0 | | | 0 |
| 530 | 2235  Tuition to Horace Mann Charter Schools (9125) | | | | | | 0 |
| 531 | | | | | 0 | | 0 |
| 532 | 2240  Tuition to Out-of-State Schools (9200) | | | | | | 0 |
| 533 | 2250  Tuition to Non-Public Schools (9300) | | | | | | 0 |
| 534 | 2260  Tuition to Collaboratives (9400) | | | | | | 0 |
| 535 | | | | | | | |
| 536 | 2280  Sub-total | 0 | 0 | 0 | | | 0 |
| 537 | 2290  TOTAL EXPENDITURES BY CITY OR TOWN | 0 | 0 | 0 | | | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

**C2. EXPENDITURES FROM FEDERAL GRANTS, STATE GRANTS, AND SPECIAL FUNDS**

All expenditures on this schedule are to be reported by function on Lines 2801-3060. Record all Revolving Fund expenditures in Columns 7 through 11. Revolving fund accounts may be expended by the school committee without further appropriation or action by the local appropriating authority. The use of revolving funds is controlled by statute and such accounts may be established for particular types of receipts as permitted by law. Include funds expended for all objects of expenditures (i.e. salaries, supplies and materials, other expenses and equipment) by functional codes (1000-9000). DO NOT FILL IN AMOUNTS IN THE 2000 SERIES OF EXPENDITURES (INSTRUCTIONAL). THESE CELLS ARE FORMULAS AND AUTOMATICALLY REFERENCE SCHEDULE 3. For questions regarding classification of expenditures by function, please refer to Guidelines for Student and Financial Reporting.

All grant expenditures should be reported based on a July 1 to June 30 fiscal year. Amounts pre-populated by DESE in the revenue section reflect grant draw downs over the same period. Detail supporting pre-populated amounts can be found at the End of Year Report section of our website. It is expected that local officials will verify the amounts received grant-by-grant before submitting their report.

Column

1. Report expenditures for Title I (Fund Code 305) from July 1 to June 30

2. Report expenditures for IDEA (Fund Code 240) from July 1 to June 30

3. Report expenditures for other federal grants administered by DESE from July 1 to June 30

4. Record expenditures from all other federal grants received directly from the federal government from July 1 to June 30.  Spending from Federal Impact Aid is also reported in this column.

5. Report expenditures from state funds distributed by DESE from July 1 to June 30

6. Report expenditures from all other state grants not distributed through DESE from July 1 to June 30

7. Record expenditures from the Special Education Reimbursement Fund ("Circuit Breaker")

8. Record expenditures from Private Grants

9. Record expenditures from School Choice tuition receipts reported on Schedule 1, Line 630 (MGL Ch. 76, Sec. 12B). DO NOT record payments for out going school choice students from this fund. School choice tuition payments are deducted from the municipality's or region's state aid. DO NOT record transfers to a municipality or transfer to the school committee budget. Record expenditures for out of district tuition (MGL Ch. 71, Sec. 71F); summer school tuition (MGL Ch. 71, Sec. 71E) and RSD tuition (Ch. 71, Sec. 16D 1/2).

10. Record expenditures from the Athletic Revolving Fund, please note that expenditures from this fund cannot be reported in the 2000 series.

11. Record expenditures from the School Lunch Program (MGL Ch. 548, Sec. 3 and 4, Acts of 1948).

12. Record all other expenditures from local receipts including: culinary arts programs in high schools (MGL Ch. 71, Sec. 17A); culinary arts and other programs in vocational schools (MGL Ch. 74, Sec. 14B); reimbursement for lost school books or for costs of industrial arts supplies (MGL Ch. 44, Sec. 53(3)); self supporting recreation and park services (MGL Ch. 44, Sec. 53D); insurance reimbursements for damages (MGL Ch. 44, Sec. 53(2)); rental of school facilities, adult education and continuing education programs (MGL Ch. 71, Sec. 71E); bus advertising (Ch 184, Sec 197 of 2002); or community school programs under $3,000 (MGL Ch. 71, Sec. 71C).

13. All expenditures will automatically be totaled in this column.

Line Number

2801-2809       Record expenditures from all special revenue funds for Administration (for definitions of function codes please see the Instructions for School Committee expenditures Schedule 1 Part II A).

SCHEDULE 1

REVENUE AND EXPENDITURE SUMMARY

C.2. EXPENDITURES FROM FEDERAL GRANTS, STATE GRANTS AND SPECIAL FUNDS

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Federal Grants | | | State Grants | | | Revolving and Special Funds | | | | | |
| | | Title I FC 305 | IDEA FC 340 | Other DESE Admin-Istered | Other Non-DESE Admin-Istered | DESE Admin-Istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Athletic Fund | School Lunch | Other Local Receipts | Total |
| 546 | 2801 School Committee (1110) | | | | | | | | | | | | | 0 |
| 547 | 2802 Superintendent (1210) | | | | | | | | | | | | | 0 |
| 548 | 2803 Assistant Superintendents (1290) | | | | | | | | | | | | | 0 |
| 549 | 2804 Other District-Wide Administration (1230) | | | | | | | | | | | | | 0 |
| 550 | 2805 Business and Finance (1410) | | | | | | | | | | | | | 0 |
| 551 | 2806 Human Resources and Benefits (1420) | | | | | | | | | | | | | 0 |
| 552 | 2807 Legal Service For School Committee (1430) | | | | | | | | | | | | | 0 |
| 553 | 2808 Legal Settlements (1435) | | | | | | | | | | | | | 0 |
| 554 | 2809 Administrative Technology–Districtwide (1450) | | | | | | | | | | | | | 0 |
| | **Instruction** | | | | | | | | | | | | | |
| 556 | 2810 Curriculum Directors and Dept. Heads (Supervisory) (2110) | 0 | 0 | | | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 557 | 2811 Curriculum Directors and Dept. Heads (Non-Supervisory) (2120) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 558 | 2812 Instructional Technology Leadership and Training (2130) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 559 | 2814 School Leadership-Building (2210) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 560 | 2815 Administrative Technology and Support—Schools (2250) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 561 | 2816 Teachers, Classroom (2305) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 562 | 2817 Medical/Therapeutic Services (2320) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 563 | 2818 Substitutes, Long Term (2324) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 564 | 2819 Substitutes, Short Term (2325) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 565 | 2820 Non-Clerical Paraprofs./Instructional Assistants (2330) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 566 | 2821 Librarians and Media Center Directors (2340) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 567 | 2822 Distance Learning and Online Coursework (2345) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 568 | 2823 Professional Development Leadership (2351) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 569 | 2824 Instructional Coaches (2352) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 570 | 2825 Stipends for Teachers Providing Instructional Coaching (2356) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 571 | 2826 Costs for Instructional Staff to Attend Prof. Development (2358) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 572 | 2827 Outside Professional Development for Instructional Staff (2359) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 573 | 2628 Textbooks (2410) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 574 | 2829 Other Instructional Materials (2415) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 575 | 2830 Instructional Equipment (2420) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 576 | 2831 General Supplies (2430) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 577 | 2832 Other Instructional Services (2440) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 578 | 2833 Instructional Hardware –Student and Staff Devices (computers) (2451) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 579 | 2834 Instructional Hardware—All Other (2453) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 580 | 2835 Instructional Software and Other Instructional Materials (2455) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 581 | 2836 Guidance Counselors and Adjustment Counselors (2710) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 582 | 2855 Testing and Assessment (2720) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 583 | 2901 Psychological Services (2800) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |
| 584 | 2992 TOTAL INSTRUCTION (2000) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | | | 0 | 0 |

SCHEDULE 1 PART II EXPENDITURES

C2. EXPENDITURES FROM FEDERAL GRANTS, STATE GRANTS, AND SPECIAL FUNDS (CONTINUED)

For questions regarding classification of expenditures by function, please refer to Guidelines for Student and Financial Reporting.

Line Number

2910 -3028          Record expenditures for the following by functions:

3100- Attendance & Parent Liaison Services
3200- Medical/Health Services
3300- Transportation Services (to and from school from fees)
3400- Food Services
3510- Athletics
3520- Other Student Body Activities
3600- School Security
4110- Custodial Services
4120- Heating of Buildings
4130- Utility Services
4210- Maintenance of Grounds
4220- Maintenance of Buildings
4225- Building Security Systems
4230- Maintenance of Equipment
4300- Extraordinary Maintenance
4400- Technology Infrastructure, Maintenance, and Support—Salaries
4450- Technology Infrastructure, Maintenance, and Support—All Other
5103- Employer Retirement Contributions
5150- Employee Separation Costs
5200- Insurance for Active Employees
5250- Insurance for Retired School Employees
5280- Other Non-Employee Insurance
5300- Rental/Lease of Equipment
5350- Rental/Lease of Buildings
5400- Short Term Interest-Revenue Anticipation Notes
5450- Short Term Interest-Bond Anticipation Notes
5500- Other Fixed Charges
5550- School Crossing Guards

3030          Record amounts charged to grants as Indirect Cost Transfers.

3042-3046          Record expenditures by the following functions:

6200- Civic Activities and Community Services, including Adult Education
6300- Recreation Services
6800- Health Services to Non-Public Schools

Exhibit 13: Page 48 of 112

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY
C.2. EXPENDITURES FROM FEDERAL GRANTS, STATE GRANTS AND SPECIAL FUNDS

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Federal Grants | | | | State Grants | | | | Revolving and Special Funds | | | | |
| | | Title I FC 305 | IDEA FC 240 | Other DESE Admin-Istered | Other Non-DESE Admin-Istered | DESE Admin-Istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Athletic Fund | School Lunch | Other Local Receipts | Total |
| 596 | 2910 Attendance and Parent Liaison Services (3150) | | | | | | | | | | | | | 0 |
| 597 | 2920 Medical/Health Services (3200) | | | | | | | | | | | | | 0 |
| 598 | 2930 Transportation Services (3300) | | | | | | | | | | | | | 0 |
| 599 | 2940 Food Services (3400) | | | | | | | | | | | | | 0 |
| 590 | 2950 Activities (3510) | | | | | | | | | | | | | 0 |
| 591 | 2960 Other Student Body Activities (3520) | | | | | | | | | | | | | 0 |
| 592 | 2965 School Security (3600) | | | | | | | | | | | | | 0 |
| 593 | 2971 Custodial Services (4110) | | | | | | | | | | | | | 0 |
| 594 | 2972 Heating of Buildings (4120) | | | | | | | | | | | | | 0 |
| 595 | 2973 Utility Services (4130) | | | | | | | | | | | | | 0 |
| 596 | 2974 Maintenance of Grounds (4210) | | | | | | | | | | | | | 0 |
| 597 | 2975 Maintenance of Buildings (4220) | | | | | | | | | | | | | 0 |
| 598 | 2976 Building Security System (4225) | | | | | | | | | | | | | 0 |
| 599 | 2977 Maintenance of Equipment (4230) | | | | | | | | | | | | | 0 |
| 600 | 2980 Extraordinary Maintenance (4300) | | | | | | | | | | | | | 0 |
| 601 | 2982 Technology Infrastructure, Maintenance, and Support–Salaries (4400) | | | | | | | | | | | | | 0 |
| 602 | 2984 Technology Infrastructure, Maintenance, and Support—All Other (4450) | | | | | | | | | | | | | 0 |
| 603 | 2991 Employer Retirement Contributions (5100) | | | | | | | | | | | | | 0 |
| 604 | 2992 Employee Separation Costs (5150) | | | | | | | | | | | | | 0 |
| 606 | 2993 Insurance for Active Employees (5200) | | | | | | | | | | | | | 0 |
| 606 | 2994 Insurance for Retired School Employees (5250) | | | | | | | | | | | | | 0 |
| 607 | 2995 Other Non-Employee Insurance (5260) | | | | | | | | | | | | | 0 |
| 608 | 3012 Rental Lease of Equipment (5300) | | | | | | | | | | | | | 0 |
| 609 | 3014 Rental Lease of Buildings (5350) | | | | | | | | | | | | | 0 |
| 610 | 3022 Short Term Interest RANs (5400) | | | | | | | | | | | | | 0 |
| 611 | 3024 Short Term Interest BANS (5450) | | | | | | | | | | | | | 0 |
| 612 | 3026 Other Fixed Charges (5500) | | | | | | | | | | | | | 0 |
| 613 | 3028 School Crossing Guards (5550) | | | | | | | | | | | | | 0 |
| 614 | 3030 Indirect Cost Transfers | | | | | | | | | | | | | 0 |
| 615 | 3042 Civic Activities and Community Services (6200) | | | | | | | | | | | | | 0 |
| 616 | 3064 Recreation Services (6300) | | | | | | | | | | | | | 0 |
| 617 | 3066 Health Services to Non-Public Schools (6650) | | | | | | | | | | | | | 0 |

**SCHEDULE 1 PART II EXPENDITURES**

**C-2. EXPENDITURES FROM FEDERAL GRANTS, STATE GRANTS, AND SPECIAL FUNDS (CONTINUED)**

For questions regarding classification of expenditures by function, please refer to Guidelines for Student and Financial Reporting.

Line Number

3048-3066    Record expenditures by the following functions:
            6900-Transportation to and from Non-Public Schools
            7100-7200- Purchase of Land & Buildings
            7300-7400- Equipment
            7350- Capital Technology
            7500-7600- Motor Vehicles
            8100- Debt Retirement (principal) School Construction
            8200- Debt Service (interest) School Construction
            8400 and 8600- Debt Service (interest) Educational & Other projects

            NOTE: DO NOT INCLUDE PREPAID FY21 TUITION AS AN FY20 EXPENDITURE. PREPAID TUITION IS AN ASSET THAT SHOULD
            BE EXPENSED IN THE YEAR THAT IT WAS FOR. INCLUDE PREPAID TUITION WITH FY19 FUNDS AS AN FY20 EXPENSE.

3072        Record by major program area tuition payments to other school districts in the state (9100). Include tuition payments to collaboratives
            that your district is not a member of.

3075        Record tuition payments to Horace Mann Charter Schools (9125).

3076-3077   Record tuition payments to out of state (9200), and to non public schools (9300).

3078        Record by major program only tuition payments to collaboratives (9400) for pupils enrolled in collaborative programs.

SCHEDULE 1
REVENUE AND EXPENDITURE SUMMARY
C.2. EXPENDITURES FROM FEDERAL,
GRANTS, STATE GRANTS AND
SPECIAL FUNDS

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Federal Grants | | | State Grants | | | | Revolving and Special Funds | | | | |
| | | Title I FC 305 | IDEA FC 240 | Other DESE Admin-istered | Other Non-DESE Admin-istered | DESE Admin-istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Athletic Fund | School Lunch | Other Local Receipts | Total |
| 618 | 3048 | Transportation To Non-Public Schools (6900) | | | | | | | | | | | | 0 |
| 619 | 3052 | Purchase of Land & Buildings (7100, 7300) | | | | | | | | | | | | 0 |
| 620 | 3054 | Equipment (7200, 7400) | | | | | | | | | | | | 0 |
| 621 | 3056 | Capital Technology (7350) | | | | | | | | | | | | 0 |
| 622 | 3058 | Motor Vehicles (7500, 7600) | | | | | | | | | | | | 0 |
| 623 | 3062 | Debt Retirement/Sch Construction (8150) | | | | | | | | | | | | 0 |
| 624 | 3064 | Debt Service/Sch Construction (8250) | | | | | | | | | | | | 0 |
| 625 | 3066 | Debt Service/Educ. & Other (8400, 8600) | | | | | | | | | | | | 0 |
| 626 | 3072 | Tuition to Mass. Public Schools (9100) | | | | | | | | | | | | 0 |
| 627 | 3075 | Tuition to Horace Mann Charter Schools (9125) | | | | | | | | | | | | 0 |
| 628 | 3076 | Tuition to Out-of-State Schools (9200) | | | | | | | | | | | | 0 |
| 629 | 3077 | Tuition to Non-Public Schools (9300) | | | | | | | | | | | | 0 |
| 630 | 3078 | Tuition to Collaboratives (9400) | | | | | | | | | | | | 0 |
| 631 | 3080 | TOTAL GRANT & SPECIAL FUND EXPENDITURES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 13: Page 51 of 112

**SCHEDULE 2 ASSESSMENTS RECEIVED FROM MEMBER TOWNS OR CITIES OF REGIONAL SCHOOL DISTRICTS**

Schedule 2 should be completed by regional school districts only. On this schedule, report the distribution of revenues reported in Schedule 1 (line 10, column 9) by member city or town and by type (e.g. minimum local contribution, additional local contribution, transportation and other expenditures, and capital debt payments). There is no breakdown by program in this schedule. Revenues shall be reported on a modified accrual basis. DO NOT report funds appropriated from the region's excess and deficiency (E&D) fund on this schedule. E&D funds in total should be reported on Schedule 1A, line 20.

Line Number

3100-3360      The name of each member city/town is included.

Column Number

1. The city/town code for each member city or town of the regional school district is included.

2. Record revenues received during the fiscal year ended June 30, 2020 for the minimum local contribution required under Chapter 70 from each member listed in Column 1.

*3. Record revenues received during the fiscal year ended June 30, 2020 for categories included in Chapter 70 in excess of the minimum local contribution from each member.

*4. Record revenues received during the fiscal year ended June 30, 2020 for transportation and for categories not included in Chapter 70 from each member.

*5. Record revenues received during the fiscal year ended June 30, 2020 for capital and debt service assessments from each member.

6. Total of Columns 2, 3, 4, and 5.

**Schedule 2 line 3370, column 6 must equal Schedule 1 line 10, column 9.**

*Columns 3, 4, and 5 are recorded for each member according to the regional school district agreement method for prorating costs.

Please indicate in one of the boxes to the right, the method used by the regional school committee in calculating member towns' assessments. The two approved assessment methodologies are defined in the Regional School District Regulations CMR 41.01 and Guidance for Regional School Districts. The "statutory" method requires a 2/3 approval of the member municipalities and requires the assessment to be based on the minimum local contribution. Any additional amounts requested in the school committee budget would be apportioned according to the regional agreement. The "Alternative Method" requires the approval of all member municipalities and follows the assessment process outlined in the regional school district agreement. For further information on this requirement and the methodologies, refer to CMR 41.00 at http://www.doe.mass.edu/lawsregs/603cmr41.html and Guidance for Regional School Districts at http://www.doe.mass.edu/finance/regional/guidance.pdf.

SCHEDULE 2
FY26 ASSESSMENTS RECEIVED FROM MEMBER
TOWNS OR CITIES OF REGIONAL SCHOOL DISTRICTS

Please mark
with an "X"
assessment
method used
for FY26

(Check only one)

☐ statutory

☐ alternative

| | MEMBER CITY/TOWN NAME | 1 MEMBER CITY/TOWN CODE | 2 MINIMUM LOCAL CONTRIBUTION | 3 ADDITIONAL LOCAL CONTRIBUTION | 4 TRANSP & OTHER EXPENDITURES | 5 CAPITAL & DEBT EX- PENDITURES | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| 640 | 3100 | | | | | | 0 |
| 641 | 3110 | | | | | | 0 |
| 642 | 3120 | | | | | | 0 |
| 643 | 3150 | | | | | | 0 |
| 644 | 3160 | | | | | | 0 |
| 645 | 3150 | | | | | | 0 |
| 646 | 3160 | | | | | | 0 |
| 647 | 3170 | | | | | | 0 |
| 648 | 3180 | | | | | | 0 |
| 649 | 3190 | | | | | | 0 |
| 650 | 3200 | | | | | | 0 |
| 651 | 3210 | | | | | | 0 |
| 652 | 3220 | | | | | | 0 |
| 653 | 3230 | | | | | | 0 |
| 654 | 3240 | | | | | | 0 |
| 655 | 3250 | | | | | | 0 |
| 656 | 3260 | | | | | | 0 |
| 657 | 3270 | | | | | | 0 |
| 658 | 3280 | | | | | | 0 |
| 659 | 3290 | | | | | | 0 |
| 660 | 3300 | | | | | | 0 |
| 661 | 3310 | | | | | | 0 |
| 662 | 3320 | | | | | | 0 |
| 663 | 3330 | | | | | | 0 |
| 664 | 3340 | | | | | | 0 |
| 665 | 3350 | | | | | | 0 |
| 666 | 3360 | | | | | | 0 |
| 667 | 3370 TOTAL ASSESSMENTS RECEIVED FROM MEMBERS | | 0 | 0 | 0 | 0 | 0 |

Difference from
Sched. 1     0







SCHEDULE 3 COMPUTER INSTRUCTIONS (CONTINUED) SCHEDULE 3 LINES ARE AUTOMATICALLY POPULATED FROM SCHEDULE 3 DISTRICT TOTAL SHEET

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

I. GENERAL FUND

The district totals are brought directly into Schedule 3 and the corresponding cells in Schedule 1 of the eoy20 worksheet using cell

Select the eoy20 tab to activate the worksheet.

Page 57

SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

Schedule 3 is a report of expenditures for direct instructional costs by school, by major object of expenditure, and by major program area. All instructional services are included in this schedule. Salaries include those for professional personnel (object code 01), clerical (02) and others (03). Include all expenditures for substitute salaries in the (03) subsidiary category. Other expenditures include contract services (04), supplies and materials (05), and other expenses (06) *Note • Note that there is no longer an option in the dropdown list to report expenditures in "666 New School." Costs formerly reported under 666 New School should be reported at a school location, or as a districtwide instructional cost.*

Column Number

1-6.  Expenditures from the School Committee appropriations.

7   Expenditures from City or Town appropriations.  Only record expenditures for Library (2415) where there is an agreement between the school committee and the municipality for specific services to be provided to students.

Record the detailed functional expenditures as shown for Regular Day, Special Education, Chapter 74 Occupational Day, and Other Programs.

For questions regarding classification of expenditures by function, please refer to Guidelines for Student and Financial Reporting.

PART I GENERAL FUND EXPENDITURES

Line Number

| | |
|---|---|
| 3401-3409 | Record expenditures for Curriculum Directors and Department Heads (2110) by program (e.g., Regular Day) and object (e.g. Professional Salaries). Include salaries and expenses of managers responsible for delivery of student instructional programs at all levels (district and school), and serve in a supervisory capacity. This should correspond to EPIMS job codes 1211 through 1223, 1312 and 1320. |
| 3411-3419 | Record expenditures for Curriculum Directors and Department Heads (2120) by program (e.g., Regular Day) and object (e.g. Professional Salaries). Include salaries and expenses of managers responsible for delivery of student instructional programs at all levels and do not serve in a supervisory capacity. This should correspond to EPIMS job codes 1211 through 1223, 1312, and 1320. |
| 3421-3427 | Record expenditures for Instructional Technology Leadership and Training to integrate technology devices and applications into the curriculum (2130) Includes the cost of the director of technology and instructional technology integration specialists. This function should correspond to EPIMS job codes 1201, 1224, and 2330. |
| 3428-3434 | Record expenditures, salaries, and expenses for School Leadership (2210) personnel including principal and school office staff. |

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIB-UTED | 6 TOTAL | 7 CITYWIDE APPRO-PRIATION |
|---|---|---|---|---|---|---|---|---|
| | **I. GENERAL FUND** | | | | | | | |
| | **Curriculum Directors and Department Heads (Supervisory) (2110)** | | | | | | | |
| 676 | 3401 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| 677 | 3402 Clerical Salaries (02) | 0 | 0 | 0 | 0 | | 0 | |
| 678 | 3403 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 679 | 3404 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 680 | 3405 Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | |
| 681 | 3406 Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | |
| 682 | 3409 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **Curriculum Leaders and Department Heads (Non-Supervisory) (2120)** | | | | | | | |
| 684 | 3411 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| 685 | 3412 Clerical Salaries (02) | 0 | 0 | 0 | 0 | | 0 | |
| 686 | 3413 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 687 | 3414 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 688 | 3415 Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | |
| 689 | 3416 Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | |
| 690 | 3419 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **Instructional Technology Leadership and Training (2130)** | | | | | | | |
| 692 | 3421 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| 693 | 3422 Clerical Salaries (02) | 0 | 0 | 0 | 0 | | 0 | |
| 694 | 3423 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 695 | 3424 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 696 | 3425 Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | |
| 697 | 3426 Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | |
| 698 | 3427 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **School Leadership-Building (2210)** | | | | | | | |
| 700 | 3428 Professional Salaries (01) | | | | | 0 | 0 | |
| 701 | 3429 Clerical Salaries (02) | | | | | 0 | 0 | |
| 702 | 3430 Other Salaries (03) | | | | | 0 | 0 | |
| 703 | 3431 Contracted Services (04) | | | | | 0 | 0 | |
| 704 | 3432 Supplies and Materials (05) | | | | | 0 | 0 | |
| 705 | 3433 Other Expenses (06) | | | | | 0 | 0 | |
| 706 | 3434 Sub-total | | | | | 0 | 0 | |

**SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL**

PART I GENERAL FUND EXPENDITURES (CONTINUED)

Line Number

3444-3449
Record expenditures for Administrative Technology and Support -- Schools (2250) All administrative technology costs related to running the district's schools (e.g. principal's office), including computers, printers, copiers, and software. Includes replacement supplies (e.g. projector bulbs, power cords, toner, etc.). Expenditures for items over $5,000 per unit must be reported as a capital (7000) expense.

3450
Record expenditures for salaries of certified teachers, including all in-service days (2305) Include all stipends paid to teachers that relate to providing instruction. Stipends related to non-teaching functions (e.g., athletic coaches or club advisors) should not be included. This should correspond with EPIMS job codes 2305-2310.

3452-3459
Record expenditures for Medical/Therapeutic Services (2320) provided by licensed practitioners, including OT, PT, Speech and Vision. Record amounts paid to an Educational Collaborative for therapeutic services provided to district students that ARE NOT enrolled in Collaborative programs.

3462-3465
Record expenditures for Substitutes, Long Term (2324) including substitutes who cover vacant positions or absences for a minimum of 30 days. Include permanent substitutes if they are certified. This should correspond to EPIMS job code 2325.

3467-3469
Record expenditures for Substitutes, Short Term (2325) including substitutes who cover short term absences related to any reason, including allowing teachers to participate in professional development activities.

3473-3475
Record expenditures for non-clerical paraprofessional and Instructional assistants (2330) hired to assist teachers/specialists in the preparation of instructional materials or classroom instruction.

Exhibit 13: Page 61 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIBUTED | 6 TOTAL | 7 CITY/TOWN APPROPRIATION |
|---|---|---|---|---|---|---|---|---|
| | **I. GENERAL FUND** | | | | | | | |
| | **Administrative Technology and Support – Schools (2250)** | | | | | | | |
| 708 | 3444 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 709 | 3445 Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | |
| 710 | 3446 Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | |
| 711 | 3449 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **Teachers (2305)** | | | | | | | |
| 713 | 3450 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| | **Medical Therapeutic Services (2320)** | | | | | | | |
| 715 | 3452 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| 716 | 3453 Clerical Salaries (02) | 0 | 0 | 0 | 0 | | 0 | |
| 717 | 3454 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 718 | 3455 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 719 | 3456 Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | |
| 720 | 3459 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **Substitutes, Long Term (2324)** | | | | | | | |
| 722 | 3462 Professional Salaries (01) | 0 | 0 | 0 | 0 | | 0 | |
| 723 | 3463 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 724 | 3464 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 725 | 3466 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **Substitutes, Short Term (2325)** | | | | | | | |
| 727 | 3467 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 728 | 3468 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 729 | 3469 Sub-total | 0 | 0 | 0 | 0 | | 0 | |
| | **All Non-Clerical Paraprofessionals/Instructional Assistants (2330)** | | | | | | | |
| 731 | 3473 Other Salaries (03) | 0 | 0 | 0 | 0 | | 0 | |
| 732 | 3474 Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | |
| 733 | 3475 Sub-total | 0 | 0 | 0 | 0 | | 0 | |

SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

PART I GENERAL FUND EXPENDITURES (CONTINUED)

Line Number

3476-3479   Record expenditures for salary of Librarians and Media Center Directors (2340).

3481-3486   Record expenditures for costs related to enrolling students in technology-based distance education coursework. (2345).

3487-3491   Record expenditures for the salary and expenses of Professional Development Leadership (2351).

3492-3496   Record expenditures for Instructional Coaches (2357), including salaries and expenses of staff whose primary function is to provide instructional coaching to teachers. This should correspond to EPIMS job code 2330.

3497   Record expenditures for Stipends for Teachers Providing Instructional Coaching (2354). Include stipends paid to teachers who act as instructional coaches, master teachers, mentor teachers, or who otherwise deliver in-district professional development, in addition to their primary instructional responsibilities.

3501-3505   Record expenditures for Costs for Instructional Staff to Attend Professional Development (2356), including stipends, reimbursements, and registration fees for teachers and instructional support staff (e.g., paraprofessionals) to participate in professional development, both inside and outside the district.

3506-3509   Record expenditures for Outside Professional Development Providers for Instructional Staff (2358) for expenditures for vendors who provide professional development to instructional staff. PD provided to non-instructional staff should be reported as "contracted services" in the function where that staff's salary is reported.

3511-3512   Record expenditures for textbooks (2410) include consumable workbooks, physical materials, and accessories, such as visual media and software provided as an integrated package as well as printed manuals used to support direct instructional activities. Report e-textbooks, subscriptions, licenses, etc. in 2455 Instructional Software.

Page 62

Exhibit 13: Page 62 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

I. GENERAL FUND

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | | | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL/TECHNICAL | OTHER PROGRAMS | UNDISTRIB-UTED | TOTAL | CITYWIDE APPRO-PRIATION |
| 735 | | **Librarians and Media Center Directors (2240)** | | | | | | | |
| | 3476 | Professional Salaries (01) | | | | | | | 0 |
| 736 | 3477 | Clerical Salaries (02) | | | | | | | 0 |
| 737 | 3478 | Other Salaries (03) | | | | | | | 0 |
| 738 | 3479 | Sub-total | | | | | | | 0 |
| | | **Distance Learning and Online Coursework (2245) (Including Tuition for Dual Enrollment and SPED Transition Programs)** | | | | | | | |
| 740 | 3481 | Contracted Services (04) | 0 | 0 | | 0 | | 0 | 0 |
| 741 | 3482 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 742 | 3485 | Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 743 | 3486 | Sub-total | 0 | 0 | 0 | 0 | | 0 | 0 |
| 745 | | **Professional Development Leadership (2351)** | | | | | | | |
| | 3487 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 746 | 3488 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 747 | 3489 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 748 | 3490 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 749 | 3491 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 750 | 3492 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 751 | 3493 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| 753 | | **Instructional Coaches (2357)** | | | | | | | |
| | 3494 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 754 | 3495 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 755 | 3496 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 756 | 3497 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 757 | 3498 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| 759 | | **Stipends for Teachers Providing Instructional Coaching (2354)** | | | | | | | |
| | 3499 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 761 | | **Costs for Instructional Staff to Attend Professional Development (2345)** | | | | | | | |
| | 3501 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 762 | 3502 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 763 | 3503 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 764 | 3504 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 765 | 3505 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| 767 | | **Outside Professional Development Providers for Instructional Staff (2355)** | | | | | | | |
| | 3506 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 768 | 3507 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 769 | 3508 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 770 | 3509 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| 772 | | **Textbooks (2410)** | | | | | | | |
| | 3511 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |

**SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL**

**PART I GENERAL FUND EXPENDITURES (CONTINUED)**

Line Number

3514-3519    Record expenditures for Other Instruction Materials (2415) including books and other materials excluding textbooks, for use in school libraries or classroom libraries. INCLUDE CITY OR TOWN COST WHERE THERE IS AN AGREEMENT TO PROVIDE SERVICES ON LINE 3514.

3524-3529    Record expenditures for Instructional Equipment (2420) including vocational equipment and science lab equipment irrespective of unit cost. Also includes lease/purchase of equipment used to produce instructional material.

3535         Record expenditures for general supplies (2430) including paper, pens, crayons, chalk, paint, toner, calculators, etc.

3540-3564    Record expenditures for Other Instructional Services (2440) including field trips.

3545-3548    Record expenditures for Instructional Hardware --Student and Staff Devices (computers) (2451) Costs for computers and devices (e.g. tablets, Chromebooks, etc.) used by students and instructional staff. Can include 1-to-1 devices and computer labs.

3549-3552    Record expenditures for Instructional Hardware—All Other (2453) Costs for all other instructional hardware (e.g. peripherals, projection technology, etc.) used in the classroom, computer labs, or library/media center. Include lease/purchase of printers and networked copiers used to create instructional materials, including copier and copier leases of less than $5,000.

Exhibit 13: Page 64 of 112

Exhibit 13: Page 65 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL /TECHNICAL | OTHER PROGRAMS | UNDISTRIB-UTED | TOTAL | CITY/TOWN APPRO-PRIATION |
| | **I. GENERAL FUND** | | | | | | | |
| | **Other Instructional Materials (2415)** | | | | | | | |
| 774 | 3514 | Contracted Services (04) | 0 | 0 | 0 | 0 | | | 0 |
| 775 | 3515 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | | 0 |
| 776 | 3516 | Other Expenses (06) | 0 | 0 | 0 | 0 | | | 0 |
| 777 | 3519 | Sub-total | 0 | 0 | 0 | 0 | | | 0 |
| | **Instructional Equipment (2420)** | | | | | | | |
| 778 | 3524 | Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 780 | 3525 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 781 | 3526 | Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 782 | 3529 | Sub-total | 0 | 0 | 0 | 0 | | 0 | 0 |
| | **General Supplies (2430)** | | | | | | | |
| 784 | 3535 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| | **Other Instructional Services (2440)** | | | | | | | |
| 786 | 3540 | Salaries (03) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 787 | 3541 | Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 788 | 3542 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 789 | 3543 | Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 790 | 3544 | Sub-total | 0 | 0 | 0 | 0 | | 0 | 0 |
| | **Instructional Hardware – Student and Staff Devices (computers) (2451)** | | | | | | | |
| 792 | 3545 | Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 793 | 3546 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 794 | 3547 | Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 795 | 3548 | Sub-total | 0 | 0 | 0 | 0 | | 0 | 0 |
| | **Instructional Hardware—All Other (2453)** | | | | | | | |
| 797 | 3549 | Contracted Services (04) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 798 | 3550 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 799 | 3551 | Other Expenses (06) | 0 | 0 | 0 | 0 | | 0 | 0 |
| 800 | 3552 | Sub-total | 0 | 0 | 0 | 0 | | 0 | 0 |

SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

PART I GENERAL FUND EXPENDITURES (CONTINUED)

Line Number

3553-3556    Record expenditures for Instructional Software and Other Instructional Materials (2455) Costs for licenses, learning management systems, subscriptions, e-books, physical software copies, etc. Any purchase that includes physical textbooks/media should be reported in 2410 Textbooks. This function includes only those textbook purchases that are entirely electronic.

3561-3569    Record salaries and other related expenses of the Director of Guidance, Guidance Counselors, and School Adjustment Counselors (2710).

3571-3579    Record expenditures for the salary, materials and expenses used for testing and assessing students (2720).

3581-3599    Record expenditures for the salaries and expenses for psychological evaluation (2800), counseling, and other services provided by a licensed mental health professional (Psychologist, LICSWs).

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

I. GENERAL FUND

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | | | REGULAR DAY | SPECIAL EDUCATION | CH 74 VOC-ATIONAL/TECHNICAL | OTHER PROGRAMS | UNDISTRIBUTED | TOTAL | CITY/TOWN APPRO-PRIATION |
| | | **Instructional Software and Other Instructional Materials (2455)** | | | | | | | |
| 802 | 3553 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 803 | 3554 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 804 | 3555 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 805 | 3556 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | **Guidance Including Guidance Counselors and Adjustment Counselors (2710)** | | | | | | | |
| 807 | 3561 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 808 | 3562 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 809 | 3563 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 810 | 3564 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 811 | 3565 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 812 | 3566 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 813 | 3569 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | **Testing and Assessment (2720)** | | | | | | | |
| 815 | 3571 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 816 | 3572 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 817 | 3573 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 818 | 3574 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 819 | 3575 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 820 | 3576 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 821 | 3579 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | **Psychological Services (2800)** | | | | | | | |
| 823 | 3581 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 824 | 3582 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 825 | 3583 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 826 | 3584 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 827 | 3585 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 828 | 3586 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | |
| 829 | 3589 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | |
| 830 | 3599 | **TOTAL INSTRUCTIONAL SERVICES** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

PART II GRANTS AND OTHER FUNDING SOURCES

Column Number

8. Expenditures from Title I (Fund Code 305) from July 1 to June 30

9. Expenditures from IDEA (Fund Code 240) from July 1 to June 30

10. Expenditures from other DESE administered federal grants from July 1 to June 30

11. Expenditures from federal grants received directly or administered by another state agency from July 1 to June 30

12. Expenditures from DESE administered state grants from July 1 to June 30

13. Expenditures from state grants received from state agencies other than DESE from July 1 to June 30

14. Expenditures from the Special Education Reimbursement Fund (Circuit Breaker).

15. Expenditures from grants received from private sources

16. Expenditures from amounts deposited in a revolving account for School Choice or Other Tuition

17. Expenditures from fees, etc.

Line Number

3601-3609    Record expenditures for Curriculum Directors and Department Heads (2110) by program (e.g. Regular Day) and object (e.g. Professional Salaries). Include salaries and expenses of managers responsible for delivery of student instructional programs at all levels (district and school), and serve in a supervisory capacity. This should correspond to EPIMS job codes 1211 through 1223, 1312 and 1320.

3611-3619    Record expenditures for Curriculum Directors and Department Heads (2120) by program (e.g. Regular Day) and object (e.g. Professional Salaries). Include salaries and expenses of managers responsible for delivery of student instructional programs at all levels and do not serve in a supervisory capacity. This should correspond to EPIMS job codes 1211 through 1223, 1312, and 1320.

3621-3627    Record expenditures for Instructional Technology Leadership and Training (2130) Staff costs for technology leadership and training to integrate technology devices and applications into the curriculum. Includes the cost of the director of technology and instructional technology integration specialists.

3629-3634    Record expenditures salaries and expenses for School Leadership (2210) personnel including principal and school office staff.

Page 68

Exhibit 13: Page 68 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Federal Grants | | State Grants | | | Revolving and Special Funds | | | |
| | 8 GRANTS AND OTHER FUNDING SOURCES | Title I FC 305 | SDFA FC 240 | Other DESE Administered | Other Non-DESE Administered | DESE Administered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Other Local Receipts | Total |
| | **Curriculum Directors and Department Heads (Supervisory) (2110)** | | | | | | | | | | | |
| 840 | 3601 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 841 | 3602 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 842 | 3603 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 843 | 3604 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 844 | 3605 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 845 | 3606 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 846 | 3609 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Curriculum Directors and Department Heads  (Non-Supervisory) (2120)** | | | | | | | | | | | |
| 848 | 3611 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 849 | 3612 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 850 | 3613 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 851 | 3614 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 852 | 3615 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 853 | 3616 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 854 | 3619 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Instructional Technology Leadership and Training (2130)** | | | | | | | | | | | |
| 856 | 3621 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 857 | 3622 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 858 | 3623 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 859 | 3624 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 860 | 3625 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 861 | 3626 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 862 | 3627 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **School Leadership-Building (2210)** | | | | | | | | | | | |
| 864 | 3629 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 865 | 3630 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 866 | 3631 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 867 | 3632 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 868 | 3633 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 869 | 3634 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 870 | 3635 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 13: Page 69 of 112

**SCHEDULE 3  INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL**

**PART II GRANTS AND OTHER FUNDING SOURCES (CONTINUED)**

Line Number

3644-3649      Record Administrative Technology and Support -- Schools (2250) All administrative technology costs related to running the district's schools (e.g. principal's office), including computers, printers, copiers, and software. Includes replacement supplies (e.g. projector bulbs, power cords, toner, etc.). Expenditures for items over $5,000 per unit must be reported as a capital (7000) expense.

3650      Record expenditures for salaries of certified teachers, including all in-service days. Include all stipends paid to teachers that relate to providing instruction. Stipends related to non-teaching functions (e.g., athletic coaches or club advisors) should not be included. This should correspond with EPIMS job codes 2305-2310.

3652-3659      Record expenditures for Medical/Therapeutic Services (2320) provided by licensed practitioners, including OT, PT, speech, and vision. Record amounts paid to an Educational Collaborative for therapeutic services provided to district students that ARE NOT enrolled in Collaborative programs.

3662-3665      Record expenditures for Substitutes, Long Term (2324) including substitutes who cover vacant positions or absences for a minimum of 30 days. Include permanent substitutes if they are certified. This should correspond to EPIMS job code 2325.

3667-3669      Record expenditures for Substitutes, Short Term (2325) including substitutes who cover short term absences related to any reason, including allowing teachers to participate in professional development activities.

3673-3675      Record expenditures for Non-Clerical Paraprofessional and Instructional Assistants (2330) hired to assist teachers or specialists in the preparation of instructional materials or classroom instruction.

Exhibit 13: Page 70 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Federal Grants | | | State Grants | | | Revolving and Special Funds | | | |
| | | | Title I FC 305 | IDEA FC 240 | Other DESE Admin-istered | Other Non-DESE Admin-istered | DESE Admin-istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Other Local Receipts | Total |
| | | **II GRANTS AND OTHER FUNDING SOURCES** | | | | | | | | | | | |
| | | **Administration Technology and Support -- Schools (2250)** | | | | | | | | | | | |
| 872 | 3644 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 873 | 3645 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 874 | 3646 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 875 | 3649 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **Teachers (2305)** | | | | | | | | | | | |
| 877 | 3650 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **Medical/Therapeutic Services (2320)** | | | | | | | | | | | |
| 879 | 3652 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 880 | 3653 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 881 | 3654 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 882 | 3655 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 883 | 3656 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 884 | 3659 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **Substitutes, Long Term (2324)** | | | | | | | | | | | |
| 886 | 3662 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 887 | 3663 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 888 | 3664 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 889 | 3665 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **Substitutes, Short Term (2325)** | | | | | | | | | | | |
| 891 | 3667 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 892 | 3668 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 892 | 3669 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | **All Non-Clerical Paraprofessionals/Instructional Assistants (2330)** | | | | | | | | | | | |
| 895 | 3673 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 896 | 3674 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 897 | 3675 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SCHEDULE 3  INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

PART II GRANTS AND OTHER FUNDING SOURCES (CONTINUED)

Line Number

3676-3679    Record expenditures for salaries of Librarians and Media Center Directors (2340).

3681-3686    Record expenditures for Distance Learning and Online Coursework (2345) Costs related to enrolling students in technology-based distance education coursework.

3687-3691    Record expenditures for the salary and expenses for Professional Development Leadership (2351).

3692-3696    Record expenditures for Instructional Coaches (2352), including salaries and expenses of staff whose primary function is to provide instructional coaching to teachers. This should correspond to EPIMS job code 2330.

3697    Record expenditures for Stipends for Teachers Providing Instructional Coaching (2354). Include stipends paid to teachers who act as instructional coaches, master teachers, mentor teachers, or who otherwise deliver in-district professional development, in addition to their primary instructional responsibilities.

3701-3705    Record expenditures for Costs for Instructional Staff to Attend Professional Development (2356), including stipends, reimbursements, and registration fees for teachers and instructional support staff (e.g., paraprofessionals) to participate in professional development, both inside and outside the district.

3706-3709    Record expenditures for Outside Professional Development Providers for Instructional Staff (2358) for expenditures for vendors who provide professional development to instructional staff. PD provided to non-instructional staff should be reported as "contracted services" in the function where that staff's salary is reported.

3711-3712    Record expenditures for Textbooks (2410) Include consumable workbooks, physical materials, and accessories, such as visual media and software provided as an integrated package as well as printed manuals used to support direct instructional activities. Report e-textbooks, subscriptions, licenses, etc. in 2455 Instructional Software.

Exhibit 13: Page 73 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

**E GRANTS AND OTHER FUNDING SOURCES**

| Line | Account | | 8 Title I FC 305 | 9 IDEA FC 240 | 10 Other DESE Admin-istered | 11 Other Non-DESE Admin-istered | 11 DESE Admin-istered | 12 Other | 13 Circuit Breaker | 14 Private Grants & Oths. | 15 Sch Choice & Other Day Tuition | 17 Other Local Receipts | 18 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Federal Grants | | State Grants | | | Revolving and Special Funds | | | |

**Librarians and Media Center Directors (2240)**

| 699 | 3676 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 900 | 3677 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 901 | 3678 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 902 | 3679 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Enhanced Learning and Online Coursework (2345) (Including Tuition for Dual Enrollment and SPED Transition Programs)**

| 904 | 3681 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 905 | 3682 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 906 | 3683 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 907 | 3685 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Professional Development Leadership (2351)**

| 909 | 3688 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 910 | 3689 | Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 911 | 3690 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 912 | 3691 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 913 | 3692 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 914 | 3693 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 915 | 3694 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Instructional Coaches (2352)**

| 917 | 3695 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 918 | 3696 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 919 | 3697 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 920 | 3698 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 921 | 3699 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Stipends for Teachers Providing Instructional Coaching (2354)**

| 923 | 3700 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Costs for Instructional Staff to Attend Professional Development (2356)**

| 925 | 3701 | Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 926 | 3702 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 927 | 3703 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 928 | 3704 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 929 | 3705 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Outside Professional Development Providers for Instructional Staff (2358)**

| 931 | 3706 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 932 | 3707 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 933 | 3708 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 934 | 3709 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Textbooks (2410)**

| 936 | 3711 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL

PART II GRANTS AND OTHER FUNDING SOURCES (CONTINUED)

Line Number

3714-3719    Record expenditures for Other Instruction Materials (2415) including books and other materials excluding textbooks, for use in school libraries or classroom libraries.

3724-3729    Record expenditures for Instructional Equipment (2420) including vocational equipment and science lab equipment irrespective of unit cost. Also includes lease/purchase of equipment used to produce instructional material.

3735         Record expenditures for general supplies (2430) including paper, pens, crayons, chalk, paint, toner, calculators etc.

3740-3744    Record expenditures for Other Instructional Services (2440) including field trips.

3745-3748    Record expenditures for Instructional Hardware —Student and Staff Devices (computers) (2451) Costs for computers and devices (e.g. tablets, Chromebooks, etc.) used by students and instructional staff. Can include 1-to-1 devices and computer labs.

3749-3752    Record expenditures for Instructional Hardware—All Other (2453) Costs for all other instructional hardware (e.g. peripherals, projection technology, etc.) used in the classroom, computer labs, or library/media center. Include lease/purchase of printers and networked copiers used to create instructional materials, including copier and copier leases of less than $5,000.

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 8 | 9 | 10 | 11 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Federal Grants | | State Grants | | | | Revolving and Special Funds | | | |
| | | Title I | IDEA | Other DESE Admin-istered | Other Non-DESE Admin-istered | DESE Admin-istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Other Local Receipts | Total |
| | | FC 305 | FC 240 | | | | | | | | | |
| | E GRANTS AND OTHER FUNDING SOURCES | | | | | | | | | | | | |
| | Other Instructional Materials (2415) | | | | | | | | | | | | |
| 938 | 3714 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 939 | 3715 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 940 | 3716 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 941 | 3719 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Instructional Equipment (2420) | | | | | | | | | | | | |
| 943 | 3724 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 944 | 3725 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 945 | 3726 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 946 | 3729 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | General Supplies (2430) | | | | | | | | | | | | |
| 948 | 3735 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Other Instructional Services (2440) | | | | | | | | | | | | |
| 950 | 3740 | Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 951 | 3741 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 952 | 3742 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 953 | 3743 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 954 | 3744 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Instructional Hardware –Student and Staff Devices (computers) (2451) | | | | | | | | | | | | |
| 956 | 3745 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 957 | 3746 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 958 | 3747 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 959 | 3748 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | Instructional Hardware—All Other (2453) | | | | | | | | | | | | |
| 961 | 3749 | Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 962 | 3750 | Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 963 | 3751 | Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 964 | 3752 | Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**SCHEDULE 3 INSTRUCTIONAL SERVICE EXPENDITURES (2000) BY SCHOOL**

PART II GRANTS AND OTHER FUNDING SOURCES (CONTINUED)

Line Number

3753-3756      Record expenditures for Instructional Software and Other Instructional Materials (2455) Costs for licenses, learning management
               systems, subscriptions, e-books, physical software copies, etc. Any purchase that includes physical textbooks/media should be reported
               in 2410 Textbooks. This function includes only those textbook purchases that are entirely electronic.

3761-3769      Record expenditures for the salary and other related expenses of the Director of Guidance, Guidance Counselors, and School
               Adjustment Counselors (2710).

3771-3779      Record expenditures for the salary, materials, and expenses used for testing and assessing students (2720).

3781-3789      Record expenditures for the salaries and expenses for psychological evaluation, counseling, and other services provided by a licensed
               mental health professional (Psychologist, LICSWs).

Exhibit 13: Page 76 of 112

SCHEDULE 3
INSTRUCTIONAL EXPENDITURES

| | | 8 | 9 | 10 | 11 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Federal Grants | | | State Grants | | | Revolving and Special Funds | | | |
| | | Title I FC 305 | IDEA FC 240 | Other DESE Admin-istered | Other Non-DESE Admin-istered | DESE Admin-istered | Other | Circuit Breaker | Private Grants & Gifts | Sch Choice & Other Day Tuition | Other Local Receipts | Total |
| **8 GRANTS AND OTHER FUNDING SOURCES** | | | | | | | | | | | | |
| | **Instructional Software and Other Instructional Materials (2455)** | | | | | | | | | | | |
| 966 | 2753 Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 967 | 2754 Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 968 | 2755 Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 969 | 2759 Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Guidance including Guidance Counselors and Adjustment Counselors (2710)** | | | | | | | | | | | |
| 971 | 2761 Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 972 | 2762 Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 973 | 2763 Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 974 | 2764 Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 975 | 2765 Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 976 | 2766 Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 977 | 2769 Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Testing and Assessment (2720)** | | | | | | | | | | | |
| 979 | 2771 Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 980 | 2772 Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 981 | 2773 Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 982 | 2774 Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 983 | 2775 Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 984 | 2776 Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 985 | 2779 Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Psychological Services (2800)** | | | | | | | | | | | |
| 987 | 2781 Professional Salaries (01) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 988 | 2782 Clerical Salaries (02) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 989 | 2783 Other Salaries (03) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 990 | 2784 Contracted Services (04) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 991 | 2785 Supplies and Materials (05) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 992 | 2786 Other Expenses (06) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 993 | 2789 Sub-total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 994 | 2799 TOTAL INSTRUCTIONAL SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**SCHEDULE 4 SPECIAL EDUCATION FUNCTIONAL EXPENDITURES BY PLACEMENT**

Schedule 4 is a detailed report of expenditures from the school committee appropriation, municipal appropriation, or Special Education Reimbursement Fund (Circuit Breaker). Circuit Breaker expenditures must be included with school committee and/or city or town appropriations reported under Instructional Services (2000) and/or Payments to Other Districts (9000). Expenditures are recorded according to the special education placement codes in the Student Information Management System (SIMS) elements DOE032 and DOE034. Placement codes DOE034–10, DOE034–20, and DOE034–40 are combined in column 2, while all other placement codes and Screening and Team Evaluation are reported separately.

**Line Number**

| | |
|---|---|
| 3810-3850 | Record expenditures by instructional function for program placements and other expenditure categories.  For students enrolled in placement codes DOE034–4.1, DOE034-50, DOE034-60, DOE034-90 include only those costs associated with annual review functions. |
| | **Schedule 4, line 3860, column 9 must equal Schedule 3, line 3599, column 2 plus line 3799 column 13** |
| 3870 | Record only the total local expenditures for special education services to students in non-approved private schools under Public Law 94 142, Section 613, (e.g. screening, team evaluations). DO NOT record federal fund expenditures here. |
| | **Schedule 4, line 3870, column 9 must equal Schedule 1, line 1729, column 2** |
| 3880 | Record tuition to other Massachusetts school districts. |
| | DESE has populated column 7 with any amount assessed for "special education charges" through the cherry sheet and local aid distribution. |
| | These charges are for pupils receiving special education services in institutional settings. |
| | Regional districts should include this amount in column 2 of schedule 1 line 1770 tuition to Massachusetts schools. |
| | Local districts should include this amount in column 2 of schedule 1 line 2210 tuition to Massachusetts schools. |
| | If there are other tuition payments to public institutions other than the cherry sheet charge, add the two amounts together. |
| 3885 | DESE will record school choice tuition for special education by placement. |
| 3887 | DESE will record charter school tuition for special education by placement. |
| 3890-3910 | Record tuition to out of state schools, private schools, and collaboratives for special education by placement. |
| | **Schedule 4, line 3920, column 9 must equal Schedule 1, lines 1840 + 2280, column 2 plus Schedule 1, line 3072-3078, column 6** |
| 3930 | Record all expenditures for all pupils served from federal and revolving funds (not Circuit Breaker) by placement. Only include function code series 2000, 6800, & 9000. |

SCHEDULE 4
SPECIAL EDUCATION EXPENDITURES
BY PLACEMENT

EXPENDITURES BY SCHOOL COMMITTEE,
CITY OR TOWN, AND CIRCUIT BREAKER

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3-5 Yr. Olds all placements (line10-14) | Age 3-21 Public School Programs (line10-15, 21, & 40) | Age 5-21 Public Separate Day School (line24+41) | Age 5-21 Private Separate Day School (line25+50) | Age 6-21 Private Residential School (line24+40) | Age 6-21 Homebound/ Hospital (line24-25) | Age 6-21 Public Residential Institution (line24+50) | Screening and Team Evaluation | TOTAL |
| | Instructional Services (2000) | | | | | | | | | |
| 1004 | 3810 | Supervisory (2100) | | | | | | | | | 0 |
| 1005 | 3815 | School Building Leadership (2200) | | | | | | | | | 0 |
| 1006 | 3820 | Teaching (2300) | | | | | | | | | 0 |
| 1007 | 3830 | Textbooks & Instructional Equipment (2400) | | | | | | | | | 0 |
| 1008 | 3840 | Guidance (2700) | | | | | | | | | 0 |
| 1009 | 3850 | Psychological (2800) | | | | | | | | | 0 |
| 1010 | 3860 | TOTAL INSTRUCTIONAL SERVICES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1011 | 3870 | Non-Public Health Services (3600) | | | | | | | | | 0 |
| | Payments to Other Districts (9000) | | | | | | | | | |
| 1013 | 3880 | Tuition to Mass. Public Schools (9100) | | | | | | | | | 0 |
| 1014 | 3885 | School Choice Tuition (9110) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1015 | 3887 | Tuition to Commonwealth Charter Schools (9120) | | 0 | | | | | | | 0 |
| 1016 | 3888 | Tuition to Horace Mann Charter Schools (9125) | | | | | | | | | 0 |
| 1017 | 3890 | Tuition to Out-of-State Schools (9200) | | | | | | | | | 0 |
| 1018 | 3900 | Tuition to Private Schools (9300) | | | | | | | | | 0 |
| 1019 | 3910 | Tuition to Collaboratives (9400) | | | | | | | | | 0 |
| 1020 | 3920 | TOTAL TUITION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1021 | 3930 | GRANTS, REVOLVING FUNDS (Net C3) (3000, 6000, and 9000 only) | | | | | | | | | 0 |
| 1022 | 3950 | TOTAL EXPENDITURES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**PUPIL TRANSPORTATION**

Schedule 7 is a detailed report of expenditures by the school committee or municipality for the transportation of students to and from school. All expenditures reported by program must have corresponding students reported by head count. Refer to 603 CMR 10.08 and Guidelines Section VIII for specific instructions for reporting both reimbursable and non-reimbursable costs. **Transportation expenditures for English language learner programs should be reported as regular education.**

If any pupil transportation expenditures reported in Schedule 1 lines 1469 or 1950 (Pupil Transportation) or lines 1739 or 2090 (Transportation Non-Public) have been offset by any revenues reported on Schedule 1, line 70 (Transportation Fees) then these expenditures should be reported in full on Schedule 7. The portion of the expenditures offset by the revenues should be included in column 3 and will not be subject to state reimbursement. Any remaining expenditures, not offset by transportation fees, should be included in Schedule 7 in the appropriate line and column and will be subject to reimbursement as long as they meet the regular requirements established by statute and regulation.

Field trips are not to be included on this schedule but are to be reported as other instructional services (2440), object code (05).

Transportation expenditures for non-mandated pupils (pupils in grades 7 through 12 NOT attending a regional school) will be subject to state reimbursement and should be reported in Schedule 7 according to the guidelines and the rule above concerning transportation fees.

Any difference between Schedule 1 and Schedule 7 reported transportation expenditures are addressed on the edit report.

Districts who charge fees and deposit those fees in a revolving fund should charge expenses at least equal to the fees received on Schedule 1 lines 2930 or 3048. **Expenditures from these fees must be reported on line 4320.**

**SCHEDULE 7 PUPIL TRANSPORTATION REIMBURSEMENT**

Column Number

1. Record expenditures for pupils transported once daily at least 1 1/2 miles (in one direction) on municipally or regionally owned school buses and contracted services.

   Record expenditures for transporting students in accordance with an individualized education plan (IEP) to an in district special education program regardless of mileage.

2. Record expenditures for pupils transported once daily at least 1 1/2 miles (in one direction) on public utility carriers used to carry the general public over franchised routes.
   In addition, record expenditures for pupils transported to out of district special education program in accordance with an IEP regardless of mileage.

3. Non-Reimbursable: Record expenditures for transporting pupils less than 1 1/2 miles to and from school for regular or occupational day programs for purposes of educational needs, hazardous conditions, safety and health purposes. Record those expenditures which are not reimbursable for transporting non public school pupils to and from school subject to court decisions. Record all expenditures from fees collected and deposited into the General Fund here. Record all transportation expenditures incurred for transporting school choice and Commonwealth Charter pupils.

4. Record the annual amount of amortization or depreciation of municipally and regionally owned school buses when they are used to transport pupils to and from public schools. Prepare as source documentation the schedule of allowable cost claimed for municipally and regionally owned buses for the fiscal year ended June 30, 2020 prior to recording amount of amortization or depreciation (Guidelines: Section VIII Appendix).

5. Total expenditures from columns 1 through 4.

6. Record the number of pupils (headcount) transported once daily at least 1 1/2 miles (in one direction) on municipally or regionally owned school buses and contracted services. Record the number of pupils who are transported to in-district programs in accordance with an IEP regardless of mileage.

7. Record the number of pupils (headcount) transported once daily at least 1 1/2 miles (in one direction) on public utility carriers used to carry the general public over franchised routes, or students transported to out of district special education programs in accordance with an IEP regardless of mileage.

8. Non-Reimbursable: Record the number of pupils (headcount) transported less than 1 1/2 miles to and from school for regular day and occupational day programs for purposes of educational needs, hazardous conditions, safety and health purposes. Record all transported School Choice pupils.

9. Total students from columns 6 through 8.

**SCHEDULE 7 PUPIL TRANSPORTATION REIMBURSEMENT (CONTINUED)**

**Line Number**

**4000-4010**    Record expenditures and regular day public pupils, transported within the district (4000) and outside the district (4010). If non-resident school choice pupils are transported they should be recorded on line 4010 in **Column 3 (Non-Reimbursable)**.

**4020**    Record expenditures and regular day pupils transported to approved regular day preschool programs in the public schools.

**4070-4190**    Record expenditures and special education pupils transported to and from special education programs by program placement—**regardless of mileage**. Report data only for those pupils for which services are specified in the student's individualized educational plan. **Please separate expenditures & riders between In-District and Out of District and record the data appropriately.**

**4190-4200**    Record expenditures and public school pupils transported to approved Chapter 74 occupational day programs within the district (4190) and outside the district (4200). NON OPERATING DISTRICTS report expenditures for transporting pupils to out of district Vocational programs on line 4200.

**4220-4230**    Record expenditures and non-public school pupils transported within the district (4220) and outside the district (4230). DO NOT include public school students attending a special education placement under an individual education plan (IEP).

**SCHEDULE 7**

EXPENDITURES (Report Whole Dollars)

**PUPIL TRANSPORTATION REIMBURSEMENT**
**FUNCTIONS 3300, 6800**

### REGULAR EDUCATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

| Line | Description |
|---|---|
| 4000 | Within the District |
| 4010 | Outside the District |
| 4020 | To and from Regular Pre-School |
| 4040 | TOTAL REGULAR EDUCATION |

Lines: 1034, 1035, 1036, 1037

### SPECIAL EDUCATION

| Line | Description |
|---|---|
| 4070 | 3-5 yr olds, all placements (does030) |
| 4080 | age 6-21, public school programs (does034-10, 20, & 40) |
| 4110 | age 6-21, public separate day school (does034-41) |
| 4120 | age 6-21, private separate day school (does034-50) |
| 4130 | age 6-21, private residential school (does034-60) |
| 4140 | age 6-21, homebound/hospital (does034-70) |
| 4150 | age 6-21, public residential institutions (does034-80) |
| 4160 | TOTAL SPECIAL EDUCATION |

Lines: 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048

### CH 74 VOCATIONAL/TECHNICAL PROGRAMS

| Line | Description |
|---|---|
| 4190 | Within the District |
| 4200 | Outside the District |

Lines: 1056, 1057

### NON-PUBLIC TRANSPORTATION

| Line | Description |
|---|---|
| 4220 | Within the District |
| 4230 | Outside the District |

Lines: 1065, 1066

**SCHEDULE 7 PUPIL TRANSPORTATION REIMBURSEMENT (CONTINUED)**

4250    Record expenditures and public school pupils transported within the district in order to reduce or eliminate <u>racial imbalance and racial isolation regardless of mileage</u>. Do NOT report METCO transportation on this line.   METCO transportation should be included on line 4320.

4260    Record expenditures and pupils transported to <u>approved Day Care Centers</u> under the provisions of Chapter 71, Section 7A as amended by Chapter 767, Acts of 1997.

4270    Record expenditures and pupils transported to <u>other school programs</u> (i.e., summer school programs, adult education), **regardless of mileage.**

4280    Record all expenditures in column 3, and all students in column 8, for transported to and from <u>school under the school choice program and to Commonwealth Charter Schools regardless of mileage.</u>

4283,4285    Record expenditures for homeless students transported to and from schools of attendance within or outside the district (**McKinney/Vento**). homeless students are defined in the Guidelines for Student and Financial Reporting published by DESE.

4286    Record expenditures for students in foster care transported to schools of attendance from outside of the district.

4290    Total of lines 4000 through 4285.

4310    Record in column 3 the amount assessed members of the Regional Transit Authority, Massachusetts Bay Transit Authority, and the Greenfield Montague Transit Authority. The best source of this information is the municipal accountant or assessor.

4320  1  Record in column 3 expenditures from fees, METCO grants, or other revolving or special funds, for transporting pupils to and from school. (DO NOT REPORT EXPENDITURES FROM FEES IF THOSE FEES ARE DEPOSITED IN THE GENERAL FUND AND REPORTED ON LINE 70).   METCO grant expenditures for transportation should also be reported on this line.

**NOTE: EXPENDITURES FROM REVOLVING AND SPECIAL FUNDS SHOULD BE REPORTED ON LINE 4320.**

SCHEDULE T (CONTINUED)
PUPIL TRANSPORTATION REIMBURSEMENT
FUNCTIONS 3300, 6900

| | | 1 EXPENDITURES FOR PUPILS TRANSPORTED AT LEAST 1 1/2 MILES TO A FROM SCHOOL SCHOOL TEAMS VEHICLE | 2 BY PUBLIC UTILITIES | 3 EXPENDITURES FOR PUPILS TRANSPORTED LESS THAN 1 1/2 MILES FROM SCHOOL | 4 DEPRE- CIATION (See instruction) | 5 TOTAL (Sum of 1 thru 4) | 6 RIDERS TRANSPORTED AT LEAST 1 1/2 MILES TO AND FROM SCHOOL SCHOOL TEAMS VEHICLE | 7 BY PUBLIC UTILITIES | 8 RIDERS TRANS PORTED LESS THAN 1 1/2 MILES FROM SCHOOL | 9 TOTAL (Sum of 6 thru 8) |
|---|---|---|---|---|---|---|---|---|---|---|
| | OTHER PROGRAMS | | | | | | | | | |
| 1075 | 4255 | Racial Imbalance (NOT METCO) | | | | | 0 | | | | 0 |
| 1076 | 4260 | To and From Day Care Centers | | | | | 0 | | | | 0 |
| 1077 | 4270 | Other School Programs | | | | | 0 | | | | 0 |
| 1078 | 4280 | School Choice / Commonwealth Charter Schools | | | | | 0 | | | | 0 |
| 1079 | 4283 | Homeless Transportation to Outside the District | | | | | 0 | | | | 0 |
| 1080 | 4285 | Homeless Transportation from Outside the District | | | | | 0 | | | | 0 |
| 1081 | 4286 | Foster Care Transportation from Outside the District | | | | | 0 | | | | 0 |
| | | | | | | | | | | | |
| 1083 | 4290 | TOTALS FOR ALL PROGRAMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | PUBLIC TRANSPORTATION & PAYMENTS FROM REVOLVING/SPECIAL | EXPENDITURES | | RIDERS |
|---|---|---|---|---|---|
| 1085 | 4310 | PUBLIC TRANSPORTATION ASSESSMENT | | 0 | 0 |
| 1086 | 4320 | PAYMENTS FROM REVOLVING AND SPECIAL FUNDS | | 0 | 0 |

Page 85

## Schedule 18 Survey

Your responses to this survey will allow DESE to compile a set of comparable information for every district.

Please answer questions 1-9 as they pertain to your district's current teacher's contract. If your contract has expired (or if there is not a contract in your district), please answer based on the scale being used this year (through a memorandum of agreement or evergreen clause, for example).

| # | Question | Sub-label | Response |
|---|----------|-----------|----------|
| 1. | What are the effective dates (start and end dates) of your current teacher's contract? | Start (m/d/yr) | |
| | | End (m/d/yr) | |
| 2. | What are the annual negotiated salary increases (% COLA) provided for in your current teacher contract? Provide all relevant years. | FY18 | |
| | | FY19 | |
| | | FY20 | |
| | | FY21 | |
| 3. | Please provide the number of lanes in your current teacher salary schedule. | N lanes | |
| 4. | What are the lowest step, step 5, and top step salary amounts ($/year) for the bachelors, masters, and highest lanes in your FY20 teacher salary schedule? Do not include longevity or other credits. | Lowest step — Bachelors | |
| | | Masters | |
| | | Highest | |
| | | Step 5 — Bachelors | |
| | | Masters | |
| | | Highest | |
| | | Highest step — Bachelors | |
| | | Masters | |
| | | Highest | |
| 5. | What is your teacher's contractual hourly rate ($/hour) for work beyond the school day? | | |
| 6. | What is your district's pay rate for daily, long-term, and retired teacher substitutes ($/day)? | Daily | |
| | | Long-term | |
| | | Retirees | |
| 7. | Please provide the number of days specified in your teacher contract or otherwise in the following categories: | Teacher work year, e.g., 185 days | |
| | | Instructional year, e.g., 180 days | |
| | | Early release, e.g., 5 days | |
| 8. | Please provide the number of early release days for professional development: | | |
| 9. | Please provide the number of sick days, personal days, and max accumulation of sick days provided in your current teacher's contract: | N sick days | |
| | | N personal days | |
| | | Max accumulation | |
| 10. | Based on the health insurance plans that are available in your district, what are your district's highest and lowest employer-shares for health insurance for active and retired employees? | Active — Highest % | |
| | | Lowest % | |
| | | Retired — Highest % | |
| | | Lowest % | |
| 11. | Did you change accounting system software in the past year? | | |
| 12. | If yes, what accounting system software does your district now use (please indicate what version): | | |
| 13. | Does your district use DESE function codes in the coding structure in your accounting system software or is a crosswalk needed? | | |

**SCHEDULE 19 2020-2021 ANNUAL SCHOOL BUDGET**

A.1. APPROPRIATION BY SCHOOL COMMITTEE

Schedule 19 is a report by major program area of the School Committee budget for the fiscal year beginning July 1, 2020 and ending June 30, 2021.

The information reported on this schedule will be used to determine compliance with Chapter 70 school funding requirements [603 CMR 10.06].

Line Number

7010-7310    Record the appropriations of the school committee by function. Line 7030 (Instructional Services) should be recorded for each program area. Also record by program area Pupil Transportation (line 7050), Other Community Services (line 7170), Non Public Transportation (line 7180), Payments to Other Districts (line 7280), School Choice Tuition (line 7285), Tuition to Commonwealth Charter Schools (line 7290), Tuition to Horace Mann Charter Schools (line 7295), Tuition to Out-of-State Schools (line 7300), Tuition to Non-Public Schools (line 7305), Tuition to Collaboratives (line 7310). All others should be recorded as Undistributed.

7140    Note: Rental and lease costs of land, buildings, non-instructional equipment, or other items exceeding the unit costs established in the regulations may only be reported for three years as a 5300 expense. All fourth year lease/purchases meeting this definition must be reported as a 7000 expense. School districts must maintain appropriate documentation to account for these costs (Guidelines: Maintain Appendix A).

7190    Record all appropriations of the school committee for Asset Acquisition and Improvement, including the principal portion of a loan (long term bond or BAN), the cost of a lease/purchase agreement, and all costs directly related to a school construction project. See Guidance for Reporting Revenue and Expenditures for School Construction.

7200-7210    Regional School Districts Only. Record annual expenditures relating to long term School Construction Debt for principal (8100) and interest (8200). DO NOT include amounts bonded for extraordinary maintenance.  DO NOT include bond anticipation notes (BANS).

7280    For regional districts, DESE has entered cherry sheet projections for FY21 special education charges for pupils in institutional schools in column 2. Add any other special education tuition payments to Mass. public schools to that amount.

7285-7295    DESE has entered cherry sheet projections for FY21 choice and charter tuition, but districts may overwrite the cells as better information becomes available.

7296    DESE has entered projected Charter transportation Tuition (9130), but districts may overwrite the cells as better information becomes available.

Exhibit 13: Page 89 of 112

SCHEDULE 19

**ANNUAL SCHOOL BUDGET**
**2020 - 2021**

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH'14 VOC-ATIONAL TECHNICAL | 4 | 5 UNDISTRIB-UTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | **A.1. APPROPRIATION BY SCHOOL COMMITTEE** | | | | | | |
| 1097 | 7010 Administration(1000) | | | | | | 0 |
| 1098 | 7030 Instruction (2000) | | | | | | 0 |
| 1099 | 7040 Student Services (3100,3200) | | | | | | 0 |
| 1100 | 7060 Food Service (3400) | | | | | | 0 |
| 1101 | 7070 Student Body Activities (3510,3520) | | | | | | 0 |
| 1102 | 7075 School Security (3600) | | | | | | 0 |
| 1103 | 7080 Operations and Maintenance (4000) | | | | | | 0 |
| 1104 | 7090 Extraordinary Maintenance (4300) | | | | | | 0 |
| 1105 | 7100 Employer Retirement Contributions (5100) | | | | | | 0 |
| 1106 | 7105 Employee Separation Costs (5150) | | | | | | 0 |
| 1107 | 7110 Insurance for Active Employees (5200) | | | | | | 0 |
| 1108 | 7120 Insurance Retired School Employees (5250) | | | | | | 0 |
| 1109 | 7130 Other Non-Employee Insurance (5260) | | | | | | 0 |
| 1110 | 7140 Rent (5300) | | | | | | 0 |
| 1111 | 7150 Debt Service-Short Term Interest (RAN's (5400)) | | | | | | 0 |
| 1112 | | | | | | | 0 |
| 1113 | | | | | | | 0 |
| 1114 | | | | | | | 0 |
| 1115 | | | | | | | 0 |
| 1116 | 7170 **Other Community Services (6000)** | | | | | | 0 |
| 1117 | 7180 Non-Public Transportation (6990) | | | | | | 0 |
| 1118 | 7190 **Fixed Assets (7000)** | | | | | | 0 |
| 1119 | 7260 **Long-Term Debt Retirement/Sch Construction (8100)** | | | | | | 0 |
| 1120 | 7210 **Long-Term Debt Service/Sch Construction (8200)** | | | | | | 0 |
| 1121 | 7270 **Long-Term Debt Service/Educ &Other (8400,8600)** | | | | | | 0 |
| 1122 | 7280 Tuition to Mass. Schools (9100) | 0 | 0 | 0 | | | 0 |
| 1123 | 7285 School Choice Tuition (9110) | | | | | | 0 |
| 1124 | 7290 Tuition to Commonwealth Charter Schools (9120) | 0 | 0 | 0 | | | 0 |
| 1125 | 7295 Tuition to Horace Mann Charter Schools (9125) | | | | | | 0 |
| 1126 | | | | | | 0 | 0 |
| 1127 | 7300 Tuition to Out-of-State Schools (9200) | | | | | | 0 |
| 1128 | 7305 Tuition to Non-Public Schools (9300) | | | | | | 0 |
| 1129 | 7310 Tuition to Collaboratives (9400) | | | | | | 0 |
| 1130 | 7320 **TOTAL APPROPRIATION BY SCHOOL COMMITTEE** | 0 | 0 | 0 | | 0 | 0 |

SCHEDULE 19 2020-2021 ANNUAL SCHOOL BUDGET

A.2. APPROPRIATION BY CITY/TOWN

Line Number

7400-7680    Record the estimate of expenditures by the city or town which will result in services directly related to the local school district for the fiscal
year ending June 30, 2021 by function and major program area.

**DO NOT REPORT DEPOSITS INTO AN OPEB TRUST FUND. Deposits into an OPEB Trust fund are NOT expenditures and will
not be considered expenses until the benefits are received by retirees.**

The principal portion of a loan to finance school committee instructional costs should be reported as a school committee expense in the
appropriate functional and program category.

1            If your district used the per pupil administrative cost average method in FY21 to determine the amount in General Administrative Services (7400),
check "yes" in the box to the right of the line; otherwise check "no."

7460         Record expenditures for extraordinary maintenance (4300) defined in 603 CMR 10.02.  DO NOT report employee salaries in this
category. Record these expenditures on line 7450. Expenditures classified as a 4300 account must not exceed the per project dollar limit
for extraordinary maintenance of $150,000 per school, per project.

7510         Note: Rental and lease costs of land, buildings, non-instructional equipment, or other items exceeding the unit costs established in the
regulations may only be reported for three years as a 5300 expense.  All fourth year lease/purchases meeting this definition must be
reported as a 7000 expense.  School districts must maintain appropriate documentation to account for these costs [Guidelines: Maintain
Appendix A].

7560         Record all appropriations of the city or town for Asset Acquisition and Improvement, including the principal portion of a loan (long term
bond or BAN), the cost of a lease/purchase agreement, and all costs directly related to a school construction project. See Guidance for
Reporting Revenue and Expenditures for School Construction.

7570-7580    Record annual expenditures relating to long term School Construction Debt for principal (8100) and interest (8200). DO NOT include
amounts bonded for extraordinary maintenance.  DO NOT include bond anticipation notes (BANS). DO NOT include amounts paid to a
member regional school district as part of a capital assessment.  This information will be reported by the regional school district.

7645         For local  districts, DESE has entered cherry sheet projections for FY21 special education charges for pupils in institutional schools in
column 2. Add any other special education tuition payments to Mass. Public schools to that amount.

7650-7660    DESE has entered cherry sheet projections for FY21 choice and charter tuition, but districts may overwrite the cells as better information
becomes available.

7661         DESE has entered charter transportation tuition (9130), but districts may overwrite the cells as better information becomes available.

SCHEDULE 19

ANNUAL SCHOOL BUDGET
2020 - 2021

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC/ATD/AU TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRIBUTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| | A-3  ESTIMATED EXPENDITURES BY CITY/TOWN | | | | | | |
| 7400 | General Administrative Services (1000) | | | | | | 0 |
| 7420 | Educational Media (2340, 2415) | | | | | | 0 |
| 7430 | Pupil Support Services (3100-3200) | | | | | | 0 |
| 7440 | Pupil Transportation (3300) | | | | | | 0 |
| 7445 | School Security (3600) | | | | | | 0 |
| 7450 | Operations and Maintenance (4000) | | | | | | 0 |
| 7460 | Extraordinary Maintenance (4300) | | | | | | 0 |
| 7470 | Employer Retirement Contributions (5100) | | | | | | 0 |
| 7475 | Employee Separation Costs (5150) | | | | | | 0 |
| 7480 | Insurance for Active Employees (5200) | | | | | | 0 |
| 7490 | Insurance Retired School Employees (5250) | | | | | | 0 |
| 7500 | Other Non-Employee Insurance (5260) | | | | | | 0 |
| 7510 | Rent (5300) | | | | | | 0 |
| 7515 | Debt Service-Short Term Interest RAN's (5400) | | | | | | 0 |
| 7520 | Debt Service-Short Term Interest-BANS (5400) | | | | | | 0 |
| 7530 | Other Fixed Charges (5550) | | | | | | 0 |
| 7535 | School Crossing Guards (5506) | | | | | | 0 |
| 7540 | Other Community Services (6000) | | | | | | 0 |
| 7550 | Non-Public Transportation (3300) | | | | | | 0 |
| 7560 | Fixed Assets (7000) | | | | | | 0 |
| 7570 | Long-Term Debt Retirement/Sch Construction (8100) | | | | | | 0 |
| 7580 | Long-Term Debt Service/Sch Construction (8200) | | | | | | 0 |
| 7640 | Long-Term Debt Service/Educ &Other (8400,8600) | | | | | | 0 |
| 7645 | Tuition to Mass. Schools (9100) | | | | | | 0 |
| 7650 | School Choice Tuition (9110) | 0 | 0 | 0 | | | 0 |
| 7655 | Tuition to Commonwealth Charter Schools (9120) | 0 | 0 | 0 | | | 0 |
| 7660 | Tuition to Horace Mann Charter Schools (9125) | | | | | 0 | 0 |
| 7661 | Charter Transportation Tuition (9130) | | | | | | 0 |
| 7665 | Tuition to Out-of-State Schools (9200) | | | | | | 0 |
| 7670 | Tuition to Non-Public Schools (9300) | | | | | | 0 |
| 7675 | Tuition to Collaboratives (9400) | | | | | | 0 |
| 7680 | Regional School Assessments (9500) | 0 | 0 | 0 | | 0 | 0 |
| 7690 | TOTAL EXPENDITURES BY CITY/TOWN | 0 | 0 | 0 | | 0 | 0 |
| 7750 | TOTAL ESTIMATED EXPENDITURES | 0 | 0 | 0 | | 0 | 0 |

Page 91

Did your district use the per pupil administrative cost average in determining the amount on line 7400 General Admin-istrative Services? Please insert an "X" in either Yes or No.

YES [    ]      NO [    ]

SCHEDULE 19 2020-2021 ESTIMATED REVENUE GENERAL FUND

Schedule 19 shall include by major program area the estimates of revenues for the fiscal year beginning July 1, 2020 and ending June 30, 2021.

B. ESTIMATED REVENUE FROM LOCAL SOURCES GENERAL FUND ONLY

Anticipated revenues should be reported by specific accounts (e.g. tuition, fees, rental).   Report only funds expected to be received during FY21.

Line Number

7800    This line shall be completed by regional school districts only and must reflect the total assessments approved by member cities and
        towns for FY21.

        Schedule 19, line 7800, column 7 must equal Schedule 19, line 8270, column 6.

7810    This line should be completed by regional school districts only and reflect the total excess and deficiency funds appropriated to FY21
        spending by the regional school district.

7820-7840    Record by major program area the revenue to be received as tuition payments for tuitioned-in pupils.  Do not include monies deposited to tuition revolving funds.

7850    Record revenues to be received from all transportation fees (e.g. to and from school, activity trips, field trips).

7860    Earnings on investments will apply only to regional districts.

7870    Record rental fees to be received for the use of school buildings.

7880    Record only general fund revenues.  Record other local revenues such as vending machine receipts, etc.  Do not include school choice,
        Massachusetts School Building Authority, foundation reserve or grant monies.  Do not include special fund receipts such as gate receipts
        for athletics or over the counter receipts for food services.  To the extent known, distribute these revenues to the major program area.
        Record the remaining revenue in column 6 as Undistributed.

7890    Record the receipt of medical care and assistance reimbursements for medically necessary services authorized by MGL Ch. 44, Sec. 72.

7900    Record the estimated cash value of non-revenue receipts.

Exhibit 13: Page 92 of 112

SCHEDULE 19

ANNUAL SCHOOL BUDGET
2020 - 2021
R. ESTIMATED REVENUES-GENERAL FUND
REVENUES FROM LOCAL SOURCES FY21

| | | 1 REGULAR DAY | 2 SPECIAL EDUCATION | 3 CH 74 VOC-ATIONAL/ TECHNICAL | 4 OTHER PROGRAMS | 5 UNDISTRI-BUTED | 6 TOTAL |
|---|---|---|---|---|---|---|---|
| 1182 | 7600 Assessments Received by Regional Schools | | | | | | 0 |
| 1183 | 7610 Excess & Deficiency Fund Approp. | | | | | | 0 |
| 1184 | 7620 Tuition From Individuals | | | | | | 0 |
| 1185 | 7630 Tuition From Other Districts in Comm. | | | | | | 0 |
| 1186 | 7640 Tuition From Districts in Other States | | | | | | 0 |
| 1187 | 7650 Transportation Fees | | | | | | 0 |
| 1188 | 7660 Earnings on Investments | | | | | | 0 |
| 1189 | 7670 Rental of School Facilities | | | | | | 0 |
| 1190 | 7680 Other General Fund Revenue | | | | | | 0 |
| 1191 | 7690 Medical Care and Assistance | | | | | | 0 |
| 1192 | 7900 Non Revenue Receipts | | | | | | 0 |
| 1193 | 7910 TOTAL REVENUE FROM LOCAL SOURCES | 0 | 0 | 0 | 0 | 0 | 0 |

SCHEDULE 19 2020-2021 ANNUAL SCHOOL BUDGET

C. ESTIMATED ASSESSMENTS RECEIVED FROM MEMBER TOWNS OR CITIES OF REGIONAL SCHOOL DISTRICTS

This section is to be completed by regional school districts only. It is a report of the distribution of the anticipated revenues reported in Schedule 19 (line 7810, column 5) by member city or town and by type (i.e. minimum local contribution, additional local contribution, transportation and other expenditures, and capital and debt indebtedness payments). There is no breakdown by program in this schedule.   In completing this schedule, do not report anticipated receipts from a member town of an amount greater than the town has appropriated to the regional school district on the date of this report. Any supplemental appropriation by member towns after this date must be reported by filing an amendment to this schedule [603 CMR 10.03(6)(a)].

Column Number

1.  The city/town code for each member city or town of the regional school district.

2.  Record revenues anticipated during the fiscal year ending June 30, 2021 for the minimum local contribution required under Chapter 70 from each member listed in column 1.

*3.  Record revenues anticipated during the fiscal year ending June 30, 2021 for categories included in Chapter 70 in excess of the minimum local contribution from each member listed in column 1.

*4.  Record revenues anticipated during the fiscal year June 30, 2021 for transportation and for categories not included in Chapter 70 from each member listed in column 1.

*5.  Record revenues anticipated during the fiscal year ending June 30, 2021 for capital and debt service assessments from each member listed in column 1.

6.  Total of columns 2, 3, 4, and 5.

7.  Record in column 7 the total amount approved by each member town.  This amount may differ from column 6, if the member town voted an amount higher or lower than the assessment determined in the approved budget voted in accordance with MGL Ch. 71, Sec. B.

*8.  Record in column 8 the amount reported on line 7810, the amount of excess and deficiency funds allocated to FY21 spending.

Line Number

8270        Total of lines 8000 through 8260, columns 2 through 8.

*Columns 3, 4, 5 and 8, are recorded for each member according to the regional school regional agreement method for prorating costs.

Please indicate in one of the boxes to the right of the schedule, the method used by the regional school committee in calculating member town's assessments for the current school year.

Page 94

Exhibit 13: Page 95 of 112

C. 2020 - 2021 REGIONAL SCHOOL DISTRICTS' APPROVED BUDGETS

Please mark with an "X" assessment method used for FY21.

(Check only one)

statutory ☐

alternative ☐

| | MEMBER CITY/TOWN CODE AND NAME | 1 MEMBER CITY/TOWN CODE | 2 MINIMUM LOCAL CON-TRIBUTION | 3 ADDITIONAL LOCAL CON-TRIBUTION | 4 TRANSP & OTHER EXP-ENDITURES | 5 CAPITAL & DEBT EXP-ENDITURES | 6 TOTAL | 7 ASSESSMENT APPROVED BY MEMBER TOWNS | 8 BUDGETED EXCESS AND DEFICIENCY |
|---|---|---|---|---|---|---|---|---|---|
| 1202 | 8000 | | | | | | 0 | | |
| 1203 | 8010 | | | | | | 0 | | |
| 1204 | 8020 | | | | | | 0 | | |
| 1205 | 8030 | | | | | | 0 | | |
| 1206 | 8040 | | | | | | 0 | | |
| 1207 | 8060 | | | | | | 0 | | |
| 1208 | 8060 | | | | | | 0 | | |
| 1209 | 8070 | | | | | | 0 | | |
| 1210 | 8080 | | | | | | 0 | | |
| 1211 | 8090 | | | | | | 0 | | |
| 1212 | 8100 | | | | | | 0 | | |
| 1213 | 8110 | | | | | | 0 | | |
| 1214 | 8120 | | | | | | 0 | | |
| 1215 | 8130 | | | | | | 0 | | |
| 1216 | 8140 | | | | | | 0 | | |
| 1217 | 8150 | | | | | | 0 | | |
| 1218 | 8160 | | | | | | 0 | | |
| 1219 | 8170 | | | | | | 0 | | |
| 1220 | 8180 | | | | | | 0 | | |
| 1221 | 8190 | | | | | | 0 | | |
| 1222 | 8200 | | | | | | 0 | | |
| 1223 | 8210 | | | | | | 0 | | |
| 1224 | 8220 | | | | | | 0 | | |
| 1225 | 8230 | | | | | | 0 | | |
| 1226 | 8240 | | | | | | 0 | | |
| 1227 | 8250 | | | | | | 0 | | |
| 1228 | 8260 | | | | | | 0 | | |
| 1229 | 8270 TOTAL ASSESSMENTS RECEIVED FROM MEMBERS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EXPENDITURE SUMMARY FY20
ALL FUND TYPES

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SCH COMM APPROPRIATIONS | CITY/TOWN APPROPRIATIONS | FEDERAL GRANTS | STATE GRANTS | CIRCUIT BREAKER | PRIVATE GRANTS & GIFTS | SCH CHOICE & OTHER TUITION | ATHLETIC FUND | SCHOOL LUNCH | OTHER LOCAL RECEIPTS | TOTAL |
| 1238 | 8300 | School Committee (1110) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1239 | 8305 | Superintendent (1210) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1240 | 8310 | Assistant Superintendents (1220) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1241 | 8315 | Other District-Wide Administration (1230) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1242 | 8320 | Business and Finance (1410) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1243 | 8325 | Human Resources and Benefits (1420) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1244 | 8330 | Legal Service For School Committee (1430) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1245 | 8335 | Legal Settlements (1435) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1246 | 8340 | Administrative Technology-Districtwide (1450) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1247 | 8345 | Curriculum Directors and Dept. Heads (Supervisory) (2110) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1248 | 8350 | Curriculum Directors and Dept. Heads (Non-Supervisory) (2120) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1249 | 8355 | Instructional Technology Leadership and Training (2130) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1250 | 8360 | School Leadership-Building (2210) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1251 | 8365 | Administrative Technology and Support – Schools (2250) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1252 | 8370 | Teachers, Classroom (2305) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1253 | 8385 | Medical/Therapeutic Services (2320) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1254 | 8391 | Substitutes, Long Term (2324) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1255 | 8392 | Substitutes, Short Term (2325) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1256 | 8395 | Non-Clerical Paraprofs./Instructional Assistants (2330) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1257 | 8400 | Librarians and Media Center Directors (2340) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1258 | 8401 | Distance Learning and Online Coursework (2345) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1259 | 8405 | Professional Development-Leadership (2351) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1260 | 8409 | Instructional Coaches (2352) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1261 | 8413 | Stipends for Instructional Coaching (2354) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1262 | 8417 | Staff Costs to Attend Prof. Development (2356) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1263 | 8421 | Outside Prof. Development Providers (2358) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1264 | 8425 | Textbooks (2410) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1265 | 8430 | Other Instructional Materials (2415) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1266 | 8435 | Instructional Equipment (2420) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1267 | 8440 | General Supplies (2430) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1268 | 8445 | Other Instructional Services (2440) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1269 | 8450 | Instructional Hardware—Student and Staff Devices (computers) (2451) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1270 | 8455 | Instructional Hardware—All Other (2453) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1271 | 8460 | Instructional Software and Other Instructional Materials (2455) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1272 | 8465 | Guidance Counselors and Adjustment Counselors (2710) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1273 | 8470 | Testing and Assessment (2720) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1274 | 8475 | Psychological Services (2800) | 0 | | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| 1275 | 8480 | TOTAL INSTRUCTION (2000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

**EXPENDITURE SUMMARY FY20**
**ALL FUND TYPES**

| | | SCH CONF APPROP-RIATIONS (1) | CITY/TOWN APPROP-RIATIONS (2) | FEDERAL GRANTS (3) | STATE GRANTS (4) | CREDIT BREAKS (5) | PRIVATE GRANTS & GIFTS (6) | SCH CHARGE & OTHER TUITION (7) | ATHLETIC FUND (8) | SCHOOL LUNCH (9) | OTHER LOCAL RECEIPTS (10) | TOTAL (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1276 | 8485 Attendance and Parent/Liaison Services (3150) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1277 | 8493 Medical/Health Services (3200) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1278 | 8495 Transportation Services (3300) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1279 | 8500 Food Services (3400) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1280 | 8505 Athletics (3510) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1281 | 8510 Other Student Body Activities (3520) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1282 | 8515 School Security (3690) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1283 | 8520 Custodial Services (4110) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1284 | 8525 Heating of Buildings (4120) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1285 | 8530 Utility Services (4130) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1286 | 8535 Maintenance of Grounds (4210) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1287 | 8540 Maintenance of Buildings (4220) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1288 | 8545 Building Security System (4225) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1289 | 8550 Maintenance of Equipment (4230) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1290 | 8555 Extraordinary Maintenance (4300) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1291 | 8560 Technology Infrastructure, Maintenance, and Support-Salaries (4400) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1292 | 8565 Technology Infrastructure, Maintenance, and Support—All Other (4450) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1293 | 8570 Employer Retirement Contributions (5150) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1294 | 8572 Employee Separation Costs (5150) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1295 | 8575 Insurance for Active Employees (5200) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1296 | 8580 Insurance for Retired School Employees (5250) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1297 | 8585 Other Non-Employee Insurance (5260) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1298 | 8590 Rental Lease of Equipment (5300) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1299 | 8595 Rental Lease of Buildings (5350) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1300 | 8600 Short Term Interest RANS (5400) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1301 | 8605 Short Term Interest BANS (5450) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1302 | 8610 Other Fixed Charges (5050) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1303 | 8612 School Crossing Guards (5500) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1304 | 8615 Indirect Cost Transfers | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1305 | 8620 Civic Activities (6200) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1306 | 8625 Recreation Services (6300) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1307 | 8630 Health Services to Non-Public Schools (6800) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1308 | 8635 Transportation To Non-Public Schools (6900) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Exhibit 13: Page 97 of 112

EXPENDITURE SUMMARY FY20 — ALL FUND TYPES

| Row | Code / Description | 1 SCH COMM APPROP | 2 CITY/TOWN APPROP | 3 FEDERAL GRANTS | 4 STATE GRANTS | 5 CIRCUIT BREAKER | 6 PRIVATE GRANTS & GIFTS | 7 SCH CHOICE & OTHER TUITION | 8 ATHLETIC FUND | 9 SCHOOL LUNCH | 10 OTHER LOCAL RECEIPTS | 11 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1309 | 8640 Purchase of Land & Buildings (7100, 7200) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1310 | 8645 Equipment (7300, 7400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1311 | 8650 Capital Technology (7350) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1312 | 8655 Motor Vehicles (7500, 7600) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1313 | 8660 Debt Retirement/Sch Construction (8100) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1314 | 8665 Debt Service/Sch Construction (8200) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1315 | 8670 Debt Service/Educ. & Other (8400, 8500) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1316 | 8675 Tuition to Mass. Public Schools (9100) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1317 | 8680 School Choice Tuition (9110) | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 1318 | 8685 Tuition to Commonwealth Charter Schools (9120) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1319 | 8690 Tuition to Horace Mann Charter Schools (9125) | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| 1320 | 8691 Charter Transportation Tuition (9130) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1321 | 8695 Tuition to Out-of-State Schools (9200) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1322 | 8700 Tuition to Non-Public Schools (9300) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1323 | 8705 Tuition to Collaboratives (9400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 1324 | 8710 Regional School Assessment (9500) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| 1325 | 8715 TOTAL EXPENDITURES, ALL FUNDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Page 96

Case 1:20-cv-05396-GHW-SDA   Document 19-1   Filed 09/29/21   Page 193 of 378

Exhibit 13: Page 98 of 112

**2020-2021 NET SCHOOL SPENDING**

The FY20 school committee expenditures from Schedule 1 will be automatically populated into the worksheet.

The FY20 school revenues will be entered in cell C24 by DESE.  These revenues were submitted in Schedule 19 of the FY19 End of Year Report.

The FY20 city or town expenditures from Schedule 1 will be automatically populated from Schedule 1 for Employee Benefits (5100), Employee Separation Costs (5150), Insurance (5200), Retired Employee Insurance (5250), Short Term Interest RAN's (5400) and Tuition (9000).

The FY20 city or town expenditures will be entered by DESE for Administration (1000), Instruction (2000), Attendance-Health (3100, 3200), Maintenance (4000), and Rentals (5300).  These amounts were submitted on Schedule 19 of the FY19 End of Year Report.

If the original budget for FY93 in Schedule 19 of the FY92 End of Year Report included estimated expenditures for Insurance for Retired School Employees (5250), an "X" appears in cell J12.  Only school districts that included these costs as part of the FY93 budgeted net school spending will be allowed to include them in the actual FY20 and budgeted FY21 net school spending.

The required FY20 net school spending amount will be recorded by DESE. Any FY19 required carry-over into FY20 will also appear.

For further information on the carry-over, refer to 603 CMR 10.06.

Please review the FY20 and FY21 net school spending tables to be sure that you have accurately measured your district's compliance with the expenditure provisions of Chapter 70.

Exhibit 13: Page 99 of 112

Page 99

| FY20 Net School Spending | School Committee | City or Town | Total |
|---|---|---|---|
| 1. Administration (1000) | | 0 | 0 |
| 4. Food Services (3400) | | 0 | 0 |
| 5. Athletics/Student Activities/ Security (3500, 3600) | | 0 | 0 |
| 6. Maintenance (4000) | | 0 | 0 |
| 7. Employee Benefits (5100) | | 0 | 0 |
| 8. Insurance (5200) | | 0 | 0 |
| 9. Retired Employee Insurance (5250) | | 0 | 0 |
| 10. Rentals (5300) | | 0 | 0 |
| 11. Short Term Interest RAN's (5400) | | 0 | 0 |
| 12. Tuition (9000) | | 0 | 0 |
| 13. Total School Spending (1 through 12) | | 0 | 0 |
| 14. School Revenues | | | |
| 14b) FY20 Charter Reimbursement | | | |
| 16. FY20 Required Net School Spending | 0 | 0 | |
| 17. FY19 Carry-Over into FY20 | | | 0 |
| 18. Total FY20 Requirement (16 + 17) | | | 0 |
| 19. Unexpended Net School Spending (18 - 15) | | | 0 |
| 20. Percent Unexpended (19 / 16) | | | 0.00% |
| 21. FY20 Carry-Over (19 or 5% of 16 or 0 if 17 > 0) | | | 0 |
| 22. Penalty (19 - 21) | | | 0 |

Page 100

**2020-2021 NET SCHOOL SPENDING**

The following worksheet compares the Fiscal Year 2021 Net School Spending Requirement with the budgeted information provided on Schedule 19.  DESE has entered the required FY21 net school spending, which match the aid and spending requirements signed by the Governor.

Under the school finance regulations, the district's total net school spending expenditures shall be reduced by the school district's or municipality's general fund receipts for tuition received for students attending the district's schools, earnings on investments by the school district, rental fees for the use of school district facilities, insurance reimbursements for the services provided to students in the district's schools, and any other general fund revenues generated by the school district available to support current year operating expenses [603 CMR 10.06].

To determine compliance with the FY21 net school spending requirement, DESE's latest estimates of FY21 charter school reimbursements (net of charter facilities aid) that are deposited in the general fund of the city or town will be included in cell D55.

Charry shed estimates for charter and choice tuition have been included in districts' tuition line.  However, when net school spending is calculated in the fall, winter and spring, DESE will use its most current estimates (based upon fall enrollment and actual tuition rates) for charter and choice tuition and reimbursements.

For districts that in the past were not allowed to count retired teacher health insurance toward meeting their net school spending requirement, Section 260 of the Acts of 2016 provided a four-year phase-in toward counting that cost.  Districts that voted to accept that provision, will see **75 percent** of the Schedule 19 budgeted amount for that cost on line 31 of their FY21 Budgeted Net School Spending report.

| | FY21 Budgeted Net School Spending | School Committee | City or Town | Total |
|---|---|---|---|---|
| 40 | 23. Administration (1000) | 0 | 0 | 0 |
| 41 | 24. Instruction (2000) | 0 | 0 | 0 |
| 42 | 25. Attendance-Health (3100, 3200) | 0 | 0 | 0 |
| 43 | 26. Food Services (3400) | | | 0 |
| 44 | 27. Athletics/Student Activities/ Security (3300,3600) | 0 | 0 | 0 |
| 45 | 28. Maintenance (4000) | 0 | 0 | 0 |
| 46 | 29. Employee Benefits (5100) | 0 | 0 | 0 |
| 47 | 30. Insurance (5200) | 0 | 0 | 0 |
| 48 | 31. Retired Employee Insurance (5250) | 0 | 0 | 0 |
| 49 | 32. Rentals (5300) | 0 | 0 | 0 |
| 50 | 33. Short Term Interest RAN's (5400) | 0 | 0 | 0 |
| 51 | 34. Tuition (9000) | 0 | 0 | 0 |
| 52 | 35. Total School Spending (23 through 34) | 0 | 0 | 0 |
| 53 | 36. Revenues | | | |
| 54 | | | | |
| 55 | 36b) Projected FY21 Charter Reimbursement (Local Districts) | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | 38. FY21 Required Net School Spending | 0 | | 0 |
| 59 | | | | |
| 60 | 39. Carry-Over into FY21 (21) | | | 0 |
| 61 | 40. Total FY21 Requirement (38 + 39) | | | 0 |
| 62 | 41. Deficiency (40 - 37) | | | 0 |

Exhibit 13: Page 103 of 112

Comparison of Selected Data Items Reported in FY18 through FY20

| | FY18 | FY19 | FY20 | Change FY18-FY20 | If "Please Review" is shown in this column Please review data now |
|---|---|---|---|---|---|
| **Schedule 1 A - Revenues** | | | | | |
| 68 Total Revenue From Local Sources (line 110, col 6) | 0 | 0 | 0 | 0.00% | |
| **Schedule 1 - 9A School Committee Expenditures** | | | | | |
| 70 School Committee (1110) (line 709, col 6) | 0 | 0 | 0 | 0.00% | |
| 71 Superintendent (1210) (line 729, col 6) | 0 | 0 | 0 | 0.00% | |
| 72 Assistant Superintendents (1220) (line 749, col 6) | 0 | 0 | 0 | 0.00% | |
| 73 Other District-Wide Administration (1230) (line 769, col 6) | 0 | 0 | 0 | 0.00% | |
| 74 Business and Finance (1410) (line 789, col 6) | 0 | 0 | 0 | 0.00% | |
| 75 Human Resources and Benefits (1420) (line 809, col 6) | 0 | 0 | 0 | 0.02% | |
| 76 Legal Service for School Committee (1430) (line 829, col 6) | 0 | 0 | 0 | 0.00% | |
| 77 Legal Settlements (1435) (line 849, col 6) | 0 | 0 | 0 | 0.00% | |
| 78 Administrative Technology-Districtwide (1450) (line 869, col 6) | 0 | 0 | 0 | 0.00% | |
| 79 Attendance and Parent Liaison Services (3100) (line 1429, col 6) | 0 | 0 | 0 | 0.00% | |
| 80 Medical/Health Services (3200) (line 1449, col 6) | 0 | 0 | 0 | 0.00% | |
| 81 Transportation Services (3300) (line 1469, col 6) | 0 | 0 | 0 | 0.00% | |
| 82 Food Services (3400) (line 1489, col 6) | 0 | 0 | 0 | 0.00% | |
| 83 Athletics (3510) (line 1509, col 6) | 0 | 0 | 0 | 0.02% | |
| 84 Other Student Activities (3520) (line 1529, col 6) | 0 | 0 | 0 | 0.02% | |
| 85 Extraordinary Maintenance (4300) (line 1639, col 6) | 0 | 0 | 0 | 0.00% | |
| 86 Employer Retirement Contributions (5100) (line 1661, col 6) | 0 | 0 | 0 | 0.00% | |
| 87 Employee Separation Costs (5150) (line 1669, col 6) | 0 | 0 | 0 | 0.00% | |
| 88 Insurance for Active Employees (5200) (line 1672, col 6) | 0 | 0 | 0 | 0.00% | |
| 89 Insurance for Retired School Employees (5250) (line 1673, col 6) | 0 | 0 | 0 | 0.20% | |
| 90 Other Non-Employee Insurance (5260) (line 1674, col 6) | 0 | 0 | 0 | 0.00% | |
| 91 Rental/Lease Equipment (5300) (line 1681, col 6) | 0 | 0 | 0 | 0.00% | |
| 92 Rental/Lease Buildings (5350) (line 1682, col 6) | 0 | 0 | 0 | 0.02% | |
| 93 Short-Term Interest RANs (5400) (line 1683, col 6) | 0 | 0 | 0 | 0.00% | |
| 94 Short Term Interest BANs (5450) (line 1684, col 6) | 0 | 0 | 0 | 0.00% | |
| 95 Other Fixed Charges (5500) (line 1685, col 6) | 0 | 0 | 0 | 0.02% | |
| 96 Purchase of Land and Buildings (7100, 7200) (line 1741, col 6) | 0 | 0 | 0 | 0.00% | |
| 97 Total Long Term Debt (8000) (line 1759, col 6) | 0 | 0 | 0 | 0.00% | |
| 98 Tuition to Mass. Public Schools (9100) (line 1770, col 6) | 0 | 0 | 0 | 0.00% | |
| 99 School Choice Tuition (9110) (line 1780, col 6) | 0 | 0 | 0 | 0.00% | |
| 100 Tuition to Commonwealth Charter Schools (9120) (line 1790, col 6) | 0 | 0 | 0 | 0.00% | |
| 101 Tuition to Horace Mann Charter Schools (9125) (line 1795, col 6) | 0 | 0 | 0 | 0.00% | |
| 102 Tuition to Out-of-State Schools (9200) (line 1802, col 6) | 0 | 0 | 0 | 0.02% | |
| 103 Tuition to Non-Public Schools (9300) (line 1816, col 6) | 0 | 0 | 0 | 0.00% | |
| 104 Tuition to Collaboratives (9400) (line 1820, col 6) | 0 | 0 | 0 | 0.02% | |
| 105 Total School Committee Expenditures (line 1850, col 6) | 0 | 0 | 0 | 0.02% | |

**Comparison of Selected Data Items Reported in FY18 through FY20**

| | FY18 | FY19 | FY20 | Change FY19-FY20 | If "Please Review" is shown in this column Please review data row |
|---|---|---|---|---|---|
| **Schedule 1 - BB. City and Town Expenditures** | | | | | |
| 110 Extraordinary Maintenance (4300) (line 1990, col 6) | 0 | 0 | 0 | 0.00% | |
| 111 Employer Retirement Contributions (5100) (line 2000, col 6) | 0 | 0 | 0 | 0.00% | |
| 112 Employee Separation Cost (5150) (line 2007, col 6) | 0 | 0 | 0 | 0.00% | |
| 113 Insurance for Active Employees (5200) (line 2010, col 6) | 0 | 0 | 0 | 0.00% | |
| 114 Insurance for Retired School Employees (5250) (line 2020, col 6) | 0 | 0 | 0 | 0.00% | |
| 115 Other Non-Employee Insurance (5260) (line 2030, col 6) | 0 | 0 | 0 | 0.00% | |
| 116 Short-Term Interest (5400) (line 2050, col 6) | 0 | 0 | 0 | 0.00% | |
| 117 Short-Term Interest - BAN's (5450) (line 2065, col 6) | 0 | 0 | 0 | 0.00% | |
| 118 Other Fixed Charges (5500) (line 2070, col 6) | 0 | 0 | 0 | 0.00% | |
| 119 Purchase of Land and Buildings (7100, 7200) (line 2100, col 6) | 0 | 0 | 0 | 0.00% | |
| 120 Long-Term Debt Retirement/Sch Construction (8100) (line 2130, col 6) | 0 | 0 | 0 | 0.00% | |
| 121 Long-Term Debt Service/Non Construction (8200) (line 2140, col 6) | 0 | 0 | 0 | 0.00% | |
| 122 Long-Term Debt Service/Educ & Other (8400,8600) (line 2200, col 6) | 0 | 0 | 0 | 0.00% | |
| 123 Tuition to Mass. Public Schools (9100) (line 2210, col 6) | 0 | 0 | 0 | 0.00% | |
| 124 School Choice Tuition (9110) (line 2220, col 6) | 0 | 0 | 0 | 0.00% | |
| 125 Tuition to Commonwealth Charter Schools (9120) (lines 2230, col 6) | 0 | 0 | 0 | 0.00% | |
| 126 Tuition to Horace Mann Charter Schools (9125) (line 2225, col 6) | 0 | 0 | 0 | 0.00% | |
| 127 Tuition to Out-of-State Schools (9200) (line 2240, col 6) | 0 | 0 | 0 | 0.00% | |
| 128 Tuition to Non-Public Schools (9300) (line 2250, col 6) | 0 | 0 | 0 | 0.00% | |
| 129 Tuition to Collaboratives (9400) (line 2260, col 6) | 0 | 0 | 0 | 0.00% | |
| 130 Regional School Assessment (9600) (line 2270, col 6) | 0 | 0 | 0 | 0.00% | |
| 131 Total Expenditures by City or Town (line 2290, col 6) | 0 | 0 | 0 | 0.00% | |
| **Schedule C3 Expenditures From Grants & Special Funds** | | | | | |
| 133 Total, DESE Administered Federal Grants (line 3060, col 2) | 0 | 0 | 0 | 0.00% | |
| 134 Total, Other Federal (Fund) (line 3060, col 3) | 0 | 0 | 0 | 0.00% | |
| 135 Total, DESE Administered State Grants (line 3060, col 4) | 0 | 0 | 0 | 0.00% | |
| 136 Total, Other State Grants (line 3060, col 5) | 0 | 0 | 0 | 0.00% | |
| 137 Total, Circuit Breaker (line 3060, col 6) | 0 | 0 | 0 | 0.00% | |
| 138 Total, Private Grants and Gifts (line 3060, col 7) | 0 | 0 | 0 | 0.00% | |
| 139 Total, School Choice and Other Day Tuition (line 3060, col 8) | 0 | 0 | 0 | 0.00% | |
| 140 Total, Athletics and Other Student Activities (line 3060, col 9) | 0 | 0 | 0 | 0.00% | |
| 141 Total, School Lunch (line 3060, col 10) | 0 | 0 | 0 | 0.00% | |
| 142 Total, Other Local Receipts (line 3060, col 11) | 0 | 0 | 0 | 0.00% | |
| **Schedule 7 Assessments Received From Members** | | | | | |
| 144 Total Assessments Received from Members (line 3370, col 6) | 0 | 0 | 0 | 0.00% | |

**Comparison of Selected Data Items Reported in FY18 through FY20**

| Schedule 3 Instruction Expenditures, School Committee | FY18 | FY19 | FY20 | Change FY19-FY20 | If "Please Review" is shown in this column, Please review data row |
|---|---|---|---|---|---|
| 149 | Curriculum Directors and Dept. Heads (Supervisory) (2110) (line 3408, col 6) | 0 | 0 | 0 | 0.00% | |
| 150 | Curriculum Directors and Dept. Heads (Non-Supervisory) (2120) (line 3410, col 6) | 0 | 0 | 0 | 0.00% | |
| 151 | Instructional Technology Leadership and Training (2130) (line 3427, col 6) | 0 | 0 | 0 | 0.00% | |
| 152 | School Leadership-Building (2110) (line 3434, col 6) | 0 | 0 | 0 | 0.00% | |
| 153 | Administrative Technology and Support – Schools (2250) (line 3449, col 6) | 0 | 0 | 0 | 0.00% | |
| 154 | Teachers, Classroom (2305) (line 3450, col 6) | 0 | 0 | 0 | 0.00% | |
| 155 | Medical Therapeutic Services (2320) (line 3459, col 6) | 0 | 0 | 0 | 0.00% | |
| 156 | Substitutes, Long Term (2324) (line 3465, col 6) | 0 | 0 | 0 | 0.00% | |
| 157 | Substitutes, Short Term (2325) (line 3469, col 6) | 0 | 0 | 0 | 0.00% | |
| 158 | Non-Clerical Paraprofs./Instructional Assistants (2330) (line 3475, col 6) | 0 | 0 | 0 | 0.00% | |
| 159 | Librarians and Media Center Directors (2340) (line 3479, col 6) | 0 | 0 | 0 | 0.00% | |
| 160 | Distance Learning and Online Coursework (2345) (line 3488, col 6) | 0 | 0 | 0 | 0.00% | |
| 161 | Professional Development Leadership (2351) (line 3431, col 6) | 0 | 0 | 0 | 0.00% | |
| 162 | Instructional Coaches (2352) (line 3496, col 6) | 0 | 0 | 0 | 0.00% | |
| 163 | Stipends for Instructional Coaching (2354) (line 3497, col 6) | 0 | 0 | 0 | 0.00% | |
| 164 | Staff Costs to Attend Prof. Development (2356) (line 3505, col 6) | 0 | 0 | 0 | 0.00% | |
| 165 | Outside Prof. Development Providers (2355) (line 3509, col 6) | 0 | 0 | 0 | 0.00% | |
| 166 | Textbooks (2410) (line 3512, col 6) | 0 | 0 | 0 | 0.00% | |
| 167 | Other Instructional Materials (2415) (line 3518, col 6) | 0 | 0 | 0 | 0.00% | |
| 168 | Instructional Equipment (2420) (line 3529, col 6) | 0 | 0 | 0 | 0.00% | |
| 169 | General Supplies (2430) (line 3535, col 6) | 0 | 0 | 0 | 0.00% | |
| 170 | Other Instructional Services (2440) (line 3544, col 6) | 0 | 0 | 0 | 0.00% | |
| 171 | Instructional Hardware–Student & Staff Devices (computers) (2451) (line 3548, col 6) | 0 | 0 | 0 | 0.00% | |
| 172 | Instructional Hardware–All Other (2453) (line 3552, col 6) | 0 | 0 | 0 | 0.00% | |
| 173 | Instructional Software and Other Instructional Materials (2455) (line 3555, col 6) | 0 | 0 | 0 | 0.00% | |
| 174 | Guidance Counselors and Adjustment Counselors (2710) (line 3566, col 6) | 0 | 0 | 0 | 0.00% | |
| 175 | Testing and Assessment (2720) (line 3579, col 6) | 0 | 0 | 0 | 0.00% | |
| 176 | Psychological Services (2800) (line 3580, col 6) | 0 | 0 | 0 | 0.00% | |
| 177 | Total Instruction (3000) (line 3599, col 6) | 0 | 0 | 0 | 0.00% | |
| | Schedule 7 Pupil Transportation | | | | | |
| 179 | Outside the District Occupational Day (line 4200, col 5) | 0 | 0 | 0 | 0.00% | |
| 180 | Total Expenditures and Depreciation (line 4290, col 5) | 0 | 0 | 0 | 0.00% | |
| 181 | Total Pupils Transported (line 4290, col 9) | 0 | 0 | 0 | 0.00% | |

**Comparison of Selected Data Items Reported in FY18 through FY20**

Schedule 19 Annual School Budget

| | Estimated Expenditures by School Committee | FY18 EOY (FY19 Sch 15) | FY19 EOY (FY20 Sch 19) | FY20 EOY (FY21 Sch 15) | Change FY20 Sch 19 to FY21 Sch 19 | If "Please Review" is shown in this column, Please review data row |
|---|---|---|---|---|---|---|
| 187 | Administration (1000) (line 7010, col 6) | 0 | 0 | 0 | 0.00% | |
| 188 | Instruction (2000) (line 7030, col 6) | 0 | 0 | 0 | 0.00% | |
| 189 | Pupil Transportation (3300) (line 7050, col 6) | 0 | 0 | 0 | 0.00% | |
| 190 | Operations and Maintenance (4000) (line 7060, col 6) | 0 | 0 | 0 | 0.00% | |
| 191 | Extraordinary Maintenance (4300) (line 7065, col 6) | 0 | 0 | 0 | 0.00% | |
| 192 | Employer Retirement Contributions (5100) (line 7100, col 6) | 0 | 0 | 0 | 0.00% | |
| 193 | Employee Separation Costs (5150) (line 7105, col 6) | 0 | 0 | 0 | 0.00% | |
| 194 | Insurance for Active Employees (5200) (line 7110, col 6) | 0 | 0 | 0 | 0.00% | |
| 195 | Insurance for Retired School Employees (5250) (line 7120, col 6) | 0 | 0 | 0 | 0.00% | |
| 196 | Other Non-Employee Insurance (5260) (line 7130, col 6) | 0 | 0 | 0 | 0.00% | |
| 197 | Rent (5300) (line 7140, col 6) | 0 | 0 | 0 | 0.00% | |
| 198 | Debt Service - Short Term Interest RANs (5400) (line 7150, col 6) | 0 | 0 | 0 | 0.00% | |
| 199 | Short Term Interest-BANs (5450) (line 7155, col 6) | 0 | 0 | 0 | 0.00% | |
| 200 | Other Fixed Charges (5500) (line 7160, col 6) | 0 | 0 | 0 | 0.00% | |
| 201 | Fixed Assets (7000) (line 7190, col 6) | 0 | 0 | 0 | 0.00% | |
| 202 | Long-Term Debt Retirement/Sch Construction (8100) (line 7200, col 6) | 0 | 0 | 0 | 0.00% | |
| 203 | Long-Term Debt Service/Sch Construction (8200) (line 7210, col 6) | 0 | 0 | 0 | 0.00% | |
| 204 | Long-Term Debt Service/Educ and Other (8400, 8600) (line 7220, col 6) | 0 | 0 | 0 | 0.00% | |
| 205 | Payments to Other Districts (9100, 9200, 9300) (lines 7280, 7300, & 7305, col 6) | 0 | 0 | 0 | 0.00% | |
| 206 | School Choice/Charter Schools (9110, 9120, 9125) (lines 7285, 7290, & 7295, col 6) | 0 | 0 | 0 | 0.00% | |
| 207 | Charter Transportation Tuition (9180) (line 7296, col 6) | 0 | 0 | 0 | 0.00% | |
| 208 | Payments to Collaboratives (9400) (line 7310, col 6) | 0 | 0 | 0 | 0.00% | |
| 209 | Total Appropriation by School Committee (line 7320, col 6) | 0 | 0 | 0 | 0.00% | |

Exhibit 13: Page 106 of 112

Comparison of Selected Data Items Reported in FY18 through FY20

Schedule 19 Annual School Budget

| | FY18 EOY (FY18 Sch 19) | FY19 EOY (FY20 Sch 19) | FY20 EOY (FY20 Sch 19) | Change FY18 Sch 19 to FY17? Sch 19 | If "Please Review" is shown in this column Please review data now |
|---|---|---|---|---|---|
| **Estimated Expenditures by City and Town** | | | | | |
| 215 General Administrative Services (1000) (line 7430, col 6) | 0 | 0 | 0 | 0.00% | |
| 216 Educational Media (2240, 2410) (line 7420, col 6) | 0 | 0 | 0 | 0.00% | |
| 217 Pupil Transportation (3300) (line 7440, col 6) | 0 | 0 | 0 | 0.00% | |
| 218 Operations and Maintenance (4000) (line 7450, col 6) | 0 | 0 | 0 | 0.00% | |
| 219 Extraordinary Maintenance (4300) (line 7460, col 6) | 0 | 0 | 0 | 0.00% | |
| 220 Employer Retirement Contributions (5100) (line 7470, col 6) | 0 | 0 | 0 | 0.00% | |
| 221 Employee Separation Costs (5150) (line 7475, col 6) | 0 | 0 | 0 | 0.00% | |
| 222 Insurance for Active Employees (5200) (line 7480, col 6) | 0 | 0 | 0 | 0.00% | |
| 223 Insurance for Retired School Employees (5260) (line 7490, col 6) | 0 | 0 | 0 | 0.00% | |
| 224 Other Non-Employee Insurance (5260) (line 7500, col 6) | 0 | 0 | 0 | 0.00% | |
| 225 Debt Service – Short-Term Interest RAN's (5400) (line 7515, col 6) | 0 | 0 | 0 | 0.00% | |
| 226 Short Term Interest BANS (5450) (line 7520, col 6) | 0 | 0 | 0 | 0.00% | |
| 227 Fixed Assets (7000) (line 7550, col 6) | 0 | 0 | 0 | 0.00% | |
| 228 Long-Term Debt Retirement/Sbc Construction (8100) (line 7570, col 6) | 0 | 0 | 0 | 0.00% | |
| 229 Long-Term Debt Service/Sbc Construction (8200) (line 7580, col 6) | 0 | 0 | 0 | 0.00% | |
| 230 Long-Term Debt Service/Educ and Other (8400, 8600) (line 7640, col 6) | 0 | 0 | 0 | 0.00% | |
| 231 Payments to Other Districts (9100, 9200, 9300) (lines 7645, 7665, & 7670, col 6) | 0 | 0 | 0 | 0.00% | |
| 232 School Choice/Charter Schools (9110, 9120, 9122) (lines 7650, 7655, & 7660, col 6) | 0 | 0 | 0 | 0.00% | |
| 233 Charter Transportation Tuition (5130) (line 7561, col 6) | 0 | 0 | 0 | 0.00% | |
| 234 Payments to Collaboratives (9400) (line 7675, col 6) | 0 | 0 | 0 | 0.00% | |
| 235 Regional School Assessments (9000) (line 7680, col 6) | 0 | 0 | 0 | 0.00% | |
| 236 Total Expenditures by City/Town (line 7680, col 6) | 0 | 0 | 0 | 0.00% | |
| **B. Estimated Revenues From Local Sources** | | | | | |
| 238 Total Revenue from Local Sources (line 7910, col 6) | 0 | 0 | 0 | 0.00% | |

**C. Regional School Districts' Approved Budgets**

| | FY18 | FY19 | FY20 | Change FY18-FY20 | |
|---|---|---|---|---|---|
| 241 Total Assessments Received From Members (line 8270, col 6) | 0 | 0 | 0 | 0.00% | |

**D. Average Teacher Salary FY18 through FY20**

| | FY18 | FY19 | FY20 | Change FY18-FY20 | |
|---|---|---|---|---|---|
| 244 Classroom Teacher Salaries (line 8370, col 11) total all funds | 0 | 0 | 0 | 0.00% | |
| 245 N of FTE teachers in 2280 and 2310 EPIMS | 0 | 0 | 0 | 0.00% | |
| 246 Average Teacher Salary | | | | | |

**E. Title I Maintenance of Effort**

| | FY18 | FY19 | FY20 | FY20 % of FY19 | |
|---|---|---|---|---|---|
| 249 Total Expenditures (if FY20 is < 90% of FY19, MOE is not met) | 0 | 0 | 0 | 0.00% | |

**E. IDEA Maintenance of Effort**

| | FY18 | FY19 | FY20 | FY20 % of FY19 | |
|---|---|---|---|---|---|
| 252 Total Expenditures (if FY20 is < 100% of FY18, MOE is not met) | 0 | 0 | 0 | 0.00% | |

Exhibit 13: Page 107 of 112

# Excess Cost Calculator  34 CFR §300.16

**Introduction**

Local educational agencies (districts) receiving a federal grant under the Individuals with Disabilities Education Act (IDEA) Part B sections 611 (Fund Code 240) and 619 (Fund Code 262) funds are required to follow certain requirements when accepting the federal IDEA funds; one requirement is the calculation and use of IDEA Part B section 611 and 619 funds for excess costs.

**Definition**

Excess costs are those costs for the education of elementary school or secondary school students with disabilities that are in excess of the aggregated average annual per-pupil expenditure in a district during the preceding school year. A district must spend at least a minimum average amount on the education of elementary or secondary school children with disabilities, before (or concurrently with, see note below) using IDEA Part B section 611 and 619 funds can be used to pay for the excess costs of providing special education and related services

**Compliance**

Excess cost must be calculated by the beginning of each school year to determine the minimum amount an LEA must spend for the education of students with disabilities before they use IDEA Part B section 611 and 619 funds. The district must maintain accurate records and meet the excess cost requirement by calculating average cost per student for elementary and secondary school students separately (see note below re: distinguishing elementary and secondary expenses), spending at least the minimum average amount per student with a disability before (or concurrently with, see note below) using IDEA Part B section 611 and 619 funds, and ensure that the excess costs are specific to special education needs and allowable under IDEA Part B section 611 and 619 grant requirements. If a district determines that they will not or have not met the excess cost requirement by the end of the school year, it can expend IDEA Part B section 611 and 619 federal funds. The district should maintain all supporting documentation for its calculation of excess cost Department Elementary and Secondary Education (DESE) and will be subject to repayment of IDEA Part B section 611 and 619 federal funds. The district should maintain all supporting documentation for its calculation of excess cost for future follow up by the Audit and Compliance unit.

**Helpful Links**
Letter to Kennedy
Letter to Plageta-Neubauer

**Note:** The United States Department of Education, Office of Special Education Programs (OSEP) has determined that the LEA does not need to expend the aggregated average per pupil expenditure prior to expending its IDEA Part B section 611 and 619 funds, as long as the LEA expends at least the required amount by the end of the school year. it can expend IDEA Part B section 611 and 619 funds concurrently with its general educational funds. See OSEP's Letter to Kennedy and OSEP's Letter to Plageta-Neubauer.

**Exceptions**

If no local or state funds are available for non-disabled children ages 3-5 and 18-21, then the excess cost requirement does not apply to students with disabilities in those age ranges. The district must however comply with the non-supplanting and other requirements for providing the education and services to those students with disabilities.

**Helpful Links**
34 CFR 300.16
34 CFR 300.202(a)(2)

**Calculating Excess Cost**
DESE has created the Excess Cost Calculator (below) for district to use **to calculate the minimum amount of funds to be spent in FY21 for elementary and secondary school students before (or concurrently with) using IDEA Part B** section 611 and 619 funds.

**Federal Guidance:** Excess Cost Requirements: 34 CFR 300.16; Use of Amounts: 34 CFR 300.202(a)(2); Excess Costs Calculation: 34 CFR Appendix A to Part 300; Office of Special Education Programs (OSEP): Letter to Kennedy and Letter to Plageta-Neubauer.

34 CFR Appendix A to Part 300

**Completing the Excess Cost Calculator**
The calculator should be completed with expected expenditure and enrollment information for all students in grades K-12 (not pre-kindergarten), divided into elementary and secondary categories.

Massachusetts student licensing (state regulations define an elementary school as a school providing instruction to grades 1 through 5, 6, 7 or 8, and, when so designated by a school committee prior to the commencement of a school year, may also include a middle school or other intermediate level school providing instruction to grades 5 through 8 or any combination thereof.

A secondary school is defined as a school providing instruction to grades 6 through 12, or any combination of those grades, except where a school committee, prior to the commencement of the school year, has designated a middle or other intermediate level school providing instruction to grades 5 through 8, or any combination thereof, as an elementary school.

Within these definitions (and including kindergarten as elementary), your district has some flexibility to distinguish elementary from secondary students, as long as the categories are reasonable and consistent across schools and from year to year. For example, your district may include all expenditures for students in grades K-6 in elementary and those for students in grades 7-12 in the elementary category, as long as this is consistent for all students in those grades regardless of which school they attend. Please indicate below how your district has defined each group by grade.

**Allocating expenditures between elementary and secondary students**
• Districts should use actual expenditure information to separate elementary from secondary expenses (most districts use secondary expenditures to lump all school system expenditures and pro-rate based solely on elementary and secondary enrollment.
• While all K-12 expenditures should be included in these calculations, a district's expenditures for purposes outside of K-12 should not be included (i.e., adult education or preschool).
• Where expenditures represent staff or services in both elementary and secondary students, work assignments should be used to allocate costs as accurately as possible.
• Where separating or distinguishing an expenditure between elementary and secondary students cannot be achieved as described above, the district may determine a reasonable method of allocation, which should be memorialized and retained for audit purposes.

Districts should contact DESE's Audit and Compliance office with questions about allocating expenditures (Audit.Compliance@doe.mass.edu).

**Helpful Links**
Excess Cost: Proportionate Share, Allowable Costs, and Other IDEA Fiscal Topics
Differences between IDEA LEA MOE & Excess Cost Requirements

**Exhibit 13: Page 109 of 112**

| Elementary students (Example: Grades K to 5) | Grades ___ to ___ | | Secondary Students (Example: Grades 6 to 12) | Grades ___ to ___ |
|---|---|---|---|---|

## Excess Cost Calculation

| | Elementary | Secondary |
|---|---|---|
| Select One | | |
| A. Total Expenditures from all sources | | |
| B. Total Capital Outlay and Debt Services | | |
| C. Total IDEA, Part B Expenditures | | |
| D. Total Title I, Part A Expenditures | | |
| E. Total Title III, Parts A & B Expenditures | | |
| F. State/Local funds for students with disabilities | | |
| G. State/Local funds for Title I and Title III programs | | |
| Total Debt and Expenditures (Lines B-G) | $0.00 | $0.00 |
| Total Expenditures from all sources  minus  Total Debt and Expenditures | $0.00 | $0.00 |
| H. Total Enrollment Elementary or Secondary Students (October 2019 SIMS) | | |
| Average Annual Expenditure per Student | | |
| I. Students with an IEP in 2020-2021 school year | | |
| Minimum annual aggregate expenditure to be spent on the education of students with disabilities in FY21 before using IDEA Part B funds | | |

### Excess Cost Calculation Instructions

IDEA funds must only be used to pay the excess costs of providing special education and related services to children with disabilities. 34 CFR § 300.202(a)(2). 34 CFR § 300.16 defines the terms to mean costs that are in excess of the average annual per-student expenditure in an LEA during the preceding school year for an elementary or secondary school student in a maybe appropriate. Each district is required to complete separate calculations for elementary schools and secondary schools.

**Elementary and Secondary Calculations**
*Complete once for Elementary Students and once for Secondary Students*

If final audited expense or enrollment information for FY20 is not available at the time you are submitting this application, you may use preliminary or estimated amounts, which will be subject to adjusting as final information becomes available.

A. Total Expenditures from all sources: Enter the total elementary or secondary expenditures for the previous fiscal year (FY20) for ALL elementary or secondary students from ALL sources (local, state, and federal).

B. Total Capital Outlay and Debt Services: Enter the amount spent for capital outlay or debt services in FY20.

C. Total IDEA, Part B Expenditures: Enter the total amount of federal IDEA special education grant-funded expenditures in the FY20.

D. Total Title I, Part A Expenditures: Enter the total amount of federal ESEA Title I, part A grant-funded expenditures in the FY20.

E. Total Title III, Parts A and B Expenditures: Enter the total amount of federal ESEA Title III, parts A & B for Limited English Proficient students grant-funded expenditures in the FY20.

F. State/Local funds for students with disabilities: Enter the total state and local funds for special education in the FY20 (not including state or any state grant programs for special education.)

G. State/Local funds for Title I and Title III programs: Enter the total state and local funds for programs developed under the ESEA, Title I, Part A and Title III, Parts A & B in the FY20 (for example, any allowable expenditures for low-income, neglected, LEP or migrant students such as salaries/fringes for core instructional staff, tutoring services, parent transportation, licenses for software or curriculum costs for school / Plans or Renaissance Learning memberships are examples of allowable licenses).

H. Total Enrollment: Enter the total enrollment of ALL elementary or secondary students, including students with disabilities in the 2019-2020 school year (October 2019 SIMS).

I. Students with an IEP: Enter the total number of elementary or secondary students with IEPs in the 2020-2021 school year.

J. Minimum aggregate educational expenditures for FY21 for students with disabilities: This amount must be spent on the education of students with disabilities before (or concurrently with) IDEA Part B funds during the FY21 school year. Districts should monitor this spending and, if an LEA determines that it will not or has not met the excess cost requirements at any point, it must notify the Massachusetts Department of Elementary and Secondary Education (DESE). Failure to meet minimum spending requirements will be subject to repayment of IDEA Part B section 611 and 619 federal funds.

> **TIP:** Grant funds entered at A through G are those funds that the district *actually* spent in FY20. Any funds that were received last year and carried over for the current school year (FY21) should not be

June 2020

The EOYR-EPIMS crosswalk is a resource to help districts assign staff to functional categories, align EOYR and EPIMS reporting, and improve the comparability of EOYR data. This crosswalk is a guide to support reporting, that districts can move to adopt over time. In the future, ESE plans to work to align the guidance between the EOYR and EPIMS and to add validations to the EOYR to improve data quality.

If the district pro-rates an employee's time across more than one job in EPIMS, their salary reported in the EOYR should be likewise pro-rated.

| EOYR Func Code | Function Name | EPIMS Job Code | Job Name |
|---|---|---|---|
| 1110 | School Committee | Not reported in EPIMS | |
| 1210 | Superintendent | 1200 | Superintendent |
| 1220 | Assistant Superintendents | 1201 | Asst/Deputy Supt |
| 1230 | Other District-Wide Administration | 1205 | Other District Administrator |
| 1410 | Business and Finance | 1202 | Business Official |
| 1420 | Human Resources and Benefits | 1208 | Human Resources Director |
| 1430 | Legal Service for School Committee | Not reported in EPIMS | |
| 1435 | Legal Settlements | Not reported in EPIMS | |
| 1450 | Administrative Technology–Districtwide | 1201 | Asst/Deputy Supt |
| | | 1224 | Director: Technology |
| | | 6140 | Information Services/Tech Support |
| 2110 | Curriculum Directors and Department Heads (Supervisory) | 1211 | Director Pupil Personnel |
| 2120 | Curriculum Directors and Department Heads (Non-Supervisory) | 1212 | SPED Administrator |
| | | 1213 | Director Arts |
| | | 1214 | Director Assessment |
| | | 1215 | Director Curriculum |
| | | 1216 | Director English Language Learner |
| | | 1217 | Director English |
| | | 1218 | Director Foreign Languages |
| | | 1219 | Director History/Social Studies |
| | | 1221 | Director Mathematics |
| | | 1222 | Director Reading |
| | | 1223 | Director Science |
| | | 1312 | School Special Education Administrator |
| | | 1320 | Other School Administrator |
| 2130 | Instructional Technology Leadership and Training | 1224 | Director of Technology |
| 2210 | School Leadership | 1305 | Principal |
| | | 1310 | Asst Principal |
| 2250 | Administrative Technology and Support – Schools | 1224 | Director: Technology |
| | | 6140 | Information Services/Tech Support |
| 2305 | Teachers, Classroom | 2305 | Teacher |
| | | 2306 | Co-teacher |
| | | 2307 | Virtual Course Teacher |
| | | 2325 | Long-term Sub |
| | | 2310 | Teacher – Support Content |

| BOCES Func Code | Function Name | EPMS Job Code | Job Name |
|---|---|---|---|
| 2320 | Medical / Therapeutic Services | 3326 | Recreation Specialist |
| | | 3327 | Rehab Counselor |
| | | 3411 | Audiologist |
| | | 3421 | Occupational Therapist |
| | | 3431 | Physical Therapist |
| | | 3441 | Peripatologist |
| | | 3451 | Speech Pathologist |
| | | 3461 | Other Related SPED Staff |
| 2324 | Substitutes, Long Term | 2325 | Long-term Sub |
| 2325 | Substitutes, Short Term | Not reported in EPMS | |
| 2330 | Paraprofessionals | 3323 | Tutor |
| | | 3324 | Educational Interpreters |
| | | 4100 | Paraprofessional |
| 2340 | Librarians/Media Center Directors | 1220 | Director Library/Media |
| | | 3330 | Librarian/Media Director |
| 2345 | Distance Learning and Online Coursework | 2307 | Virtual Course Teacher |
| | | 2308 | Virtual Course Co-Teacher |
| 2351 | Professional Development Leadership | 1225 | Director Professional Development |
| 2352 | Instructional Coaches | 2330 | Instructional Coach |
| 2354 | Stipends for teachers providing instructional coaching | Not reported in EPMS | |
| 2356 | Stipends for teachers to attend professional development | Not reported in EPMS | |
| 2358 | Outside professional development providers | Not reported in EPMS | |
| | | | |
| | | | |
| 2410 | Textbooks | Not reported in EPMS | |
| 2415 | Other Instructional Matls (Libraries) | Not reported in EPMS | |
| 2420 | Instructional Equipment | Not reported in EPMS | |
| 2430 | General Classroom Supplies | Not reported in EPMS | |
| 2440 | Other Instructional Services | 3340 | Junior ROTC |
| 2451 | Instructional Hardware –Student and Staff Devices (computers) | Not reported in EPMS | |
| 2453 | Instructional Hardware—All Other | Not reported in EPMS | |
| 2455 | Instructional Software and Other Instructional Materials | Not reported in EPMS | |
| 2710 | Guidance incl Adjustment Counselors | 1210 | Supervisor/Director of Guidance |
| | | 3328 | Work Study Coordinator |
| | | 3329 | Guidance Counselor |
| | | 3333 | Pathways Coordinator |
| | | 3350 | School Adjustment Counselor/Non-SPED |
| | | 3351 | School Adjustment Counselor/SPED |
| 2720 | Testing and Assessment | 3325 | Diagnostic/Evaluation Staff |
| 2800 | Psychological Services | 3360 | School Psychologist/Non-SPED |
| | | 3361 | School Psychologist/SPED |
| | | 3370 | School Social Worker/Non-SPED |
| | | 3371 | School Social Worker/SPED |
| 3100 | Attendance and Parent Liaison Services | 3332 | Family Engagement Coordinator |
| 3200 | Medical/Health Services | 1226 | School Nurse Leader |
| | | 5010 | Physician |
| | | 5015 | Psychiatrist |
| | | 5020 | School Nurse/Non-SPED |
| | | 5021 | School Nurse/SPED |
| 3300 | Transportation Services | Not reported in EPMS | |
| 3400 | Food Services | Not reported in EPMS | |
| 3510 | Athletics | Not reported in EPMS | |
| 3520 | Other Student Activities | Not reported in EPMS | |

| EDUFI DPS Code | Function Name | EPIMS Job Code | Job Name |
|---|---|---|---|
| 3600 | School Security | 3331 | School Resource Officer |
| 4110 | Custodial Services | Not reported in EPIMS | |
| 4120 | Heating of Buildings | Not reported in EPIMS | |
| 4130 | Utility Services | Not reported in EPIMS | |
| 4210 | Maintenance of Grounds | Not reported in EPIMS | |
| 4220 | Maintenance of Buildings | Not reported in EPIMS | |
| 4225 | Building Security System | Not reported in EPIMS | |
| 4230 | Maintenance of Equipment | Not reported in EPIMS | |
| 4300 | Extraordinary Maintenance | Not reported in EPIMS | |
| 4400 | Technology Infrastructure, Maintenance, and Support—Salaries | 1101 | Asst/Deputy Supt |
| | | 1224 | Director Technology |
| 4450 | Technology Infrastructure, Maintenance, and Support—All Other | 6140 | Information Services/Tech Support |
| 5100 | Employer Retirement Contributions | Not reported in EPIMS | |
| 5150 | Employee Separation Costs | Not reported in EPIMS | |
| 5200 | Insurance for Active Employees | Not reported in EPIMS | |
| 5250 | Insurance for Retired School Employees | Not reported in EPIMS | |
| 5260 | Other Non-Employee Insurance | Not reported in EPIMS | |
| 5300 | Rental Lease of Equipment | Not reported in EPIMS | |
| 5350 | Rental Lease of Buildings | Not reported in EPIMS | |
| 5400 | Short Term Interest RANs | Not reported in EPIMS | |
| 5450 | Short Term Interest BANs | Not reported in EPIMS | |
| 5500 | Other Fixed Charges | Not reported in EPIMS | |
| 5550 | School Crossing Guards | Not reported in EPIMS | |
| 5990 | Indirect Cost Transfers | Not reported in EPIMS | |
| 6200 | Civic Activities | Not reported in EPIMS | |
| 6300 | Recreation Services | Not reported in EPIMS | |
| 6800 | Health Services to Non-Public Schools | Not reported in EPIMS | |
| 6900 | Transportation to Non-Public Schools | Not reported in EPIMS | |
| 6910 | Non-public transportation in-district | Not reported in EPIMS | |
| 6920 | Non-public transportation out-of-district | Not reported in EPIMS | |
| 7100 | Purchase of Land and Buildings (7100, 7200) | Not reported in EPIMS | |
| 7200 | Purchase of Land and Buildings (7100, 7200) | Not reported in EPIMS | |
| 7300 | Equipment (7300, 7400) | Not reported in EPIMS | |
| 7350 | Capital Technology | Not reported in EPIMS | |
| 7400 | Equipment (7300, 7400) | Not reported in EPIMS | |
| 7500 | Motor Vehicles (7500, 7600) | Not reported in EPIMS | |
| 7600 | Motor Vehicles (7500, 7600) | Not reported in EPIMS | |
| 8100 | Debt Retirement/School Construction | Not reported in EPIMS | |
| 8200 | Debt Service/School Construction | Not reported in EPIMS | |
| 8400 | Debt Service/Educ and Other (8400, 8600) | Not reported in EPIMS | |
| 8600 | Debt Service/Educ and Other (8400, 8600) | Not reported in EPIMS | |
| 9100 | Tuition to Mass. Schools | Not reported in EPIMS | |
| 9110 | Tuition for School Choice | Not reported in EPIMS | |
| 9120 | Tuition to Commonwealth Charter Schools | Not reported in EPIMS | |
| 9125 | Tuition to Horace Mann Charter Schools | Not reported in EPIMS | |
| 9200 | Tuition to Out-of-State Schools | Not reported in EPIMS | |
| 9300 | Tuition to Non-Public Schools | Not reported in EPIMS | |
| 9400 | Tuition to Collaboratives | Not reported in EPIMS | |
| 9500 | Regional School Assessment | Not reported in EPIMS | |
| 9600 | Out-of-district Transportation | Not reported in EPIMS | |

# EXHIBIT 14

| Student: | | Last Name, First Name | | DOB: | | /2016 | | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|

mm/dd/yyyy

**PLANNING AND PLACEMENT TEAM (PPT) COVER PAGE**

mm/dd/yyyy

Current Enrolled School: PreSchool Planning and Placement Team   Age: 3   Current Grade: P3   H.S. Credits:   Grade Next Yr: PreK   Gender: Female

Current Home School: Toquam Magnet School   School Next Year:   APPLES Preschool Program   Home School Next Year: Toquam Magnet School

SASID#:   If your school district does not have its own high school, is the student attending the designated high school?

Case Manager:   ☐ Yes   ☐ No   ☑ NA

Student Address[1] : , Stamford, CT 06902   Student Instructional Lang:   ☑ English   ☐ Other (Specify)

Parent/Guardian (Name):   [Mother]   Home Dominant Lang:   ☑ English   ☐ Other (Specify)

Parent/Guardian (Address):   ☑ Same   Student Home Phone:   Parent Home Phone:

Surrogate   Parent Work Phone:   Misc. Phone:

(Name and Address):   Most Recent Eval. Date: 09/13/2019   Next Reevaluation Date: 09/13/2022

Most Recent Annual Review Date: 06/05/2020   mm/dd/yyyy   mm/dd/yyyy

mm/dd/yyyy   Next Annual Review Date: 06/04/2021

mm/dd/yyyy

**Reason For Meeting** [2] :  ☐ Review Referral   ☐ Plan Eval/Reeval   ☐ Review Eval/Reeval   ☐ Determine Eligibility   ☐ Determine Continuing Eligibility   ☐ Develop IEP

☐ Review or Revise IEP   ☑ Conduct Annual Review   ☐ Transition Planning   ☐ Manifestation Determination   ☐ Other(specify)

**Primary**      ☐ Autism                          ☐ Emotional Disturbance   ☑ Multiple Disabilities   ☐ Orthopedic Impairment           ☐ Speech or Language Impaired   ☐ Other Health Impairment

**Disability** :  ☐ Deaf- Blindness             ☐ Hearing Impairment (Deaf or Hard of Hearing)   ☐ Specific Learning Disabilities   ☐ Traumatic Brain Injury   ☐ OHI-ADD/ADHD

☐ Developmental Delay (ages3-5 only)   ☐ Intellectual Disability   ☐ Specific Learning Disabilities/Dyslexia   ☐ Visual Impairment   ☐ To be Determined

**The next Projected PPT meeting date is :** 06/04/2021

• Eligible as a student in need of Special Education (The child is evaluated as having a disability, and needs special education and related services)   ☑ Yes   ☐ No

• Is this an Amendment to a current IEP using Form ED 634?   ☐ Yes, attached is the ED 634 and amendments (revised IEP pages 1,2,3 and other supporting IEP documents)   ☑ No

   If YES, what is the date of the IEP being amended?

**Team Member Present (required)**

| | | | | |
|---|---|---|---|---|
| Admin/Designee: | Massa, Gabrielle | Spec. Edu Teacher: | Gravengaard-Morgan, Kirsten | OT: | Falco, Andrea |
| Parent/Guardian: | | School Psych: | | PT: | Vidal, Trish |
| Parent/Guardian: | | Social Work: | | Agency: | |
| Surrogate Parent: | | Speech/Lang: | Rende, Jackie | Other (specify) | |
| Student: | | Guidance: | | Other (specify) | |
| Student's Reg. Ed Teacher: | | Nurse: | | Other (specify) | |

[1] Address of student's primary residence. [2] May choose more than one.

| Student: | F[blacked out] :[blacked out] | DOB: | [blacked out]/2016 | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 |
| Last Name, First Name | | | mm/dd/yyyy | | | | mm/dd/yyyy |

## LIST OF PPT RECOMMENDATIONS

**ANNUAL REVIEW 1 6/5/2020**
Team recommended continued placement in 2.5 hour special education classroom with the following supports:
2 x 30 speech
2 x 30 physical therapy
2 x 30 occupational therapy
ESY

Review Evaluations/Determine Eligibility: 9/13/19
1. H[blacked out] qualifies for special education services under the label Multiple Disabilities.
2. Team recommends 2.5 hour special education classroom 5 days a week
3. Speech 2x30 minutes weekly, OT 2x30 minutes weekly & PT 2x30 minutes.
4. Transportation will be provided.
5. Team recommends an AAC observation be conducted once she is comfortable in the classroom.
6. Start date will be 10/13/19

Review Referral: 7/18/18
1. Team recommended evaluations in the following areas: education, speech/language, developmental, OT, PT and observation at her current school.
2. Team will reconvene within 45 school days to go over evaluations and determine eligibility

## PLANNING AND PLACEMENT TEAM MEETING SUMMARY(OPTIONAL)

**ANNUAL REVIEW 1 6/5/2020**
The purpose of this meeting is to conduct an annual review. Ms. F[blacked out] received letter of invite 5 days in advance of today's meeting. Ms. F[blacked out] did not need review of Procedural Safeguards, Seclusion/Restraint policy or Transition Bill of Rights. The School Based Health Center was reviewed with the parents at the 7/18/19 meeting. The acceptance of this IEP constitutes parental consent for the purposes of the SBHC Program and Ms. F[blacked out] understands that permission can be withdrawn at any time without interruption to Special Education Related Services. All IEP services will be provided without any cost to the parent. Introductions were made. Ms. F[blacked out] gave permission to proceed with meeting in GoToMeeting. Ms. F[blacked out] gave permission to proceed with all attendees. All members of the PPT team have confirmed that they are in a location that would support confidentially.

Due to the pandemic of COVID-19, meeting was held virtually. This IEP has been developed during the time of school closure due to the COVID-19 pandemic. The IEP has been developed for implementation within a regular school building and is based on the currently available information.

Classroom teacher reported on H[blacked out] 's progress.
Speech therapist reported on H[blacked out] 's progress.
Physical therapist reported on H[blacked out] 's progress.
Occupational therapist reported on H[blacked out] 's progress.

S-7 will be sent to Ms. F[blacked out] so the JCC summer camp program and the Tully Center therapists can communicate with SPS personnel.

**REVIEW EVALUATIONS AND DETERMINE ELIGIBILITY: 9/13/19**
The purpose of the meeting is to review the evaluation results and determine eligibility for Special Education support services. The parents did not need review of the Procedural Safeguards and Seclusion/ Restraint policy. The parents received letter of invite 5 days in advance of today's scheduled meeting. Introductions were made. Parent gave permission to proceed with all meeting attendees. The School Based Child Health Program (SBCH) was reviewed with the parents. The acceptance of this IEP constitutes parental consent for purposes of the SBCH Program and the

ED 620 Revised July 2018    INDIVIDUALIZED EDUCATION PROGRAM    2

| Student: | | DOB: | /2016 | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 |
|---|---|---|---|---|---|---|---|
| Last Name, First Name | | | mm/dd/yyyy | | | | mm/dd/yyyy |

## PLANNING AND PLACEMENT TEAM MEETING SUMMARY(OPTIONAL)

(Cont'd)

parents understand that permission can be withdrawn at any time without an interruption to Special Education Services /Related Services. All IEP services will be provided without any cost to the parent. Team went over evaluations in the following areas: educational, speech/language, developmental, OT & PT and parents were allowed ample time to ask questions. H_____ qualifies for special education services under the label Multiple Disabilities  Team recommends 2.5 hour special education classroom 5 days a week with speech 2x30 minutes weekly, OT 2x30 minutes weekly & PT 2x30 minutes  Transportation will be provided. Team went over goals and objectives. Team recommends an AAC observation be conducted once she is comfortable in the classroom.

REVIEW REFERRAL: 7/18/19

The purpose of the meeting is to review the referral to Special Education and develop an evaluation plan.  The parents did not need review of the Procedural Safeguards and Seclusion / Restraint policy.  The parents received letter of invite 5 days in advance of today's scheduled meeting.  Introductions were made.  Parent gave permission to proceed with all meeting attendees. Parents expressed concerns with her functional language and motor skills. H_____ has a rare genetic disease GNB1 which affects gross and fine motor skills as well as global developmental delays. Jumpstart went over progress. B23 went over current performance.  Team recommended evaluations in the following areas: education, speech/language, developmental, OT, PT and observation at her current school. Team will reconvene within 45 school days to go over evaluations and determine eligibility

**Parents please note:** Effective October 1, 2009, parents must be provided with a copy of the state developed *Parental Notification of the Laws Relating to Physical Restraint and Seclusion in the Public Schools* (https://portal.ct.gov/SDE/Special-Education/Special-Education--Legal-and-Due-Process) at the first PPT meeting following a child's initial referral for special education.  ☑ A copy of the *Parental Notification of the Laws Relating to Physical Restraint and Seclusion in the Public Schools* has been  provided to the parents on 7/18/2019.

| Student: | DOB: | /2016 mm/dd/yyyy | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 mm/dd/yyyy |
|---|---|---|---|---|---|---|

Last Name, First Name

## PRIOR WRITTEN NOTICE

| Actions Proposed | Reasons for proposed actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions proposed (dated) | | Date these actions will be implemented |
|---|---|---|---|---|

| Develop Initial IEP | ☑ Educational performance supports proposed actions | ☑ Achievement  09/13/2019 | ☑ Motor  09/13/2019 | 9/13/2019 |
| | ☑ Evaluation results support proposed actions | ☐ Adaptive | ☐ Report Cards | |
| | ☐ Previous IEP goals and objectives have been satisfactorily achieved | ☑ Classroom Observation  09/13/2019 | ☐ Review of Records (dated) | |
| | ☐ Student has met Exit Criteria | ☐ Cognitive | ☐ Social Emotional Behavior | |
| | ☐ Other | ☑ Communication  09/13/2019 | ☐ Teacher Reports | |
| | | ☑ Developmental  09/13/2019 | ☐ Other | |
| | | ☐ Health/Medical | (Specify and dated) | |

| Actions Refused | Reasons for Refused actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions refused (dated) | | Exit Information |
|---|---|---|---|---|

| | ☐ Educational performance supports refusal | ☐ Achievement | ☐ Motor | |
| | ☐ Evaluation results support refusal | ☐ Adaptive | ☐ Report Cards | |
| | ☐ Previous IEP goals and objectives have been satisfactorily achieved | ☐ Classroom Observation | ☐ Review of Records | |
| | ☐ Student has met Exit Criteria | ☐ Cognitive | ☐ Social Emotional Behavior | |
| | ☐ Other | ☐ Communication | ☐ Teacher Reports | |
| | | ☐ Developmental | ☐ Other (Specify and dated) | |
| | | ☐ Health/Medical | | |

| Other options considered and rejected in favor of the proposed actions | Rationale for rejecting other options | Other factors that are relevant to this action | Exit Information |
|---|---|---|---|

| ☐ Full-time placement in general education with supplementary aids and services. | ☐ Options would not provide Student with an appropriate program in the least restrictive environment. | ☐ There are no other factors that are relevant to the PPT decision | ☐ Date of exit from Special Education: |
| ☑ No other options were considered and rejected. | ☐ Other: (specify) | ☑ Information/concerns shared by the parents | ☐ Returning to general education |
| ☐ Other options considered and rejected in favor of this action: | | ☐ Information/preferences shared by the student | ☐ Reason for exiting Special Education: |
| | | ☐ Other: (specify) | |

**Parents please note:** Under the procedural safeguards of IDEA, a copy of the Procedural Safeguards in Special Education shall be given to the parents of a child with a disability only one time per year, except that a copy also shall be given to the parents: 1) upon initial referral or parental request for evaluation, 2) upon the first occurrence of the filing of a complaint under Section 615(b)(6), 3) upon request by a parent, and 4) upon a change of placement resulting from a disciplinary action. A copy of Procedural Safeguards in Special Education which explains these protections   ☐ was made available previously this school year (date)  _____
☐ is enclosed with this document. A copy of Procedural Safeguards in Special Education is available on school district website:  www.stamfordpublicschools.org/schools/specialeducation. If you need assistance in understanding the provisions of IDEA, please contact your child's principal, the district's special education director or the CT's federally designated Parent Training and Information Center (CPAC at 800-445-2722). For a copy of "A Parent's Guide to Special Education in CT and other resources contact SERC (800-842-8678) or go to: https://portal.ct.gov/SDE/Special-Education/Special-Education-Resources-for-Families.

ED 620,Revised July 2016                     INDIVIDUALIZED EDUCATION PROGRAM                     3

| Student: | F___ ___: | DOB: | 2016 mm/dd/yyyy | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 mm/dd/yyyy |
|---|---|---|---|---|---|---|---|
| Last Name, First Name | | | | | | | |

## PRIOR WRITTEN NOTICE

| Actions Proposed | Reasons for proposed actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions proposed (dated) | | Date these actions will be implemented |
|---|---|---|---|---|

Implement IEP

**Reasons for proposed actions**
- ☑ Educational performance supports proposed actions
- ☑ Evaluation results support proposed actions
- ☐ Previous IEP goals and objectives have been satisfactorily achieved
- ☐ Student has met Exit Criteria
- ☐ Other ___

**Evaluation procedure, assessment, records, or reports used as a basis for the actions proposed (dated)**
- ☑ Achievement 09/13/2019
- ☐ Adaptive
- ☑ Classroom Observation 09/13/2019
- ☐ Cognitive
- ☑ Communication 09/13/2019
- ☑ Developmental 09/13/2019
- ☐ Health/Medical
- ☑ Motor 09/13/2019
- ☐ Report Cards
- ☐ Review of Records (dated)
- ☐ Social Emotional Behavior
- ☐ Teacher Reports
- ☐ Other (Specify and dated)

**Date these actions will be implemented**
10/13/2019

| Actions Refused | Reasons for Refused actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions refused (dated) | |
|---|---|---|---|

**Reasons for Refused actions**
- ☐ Educational performance supports refusal
- ☐ Evaluation results support refusal
- ☐ Previous IEP goals and objectives have been satisfactorily achieved
- ☐ Student has met Exit Criteria
- ☐ Other ___

**Evaluation procedure, assessment, records, or reports used as a basis for the actions refused (dated)**
- ☐ Achievement
- ☐ Adaptive
- ☐ Classroom Observation
- ☐ Cognitive
- ☐ Communication
- ☐ Developmental
- ☐ Health/Medical
- ☐ Motor
- ☐ Report Cards
- ☐ Review of Records
- ☐ Social Emotional Behavior
- ☐ Teacher Reports
- ☐ Other(Specify and dated)

| Other options considered and rejected in favor of the proposed actions | Rationale for rejecting other options | Other factors that are relevant to this action | Exit Information |
|---|---|---|---|

**Other options considered and rejected in favor of the proposed actions**
- ☐ Full-time placement in general education with supplementary aids and services.
- ☑ No other options were considered and rejected.
- ☐ Other options considered and rejected in favor of this action:

**Rationale for rejecting other options**
- ☐ Options would not provide Student with an appropriate program in the least restrictive environment.
- ☐ Other: (specify)

**Other factors that are relevant to this action**
- ☐ There are no other factors that are relevant to the PPT decision
- ☑ Information/concerns shared by the parents
- ☐ Information/preferences shared by the student
- ☐ Other: (specify)

**Exit Information**
- ☐ Date of exit from Special Education:
- ☐ Returning to general education
- ☐ Reason for exiting Special Education:

**Parents please note**: Under the procedural safeguards of IDEA, a copy of the Procedural Safeguards in Special Education shall be given to the parents of a child with a disability only one time per year, except that a copy also shall be given to the parents: 1) upon initial referral or parental request for evaluation, 2) upon the first occurrence of the filing of a complaint under Section 615(b)(6), 3) upon request by a parent, and 4) upon a change of placement resulting from a disciplinary action. A copy of Procedural Safeguards in Special Education which explains these protections ☐ was made available previously this school year (date) _____ ☐ is enclosed with this document. A copy of Procedural Safeguards in Special Education is available on school district website: www.stamfordpublicschools.org/school/specialeducation. If you need assistance in understanding the provisions of IDEA, please contact your child's principal, the district's special education director or the CT's federally designated Parent Training and Information Center (CPAC at 800-445-2722). For a copy of "A Parent's Guide to Special Education in CT" and other resources contact SERC (800-842-8678) or go to: https://portal.ct.gov/SDE/Special-Education/Special-Education-Resources-for-Families.

ED 620, Revised July 2018                          INDIVIDUALIZED EDUCATION PROGRAM                          3

| Student: F___ H___ Last Name, First Name | DOB: | ___/2016 mm/dd/yyyy | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 mm/dd/yyyy |

# PRIOR WRITTEN NOTICE

## Actions Proposed

**Actions Proposed**

Determine that student IS eligible for Special Education

**Reasons for proposed actions**

☑ Educational performance supports proposed actions
☑ Evaluation results support proposed actions
☐ Previous IEP goals and objectives have been satisfactorily achieved
☐ Student has met Exit Criteria
☐ Other ___

**Evaluation procedure, assessment, records, or reports used as a basis for the actions proposed (dated)**

☑ Achievement  09/13/2019
☐ Adaptive ___
☑ Classroom Observation  09/13/2019
☐ Cognitive ___
☑ Communicator  09/13/2019
☑ Developmental  09/13/2019
☐ Health/Medical ___

☑ Motor  09/13/2019
☐ Report Cards ___
☑ Review of Records (dated) 07/18/2019
☐ Social Emotional Behavior ___
☐ Teacher Reports ___
☐ Other ___
(Specify and dated)

**Date these actions will be implemented**

9/13/2019

## Actions Refused

**Actions Refused**

**Reasons for Refused actions**

☐ Educational performance supports refusal
☐ Evaluation results support refusal
☐ Previous IEP goals and objectives have been satisfactorily achieved
☐ Student has met Exit Criteria
☐ Other ___

**Evaluation procedure, assessment, records, or reports used as a basis for the actions refused (dated)**

☐ Achievement ___
☐ Adaptive ___
☐ Classroom Observation ___
☐ Cognitive ___
☐ Communicator ___
☐ Developmental ___
☐ Health/Medical ___

☐ Motor ___
☐ Report Cards ___
☐ Review of Records ___
☐ Social Emotional Behavior ___
☐ Teacher Reports ___
☐ Other(Specify and dated) ___

## Other options considered and rejected in favor of the proposed actions

**Other options considered and rejected in favor of the proposed actions**

☐ Full-time placement in general education with supplementary aids and services.
☑ No other options were considered and rejected.
☐ Other options considered and rejected in favor of this action:

**Rationale for rejecting other options**

☐ Options would not provide Student with an appropriate program in the least restrictive environment.
☐ Other: (specify) ___

**Other factors that are relevant to this action**

☐ There are no other factors that are relevant to the PPT decision
☑ Information/concerns shared by the parents
☐ Information/preferences shared by the student
☐ Other: (specify) ___

**Exit Information**

☐ Date of exit from Special Education: ___
☐ Returning to general education
☐ Reason for exiting Special Education: ___

**Parents please note**: Under the procedural safeguards of IDEA, a copy of the Procedural Safeguards in Special Education shall be given to the parents of a child with a disability only one time per year, except that a copy also shall be given to the parents: 1) upon initial referral or parental request for evaluation, 2) upon the first occurrence of the filing of a complaint under Section 615(b)(6), 3) upon request by a parent, and 4) upon a change of placement resulting from a disciplinary action. A copy of Procedural Safeguards in Special Education which explains these protections ☐ was made available previously this school year (date) ___ ☐ is enclosed with this document. A copy of Procedural Safeguards in Special Education is available on school district website: www.stamfordpublicschools.org/schools/specialeducation. If you need assistance in understanding the provisions of IDEA, please contact your child's principal, the district's special education director or the CT's federally designated Parent Training and Information Center (CPAC at 800-445-2722). For a copy of "A Parent's Guide to Special Education in CT" and other resources contact SERC (800-842-8678) or go to: https://portal.ct.gov/SDE/Special-Education/Special-Education-Resources-for-Families.

ED 620, Revised July 2018    INDIVIDUALIZED EDUCATION PROGRAM    3

Student: _____ [Last Name, First Name]   DOB: _____   _____/_____/2016 mm/dd/yyyy   District: Stamford Public Schools   Meeting Date: 06/05/2020 mm/dd/yyyy

## PRIOR WRITTEN NOTICE

| Actions Proposed | Reasons for proposed actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions proposed (dated) | Date these actions will be implemented |
|---|---|---|---|
| Develop IEP at Annual Review | ☑ Educational performance supports proposed actions<br>☑ Evaluation results support proposed actions<br>☐ Previous IEP goals and objectives have been satisfactorily achieved<br>☐ Student has met Exit Criteria<br>☐ Other<br>_____ | ☐ Achievement<br>☐ Adaptive<br>☐ Classroom Observation<br>☐ Cognitive<br>☐ Communication<br>☐ Developmental<br>☐ Health/Medical<br>☐ Motor<br>☐ Report Cards<br>☐ Review of Records (dated)<br>☐ Social Emotional Behavior<br>☑ Teacher Reports<br>☐ Other (Specify and dated) | 6/29/2020 |

| Actions Refused | Reasons for Refused actions | Evaluation procedure, assessment, records, or reports used as a basis for the actions refused (dated) | |
|---|---|---|---|
| | ☐ Educational performance supports refusal<br>☐ Evaluation results support refusal<br>☐ Previous IEP goals and objectives have been satisfactorily achieved<br>☐ Student has met Exit Criteria<br>☐ Other<br>(specify) | ☐ Achievement<br>☐ Adaptive<br>☐ Classroom Observation<br>☐ Cognitive<br>☐ Communication<br>☐ Developmental<br>☐ Health/Medical | ☐ Motor<br>☐ Report Cards<br>☐ Review of Records<br>☐ Social Emotional Behavior<br>☐ Teacher Reports<br>☐ Other (Specify and dated) |

| Other options considered and rejected in favor of the proposed actions | Rationale for rejecting other options | Other factors that are relevant to this action | Exit Information |
|---|---|---|---|
| ☐ Full-time placement in general education with supplementary aids and services.<br>☑ No other options were considered and rejected.<br>☐ Other options considered and rejected in favor of this action.<br>_____ | ☐ Options would not provide Student with an appropriate program in the least restrictive environment.<br>☐ Other: (specify) | ☐ There are no other factors that are relevant to the PPT decision<br>☑ Information/concerns shared by the parents<br>☐ Information/preferences shared by the student<br>☐ Other: (specify) | ☐ Date of exit from Special Education:<br>☐ Returning to general education<br>☐ Reason for exiting Special Education: |

**Parents please note:** Under the procedural safeguards of IDEA, a copy of the Procedural Safeguards in Special Education shall be given to the parents of a child with a disability only one time per year, except that a copy also shall be given to the parents: 1) upon initial referral or parental request for evaluation, 2) upon the first occurrence of the filing of a complaint under Section 615(b)(6), 3) upon request by a parent, and 4) upon a change of placement resulting from a disciplinary action. A copy of Procedural Safeguards in Special Education which explains these protections _____ was made available previously this school year (date) _____. A copy of Procedural Safeguards in Special Education is available on school district website: www.stamfordpublicschools.org/schools/specialeducation. If you need assistance _____ is enclosed with this document. A copy of Procedural Safeguards in Special Education is available on school district website: www.stamfordpublicschools.org/schools/specialeducation. If you need assistance in understanding the provisions of IDEA, please contact your child's principal, the district's special education director or the CT's federally designated Parent Training and Information Center (CPAC at 800-445-2722). For a copy of "A Parent's Guide to Special Education in CT and other resources contact SERC (800-842-8678) or go to: https://portal.ct.gov/SDE/Special-Education/Resources-for-Families.

ED 620, Revised July 2018   INDIVIDUALIZED EDUCATION PROGRAM   3

| Student: | F____ J.____ | DOB: | _____ 2016 | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 |
|---|---|---|---|---|---|---|---|
| | Last Name, First Name | | mm/dd/yyyy | | | | mm/dd/yyyy |

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

(The following information was derived from: report data, documentation from classroom performance, observations, parent/student reports, and curriculum based and standardized assessments, including Smarter Balanced and CT Alternate Assessments results and student samples).

**Parent and Student input and concerns:** The F____ family welcomed a new baby girl into the world last week.

| Area (briefly describe current performance) | Strengths (include data as appropriate) | Concerns/Needs (requiring specialized instruction) | Impact of student's disability on involvement and progress in the general education curriculum or appropriate preschool activities |
|---|---|---|---|
| **Academic/Cognitive: Language Arts:**<br>☐ Age Appropriate<br><br>The Developmental Assessment of Young Children (DAYC-2) used in conjunction with the CT DOTS (Connecticut Documentation and Observation for Teaching System) reflected significant overall delays in cognitive/school readiness skills. June 2020: H____ continues to show significant overall delays in cognitive and preschool readiness skills. | H____ shows strength in engaging with familiar adults in greetings and preferred activities. She shows distinct preferences in toys and activities. She will vocalize both delight and dismay in response to classroom routines and transitions. H____ is able to show preference by choosing between concrete objects or toys. | H____ continues to show difficulties in participating in circle time songs/fingerplays, attending and participating in story time, and indicating choices from pictures. | H____'s difficulties in preschool readiness skills will impact her ability to access a general education curriculum without special education accommodations and modifications, such as verbal cues, tactile prompts, modeling, hand over hand assistance and visuals to support instruction. |
| **Academic/Cognitive: Math:**<br>☐ Age Appropriate<br><br>The Developmental Assessment of Young Children (DAYC-2) used in conjunction with the CT DOTS (Connecticut Documentation and Observation for Teaching System) reflected significant overall delays in cognitive/school readiness skills. June 2020: H____ continues to show significant overall delays in cognitive and school readiness skills according to the CT DOTS observation progression. | H____ can attend to preferred toys and reach for desired items. H____ will tolerate hand over hand assistance to activate a preferred cause/effect toy. | H____ struggles to activate a cause-effect toy with verbal prompts. | H____'s limitations in cognitive and school readiness skills will impact her ability to access a general education curriculum without special education accommodations and modifications, such as verbal cues, tactile prompts, modeling, hand over hand assistance and visuals to support instruction. |
| **Other Academic/Nonacademic Areas:**<br>☑ Age Appropriate<br>NA | NA | NA | NA |

INDIVIDUALIZED EDUCATION PROGRAM

4

| Student: P■■ I: | DOB: | /2016 | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 |
| Last Name, First Name | | mm/dd/yyyy | | | | mm/dd/yyyy |

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

| Area (briefly describe current performance) | Strengths (include data as appropriate) | Concerns/Needs (requiring specialized instruction) | Impact of student's disability on involvement and progress in the general education curriculum or appropriate preschool activities. |
|---|---|---|---|
| **Behavioral/Social/Emotional:** ☐ Age Appropriate  The Developmental Assessment of Young Children (DAYC-2) used in conjunction with the CT DOTS (Connecticut Documentation and Observation for Teaching System) reflected significant delays in cognitive/school readiness skills. June 2020: ■ continues to demonstrate significant delays in cognitive and school readiness skills according to the CT DOTS observation progression. | ■■s strengths are in greeting familiar adults in the classroom, and vocalizing both delight and dismay during classroom routines and transitions. | ■■s challenges continue to be in the areas of participation and engagement in the preschool classroom. These challenges are addressed in study skills goals. | ■■s continued delays in cognitive and school readiness skills will impact her ability to access a general education, preschool experience without special education accommodations and modifications, such as verbal cues, tactile prompts, modeling and visuals to support instruction. |
| **Communication:** ☐ Age Appropriate  ■ demonstrates delays in her expressive, receptive and pragmatic language skills. Results of testing on the PLS-5, administered in 7/2019, revealed a standard score of 50 (AC-50, EC-50). | ■ demonstrates the ability to vocalize to indicate pleasure and displeasure. She reaches for desired objects, smiles readily, and enjoys establishing and maintaining eye contact and joint attention with others. Given support, ■ is able to participate in basic turn taking activities (e.g. rolling a ball back and forth) and can activate a pre-recorded push button to engage in structured activities (e.g. repetitive songs, lines in a story). | ■ continues to demonstrate challenges with the following: following simple directions/routines, indicating what she wants, identifying items (receptive vocabulary), and making choices. | ■■s expressive, receptive and pragmatic language delays impact her ability to access the general education curriculum without Speech & Language support as well as accommodations and modifications. |
| **Vocational/Transition:** ☑ Age Appropriate  NA | NA | NA | NA |
| **Health and Development-Including Vision and Hearing:** ☑ Age Appropriate  NA The developmental history may be accessed in ■■s school file. | NA | NA | NA |
| **Fine and Gross Motor:** ☐ Age Appropriate  ■ can move from her belly/back to sitting independently. She uses pushes back into a 'w' sit position and can scoot/bunny crawl around her school environment independently. She needs a stroller/wheelchair for school negotiation. ■ is demonstrating improvement functional use of her hands for reaching, grasping favored toys and activating switches and cause/effect toys. | ■ is moving/scooting on the floor independently and she is stable and safe sitting on the floor. Active movement with preferred available range, ability to interact with environment and people, ability to explore and play with a preferred object. ■ has demonstrated improved tolerance for and interest in tactile input. She is demonstrating increased purposeful movement of her hands to make choices of favored objects and to activate a voice output switch for favored activities. ■ is able to pull a favored jar of food over, hit a switch to make a voice output recorded voice speak, take items out of containers (gross grasp) and put items into containers or baskets during cleanup. | ■ continues to find pulling to stand, weight shifting in standing, cruising on furniture and ambulation with an assistive device challenging. ■ continues to struggle to use her fingers and thumb to grasp objects without the support of her palms. She is not yet isolating one or two fingers for more precise point or choice making. She is not yet able to release an object from her hand onto a surface, with control. | ■■s delay in fine and gross motor skill will negatively impact her ability to independently participate in and negotiate the school environment without modification and accommodations and support from a occupational and physical therapist. |

ED 620 Revised February 2009a                    INDIVIDUALIZED EDUCATION PROGRAM                    5

Student: ___ F___ H___                    DOB: _____          District:     Stamford Public Schools          Meeting Date:      06/05/2020
       Last Name, First Name                                                                                                              mm/dd/yyyy        (Cont'd)

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

| Area (briefly describe current performance ) | Strengths (include data as appropriate) __ /2016 mm/dd/yyyy | Concerns/Needs (requiring specialized instruction) | Impact of student's disability on involvement and progress in the general education curriculum or appropriate preschool activities. 06/05/2020 mm/dd/yyyy |
|---|---|---|---|
| **Activities of Daily Living:**<br>☐ Age Appropriate<br><br>H___ is participating with less resistance in dressing and feeding tasks in the school environment. She continues to need maximal assistance to manage belongings. She is not yet demonstrate interest in self feeding. | ___ is currently drinking pediasure as her primary liquid source and eating purees. She will open in her mouth in anticipation of food, when she is interested in the food and the person feeding her. H___ developed increased tolerance of novel and varied persons supporting her feeding. She is tolerating and interested in food play and will grasp and swish a spoon in food play, though she is not yet participating in bringing hands or tool to mouth. | She is not yet using a tool or her fingers for self-feeding. | H___ s delayed fine motor and self-care skills are negatively impacting her ability to access a preschool setting without full adult support including modifications, accommodations and direct Occupational Therapy intervention. |
| **Other:**<br>☑ Age Appropriate<br><br>NA | NA | NA | NA |

INDIVIDUALIZED EDUCATION PROGRAM

Case 1:20-cv-05396-GHW-SDA   Document 19-1   Filed 09/29/21   Page 219 of 378

| Student: | | DOB: | | 2016 mm/dd/yyyy | District: | | Stamford Public Schools | Meeting Date: | | 06/05/2020 mm/dd/yyyy |

Last Name, First Name

## TRANSITION PLANNING

1. ☑ **Not Applicable:** Student has not reached the age of 15 and transition planning is not required or appropriate at this time.

☐ **This is either the first IEP to be in effect when the student turns 16 (or younger if appropriate and transition planning is needed) or the student is 16 or older and transition planning is required.**

2. **Student Preferences/Interests - document the following:**
   a) Was the student invited to attend the Planning and Placement Team (PPT) meeting?  ☐ Yes  ☐ No
   b) Did the student attend?  ☐ Yes  ☐ No
   c) How were the student's preferences/interests, as they relate to planning for Transition Services, determined?
   ☐ Personal Interviews  ☐ Comments at Meeting  ☐ Functional Vocational Evaluations  ☐ Age appropriate transition assessments  ☐ Other: (specify)

   d) Summarize student preferences/interests as they relate to planning for Transition Services:

3. **Age Appropriate Transition Assessment(s) performed: (Specify assessment(s) and dates administered)**

4. **Agency Participation:**
   a) Were any outside agencies invited to attend the PPT meeting?  ☐ Yes with written consent  ☐ No  (If no, MUST specify reason as listed in the IEP Manual)
   b) If yes, did the agency's representative attend?  ☐ Yes  ☐ No
   c) Has any participating agency agreed to provide or pay for services/linkages?  ☐ Yes  ☐ No  (If yes, specify)

5. **Post School Outcome Goal Statement(s) and Transition Services recommended in this IEP :**
   a) **Post-School Outcome Goal Statement - Postsecondary Education or Training:**

   ☐ Annual goal(s) and related objectives regarding Postsecondary Education or Training have been developed and are included in this IEP
   b) **Post-School Outcome Goal Statement - Employment:**

   ☐ Annual goal(s) and related objectives regarding Employment have been developed and are included in this IEP
   c) **Post-School Outcome Goal Statement - Independent Living Skills (if appropriate):**

   ☐ Annual goal(s) and related objectives regarding Independent Living have been developed and are included in this IEP

6. **Please select ONLY one:**
   ☐ The course of study needed to assist the child in reaching the transition goals and related objectives will include (including general education activities):

   ☐ Student has completed academic requirements; no academic course of study is required - student's IEP includes only transition goals and services .

7. **At least one year prior to reaching age of 18, the student must be informed of the rights under IDEA which will transfer at age 18.**
   ☐ NA  (Student will not be 17 within one year)  ☐ The student has been informed of the rights under IDEA which will transfer at age 18  ☐ No IDEA rights will transfer

8. **For a child whose eligibility under special education will terminate the following year due to graduation with a regular education diploma or due to exceeding the age of eligibility, the Summary of Performance will be completed on or before: (specify date)**

Parents please note: Rights afforded to parents under the Individuals with Disabilities Education Act (IDEA) transfer to students at the age of 18, unless legal guardianship has been obtained.

| Student: | F____ ____ H____ | DOB: | | 2016 mm/dd/yyyy | District: | | Stamford Public Schools | Meeting Date: | | 06/05/2020 mm/dd/yyyy |

Last Name, First Name

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES *

☒ Academic/Cognitive  ☐ Social/Behavioral  ☐ Communication  ☐ Gross/Fine Motor  ☐ Postsecondary Education/Training
☐ Self Help  ☐ Employment  ☐ Independent Living  ☐ Health  ☐ Other:

☐ Check here if the student is 15 years of age  (Note: Page 6, Transition Planning must be completed if this box is checked)

### Measurable Annual Goal * (Linked to Present Levels of Performance)#1

H____ will improve preschool study skills by showing mastery in the areas of engagement in learning, initiative/curiousity, regulation and participation in the classroom environment.

|  | Enter Dates for Evaluating and Reporting Progress in Boxes Below |
| --- | --- |
| 1 DEC | 2 MAR | 3 JUN | 4 |
| 5 | 6 | 7 | 8 |

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
**(%, Trials, etc.)** 100%

### Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)

**Objective # 1** With the benefit of verbal and tactile prompts, H____ will participate in songs/fingerplays by imitating a basic action presented in a song (i.e. activating imaginary horn during Wheels on the Bus) in 3/4 trials over 5 opportunities for the duration of a marking period.

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
**(%, Trials, etc.)** 3/4

**Objective # 2** When participating in a classroom activity and with the benefit of multi-modal communication (i.e. vocalizations, eye gaze, gestures, etc.), H____ will indicate a choice between two activities in 3/4 trials over 5 opportunities for the duration of a marking period.

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
**(%, Trials, etc.)** 3/4

**Objective # 3** Given physical support (hand over hand assistance) and verbal cuing, H____ will participate in one classroom routine (i.e. cleaning up by putting materials back in container), in 3/4 trials over 5 opportunities for the duration of a marking period.

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
**(%, Trials, etc.)** 3/4

### Evaluation Procedures

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Portfolio
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products

10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

### Performance Criteria

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery

I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O.Other: (specify)
P.Other: (specify)

M = Mastered
NI = Not Introduced

S = Satisfactory Progress - Likely to achieve goal
O = Other

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)

L = Limited Progress  U = Unsatisfactory Progress - Unlikely to achieve goal  N = No Progress - Will not achieve goal

* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

**Student:** Last Name, First Name **DOB:** /2016 mm/dd/yyyy **District:** **Stamford Public Schools** **Meeting Date:** 06/05/2020 mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES ***

☒ Academic/Cognitive ☐ Self Help
☐ Social/Behavioral ☐ Employment
☐ Communication ☐ Independent Living
☐ Gross/Fine Motor ☐ Health
☐ Postsecondary Education/Training ☐ Other:

☐ Check here if the student is 15 years of age    (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal * (Linked to Present Levels of Performance)#2**

H█ will show improvement in preschool language arts by demonstrating mastery in the area of literacy by mastering the following objectives.

Eval. Procedure: 3 /
Perf. Criteria: 1 /
(%, Trials, etc.) 100%

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 1** H█ will participate in age-appropriate read aloud by visually attending to the book for 1 min with fading prompts in 4 of 5 trials over 6 occurrences during the duration of the marking period.

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

| DEC 1 | MAR 2 | JUN 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

Eval. Procedure: 3 /
Perf. Criteria: 1 /
(%, Trials, etc.) 80%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

Eval. Procedure: /
Perf. Criteria: /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

Eval. Procedure: /
Perf. Criteria: /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

| Evaluation Procedures | Performance Criteria | |
|---|---|---|
| 1. Criterion-Referenced/Curriculum Based Assessment | 10. Achievement of Objectives (Note: use with goal only) | A. Percent of Change | I. Other: (specify)   Post Base Line Data/Score |
| 2. Pre and Post Standardized Assessment | 11. Other:(specify) | B. Months Growth | J. Other: (specify) |
| 3. Pre and Post Base Line Data | 12. Other:(specify) | C. Standard Score Increase | K. Other: (specify) |
| 4. Quizzes/Tests | 13. Other:(specify) | D. Passing grades/Score | L. Other: (specify) |
| 5. Student Self-assessment/Rubric | 14. Other:(specify) | E. Frequency/Trials | M.Other: (specify) |
| 6. Project/Experiment/Portfolio | 15. Other:(specify) | F. Duration | N.Other: (specify) |
| 7. Behavior/Performance Rating Scale | 16. Other:(specify) | G. Successful Completion | O.Other: (specify) |
| 8. Smarter Balanced and CT Alternate Assessments | 17. Other:(specify) | of Task/Activity | P.Other: (specify) |
| 9. Work Samples, Job Performance or Products | 18. Other:(specify) | H. Mastery | |

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)   **M** = Mastered   **S** = Satisfactory Progress - Likely to achieve goal

**L** = Limited Progress   **U** = Unsatisfactory Progress - Unlikely to achieve goal   **N** = No Progress - Will not achieve goal   **NI** = Not Introduced   **O** = Other

* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

| Student: | F____ ____ H____ | DOB: | | /2016 | District: | Stamford Public Schools | Meeting Date: | | 06/05/2020 |
|---|---|---|---|---|---|---|---|---|---|
| | Last Name, First Name | | | mm/dd/yyyy | | | | | mm/dd/yyyy |

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES *

| ☑ Academic/Cognitive | ☐ Social/Behavioral | ☐ Communication | ☐ Gross/Fine Motor | ☐ Postsecondary Education/Training | Enter Dates for Evaluating and |
| ☐ Self Help | ☐ Employment | ☐ Independent Living | ☐ Health | ☐ Other: | Reporting Progress in Boxes Below |

☐ Check here if the student is 15 years of age    (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal** * (Linked to Present Levels of Performance)

H___ will improve pre-math skills by demonstrating mastery of the following objectives.

| | 1 DEC | 2 | MAR | 3 | JUN | 4 |
|---|---|---|---|---|---|---|
| | 5 | 6 | | 7 | | 8 |

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
(%, Trials, etc.) 100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)

Objective # 1  With the benefit of verbal cuing, H___ will activate 2 levels of a preferred cause/effect toy in 3/4 trials over 5 opportunities for the duration of a marking period.

Objective #

**Eval. Procedure:** 3 /
**Perf. Criteria:** 1/
(%, Trials, etc.) 3/4

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Objective #

**Eval. Procedure:** /
**Perf. Criteria:** /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Objective #

**Eval. Procedure:** /
**Perf. Criteria:** /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

## Evaluation Procedures

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products

10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

## Performance Criteria

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery

I. Other: (specify)    Post Base Line Data/Score
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O.Other: (specify)
P.Other: (specify)

**Progress Reporting Key:**  (indicating extent to which progress is sufficient to achieve goal by the end of the year)    M = Mastered    S = Satisfactory Progress - Likely to achieve goal

L = Limited Progress    U = Unsatisfactory Progress - Unlikely to achieve goal    N = No Progress - Will not achieve goal    NI = Not Introduced    O = Other

* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability .

**Student:** _____  **DOB:** _____  **2016** mm/dd/yyyy  **District:** _____  **Stamford Public Schools**  **Meeting Date:** _____  **06/05/2020** mm/dd/yyyy

Last Name, First Name

- ☐ Academic/Cognitive
- ☐ Self Help
- ☐ Social/Behavioral
- ☐ Employment
- ☑ Communication
- ☐ Independent Living
- ☐ Gross/Fine Motor
- ☐ Health
- ☐ Postsecondary Education/Training
- ☐ Other:

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES *

☐ Check here if the student is 15 years of age    (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal * (Linked to Present Levels of Performance)#4**

_____ will demonstrate the ability to use verbal and/or nonverbal means to make requests and participate in the classroom environment

| | |
|---|---|
| **Eval. Procedure:** | 10 / H / |
| **Perf. Criteria:** (%, Trials, etc.) | 100 % |

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

| 1 DEC | 2 MAR | 3 JUN | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 1** _____ will demonstrate the ability to choose a desired objective/activity given the choice of 2, by reaching toward the objective/activity given modeling, prompting and visual/verbal cues in 8 of 10 instances.

| | |
|---|---|
| **Eval. Procedure:** | 3 / E / |
| **Perf. Criteria:** (%, Trials, etc.) | 80 % |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 2** _____ will demonstrate the ability to produce 3 functional word approximations (e.g. /m/ for "more", /o/ for "open", /mama/ for mom) given modeling, prompting and cues as necessary to request/comment in 7 of 10 instances.

| | |
|---|---|
| **Eval. Procedure:** | 3 / E / |
| **Perf. Criteria:** (%, Trials, etc.) | 70 % |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 3** _____ will demonstrate the ability to choose a desired object/activity, given the choice of 2, by reaching toward pictures of the object/activity given modeling, prompting and visual/verbal cues in 7 of 10 instances.

| | |
|---|---|
| **Eval. Procedure:** | 3 / E / |
| **Perf. Criteria:** (%, Trials, etc.) | 70 % |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

## Evaluation Procedures

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products
10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

## Performance Criteria

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O.Other: (specify)
P.Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)    M = Mastered    S = Satisfactory Progress - Likely to achieve goal

L = Limited Progress    U = Unsatisfactory Progress - Unlikely to achieve goal    N = No Progress - Will not achieve goal    NI = Not Introduced    O = Other

* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

**Student:** P____ ,f            **DOB:** ____        /2016        **District:** ____        **Stamford Public Schools**        **Meeting Date:** ____        06/05/2020

Last Name, First Name                              mm/dd/yyyy                                                                                                              mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES \***

| | | | | | |
|---|---|---|---|---|---|
| ☐ Academic/Cognitive | ☐ Social/Behavioral | ☑ Communication | ☐ Gross/Fine Motor | ☐ Postsecondary Education/Training | |
| ☐ Self Help | ☐ Employment | ☐ Independent Living | ☐ Health | ☐ Other: | |

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

☐ Check here if the student is 15 years of age          (Note: Page 6, Transition Planning must be completed if this box is checked)

| 1 DEC | 2 MAR | 3 JUN | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Measurable Annual Goal \* (Linked to Present Levels of Performance)#4**

H____ H____ will demonstrate the ability to use verbal and/or nonverbal means to make requests and participate in the classroom environment

**Eval. Procedure:** 10 /

**Perf. Criteria:** H/

(%, Trials, etc.)   100 %

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 4** H____ H____ will demonstrate the ability to identify 5 common objects, from a field of 2, given modeling, prompting and cues as necessary in 8 of 10 instances.

**Eval. Procedure:** 3 /

**Perf. Criteria:** E /

(%, Trials, etc.)   80 %

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

**Eval. Procedure:** /

**Perf. Criteria:** /

(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

**Eval. Procedure:** /

**Perf. Criteria:** /

(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

| Evaluation Procedures | | Performance Criteria | |
|---|---|---|---|
| 1. Criterion-Referenced/Curriculum Based Assessment | 10. Achievement of Objectives (Note: use with goal only) | A. Percent of Change | I. Other: (specify) |
| 2. Pre and Post Standardized Assessment | 11. Other (specify) | B. Months Growth | J. Other: (specify) |
| 3. Pre and Post Base Line Data | 12. Other (specify) | C. Standard Score Increase | K. Other: (specify) |
| 4. Quizzes/Tests | 13. Other (specify) | D. Passing grades/Score | L. Other: (specify) |
| 5. Student Self-assessment/Rubric | 14. Other (specify) | E. Frequency/Trials | M. Other: (specify) |
| 6. Project/Experiment/Portfolio | 15. Other (specify) | F. Duration | N. Other: (specify) |
| 7. Behavior/Performance Rating Scale | 16. Other (specify) | G. Successful Completion | O. Other: (specify) |
| 8. Smarter Balanced and CT Alternate Assessments | 17. Other (specify) | of Task/Activity | P. Other: (specify) |
| 9. Work Samples, Job Performance or Products | 18. Other (specify) | H. Mastery | |

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)   **M** = Mastered   **S** = Satisfactory Progress - Likely to achieve goal

**L** = Limited Progress   **U** = Unsatisfactory Progress - Unlikely to achieve goal   **N** = No Progress - Will not achieve goal   **NI** = Not Introduced   **O** = Other

\*   Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

ED 620,Revised February 2009a                              INDIVIDUALIZED EDUCATION PROGRAM                              Page 5 of 11   Goal Pages                              7

Student: F___ H___     DOB: ___     /2016     District: ___     Stamford Public Schools     Meeting Date: ___     06/05/2020

Last Name, First Name     mm/dd/yyyy     mm/dd/yyyy     mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES \***

| ☐ Academic/Cognitive | ☐ Social/Behavioral | ☑ Communication | ☐ Gross/Fine Motor | ☐ Postsecondary Education/Training |
| ☐ Self Help | ☐ Employment | ☐ Independent Living | ☐ Health | ☐ Other: |

☐ Check here if the student is 15 years of age     (Note: Page 6, Transition Planning must be completed if this box is checked)

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

**Measurable Annual Goal \* (Linked to Present Levels of Performance)#5**

H___ will demonstrate the ability to follow routine, familiar directions within the classroom environment.

|  | 1 DEC | 2 MAR | 3 JUN | 4 |
|---|---|---|---|---|
|  | 5 | 6 | 7 | 8 |

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 1** H___ will demonstrate the ability to follow routine, familiar directions within the classroom environment given repetition of the directions, modeling, prompting, cues, and hand-over-hand support in 8 of 10 instances.

Eval. Procedure: 10 /
Perf. Criteria: H/
(%, Trials, etc.) 100 %

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 2** H___ will demonstrate the ability to follow 1-step verbal directions within a structured activity given repetition of the direction, modeling, prompting, cues and hand-over-hand support as necessary in 7 of 10 instances.

Eval. Procedure: 3 /
Perf. Criteria: E/
(%, Trials, etc.) 80 %

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

Eval. Procedure: 3 /
Perf. Criteria: E/
(%, Trials, etc.) 70 %

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

Eval. Procedure: /
Perf. Criteria: /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Evaluation Procedures**

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products

10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

**Performance Criteria**

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery

I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O.Other: (specify)
P.Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)     M = Mastered     S = Satisfactory Progress - Likely to achieve goal
L = Limited Progress     U = Unsatisfactory Progress - Unlikely to achieve goal     N = No Progress - Will not achieve goal     NI = Not Introduced     O = Other

\* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

ED 620,Revised February 2009a     INDIVIDUALIZED EDUCATION PROGRAM

Student: P█, H█ (Last Name, First Name) DOB: █/2016 (mm/dd/yyyy) District: Stamford Public Schools Meeting Date: 06/05/2020 (mm/dd/yyyy)

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES *

☐ Academic/Cognitive ☐ Social/Behavioral ☐ Communication ☑ Gross/Fine Motor ☐ Postsecondary Education/Training
☐ Self Help ☐ Employment ☐ Independent Living ☐ Health ☐ Other:

*Enter Dates for Evaluating and Reporting Progress in Boxes Below*

| 1 DEC | 2 MAR | 3 JUN | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

☐ Check here if the student is 15 years of age (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal * (Linked to Present Levels of Performance)** #6

H█ will demonstrate improvement in her functional hand use needed for participation in a preschool setting, as seen by the mastery of the objectives below.

**Eval. Procedure:** 10 /
**Perf. Criteria:** H /
**(%, Trials, etc.)** 100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)

**Objective #** 1 H█ will demonstrate the ability to pick up and release 5 objects into a container (e.g during cleanup), with multisensory cues only.

**Eval. Procedure:** 3 /
**Perf. Criteria:** E /
**(%, Trials, etc.)** 4/5

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #** 2 H█ will demonstrate the ability to grasp and release an object (eg. a block) onto another larger object or surface, without throwing.

**Eval. Procedure:** 3 /
**Perf. Criteria:** E /
**(%, Trials, etc.)** 4/5

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #** 3 H█ will demonstrate the ability to pick up a small object or piece of food using her thumb and first two fingers, with model, physical prompts and verbal cues.

**Eval. Procedure:** 3 /
**Perf. Criteria:** E /
**(%, Trials, etc.)** 2/5

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Evaluation Procedures**

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products
10. Achievement of Objectives *(Note: use with goal only)*
11. Other:(specify)
12. Other:(specify)
13. Other:(specify)
14. Other:(specify)
15. Other:(specify)
16. Other:(specify)
17. Other:(specify)
18. Other:(specify)

**Performance Criteria**

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery
I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M. Other: (specify)
N. Other: (specify)
O. Other: (specify)
P. Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year) **M** = Mastered **S** = Satisfactory Progress - Likely to achieve goal
**L** = Limited Progress **U** = Unsatisfactory Progress - Unlikely to achieve goal **N** = No Progress - Will not achieve goal **NI** = Not Introduced **O** = Other

* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

| Student: | | DOB: | | District: | | Stamford Public Schools | Meeting Date: | 06/05/2020 |
|---|---|---|---|---|---|---|---|---|

Last Name, First Name                /2016                          mm/dd/yyyy                                                                      mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES \***

☐ Academic/Cognitive   ☐ Social/Behavioral   ☐ Communication   ☒ Gross/Fine Motor   ☐ Postsecondary Education/Training
☐ Self Help            ☐ Employment          ☐ Independent Living ☐ Health              ☐ Other:

☐ Check here if the student is 15 years of age        (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal \* (Linked to Present Levels of Performance)#6**

[Name] will demonstrate improvement in her functional hand use needed for participation in a preschool setting, as seen by the mastery of the objectives below.

| | Enter Dates for Evaluating and Reporting Progress in Boxes Below |
|---|---|
| | 1  DEC | 2  MAR | 3  JUN | 4 |
| | 5 | 6 | 7 | 8 |

**Eval. Procedure:**  10 /
**Perf. Criteria:**    H /
**(%, Trials, etc.)**  100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 4** [Name] will demonstrate the ability to pick up and make a mark with a tool on a piece of paper, with model and multisensory cuing.

**Eval. Procedure:**  3 /
**Perf. Criteria:**    E /
**(%, Trials, etc.)**  3/5

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 5** [Name] will demonstrate the ability to activate a voice output button or a switch with no more than 2 fingers and a thumb (radial side of her hand), when holding an object her in hand.

**Eval. Procedure:**  3 /
**Perf. Criteria:**    E /
**(%, Trials, etc.)**  3/5

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective #**

**Eval. Procedure:**  /
**Perf. Criteria:**    /
**(%, Trials, etc.)**

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Evaluation Procedures**

| | Performance Criteria |
|---|---|
| 1. Criterion-Referenced/Curriculum Based Assessment | 10. Achievement of Objectives (Note: use with goal only) | A. Percent of Change | I. Other: (specify) |
| 2. Pre and Post Standardized Assessment | 11. Other(specify) | B. Months Growth | J. Other: (specify) |
| 3. Pre and Post Base Line Data | 12. Other(specify) | C. Standard Score Increase | K. Other: (specify) |
| 4. Quizzes/Tests | 13. Other(specify) | D. Passing grades/Score | L. Other: (specify) |
| 5. Student Self-assessment/Rubric | 14. Other(specify) | E. Frequency/Trials | M.Other: (specify) |
| 6. Project/Experiment/Portfolio | 15. Other(specify) | F. Duration | N.Other: (specify) |
| 7. Behavior/Performance Rating Scale | 16. Other(specify) | G. Successful Completion | O.Other: (specify) |
| 8. Smarter Balanced and CT Alternate Assessments | 17. Other(specify) | of Task/Activity | P.Other: (specify) |
| 9. Work Samples, Job Performance or Products | 18. Other(specify) | H. Mastery | |

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)        M = Mastered        S = Satisfactory Progress - Likely to achieve goal

L = Limited Progress        U = Unsatisfactory Progress - Unlikely to achieve goal        N = No Progress - Will not achieve goal        NI = Not Introduced        O = Other

\*   Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

ED 620,Revised February 2009a                                    INDIVIDUALIZED EDUCATION PROGRAM                                                              7

| Student: | | DOB: | | District: | | Stamford Public Schools | | Meeting Date: | | 06/05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name, First Name | | | /2016 mm/dd/yyyy | | | | | | | mm/dd/yyyy |

## MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES *

| ☐ Academic/Cognitive | ☐ Social/Behavioral | ☐ Communication | ☒ Gross/Fine Motor | ☐ Postsecondary Education/Training |
|---|---|---|---|---|
| ☐ Self Help | ☐ Employment | ☐ Independent Living | ☐ Health | ☐ Other: |

☐ Check here if the student is 15 years of age   (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal * (Linked to Present Levels of Performance)#7**

H█ will transition to a standing position, stand with support of furniture and begin to cruise independently to participate in classroom activities across educational settings.

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

| | 1 DEC | 2 | MAR | 3 | JUN | 4 |
|---|---|---|---|---|---|---|
| | 5 | | 6 | | 7 | 8 |

Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)

**Objective # 1**
H█ will pull to stand from the floor independently using a table, chair or other furniture as support.   She will be successful in 4 consecutive physical therapy sessions

Eval. Procedure: 3 /
Perf. Criteria: E/
(%, Trials, etc.) 100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 2** H█ will ambulate forward 100' with an appropriate assistive device with supervision. She will be successful in 4 consecutive physical therapy sessions

Eval. Procedure: 3 /
Perf. Criteria: E/
(%, Trials, etc.) 100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

**Objective # 3** H█ will assume and maintain a standing posture with neutral position of her knees, arm support on furniture and supervision and demonstrate a lateral weight shift as a precursor to cruising. She will be successful in 4 consecutive physical therapy sessions.

Eval. Procedure: 3 /
Perf. Criteria: E/
(%, Trials, etc.) 100%

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

## Evaluation Procedures

| Evaluation Procedures | Performance Criteria |
|---|---|
| 1. Criterion-Referenced/Curriculum Based Assessment | A. Percent of Change |
| 2. Pre and Post Standardized Assessment | B. Months Growth |
| 3. Pre and Post Base Line Data | C. Standard Score Increase |
| 4. Quizzes/Tests | D. Passing grades/Score |
| 5. Student Self-assessment/Rubric | E. Frequency/Trials |
| 6. Project/Experiment/Portfolio | F. Duration |
| 7. Behavior/Performance Rating Scale | G. Successful Completion |
| 8. Smarter Balanced and CT Alternate Assessments | of Task/Activity |
| 9. Work Samples, Job Performance or Products | H. Mastery |

10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O. Other: (specify)
P.Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)   M = Mastered   S = Satisfactory Progress - Likely to achieve goal
L = Limited Progress   U = Unsatisfactory Progress - Unlikely to achieve goal   N = No Progress - Will not achieve goal   NI = Not Introduced   O = Other

\* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

| Student: | | DOB: | | | | | **2016** | District: | | Stamford Public Schools | | Meeting Date: | | 06/05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Last Name, First Name

mm/dd/yyyy

mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES \***

Enter Dates for Evaluating and
Reporting Progress in Boxes Below

☐ Academic/Cognitive    ☐ Social/Behavioral    ☐ Communication    ☒ Gross/Fine Motor    ☐ Postsecondary Education/Training
☐ Self Help              ☐ Employment            ☐ Independent Living  ☐ Health              ☐ Other:

☐ Check here if the student is 15 years of age    (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal \* (Linked to Present Levels of Performance)#7**

H_ will transition to a standing position, stand with support of furniture and begin to cruise independently to participate in classroom activities across educational settings.

Eval. Procedure: 10 /
Perf. Criteria: H /
(%, Trials, etc.) 100%

| | DEC | 1 | 2 | MAR | 3 | JUN | 4 |
|---|---|---|---|---|---|---|---|
| | 5 | | 6 | | 7 | | 8 |

Report Progress Below (Use Reporting Key)

| 1 | | 2 | | 3 | | 4 |
|---|---|---|---|---|---|---|
| 5 | | 6 | | 7 | | 8 |

**Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)**

**Objective # 4**  H_ will cruise independently holding on to classroom furniture. She will be successful in 4 consecutive physical therapy sessions.

Eval. Procedure: 3 /
Perf. Criteria: E /
(%, Trials, etc.) 100%

Report Progress Below (Use Reporting Key)

| 1 | | 2 | | 3 | | 4 |
|---|---|---|---|---|---|---|
| 5 | | 6 | | 7 | | 8 |

**Objective #**

Eval. Procedure: /
Perf. Criteria: /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | | 2 | | 3 | | 4 |
|---|---|---|---|---|---|---|
| 5 | | 6 | | 7 | | 8 |

**Objective #**

Eval. Procedure: /
Perf. Criteria: /
(%, Trials, etc.)

Report Progress Below (Use Reporting Key)

| 1 | | 2 | | 3 | | 4 |
|---|---|---|---|---|---|---|
| 5 | | 6 | | 7 | | 8 |

| Evaluation Procedures | | Performance Criteria | |
|---|---|---|---|
| 1. Criterion-Referenced/Curriculum Based Assessment | 10. Achievement of Objectives *(Note: use with goal only)* | A. Percent of Change | I. Other: (specify) |
| 2. Pre and Post Standardized Assessment | 11. Other (specify) | B. Months Growth | J. Other: (specify) |
| 3. Pre and Post Base Line Data | 12. Other (specify) | C. Standard Score Increase | K. Other: (specify) |
| 4. Quizzes/Tests | 13. Other (specify) | D. Passing grades/Score | L. Other: (specify) |
| 5. Student Self-assessment/Rubric | 14. Other (specify) | E. Frequency/Trials | M. Other: (specify) |
| 6. Project/Experiment/Portfolio | 15. Other (specify) | F. Duration | N. Other: (specify) |
| 7. Behavior/Performance Rating Scale | 16. Other (specify) | G. Successful Completion | O. Other: (specify) |
| 8. Smarter Balanced and CT Alternate Assessments | 17. Other (specify) | of Task/Activity | P. Other: (specify) |
| 9. Work Samples, Job Performance or Products | 18. Other (specify) | H. Mastery | |

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)    M = Mastered    S = Satisfactory Progress - Likely to achieve goal

L = Limited Progress    U = Unsatisfactory Progress - Unlikely to achieve goal    N = No Progress - Will not achieve goal    NI = Not Introduced    O = Other

\* Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

Page 10 of 11 Goal Pages

ED 620,Revised February 2009a

INDIVIDUALIZED EDUCATION PROGRAM

7

Student: _____  DOB: _____  _____ /2016  District: _____  Stamford Public Schools  Meeting Date: _____  06/05/2020

Last Name, First Name                    mm/dd/yyyy                                                                                                          mm/dd/yyyy

**MEASURABLE ANNUAL GOAL AND SHORT TERM OBJECTIVES ***

| ☐ Academic/Cognitive | ☐ Social/Behavioral | ☐ Communication | ☐ Gross/Fine Motor | ☐ Postsecondary Education/Training |
| ☐ Self Help | ☐ Employment | ☑ Independent Living | ☐ Health | ☐ Other: |

☐ Check here if the student is 15 years of age        (Note: Page 6, Transition Planning must be completed if this box is checked)

**Measurable Annual Goal * (Linked to Present Levels of Performance)#8**

H____ will demonstrate improvement with participation in feeding tasks, necessary for the preschool setting, as seen by the mastery of the objectives below.

Short Term Objectives/Benchmarks (Linked to achieving progress towards Annual Goal)

**Objective # 1** H____ will demonstrate the ability to bring a spoon containing favored foods, from 6" away to her mouth, with moderate assistance.

| Eval. Procedure: | 10 / |
| Perf. Criteria: | H / |
| (%, Trials, etc.) | 100% |

**Objective # 2** H____ will demonstrate the ability to pick up, drink from, and replace a drinking vessel, with no more than minimal assistance at any step.

| Eval. Procedure: | 3 / |
| Perf. Criteria: | E / |
| (%, Trials, etc.) | 4/5 |

**Objective #**

| Eval. Procedure: | 3 / |
| Perf. Criteria: | E / |
| (%, Trials, etc.) | 4/5 |

**Objective #**

| Eval. Procedure: | / |
| Perf. Criteria: | / |
| (%, Trials, etc.) | |

**Enter Dates for Evaluating and Reporting Progress in Boxes Below**

| | 1 DEC | 2 MAR | 3 JUN | 4 |
| | 5 | 6 | 7 | 8 |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

Report Progress Below (Use Reporting Key)

| 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 |

**Evaluation Procedures**

1. Criterion-Referenced/Curriculum Based Assessment
2. Pre and Post Standardized Assessment
3. Pre and Post Base Line Data
4. Quizzes/Tests
5. Student Self-assessment/Rubric
6. Project/Experiment/Portfolio
7. Behavior/Performance Rating Scale
8. Smarter Balanced and CT Alternate Assessments
9. Work Samples, Job Performance or Products

10. Achievement of Objectives (Note: use with goal only)
11. Other(specify)
12. Other(specify)
13. Other(specify)
14. Other(specify)
15. Other(specify)
16. Other(specify)
17. Other(specify)
18. Other(specify)

**Performance Criteria**

A. Percent of Change
B. Months Growth
C. Standard Score Increase
D. Passing grades/Score
E. Frequency/Trials
F. Duration
G. Successful Completion of Task/Activity
H. Mastery

I. Other: (specify)
J. Other: (specify)
K. Other: (specify)
L. Other: (specify)
M.Other: (specify)
N.Other: (specify)
O.Other: (specify)
P.Other: (specify)

**Progress Reporting Key:** (indicating extent to which progress is sufficient to achieve goal by the end of the year)    M = Mastered    S = Satisfactory Progress - Likely to achieve goal

L = Limited Progress    U = Unsatisfactory Progress - Unlikely to achieve goal    N = No Progress - Will not achieve goal    NI = Not Introduced    O = Other

*  Related to meeting the student's needs that result from the individual's disability, to enable the student to be involved in and make progress in the general curriculum; and to meet each of the student's other educational needs that result from the student's disability.

| Student: | Last Name, First Name   F____ :____ | DOB: | 2016 mm/dd/yyyy | District: | Stamford Public Schools | Meeting Date: | 06/05/2020 mm/dd/yyyy |
|---|---|---|---|---|---|---|---|

**Program Accommodations and Modifications - INCLUDING NONACADEMIC AND EXTRACURRICULAR ACTIVITIES /COLLABORATION/SUPPORTS FOR SCHOOL PERSONNEL**

| | Sites/Activities Where Required and Duration |
|---|---|
| **Accommodations and modifications to be provided to enable the child :**<br>- To advance appropriately toward attaining the annual goals;<br>- To be involved in and make progress in the general education curriculum;<br>- To participate in extracurricular and other non-academic activities, and<br>- To be educated and participate with other children with and without disabilities.<br><br>**Accommodations may include Assistive Technology Devices and Services** | |
| **Materials/ Books/ Equipment:** Manipulatives , Slander , Supplementary Visuals , Walker , Wheelchair<br>Assistive Technology: None Required | In all academic/related activities for the duration of this IEP. |
| **Tests / Quizzes/Assessments:** None Required<br>Assistive Technology: None Required | NA |
| **Grading:** None Required<br>Assistive Technology: None Required | NA |
| **Organization:** Post Routines , Visual Schedule<br>Assistive Technology: None Required | In all academic/related activities for the duration of this IEP. |
| **Environment:** Reduction of auditory stimulation , Reduction of visual stimulation<br>Assistive Technology: None Required | In all academic/related activities for the duration of this IEP. |
| **Behavioral Interventions and Support:** Cue Expected Behavior , Modeling Expected Behavior by Adults , Positive Reinforcement , Proximity/Touch Control<br>Assistive Technology: None Required | In all academic/related activities for the duration of this IEP. |
| **Instructional Strategies:** Concrete Examples , Cueing/Prompts , Provide Models , Repeat Instructions , Visuals to Support Instruction<br>Assistive Technology: None Required | In all academic/related activities for the duration of this IEP. |
| **Other:** NA<br>Assistive Technology: None Required | NA |
| Student requires Paraeducator Support | Math [ Language Arts [ Academic Support/Intervention ] Other Academic: (specified in the recommendations section) ] Art [ Music ] Other Non-Academic: (specified in the recommendations section) ] School Arrival ] School Dismissal ] Transitions [ Break ] Snack [ Recess |

*Note: When specifying required supports for personnel to implement this IEP, include the specific supports required, how often they are to be provided (frequency) and for how long (duration)*

**Frequency and Duration of Supports Required for School Personnel to Implement this IEP include:** Paraeducator support in the following areas Math, Language Arts, Academic Support/Intervention, Other Academic (specified in the recommendations section), Art, Music, Other Non-Academic, School Dismissal, Transitions, Breaks, Snack, Recess. OT, PT and Speech Pathologist to consult with special education teacher each marking period to ensure carry over of goals and objectives for F____

Student: _____  DOB: _____  2016  _____  District: _____  Stamford Public Schools  Meeting Date: _____  06/05/2020

Last Name, First Name                    mm/dd/yyyy                                                                                                                              mm/dd/yyyy

## STATE AND DISTRICT TESTING AND ACCOMMODATIONS
### STATEWIDE ASSESSMENTS AND DISTRICTWIDE ASSESSMENTS section must be completed

**STATEWIDE ASSESSMENTS**
Check the grade the student will be in when the test is given.

☐ Grade Pre-K   ☐ Grade K   ☐ Grade 1   ☐ Grade 2   ☐ **Grade 3**
☐ **Grade 4**   ☐ **Grade 5**   ☐ **Grade 6**   ☐ **Grade 7**   ☐ **Grades 8**
☐ Grade 9   ☐ Grade 10   ☐ **Grade 11**   ☐ Grade 12

**Standard Assessments and Alternate Assessments**
Smarter Balanced Assessments (**Grade 3-8**), Connecticut SAT (**Grade 11**) and the Connecticut
Alternate Assessments (CTAA), include English Language Arts and Mathematics (**Grades 3-8 & 11**).
Standard Assessment or Alternate Science Assessment required in **Grades 5, 8 and 11**.

**Assessment Options: (Select ONE Option)**

☐  1.  Smarter Balanced Assessments (Includes Standard Science Assessment - Grades 5 & 8)
☐  2.  CTAA - (Includes Alternate Science Assessment for Grades 5, 8, and 11) ★
☐  3.  Connecticut SAT and Standard Science Assessment (Grade 11)

**English Language Proficiency Assessment**

☐  English Language Proficiency Assessment required for all English Learners Grades K-12
☐  Student requires designated supports/accommodations on the ELP assessment

**Administration Options - Accommodations will be provided. (Select ONE Option):**

☐  The student is participating in the Smarter Balanced Assessments & Standard Science Assessment and requires designated supports and/or accommodations*

☐  The student is participating in the Connecticut SAT & Standard Science Assessment and will request accommodations**

\* If supports/accommodations are given, attach a copy of the Test Designated Supports/Accommodations Form for the IEP and provide a copy to the district test coordinator for required registration.

\*\* **Please note:** There are two options for requesting accommodations for the Connecticut SAT. One option is through the **College Board (CB) process:** If all accommodations are approved through the CB process, test scores can be used for college admission and state accountability. The other option is through the **State Allowed Accommodations (SAA) process:** If accommodations are approved through the SAA process, test scores can ONLY be used for state accountability and NOT for college admission. **Please make sure to discuss these options at a PPT meeting before completing this page of the IEP.**

☐  **The Alternate Assessment Eligibility Form must be submitted and approved for Statewide Assessments.**
    The form is recommended for use in determining the need for alternate Districtwide Assessments.

**DISTRICTWIDE ASSESSMENT**
Check the grade(s) the student will be in when the tests are given.

☐ Grade Pre-K   ☐ Grade K   ☐ Grade 1   ☐ Grade 2   ☐ Grade 3
☐ Grade 4   ☐ Grade 5   ☐ Grade 6   ☐ Grade 7   ☐ Grade 8
☐ Grade 9   ☐ Grade 10   ☐ Grade 11   ☐ Grade 12

**Districtwide Assessments**
(Select all appropriate options.)

☑  N/A - No districtwide assessment is scheduled during the term of this IEP.
☐  Alternate Assessment(s) ★

Select one of the following options:
☐  No accommodations will be provided, OR
☐  Accommodations will be provided as specified on Page 8, OR
☐  Accommodations will be provided as specified below.

_____
_____
_____
_____

★  Alternate assessments must be specified and a statement provided for each as to why the child cannot participate in the standard assessment and why the particular alternate assessment selected is appropriate for the child.

**NOTE:** A PPT decision to assess the student using the CTAA and Alternate Science Assessment must be recorded on page 3 of the IEP, Prior Written Notice.

Student: F          .F          DOB: _____   2016          District: _____   Stamford Public Schools   Meeting Date: _____   06/05/2020

Last Name, First Name                    mm/dd/yyyy                                                                                    mm/dd/yyyy

## SPECIAL FACTORS, PROGRESS REPORTING, EXIT CRITERIA

1. For students whose behavior impedes the learning or that of others, the PPT has considered strategies, including positive behavioral interventions and supports to address that behavior, and :

☐ NA   ☐ A behavioral intervention plan has been developed   ☑ IEP Goals and Objectives have been developed to address the behavior   ☐ Other:(specify) _____

2. For students with limited English proficiency, the PPT has considered the language needs of the student as they relate to the student's IEP and recommended the following :

☑ NA   ☐ Recommendation: (specify) _____

3. For students who are blind or visually impaired (VI):   ☑ NA   ☐ Instruction in braille or the use of braille is being provided, as required   ☐ The PPT has determined, after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of the student's future need for instruction in braille or use of braille) , that instruction in braille or the use of braille is not appropriate for this student.

4. For students with print-related disabilities (such as SLD/Dyslexia, blind/VI, physical limitations or organic dysfunction): ☑ NA   ☐ The PPT has considered accessible instructional/educational material (AEM) and/or accommodations noted on page 8 of the IEP. If so which format/accommodation utilized: ☐ Large Print   ☐ Digital Text   ☐ Audio   ☐ Other (specify): _____

5. For students who are deaf or hard of hearing:   ☑ NA   ☐ See attached required Language and Communication Plan (Form ED638) - The PPT has determined (after considering the student's language and communication needs), opportunities for direct communications with peers and professional personnel in the child's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode, and considering whether the student requires assistive technology .

## PROGRESS REPORTING

1. A report of progress toward meeting the Measurable Annual Goals and Short Term Objectives included in this IEP will be sent to parents periodically, according to the following schedule :

☐ Quarterly   ☑ Consistent with grade level report cards   ☐ Other: (Specify) _____

_____

_____

## EXIT CRITERIA

1. Exit Criteria: Student will be exited from   ☐ Ability to succeed in Regular Education without   ☐ Graduation   ☐ Age 21   ☑ Other:   Concerns do not require specialized instruction.

Special Education upon: (Check One)          Special Education Support                                                           (specify)

## INFORMATION ON IEPs and SECONDARY TRANSITION

1. Parents, including Surrogate Parents and the student if 18 or older have been provided ☐ electronically or ☐ in hard copy) with relevant information and resources relating to IEP's created by the CSDE (including, but not limited to, information relating to transition resources and services for high school students) immediately upon the formal identification of any child as a child requiring special education and at each PPT meeting thereafter: ☐ Building a Bridge   ☐ Parent's Guide to Special Education   ☐ IEP Manual   ☐ OTHER: _____

2. The Transition Bill of Rights has been provided to parents of students in sixth through twelfth grade to ensure that the PPT discusses transition services : Transition Bill of Rights:
☐ is available in the school district website;   ☐ is enclosed with this document;   ☐ was already provided, reviewed and discussed this school year (date) _____ .

**Student:** F___ , H___   **Last Name, First Name**   **DOB:** ___   **2016** mm/dd/yyyy   **District:** ___   **Stamford Public Schools**   **Meeting Date:** 06/05/2020 mm/dd/yyyy

## SPECIAL EDUCATION, RELATED SERVICES, AND REGULAR EDUCATION

| Special Education Services | Goal(s) # | Frequency | Responsible Staff | Service Implementer | Start Date | End Date | Site* | If needed, description of Instructional Service Delivery (e.g. small group, team taught classes, etc.) |
|---|---|---|---|---|---|---|---|---|
| Academic Instruction | 1-3 | 5 X Weekly, 1 hrs 54 mins | Special Education Teacher | Instructional Assistant/Paraprofessional | 8/31/2020 | 6/4/2021 | 5 | Group |
| Academic Instruction | 1-3 | 5 X Daily, 2 hrs 30 mins | Special Education Teacher , Spec Ed/Inst Asst/BC | Special Education Teacher , Spec Ed/Inst Assf | 7/6/2020 | 7/30/2020 | 5 | Small group/individual instruction |
| | | | | | | | | |
| | | | | | | | | |
| **Related Services** | | | | | | | | |
| Physical Therapy | 7 | 2 X Weekly, 30 mins | Physical Therapist , Physical Therapy Assistant | Physical Therapy Assistant , Physical Therapist | 8/31/2020 | 6/4/2021 | 5 | Small group/individual instruction |
| Occupational Therapy | 6,8 | 2 X Weekly, 30 mins | Occupational Therapist , OT Assistant | OT Assistant , Occupational Therapist | 8/31/2020 | 6/4/2021 | 5 | Small group/individual instruction |
| Speech/Language Pathology | 4-5 | 2 X Weekly, 30 mins | Speech & Language Pathologist | Speech & Language Pathologist | 8/31/2020 | 6/4/2021 | 5 | Small group/individual instruction |
| Speech/Language Pathology | 4-5 | 1 X Weekly, 30 mins | Speech & Language Pathologist | Speech & Language Pathologist | 7/6/2020 | 7/30/2020 | 5 | Small group/individual instruction |

**\*Instructional Site:**  1. Regular Classroom  2. Resource/Related Service Room  3. Self-Contained Classroom  4. Community-Based  5. Other:  TEAM - Self Contained,

**Description of Participation in General Education**   General education is not mandated at this young age.

**Note: Each Item #1-13 must include a response**

1. Assistive Technology: ☐ Not Required  ☑ Required: See Pg. 8
2. Applied (Voc.) Ed: ☐ Regular  ☐ Special (specify) _____
3. Physical Education: ☐ Regular  ☐ Special (specify) _____  ☑ N/A
4. Transportation: ☐ Regular  ☑ Special (specify) SPED Bus with Wheelchai  ☐ N/A   ☑ N/A

5. Length of School Day:  (Specify)  2.50 hrs (2020-2021)
6. Number of Days/Week:  (Specify)  5.00 (2020-2021)
7. Length of School Year:  (Specify)  181 School Days (2020

8. Total School Hours/Week: (Specify)  12.50 (2020-2021)

9. Special Education Hours/Week: (Specify)  9.50 (2020-2021)

10. Hours per week the student will spend with children/students who do not have disabilities (time with non-disabled peers):  0.00

11. Since the last Annual Review, has the student participated in school sponsored extracurricular activities with non-disabled peers?  ☐ Yes  ☑ No

12. Extended School Year Services:  ☐ Not Required  ☐ Required: See service delivery grid above or an additional page 11 for services to be provided  ☑ Required: Continue to implement current IEP

13. a)The extent, if any, to which the student **will not participate** in regular classes and in extracurricular and other nonacademic activities, including lunch, recess, transportation, etc., with **students who do not have disabilities:** H___ is eligible to attend a special education preschool classroom with related services: speech, occupational and physical therapy, as documented in this IEP.   ☐ Not Applicable: Student will participate fully

b) If the IEP requires _any_ removal of the student from the school, classroom, extracurricular, or nonacademic activities, (e.g., lunch, recess, transportation, etc.) that he/she would attend if not disabled, the PPT must justify this removal from the regular education environment.   ☐ Not Applicable: Student will participate fully

☑ The IEP requires removal of the student from the regular education environment because: (provide a detailed explanation - use additional pages if necessary)

H___ will benefit from specialized services.

*Note: The LRE CheckList (ED632) must be completed and attached to this IEP if the student is to be removed from the regular education environment for 60 % or more of the time. It is recommended that the LRE Checklist be utilized when making any placement decision to ensure conformity with the LRE provisions of the Individuals with Disabilities Education Act.*

ED 620, Revised February 2009a   INDIVIDUALIZED EDUCATION PROGRAM   11

| Student: F      H | | DOB: | | 2016 mm/dd/yyyy | District: | Stamford Public Schools | | | Meeting Date: | | | 06/05/2020 mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SPECIAL EDUCATION, RELATED SERVICES, AND REGULAR EDUCATION**

| Special Education Services | Goal(s) # | Frequency | Responsible Staff | Service Implementer | Start Date | End Date | Site* | If needed, description of Instructional Service Delivery (e.g. small group, team taught classes, etc.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| **Related Services** | | | | | | | | |
| Occupational Therapy | 6,8 | 2 X Weekly, 30 mins | Occupational Therapist, OT Assistant | | 7/6/2020 | 7/30/2020 | 2 | Small group/individual instruction |
| Physical Therapy | 7 | 2 X Weekly, 30 mins | Physical Therapist, Physical Therapy Assistant | | 7/6/2020 | 7/30/2020 | 2 | Small group/individual instruction |
| | | | | | | | | |

*Instructional Site:   1. Regular Classroom   2. Resource/Related Service Room   3. Self-Contained Classroom   4. Community-Based   5. Other:  TEAM - Self-Contained,

Description of Participation in General Education   General education is not mandated at this young age.

Note: Each Item #1-13 must include a response

1. Assistive Technology:  ☐ Not Required   ☑ Required: See Pg. 8
2. Applied (Voc.) Ed:   ☐ Regular   ☐ Special (specify)
3. Physical Education:  ☐ Regular   ☐ Special (specify)
4. Transportation:   ☐ Regular   ☑ Special (specify)  SPED Bus with Wheelchai   ☐ N/A

5. Length of School Day:   (Specify)  2.50 hrs (2020-2021)
6. Number of Days/Week:   (Specify)  5.00 (2020-2021)
7. Length of School Year:   (Specify)  181 School Days (2020

☑ N/A
☑ N/A

8. Total School Hours/Week: (Specify)  12.50 (2020-2021)

9. Special Education Hours/Week: (Specify)  9.50 (2020-2021)

10. Hours per week the student will spend with children/students who do not have disabilities (time with non-disabled peers):  0.00

11. Since the last Annual Review, has the student participated in school sponsored extracurricular activities with non-disabled peers?   ☐ Yes   ☑ No

12. Extended School Year Services:   ☐ Not Required   ☐ Required: See service delivery grid above or an additional page 11 for services to be provided   ☑ Required: Continue to implement current IEP

13. a)The extent, if any, to which the student will not participate in regular classes and in extracurricular and other nonacademic activities, including lunch, recess, transportation, etc., with students who do not have disabilities: H   is eligible to attend a special education preschool classroom with related services: speech, occupational and physical therapy, as documented in this IEP.   ☐ Not Applicable: Student will participate fully

b) If the IEP requires any removal of the student from the school, classroom, extracurricular, or nonacademic activities, (e.g.,lunch, recess, transportation, etc.) that he/she would attend if not disabled, the PPT must justify this removal from the regular education environment.   ☐ Not Applicable: Student will participate fully

☑ The IEP requires removal of the student from the regular education environment because: (provide a detailed explanation - use additional pages if necessary)

H   will benefit from specialized services.

*Note: The LRE Checklist (ED632) must be completed and attached to this IEP if the student is to be removed from the regular education environment for 60 % or more of the time. It is recommended that the LRE Checklist be utilized when making any placement decision to ensure conformity with the LRE provisions of the individuals with Disabilities Education Act.*

Student: _____ F_____ _: _____   DOB: _____   ___/2016   District:   Stamford Public Schools   Meeting Date: _____   06/05/2020
Last Name, First Name                        mm/dd/yyyy                                                                                                                    mm/dd/yyyy

**Required Data Collection**
(Collect and/or update at every PPT)

### For Children 3 years of age

**Free Appropriate Public Education (FAPE) by age 3.**   ☑ Yes   ☐ No

If the Oct 1st reported "Annual Review/PPT Meeting Date" and child's DOB indicated that the child did not receive FAPE by their 3rd birthday, why?

☐ Late referral (less than 90 days before 3rd birthday)   ☐ Moved into district late   ☐ Other (Specify) _____

☐ Child initially found not eligible at age 3 (re-referred to district at a later date)   ☐ Parent Choice   ☑ FAPE met via earlier PPT   Date of initial PPT was: 09/13/2019

☐ During the Covid-19 School Closure, the PPT convened to review the referral (PPT 1) and the team designed a comprehensive evaluation plan to determine Part B eligibility. However, due to public health mandates the evaluation was delayed. Early Intervention Services (EIS) over age 3 were offered to this student.

### Early Childhood (E.C.) Placement Settings (children ages 5 or younger OR grade is preschool):

**1.Provide the hours per week the child participates in an early childhood program which is not provided as a part of the IEP** (hours from pg 2): _____ 0.00

**2.Identify the placement/setting where the child spends the majority of the week which is a combination of programming from both pages 2 and 11:**

☐ Regular E.C. Preschool or Kindergarten Program

☑ E.C. Special Education Program in Separate Class

☐ E.C. Special Education Program in Separate School

☐ E.C. Special Education Program in Residential Facility

☐ Home

☐ Service Provider Location (Itinerant Services) - applies only when a child does not spend time in any environment with non-disabled peers

### Education Placement 3 to 21 years of age

**1. Does the student live at any of the following locations?**

☑ None of these locations (Default - 00)

☐ Temporary Housing Situation: Foster Home, Group Home, Safe Home, Supported Housing; and Temporary Shelters. (02)
(Housing that is subsidized by DCF, DDS, DMHAS or other state agency.)

☐ Hospital (03)

☐ Private Residential Facility (09)

# EXHIBIT 15

# Chicago Public Schools
# Individual Education Program (IEP)
## 1. Identification Information

| | |
|---|---|
| **Student Name:** E████ W█ | **Date of Meeting:** 11/30/2020<br>**Reconvened On:** 12/08/2020<br>**Reconvened On:** 12/08/2020 |
| **Student ID:** ████    **Gender:** Male | **Current CPS School:** Northside Learning Center High School<br>**Phone:** (773) 534-5180<br>**Area:** 19 **School ID:** 609744 |

| | | | |
|---|---|---|---|
| **Birth Date:** ████/2004 | **Grade:** Eleventh grade | **Homeroom/Division:** 704 | |
| **Parent/Guardian:** ████ L█ (Mother) | | **Case Manager/Telephone:** | |
| **Address:** ████    Chicago, IL 60622 | | **Date of Most Recent Evaluation:** 12/18/2019 | |
| **Parent's Phone Numbers Cell:** ████ | | **Date of Next Proposed Reevaluation:** 12/18/2022 | |

## 2. Disabilities

Intellectual Disability - Moderate, Visual Impairment, Speech or Language Impairment

## 3. Purpose of the Conference

**Purpose of the Conference:** IEP Review and Revision

**Other Purpose s :**
Secondary Transition

## 4. IEP Team (participants as appropriate)

| | Title | Name | Signature | | Title | Name | Signature |
|---|---|---|---|---|---|---|---|
| ☑ | Case Manager : | Kristen Kania | 11/30/2020<br>12/08/2020 | ☐ | Bilingual Specialist: | | |
| ☑ | District Representative: | Kristen Kania | 11/30/2020<br>12/08/2020 | ☐ | Nurse: | | |
| ☑ | Special Education Teacher: | Shahenaz Abdelrahim | 11/30/2020<br>12/08/2020 | ☐ | Interpreter/ Translator: | | |
| ☑ | General Education Teacher: | Michelle Kopke | 11/30/2020<br>12/08/2020 | ☑ | Occupational Therapist: | Colleen Gould | 11/30/2020 |
| ☑ | Evaluation Representative: | Shahenaz Abdelrahim | 11/30/2020<br>12/08/2020 | ☐ | Physical Therapist: | | |
| ☑ | Parent/Guardian: | ████ L█ | 11/30/2020<br>12/08/2020 | ☐ | Psychologist: | | |
| ☑ | Parent/Guardian: | F█ W█ | 11/30/2020<br>12/08/2020 | ☐ | Social Worker: | | |
| ☐ | Student*: | E████ W█ | | ☑ | Speech-Language Pathologist: | Kristine McInerney | 11/30/2020<br>12/08/2020 |
| ☐ | Surrogate Parent: | | | ☑ | Transition Representative: | Shahenaz Abdelrahim | 11/30/2020<br>12/08/2020 |
| ☐ | Community Agency: | Community Alternatives Unlimited | | ☐ | ODLSS District Representative: | | |
| ☑ | Teacher Of Visually Impaired: | Ethel Reid | 11/30/2020 | ☑ | Teacher of the Deaf/Hard of Hearing: | Nancy Burke | 11/30/2020 |
| ☐ | Certified Orientation and Mobility Specialist: | | | ☑ | Audiologist: | Bruce Kwiecinski | 11/30/2020 |

Exhibit 15: Page 1 of 33

12/8/2020                                    Individualized Education Program (IEP) for B████ W█ ████

| | Title | Name | Signature | Title | Name | Signature |
|---|---|---|---|---|---|---|
| ☑ | Advocate | Terri Smith-Roback | 11/30/2020 | | | |
| ☑ | TA-VI | Desiree Jimerson | 11/30/2020 | | | |
| ☑ | Case Manager | Michelle Kopke | 11/30/2020 | | | |
| | | | 12/08/2020 | | | |
| ☑ | Community Representative | Carleda Johnson | 12/08/2020 | | | |
| ☐ | Other: | | | | | |

*Student must be invited beginning at age 14 ½. Signature indicates attendance only.

## 5. Procedural Safeguards

Parent was sent "Conference Notification" less than ten (10) days before the IEP Meeting, but the Parent waived the ten-day waiting period.

Parent was sent "Conference Notification" on 12/01/2020 by Kristen Kania.

The Explanation of Procedural Safeguards were provided to the parent on 12/01/2020.

Parent was given IEP Meeting paperwork and Conference Recommendations at the IEP Meeting by Kristen Kania.
Student is 17 years old. Parent and student were given ISBE form 34-57I indicating that all rights pertaining to special education programs/related services shall transfer from the parent/guardian to the student at age 18 unless CPS is otherwise notified.

## 6. Language

| | |
|---|---|
| Language(s) used by student:<br>Primary: English | Primary language spoken in home: English |
| | Interpreter is not needed for parent communication. |
| Primary mode of communication used by student: Oral | Primary mode of communication used by parent: Oral |

### LANGUAGE PART B:

As English is primary language for B██████. Part B is NOT APPLICABLE for his IEP.

Evaluator(s)::

N/A
N/A

## 7. General Considerations in the Development of the IEP

### Student's Strengths:

B██ has recently joined our NLC program in October. We have been doing remote learning due to the COVID-19 Pandemic. B██ seems to be adjusting well to his new school and has expressed that he likes his new friends. B██ does a nice job when it is his turn to read aloud to his classmates. He does need some verbal assistance when he is uncertain about a word. He has done an excellent job participating in our morning routine and using the PearDeck application to answer questions. B██ has shown that he can identify basic colors, shapes, numbers, and letters of the alphabet. He does a great job reciting the days of the week and months of the year and types it out nicely during the morning routine using either numbers or words. He has been learning how to sign the days and months and can be seen in the background signing them when we do the daily calendar. I admire that B██ will keep double checking the screen in classes such as art and ASL to ensure that he is following along correctly. He loves showing his masterpieces and will show me what he has done after each step to ensure that he is doing good. He participates 100% during our fitness breaks and enjoys showing his cool dance moves. B██ will sometimes find an item in his house that relates to what we are learning to show his friends as a visual and his classmates appreciate it. B██ transitions smoothly from class to class during remote learning and completes his asynchronous assignments. B██ also completes independent work of his choosing using his IXL account.

OCCUPATIONAL PERFORMANCE AND STUDENT PARTICIPATION (PER OCCUPATIONAL THERAPIST): B██ has transitioned well into the Northside Learning Center remote learning environment since his school transfer this October. He has many reported interests, including: monster trucks, transportation (motorcycles, trains, airplanes), pop music, basketball, riding a bike, sorting newspaper/paper, reading books, coloring, arts/crafts and hands-on science experiments. B██ has supportive home learning environments provided by parents. B██ demonstrates active participation in virtual instruction, given an appropriate amount of physical assistance and/or verbal/visual cues from parents (e.g., physical assistance/cues when needed, then faded back to facilitate increased independence). B██ is capable of following the classroom teacher's instructions and responding independently. Per classroom observation and teacher report, B██ has demonstrated his ability to complete "drag and drop" tasks during his morning routine (e.g., moving name visual to "locker" visual to indicate attendance; moving arrow to weather/temperature visual). In addition, B██ completes tasks such as circling responses (e.g., icons for facial expressions, weather, clothing, grooming tasks) and drawing pictures (e.g., facial features), given verbal prompts from parent. Per Mother's report, B██ utilizes his finger on his iPad (versus stylus), and prefers to utilize a green fill color for visual contrast when circling/drawing (e.g., in Peardeck platform). B██ completes these requested motor tasks in an appropriate timeframe comparable to peers. B██ is able to mute/unmute in Google Meets, given verbal cues from teacher. B██ is able to access the Peardeck technology platform when given cues to access the chatbox and click on the link using his laptop. Per Mother's report, B██ has also been successful with entering the "code" using the iPad to access Peardeck. B██ has demonstrated his ability to imitate American Sign Language (ASL) signs alongside modeling from classroom teacher/paraprofessionals, independently with fair accuracy. Per Mother's report, B██ has demonstrated recent success with using an iPad (versus computer) to access his remote learning classroom and complete various interactive tasks, such as IXL. Per Mother's report, an additional benefit of using the iPad is that B██ is able to have a more comprehensive view of his teacher and classmates. The iPad is able to be positioned closer to B██'s field of vision using a slanted surface. Mother also reports that the laptop also meets B██'s needs when accessing IXL and viewing YouTube instructional videos. B██ appears to demonstrate appropriate attention span and self-regulation during virtual classes. He benefits from the movement breaks incorporated by his classroom teacher into the daily routine, providing sensorimotor input for increased attention span as well as addressing skills such as awareness of body position in space, motor planning, following directions and sequencing. B██ appears to enjoy taking a leadership role and assuming "special classroom jobs" such as leading group exercises. B██ completes and turns in all assigned work in Google Classroom. Per observation of submitted Google Classroom work samples, B██ has demonstrated his ability to: Type 2-sentence responses, one for each of two given prompts:

Type personal information (with accompanying visuals); Complete fill-in-the-blank sentences/sentence starters (via typing in text boxes); Use mouse to complete "drag and drop" tasks in Google Slides (e.g., "Pumpkin Faces"); and, Draw simple pictures via guided drawing technique (e.g., "acorn"). Although writing is not a required task in E▇'s current remote learning curriculum, per review of records and work samples, E▇ has achieved a functional signature (prints first/last name from memory), utilizing an appropriate right hand tripod or quadruped grasp on a printing tool.

## Academic, Developmental and Functional Needs:
### Academic Needs:
#### General Academic Needs:

E▇ requires small structured classes with significant support of clear verbal instructions and visual aides, hands-on activities, reinforcements, prompting (gestures/visuals/cues/verbal/modeling), and age appropriate cognitive level material(s) to facilitate successful learning. He requires verbal prompting when tasks are new. E▇ is motivated by verbal praise, art class, music to show off his awesome dance moves, monster trucks, and social opportunities with friends. These motivators help E▇ to stay on his tasks and complete them. With appropriate amounts of time and appropriate support, he is able to learn vocational tasks modified for his cognitive ability that are beneficial for him in his basic life-skills and work skills. E▇ puts great effort in trying to read independently, but will need assistance on words as well as accompanied with pictures that support the content. E▇ would also benefit from role playing scenarios to help him comprehend situations better and to help him become more aware of situations that may occur and how to respond.

#### Preferred Learning Style:

E▇ benefits from being taught in small structured classes with simple 1-2 step instructions where instructional activities are presented to him with minimal distractions and maximizing visual cues. He is capable of completing his assigned tasks with minimal prompting. E▇ adheres to concrete, hands-on activities and experiences through a variety of modalities such as visuals, breaking down tasks into small simple steps, modeling, and repetition in order to comprehend material better especially when it is a new task. Verbal check-ins seem to be beneficial for E▇.

#### Curriculum-based Assessment Results:

When we return to school, it will be Team 3's top priority to get a more personal assessment of E▇.
E▇ has shown that he can identify his basic colors, letters of the alphabet, shapes, calendar information, basic survival signs, numbers, and common Dolch Sight words.

#### District/State Test Results:

E▇ will participate in the Dynamic Learning Map (DLM) Alternate Assessment in the year's it is given at Northside Learning Center.

### Developmental/Functional Needs:

E▇ recently transferred to NLC. His education is being provided remotely using GoogleClassroom. He is currently enrolled in a variety of courses that will better assist him in enhancing his independence for present and future opportunities both in school and in the community-based setting. E▇ requires significant accommodations in order to access the general education curriculum for high school students. In addition to being age appropriate, the academic materials must be at his cognitive level. Minimal supervision is necessary to ensure his safety and that he is interacting appropriately especially when out in community-based setting. New and unfamiliar tasks should be modeled with directions stated in clear simple steps along with visuals.

Per Vision: E▇ has a visual diagnosis of Myopia, Nystagmus, Alternating Exotropia, and Astigmatism. Myopia is referred to as nearsightedness: A person with Myopia has difficulty seeing distant objects clearly, but will be able to see well for close-up tasks such as reading. Nystagmus is a vision condition in which the eyes make repetitive, uncontrolled movements. These movements often result in reduced vision and depth perception and can affect balance and coordination. These involuntary eye movements can occur from side to side, up and down, or in a circular pattern. Most individuals with nystagmus have a null point (an eye position where the eyes move the least) where vision is usually the most clear. This position may be straight ahead (primary gaze), or may be located to one side or the other, or even up or down. Exotropia is a misalignment of the eyes. It is a condition in which one or both eyes turn outward away from the nose. Astigmatism is a common form of visual impairment in which part of an image is blurred due to an irregularity in the dome-shaped curvature of the front surface of the eye, the cornea. With astigmatism, light rays entering the eye are not uniformly focused on the retina. The result is blurred vision at all distances. Astigmatism is resolved to some degree with the wearing of prescription glasses. According to E▇'s most recent ocular dated 10/20/2020, his distance visual acuities are 20/120 for right eye and 20/240 for his left eye. His near visual acuity is 20/60 for both eyes; this corresponds to 10 point print size which is equivalent to print found in paperback books or newspaper print. For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level. Use print size of 14-16 point font size (large print). Use of reading guide to assist with visual tracking when reading. Have E▇ seated at least 5 feet from teacher and class instruction/demonstrations. Use dark blue or black markers on white boards. Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned. Allow extra time for E▇ to process visual information. Make sure hard copies are of high contrast and reduced clutter (busy backgrounds). Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks). Use auditory materials to supplement instructional materials whenever possible. Due to possible depth perception deficit (inability to visually judge distances accurately), E▇ should have adult supervision during all school drills and out-of-school field trips. Adult supervision during physical education-avoid fast moving ball sports and projectiles due to possible depth perception deficits.

OCCUPATIONAL PERFORMANCE AND STUDENT PARTICIPATION (PER OCCUPATIONAL THERAPIST): During virtual classroom instruction, E▇ requires enlarged, nearpoint visual models/visual cues to access curriculum materials and technology platforms (e.g., "Spotlight" and "Pinning" features in Google Meet; Desktop whiteboard to supplement visual cues; Slantboard to bring instructional materials into field of vision; iPad/tablet stand). In addition, based on the results of an Assistive Technology Consultation Report dated 10/30/2020, E▇ will be receiving the following assistive technology on a trial basis: Laptop with a 17 inch screen; Specialized screen magnification software ("ZoomText"); Large print labels for computer/laptop keyboards (black letters on white background); and, Adapted mouse (joystick or color-coded trackball mouse). Per Vision itinerant, E▇'s vision should be monitored for fatigue, and he should be allowed rest breaks as needed from screen time. Mother has implemented accommodations/modifications in the home environment, including: a puffy sticker on mouse for increased tactile/visual cue, google eyes on screen as a visual cue for visual attention, and modified cursor/mouse accessibility settings, to facilitate E▇'s ability to manipulate the mouse in order to access his remote learning curriculum. Based on review of recent handwriting samples provided by parent, as well as records review, E▇ demonstrates inconsistent legibility of handwriting, despite significant history of direct OT service from 2010-2016 focused specifically on handwriting, along with classroom staff implementation of writing strategies. From the years 2010-2016, E▇'s direct OT services were focused on handwriting and/or typing, with mastery levels varying from year to year. Per OT Re-evaluation dated October 2019, "E▇ is able to copy words and very simple sentences from a same page or separate page close visual model. However, this process typically involves omissions and copying errors and is noted to require a high level of effort and significantly extended time (may require 5 minutes or more to copy single simple sentence)." As mentioned previously, handwriting is not a required task within E▇'s current remote learning educational curriculum. Modifications/accommodations implemented via the consultation model, such as use of educational technology/assistive technology, have proven to be much more functional, efficient and motivating for E▇ (versus handwriting) to access his educational curriculum, and most functional for achieving the ultimate goal of preparing E▇ for the future transition to gainful employment and independent living. E▇'s present independent functioning needs are being addressed during the current remote learning period via accommodations/modifications to support access to his educational curriculum. OT recommends continuation of the consultative service delivery model (increase in frequency from quarterly to

monthly) to implement accommodations/modifications during the remote learning period, with shift in service delivery model from consult to direct upon return to in-person learning, in order to support independent functioning/vocational/life skills (Independent Functioning goal to reflect direct OT service will be added via IEP Revision upon return to in-person learning).

Audiology: Test results from Resurrection Medical Center dated 11-6-20 revealed essentially normal hearing sensitivity in the right ear and a mild conductive hearing loss in the left ear. Word recognition ability was judged as excellent in both ears at a normal conversational speech level (55dB HL). Impedance test results indicated normal middle ear function bilaterally. Recommendations included medical follow up to determine if interventions are necessary. The use of amplification in the left ear was suggested if the hearing loss can not be medically managed along with an audiological re-evaluation in one year to monitor the left ear hearing thresholds. Parents are following up with ENT at this time and will schedule an audiological evaluation to monitor B██'s left ear hearing loss.

### Communication Needs:

B█████ communicates verbally. He would benefit from enunciating more when he speaks with new listeners as well as expanding his vocabulary. It can be difficult to understand him at times to unfamiliar ears and may need to be asked to repeat himself. It appears that B██ likes to socialize with friends, but may be shy or discouraged because he feels they may not understand him. He would benefit from initiating conversations amongst his peers. I feel that when we return back to the norm at NLC after the Pandemic, B██ will have more confidence when he is in actual social situations rather than being on the computer for remote learning. B██ is learning ASL this school year and does a nice job participating. He has been observed utilizing some of the signs he has learned to communicate such as the day of the week.

SLP: B█████ presents a receptive and expressive language impairment coupled with an articulation impairment. B█████'s speech intelligibility is significantly reduced when speaking. His articulation is characterized by multiple sound substitutions and deletions and overall imprecise speech. He has a parent provided Nova Chat communication device, but prefers speaking and does not spontaneously use his device. B█████ appears to have difficulty with planning, sequencing and executing oral motor movements, especially on demand. The phonological error patterns that B█████ exhibits are no longer developmental appropriate, such as multisyllable word reduction (i.e. gaffe"/giraffe, "nana" /banana, "vacu"/vaccum), consonant cluster reduction of blends (i.e. "poon"/spoon or "nake"/snake) gliding (i.e. "wabbit"/rabbit) and stridency deletion (i.e. "dip"/sip, and "seben"/seven). These phonological processes contribute to a significant reduction in overall speech intelligibility. He often speaks at a fast rate, uses incorrect prosody (wrong stress markers), and drops the middle sounds of multisyllabic words. B█████'s intelligibility is reduced, which means it he is difficult to understand by others, especially when context is unknown. He struggles to use complete sentences and prefers to speak in shorter word utterances, although these don't always get his message across effectively. He relies on his familiar communication partners to interpret what he means, instead of expanding his utterance length to further explain himself. Speech Pathologist often needs to ask follow up questions or interpret what he needs/wants, especially if it is something part of his routine. B█████ would continue to benefit from working on increasing his repertoire of communication breakdown strategies so that he will become less reliant on familiar listeners and increase his functional communication independence.

### Relevant Transition Information:

Due to remote learning and B██ recently transferring to NLC, I have not had the opportunity to observe how he can transition in school or community-based settings. What I have observed is that B██ transitions nicely during remote when we switch classes/activities. B██ would benefit from increasing his independence in traveling outside familiar settings to enhance his safe traveling skills. I feel B██ would benefit from increasing advocacy skills for himself and would have difficulty transitioning in a large general education high school. In order to facilitate a successful and appropriate learning environment for B█████, instruction should be broken down into small, manageable tasks and accompanied with review, repetition, visual/verbal/physical cues, and reinforcements when teaching the same concept. Sitting away from distractions (noise, people, etc.) would also facilitate for a more appropriate learning environment for him.

### Language and Cultural Considerations:

B██ receives speech services. He speaks English at home and during his remote classes.

### Parents' Concerns:

Parents provided input on goals and transitional skills.
Parents have concerns about B█████ traveling in the community. He needs someone with him due to his vision.

---

## 8. Transition Services

A Transition Plan is required for this student.

ref

efort

**Case 1:20-cv-05396-GHW-SDA Document 19-1 Filed 09/29/21 Page 242 of 378**

12/8/2020 — Individualized Education Program (IEP)

## 9. Areas of Need

Goal/Accommodation/Modification columns:

- ☑☑ English Language Arts (ELA)
- ☐☐ Mathematics
- ☐☐ Biological & Physical Sciences
- ☑☑ Social Sciences
- ☑☑ World Language
- ☑☑ Vocational
- ☐☑ Vision
- ☐☐ Other 3
- ☐☐ Art
- ☐☐ Music
- ☐☑ Physical Education
- ☐☐ Health Education
- ☐☐ Library
- ☐☐ Computer
- ☐☐ Other 2
- ☑☑ Independent Functioning
- ☐☐ Physical/Sensory
- ☑☑ Speech/Language
- ☐☐ Health/Medical
- ☐☐ Social/Emotional
- ☑ Non Academic
- ☑ Extra Curricular Activities

†Accommodations and/or Modifications

## 10(a). Accommodations and Modifications: Special Factors

(Including supplementary aids and services that will enable student to participate in the general education curriculum)

**Special Factors:**

A. If student is **blind/visually impaired**, is instruction and use of Braille needed? No

If NO, was decision based on an evaluation of student's reading and writing skills, media needs, and future need for instruction in Braille? Yes

B. If student is **deaf or hard of hearing**, is language and communication support (including speech, reading, functional sign, total communication, communication boards, interpreting devices, note takers, etc.) needed? N/A

C. If student is an **English Language Learner**, are instructional and assessment accommodations needed to meet the student's linguistic and cultural needs? N/A

D. **Alternative/Augmentative Communication Need**

Are **alternative/augmentative communication devices** required for student to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs of the student? ☑ Yes ☐ No

Are there any alternative/augmentative communication devices already available at the school that the student will use? ☑ Yes ☐ No

[redacted] requires the following alternative/augmentative communication device(s) provided at the school to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs:

- School Laptop/Desktop/Tablet

Was an alternative/augmentative communication evaluation completed? ☑ Yes ☐ No

Date of Evaluation: 04/25/2012

Please review the AT and/or AC report for more specific information and recommendations (e.g. device provision, training supports, technical assistance, and specific feature details).

[redacted] requires the following alternative/augmentative communication device(s) to interact with staff and peers, to access any portion of the curriculum, or to meet the social and communication needs:

- Digitized Voice Output Device

Access:

- Direct selection access

Physical Features:

- Multiple level
- Static display
- Portable
- Lightweight
- Shoulder Straps/Carry Case
- 32 Cells

Vocabulary Features:

- Activity based

E. **Assistive Technology**

Is **assistive technology** required for the student to access any portion of the curriculum or to meet the behavioral or adaptive needs of the student? ☑ Yes ☐ No

Are there any assistive technology devices recommended in a report by a special education teacher or related service provider? ☑ Yes ☐ No

Assistive technology device(s) recommended in a report by a special education teacher or related service provider:

Exhibit 15: Page 5 of 33

https://new.connect.cps.edu/f5-w-68747470733a2f2f73736d2e6370732e6b31322e696c2e7573$$/templatedocprint.aspx?template=87&doc=719127... 5/33

12/8/2020                                   Individualized Education Program (IEP) for E█████ W█ █████

- Large calculator, slant board, fidgets
- Reading Stand
- Timer
- Visual Prompts

Is there any assistive technology devices that the student requires and are available at the school? ☒ Yes ☐ No

Assistive technology device(s) that the student could utilize and are available at the school:

- Timer
- School Laptop/Desktop/Tablet
- Modified Paper, Bold lined paper
- Enlarged monitor
- Magnification/Screen Reading Software
- Reading Guide
- Slantboard, Talking Calculator/Enlarged Display

Was an assistive technology evaluation completed? ☒ Yes ☐ No

Date of Evaluation: 10/30/2020

Assistive technology device(s) listed in the assistive technology evaluation:

**Please review the AT and/or AC report for more specific information and recommendations (e.g. device provision, training supports, technical assistance, and specific feature details).**

- Alternate Keyboard
- Alternate Mouse
- Computer
- Vision Software

F. **Behavior**

Does the student's behavior impede his learning or that of others? ☐ Yes ☒ No

G. **Paraprofessional Support**

Does the student require **paraprofessional support** to access the general education curriculum or to meet his social, communication, behavioral or adaptive needs?
☒ Yes ☐ No

Does the IEP team have the qualitative and quantitative data to determine whether the student requires paraprofessional support? ☒ Yes ☐ No

E████ will be in a cluster program classroom with a shared programmatic paraprofessional to provide shared instructional and shared behavioral support.
E████ will utilize the following para support in the classroom:

E██ requires assistance from a programmatic paraprofessional when participating in various learning activities both within the school building as well as when engaging in these learning activities within the community at large. Paraprofessional support will be provided to E██ to ensure understanding of new concepts, tasks, and activities. The programmatic paraprofessional will provide additional verbal/physical prompts and visual cues as well as the modeling of specific independent living and vocational tasks. Instruction needs to be broken down into short manageable steps in order for him to access to the curriculum. The paraprofessional will also provide supervision in order to ensure physical safety and ensure E██'s full participation in the task at hand. The programmatic paraprofessional may also supervise E██'s participation in a cooperative learning group activity and/or peer buddy interaction. E██ also requires paraprofessional support while in community based classes to ensure he is safe in situations that are not familiar to him.

Exhibit 15: Page 6 of 33

 

## 10(b). Accommodations and Modifications: General

**Description of modifications and accommodations for each area of need:**

The identified Accommodations and Modifications listed below will be provided when the student is enrolled in the class.

---

### English Language Arts

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Test one concept at a time.
- Allow the use of a computer.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.
- Provide preferential seating near -at least 5 feet from teacher and class instruction/demonstrations. Have student seated with his back to windows.

**Other Accommodations:**

- •paraprofessional support as needed
- For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level.
  Use print size of 14-16 point font size (large print).
  Use of reading guide to assist with visual tracking when reading.
  Use dark blue or black markers on white boards.
  Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned.
  Allow extra time for B█ to process visual information.
  Make sure hard copies are of high contrast and reduced clutter (busy backgrounds).
  Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks).
  Use auditory materials to supplement instructional materials whenever possible.

---

### Social Sciences

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Allow the use of a calculator.
- Test one concept at a time.
- Allow the use of a computer.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.
- Provide preferential seating near -at least 5 feet from teacher and class instruction/demonstrations. Have student seated with his back to windows.

**Other Accommodations:**

- •paraprofessional support as needed
- For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level.
  Use print size of 14-16 point font size (large print).
  Use of reading guide to assist with visual tracking when reading.
  Use dark blue or black markers on white boards.
  Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned.
  Allow extra time for B█ to process visual information.
  Make sure hard copies are of high contrast and reduced clutter (busy backgrounds).
  Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks).
  Use auditory materials to supplement instructional materials whenever possible.

---

### World Language

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.

Exhibit 15: Page 7 of 33

- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Test one concept at a time.
- Allow the use of a computer.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.
- Provide preferential seating near -at least 5 feet from teacher and class instruction/demonstrations. Have student seated with his back to windows.

**Other Accommodations:**

- •paraprofessional support as needed
- For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level.
  Use print size of 14-16 point font size (large print).
  Use of reading guide to assist with visual tracking when reading.
  Use dark blue or black markers on white boards.
  Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned.
  Allow extra time for B██ to process visual information.
  Make sure hard copies are of high contrast and reduced clutter (busy backgrounds).
  Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks).
  Use auditory materials to supplement instructional materials whenever possible.

## Vocational

**Classroom Accommodations/Modifications:**

- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Provide access to picture schedule.
- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a calculator.
- Test one concept at a time.
- Allow the use of a computer.
- Provide visual cues and guides.
- Provide motivation and verbal rewards on a daily basis.
- Peer buddy.
- Provide preferential seating near -at least 5 feet from teacher and class instruction/demonstrations. Have student seated with his back to windows.

**Other Accommodations:**

- •paraprofessional support as needed
- For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level.
  Use print size of 14-16 point font size (large print).
  Use of reading guide to assist with visual tracking when reading.
  Use dark blue or black markers on white boards.
  Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned.
  Allow extra time for B██ to process visual information.
  Make sure hard copies are of high contrast and reduced clutter (busy backgrounds).
  Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks).
  Use auditory materials to supplement instructional materials whenever possible.

## Independent Functioning

**Collaboration/Consultation:**   Occupational Therapist will collaborate/consult with Special Education Teacher for 15 minutes monthly.

**Nature of Collaboration:**

Occupational Therapist will consult with Special Education Teacher(s), Classroom Paraprofessional(s) and Parents (15 minutes per month) regarding accommodations/modifications for fine/visual motor and vocational/life skills tasks relevant to the educational curriculum, as well as sensory strategies for optimal alertness/attention span within the educational environment.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ◯ No

**Accommodations/Modifications:**

- Place student in an accessible building.
- Allow access to the elevator when necessary.

**Other Accommodations:**

- Paraprofessional support as needed
  Supervision in all educational settings
  Use of simple 1-2 step direction(s)
  Verbal, visual and auditory cues (bell) for transitions between classes
  Access to educational technology (e.g., iPad) as appropriate
  Provide positive reinforcement (e.g., verbal praise, Husky Bucks) for appropriate behavior and task completion

PER OCCUPATIONAL THERAPIST:                                    Exhibit 15: Page 8 of 33

12/8/2020                                     Individualized Education Program (IEP) for E▮▮▮ W▮ ▮▮▮

Visual schedule; Extended time for transitions, as needed; Extended processing and response time, as needed; Adult supervision for navigation through the school environment; Adult supervision during community based outings (including close supervision on stairs); Nearpoint, enlarged, high contrast visual models for fine/visual motor tasks; Use of home iPad (as appropriate/as available) as alternative to laptop, to facilitate increased independence with access to instructional platforms and provision of responses; iPad/tablet stand/slantboard; Tactile/visual cue (e.g., puffy sticker) on computer mouse for finger placement; Supplemental visual cue (e.g., "google eyes") on computer screen to enhance visual attention; Modified cursor/mouse accessibility settings; Utilize high contrast, preferred fill color (green) for visual contrast when circling/drawing in various technology programs/platforms; Use of enlarged visual models via current educational technology platforms (e.g., use of Google Meet "presenting" and "pinning" features); Highlighted (thick, dark and/or high contrast) cutting lines and coloring boundaries; Access to slantboard for positioning of instructional materials within student's field of vision; Use of desktop whiteboard for supplemental visual models with dark/high contrast dry erase marker colors; Modified reading/writing paper (e.g., large print, high contrast, highlighted (thick/dark/high contrast) text boxes and/or baselines); Preferential classroom seating near source of instruction; Access to iPad calculator (or similar calculator with enlarged screen and keys); Access to assistive technology, when available (Per Assistive Technology Consultation Report dated 10/30/2020); Laptop with a 17 inch screen, Specialized screen magnification software ("ZoomText"), Large print labels for computer/laptop keyboards (black letters on white background), and, Adapted mouse (joystick or color-coded trackball mouse); Staff supervision as needed with self help routines relevant to the school environment (e.g., managing lunch tray, opening packages/containers, initiation of bathroom use); "Work-break" and/or "First-Then" approach for motivation/attention span; Monitor screen time and provide screen breaks, as needed, to prevent visual fatigue; Auditory/visual timer; Provide positive reinforcement (verbal praise, special "leader roles/classroom jobs" such as leading exercise breaks, preferred tangible rewards (e.g., Husky Bucks, monster trucks, preferred pop music); Link school and home reinforcement systems (e.g., earn "Husky Bucks" for school purchases, home incentives, as appropriate); Provide visual schedule/sequence of steps (written/pictorial) and/or video tutorial for completion of multistep vocational activities; Frequent sensorimotor breaks throughout the schoolday for sustained self-regulation and attention span; Provide verbal/visual redirection as primary intervention for attention to task prior to introducing a fidget tool; If necessary, provide access to sensory/fidget tools to replace self-stimulating behaviors such as humming (e.g., Velcro strip, corrugated cardboard sensory strip, vibrational sensory tool); Peer buddy as appropriate; Access to Novachat 10 communication device (parent-provided); Promote use of American Sign Language (ASL) as appropriate to supplement functional communication; Per Chicago Lighthouse Report dated 10/20/2020: ZoomText for computer magnification; Habitual magnifiers for printed text; Provide hard copies of assignments to supplement digital materials, as appropriate/as needed; Limit prolonged screentime; Supplement visual instruction with auditory instruction.

## Non Academic

### Accommodations/Modifications:

- Assemblies: Supervision by staff for safety
  Pre-teach topic and behavior expectations
  Preferential seating

  Review HOWL
- Field Trips: Supervision by staff for safety
  Pre-teach topic and behavior expectations
  Preferential seating
- Lunch: Supervision by staff for safety
  Pre-teach topic and behavior expectations
  Preferential seating

### Other Accommodations:

- Due to possible depth perception deficit (inability to visually judge distances accurately), E▮ should have adult supervision during all school drills and out-of-school field trips. Adult supervision during physical education-avoid fast moving ball sports and projectiles due to possible depth perception deficits.

## Extra Curricular Activities

### Accommodations/Modifications:

### Other Accommodations:

- Due to possible depth perception deficit (inability to visually judge distances accurately), E▮ should have adult supervision during all school drills and out-of-school field trips
- Supervision by staff for safety
  Pre-teach topic and behavior expectations
  Preferential seating

## Speech/Language

**Collaboration/Consultation:**   Speech Pathologist will collaborate/consult with Special Education Teacher for 15 minutes quarterly.

**Nature of Collaboration:**
SLP will consult with educational staff about E▮▮▮▮'s functional communication skills regarding both his expressive language (verbal production of speech and use of parent-provided device) and receptive language skills.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ **Yes** ☐ **No**

### Accommodations/Modifications:

- Pair student with peer model.
- Provide visuals to supplement communication.
- Allow speaking alternatives (communicate through pictures, manipulatives, etc.) and encourage corresponding vocalization/verbalization.
- Provide appropriate model for speech sound production.
- Cue student to monitor the following sound(s):
  multisyllable

### Other Accommodations:

- Parent-provided Nova Chat 10 must be available to the student throughout the entirety of the school day.
  Encourage expansion of utterances by adding 1-2 words to the student's linguistic level.
  Break verbally presented information into smaller parts supplemented by visuals.
  When others do not understand E▮▮▮▮, encourage him to first repeat and/or rephrase utterances while using ▮▮▮▮▮▮▮▮▮▮▮▮▮ use of

Exhibit 1 Page 9 of 33

12/8/2020                                          Individualized Education Program (IEP) for B███ W█ █████

    parent-provided device.
    Provide increased processing time and time to formulate responses.
    Repeat and rephrase questions to support understanding as needed.
    Provide aided-language stimulation and model novel phrases on B███'s device multiple times to increase saliency of navigational pathways.
    Repeat and rephrase sentences produced in error.
    Remind B███ to charge his device and pack/unpack his device every day.
    Encourage B███ to orally repeat sentences that he forms on his device.

## Vision

**Collaboration/Consultation:**   Teacher - VI will collaborate/consult with Special Education Teacher for 30 minutes monthly.

**Nature of Collaboration:**

Teacher of the Visually Impaired will consult and collaborate with the Special Education Teacher to ensure that all visual accommodations and modifications are being met in the educational setting to help B██ participate in all activities and learning opportunities.

Will these Collaboration/Consultation minutes listed be provided during the entire life of the IEP? ☑ Yes ☐ No

### Classroom Accommodations/Modifications:

- Give verbal directions in clearly stated steps.
- Ask student yes/no questions.
- Provide extra examples when teaching new vocabulary/concepts.
- Offer choices for responses.
- Embed choices when eliciting information.
- Provide extra response time: 2 minutes
- Allow student to volunteer classroom responses.
- Reinforce assignments with verbal instruction.
- Explain directions and give concrete examples.
- Maintain frequent eye contact.
- Allow the use of a calculator.
- Test one concept at a time.
- Allow the use of a computer.
- Ask student to repeat directions back to confirm understanding.
- Provide visual cues and guides.
- Extend time between class transition by 10 percent.
- Provide motivation and verbal rewards on a daily basis.
- Provide preferential seating near -at least 5 feet from teacher and class instruction/demonstrations. Have student seated with his back to windows.

### Other Accommodations:

- For reading activities, place a hard copy on a slant board so reading materials are displayed at eye level.
  Use print size of 14-16 point font size (large print).
  Use of reading guide to assist with visual tracking when reading.
  Use dark blue or black markers on white boards.
  Monitor glare on all surfaces. Have student seated with his back to windows. Computer monitors may need to be repositioned.
  Allow extra time for B██ to process visual information.
  Make sure hard copies are of high contrast and reduced clutter (busy backgrounds).
  Due to possible depth perception deficit (inability to visually judge distances accurately), B██ should have adult supervision during all school drills and out-of-school field trips.
  Adult supervision during physical education-avoid fast moving ball sports and projectiles due to possible depth perception deficits.
  Reduce screen time for prolonged periods of computer use to avoid visual fatigue (allow for visual breaks).
  Use auditory materials to supplement instructional materials whenever possible.

## Physical Education

### Accommodations/Modifications:

### Other Accommodations:

- Adult supervision during physical education-avoid fast moving ball sports and projectiles due to possible depth perception deficits.

Exhibit 15: Page 10 of 33

## 10(c). Accommodations and Modifications: Assessments

**Classroom Assessments**

*Classroom assessments include traditional and computer based assessments. Indicate what type of accommodations/modifications are needed for classroom assessments in each area of need identified. To add or remove classroom assessments to an area of need, go to the A/M: General page and check, under each relevant subject area, the appropriate response of Yes or No next to the question that asks "Does the student need classroom testing accommodations in this subject area?"*

B█████ **will participate in classroom assessment with accommodations/modifications in the following areas:**

**English Language Arts**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer in location with minimal distractions
- Read directions orally
- Read entire test orally
- Change format of answer sheet: Multiple Choice
- Allow use of computer or other word processing device
- Test one concept at a time

**Social Sciences**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer in location with minimal distractions
- Read directions orally
- Read entire test orally
- Change format of answer sheet: Multiple Choice
- Allow use of computer or other word processing device
- Test one concept at a time
- Allow the use of a Calculator

**World Language**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer in location with minimal distractions
- Read directions orally
- Read entire test orally
- Change format of answer sheet: Multiple Choice
- Allow use of computer or other word processing device
- Test one concept at a time

**Vocational**

The accommodations/modifications will be as follows:

- Administer in small group
- Administer in location with minimal distractions
- Read directions orally
- Read entire test orally
- Change format of answer sheet: Multiple Choice
- Allow use of computer or other word processing device
- Test one concept at a time
- Allow the use of a Calculator

B█████ **will participate in classroom assessments without accommodations/modifications in all other areas.**

---

**District/State Assessments**

| District Assessments: | State Assessments: |
|---|---|
| B█████ will participate in the district assessments **WITHOUT** accommodations/modifications in the following areas: | B█████ will participate in the state assessments **WITHOUT** accommodations/modifications in the following areas: |
| • Mathematics<br>• Science<br>• Art<br>• Music<br>• Computer/Technology | • Mathematics<br>• Science<br>• Art<br>• Music<br>• Computer/Technology |
| B█████ will participate in the district assessments **WITH STANDARD ACCOMMODATIONS** (identified by the test manufacturer that do not materially alter the student's test results) that are necessary to measure academic achievement and functional performance. These **STANDARD ACCOMMODATIONS** will be provided in the following areas: | B█████ will participate in the state assessments **WITH STANDARD ACCOMMODATIONS** (identified by the test manufacturer that do not materially alter the student's test results) that are necessary to measure academic achievement and functional performance. These **STANDARD ACCOMMODATIONS** will be provided in the following areas: |
| • Language Arts/English/Reading<br>• Social Sciences<br>• World Language | • Language Arts/English/Reading<br>• Social Sciences<br>• World Language |

B█████ is eligible to participate in, and will take the Dynamic Learning Maps Alternate Assessment with **STANDARD** accommodations (identified by the test manufacturer that do not materially alter the student's test results) that are necessary to measure academic achievement and functional performance, the years it is given. If the student is also an English Language Learner, he will participate in the Alternate ACCESS exam in the years it is given.

Exhibit 15: Page 11 of 33

12/8/2020                          Individualized Education Program (IEP) for ▇▇ W▇ ▇▇▇

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Academic
- Transition: Post-Secondary Independent Living

**Illinois Learning Standard # :**

**Special Education/Related Service Provider:** Special Education Teacher          **Other Providers, if appropriate:**
                                                                                   Paraprofessional

Independent Functioning services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Independent Functioning

**Academic Achievement:**
▇▇ has demonstrated that he knows his basic colors, numbers, days, of the week, months, letters of the alphabet, and basic shapes. He handwrite words on his assignments given an example to copy from. He can write both his first and last name legibly on his work. ▇▇ has demonstrated that he can locate the correct keys on the keyboard when completing online assignments. ▇▇ does a nice job trying read assigned passages with verbal prompting when needed. He does a nice job saying good morning to the class and has a huge smile as he waves and says good-bye to his friends at the end of day. ▇▇ logs on to his IXL accounts and completes different lessons of his choosing. He has demonstrated that he can rote count the days of the month looking at the screen. He can also count out how many days are in a week as well as how many months are in a year. He does a nice job typing out today's date on a daily basis using numbers or words. ▇▇ has also demonstrated that he is familiar with some common safety/survival signs. Overall, he enjoys engaging in class and follows HOWL very nicely. He is a great leader of how to be an attentive student to his peers.

**Functional Performance:**
▇▇ is attentive in class and participates daily in all of his lessons. He does require some assistance with using his device (eg: moving the mouse, enhancing text on the screen) and his parents do a wonderful job providing that for him during remote learning. He transitions smoothly from subject to subject during remote learning and attends to his asynchronous assignments. ▇▇ does a nice job mimicking what I am doing and maintains frequent eye contact. ▇▇ can locate his remote learning locker and put his book on there so that I know he is logged on and ready for class during our daily PearDeck routine. ▇▇ has been adjusting nicely in my opinion to his new school and daily routines. He engages 100% during our fitness breaks and if he is unable to do one of the exercises he substitutes it with a different one so that he is still being active. He loves receiving verbal praise and has such a big smile on his face when he completes a task. ▇▇ has demonstrated that he can follow instructions with little to no prompting. ▇▇ has been observed being able to complete 1-2 step pre-taught tasks. ▇▇ has been utilizing multiple devices to engage in class so that he can have my presentation on one screen and still see me and classmates on another screen. He has recently started using a microphone and has been able to mute and unmute himself with little to no assistance. The microphone has been allowing both classmates and staff to hear him more clearly.

**Standardized Tests Results:**
▇▇ will participate in the Illinois Alternate Assessment (IAA)/Dynamic Learning Maps (DLM) during the years it is given at Northside Learning Center.

**Other Considerations:**
▇▇ will participate in a significantly modified curriculum to address his individual needs and accommodate his cognitive level of functioning. He requires a significant amount of intervention to participate in a meaningful educational-base instructional program. Due to ▇▇▇▇'s intellectual disability he is not able to participate or benefit from instruction offered in a general education curriculum. ▇▇▇▇ requires a curriculum that is significantly modified to educate him in the appropriate skills necessary for him to succeed both in school and in the community. He performs better when new concepts are presented using hands-on materials along with verbal instruction and when he is given the opportunity to practice it. ▇▇ benefits from being educated in a lower student-teacher ratio along with small-group verbal instruction, repetition, hands-on experiences, shadowing, and modeling. Without these accommodations, it would be extremely difficult for ▇▇ to be a successful student if he was in the general education curriculum.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year or the end date of implementation for this goal.)
▇▇ will increase his vocabulary by accurately explaining the meaning of 60 new words with 80% accuracy when provided up to 3 verbal, written multiple choice answers.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** | |
| --- | --- | --- | --- |
| • 60 words | • Data chart: bi-weekly | • Quarterly | |
| | | | **Benchmark Date**<br>2/08/2021 Reported 11/2021 |

**Quarterly Benchmark:**
▇▇ will increase his vocabulary by accurately explaining the meaning of 15 new words with 80% accuracy when provided up to 3 verbal, written multiple choice answers.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** | |
| --- | --- | --- | --- |
| • 15 words | • Data chart: bi-weekly | • Quarterly | |
| | | | **Benchmark Date**<br>2/2021 |

**Quarterly Benchmark:**
▇▇ will increase his vocabulary by accurately explaining the meaning of 30 new words with 80% accuracy when pro

Exhibit 1, Page 12 of 33

written multiple choice answers.

12/8/2020                                    Individualized Education Program (IEP) for B████ W█ ████

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 30 words | • Data chart: bi-weekly | • Quarterly |

|  |  | Benchmark Date |
|---|---|---|
|  |  | 4/2021 |

**Quarterly Benchmark:**
B██ will increase his vocabulary by accurately explaining the meaning of 45 new words with 80% accuracy when provided up to 3 verbal, written multiple choice answers.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 45 words | • Data chart: bi-weekly | • Quarterly |

|  |  | Benchmark Date |
|---|---|---|
|  |  | 6/2021 |

Exhibit 15: Page 13 of 33

12/8/2020 Individualized Education Program (IEP) for E████ V█ ████

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Academic
- Transition: Post-Secondary Education/Training

**Illinois Learning Standard Incorporating the Common Core # :** R.R.1

**Special Education/Related Service Provider:** Special Education Teacher       **Other Providers, if appropriate:**
Paraprofessional

English Language Arts services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
Area of Need: English Language Arts
Corresponding CC Strand: English Language Arts – Reading

**Academic Achievement:**
E██ does a nice job reading aloud assigned pages when it is his turn. He puts in great effort trying to read the whole page independently, but will need verbal assistance at times. He has been working on answering questions related to material that he has read or has listened to. These questions focus on who, what, where, when, and why in relation to the article/story. Understanding "wh" questions will help E██ comprehend literary material better as well as help him engage more in real-life conversational scenarios with his peers and family. This can include asking a friend what they did over the weekend, where they went, who they were with etc. It will also help him answer questions perhaps about what he did that he may want to share with someone. E██ benefits from being given multiple choice responses to help choose the correct response with minimal prompting.

**Functional Performance:**
E██ is attentive in class and participates daily in all of his lessons. He does require some assistance with using his device (eg: moving the mouse, enhancing text on the screen) and his parents do a wonderful job providing that for him during remote learning. He transitions smoothly from subject to subject during remote learning and attends to his asynchronous assignments. E██ does a nice job mimicking what I am doing and maintains frequent eye contact. E██ can locate his remote learning locker and put his book on there so that I know he is logged on and ready for class during our daily PearDeck routine. E██ has been adjusting nicely in my opinion to his new school and daily routines. He engages 100% during our fitness breaks and if he is unable to do one of the exercises he substitutes it with a different one so that he is still being active. He loves receiving verbal praise and has such a big smile on his face when he completes a task. E██ has demonstrated that he can follow instructions with little to no prompting. E██ has been observed being able to complete 1-2 step pre-taught tasks. E██ has been utilizing multiple devices to engage in class so that he can have my presentation on one screen and still see me and classmates on another screen. He has recently started using a microphone and has been able to mute and unmute himself with little to no assistance. The microphone has been allowing both classmates and staff to hear him more clearly.

**Standardized Tests Results:**
E██ will participate in the Illinois Alternate Assessment (IAA)/Dynamic Learning Maps (DLM) during the years it is given at Northside Learning Center.

**Other Considerations:**
E██████ will participate in a significantly modified curriculum to address his individual needs and accommodate his cognitive level of functioning. He requires a significant amount of intervention to participate in a meaningful educational-base instructional program. Due to E██████'s intellectual disability he is not able to participate or benefit from instruction offered in a general education curriculum. E██████ requires a curriculum that is significantly modified to educate him in the appropriate skills necessary for him to succeed both in school and in the community. He performs better when new concepts are presented using hands-on materials along with verbal instruction and when he is given the opportunity to practice it. E██████ benefits from being educated in a lower student-teacher ratio along with small-group verbal instruction, repetition, hands-on experiences, shadowing, and modeling. Without these accommodations, it would be extremely difficult for E██████ to be a successful student if he was in the general education curriculum.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of <u>this</u> IEP year or the end date of implementation for this goal.)
After reading an instructional level text, E██ will demonstrate his understanding of the text by answering "WH" questions with 80% accuracy with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Observation log: Bi-Montlhy | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | 2/08/2021 Reported 11/2021 |

**Quarterly Benchmark:**
After reading an instructional level text, E██ will demonstrate his understanding of the text by answering "WH" questions with 60% accuracy with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 60% Accuracy | • Observation log: Bi-Montlhy | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | Exhibit 15: Page 14 of 33 |

12/8/2020 · Individualized Education Program (IEP) for B████ W██ ██

**Quarterly Benchmark:**
After reading an instructional level text, B██ will demonstrate his understanding of the text by answering "WH" questions with 70% accuracy with minimal prompting when needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 70% Accuracy | • Observation log: Bi-Monthy | • Quarterly |

| | Benchmark Date |
|---|---|
| | 4/2021 |

**Quarterly Benchmark:**
After reading an instructional level text, B██ will demonstrate his understanding of the text by answering "WH" questions with 75% accuracy on 3 out of 5 questions with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 75% Accuracy | • Observation log: Bi-Montlhy | • Quarterly |

| | Benchmark Date |
|---|---|
| | 6/2021 |

Exhibit 15: Page 15 of 33

12/8/2020                          Individualized Education Program (IEP) for E▓▓▓ v▓▓ ▓▓▓▓

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Academic

**Illinois Learning Standard #** : CC.K-12.R.R.1 Key Ideas and Details: Read closely to determine what the text says explicitly and to make logical inferences from it; cite specific textual evidence when writing or speaking to support conclusions drawn from the text.

**Special Education/Related Service Provider:** Special Education Teacher                **Other Providers, if appropriate:**
                                                                                          Paraprofessional

Social Sciences services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Social Sciences

**Academic Achievement:**
E▓ has demonstrated that he knows his basic colors, numbers, days, of the week, months, letters of the alphabet, and basic shapes. He handwrite words on his assignments given an example to copy from. He can write both his first and last name legibly on his work. E▓ has demonstrated that he can locate the correct keys on the keyboard when completing online assignments. E▓ does a nice job trying read assigned passages with verbal prompting when needed. He does a nice job saying good morning to the class and has a huge smile as he waves and says good-bye to his friends at the end of day. E▓ logs on to his IXL accounts and completes different lessons of his choosing. He has demonstrated that he can rote count the days of the month looking at the screen. He can also count out how many days are in a week as well as how many months are in a year. He does a nice job typing out today's date on a daily basis using numbers or words. E▓ has also demonstrated that he is familiar with some common safety/survival signs. Overall, he enjoys engaging in class and follows HOWL very nicely. He is a great leader of how to be an attentive student to his peers.

**Functional Performance:**
E▓ is attentive in class and participates daily in all of his lessons. He does require some assistance with using his device (eg: moving the mouse, enhancing text on the screen) and his parents do a wonderful job providing for him during remote learning. He transitions smoothly from subject to subject during remote learning and attends to his asynchronous assignments. E▓ does a nice job mimicking what I am doing and maintains frequent eye contact. E▓ can locate his remote learning locker and put his book on there so that I know he is logged on and ready for class during our daily PearDeck routine. E▓ has been adjusting nicely in my opinion to his new school and daily routines. He engages 100% during our fitness breaks and if he is unable to do one of the exercises he substitutes it with a different one so that he is still being active. He loves receiving verbal praise and has such a big smile on his face when he completes a task. E▓ has demonstrated that he can follow instructions with little to no prompting. E▓ has been observed being able to complete 1-2 step pre-taught tasks. E▓ has been utilizing multiple devices to engage in class so that he can have my presentation on one screen and still see me and classmates on another screen. He has recently started using a microphone and has been able to mute and unmute himself with little to no assistance. The microphone has been allowing both classmates and staff to hear him more clearly.

**Standardized Tests Results:**
E▓ will participate in the Illinois Alternate Assessment (IAA)/Dynamic Learning Maps (DLM) during the years it is given at Northside Learning Center.

**Other Considerations:**
E▓▓▓ will participate in a significantly modified curriculum to address his individual needs and accommodate his cognitive level of functioning. He requires a significant amount of intervention to participate in a meaningful educational-base instructional program. Due to E▓▓▓'s intellectual disability he is not able to participate or benefit from instruction offered in a general education curriculum. E▓▓▓ requires a curriculum that is significantly modified to educate him in the appropriate skills necessary for him to succeed both in school and in the community. He performs better when new concepts are presented using hands-on materials along with verbal instruction and when he is given the opportunity to practice it. E▓▓▓ benefits from being educated in a lower student-teacher ratio along with small-group verbal instruction, repetition, hands-on experiences, shadowing, and modeling. Without these accommodations, it would be extremely difficult for E▓▓▓ to be a successful student if he was in the general education curriculum.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year or the end date of implementation for this goal.)
After reading an article or watching an informational video on a Civics topic, E▓ will select or verbalize his comprehension and inference of the material with 80% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | 2/08/2021 Reported 11/2021 |

**Quarterly Benchmark:**
After reading an article or watching an informational video on a Civics topic, E▓ will select or verbalize his comprehension and inference of the material with 60% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed..

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 60% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | Exhibit 15: Page 16 of 33 |

12/8/2020                          Individualized Education Program (IEP) for B████ W█ ▄████

**Quarterly Benchmark:**
After reading an article or watching an informational video on a Civics topic, B██ will select or verbalize his comprehension and inference of the material with 70% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 70% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| Benchmark Date |
|---|
| 4/2021 |

**Quarterly Benchmark:**
After reading an article or watching an informational video on a Civics topic, B██ will select or verbalize his comprehension and inference of the material with 75% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 75% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| Benchmark Date |
|---|
| 6/2021 |

Exhibit 15: Page 17 of 33

12/8/2020                                    Individualized Education Program (IEP) for B██████ V██████

## 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Academic

**Illinois Learning Standard # :**

**Special Education/Related Service Provider:** Special Education Teacher

**Other Providers, if appropriate:**
Paraprofessional

World Language services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
Area of Need: World Language

**Academic Achievement:**
B██ enjoys participating in class to learn new things especially when it helps him to communicate. B██ is enrolled in American Sign Language this year and has been learning a variety of new signs. B██ puts in great effort in trying to mimic how to sign what he is being taught. Parents have mentioned that B██ has been using some of the signs he has learned to communicate what he would like to eat. B██ has been observed trying to utilize the signs he is learning in all of his classes such as when we are doing the calendar.

**Functional Performance:**
B██ is attentive in class and participates daily in all of his lessons. He does require some assistance with using his device (eg: moving the mouse, enhancing text on the screen) and his parents do a wonderful job providing that for him during remote learning. He transitions smoothly from subject to subject during remote learning and attends to his asynchronous assignments. B██ does a nice job mimicking what I am doing and maintains frequent eye contact. B██ can locate his remote learning locker and put his book on there so that I know he is logged on and ready for class during our daily PearDeck routine. B██ has been adjusting nicely in my opinion to his new school and daily routines. He engages 100% during our fitness breaks and if he is unable to do one of the exercises he substitutes it with a different one so that he is still being active. He loves receiving verbal praise and has such a big smile on his face when he completes a task. B██ has demonstrated that he can follow instructions with little to no prompting. B██ has been observed being able to complete 1-2 step pre-taught tasks. B██ has been utilizing multiple devices to engage in class so that he can have my presentation on one screen and still see me and classmates on another screen. He has recently started using a microphone and has been able to mute and unmute himself with little to no assistance. The microphone has been allowing both classmates and staff to hear him more clearly.

**Standardized Tests Results:**
B██ will participate in the Illinois Alternate Assessment (IAA)/Dynamic Learning Maps (DLM) during the years it is given at Northside Learning Center.

**Other Considerations:**
B██ will participate in a significantly modified curriculum to address his individual needs and accommodate his cognitive level of functioning. He requires a significant amount of intervention to participate in a meaningful educational-base instructional program. Due to B██████'s intellectual disability he is not able to participate or benefit from instruction offered in a general education curriculum. B██████ requires a curriculum that is significantly modified to educate him in the appropriate skills necessary for him to succeed both in school and in the community. He performs better when new concepts are presented using hands-on materials along with verbal instruction and when he is given the opportunity to practice it. B██████ benefits from being educated in a lower student-teacher ratio along with small-group verbal instruction, repetition, hands-on experiences, shadowing, and modeling. Without these accommodations, it would be extremely difficult for B██████ to be a successful student if he was in the general education curriculum.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year or the end date of implementation for this goal.)
B██ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 80% accuracy with minimal prompting if needed.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 80% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | **Benchmark Date**<br>12/08/2021 Reported 11/2021 |
|---|---|---|

**Quarterly Benchmark:**
B██ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 60% accuracy with minimal prompting if needed.

| **Evaluation Criteria:** | **Evaluation Procedure:** | **Schedule for Determining Progress:** |
|---|---|---|
| • 60% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | **Benchmark Date**<br>2/2021 |
|---|---|---|

**Quarterly Benchmark:**
B██ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 70% accuracy with minimal prompting if needed.

Exhibit 15: Page 18 of 33

12/8/2020                                   Individualized Education Program (IEP) for B███████ W█ ████████

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 70% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | 4/2021 |

**Quarterly Benchmark:**
B███ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 75% accuracy with minimal prompting if needed.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 75% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | 6/2021 |

Exhibit 15: Page 19 of 33

12/8/2020                          Individualized Education Program (IEP) for B███ V██ ████████

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ Yes ☐ No

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Functional
- Transition: Post-Secondary Employment

**Illinois Learning Standard # :**

**Special Education/Related Service Provider:** Special Education Teacher

**Other Providers, if appropriate:** Paraprofessional

Vocational services will be delivered weekly.

**Present Level of Academic Achievement and Functional Performance:**
**Area of Need:** Vocational

**Academic Achievement:**
E██ has demonstrated that he knows his basic colors, numbers, days, of the week, months, letters of the alphabet, and basic shapes. He handwrite words on his assignments given an example to copy from. He can write both his first and last name legibly on his work. E██ has demonstrated that he can locate the correct keys on the keyboard when completing online assignments. E██ does a nice job trying read assigned passages with verbal prompting when needed. He does a nice job saying good morning to the class and has a huge smile as he waves and says good-bye to his friends at the end of day. E██ logs on to his IXL accounts and completes different lessons of his choosing. He has demonstrated that he can rote count the days of the month looking at the screen. He can also count out how many days are in a week as well as how many months are in a year. He does a nice job typing out today's date on a daily basis using numbers or words. E██ has also demonstrated that he is familiar with some common safety/survival signs. Overall, he enjoys engaging in class and follows HOWL very nicely. He is a great leader of how to be an attentive student to his peers.

**Functional Performance:**
E██ is attentive in class and participates daily in all of his lessons. He does require some assistance with using his device (eg: moving the mouse, enhancing text on the screen) and his parents do a wonderful job providing that for him during remote learning. He transitions smoothly from subject to subject during remote learning and attends to his asynchronous assignments. E██ does a nice job mimicking what I am doing and maintains frequent eye contact. E██ can locate his remote learning locker and put his book on there so that I know he is logged on and ready for class during our daily PearDeck routine. E██ has been adjusting nicely in my opinion to his new school and daily routines. He engages 100% during our fitness breaks and if he is unable to do one of the exercises he substitutes it with a different one so that he is still being active. He loves receiving verbal praise and has such a big smile on his face when he completes a task. E██ has demonstrated that he can follow instructions with little to no prompting. E██ has been observed being able to complete 1-2 step pre-taught tasks. E██ has been utilizing multiple devices to engage in class so that he can have my presentation on one screen and still see me and classmates on another screen. He has recently started using a microphone and has been able to mute and unmute himself with little to no assistance. The microphone has been allowing both classmates and staff to hear him more clearly.

**Standardized Tests Results:**
E██ will participate in the Illinois Alternate Assessment (IAA)/Dynamic Learning Maps (DLM) during the years it is given at Northside Learning Center.

**Other Considerations:**
E█████ will participate in a significantly modified curriculum to address his individual needs and accommodate his cognitive level of functioning. He requires a significant amount of intervention to participate in a meaningful educational-base instructional program. Due to E█████'s intellectual disability he is not able to participate or benefit from instruction offered in a general education curriculum. E███████ requires a curriculum that is significantly modified to educate him in the appropriate skills necessary for him to succeed both in school and in the community. He performs better when new concepts are presented using hands-on materials along with verbal instruction and when he is given the opportunity to practice it. E███████ benefits from being educated in a lower student-teacher ratio along with small-group verbal instruction, repetition, hands-on experiences, shadowing, and modeling. Without these accommodations, it would be extremely difficult for E█████ to be a successful student if he was in the general education curriculum.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year or the end date of implementation for this goal.)
Given an option of 2 multi-step vocational tasks/chores, E██ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). E██ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 80% accuracy with minimal prompting if needed. Upon completion, E██ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 80% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

| | | Benchmark Date |
|---|---|---|
| | | 2/08/2021 Reported 11/2021 |

**Quarterly Benchmark:**
Given an option of 2 multi-step vocational tasks/chores, E██ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). E██ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 60% accuracy with minimal prompting if needed. Upon completion, E██ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 60% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

Exhibit 15: Page 20 of 33

12/8/2020                                    Individualized Education Program (IEP) for B████ W█ ████

|  |  | Benchmark Date<br>2/2021 |
|---|---|---|

**Quarterly Benchmark:**
Given an option of 2 multi-step vocational tasks/chores, B██ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). B██ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 70% accuracy with minimal prompting if needed. Upon completion, B██ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 70% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

|  |  | Benchmark Date<br>4/2021 |
|---|---|---|

**Quarterly Benchmark:**
Given an option of 2 multi-step vocational tasks/chores, B██ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). B██ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 75% accuracy with minimal prompting if needed. Upon completion, B██ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 75% Accuracy | • Observation log: Bi-Monthly | • Quarterly |

|  |  | Benchmark Date<br>6/2021 |
|---|---|---|

Exhibit 15: Page 21 of 33

12/8/2020 Individualized Education Program (IEP) for E▮▮▮▮ v▮ ▮▮▮▮

# 11. Specialized Instruction

Will the goal last the life of the IEP? ☑ **Yes** ☐ **No**

**Date of Implementation:** Begins 12/08/2020 Ends 12/08/2021
**Goal Area:**
- Academic
- Functional

**Illinois Learning Standard #** : CC.11-12.SL.1: Initiate and participate effectively in a range of collaborative discussions (one-on-one, in groups, and teacher-led) with diverse partners on grades 11-12 topics, texts, and issues, building on others' ideas and expressing their own clearly and persuasively.

**Special Education/Related Service Provider:** Speech Pathologist
Speech services will be delivered monthly.

**Present Level of Academic Achievement and Functional Performance:**
Area of Need: Speech/Language

**Academic Achievement:**
E▮▮▮ is an eleventh grade male student enrolled at Northside Learning Center. He is receiving special education services under the Labels of Moderate Cognitive Impairment and Hearing Impirment. He also has been receiving related services for speech-language. E▮▮▮ receives all academic instruction in a low incidence special education classroom for students who require a significantly modified curriculum.

**Functional Performance:**
E▮▮▮ presents a receptive and expressive language impairment coupled with an articulation impairment. E▮▮▮'s speech intelligibility is significantly reduced when speaking. His articulation is characterized by multiple sound substitutions and deletions and overall imprecise speech. He has a parent provided Nova Chat communication device, but prefers speaking and does not spontaneously use his device. E▮▮▮ appears to have difficulty with planning, sequencing and executing oral motor movements, especially on demand. The phonological error patterns that E▮▮▮ exhibits are no longer developmental appropriate, such as multisyllable word reduction (i.e. gaffe/"giraffe, "nana" /banana, "vacu"/vaccum), consonant cluster reduction of blends (i.e. "poon"/spoon or "nake"/snake) gliding (i.e. "wabbit"/rabbit) and stridency deletion (i.e. "dip"/sip, and "seben"/seven). These phonological processes contribute to a significant reduction in overall speech intelligibility. He often speaks at a fast rate, uses incorrect prosody (wrong stress markers), and drops the middle sounds of multisyllabic words. E▮▮▮'s intelligibility is reduced, which means it he is difficult to understand by others, especially when context is unknown. He struggles to use complete sentences and prefers to speak in shorter word utterances, although these don't always get his message across effectively. He relies on his familiar communication partners to interpret what he means, instead of expanding his utterance length to further explain himself. Speech Pathologist often needs to ask follow up questions or interpret what he needs/wants, especially if it is something part of his routine. E▮▮▮ would continue to benefit from working on increasing his repertoire of communication breakdown strategies so that he will become less reliant on familiar listeners and increase his functional communication independence.
**Other Considerations:**
E▮▮▮'s speech-language impairment adversely affect his ability to be fully understood in his classroom.

**Language of Instruction:** English

**Measurable Goal:** (A statement of the level of performance the student is expected to achieve at the end of this IEP year or the end date of implementation for this goal.) E▮▮▮ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 8 out of 10 opportunities given an immediate model and minimal (1-2) multimodal cues.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 8 out of 10 Attempts | • Progress Notes   Frequency: Monthly | • Quarterly |

| | | **Benchmark Date** |
| | | 2/08/2021 Reported 11/2021 |

**Quarterly Benchmark:**
E▮▮▮ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 8 out of 10 opportunities given an immediate model and maximal (4+) multimodal cues.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 8 out of 10 Attempts | • Progress Notes   Frequency: Monthly | • Quarterly |

| | | **Benchmark Date** |
| | | 2/2021 |

**Quarterly Benchmark:**
E▮▮▮ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 8 out of 10 opportunities given an immediate model and moderate (2-3) multimodal cues.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 8 out of 10 Attempts | • Progress Notes   Frequency: Monthly | • Quarterly |

| | | **Benchmark Date** |
| | | 4/2021 |

Exhibit 15, Page 22 of 33

12/8/2020                                    Individualized Education Program (IEP) for B████ W██ ████

**Quarterly Benchmark:**
B████ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 7 out of 10 opportunities given an immediate model and minimal (1-2) multimodal cues.

| Evaluation Criteria: | Evaluation Procedure: | Schedule for Determining Progress: |
|---|---|---|
| • 7 out of 10 Attempts | • Progress Notes   Frequency: Monthly | • Quarterly |

**Benchmark Date**
6/2021

12/8/2020                Individualized Education Program (IEP) for E████ W█ ████ 

## 12. Justification of Placement in the Least Restrictive Environment (LRE)

The Individuals with Disabilities Education Act (IDEA) presumes that students with disabilities will be educated in the general education classroom with their non-disabled peers with the appropriate supplementary aids and services UNLESS there is educational justification for services in a separate setting. The bell-to-bell elementary school week is 2100 minutes and the high school week is 2175 bell-to-bell minutes; Preschool students in a half-day program have 775 bell-to-bell minutes.

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Frequency and location of Special Education/Related Services Frequency should be noted in number of minutes per week | | |
|---|---|---|---|---|
| | | Direct Services in General Education Class | Direct Services in Separate Class | Community-Based Instruction |
| Language Arts/English/Reading | ☑ | | 300 MPW | |
| Social Sciences | ☑ | | 300 MPW | |
| World Language | ☑ | | 250 MPW | |
| Vocational | ☑ | | 500 MPW | 200 MPW |
| Independent Functioning | ☑ | | 495 MPW | 100 MPW |
| Speech<br>• Speech/Language | ☑ | | 30 MPW | |
| TOTAL # of minutes per week (MPW) | | 0 MPW | 1875 MPW | 300 MPW |

| Consultation/Collaboration Subject | Consultation/Collaboration Will Occur Between the Following Providers | Frequency of Consultation/Collaboration |
|---|---|---|
| Independent Functioning | Occupational Therapist to Special Education Teacher | 15 minutes monthly |
| Speech/Language | Speech Pathologist to Special Education Teacher | 15 minutes quarterly |
| Vision | Teacher - VI to Special Education Teacher | 30 minutes monthly |

> E████ is in general education with only accommodations and/or modifications for the following academic subject areas:
>
> • Physical Education
>
> E████ is with non-disabled peers for all other academic subject areas with no accommodations or modifications.
>
> E████ will have the same opportunity to participate in extracurricular activities as non-disabled peers.

• Total amount of direct special education and related services: 2175 minutes per week
• Percent of time E████ is <u>removed</u> from general education classroom for special education or related services: **86% (over 60% of time outside general education class)**

**Description of educational settings:**

**General education setting full time with supplementary aides and services:** Rejected
    **Rationale:**
    Option was determined not appropriate to meet academic needs.
        E████ needs a lower student:teacher ratio
        E████ needs a small structured setting

**General education with special education support 20% or less of the school day outside the general education setting :** Rejected
    **Rationale:**
    Option was determined not appropriate to meet academic needs.
        E████ needs a lower student:teacher ratio
        E████ needs a small structured setting

**General education with special education support 21-60% of the school day outside of the general education setting :** Rejected
    **Rationale:**
    Option was determined not appropriate to meet academic needs.
        E████ needs a lower student:teacher ratio
        E████ needs a small structured setting

**General education with special education support over 60% of the school day outside of the general education setting in a general education school :** Rejected
    **Rationale:**
    Option was determined not appropriate to meet academic needs.
        E████ needs a lower student:teacher ratio
        E████ needs a small structured setting

**100% removal--Placement in a separate special education school with community-based instruction:** Accepted
    **Rationale:**

Exhibit 15: Page 24 of 33

12/8/2020                          Individualized Education Program (IEP) for B███████ W█ ██████

Option was determined appropriate to meet student needs.
B█████ needs a lower student:teacher ratio
B█████ needs a small structured setting

**Related services provided in a setting with non-disabled peers:**

- Speech services cannot be provided in a setting with non-disabled peers for the following reasons:
  Student requires a smaller, quieter environment with minimal distractions in order to target speech-language therapy goals.

**Potential harmful effects of this placement:**

None.

Exhibit 15: Page 25 of 33

## 13. Curriculum, Grades, Promotion and Graduation

**Curriculum**

E████ will follow a significantly modified curriculum in the areas noted below.

E████'s report card should indicate a significantly modified curriculum for the subjects noted below.

| Subject Area | Description of Significantly Modified Curriculum |
|---|---|
| • English Language Arts | All material is broken down into smaller concepts, modeled, explained, and practiced in detail, as well as frequently reviewed. Pictures and verbal cues provided.<br>Visual charts and cues, word displays, teacher read aloud/pictures from book to help with comprehension and sequencing<br>Curriculum is significantly modified, common core standards are utilized to design an academically appropriate curriculum. Instructional materials recreated in simplified format. |
| • Social Sciences | All material is broken down into smaller concepts, modeled, explained, and practiced in detail, as well as frequently reviewed. Pictures and verbal cues provided.<br>Visual charts and cues, word displays, teacher read aloud/pictures from book to help with comprehension and sequencing<br>Curriculum is significantly modified, common core standards are utilized to design an academically appropriate curriculum. Instructional materials recreated in simplified format. |
| • World Language | All material is broken down into smaller concepts, modeled, explained, and practiced in detail, as well as frequently reviewed. Pictures and verbal cues provided.<br>Visual charts and cues, word displays, teacher read aloud/pictures from book to help with comprehension and sequencing<br>Curriculum is significantly modified, common core standards are utilized to design an academically appropriate curriculum. Instructional materials recreated in simplified format. |
| • Vocational | Vocational training will be modified to accommodate E████'s abilities and academic levels due to her moderate cognitive disability. This will include frequent repetition and review and simplified, easy to understand verbal directions. E████ will be assessed and graded on his success in meeting his goals as presented within the IEP. He will also be assessed on his vocational skills and participation and will be graded on his preparedness for vocational classes (on time, materials and supplies, etc.). Modifications as appropriate to curriculum with visual cues and picture augmenting curriculum that is based on functional life and work skills. |

**Grades**

E████ will be graded using standard classroom criteria in all subject areas.

**Promotion**  (The Chicago Board of Education promotion policy applies to ALL students with disabilities **unless** modified in this section with an individual standard for this student.)

E████ will follow the standard promotion criteria.

**Graduation**

E████ will follow modified graduation criteria.

**Description of Modified Graduation Criteria:**
Graduation criteria are met through progression toward IEP goals and meeting the needs of E████. Course conversion to specific ASPEN course offerings may not reflect E████'s modified NLC course offerings or credit earned. In place of the driver's education requirement, mobility training will be integrated within E████'s course of study. Participation in modified Constitution test and Consumer Education test is also needed for graduation.

**Description of Standard Graduation Criteria that applies:**
Continued eligibility in NLC program and credits obtained in completed classes. Adherence to CPS Attendance Criteria

Anticipated date of graduation: June 2025 from High School

*Note: Special education and related services will cease upon high school graduation or on the day before the student's 22nd birthday.*

Exhibit 15: Page 26 of 33

## 14. Extended School Year Services (ESY)

E▓▓▓ is recommended for ESY services. If E▓▓▓ meets his goal(s) that were to be addressed during ESY, the local school district representative should schedule an IEP meeting to determine whether E▓▓▓ still requires ESY services.

**Rationale:**

E▓▓▓ will experience an impediment in learning or maintaining critical life skills with an interruption in services.

### Number of weeks for Extended School Year: 6

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Measurable Annual Goal | Extended School Year | Frequency |
|---|---|---|---|---|
| Independent Functioning | Yes | E▓ will increase his vocabulary by accurately explaining the meaning of 60 new words with 80% accuracy when provided up to 3 verbal, written multiple choice answers. | ☐ Yes ☑ No | N/A |
| English Language Arts | Yes | After reading an instructional level text, E▓ will demonstrate his understanding of the text by answering "WH" questions with 80% accuracy with minimal prompting if needed. | ☑ Yes ☐ No | 420 MPW |
| Social Sciences | Yes | After reading an article or watching an informational video on a Civics topic, E▓ will select or verbalize his comprehension and inference of the material with 80% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed. | ☐ Yes ☑ No | N/A |
| World Language | Yes | E▓ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 80% accuracy with minimal prompting if needed. | ☐ Yes ☑ No | N/A |
| Vocational | Yes | Given an option of 2 multi-step vocational tasks/chores, E▓ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). E▓ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 80% accuracy with minimal prompting if needed. Upon completion, E▓ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase. | ☑ Yes ☐ No | 420 MPW |
| Speech/Language | Yes | E▓ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 8 out of 10 opportunities given an immediate model and minimal (1-2) multimodal cues. | ☐ Yes ☑ No | N/A |

Exhibit 15: Page 27 of 33



## 15. Transportation

**OVERVIEW**
*If a student attends his/her neighborhood (zoned) school or school of choice, it is expected that he/she transports himself/herself to school like his/her non-disabled peers except in unique circumstances. If a student with a disability meets the eligibility criteria for transportation as a related service, the transportation services will generally be provided from home to school and back home. Parents or caregivers of such students are to meet the bus at the curb for pick-up/drop-off.*

*If you are the parent of a child for whom transportation is provided pursuant to an IEP and your child is experiencing transportation-related problems, call (773) 553-2860 for assistance. If the issue pertains to a late pick-up/drop-off and/or no show, the parent should call the bus company directly.*

█ is eligible for transportation as a related service.

Rationale:

• E██████ is eligible for transportation as a related service while attending the assigned school to receive FAPE in the required program.
An aide is required for the following reasons:
   E███████ requires transportation to and from school because he is currently unable to transport himself in the same manner as his same aged peers and is unable to travel anywhere outside of the school building or home independently. He has significantly reduced cognitive skills as well as limited understanding of appropriate interactions with strangers. These issues could cause potentially dangerous transitions at this time. E█████ requires an aide on the school bus to assist him in times of an emergency. He needs prompting on what to do in case of an emergency. E████ requires a seat belt.

**Transportation services will be provided by CPS.**

**The parent accepts transportation at this time, but if at a later date decides to transport E██████, please notify the case manager to revise the IEP to reflect this decision.**

## Transition Service Plan

### Age Appropriate Transition Assessments

**1. Transition Assessments:**

| Transition Assessments: | Assessment Type | Responsible Agency/Person | Date Conducted | Report Attached |
|---|---|---|---|---|
| Employment | NLC Functional Assessment | Special Education Teacher | 11/12/2020 | ☑ Yes ☐ No |
| Education | NLC Functional Assessment | Special Education Teacher | 10/29/2020 | ☑ Yes ☐ No |
| Training | NLC Functional Assessment | Special Education Teacher | 11/12/2020 | ☑ Yes ☐ No |
| Independent Living Skills | NLC Functional Assessment | Special Education Teacher | 10/29/2020 | ☑ Yes ☐ No |

**2. Competency Skills:**

E██ transitions nicely during his remote classes. He engages in all of his lessons and tries to be as independent as possible. He may need assistance at times when reading a passage, but he puts in tremendous effort attempting it on his own. He thrives in art class and loves showing his final product. E██ can identify basic colors, shapes, calendar information, numbers, and letters of the alphabet. He completes IXL activities during asynchronous time of his choosing. E██ completes his daily hygiene checklist in the morning before attending 2nd period. He has been working on completing vocational tasks that are multi-step with minimal prompting. Overall, I feel E██ is adjusting nicely to his new school.

**3. Social Skills:**

E██ is a verbal young man. He is new to NLC and still getting to know his new classmates. He may be asked to repeat what he is saying to an unfamiliar audience to better understand him. Mom has expressed that he is social with both parents and asks about his new friends. He may be a little shy to initiate a conversation during remote learning, but I can see E██ becoming more and more social with his peers once we get back to the norm of NLC's educational program on site.

**4. Motivation:**

E██ is motivated by verbal praise, drawing/coloring, monster trucks, listening to music and dancing, and social opportunities with his peers.

**Post-Secondary Outcomes**
**Post-Secondary Employment:**
Upon the completion of high school, E████ will obtain customized employment.
**Post-Secondary Education:**
The team has decided that post secondary education is being met by post-secondary training.
**Post-Secondary Training:**
Upon the completion of high school, E████ will obtain customized training for employment.
**Independent Living Skills:**
Upon graduation from high school, E████ will demonstrate safe traveling skills (looking both ways before crossing, wearing a seat belt, etc.).
**Planned Course of Study:**

| Freshman | Sophomore | Junior | Senior | Extended Age 18-21 |
|---|---|---|---|---|
| English I | English II | English III | English IV | |
| Algebra | Chemistry | Physics | Physical Ed II | |
| Biology | World Language I | Math Advanced | Elective: Choir | |
| World Studies | U. S. History | World Language II | Career Ed: CB Vocational | |
| Art | Music | U. S. History | Career Ed: Occupational Prep | |
| Physical Ed I | Elective: Civics | Elective: Drama | Career Ed: Occupational Experience | |

**Coordinated Set of Activities**
**Instruction Activities:**

Exhibit 15: Page 28 of 33

█████ will continue to receive his accommodations and modifications listed in his current IEP. He will participate in the school-wide NLC Functional Assessment three times a year- BOY, MOY, and EOY. █████ will have access to increased community-based instruction each year at Northside Learning Center. These classes will introduce him to vocational tasks that will help towards his Post-Secondary Employment goal. █████ will be provided with a Mobility class his Senior year which will introduce him to taking public transportation to important places.

**Provider(s):**
- SpEd Staff

**Related Services:**
█████ will continue to have transportation services through the life of this IEP which allows him to be transported to and from school on the school bus.

**Provider(s):**
- SpEd Staff

**Work Experiences:**
█████ will meet with the school counselor and special education teachers to discuss post-secondary employment and training options. He will be provided guidance in researching jobs and customized employment possibilities and determining how his skills meet a variety of possibilities. █████ will participate in mobility orientation, role-playing of appropriate work behaviors, and identifying appropriate weather/work clothing. █████ will participate in various work training classes while attending Northside. These may include recycling, greenhouse, bike shop, and various community based classes where he will practice vocational skills. The beginning of this school year, █████ is participating in vocational education in remote learning where he is practicing house chores such as sweeping the floor, washing dishes, and doing laundry.

**Provider(s):**
- SpEd Staff
- Parent

**Development of Employment and Other Post-School Adult Living Objectives:**
At Northside Learning Center, █████ participates in vocational/functional academic programs to learn about post-secondary options. He will learn about different services that are available to him from the NLC staff (teachers, counselor, case-manager, etc). He will continue to receive vocational orientation and hands on experiences of a variety of job tasks as well as continuing to participate in mobility orientation and role playing of appropriate work behaviors. █████'s special education teachers will assist him as he uses a visual task schedule for a vocational multi-step task to complete all steps of the assigned task in the correct order to increase his independence.

█████ has a State ID.
Per parent, █████ is not receiving Social Security disability benefits from the Social Security Administration.
Parents report that █████ is signed up for the PUNS list.

Consent to invite an outside agency was sent home on 10/15/20. Parent provided consent on 10/15/20 and Community Alternative Unlimited was invited to the IEP meeting on 10/16/20 via email.

**Provider(s):**
- SpEd Staff

**Acquisition of Daily Living Skills:**
█████ will continue to work on appropriate behaviors and expectations in different scenarios from his special education teacher, counselor, and social worker. He will receive on-going support in practicing functional academic and vocational skills as well as practice and review of independent skills such as personal safety in the home and community during his instructional/community-based classes. He has participated in Special Olympics events. Throughout his course of studies and at home, appropriate independent living and social skills will continue to be taught/modeled. █████'s special education teachers will assist him as he uses a visual task schedule for a vocational multi-step task to complete all steps of the assigned task in the correct order to increase his independence.

**Provider(s):**
**Provider(s):**
- SpEd Staff
- Parent

**Functional Vocational Evaluation:**
A functional vocational evaluation is not required at this time, as the IEP team has sufficient data to make vocational decisions.

**Provider(s):**
**Provider(s):**
- SpEd Staff

**Linkages to Post-Graduation Supports/Services:**

**Home-based Support Services Program:**
█████ has a developmental disability that may make him eligible for the program after reaching age 18 and when no longer receiving special education services.

**Plans for determining the student's eligibility for home-based services:**
█████ will participate in the Department of Human Services (DHS) process to be assessed for transition services and follow recommendations if approved for the program. To learn more, the family can access information about DHS by calling the DHS Helpline at 1-800-843-6154.

**Plans for enrolling the student in the program of home-based services:**
Community Alternatives Unlimited (CAU) of Chicago will be contacted by the family in order to update █████'s information on the PUNS list. They can continue the process by calling (773) 867-4168 to request an appointment. The counselor/case manager may be used as a resource for assistance with enrollment.

**Plans for developing a plan for the student's most effective use of home-based services after reaching age 18 and when no longer receiving special education services:**
A completed IEP Transition Plan and Summary of Performance meeting will take place to guide decision making after high school. Upon graduation, █████ and his family can consult with staff at Community Alternatives Unlimited (CAU) or DHS to guide them through the process of choosing programs that are the best fit for him. The Counselor/Case Manager is available to support in finding resources that will help the family make the necessary decisions prior to graduation.

Exhibit 15: Page 29 of 33

12/8/2020                                   Individualized Education Program (IEP) for B████ W█ ████

## Student Independence Paraprofessional Plan

**Student Name:** B████ W█
**Current School:** Northside Learning Center High School
**Birth Date:** ████ 2004

**Student ID:** ████████
**Grade:** Eleventh grade

### Fade Plan

**Identify ways to promote independence. Identify the strategy for the fade plan across all relevant settings, and what resources needed.**

The team has considered academic needs and feel that a significantly modified curriculum program in which there is a classroom paraprofessional assigned would be of benefit. Should additional academic or behavioral assistance outside of the shared paraprofessional be required, the team can consider that at a later time. The programmatic paraprofessional will reduce the number of verbal prompts, visual cues, and/or modeling of specific vocational or independent living tasks provided to B█████ over time. The programmatic paraprofessional will encourage B█████ to initiate and engage in established classroom routines with a greater level of independence.

## Chicago Public Schools
## IEP Meeting Notes Page

**Student Name:** B████ W█
**Case Manager:** Kristen Kania

**Student ID:** ████████
**School Name:** Northside Learning Center High School

**Date:** ████ 2020

**Parent Means of Meeting Participation:** Via Video Conference

| Date: | Name: | Notes: |
|---|---|---|
| 12/08/2020 | Michelle Kopke | Parents, Advocate, Teacher of Record and Case Managers participated in a pre-meeting on 11/16/20 to discuss B█████'s goals. Team participated in IEP meeting on 11/30/20 and reconvened on 12/8/20. |

Exhibit 15: Page 30 of 33

12/8/2020       Individualized Education Program (IEP) for E█████ W█ ████

## Chicago Public Schools
## Remote Learning Plan for IEP

**Student Name:** E█████ W█
**School:** Northside Learning Center High School
**Disability:** Intellectual Disability - Moderate,
Visual Impairment,
Speech or Language Impairment
**Date:** 11/30/2020

**Student ID:** █████
**Birth Date:** ████ 2004
**Grade:** Eleventh grade

Does the student need a Remote Learning Plan? ☑ Yes ◻ No

Student could toggle between all in-person, all remote, or a hybrid (e.g. M/W/F in-person and T/R remote) depending on public health conditions and how the district/school is operating.

### Justification of Placement in the Least Restrictive Environment

| Specialized Instruction Area and/or Related Services | Modification or Accommodation | Frequency and location of Special Education/Related Services Frequency should be noted in number of minutes per week | | | Remote |
|---|---|---|---|---|---|
| | | **In-Person** | | | **Remote** |
| | | Direct Services in General Education Class | Direct Services in Separate Class | Community-Based Instruction | Remote Learning Plan |
| Language Arts/English/Reading | ☑ | | 300 MPW | | 300 MPW |
| Social Sciences | ☑ | | 300 MPW | | 300 MPW |
| World Language | ☑ | | 250 MPW | | 250 MPW |
| Vocational | ☑ | | 500 MPW | 200 MPW | 700 MPW |
| Independent Functioning | ☑ | | 495 MPW | 100 MPW | 595 MPW |
| Speech<br>• Speech/Language | ☑ | | 30 MPW | | 30 MPW |
| TOTAL # of minutes per week (MPW) | | 0 MPW | 1875 MPW | 300 MPW | 2175 MPW |

### Indicate the Service Delivery Method for each goal area during Remote Learning.

| Functional/Instruction al | Is the goal a CTE? | No. of minutes/measurement | Person(s) Title | Methods of communication & instruction |
|---|---|---|---|---|
| Independent Functioning | Yes | E█ will increase his vocabulary by accurately explaining the meaning of 60 new words with 80% accuracy when provided up to 3 verbal, written multiple choice answers. | Special Education Teacher | Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures and video recordings of progress updates. |
| English Language Arts | Yes | After reading an instructional level text, E█ will demonstrate his understanding of the text by answering "WH" questions with 80% accuracy with minimal prompting if needed. | Special Education Teacher | Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures and video recordings of progress updates. |
| Social Sciences | Yes | After reading an article or watching an informational video on a Civics topic, E█ will select or verbalize his comprehension and inference of the material with 80% accuracy when provided with up to three written/verbal multiple choice answer options with minimal prompting if needed. | Special Education Teacher | Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures and video recordings of progress updates. |

Exhibit 15: Page 31 of 33

12/8/2020                          Individualized Education Program (IEP) for E████ W█ ████████

| Specialized Instruction Area | Life of the IEP? | Measurable Annual Goal | Provider Title | Remote Service Delivery Method |
|---|---|---|---|---|
| World Language | Yes | E██ will learn a variety of new American Sign Language signs (e.g.: colors, months, days, weather, feelings, and greeting/conversational skills) that he will use to respond to academic/personal questions and/or during peer interactions with 80% accuracy with minimal prompting if needed. | Special Education Teacher | Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures and video recordings of progress updates. |
| Vocational | Yes | Given an option of 2 multi-step vocational tasks/chores, E██ will choose 1 task/chore to complete (e.g. emptying the trash, clearing a table, cleaning a surface, sweeping, vacuuming, assembling, etc.). E██ will refer to a written/pictorial schedule or video tutorial to complete all steps of the vocational task/chore he has chosen in the correct order until the task is completed with 80% accuracy with minimal prompting if needed. Upon completion, E██ will earn a Husky Buck (school) or money (home) to save up for something he would like to purchase. | Special Education Teacher | Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures and video recordings of progress updates. |
| Speech/Language | Yes | E████████ will improve his articulation skills by using an effective communication repair strategies (e.g., increase vocal loudness, effortful articulation, use gestures, rephrase message, etc.) and producing targeted multisyllabic words at the sentence level in 8 out of 10 opportunities given an immediate model and minimal (1-2) multimodal cues. | Speech Pathologist | A variety of approved Google platforms will be utilized to provide SLP related services. |

**Indicate the Consultation/Collaboration Services during remote learning.**

| Consultation/Collaboration Subject | Consultation/Collaboration Will Occur Between the Following Providers | Frequency of Consultation/Collaboration | Details/provided | Remote Service Delivery Method |
|---|---|---|---|---|
| Independent Functioning | Occupational Therapist to Special Education Teacher | 15 minutes monthly | Occupational Therapist will consult with Special Education Teacher(s), Classroom Paraprofessional(s) and Parents (15 minutes per month) regarding accommodations/modifications for fine/visual motor and vocational/life skills tasks relevant to the educational curriculum, as well as sensory strategies for optimal alertness/attention span within the educational environment. | Consultation/collaboration via synchronous methods (virtual classroom observation/collaboration) and/or asynchronous methods (virtual check-ins with staff, virtual check-ins with parents, skill enrichment resources provided via approved online platforms). |
| Speech/Language | Speech Pathologist to Special Education Teacher | 15 minutes quarterly | SLP will consult with educational staff about E████'s functional communication skills regarding both his expressive language (verbal production of speech and use of parent-provided device) and receptive language skills. | Consultation will occur via a variety of approved Google platforms will be utilized to provide SLP related services. |
| Vision | Teacher - VI to Special Education Teacher | 30 minutes monthly | Teacher of the Visually Impaired will consult and collaborate with the Special Education Teacher to ensure that all visual accommodations and modifications are being met in the educational setting to help E██ participate in all activities and learning opportunities. | Teacher of the Visually Impaired will consult with the Special Education Teacher/other service providers and parents via email regarding accommodations and modifications as it relates to E██'s visual needs. |

**Indicate how Assistive Technology and/or Alternative/Augmentative Communication will aid in Service Delivery during Remote Learning.**
E████ will be provided visuals as well as verbal cues to supplement communication. He will be allowed speaking alternatives (communicate through pictures, selecting his responses through PearDeck presentations, drawing, etc.) and encourage corresponding vocalization/verbalization. Assistive technology will aid E██ by allowing him to have access to his educational program.

**Indicate the Service Delivery Method for all Accommodations/Modifications during Remote Learning.**
Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures, and video recordings of progress updates.

**Indicate the Service Delivery Method for Transition - Coordinated Set of Activities during Remote Learning.**
Live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures, and video recordings of progress updates.

**Indicate the Service Delivery Method for Paraprofessional Support during Remote Learning.**

Exhibit 15: Page 32 of 33

12/8/2020                                Individualized Education Program (IEP) for B█████ W█ ███████

Paraprofessional will support the classroom, students, teacher and families in the following: live-stream lessons, read-alouds, recorded lessons, small-group discussions, individual breakout sessions, check-ins via approved platforms, online learning software, practice sheets, or self-paced with teacher check-ins. As well as parent reports, pictures, and video recordings of progress updates.

**Notes:**
Paraprofessional support is needed to support B█████ in all aspects of remote learning. Parent support is needed for access to technology, completing assignments, and assisting with course materials. Parents are happy with the amount of screen time (asynchronous v. synchronous) for B█████. Parents and B█████ like the exercise time provided by B█████'s teacher.

Exhibit 15: Page 33 of 33

# EXHIBIT 16

Loudoun County Public Schools
Department of Pupil Services
21000 Education Ct
Ashburn, VA 20148
Phone:  571-252-1011
Fax:    571-252-1244

# Individualized Education Program



| | | | | | |
|---|---|---|---|---|---|
| Student Name: | A____, T____ R. | | Home Phone: | | Date: 11/04/2020 |
| Date Of Birth: | ___/2000 | | Home Address: | XXXXX | |
| Student No.: | | | | XXXXX | |

| Age | Gender | Grade | Home School | Attending School |
|---|---|---|---|---|
| 20 | Male | 12 | Lightridge HS | John Champe HS |
| | | | Primary Language - Date Determined | Home Language - Date Determined |
| | | | | English |

Parent/Guardian

| Name | Cell | Name | Cell |
|---|---|---|---|
| M__ A____ | ###-###-#### | K__ A____ | ###-###-#### |
| Address | Work Phone | Address | Work Phone |
| XXXXX | | XXXXX | |
| | Emergency Phone | | Emergency Phone |
| XXXXX | | XXXXX | |

IEP Review Due Date :  11/03/2021          Re-evaluation Due Date:   05/14/2022

Interpreter Needed: ☐Y   ☑N

Eligible:            MULTIPLE DISABILITIES

The student and parents have been informed of his/her rights under IDEA.  These rights will transfer from the parents to the student at age 18.
Parent Initial_____   Student Initial _____.

## IEP TEAM

The following were in attendance:

| Names | Position | Signature | Date |
|---|---|---|---|
| A____, T____ R. | Student | | |
| A____, M__ D. | Father | | |
| A____, K__ T. | Mother | | |
| Ausberry, Marshal  Jr. | Administrator/Designee | | |
| Sargeant, Melissa | Assistant Principal | | |
| Larmer, Jennifer | General Education Teacher | | |
| Widman, Sonia | Occupational Therapist | | |
| Urbina, Marcela | Special Education Teacher | | |
| Foti, Julie | Speech/Language Pathologist | | |

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A████, T███ R. | ███/2000 | ██████ | 11/04/2020 |

Jones, Kimberly                                    Special Education Supervisor

| Name A_____, T_____ R. | | Date of Birth ___/2000 | Student Number | | Document Date 11/04/2020 |

### PERTINENT MEDICAL INFORMATION

Health Issues

T_____ has a diagnosis of Epilepsy and requires a Health Care Plan. A seizure plan will be in the classroom and on file with the nurse. T_____ will need assistance with daily medication that will be provided by the family.

Additional medical information is on file in the nurse's office and in the teacher's file.  ☑Y  ☐N

Nurse Daily Med  ☑Y  ☐N

Nurse Prn  ☐Y  ☑N

### TRANSITION. TESTING, BACKGROUND, AND PRESENT LEVELS OF ACADEMIC AND FUNCTIONAL PERFORMANCE

This section contains plans for post-secondary transition to career and employment (as applicable), current testing information, background information, and the present levels of academic and functional performance.

### TRANSITION

DIPLOMA STATUS: Discuss at least annually, more often as appropriate. This student is a candidate for a(n):

☐ Advanced Studies Diploma     ☐ Standard Diploma

☑ Applied Studies Diploma     ☐ Credit Accommodation (It has been determined that the student is eligible to use credit accommodations to obtain the Standard Diploma. The signed eligibility form must be completed.)

☐ Modified Standard Diploma (The Modified Standard Diploma is no longer an option for students with disabilities who enter the ninth grade for the first time after the 2012-2013 school year.)

Projected Graduation/Exit Date:     06/10/2022

Is the student projected to graduate this year with a diploma?     ☑No ☐Yes

If yes, inform the student and parents that a Summary of Performance will be provided prior to graduating/exiting school.

* The IEP team and the student, where appropriate, may select the Modified Standard Diploma option at any point after the student's eighth grade year. When selecting the Modified Standard Diploma, it is essential to consider the student's need for occupational readiness upon school completion, including consideration of courses to prepare the student as a career and technical education program completer. (Use of local courses of study planning guide that includes the graduation requirements is recommended.)

Note: Special education and related services end upon receiving an Advanced Studies Diploma or Standard Diploma. If the student receives a Modified Standard Diploma, Applied Studies Diploma, Certificate of Program Completion, a GAD or a GED Certificate, the student remains entitled to a free appropriate public education through age 21. If the student will graduate with an advanced or standard diploma during the term of the IEP, a Summary of Performance must be completed.

Summary of Performance

Will the student be exiting the school system this year (exceeding age of eligibility or opting to exit with applied ☑No ☐Yes studies diploma)?

If yes, a Summary of Performance must be provided the student prior to graduating or exceeding the age of eligibility.

Interagency Release of Information Form

Is there a current signed (by parent or adult student) release of confidential information on file with the school ☐No ☑Yes for the purpose of transition planning?

If no, discuss form for transition planning with student and family.

Credit Accommodations Participation

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A███████ , T███ R. | ███/2000 | ███████ | 11/04/2020 |

Does the IEP team need to consider the Credit Accommodations to graduate with a Standard Diploma?  (If    ☐No ☐Yes
yes complete the Credit Accommodations Eligibility form).

---

ASSESSMENT RESULTS INCLUDING AGE-APPROPRIATE TRANSITION-BASED ASSESSMENTS

Transition Assessments

T████ recently transferred to Loudoun County Public Schools in September 2020. Because of the COVID-19 Pandemic, it was challenging to complete current transition assessments with T████ for the new school year prior to his annual IEP. He will participate in transition assessments during the school year which will be used to update his transition plan. Therefore, the transition information is based on his participation in assessments T████ completed during his 2019 school year.

The Essentials for Living was completed in October 2019. It is a communication, behavior, and functional skills assessment and tracking instrumental individuals with moderate-to-severe disabilities. It is especially useful for learners with communication deficits, daily living skills deficits, and/or problematic behaviors. T████ earned a score based predicted success in independent living skills and his performance in the classroom. His strengths and weaknesses are identified on the present level of academic achievement and functional performance.

The Transition Planning Inventory-2nd edition: School and Home (TPI-2) was completed in October 2019. The TPI-2 is a tool that helps students plan for their future, based on their strengths, interests, preferences and needs for learning. It identifies knowledge and skills preferences and items the student needs to learn to help him prepare for life after high school. Two areas of this inventory were completed, one by T████' parents and one by his teacher. This inventory provided a basic idea of what needs to be done to prepare T████ for employment or a training program.

The Transition Behavior Scale-Second Edition (TBS-2 S-RV) was administered to T████ in October 2019. This assessment provides a standardized, educationally relevant measure of predicted success in employment and independent living. On this assessment, T████ earned a score on based on his performance in the classroom. His strengths and weaknesses are identified in the present level of academic achievement and functional performance.

The No Reading Job Interest was completed in October 2019. It is an informal assessment where students select a preferred job task out of three options represented as pictures. According to the assessment T████ vocational interests include veterinarian animal care, geriatrics and pediatrics 9care for others) and food handling. Car and automotive and laundry were T████' lowest job interests.

The Transition Planning: Parent/Guardian Survey was completed in October 2019 by T████' parents. Mr. and Mrs. A████ expressed concerns with T████ needing a job coach, a sheltered work environment, and day support. They have also expressed concerns with independence and self-care skills.

MEASURABLE POSTSECONDARY GOALS:

Education
After exiting high school, T████ will complete daily living skills activities with support in a day placement program supported through an outside organization.

Employment
After exiting high school, T████ will complete vocational activities in a day support program with 100% supervision.

Independent Living Skill
After exiting high school, T████ will live at home with his parents where he will complete three weekly household chores.

Training
After exiting high school, T████ will receive training to complete vocational activities in a day support program with 100% supervision.

Coordinated Activities

| Goal Type | Coordinated Activities | Agency Responsible |
|-----------|------------------------|--------------------|
| Education | Participate in lessons and activities which support identifying tools, cleaning supplies and Independent | LCPS |

| Name | | Date of Birth | Student Number | Document Date |
|---|---|---|---|---|
| A███████, T███ R. | | ███/2000 | ████████ | 11/04/2020 |

| | living skills. | |
|---|---|---|
| Independent Living | Develop a routine or list of chores necessary for independent living such as doing dishes, dusting, vacuuming and laundry. | LCPS |
| Employment | Participate in activities directly related to work experience, job seeking and job acquisition skills. | LCPS |
| Training | Participate in activities directly related to work experience, job seeking and job acquisition skills. | LCPS |

PROJECTED COURSE OF STUDY:

School Year: 2020-2021

Diploma Option:   Applied Studies Diploma - Functional and Independent Living Skills

## STANDARDIZED TESTING

### Summary of Test History

T███ was last assessed in 2017 by his previous school. Various assessments were administered. An eligibility committee team met on 5/15/2019 and determined T███ remains eligible for special education and related services, as a student with multiple disabilities (Autism-primary, Intellectual Disability-secondary, Other Health Impairment-tertiary. The team determined that additional testing was not required.

In the areas of word reading, numerical operations, math problem solving, and spelling T███ obtained scores in the deficient range. T███ was assessed using Autism rating scales to assess behaviors that are consistent with autism that T███ was displaying at school. The ratings covered three areas which included: stereotyped behaviors, communication, and social interaction. T███' overall autism index score fell within the very likely range for being an individual with Autism. At the time of the evaluation, T███ was rated on his adapted skills by his teachers. The rating scale assessed adaptive behaviors in individuals ages 5 to 21 years of age. T███'s adaptive skills were found to be in the extremely low range, broad areas of adaptive skills include the following: communication; independent living skills; personal care skills; and employment skills. In the area of basic language and learning which was used to assess some basic academic needs. At the time of the evaluation, T███ was an emerging communicator who uses one to two-word verbal approximation, gestures, and point, occasionally paired with visual representation or parent provided a device to communicate his wants and needs. T███ displayed a tendency to delete the initial sounds of words. For example, T███ often stated "ink" when requesting his pink camping chair, "elp ease" to request "help please".

In March of 2018, T███ participated in a private evaluation through the Kennedy Krieger Institute. T███ was referred due to concerns for activities of daily living and fine motor coordination. Mr. and Mrs. A███ had concerns about T███' elevated fall risk due to decreased balance and body awareness.  The Occupational therapy evaluation assessed his motor and processing skills, sensory processing as well as participation in activities of daily living. T███ presented with needs in the areas of body awareness as well as fine motor coordination. The evaluation identified T███ having difficulty completing adapted daily living activities.

In July of 2008, T███ went through an Occupational Therapy Re-evaluation. He was referred to the evaluation as part of his triennial IEP update to identify his current functional level. The evaluation found that T███ demonstrated upper body and fine motor muscle weakness with tremors and dyspraxic movements. At the time of the evaluation, T███ was able to assume and use a variety of prevention patterns that are appropriate to the shape and size of the item he is engaging with. T███ was not able to demonstrate adequate strength and coordination for refined controlled pencil/crayon use.  During the assessment, T███ demonstrated a growing ability to hold an item in one hand and manipulated something with his other hand. Mr. and Mrs. A███ completed the Sensory Profile to identify on average areas of T███' strengths and weaknesses. They noted that T███ had difficulty processing multiple sensory inputs at one time and being able to regulate his emotions when there was difficulty processing the multiple sensory inputs.

### Summary of Current Assessments

T███ participated in the Virginia Alternate Assessment Program during the 2018-2019 school year.

Virginia Alternate Assessment (VAAP): T███ participated in the Virginia Alternative Assessment Program (VAAP) during the 2018-2019 school year was assessed in the areas of Science, History, Mathematics, Writing, Reading. The VAAP is designed to evaluate the performance of students with significant cognitive disabilities who are working on academic standards that have been reduced in complexity and depth.  This content is derived from the Standards of Learning (SOL) and is referred to as the Aligned Standards of Learning (ASOL). High School students participating in the VAAP are required to submit evidence in Science, History, Mathematics, Writing, or Reading by the end of their completion of grade 11 or on a schedule identified by the local school division. VAAP areas demonstrate Fail, Pass/Proficient, or Pass/Advanced.

T███ obtained the following results: Math (Fail); History and Science (Pass/Proficient); Reading and Writing (Pass/Advanced)

Exhibit 16: Page 5 of 20

| Name A___, T___ R. | Date of Birth ___/2000 | Student Number | Document Date 11/04/2020 |
|---|---|---|---|

SUMMARY OF PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Strengths of Student (Academic, Behavioral, Learning Characteristics)

Communication: T___ has been observed speaking one-word utterances to express his wants and needs. He has been observed to use pointing, gesturing, and hand movements to attempt communication. T___ has access to a parent-provided AAC device, but he needs physical and verbal prompting to use it.

T___ has participated in Distance Learning with the assistance of his parents. He will wave to the class when he is prompted and utter single words to say hello, yes/no responses, and colors. He has not been able to stay for the entire class. He will close the computer and rejoin later in the block or later in the day. T___ starts class in one area (kitchen, bedroom, family) and eventually gets up and walks around. He is often not in front of the computer.

CLASSROOM OBSERVATIONS (HYBRID): These observations are based on the first day two days of hybrid in-person learning. T___ came to school via the school bus. He wore his mask and kept it on all day. He brought a chair pad and a backpack. He was directed to his desk and sat down. He was quiet but did say, "home" a few times. On the first day, he kept putting on gloves and using hand sanitizer. When asked a question he was able to respond with one-word answers. He appeared to enjoy participating in classroom activities. When he completes a task, he applauds and wants peers and adults to applaud as well. He likes being praised. He was given task boxes to complete and he was very familiar with the task boxes. T___ was asked to sort colored cotton balls by color. T___ was also asked to work on fine motor and hand-eye coordination tasks by guiding straws through holes in a cup. T___ was also asked to match different colored pen caps to the pen. T___ was also asked to scoop pasta into a container. Tommy's teachers modeled the task that was being asked of him, prior to him beginning the task on his own. T___ only required minimal support for the pasta task box. He referred to them as "games". He was able to independently complete some of the boxes. T___ got up from his desk many times to walk around the classroom and explore. He was not disruptive and when asked to go back to his desk, he did. He enjoys having books around him and will carry them when transitioning to another room. He carried his books and chair pad to the cafeteria. He is able to feed himself and requires minimal assistance in the cafeteria. T___ is able to go to the bathroom with minimal assistance. He was asked throughout the day if he needed the bathroom. He likes to drink water from the water fountain and kept a water bottle at his desk. T___ had good stamina and was able to stay engaged both days. On the first day, halfway through the day, he showed signs of being tired. He yawned, sat at his desk, and was quiet for about 20 minutes. His energy picked up again later in the afternoon. He attended APE and tried to participate. He sat down for some of the time he was in APE class. When told to pack up for home, he was excited.

SOCIAL (from previous IEP): T___ is an extremely social and outgoing individual. He spontaneously seeks attention from peers by requesting high fives and praise. During group instruction and after he completes a task on the smartboard, he turns to the group and claps and cheers, while inviting those around him to join in. He seeks out attention from peers, by walking up to them, smiling, and physically prompting them for a fist bump or high five (EFL, 10/2019). When prompted by staff to ask (previous goal), T___ will request "bump, please." T___ has been observed to request staff to sit next to him during instructional or leisure times or he will attempt to move his seat closer to a preferred peer within the room. T___ achieved his social goal of participating in a structured group group activity by taking turns (IEP Data, 2019)

BEHAVIOR (from previous IEP): T___ achieved his behavioral goal of remaining in his instructional area (defined as a 3-foot work area radius) unless directed by staff, from a baseline of 16 occurrences per day to 8 occurrences per day (Teacher Observation, IEP Data 2019). However, the classroom set up provided T___ with a structured, compartmentalized work area, where he was not required to transition to a group area of instruction. The academic instructional area was clearly visible to T___ from his desk area. His work area this year provides T___ with more opportunities to leave his work area and as a result, this behavior has increased. We will continue to focus on remaining in his work area in the independent functioning category. T___ is provided with a visual work schedule to encourage positive worker behaviors. His visual work schedule allows him to see the current work expectations and when he will earn each reinforcement item (camping chair, print a picture, home items [seat cushions]). T___ receptively follows up to a two-step directive from staff (get iPad and bring to the table). He is provided with intermittent verbal and social praise often paired with edibles when working and staying on task.

INDEPENDENT FUNCTIONING: T___ achieved his independent functioning goal of completing 3, 306 steps functional routine (e.g. collect items for dismissal) (IEP Data, 2019). Upon arriving at his work area and after his safety vest unzipped, T___ unpacks his backpack and put his personal belonging away. He then begins his seatwork. T___ completes up to six file folders independently and often asks for more. He states "finished" or d"done" and hands the completed container to staff. When completing vocational tasks, T___ is prompted to "go pick a task". He happily retrieves another task and begins working independently. T___ often requires prompting to clean up his eating area because he likes to socialize with his classmates. When directed, he places his trash in the receptacle and puts his unopened juice or milk in the refrigerator. T___ requires assistance at times to open items at mealtime. He zips and unzips his jacket independently, requiring assistance to join the zipper.

VOCATIONAL: Vocation is a relative strength area for T___. With verbal prompts from staff, T___ will complete up to three vocational tasks that include assembling, sorting, and packaging. He completes up to three work tasks in succession until finished, with minimal assistance. T___ enjoys completing vocational tasks and will complete them during his free time. He will state "no" and gently push a task away if he does not want to complete that specific task. Staff will then direct him to "pick a task" and T___ will go pick the desired task to complete. His favorite task includes packaging toiletries, placing plastic spoons and forks in matching color, coded cases and sorting toothbrushes into colors. T___ recently achieved his vocational goal of completing 3, the 5-step sequence of classroom chores (e.g. wiping tables, sweeping, emptying trash) using visual instructions with 80% accuracy.

Exhibit 16: Page 6 of 20

| Name A███ , ███ R. | Date of Birth ███/2000 | Student Number ███ | Document Date 11/04/2020 |
|---|---|---|---|

FUNCTIONAL ACADEMICS (from previous IEP): When provided visual supports, T███ can match magnetic letters to written words (i.e. pumpkin, in a field of 20 letters). He receptively selects words during working with words and independently places the letter tiles on the corresponding letter. T███ requests staff to write words on a dry erase board and then he spells the word on his AAC device, using the keyboard in Proloquo2go. T███ will write on a dry erase board during his free time, with the help of staff spelling or writing the word for him to copy. T███ receptively identifies numbers up to 11 when asked to "touch number" on his AAC device. He matches numbers using one to one correspondence up to 5. T███ completes fine motor tasks needed at school, such as writing names and cutting on a straight line. T███ benefits from having a visual name model to write his name with the second "m".

Needs as They Affect Learning

Communication: T███ has been observed to use pointing and pictures cards more than verbal utterances. The utterances observed have been word approximations requiring a familiar adult (parent) to decipher. T███ has been observed perseverating on particular movements, specific single verbal utterances, and topics such as chairs.

SOCIAL: When T███ makes a request, he comes within close approximation to staff, uses gestures and/or word approximation to gain access to wanted items, participate in classroom activities, and/or interact with staff and peers. T███ helps himself to the item or activity instead of gaining the attention of the staff. Baseline data showed that T███ appropriately gained attention up in 1 out of 5 trials (TBS, 10/2019). Learning to gain attention appropriately (says excuse me, taps, makes eye contact, states name) before making a request, is important for T███' academic success, as well as success in the community and future employment.

BEHAVIOR (from previous IEP): T███ did not achieve his behavior goal of decreasing disrobing/lifting his shirt from a baseline of four incidents per 4 1/2 weeks to zero incidences per 4 1/2 weeks. He has achieved the first benchmark (2 incidences of only lifting his shirt, during a 4 1/2 week period) as of last school year. Baseline data taken from September through October 2019 shows an increase in disrobing (described as taking off his pants and undergarments and looking around for a reaction). According to classroom data and current assessments (TBS 39/EFL R10). October 2019, T███ has demonstrated an increase in off-task behaviors described as dropping on the floor, laying across worktables, spitting, refusal to work or follow staff directors, throwing items, hitting or banging items or people, perseverating on a particular word (repeating a single word multiple times), and climbing on and/or tipping over furniture, all attempts included, when he's not allowed access to the preferred item during an academic group when transitioning within the classroom, and/or when required to relinquish a prefer item to transition to a lesser preferred activity.
***Episodes of off-task behaviors last an average of 22 minutes per episode and approximatsly 10 episodes over a six-day period.

INDEPENDENT FUNCTIONING (from previous IEP): T███ is easily distracted and has difficulty transitioning independently between activities. He will attempt to socialize, gain access to leisure items or more preferred items, instead of moving to the next scheduled location. The baseline data taken on 10/10/19 shows T███ needed redirection to transition directly to the next activity, for 8 out of 10 transitions. T███ continues to need support with staying in his work area once he arrives. At times, he will leave his instructional area, attempt to gain access to peers, desired items, or refuse to follow directions. T███ engaged in elopement from his instructional area without being directed, (all attempts included) an average of 5 times per day (TBS12/43, 10/2019).

FUNCTIONAL ACADEMICS (from previous IEP):
Reading.
T███ indicated on his "No Reading Job Interest Inventory" assessment, completed in October 2019, that his vocational interests include veterinarian animal care. Baseline assessment indicated that T███ was not able to correctly associate animal care pictures to their matching items (i.e. collar goes with a leash, food goes with food bowl), it is important for T███ to recognize animal care items that go together if he desires to participate with an animal care industry after he graduates.
Math.
When given a visual work schedule, T███ had difficulty completing a functional vocational routine (check the schedule, get a task, complete task, check off task number (i.e. task 1, task 2, task 3) indicating completion, place in designated finished location, retrieve the next task, etc. and then repeat the process until three vocational tasks have been completed and check off. He requires direct supervision, verbal and /or physical prompts to complete the routine. Correctly indicating completed tasks will help avoid unnecessary repetition of his workload. In order to prepare him for future work, he needs to increase his worker independence.

Effect of disability on Progress in the General Curriculum and Needs of Student to Access the General Curriculum

T███ requires intensive staff support in all areas. He requires a structured environment and individualized/modified instruction to meet his communication, social and learning needs. T███ requires a highly structured setting to be successfully engaged in his individualized instruction. His classroom has a low student to staff ratio. A frequent schedule of reinforcement, instructional accommodations and visual prompts are used throughout the day.

Exhibit 16: Page 7 of 20

| Name | | Date of Birth | Student Number | Document Date |
|------|--|---------------|----------------|---------------|
| A████, T████ R. | | ███/2000 | ████████ | 11/04/2020 |

The concerns of the parent(s) for enhancing the education of their child

Mr. and Mrs. A████ shared concerns about instruction during the distance learning model. They shared that T████ has difficulty manipulating computers and that they have to log him into the Chromebook. Mrs. and Mr. A████ shared that T████' stamina and attention is up to 25 minutes. Mr. and Mrs. A████ shared that T████ is able to use touch screen devices. The Altobellos shared behavioral concerns about T████ eloping and leaving the building or disrobing when he does not get a desired item or activity.

| Name | | Date of Birth | Student Number | Document Date |
|---|---|---|---|---|
| A████, T████ R. | | ████/2000 ████ | | 11/04/2020 |

## FACTORS FOR IEP TEAM CONSIDERATION

### Communication
The team considered the student's needs for other communication services, supports and goals and determined that they are necessary.

### Benchmarks/Short Term Objectives
Regulations require short term objectives/benchmarks for students whose instruction is aligned to alternate achievement standards who are participating in the Virginia Alternate Assessment Program (VAAP). The IEP Team may elect to use benchmarks for specific goals. The team considered the need for benchmarks/short term objectives in all goals and determined that the student is not in need of benchmarks/short term objectives.

### Assistive Technology
The IEP Team considered the resources and materials available to the student and what is needed in order to meet goals. In developing accommodations, the IEP Team considered the student's need for Assistive Technology devices and services and determined that accommodations documented in the IEP reflect consideration.

Accommodations on the IEP are Assistive Technology devices and services.

### Behavioral Needs
In the case of a student whose behavior impedes his or her learning or that of others, consider the use of positive behavioral interventions, strategies, and supports to address that behavior. The team considered the student's need for positive behavioral interventions, supports and strategies to address behaviors that impede learning of self or others and determined that the IEP Team requires the collection of additional data in order to proceed to an FBA.

### Student with Limited English Proficiency
In the case of a student with limited English proficiency, consider the language needs of the student as those needs relate to the student's IEP. It has been determined that this student is not an English Language Learner.

### Blind/Visually Impaired
In the case of a student who is blind or is visually impaired, provide for instruction in Braille and the use of Braille unless an IEP Team determines after an evaluation of the student's reading and writing skills, needs, and appropriate reading and writing media (including an evaluation of the student's future needs for instruction in Braille and the use of Braille) that instruction in Braille or the use of Braille is not appropriate for the student. The team considered whether the student has a visual impairment that requires Braille services in order to function at a level consistent with expected achievement and determined that they are not needed.

### Deaf/Hearing Impaired
In the case of a student who is deaf or hard of hearing, consider the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode. The IEP Team may use the Virginia Communication Plan when considering the student's language and communication needs and supports that may be needed. The team considered if the student has communication needs that require educational communications in an alternate mode preferred by the student and determined that an alternate mode is not necessary.

### Accessible Instructional Materials
The IEP team has considered the student's requirement for accessible, alternate format versions of printed textbooks and printed core instructional materials (Braille, audio text, electronic text, and/or large print) due to a documented visual, physical or print disability and determined that

No: T████ does not require accessible format versions of printed textbooks and/or core instructional materials for FAPE.

| Name | Date of Birth | Student Number | Document Date |
|---|---|---|---|
| A██████, T████ R. | ███/2000 | ███████ | 11/04/2020 |

## ANNUAL GOALS AND BENCHMARKS OR SHORT TERM OBJECTIVES

Progress Report Frequency

Progress reports on goals will be sent home in accordance with the grading periods. Sufficient Progress on all annual goals equals sufficient progress towards post-secondary goals.Progress reports on goals will be sent home in accordance with the grading periods. Sufficient Progress on all annual goals equals sufficient progress towards post-secondary goals.

Annual Goal(s)

Category:  Communication-Expressive Language

Description

By November 2021, T█████ will use 2-3 word utterances (e.g. word approximations, use of parent provided AAC device) to comment, protest, and describe, with one or less verbal or visual prompts, in 4 out of 5 probes across the three most recent consecutive work sessions as measured by data collection tool.

Description

By November 2021, after gaining staff members attention, T█████ will use 2-3 word utterances (e.g., word approximations, use of parent provided AAC device) to request activities or items in 4 out of 5 probes across the three most recent consecutive work sessions as measured by data collection tool.

Category:  Behavior

Description

By November 2021, T█████ will display on-task behaviors (keeping the laptop on the table, remaining seated, using utensils appropriately, completing assigned tasks) for 15 minutes in 4 out of 5 opportunities bi-weekly as measured by data collection tool.

By January 2021, T█████ will display on-task behaviors (keeping the laptop on the table, remaining seated, using utensils appropriately, completing assigned tasks) for 15 minutes in 1 out of 5 opportunities bi-weekly as measured by data collection tool.

By April 2021, T█████ will display on-task behaviors (keeping the laptop on the table, remaining seated, using utensils appropriately, completing assigned tasks) for 15 minutes in 2 out of 5 opportunities bi-weekly as measured by data collection tool.

By June 2021, T█████ will display on-task behaviors (keeping the laptop on the table, remaining seated, using utensils appropriately, completing assigned tasks) for 15 minutes in 3 out of 5 opportunities bi-weekly as measured by data collection tool.

Description

By November 2021, given visual supports (inclusive of a visual schedule) and environmental cues (timer, staff verbal/visual directive) T█████ will transition to the next scheduled activity or location without engaging in maladaptive behaviors (disrobing, dropping, spitting, eloping, and/or refusal to move) in 8 out of 10 daily opportunities over two weeks as measured by data collection tool.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A████, T████ R. | ████/2000 | ████ | 11/04/2020 |

By January 2021, given visual supports and environmental cues (timer, staff verbal/visual directive) T████ will transition to the next scheduled activity or location without engaging in maladaptive behaviors (disrobing, dropping, spitting, eloping, and/or refusal to move) in 2 out of 10 daily opportunities over two weeks as measured by data collection tool.

By April 2021, given visual supports and environmental cues (timer, staff verbal/visual directive) T████ will transition to the next scheduled activity or location without engaging in maladaptive behaviors (disrobing, dropping, spitting, eloping, and/or refusal to move) in 4 out of 10 daily opportunities over two weeks as measured by data collection tool.

By June 2021, given visual supports and environmental cues (timer, staff verbal/visual directive) T████ will transition to the next scheduled activity or location without engaging in maladaptive behaviors (disrobing, dropping, spitting, eloping, and/or refusal to move) in 6 out of 10 daily opportunities over two weeks as measured by data collection tool.

Description

By November 2021, T████ will remain within three feet of his assigned work area including remaining with a group when completing less structured classroom activities (APE, walking in the hallway) in 8 out of 10 opportunities bi-weekly as measured by data collection tool.

By January 2021, T████ will remain within three feet of his assigned work area including remaining with a group when completing less structured classroom activities (APE, walking in the hallway) in 2 out of 10 opportunities bi-weekly as measured by data collection tool.

By April 2021, T████ will remain within three feet of his assigned work area including remaining with a group when completing less structured classroom activities (APE, walking in the hallway) in 4 out of 10 opportunities bi-weekly as measured by data collection tool.

By June 2021, T████ will remain within three feet of his assigned work area including remaining with a group when completing less structured classroom activities (APE, walking in the hallway) in 6 out of 10 opportunities bi-weekly as measured by data collection tool.

Category:  Academic Goals

Description

By November 2021, When presented with a field of three pictures and a target picture, T████ will correctly match the target picture to its related item in 4 out of 5 opportunities across 10 sets of 2 functionally related vocational items as measured bi-weekly with a data collection tool.

By January 2021, When presented with a field of three pictures and a target picture, T████ will correctly match the target picture to its related item in 2 out of 5 opportunities across 10 sets of 2 functionally related vocational items as measured bi-weekly with a data collection tool.

By April 2021, When presented with a field of three pictures and a target picture, T████ will correctly match the target picture to its related item in 3 out of 5 opportunities across 10 sets of 2 functionally related vocational items as measured bi-weekly with a data collection tool.

By June 2021, When presented with a field of three pictures and a target picture, T████ will correctly match the target picture to its related item in 4 out of 5 opportunities across 10 sets of 2 functionally related vocational items as measured bi-weekly with a data collection tool.

Category:  Life Skills

Description

By November 2021, T████ will complete three multi-step daily living skills (using the restroom, washing hands, eating meals) over a 9 week in 4 out of 5 weekly opportunities as measured by data collection tool.

Exhibit 16: Page 11 of 20

| Name<br>A█████, T█ R. | Date of Birth<br>█████/2000 | Student Number<br>██████ | Document Date<br>11/04/2020 |
| --- | --- | --- | --- |

By January 2021, T█████ will complete two multi-step daily living or vocational skills per week with 70% accuracy per skill as measured by data collection tool.

By April 2021, T█████ will complete three multi-step daily living or vocational skills per week with 75% accuracy per skill as measured by data collection tool.

By June 2021, T█████ will complete three multi-step daily living or vocational skills per week with 80% accuracy per skill as measured by data collection tool.

Description

By November 2021, T█████ will complete three multi-step vocational skills (example folding, sorting, or shredding) over a (9 week period) with 80% accuracy per skill in 4 out of 5 opportunities as measured by data collection tool.

By January 2021, T█████ will complete three multi-step vocational skills (example folding, sorting, or shredding) over a (9 week period) with 80% accuracy per skill in 1 out of 5 opportunities as measured by data collection tool.

By April 2021, T█████ will complete three multi-step vocational skills (example folding, sorting, or shredding) over a (9 week period) with 80% accuracy per skill in 2 out of 5 opportunities as measured by data collection tool.

By June 2021, T█████ will complete three multi-step vocational skills (example folding, sorting, or shredding) over a (9 week period) with 80% accuracy per skill in 3 out of 5 opportunities as measured by data collection tool.

| Name<br>A█████, T███ R.  | Date of Birth<br>████/2000  | Student Number  | Document Date<br>11/04/2020 |
|---|---|---|---|

## SPECIAL EDUCATION ACCOMMODATIONS, SERVICES, AND RELATED SERVICES

### Accommodations

| Type | Accommodation<br>Accommodation<br>Description | Location | Setting | Amount of Time<br>Frequency |
|---|---|---|---|---|
| Instructional | visual supports | LCPS | General Education/Special Education | During classroom instruction, inclusive of visual schedules and/or visual task analysis |
| Instructional | read aloud | LCPS | General Education/Special Education | During classrom instruction |
| Instructional | sensory breaks | LCPS | General Education/Special Education | During classrom instruction |
| Instructional | Visual timers | LCPS | General Education/Special Education | During classroom instruction |
| Instructional | Access to AAC (parent provided) | LCPS | General Education/Special Education | Access to AAC during classroom instruction throughout the school day. |
| Environmental | Access to cool down/break area | LCPS | General Education/Special Education | When breaks are needed |

### Services

| Specially Designed Instruction | Location | Instructional Setting | Amount of Time | | | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Functional Academic Skill Instruction | LCPS | Special Education | 30 | 1 | per week | 12/01/2020 | 06/15/2021 | 08/26/2021 | 11/03/2021 |
| Functional Academic Skill Instruction | LCPS | Special Education | 180 | 4 | per week | 12/01/2020 | 06/15/2021 | 08/26/2021 | 11/03/2021 |
| Functional Academic Skill Instruction | LCPS | Special Education | 30 | 3 | per week | 11/05/2020 | 11/30/2020 | | |
| Functional Academic Skill Instruction | LCPS | Special Education | 180 | 2 | per week | 11/05/2020 | 06/15/2021 | 08/26/2021 | 11/03/2021 |
| Academic Support-Secondary Electives | LCPS | General Education | 60 | 2 | per week | 11/05/2020 | 06/15/2021 | 08/26/2021 | 11/03/2021 |

### Related Services

The team considered the need for related services and determined that the student is in need of related services.

| Related Services | Location | Instructional Setting | Amount of Time | | | Begin Date | End Date | Begin Date | End Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Minute | # of Times | Frequency | | | | |
| Speech Language Consult | LCPS | Special Education | 10 | 1 | per week | 11/05/2020 | 06/15/2021 | | |
| Speech Language Therapy | LCPS | Special Education | 15 | 4 | per week | 11/05/2020 | 06/07/2021 | 08/27/2021 | 11/03/2021 |
| Occupational Therapy Consult | LCPS | Special Education | 15 | 1 | per week | 10/08/2020 | 06/07/2021 | 08/27/2021 | 11/03/2021 |

| Name<br>A_____, T____ R. | | Date of Birth<br>___/2000 | Student Number<br>_____ | Document Date<br>11/04/2020 |
|---|---|---|---|---|

Services are provided based on peer reviewed research to the extent practicable.

Transportation:
☑Y   ☐N   The student will receive Special Education Transportation for the duration of this IEP due to the disability and to access the program site. Transportation will be provided from a LCPS designated location to school and return.

| Start Date | 10/13/2020 | Second Start Date | 08/27/2021 |
| End Date | 06/15/2021 | Second End Date | 10/07/2021 |

Student has significant needs in the areas of:
☑ minimal communication skills                    ☑ significant distractibility
☑ difficulty coping in unstructured and unsupervised situations    ☑ adult to adult transfer
☑ Student requires transportation during the regular school year ONLY
☑ Medical Needs
   Seizure disorder plan

Indicate vehicle adaptations:
☑ seat belt        ☑ adult attendant care and supervision ☑ must be guided onto bus and into seat, cannot manage boarding independently

| Name A█████, T██ R. | Date of Birth ██/2000 | Student Number ████████ | Document Date 11/04/2020 |
|---|---|---|---|

### SUPPLEMENTARY AIDS AND SERVICES (ACCOMMODATIONS AND MODIFICATIONS)

Supplemental aids and Services

To be provided throughout the duration of this IEP unless otherwise noted. Services are provided based on peer reviewed research to the extent practicable.

Program Supports for School Personnel

☐ No program modifications or supports are required for the child to advance appropriately toward attaining annual goals.

☑ The following supports are necessary for school personnel in order for this student to benefit from instruction in the

general education classroom:

| Service Description | Location | Frequency/Amount of Time |
|---|---|---|
| Seizure Care Plan Training | LCPS | Annual training for staff working with T█████. |

### EXTENDED SCHOOL YEAR (ESY)

When considering ESY, answer Yes or No, and document the decision.

Will the educational gains in critical life skills made during the year be significantly jeopardized if the student does not receive ESY?   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Will there be substantial regression of critical life skills without ESY services? (i.e. student takes more than 6-8 weeks to recoup after a break).   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Will the student's rate of progress on IEP goals addressing critical life skills be significantly jeopardized without ESY services? Examine data trends in progress reports and/or data analysis.   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Are any identified critical life skills at a breakthrough point? If so, will interruption of services significantly jeopardize gains made? Examine upward trends in data toward goals.   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Does the student have behaviors that have prevented him/her from receiving benefit from the educational program? Will an interruption in instruction significantly jeopardize educational gains? Students must have a BIP in place as well as behavior goals in the IEP. Examples: aggression, extreme levels of non-compliance, self-injurious behaviors resulting in significant loss of instructional time.   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Does the nature or severity of the disability significantly jeopardize gains made in the educational program during the school year? Example: Student needs intensive, continuous, individualized instruction to receive educational benefit. Explain.   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Are there any special circumstances or other factors that may significantly jeopardize educational gains made during the year? Examples: hospitalization, extended absences, degenerative conditions. Explain   No

Discussion to support decision:  A decision has not been reached and the district will continue to collect data.

Considerations for ESY

A decision has not been reached and the district will continue to collect data for future IEP team consideration.

Summarize to include: program, instructional setting, minutes, frequency, # times per week, dates, and special transportation.

T█████ previously met the criteria for ESY prior to school closing. The IEP team agreed to continue to collect data to make a determination on the needs for ESY.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A███, T███ R. | ███/2000 | ████ | 11/04/2020 |

Transportation:

☐ Y    ☐ N    The student will receive Special Education Transportation for the duration of this IEP due to the disability and to access the program site. Transportation will be provided from a LCPS designated location to school and return.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A████, T███ R. | ███/2000 | ████████ | 11/04/2020 |

## TESTING

Participation in the State Accountability/Assessment System

Yes No

☐ ☑ Discuss annually.  If this is a testing year, will the student be at a grade level for which the student is eligible to participate in a state or division-wide assessment?  If yes, continue to next question.

| Name A████, T████ R. | Date of Birth ██/2000 | Student Number ████ | Document Date 11/04/2020 |
|---|---|---|---|

## LEAST RESTRICTIVE ENVIRONMENT (LRE)

LRE Selection

Public Day School (Ages 6-22 years)

Rationale for LRE selection:

a. Progress in the general curriculum is impacted by the disability?

Progress in the general education curriculum is impacted by T████ 's cognitive and developmental abilities. T████ requires an extensive curriculum that can not be met in the general education setting. T████ requires a small structure program/environment to meet his educational goals. T████ requires intensive staff support in all areas of his educational experiences. Due to academic and behavioral challenges, T████ would require specially designed instruction to access his class's curriculum.

b. Explain to what extent the student will not participate with non-disabled peers in academic and non-academic environments.

The availability of hybrid in-person learning is contingent upon the stage of instruction established by LCPS School Board. If during the school year, schools are closed by the School Board, as a result of a health emergency or other concern, the IEP services will revert to the services provided during 100% distance learning.

Due to T████ 's need for adult supervision and individualized instruction, T████ will receive specialized instruction for Functional Academic Skills to include functional Math, functional Reading, and functional transition/vocational skills. T████ will be provided support throughout the day, accessing special transportation to and from school, transitions from the bus stop to his classroom, and other transitions throughout the day. T████ will participate with non-disabled peers in the general education setting through the Academic Support SecondaryElective services during his music class. During asynchronous instructional days, T████ will receive 30 minutes of Functional Academic Skill Instruction three times per week in order to focus on individual needs, review class lessons, and a time to continue to work on targeted goals.

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A███████ . T███ R. | ███/2000 | ████████ | 11/04/2020 |

## PARENT (OR GUARDIAN) STATEMENT

PRIOR NOTICE and PARENT (OR GUARDIAN) CONSENT

The services described in this IEP are designated for implementation in a school and/or remote location. The IEP services designated for implementation in a specific location will be available to the Student on the days the Student is administratively assigned by the school division to that location during the regular school year. The assignment of the Student to a location for IEP implementation may vary during the course of the school year based on the ability of the school division to offer services in the particular location. If, during the school year, the School Board, as a result of a health emergency or other concerns, changes the number of days per week that the Student is assigned to attend instruction at school, then the IEP services designated for delivery in a school location will be adjusted to align with the number of days that the Student is assigned to attend instruction at school.

As an example, if the School Board increases the number of days per week that the Student is assigned to attend school, then the IEP services designated for delivery in school will increase proportionately, and conversely the IEP services designated for remote instruction will decrease proportionately. The opposite situation may also occur if the School Board decreases the number of days per week that the Student is assigned to attend school.

Despite any other statement in the IEP to the contrary, the IEP services will not be implemented, and the school division has no obligation to make-up any missed services, on days when the school division does not offer instruction, whether virtually or in-person, for reasons such as inclement weather, pandemics, health emergencies, the student illness, the student's inability to participate for safety or health reasons, holidays, partial days, partial weeks, and teacher planning days. The IEP services will also not be provided during the summer months unless services are specified for the Student in the Extended School Year section of the IEP.

By signing and granting consent to this IEP, the parent(s)/guardian(s) grant consent for the adjustment of IEP services between the school and remote locations based on the School Board's: assignment of the Student to a location for IEP implementation; the School Board's decision to open and close school buildings or classrooms; and/or the availability of specific services at a particular location. The parent(s)/guardian(s) are further granting consent to adjusting the means of delivery of instruction (in-person vs. telephonically or virtually), without holding an IEP meeting before implementing such a change in instructional platform. Nothing prevents the parent(s)/adult student or school staff from requesting an IEP meeting to discuss amendments/revisions to the IEP.

The school division proposes to implement this IEP. This proposed IEP will allow the student to receive free appropriate public education in the least restrictive environment. This decision is based upon a review of current records, current assessments, and the student's performance as documented in the Present Level of Academic Achievement and Functional Performance. Other options considered, if any, and the reason(s) for rejection are attached or can be found in the Least Restrictive Environment section of this IEP. Additionally, other factors, if any, that are relevant to this proposal are attached. Parent and adult student rights are explained in the Procedural Safeguards. If you, the parent(s) and adult student, need another copy of the Procedural Safeguards or need assistance in understanding this information please contact the Office of Special Education at 571-252-1011.

☐ I give PARTIAL consent to the implementation of the IEP. I agree with the proposed goals, accommodations, and special education services in the IEP. I disagree with and do not provide consent to the statements contained in the first four paragraphs of this Page 19 of 20 ("Prior Notice and Parent (or Guardian) Consent"), above. I expressly do not consent to the school division's proposal that I waive my rights under 8 VAC 20-81-170(E). I do not give the school division permission to make any changes to the T███████' special education services and supports as set forth in this IEP, to withhold services or supports required under this IEP, or to otherwise modify or amend this IEP, without my prior written consent. I do not waive the right to obtain compensatory services and/or enforce any or all available legal or equitable remedies or damages if the school division does not implement this IEP, or to the extent it did not implement a prior IEP, in its entirety. If LCPS does not provide the services in the IEP, I reserve the right to obtain the same or similar services from a private provider and obtain reimbursement from the school division for such private services. Signature below indicates permission to implement the IEP solely to the extent set forth in this PARTIAL consent.

_____     _____     _____
☐ I do not give consent to the implementation of the IEP.              Relationship to Student              Date
Signature below denies permission to implement the IEP.

_____     _____     _____
                                                                      Relationship to Student              Date

*I do not agree to or consent to this language*

| Name | Date of Birth | Student Number | Document Date |
|------|---------------|----------------|---------------|
| A▮▮▮▮, T▮▮▮ R. | ▮▮▮/2000 | ▮▮▮▮ | 11/04/2020 |

**PARENTAL CONSENT FOR BILLING PUBLIC INSURANCE LANGUAGE FOR THE IEP or IEP AMENDMENT**

For Medicaid or FAMIS (Family Access to Medical Insurance Securities) Insured Only

Consent to Release Information: I consent for Loudoun County Public Schools (LEA) to release information from my child's education record (such as evaluation reports and IEPs) about my child's participation in services to participating physicians, other health care providers, the Department of Medical Assistance Services (DMAS), any DMAS billing agents, and any LEA billing agent as necessary, to process claims for reimbursement by DMAS for covered health-related services, evaluations for these services and transportation on the day the student receives any health related service which are outlined in the child's IEP.

Procedural Safeguard: I understand my right to refuse consent for the school system to access my child's Medicaid or FAMIS coverage to seek reimbursement for the health related services. Any refusal will not affect delivery of these services to my child and delivery of such services will be at no cost. I understand that my permission is voluntary and may be revoked at anytime. I also understand that I have the right to request a copy of the records disclosed.

☑ I give consent for claims to be submitted to the Virginia Department of Medical Assistance Services (DMAS), as described above, for the health related services outlined in the Individualized Education Program (IEP), including duration and frequency and/or evaluations for IEP services.

☐ I do not give consent for the school system to access my child's Medicaid or FAMIS coverage.

# EXHIBIT 17

Leap Academy University School
**Department of Special Services**
639 Cooper Street
Camden, NJ 08102

## INDIVIDUALIZED EDUCATION PROGRAM

☐ Initial   ☑ Annual Review   ☐ Re-Eval   ☐ Transfer   ☐ Change of Placement   ☐ Revision   ☐ Amendment

**Name**: A█████ K█████

**Student ID:** ██████████

**Current Grade**: 1st Grade
**Projected Grade**: 2nd

**Parent(s)**:
M█████ E█████████
Phone: ██████████

**Date of Birth:** ████/2013

**Age:** 6

**Case Manager**: Natalia Tomassini

**Native Language**: English

**Address**:
██████████
Camden, NJ 08104

**Attending School**:
Charter: Leap Academy University
Charter School: Leap Academy
University Charter School

**Classification**: 06 - Communication Impairment

**Placement**: 80% or more in presence of regular education students

| Initial Referral | Most Recent Annual IEP Review Meeting | Most Recent Reevaluation Eligibility | Next Annual IEP Review Meeting | Next Reevaluation Meeting |
|---|---|---|---|---|
| 02/22/2016 | 05/29/20 | 06/11/2018 | 05/28/21 | 06/10/2021 |

# IEP MEETING PARTICIPANTS

Please sign in the appropriate space. A signature in this section of the IEP documents participation in the meeting and does not mean agreement with the IEP.

| Title | Participant | Signature | Date |
|---|---|---|---|
| Student | A▇ K▇ | | |
| Parent/Guardian(s) | M▇ E▇ | | 05/29/2020 |
| District Representative | | | |
| General Education Teacher | Cloherty | | 05/29/2020 |
| Special Education Teacher | Shinault | | 05/29/2020 |
| Case Manager | Tomassini | | 05/29/2020 |
| Speech Language Specialist | Devlin | | 05/29/2020 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Additional Information:**
\* If a required member of the IEP team has been excused from participating in the meeting with parental consent, note the excusal in the required team member's space.

## STATEMENT OF SPECIAL EDUCATION AND RELATED SERVICES

### Grade Level: 1st Grade

| RELATED SERVICES | | | | |
|---|---|---|---|---|
| **State the related services** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| One-on-one Aide | 06/01/2020 - 06/26/2020 | 1 per Day | Classroom | Full day |
| Speech | 06/01/2020 - 06/26/2020 | 3 per Month (individual) | Speech Room | 30 minutes |

| SPECIAL EDUCATION SERVICES | | | | |
|---|---|---|---|---|
| **State the special education services by instructional area. Course # / Subject / Type** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| Language Arts | 06/01/2020 - 06/26/2020 | 1 per Day (small group) | Supplemental Instruction | 45minutes |
| Mathematics | 06/01/2020 - 06/26/2020 | 1 per Day (small group) | Supplemental Instruction | 45 minutes |

| TRANSPORTATION SERVICES | | | | |
|---|---|---|---|---|
| **State the transportation services** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| W/Bus Aide | 06/01/2020 - 06/26/2020 | 5 per Week (1:1 Bus aide) | N/A | Daily AM and PM |

### Grade Level: 2nd Grade

| RELATED SERVICES | | | | |
|---|---|---|---|---|
| **State the related services** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| Speech | 08/24/2020 - 05/28/2021 | 30 per Year (group) | Speech Room | 30 minutes |
| One-on-one Aide | 08/24/2020 - 05/28/2021 | 1 per Day | Classroom | Full Day |

| SPECIAL EDUCATION SERVICES | | | | |
|---|---|---|---|---|
| **State the special education services by instructional area. Course # / Subject / Type** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| Language Arts | 08/24/2020 - 05/28/2021 | 1 per Day (small group) | Supplemental Instruction | 45 minutes |
| Mathematics | 08/24/2020 - 05/28/2021 | 1 per Day (small group) | Supplemental Instruction | 45 minutes |

| TRANSPORTATION SERVICES | | | | |
|---|---|---|---|---|
| **State the transportation services** | **Dates the services will begin and end** | **Frequency** | **Location** | **Duration** |
| W/Bus Aide | 08/24/2020 - 05/28/2021 | 5 per Week | N/A | daily AM and PM |

Name: K█, A█ A█

## EDUCATIONAL HISTORY

A ...

### Evaluation Summary

**(ASSESSMENT SUMMARIES)**
A▉ ...

**Statement of Eligibility**
The IEP Team has met and determined that A▉ is eligible for Special Education and Related Services based upon the criteria established for ...Communication Impairment

**Health / Medical Background**
Not applicable

**Other Needs / Recommendations**
Not applicable

**For preschool students, review the preschool day to determine what accommodations and modifications may be required to allow the child to participate in the general education classroom activities.**

### PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

---

**Subject: Language Arts**

A███ is currently a first grade student at LEAP Academy Charter School. She has made significant progress both academically and behaviorally this year (2019-2020). She receives small group instruction in both reading and math as well as speech/language services. A███ has a daily behavior chart to monitor her progress in each subject. She has made incredible progress using the behavior chart and is encouraged to self-monitor her behavior. Currently she is functioning at grade level in Math and below grade level in ELA due to her lack of sight word recognition.

Ms. Horneff, her special education teacher, noted that she is able to complete most writing assignments independently. Often times she will reverse her letters but is able to self correct with the use of an alphabet strip. She relies on the word wall to complete her writing and can often find the sight word that is needed with assistance. She receives small group instruction in reading and is currently reading on a D/E which would best equate to the beginning of first grade level. Both Ms. Cloherty and Ms. H have noted this is due to her lack of sight word recognition. Behaviorally, she has made significant progress and is able to self-regulate in the classroom. She will go to the library to "calm-down" and is able to rejoin the group when she is ready.

Ms. Cloherty, her regular education teacher, noted that she has had difficulty during the remote learning process with the inability to stay focused during the whole group lesson. It has been observed that she does well one-on-one given verbal praise. She will often times states that she "forgets" her sight words or is "too tired" to complete her lesson. Ms. Cloherty has incorporated brain breaks and movement breaks in an effort to encourage her to complete her work.


According to her most recent NWEA MAP Assessment, taken in the January 2020, A███ scored a 168 which places her in the 48th percentile. This test indicated that she scored below average in foundational skills, high average in literature and informational skills, and average in language, writing, and vocabulary use and functions.

---

**Subject: Math**

Both Ms. H and Ms. Cloherty noted that A███ has made significant progress in Math. She is able to complete most problems independently with the use of manipulatives. According to the NWEA MAP Assessment, A███ scored a 177 which places her in the 60th percentile. She scored above average in operations and algebraic thinking as well as numbers and operations. In addition, she scored average in measurement and data and below average in Geometry. At the time of the assessment, the concept of geometry had not been taught.

---

**Subject: Speech**

A███ currently receives speech thirty times per year on an individual basis. She has mastered two of her objectives and is close to mastery on two others. She has no difficulties expressing and identifying emotions. She follows two-step directions with ease. She struggles with "when" questions, but she answers all other types of "wh" questions well. Objectives for this year should focus on three-step directions and categories.

## SPECIAL TEAM CONSIDERATIONS

*If the IEP team determines that the pupil needs a particular device or service, the IEP must include a statement to that effect in the appropriate section. If a factor is not applicable, note such as (i.e. "N/A")*

**Is A▆ blind or visually impaired?**
☐ Yes  ☑ No

**Is A▆ deaf or hearing impaired?**
☐ Yes  ☑ No

**Does A▆ have communication needs?**
☑ Yes  ☐ No
Student has Communication Impairment, and receives speech and language services

**Does A▆ exhibit behaviors that impede learning or learning of others?**
☐ Yes  ☑ No

**Does A▆ have limited English proficiency?**
☐ Yes  ☑ No

**Does A▆ require assistive technology devices and/or services?**
☐ Yes  ☑ No

**Does A▆ have health issues requiring nursing services?**
☐ Yes  ☑ No

**Physical Education/Recreation:**

Standard

**Medications:**

None

**Are there additional parental/guardian concerns?**

None

LEAP CONCERN TO PARENT

Parent ' please be aware that you there is a possibility that the state and federal government may not require

Name: K▆, A▆ A▆

schools make-up related services upon return to school. Related services will be provided to the extent possible while the precise nature of the future event is unknown at this time.

## TRANSFER OF RIGHTS AT AGE OF MAJORITY

☐ **OPTION I**: At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority, unless the parents obtain guardianship. The district may use the following description to document that the student and parents have been informed of the rights that will transfer. The IEP team may include this statement at age 14 when transition planning begins.

On 06/17/2031, A▮▮ K▮▮ will turn age 18 and become an adult student. The following rights will transfer to A▮▮:

- The school district must receive written permission from A▮▮ K▮▮ before it conducts any assessments as part of an evaluation or reevaluation and before implementing an IEP for the first time.
- The school must send a written notice to A▮▮ K▮▮ whenever it wishes to change or refuses to change the evaluation, eligibility, individualized education program (IEP) or placement, or the provision of a free, appropriate public education (FAPE).
- You, the parents, may not have access to A▮▮'s educational records without his consent, unless he continues to be financially dependent on you.
- The district will continue to provide you, the parents, with notice of meetings and of any proposed changes to your adult child's program.
- Any time A▮▮ K▮▮ disagrees with his special education program, he is the only one who can request mediation or a due process hearing to resolve any disputes arising in those areas.

If A▮▮ K▮▮ wishes, he may write a letter to the school giving you, the parents, the right to continue to act on his behalf in these matters.

( ) I have been informed in writing of the rights that will transfer to me at age eighteen.

_____         _____
Student Signature                                          Date

( ) I/We have been informed in writing of the rights that will transfer to my/our child at age eighteen.

_____         _____
Parent Signature                                            Date

_____         _____
Parent Signature                                            Date

☐ **OPTION II**: At least three years before the student reaches age 18, a statement that the student and the parent(s) have been informed of the rights that will transfer to the student on reaching the age of majority unless the parents obtain guardianship. The district may inform the student and the parents by letter of the rights that will transfer. If a letter is used, complete the following:

☐ A▮▮ was informed in writing on of the rights that will transfer to him/her at age eighteen.

☐ Parent(s) were informed in writing on of the rights that will transfer at age eighteen.

## GOALS AND OBJECTIVES

### Academic/Functional Area: Math

**Annual Goal:** A███ will be able to fluently add and subtract within 100 using strategies based on place value, properties of operations, and/or the relationship between addition and subtraction.

**Grade Level:** 2nd Grade

| Benchmark or Short Term Objective | Criteria | Evaluation Procedure | Progress | | | |
|---|---|---|---|---|---|---|
| | | | MP1 | MP2 | MP3 | MP4 |
| A███ will be able to fluently add and subtract within 20 using strategies based on place value, properties of operations, and/or the relationship between addition and subtraction. | Mastery for this objective is 90% | Chapter Test/Book Test, Class Participation, Completed Classwork/Homework | | | | |
| A███ will be able to fluently add and subtract within 50 using strategies based on place value, properties of operations, and/or the relationship between addition and subtraction. | Mastery for this objective is 90% | Chapter Test/Book Test, Class Participation, Completed Classwork/Homework | | | | |

**Progress Key:** E-Exceeded, M-Met, NM-Not Met, A-Approached

**Comments:**

### Academic/Functional Area: Math

**Annual Goal:** Given a grade level text (read orally), A███ will be able to identify the main topic of a multi-paragraph text as well as the focus of specific paragraphs within the text (LA.RI.2.2 )

**Grade Level:** 2nd Grade

| Benchmark or Short Term Objective | Criteria | Evaluation Procedure | Progress | | | |
|---|---|---|---|---|---|---|
| | | | MP1 | MP2 | MP3 | MP4 |
| LA.RI.2.1 [Progress Indicator] - Ask and answer such questions as who, what, where, when, why, and how to demonstrate understanding of key details in a text. | Mastery for this objective is 90% | Class Participation, Classroom Observation, Completed Classwork/Homework, Individual Reading Inventory | | | | |
| LA.RL.2.7 [Progress Indicator] - Use information gained from the illustrations | Mastery for this | Class Participation, Classroom Observation, | | | | |

Name: K███, A███ A███

| | objective is 80% | Individual Reading Inventory | | | | |
|---|---|---|---|---|---|---|
| and words in a print or digital text to demonstrate understanding of its characters, setting, or plot. | | | | | | |

**Progress Key:** E-Exceeded, M-Met, NM-Not Met, A-Approached

**Comments:**

## Academic/Functional Area: Math

**Annual Goal:** With guidance and support A█████ will be able to write three paragraphs that focus on a topic and will be able to strengthen writing as needed through revising and editing.

**Grade Level:** 2nd Grade

| Benchmark or Short Term Objective | Criteria | Evaluation Procedure | Progress | | | |
|---|---|---|---|---|---|---|
| | | | MP1 | MP2 | MP3 | MP4 |
| With guidance and support A█████ will be able to write a paragraphs that focuses on a topic and will be able to strengthen writing as needed through revising and editing. | Mastery for this objective is 90% | Writing Sample | | | | |
| With guidance and support A█████ will be able to write two paragraphs that focus on a topic and will be able to strengthen writing as needed through revising and editing. | Mastery for this objective is 90% | Writing Sample | | | | |

**Progress Key:** E-Exceeded, M-Met, NM-Not Met, A-Approached

**Comments:**

## Academic/Functional Area: Speech

**Annual Goal:** By May 2021, during structured activities in the speech room, A█████ will improve her abilities to follow directions and categorize items according to the following criteria.

**Grade Level:** 1st Grade

| Benchmark or Short Term Objective | Criteria | Evaluation Procedure | Progress | | | |
|---|---|---|---|---|---|---|
| | | | MP1 | MP2 | MP3 | MP4 |
| A█████ will follow three-step directions. | Mastery for this objective is 80% | Therapy sessions | | | | |

| When shown pictures of common items or told the names of common items, and asked "An [item] is a type of _____, A▓▓ will state the category to which the item belongs. | Mastery for this objective is 80% | Therapy sessions | | | | |
|---|---|---|---|---|---|---|

**Progress Key:** E-Exceeded, M-Met, NM-Not Met, A-Approached

**Comments:**

## MODIFICATIONS AND SUPPLEMENTARY AIDS AND SERVICES IN THE GENERAL EDUCATION CLASSROOM

| General Classroom | |
| --- | --- |
| **Modifications** | **Supplementary Aids** |
| • Classroom: Allow student to take retest as needed<br>• Classroom: Allow student to verbalize before writing<br>• Classroom: Clearly define limits and expectations<br>• Classroom: Establish a structured daily routine<br>• Classroom: Provide breaks<br>• Classroom: Require independence<br>• Testing: Adding Time | |

**Additional Modifications/Supplementary Aids and Services and Notes:**

| Language Arts | |
| --- | --- |
| **Modifications** | **Supplementary Aids** |
| • Classroom: Allow student to take retest as needed<br>• Classroom: Allow student to verbalize before writing<br>• Classroom: Clearly define limits and expectations<br>• Classroom: Establish a structured daily routine<br>• Classroom: Provide breaks<br>• Classroom: Require independence<br>• Testing: Adding Time | |

**Additional Modifications/Supplementary Aids and Services and Notes:**

| Mathematics | |
| --- | --- |
| **Modifications** | **Supplementary Aids** |
| • Classroom: Allow student to take retest as needed | |

| | |
|---|---|
| • Classroom: Allow student to verbalize before writing<br>• Classroom: Clearly define limits and expectations<br>• Classroom: Establish a structured daily routine<br>• Classroom: Provide breaks<br>• Classroom: Require independence<br>• Testing: Adding Time | |

**Additional Modifications/Supplementary Aids and Services and Notes:**

## Attendance Policy

Absence from school jeopardizes the ability of a student to satisfactorily complete the prescribed course of study and violates statutes requiring children to regularly attend school (N.J.S.A 18A:38-25). We cannot succeed at our task of providing a thorough and efficient education unless students are present for all regularly scheduled classroom-learning activities. Recognizing that some absenses are unavoidable, for reasons such as illness and appointments that cannot be scheduled during non-school hours, a student may be absent for ten (10) days during a school year without jeopardizing credits earned.

### Curricular, Instructional, or Discipline Modifications needed to enable the student to progress in the general curriculum

### Supports For School Personnel

*State the supports for school personnel that will be provided for the student including, but not limited to, training, consultation, and access to research-based materials and resources.*

☑ Administration shall provide ongoing staff education - district wide in-service programs, workshops, staff meetings, disseminate relevant information.

☑ The Principal / Director will be available for consultation with Teacher(s), Parent(s), and Child Study Team when needed.

☑ Child Study Team members will be available to school personnel by way of consultation, staff development and other methods that the district deems appropriate.

☑ The Case Manager shall serve as a liaison to resources available to personnel implementing the student's IEP.

☑ The Learning Consultant shall be available for consultation with teachers regarding educational techniques, strategies and materials.

☑ The School Psychologist shall be available for consultation with school personnel regarding a student's social and emotional status.

☑ The School Social Worker shall be available for consultation with school personnel and to maintain contact with the home as requested by school personnel or parents.

☑ The Speech and Language Specialist will be available for consultation with school personnel and implementation of speech and language goals and objectives.

☑ The Occupational Therapist shall be available for consultation with school personnel and implementation of OT goals and objectives.

☑ The Physical Therapist shall be available for consultation with school personnel and implementation of PT goals and objectives.

☑ The Assistive Technology Specialist shall be available for consultation with school personnel regarding the use of assistive technology devices.

☑ The Guidance Counselor shall be available for consultation with school personnel.

☑ The Parent of the student shall be available to support school personnel by monitoring attendance and academic performance, meeting with teachers and CST, and participating in recommended programs and IEP development.

## Progress Reporting

*State how the parents will be regularly informed of their student's progress toward the annual goals.*

Progress Reports: Written reports quarterly and grade reporting website daily (Oncourse)

Report Cards: Written reports quarterly and grade reporting website daily (Oncourse)

CST Meetings: Written invitation from the CST annually

Parent teacher conference: District calendar and global messenger reminder.

Reevaluation: Writeen invitation from the CST triannually

Name: K███, A███ A███

## BEHAVIORAL INTERVENTIONS

*Consider behavioral needs. If behavior impedes the student's learning or the learning of others, the IEP team must consider, when appropriate, strategies, including positive behavioral interventions and supports to address that behavior. When needed, a behavior intervention plan must be included in the IEP.*

☑ Student does not evidence behavior that warrants a behavior intervention plan.

☐ Student's behavior warrants a behavior plan (please complete the following)

**Target Behavior:**
What is the current undesired behavior?

What is the expected target behavior? (This is a positive statement of the expected behavior)

**Prior Interventions:**
What prior interventions have been successful in decreasing the undesired behavior?

What interventions have been tried and have not been successful in decreasing the undesired behavior?

**Description of positive behavior supports:**
If student displays the target behavior:

If student does not display expected behavior (target behavior) the response by the teacher, school personnel, etc shall be:

**Procedures to evaluate the effectiveness of the interventions:**
What data will be collected? Who will collect the data? When and how will the data be collected?

**How will parent involvement/communication occur?**

Name: K███, A███ A███

**Other Positive Supports and Considerations:**

## PLACEMENT IN LEAST RESTRICTIVE ENVIRONMENT

### Rationale For Removal From General Education

*Decisions regarding placement are based on the individual needs of students and must begin with consideration of the general education setting. The purpose of this page is to document the discussions that have occurred with respect to accommodations, modifications, and supplementary aids and services in each academic or functional area that are necessary to educate the student in the general education setting.*

**1. Identify the supplementary aids and services that were considered and rejected. Explain why they are not appropriate to meet the student's needs in the general education class:**

**2. Document the comparison of the benefits provided in the general education class and the benefits provided in the special education class:**

**3. Document the potentially beneficial or harmful effects, which a placement in the general education class may have on the student with disabilities or the other students in the class:**

### Modifications In Extracurricular and NonAcademic Activities

*State the modifications that will be provided to enable the student to participate in extracurricular and nonacademic activities. Explain the extent, if any, to which the student will not participate with nondisabled peers in extracurricular activities and nonacademic activities. In addition, for students in an out-of-district placement, delineate how the student will participate with nondisabled peers in extracurricular and nonacademic activities, if necessary, returning the student to the district in order to facilitate such participation.*

### Placement Decision

*Document the placement decision according to the following categories:*
*\*NOTE: In accordance with federal data collection requirements, a student in an out-of-district segregated placement for 50% or more of the school day must be reported as being in that setting for the entire day, regardless of whether the student is in a general education setting for the remainder of the school day.*

80% or more in presence of regular education students

### Transition Planning For Students In Separate Settings

*For students in a separate setting (for all or part of a school day), set forth activities necessary to move the student to a less restrictive placement. A separate setting is defined as a building without general education students.*

### Special Education Determinations

*Document length of school day, if different from length of regular school day:*

## PARTICIPATION IN DISTRICT AND STATE ASSESSMENT PROGRAM

# No assessments to display

**NJSLA Personal Needs Profile**

## CRITERIA FOR EXTENDED SCHOOL YEAR (ESY)

*The IEP Team shall make an individual determination regarding the need for an extended school year program. An extended school year program provides for the extension of special education and related services beyond the regular school year. An extended school year program is provided in accordance with the student's IEP when an interruption in educational programming causes the student's performance to revert to a lowered level functioning and recoupment cannot be expected in a reasonable length of time. The IEP team shall consider all relevant factors in determining the need for an extended school year. The district board of education shall not limit extended school year services to a particular categories of disability or limit the type, amount, or duration of those services.*

**The following student progress data was considered while reviewing A▆▆▆'s need for Extended School Year Services:**

| | |
|---|---|
| ☑ Student Contact | ☑ Quarterly Progress Report |
| ☑ Parent Contact | ☑ Related Services Contact |
| ☑ Teacher Contact | ☑ Standardized Testing Results |
| ☑ Report Cards | ☑ Most Recent Evaluations |
| ☑ Attendance | ☑ CST File Review |
| ☐ Discipline | ☑ Previous IEP |
| ☐ Functional Behavioral Assessment(s) | ☑ Student Observation |
| Other: | |

| Criteria | Yes | No |
|---|---|---|
| 1. Given that all children experience some regression during the summer, will A▆▆▆'s recoupment of skills require a significantly longer period of time than a typically developing peer? | ☐ | ☑ |
| 2. Is A▆▆ able to complete IEP objectives without receiving extended school year? | ☑ | ☐ |
| 3. Has A▆▆ continued to progress academically from year to year despite the lack of summer school programming? | ☑ | ☐ |
| 4. Does A▆▆ routinely display a significant loss of critical skills following interruptions (e.g., after school vacations) in instruction during the school year? | ☐ | ☑ |
| 5. At the start of the school year, was the teacher able to begin instruction in critical skills areas at the level indicated in the IEP? | ☑ | ☐ |
| 6. At the start of the school year, was the teacher able to begin instruction in the IEP without extended school year programming? | ☑ | ☐ |

**Extended School Year:** The IEP team has considered and discussed the ESY services and determined that an Extended School Year Program is not warranted.

If the student requires an ESY program, describe the ESY program:

## NOTICE REQUIREMENTS FOR THE IEP AND PLACEMENT

*This form describes the information required in each of the components of written notice for an IEP meeting. The written notice includes the IEP as a description of the proposed action and a description of the procedures and factors used in determining the proposed action.*

**Describe the proposed action and explain why the district has taken such action:**

The attached IEP describes the proposed program and placement and was developed:

☐ as a result of an initial evaluation and determination of eligibility.

☐ as a result of an annual review.

☐ as a result of a reevaluation.

☐ in response to a parental request.

☐ to propose a change in placement.

☐ to review the behavioral intervention plan.

☐ Other:

**Describe any options considered and the reasons those options were rejected:**

All options that were discussed and considered were agreed upon.

**Describe the procedures, tests, records or reports and factors used in determining the proposed action:**

☑ CST Reports
☑ Specialist Reports
☑ Teacher Evaluations / Conferences
☑ Student Interview
☑ Classroom Observation
☑ Review of cumulative records
☑ Standardized test results
☑ Parent Input

**If applicable, describe any other factors that are relevant to the proposed action:**

There are no other relevant factors as all areas of need have been discussed and are delineated within the context of this IEP.

**Parental Requests if any, list here:**

## PROCEDURAL SAFEGUARDS STATEMENT

As the parent of a student who is or may be eligible for special education services or as an adult student who is or may be eligible for special education services, you have rights regarding identification, evaluation, classification, the development of an IEP, placement and the provision of a free, appropriate public education under the New Jersey Administrative Code for Special Education, N.J.A.C. 6A:14. A description of these rights, which are called procedural safeguards, is contained in the document, Parental Rights in Special Education (PRISE). This document is published by the New Jersey Department of Education.

A copy of PRISE is provided to you upon referral for an initial evaluation, when a disciplinary action that constitutes a change in placement is imposed by your school district, and the first time a due process hearing or complaint investigation is requested. In addition, a copy will be provided to you at your request.

**To obtain a copy of PRISE, please contact:**

| | |
|---|---|
| Tameka Matthews<br>Director of Special Education | 856-614-5080 |
| Tameka Matthews<br>Director of Special Education | 856-614-5080 |
| Statewide Parent Advocacy Network (SPAN)<br>Protection and Advocacy, Inc. | (800)654-7726<br>(800)922-7233 |
| Dr. Catherine Thomas<br>County CST Supervisor | 856-401-2400 |

**CONSENT FOR IEP IMPLEMENTATION**

**To assure that parents understand the notice options for an IEP review, the school district must choose the appropriate statement regarding notice and include it as part of the IEP.**

IEP REVIEW OPTION1: CONSENT FOR INITIAL IEP IMPLEMENTATION:
Your signature is required to give consent before the proposed IEP services start.
I/We have received a copy of the proposed IEP and give consent for the IEP services to start.

_____

**Signature** **Date**

☐ **IEP REVIEW OPTION #2: This form is used when the proposed IEP is intended to be implemented before the 15-day notice period has expired. The parent's signature is required to document agreement to start the services sooner.**

You have the right to consider the proposed IEP for up to 15 calendar days. To have the IEP services start before the 15 days expire, you must sign below.

If you disagree with the IEP and you do not inform the district in writing of your disagreement, the IEP will be implemented without your signature after the 15 days have expired.

I, we have received a copy of the proposed IEP and agree to have the IEP services start before the 15 calendar days have expired.

_____     _____
Signature                          Date

_____     _____
Signature                          Date

☐ **IEP REVIEW OPTION #3: This form is used when the proposed IEP is intended to be implemented after the 15 days have expired.**

You have the right to consider the proposed IEP for up to 15 calendar days.

Your signature is not required to implement a proposed IEP, after the 15 calendar days have expired.

If you disagree with the IEP and you do not request mediation or a due process hearing from the New Jersey Department of Education, Office of Special Education Programs, the IEP will be implemented without your signature after the 15 days have expired.

## IMPLEMENTATION RESPONSIBILITIES

**Director of Special Education**

- Be responsible for implementation of the IEP
- Assure that relevant school personnel are informed of its contents

**General Classroom Teacher(s)**

- Develop an educational program that follows the annual goals and specific objectives as delineated in the IEP
- Instruct and measure the progress in mainstream subjects
- Implement IEP
- Make reasonable modifications to meet A███'s needs as necessary and per the IEP
- Confer with A███ and / or the parents as needs arise
- Communicate / collaborate with special education teacher, parent, administrator, guidance and /or the case manager

**Special Education Teacher(s)**

- Develop an educational program that follows the annual goals and specific objectives as delineated in the IEP
- Instruct and measure progress in special education
- Develop and implement an individualized educational program for A███
- Keep appropriate records and initiate changes in instruction as needed
- Communicate regularly with special area and / or regular class teachers, parents, the Child Study team, and administration regarding A███'s progress
- Consult with general education classroom teachers (modifications/adaptations)

**Case Manager**

- Oversee A███'s program planning and will facilitate program implementation
- Conduct an Annual Review of A███'s educational program and classification
- Work with teacher(s) and parent(s) / guardian(s) to develop, review and revise the IEP as needed

**Child Study Team**

- Serve as case manager
- Participate in three year reevaluation
- Serve as consultant to general and special education staff
- Learning consultant will be available for consultation with teachers regarding specific objectives, educational techniques and materials
- School psychologist will be available for consultation relative to individual social and emotional needs
- School Social worker will be responsible for maintaining contact with the home as requested by school personnel or parent / guardian

**Speech and Language Specialist**

- Measure progress in speech/language
- Provide speech/language therapy as mandated by IEP

• Provide consultation in speech and language therapy

**School Administrator**

• Supervise teachers in their implementation of IEP

**School Nurse**

• Monitor health needs

**Parent / Guardian**

• Follow through with the suggestions provided
• Collaborate with school personnel in matters involving the student's education program



## SEMI Medicaid Annual Notification Regarding Parental Consent
## Special Education Department

**Background:** The state of New Jersey has participated in a Federal program, Special Education Medicaid Initiative (SEMI), since 1994. The program assists school districts by providing partial reimbursement for medically-related services listed on a student's Individualized Educational Program (IEP).

The SEMI program is under the auspices of the New Jersey Department of the Treasury through its collaboration with the New Jersey Department of Education and New Jersey Division of Medicaid Assistance and Health Services.

In 2013, the regulations regarding Medicaid parental consent for school-based services changed. Now the regulations require that, prior to accessing a child's public benefits or insurance for the first time, and annually thereafter, school districts must provide parents/guardians written notification and obtain a one-time parental consent.

### Is there a cost to you?

No. IEP services are provided to students while at school at no cost to the parent/guardian.

### Will SEMI claiming impact your family's Medicaid benefits?

The SEMI program does not impact a family's Medicaid services, funds, or coverage limits. New Jersey operates the school-based services program differently than the family's Medicaid program. The SEMI program does not affect your family's Medicaid benefits in any way.

### What type of services does the School-Based Services program cover?

- Evaluations
- Speech Therapy
- Occupational Therapy
- Physical Therapy

- Psychological Counseling
- Audiology
- Nursing
- Specialized Transportation

### What type of information about your child will be shared?

In order to submit claims for SEMI reimbursement, the following types of records may be required: first name, last name, middle name, address, date of birth, student 1D, Medicaid ID, disability, service dates and the type of services delivered.

### Who will see this information?

Information about your child's special education program may be shared with the New Jersey Division of Medicaid Assistance and Health Services and its affiliates, including the Department of the Treasury and the Department of Education for the purpose of verifying Medicaid eligibility and submitting claims.

### What if you change your mind?

You have the right to withdraw consent to allow for Medicaid billing at any time by contacting the school in which your child is enrolled.

### Will your consent or refusal to consent affect your child's services?

No. Your school district is still required to provide services to your child pursuant to his or her IEP, regardless of your Medicaid eligibility status or your willingness to consent for SEMI billing.

### What if you have questions?

Please call Tameka Matthews or email (tmatthews@leap.rutgers.edu) with questions or concerns, or to obtain a copy of a parental consent form.

Method of Delivery:  ☐ Mailed to Parent(s) ☐ Emailed to parent(s) ☐ IEP meeting ☐ Hand Delivered

## Parental Consent Form

Our school district is participating in the Special Education Medicaid Initiative (SEMI) program that allows school districts to bill Medicaid for services that are provided to students.

In accordance with the Family Educational Rights and Privacy Act, 34 CFR 99.30 and Section 617 of the IDEA Part B, consent requirements In 34 CFR 300,622 require a one-time consent before accessing public benefits.

This consent establishes that your child's personally identifiable information, such as student records or information about services provided to your child including evaluation, and services as specified in my child's Individualized Education Program (°EP) (occupational therapy, physical therapy; speech therapy, psychological counseling, audiology, nursing and specialized transportation) may be disclosed to Medicaid and the Department of Treasury for the purpose of receiving Medicaid reimbursement at the school district.

As parent/guardian of the child named below, I give permission to disclose information as described above I understand and agree that Medicaid may access my child's or my public benefits or insurance to pay for special education or related services under Part 300 (services under the IDEA). This consent can be revoked at any time by contacting the administrator at your child's school.

#### Complete the form below and return to:

Tameka Matthews—LEAP Academy University Charter School-549 Cooper Street, Camden NJ 08102

Child's Name:

Child's date of birth:

Parent/Guardian:

Date:

I give consent to bill for SEMI:    YES ☐    NO ☐

Name: K█████, A█████ A█████

Method of Delivery:  ☐ Mailed to Parent(s) ☐ Emailed to parent(s) ☐ IEP meeting ☐ Hand Delivered

.

.

Name: K▇▇, A▇▇ A▇▇

# EXHIBIT 18

9/8/2020            Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student Identification Number | | SSID | | **Eligible (AUT)** |
|---|---|---|---|---|

| Student | A | C | S | | | Date of Birth | 2011 |
|---|---|---|---|---|---|---|---|
| | Last | First | MI | | | | |

**Section A  Meeting Information**

| **Pertinent Dates** | | | | **Type of Meeting** | |
|---|---|---|---|---|---|

| Date of Initial IEP Team Meeting | 19-AUG-2014 | ◯ Initial | ◯ Amendment of IEP dated |
|---|---|---|---|
| Date of Present Meeting | 08-SEP-2020 | | |
| Annual Review to be conducted by | 08-SEP-2021 | ◉ Annual Review | ◯ Early Start Transition |
| Next Three Year Review will be conducted by | 17-MAR-2022 | ◯ Three Year Review | ◯ Expulsion Analysis |
| | | ◯ Other | ◯ Individual Transition Plan |
| Three Year Review or Evaluation was conducted on | 18 MAR 2019 | | |
| Transition to Kindergarten to be conducted by | | | |

| Location of Meeting | Pomelo Community Charter | District Name | Los Angeles Unified School Dis |
|---|---|---|---|

**Section B: Student Information**

| Date of Birth | -2011 | Age | 9 | Grade | 4 |
|---|---|---|---|---|---|
| Gender | ◉ Male ◯ Female | Limited English Proficient Student | ◯ Yes ◉ No | Ethnic Code | Unknown |
| Location of the Psych Folder | SUPPORT UNIT NOF | Student has no Psych Folder | ☐ | | |
| Location of the Cum Folder | POMELO COMMUN | Student has no Cum Folder | ☐ | | |
| Home Language | English | Student Language | English | Alternate Mode of Communication | |
| Home Address of Student | | | | | |
| City | WEST HILLS  CA | ZIP Code | 91307 | | |
| Home Telephone | | Daytime Telephone | | Emergency Telephone | |
| School of Attendance | Pomelo Community C | Location Code | 6140 | | |
| School of Residence | Pomelo Community C | Location Code | 6140 | | |
| Name of Parent/Guardian | A | Telephone | | | |
| Address | SAME | | | | |
| City | CA | ZIP Code | | | |
| Surrogate Parent | | Telephone | | | |

| Attends **CURRENT SCHOOL** as a result of one of the following | Attends School of Residence ∨ | Pomelo Community Charter |
|---|---|---|

| Is the student living in a Family Foster Home (FFH)? | ◉ No ◯ Yes | FFH# | |
|---|---|---|---|
| Is FFH Provider related to student? | ◉ No ◯ Yes | Relationship | |
| Licensed Children's Institution | ◉ No ◯ Yes | LCI Name | |
| | | LCI# | |

| Out of the home placement made by | ◯ Regional Center | ◯ Department of Mental Health | ◯ Department of Children's Services |
|---|---|---|---|
| | ◯ Superior Court | ◯ Other | |
| Child's family living within LAUSD's boundaries? | ◯ No ◯ Yes | | |

If the student is 18 years old or older or is an emancipated minor, does he/she have educational decision-making rights?     ◯ No ◯ Yes

Exhibit 18: Page 1 of 31

Page 2 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student   A⬛⬛⬛⬛   C⬛⬛   S          Date of Birth ⬛⬛-2011
          Last        First        MI

**Section C: Language Acquisition**

| | | |
|---|---|---|
| Language Classification: | English Only | Start Date: 27 FEB 2014 |
| Withdrawal by Parent Request | ○ Yes ○ No | Reclassification Date |
| ELPAC Performance Level and Performance Descriptor: | ✓ | Test Date: |
| Alternate ELPAC Performance Level and Performance Descriptor (VCCALPS) | ✓ | Test Date |

**Section D: Goal Achievement from Current IEP**

| Goal for: (example - Reading) | | | Achieved Yes | No | If No, explain the reason the goal/objective was not achieved |
|---|---|---|---|---|---|
| 1 | Reading | | ○ | ◉ | Requires more prompts |
| Category | Reading | ✓ | | | |
| | Objective 1 met | | ◉ | ○ | |
| | Objective 2 met | | ◉ | ○ | |
| 2 | Math | | ○ | ◉ | Requires additional reteaching and support |
| Category | Math | ✓ | | | |
| | Objective 1 met | | ○ | ◉ | Requires additional reteaching and support |
| | Objective 2 met | | ○ | ◉ | Requires additonal reteaching and support |
| 3 | Math | | ○ | ◉ | Requires additional reteaching and support |
| Category | Math | ✓ | | | |
| | Objective 1 met | | ◉ | ○ | |
| | Objective 2 met | | ○ | ◉ | Requires additional reteaching and support |
| 4 | Writing | | ○ | ◉ | Requires additional reteaching and support |
| Category | Writing | ✓ | | | |
| | Objective 1 met | | ◉ | ○ | |
| | Objective 2 met | | ◉ | ○ | |
| 5 | Sensorimotor | | ○ | ◉ | Continues to require more than min prompts for seq |
| Category | Sensorimotor | ✓ | | | |
| | Objective 1 met | | ○ | ◉ | |
| | Objective 2 met | | ○ | ◉ | |
| 6 | Language | | ○ | ◉ | Continues to require additional prompts |
| Category | Language – Expressive | ✓ | | | |
| | Objective 1 met | | ◉ | ○ | |
| | Objective 2 met | | ○ | ◉ | Needs more time |
| 7 | object control | | ○ | ◉ | Needs more time |
| Category | Object Control Skills | ✓ | | | |
| | Objective 1 met | | ○ | ◉ | Needs more time |
| | Objective 2 met | | ○ | ◉ | Needs more time |
| 8 | | | ○ | ○ | |
| Category | | ✓ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 9 | | | ○ | ○ | |
| Category | | ✓ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 10 | | | ○ | ○ | |
| ategor | | ✓ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |

Exhibit 18: Page 2 of 31

9/8/2020                                    Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

Student  A████    C█████    S          Date of Birth ████ 2011    Meeting Date  08-SEP-2020
         Last     First     MI
                             **Section E: Present Level of Performance**

Performance Area:            sensorimotor

Category:                                      ⌄

Assessment/Monitoring Process    clinical obs, interview, record review
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

The following information was obtained from student file review and parent/teacher interview:

Strengths: C██ is able to execute a familiar 1-2-step fine and gross motor activity using materials functionally with minimal prompts.

Needs: C██ continues to present with relative weakness in the area of Visual Motor and Motor Planning/Praxis skills as it relates to sequencing multiple step activities. Parent reports that C██ has the physical ability to carry out a 3 step task (ex. write name, color then cut), however due to limited attention and distractibility he needs greater than min prompts. Additionally, he benefits from a visual model for sequencing to assist in retaining information/request.

Impact: C██ has an eligibility of Autism and difficulty in the area sequencing, which impacts his ability to access the general education curriculum.

Hava Alloun
School Occupational Therapist
LAUSD

Performance Area

Category:                                      ⌄

Assessment/Monitoring Process
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Page 4 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  A▮▮▮▮  C▮▮▮▮        S             Date of Birth ▮▮ 2011        Meeting Date 08-SEP-2020
      Last        First         MI

**Section E: Present Level of Performance**

| | |
|---|---|
| Performance Area: | Reading |
| Category: | ⌄ |
| Assessment/Monitoring Process Used: | Observation, Record Review and Teacher Information |
| State/District Assessment Results: | 2019/2020  DIBELS  MOY   Well Below Benchmark |

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths
C▮▮ displays the ability to decode basic CVC words and words that follow the rules of phonics.
C▮▮ displays the ability to apply previously learned decoding strategies to assist with decoding unfamiliar words.
After preview of text , C▮▮ will attempt to read a passage orally. With support, visuals and prompts he demonstrates the ability to recall the setting and main details.

Needs/Challenges
C▮▮ requires additional support to decode unfamiliar and multi syllabic words. He requires review of decoding digraphs and words with silent letters. C▮▮ requires review of suffixes when decoding and vocabulary development to assist with comprehension. Preview/review of story/text is required to assist with C▮▮ answering text dependent comprehension questions.

Impact of Needs/Challenges
C▮▮'s Autism impairs his decoding and comprehension which impacts his progress and participation in the General Education program.

| | |
|---|---|
| Performance Area: | Writing |
| Category: | ⌄ |
| Assessment/Monitoring Process Used: | Observation, Record Review and Teacher Information |
| State/District Assessment Results: | N/A |

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths
C▮▮ displays the ability to copy from the board and from paper to paper. He displays the ability to formulate and write a basic sentence with correct beginning and ending punctuation. With adult support and after a teacher led pre-writing activity, C▮▮ displays the ability to generate ideas on a topic of interest. With support he displays the ability to write 2-3 sentences on a topic of interest.

Needs/Challenges
C▮▮ requires support to formulate and organize ideas to write a basic 3-4 sentence paragraph. He needs prompts to check for spelling and punctuation. C▮▮ requires the use of a word book to assist with spelling and to refer to when formulating sentences. He requires guidance to add details when writing sentences and beginning paragraphs.

Impact of Needs/Challenges
C▮▮'s Autism impairs his formulating sentences/paragraphs which impacts his progress and participation in the General Education program.

Page 5 of 23

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student A⬛ | C⬛ | S | Date of Birth ⬛-2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

### Section E: Present Level of Performance

Performance Area:                      Math

Category:                                 ⌄

Assessment/Monitoring Process            Observation, Record Review and Teacher Information
Used:

State/District Assessment Results:       N/A

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths
C⬛ demonstrates knowledge of place value to the hundreds. He displays the ability to add/subtract and he has knowledge of beginning multiplication with
the use of tallies, skip counting and number charts. He displays knowledge of calendar, time, colors and basic shapes.
With support , guidance and scaffolding C⬛ displays beginning math skills of addition/subtraction/beginning multiplication/greater & less than and
one more.

Needs/Challenges
C⬛ requires manipulatives and support for adding/subtracting with regrouping.
He needs visuals, manipulatives and support while learning additional multiplication facts.
C⬛ requires support in analyzing and solving a one step word problem.

Impact of Needs/Challenges
C⬛ 's Autism impairs his computation skills which impact his progress and participation in the General Education Classroom.

Performance Area:                      Vocational Education

Category:                                 ⌄

Assessment/Monitoring Process            Observation, Record Review and Teacher Reports
Used:

State/District Assessment Results:       N/A

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths
C⬛ is a social and kind young man. He enjoys sharing experiences with his peers and adults. C⬛ enjoys learning , especially when
it is on a preferred topic. When he is interested on a topic he will participate in discussions and ask questions.
When focused C⬛ displays the ability to follow 2 step directions and complete tasks with minimal prompts.
He enjoys playing with his classmates and creating structures.

Needs/Challenges
C⬛ requires prompts to stay on task to completion of task. He needs review of previously learned concepts to reinforce
his knowledge. He requires scaffolding and visuals to assist with structuring tasks and activities.
C⬛ is a kind boy and displays difficulty reading peers social cues. He benefits from reviewing rules and self-advocacy skills.

Impact of Needs/Challenges
C⬛ 's Autism impairs his focus and social skills which impact his progress and participation in the General Education Classroom.

Exhibit 18: Page 5 of 31

9/8/2020                                        Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  A           C           S                    Date of Birth        -2011        Meeting Date 08-SEP-2020
         **Last**          **First**           **MI**

**Section E: Present Level of Performance**

Performance Area:                    Language - Expressive

Category:                                                ⌄

Assessment/Monitoring Process          observation, informal, parent interview
Used:

State/District Assessment Results:     n/a

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

C    is a 9;2 year old boy currently attending a special day class for specific learning disabilities at Pomelo Community Charter School as a fourth grade student. C    qualifies for special education services under the eligibility of autism. He currently receives 240 minutes of LAS services monthly targeting language.

Strengths: C    responds well to verbal prompts. He has made some progress on last year's language goal. C    is able to compare/contrast items in sentences with appropriate grammatical structures during a structured language task with 71% accuracy given 3 prompts. C    is able to define/describe words and compare/contrast with no more than 2 prompts with 50% accuracy.

Needs: C    demonstrates difficulty with temporal concepts and linguistic organization. For instance, C    has difficulty responding to a 'when' question with a time. C    requires support to connect two ideas into an organized sentence, particularly for abstract concepts. He is currently able to make inferences about a video, picture, or event with 25% accuracy and requires maximal assistance to explain his reasoning.

Impact: C    's speech and language impairment, secondary to his eligibility of autism, impacts his ability to progress and participate in the classroom curriculum.

Komal Sidhu, M.A., CCC-SLP
Speech-Language Pathologist

Performance Area:

Category:                                                ⌄

Assessment/Monitoring Process
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

9/8/2020                                                    Individualized Education Program (IEP)

Page 7 of 23

INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

Student   A☐☐        C☐☐            S            Date of Birth ☐☐ 2011        Meeting Date 08-SEP-2020
          Last        First           MI
                                      **Section E: Present Level of Performance**

Performance Area:                 Object Control

Category:                                            ∨

Assessment/Monitoring Process     Teacher Observation
Used:

State/District Assessment Results:    n/a

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths: C☐ is able to imitate 8 out of the 15 body postures properly. He is able to stand on his left foot for 7 seconds and his right foot for 15 seconds with his eyes open. His throwing quality exhibited 1 out 4 criteria (hand consistency, cross extension, follow through, and weight). C☐ was able to throw with enough force while using an immature throwing pattern . He was able to throw a small beanbag and hit a target from 7 feet 1 out 5 times. While catching, C☐ can catch a ball tossed from 10 feet away 2 out 5 times with appropriate eye contact. While kicking, C☐ successfully kicked an 8' playground ball in an intended direction and was able to kick a rolled ball from 10-15 feet away displaying good balance in the attempt. Provided with demonstration C☐ is able to run, jump, and gallop.

Area of Need: C☐'s most area of need is in the area of object control.

Impact of student's disability on academic and overall performance: C☐ needs to improve in the area of object control. This impact his ability to successfully participate with her peers within the general physical education curriculum.

Performance Area:

Category:                                            ∨

Assessment/Monitoring Process
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Exhibit 18: Page 7 of 31

Page 8 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  A███████  C███████      S      MI          Date of Birth ███ 2011      Meeting Date 08-SEP-2020
          Last          First        MI

**Section F: Eligibility**

If applicable, areas discussed related to disability or suspected disability:
N/A

For Initial IEP, interventions attempted prior to determining eligibility:
N/A

Eligible as a student with the disability of:
Code:         AUT                Autism

⦿ Not Applicable,      ◯ Blind or           ◯ Partially Sighted

Additional Low Incidence Eligibility (only for VI, DBL, DEA, HOH, or severe OI):
Code:

⦿ Not Applicable,      ◯ Blind or           ◯ Partially Sighted

◯ Does not meet eligibility criteria for Special Education Services (Initial IEP).
or
◯ No Longer Eligible for Special Education Services (Review IEP).
No Longer Eligible (Effective
Date):

☐ This is a Final IEP, the student remains eligible for Special Education Services until the Effective Date below.
Final IEP Reason:                                        Final IEP Effective Date:

The IEP Team has considered and agrees that the educational needs of the student are not primarily due to:

☒ Social Maladjustment          ☒ Temporary Physical Disability        ☒ Lack of instruction in reading
☒ Lack of instruction in math   ☒ Limited English Proficiency          ☒ Environmental, Cultural or Economic Factors

Exhibit 18: Page 8 of 31

9/8/2020                                    Individualized Education Program (IEP)

Page 9 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student  A███ | C███ | S | Date of Birth ███-2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

**Section G: Annual Goals and Objectives**

| Performance Area: | SensoriMotor | Category: | Sensorimotor ⌄ | Annual Goal #: | 1 |
|---|---|---|---|---|---|

C███ will complete a 3-step, visual motor activity from model, with functional use of classroom material, 4/5 trials, with minimal prompting, utilizing visual strategies as needed.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

**Methods of Evaluation**

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☐ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☑ Work Samples | ☑ Informal |
| ☑ Other | | | |

**Incremental objective #1 related to the goal:**
C███ will complete a 3-step, visual motor activity from model, with functional use of classroom material, 2/5 trials, with moderate prompting, utilizing visual strategies as needed.

**Incremental objective #2 related to the goal:**
C███ will complete a 3-step, visual motor activity from a model, with functional use of classroom material, 3/5 trials, with moderate prompting, utilizing visual strategies as needed.

| Date to be achieved: | January ⌄ | 2021 | ⌄ | MO/YR | Date to be achieved: | May | ⌄ | 2021 | ⌄ | MO/YR |
|---|---|---|---|---|---|---|---|---|---|---|

**IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP**

**EXPLANATION OF MARKS**

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| 1st Reporting Period | 2nd Reporting Period | 3rd Reporting Period | 4th Reporting Period (Secondary Only) | Goal Achievement |
|---|---|---|---|---|
| Date: | Date: | Date: | Date: | |
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Objective 2 Met: ○ Yes ○ No |
| ○ Yes ○ No | ○ Yes ○ No | ○ Yes ○ No | ○ Yes ○ No | If "No" please explain: |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | |
| ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 18: Page 9 of 31

9/8/2020                                    Individualized Education Program (IEP)

Page 10 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student | A_____ | C_____ | S | Date of Birth _____-2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|---|
| | Last | First | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area:    Reading         Category:                          ⌄        Annual Goal #:    2

After review of key vocabulary and basic rules of phonics  and with support, C_____ will give 2-3 details and examples from a literary/informational text at a literal level  as measured  in 3/5  trials with 75% accuracy.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

**Methods of Evaluation**

☐ State Assessments        ☐ Norm Referenced           ☐ Criterion Referenced        ☑ Curriculum Based
☑ Observation              ☐ Portfolio                 ☑ Work Samples                ☑ Informal
☐ Other

| **Incremental objective #1 related to the goal:** | **Incremental objective #2 related to the goal:** |
|---|---|
| After review of key vocabulary and basic rules of phonics  and with support, C_____ will give 1-2 details and examples from a literary/informational  text at a literal level  as measured  in 3/5  trials with 75% accuracy. | After review of key vocabulary and basic rules of phonics  and with support, C_____ will give 2-3 details and examples from a literary/informational  text at a literal level  as measured  in 3/5  trials with 70% accuracy. |

| Date to be achieved: | Decemb ⌄ | 2020 | ⌄ | MO/YR | Date to be achieved: | April | ⌄ | 2021 | ⌄ | MO/YR |
|---|---|---|---|---|---|---|---|---|---|---|

**IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP**

**EXPLANATION OF MARKS**

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| **1st Reporting Period** | **2nd Reporting Period** | **3rd Reporting Period** | **4th Reporting Period** (Secondary Only) | **Goal Achievement** |
|---|---|---|---|---|
| Date: | Date: | Date: | Date: | |
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Objective 2 Met: ○ Yes ○ No  If "No" please explain: |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

9/8/2020                                        Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student   A_____ | C_____ | S | Date of Birth ____-2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area:   Writing        Category:            ⌄        Annual Goal #:    3

With support and after a teacher led pre-writing activity C___ will formulate and organize his ideas to produce a basic paragraph of 3-5 sentences in length with correct beginning and ending punctuation, with 75% acc. 4/5 times.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

☐ State Assessments          ☐ Norm Referenced          ☐ Criterion Referenced          ☑ Curriculum Based
☑ Observation                ☐ Portfolio                ☑ Work Samples                  ☑ Informal
☐ Other

**Incremental objective #1 related to the goal:**
With support and after a teacher led pre-writing activity C___ will formulate and organize his ideas to produce a basic paragraph of 3 sentences in length with correct beginning and ending punctuation, with 75% acc, 4/5 times.

**Incremental objective #2 related to the goal:**
With support and after a teacher led pre-writing activity C___ will formulate and organize his ideas to produce a basic paragraph of 3-5 sentences in length with correct beginning and ending punctuation, with 70% acc. 4/5 times.

| Date to be achieved: | Decemb ⌄ | 2020 | ⌄ | MO/YR | Date to be achieved: | April | ⌄ | 2021 | ⌄ | MO/YR |
|---|---|---|---|---|---|---|---|---|---|---|

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | | *1 NO PROGRESS* |
|---|---|---|---|---|
| **1st Reporting Period** Date: | **2nd Reporting Period** Date: | **3rd Reporting Period** Date: | **4th Reporting Period** (Secondary Only) Date: | **Goal Achievement** |
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ◯ Yes ◯ No |
| Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Objective 2 Met: ◯ Yes ◯ No If "No" please explain: |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 18: Page 11 of 31

9/8/2020                                    Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student  A███████ | C██████ | S | Date of Birth ███ 2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| **Last** | **First** | **MI** | | |

### Section G: Annual Goals and Objectives

Performance Area:   Math                    Category:                            ⌄        Annual Goal #:      4

After review of math skill taught and with the use of manipulatives, number charts and drawings, C███ will solve a one step word problem with addition/subtraction with regrouping to the hundreds and basic multiplication facts with 75% acc, 4/5 times.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☑ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☑ Work Samples | ☑ Informal |
| ☐ Other | | | |

**Incremental objective #1 related to the goal:**
After review of math skill taught and with the use of manipulatives, number charts and drawings, C███ will solve a one step word problem with addition/subtraction with regrouping to the tens and basic multiplication facts with 75% acc, 4/5 times.

**Incremental objective #2 related to the goal:**
After review of math skill taught and with the use of manipulatives, number charts and drawings, C███ will solve a one step word problem with addition/subtraction with regrouping to the hundreds and basic multiplication facts with 70% acc, 4/5 times.

| Date to be achieved:   Decemb ⌄  2020  ⌄  MO/YR | Date to be achieved:   April  ⌄  2021  ⌄  MO/YR |
|---|---|

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ◯ Yes ◯ No |
| Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Is progress sufficient to meet annual goal? ◯ Yes ◯ No | Objective 2 Met: ◯ Yes ◯ No |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please explain: |
| ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 18: Page 12 of 31

9/8/2020 Individualized Education Program (IEP)

Page 13 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student A | C | S | Date of Birth 2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area: Vocational Education    Category:    ▽    Annual Goal #: 5

With no more than 3 prompts per 30 minute lesson/activity, C   will stay on task with a non-preferred task, to completion of task 75% of the time.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

**Methods of Evaluation**

☐ State Assessments    ☐ Norm Referenced    ☐ Criterion Referenced    ☐ Curriculum Based
☑ Observation    ☐ Portfolio    ☐ Work Samples    ☑ Informal
☐ Other

**Incremental objective #1 related to the goal:**
With no more than 6 prompts per 30 minute lesson/activity, C  will stay on task will stay on task with a non-preferred task, to completion of task 75% of the time.

**Incremental objective #2 related to the goal:**
With no more than 3 prompts per 30 minute lesson/activity, C  will stay on task will stay on task with a non-preferred task,to completion of task 70% of the time.

Date to be achieved: Decemb ▽ 2020 ▽ MO/YR    Date to be achieved: April ▽ 2021 ▽ MO/YR

**IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP**

**EXPLANATION OF MARKS**

*4 GOAL MET OR EXCEEDED*    *3 SUBSTANTIAL PROGRESS (50-99% of goal met)*    *2 PARTIAL PROGRESS (1-49% of goal met)*    *1 NO PROGRESS*

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ◯ Yes ◯ No |
| Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Objective 2 Met: ◯ Yes ◯ No |
| ◯ Yes ◯ No | ◯ Yes ◯ No | ◯ Yes ◯ No | ◯ Yes ◯ No | If "No" please explain: |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | |
| ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 18: Page 13 of 31

Page 14 of 23

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student A | C | S | Date of Birth ▮-2011 | Meeting Date 03-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area:     Language -Expressive     Category:                  ∨     Annual Goal #:     6

C▮ will make inferences about a picture, story, or experience and express his reasoning with 80% accuracy given moderate prompts as measured by SLP records.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☐ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☐ Work Samples | ☑ Informal |
| ☐ Other | | | |

**Incremental objective #1 related to the goal:**
C▮ will make inferences about a picture, story or experience and express his reasoning with 40% accuracy given moderate to maximal prompts as measured by SLP records.

**Incremental objective #2 related to the goal:**
C▮ will make inferences about a picture, story, or experience and express his reasoning with 60% accuracy given moderate prompts as measured by SLP records.

| Date to be achieved: | January ∨ | 2021 | ∨ | MO/YR | Date to be achieved: | May | ∨ | 2021 | ∨ | MO/YR |
|---|---|---|---|---|---|---|---|---|---|---|

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Objective 2 Met: ○ Yes ○ No |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please explain: |

Exhibit 18: Page 14 of 31

9/8/2020                                    Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student  A | C | S | Date of Birth      -2011 | Meeting Date 08-SEP-2020 |
|---|---|---|---|---|
| **Last** | **First** | **MI** | | |

**Section G: Annual Goals and Objectives**

| Performance Area: | Object Control | Category: | ⌄ | Annual Goal #: | 7 |
|---|---|---|---|---|---|

will catch a 8' playground ball tossed from 15' away with his hands 3x4 trials with 75% accuracy.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

**Methods of Evaluation**

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☐ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☐ Work Samples | ☑ Informal |
| ☐ Other | | | |

**Incremental objective #1 related to the goal:**
will catch a 8' playground ball tossed from 5' away with his hands 3x4 trials with 75% accuracy.

**Incremental objective #2 related to the goal:**
will catch a 8' playground ball tossed from 10' away with his hands 3x4 trials with 75% accuracy.

| Date to be achieved: | January ⌄ | 2020 | ⌄ | MO/YR | Date to be achieved: | May | ⌄ | 2020 | ⌄ | MO/YR |
|---|---|---|---|---|---|---|---|---|---|---|

**IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP**

**EXPLANATION OF MARKS**

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| 1st Reporting Period Date: | 2nd Reporting Period Date: | 3rd Reporting Period Date: | 4th Reporting Period (Secondary Only) Date: | Goal Achievement |
|---|---|---|---|---|
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Objective 2 Met: ○ Yes ○ No |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please explain: |

Exhibit 18: Page 15 of 31

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District

| Student  A▮ | C▮ | S | | Date of Birth▮ | 2011 | Meeting Date 08-SEP-2020 |
| Last | First | MI | | | | |

**Section K: Participation in State and District-wide Assessments**

Assessments administered will conform to those assessments determined for each grade by the California Department of Education and/or the Los Angeles Unified School District.

| Student will participate in Regular State and District Assessments. | CAASPP Subject |
|---|---|
| *(Designated Supports and/or Accommodations identified below are applicable)* | ELA and Math |

Designated Supports:
 - Simplified or paraphrased test directions (non-embedded designated support)

9/8/2020                                                Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student   A       C       S           Date of Birth     2011      Meeting Date 08-SEP-2020
      Last       First       MI

**Section N: Procedural Safeguards and Follow-up Actions**

☑ A Parent's Guide to Special Education Services including Procedural Rights & Safeguards was provided to the parent in his/her primary language.

☑ The IEP Team Meeting Introductory Statements were read aloud at the beginning of the IEP Team meeting.

☑ The parent/guardian was informed of his/her right to a written translation of the IEP.

Is the parent/guardian requesting translation services?  ○ Yes        ◉ No

If yes, the parent/guardian has requested a written translation of the IEP in

Specify the Individual Pages to be translated:

Special Requests:

☐ For students who are 17 years old, the student and parent(s)/guardian(s) have been informed that the educational decision-making rights will transfer to the
student at 18 years of age, unless the court has determined otherwise.

THIS SPACE DELIBERATELY LEFT BLANK.

9/8/2020                                         Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student   A     C     S          Date of Birth ▮▮▮-2011     Meeting Date 08-SEP-2020
     Last     First     MI

**Section Q: Parent Participation and Consent**

| **Parent Participation** | | **Parent Notification** | |
| --- | --- | --- | --- |

**Parent Participation**

◉ Parent/Student (18-21) has participated in the IEP meeting.

◯ Parent/Student (18-21) indicated before the meeting that they would not be able to attend.

◯ Parent/Student (18-21) was notified 3 times of the meeting time and place. Parent/Student (18-21) did not respond to any of the meeting notifications and the meeting was held without the Parent/Student (18-21) present..

◯ Parent/Student (18-21) did not attend and gave permission to proceed without them if they did not attend.

**Parent Notification**

| Method | Whom | When |
| --- | --- | --- |
| Email | JAMES | 26-AUG-2020 |

*I (PARENT) acknowledge that the IEP meeting was rescheduled to this date at my request. _____ (Parent initials here ONLY if the PARENT requested that the IEP meeting be rescheduled.)*

**Parent/Student (18-21) Agreement to Components of the Proposed IEP**

A Parent/Student (18-21) may agree to all or some of the components of a proposed IEP. The District will implement those portions of the IEP to which the parent/student (18-21) agrees so as to not delay providing instruction and services.

◯ Parent/Student (18-21) **AGREES** to all components of the IEP.

◯ Parent/Student (18-21) **AGREES** o all components of the proposed IEP **WITH THE SPECIFIC EXCEPTION(S)** stated below:

    ☐ Assessment    Specify

    ☐ Eligibility    Specify

    ☐ Instructional Setting Specify

    ☐ Services    Specify

◯ The Parent/Student (18-21) **DOES NOT AGREE** with any of the components of the proposed IEP.

A Parent/Student (18-21) is not required to initiate any form of dispute resolution as to components of the proposed IEP to which the parent does not agree. If a parent/student (18-21) does wish to initiate a form of dispute resolution as to the components of the proposed IEP, the parent can find information on dispute resolution processes in the District's publication, *A Parent's Guide to Special Education Services (Including Procedural Rights and Safeguards).*

**Parent Concerns and Comments**

*Signature(s)*                                   **Date**

◉ Parent  ◯ Guardian  ◯ Student age 18-21 years age 18-21 years  ◯ Surrogate Parent  ◯ Emancipated Minor  ◯ Foster Parent

Did the school district facilitate parent involvement as a means of improving services and results for your child? ◉ Yes ◯ No ◯ No Response

☑ I certify that I have received a copy of the Parent Input Survey regarding the IEP process. I understand that my completion of the form is voluntary and can be done at anytime after the IEP meeting

*Signature(s)*                            **Date**  08-SEP-2020

Exhibit 18: Page 18 of 31

## PARENT INPUT SURVEY

Would you please take a moment to complete the survey below.
The information you provide will help us improve the Individualized Education Program
(IEP) process.  Thank you in advance for your time and interest.
**ALL INFORMATION IS CONFIDENTIAL**

DIRECTIONS:    After each statement, please place an X on the line that describes your experience with your
child's IEP.

| | | Yes | No | Does Not Apply |
|---|---|---|---|---|
| **A.** | **Regarding your child's current IEP:** | | | |
| 1. | I am satisfied with the IEP meeting. | ☐ | ☐ | ☐ |
| 2. | I feel that the IEP accurately reflects the decisions made at the IEP meeting. | ☐ | ☐ | ☐ |
| 3. | I received notice of the IEP meeting. | ☐ | ☐ | ☐ |
| 4. | I received "The IEP and You" handbook with the notice of the IEP meeting. | ☐ | ☐ | ☐ |
| 5. | During the IEP process I received "A Parent's Guide to Special Education Services (Including Procedural Rights and Safeguards)" explaining my rights as a parent. | ☐ | ☐ | ☐ |
| 6. | The IEP meeting was held in an appropriate setting. | ☐ | ☐ | ☐ |
| 7. | I feel I was treated as an equal and important part of the IEP team. | ☐ | ☐ | ☐ |
| 8. | The participants at the IEP meeting were prepared and informed. | ☐ | ☐ | ☐ |
| 9. | Placements for my child, including the general education setting, were discussed and decided upon. | ☐ | ☐ | ☐ |
| 10. | Related services were discussed and decided upon, if relevant. | ☐ | ☐ | ☐ |
| 11. | If my child is 14 years old or older, an Individualized Transition Plan (ITP) was developed with my child's and my concerns in mind. | ☐ | ☐ | ☐ |
| 12. | At the end of the IEP meeting the decisions were summarized. | ☐ | ☐ | ☐ |
| 13. | If I needed an oral interpretation of the IEP team meeting an interpreter was provided. | ☐ | ☐ | ☐ |
| 14. | The interpretation of the IEP team meeting enabled me to participate and make an informed decision regarding my child's IEP during the IEP meeting. | ☐ | ☐ | ☐ |
| 15. | The interpreter stayed for the duration of the IEP team meeting. | ☐ | ☐ | ☐ |
| 16. | If the interpreter left the IEP meeting before it was over, another staff member served as the interpreter and the interpretation was adequate. | ☐ | ☐ | ☐ |
| 17. | I am aware that, if I am dissatisfied with the adequacy of the oral interpretation at the IEP team meeting, I can file a complaint with the Educational Equity Compliance Office at (213) 241-7682. | ☐ | ☐ | ☐ |
| 18. | If I needed a written translation of the IEP, translation services were offered. | ☐ | ☐ | ☐ |
| 19. | I am aware that, if I do not receive a copy of the translated IEP, I can contact the site administrator or call the Division of Special Education at (213) 241-6701. | ☐ | ☐ | ☐ |

If any of the answers to items 13–16 or 18–19 was No, please discuss your concern(s) with the
site administrator or call the Division of Special Education at (213) 241-6701.

| | | | | |
|---|---|---|---|---|
| **B.** | **Regarding your child's previous IEP (if relevant):** | | | |
| 20. | I am satisfied that my child received the services described on the previous IEP. (If your answer to this question is "No", please write concerns below.) | ☐ | ☐ | ☐ |

Additional Comments

Is there anything more you would like to ask us or tell us?
Please write below or call the Parent Resource Network at 1-800-933-8133.

_____

_____

_____

_____

_____

_____

_____

**Please fold along dotted lines with the address showing. Seal and mail. Postage is pre-paid.**
**Again, Thank you!**

|||||

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 33798 LOS ANGELES CA 90051

POSTAGE WILL BE PAID BY ADDRESSEE

ATTN PARENT RESOURCE NETWORK
LOS ANGELES UNIFIED SCHOOL DISTRICT
PO BOX 513307
LOS ANGELES CA  90099-4093

llılıllııllııllıllıllılllıııllııllılıll

PARENT INPUT SURVEY
English

Page 19 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Reconvened
Meeting Date

Student  A          C          S          Date of Birth          2011          Meeting Date 08-SEP-2020
        Last        First        MI

**Section R: Names and Signatures (Signatures on File)**

| Team Member | Print Name | Signature |
|---|---|---|
| Parent/Guardian |  A |  |
| Parent/Guardian | A   A |  |
| Student Age 18 - 21 years | | |
| Student Under Age 18 years | | |
| Surrogate Parent | | |
| Foster Parent | | |
| Family Foster Home Provider | | |
| Administrator | James McGroarty | James Mc Groarty |
| Administrative Designee | | |
| Special Education Teacher | Norette Gilbert | Norette Gilbert |
| General Education Teacher | | |
| School Psychologist | | |
| School Nurse | | |
| Related Service Staff OT | Hava Alloun | |
| Related Service Staff LAS | Komal Sidhu | Komal Sidhu |
| Related Service Staff APE | Troy Looper | |
| Interpreter | | |
| Sign Language Interpreter | | |
| Agency Representative | | |
| Agency Representative | | |
| Agency Representative | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |

Exhibit 18: Page 21 of 31

Page 20 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student A | | C | | S | | Date of | 2011 | Meeting | 08-SEP-2020 |
|---|---|---|---|---|---|---|---|---|---|
| Last | | First | | MI | | Birth | | Date | |

## LEAST RESTRICTIVE ENVIRONMENT ANALYSIS

To Be Completed By the IEP Team at the IEP Team Meeting

Student's Current Placement Type:

○ General Education Class/General Education Site          ◉ Special Day Program/General Education Site

○ Special Day Program/Special Education Center          ○ Nonpublic School

○ Home/Hospital or Residential Care Facility

**DIRECTIONS:** Complete the information below as part of the IEP team discussion regarding placement from the beginning at Step A until the team reaches the Step that indicates YES. After reaching the Step that indicates YES, it is also required to complete Step F.

The Individuals with Disabilities Education Act (IDEA) requires that students with disabilities be educated in the least restrictive environment. Placement in a more restrictive setting should only occur if the nature or severity of the student's disability is such that placement in a less restrictive setting with the use of supplementary aids and services cannot be achieved satisfactorily. The lack of current availability of a student's required supports, services, accommodations and modifications is not the sole justification for placement in a more restrictive setting, unless there is a compelling reason why they cannot be provided. In selecting the LRE, consideration is given to any potential harmful effect on the child or on the quality of services that he or she needs.

**Step A.** Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a general education classroom/setting?

○ Yes  ◉ No   If the answer is YES, then a general education classroom/setting is the appropriate placement. If the answer is NO, go to the question below.

○ Yes  ○ No   If not currently available, can the required supports, services, accommodations and/or modifications be made available in a general education classroom/setting? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step B.

**Step B.** Can the supports, services, accommodations and/or modifications in the student's IEP be made available on a general education site in a special day program?

◉ Yes  ○ No   If the answer is YES, then a special day program on a general education site is the appropriate placement. If the answer is NO, go to the question below.

◉ Yes  ○ No   If not currently available, can the required supports, services, accommodations and/or modifications be made available in a special day program on a general education site? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step C.

Exhibit 18: Page 22 of 31

9/8/2020                                          Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student A | | | S | | Date of | 2011 | Meeting | 08-SEP-2020 |
|---|---|---|---|---|---|---|---|---|
| | Last | First | MI | | Birth | | Date | |

## ANNUAL LEAST RESTRICTIVE ENVIRONMENT ANALYSIS (Continued)

To Be Completed By the IEP Team at the IEP Team Meeting

**Step C.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a special school setting?

◯ Yes   ◯ No   If the answer is YES, then a special school setting is the appropriate placement. If the answer is NO, go to the question below.

◯ Yes   ◯ No   f not currently available, can the required supports, services, accommodations and/or modifications be made available in a special school setting? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step D.

**Step D.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a home/hospital setting?

◯ Yes   ◯ No   If the answer is YES, then a home/hospital setting is the appropriate placement. If the answer is NO, go to the question below.

◯ Yes   ◯ No   If not currently available, can the required supports, services, accommodations and/or modifications be made available in a home/hospital setting? If YES, all required supports, services, accommodations and/or modifications must he provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step E.

**Step E.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a residential care facility?

◯ Yes   ◯ No   If not currently available, articulate in the IEP what supports, accommodations and/or modifications are required for the student in this setting.

Exhibit 18: Page 23 of 31

9/8/2020                                           Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student A | | | S | | Date of | 24-JUN-2011 | Meeting | 08-SEP-2020 |
|---|---|---|---|---|---|---|---|---|
| | Last | First | MI | | Birth | | Date | |

## ANNUAL LEAST RESTRICTIVE ENVIRONMENT ANALYSIS (Continued)

To Be Completed By the IEP Team at the IEP Team Meeting

**Step F.**    The student's needs as reflected in the contents of this IEP, and the placement being considered by the IEP team, outweigh any potential harmful effects at this time, including (check all that apply):

☐ Diminished access to the full range of the curriculum

☐ Missed general education instruction taught by highly qualified staff

☐ Rate at which student may earn credits for graduation

☐ Lack of opportunity for social interaction

☐ Lack of opportunities for age-appropriate peer role models

☐ Amount of socialization opportunities with typical peers

☐ Limited access to peers in student's home community

☐ Lack of exposure to appropriate behavioral models from peers

☑ Other:    There appears to be no harm with an IEP and placement at this time.

Page 21 of 23

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**                     IEP FAPE Part 1 - Eligibility, Placements and Supports

Student  A⬛        C⬛        S⬛              Date of Birth ⬛-2011        Meeting Date 08-SEP-2020
    Last        First         MI

|  | Effective With this IEP | Future Changes Related to this IEP |
|---|---|---|
| | As of Date: | |

**Eligibility:**                                    *Eligible (AUT)*
(from Page 4)
                    *Final IEP Reason*
                    *Final IEP Effective*
                            *Date:*

**Curriculum**                     General Education

**Placement**          Type of School    District Resident School

                    Name of School   POMELO COMMUNITY CS

**Instructional Setting**          Setting    Special Education

                            Program    SLD

                    Special Day      960
                    Minutes/Wk
                    Addresses Goals   1(SensoriMotor),2(Reading),3(Writing),4(Math),
                                      5(Vocational Education)

**Additional Factors**     Low Incident Support   None

                    Assistive Technology   No
                            Support

                    Transportation   None

                    Extended School  ◉ Yes    ○ No
                    Year/Intersession

                    Parent Counseling and  ○ Yes   ◉ No
                    Training (PCT)

                    ESY Transportation   School to School

**Accommodation,**       Instructional    Visuals, tasks broken down in parts, hands-on
**Modifications,**       Accommodations   lesson and use of manipulatives, simplify
**Supports**                              directions, check for understanding , provide
                                          graphic organizers and sentences frames,
                                          redirecting, highlighting. Model speaking in
                                          complete sentences, redirection, prompts,
                                          positive reinforcement., Model expected
                                          responses, provide frequent comprehension
                                          checks, get C⬛'s full attention before
                                          presenting tasks or items to him

                    Instructional    N/A
                    Modifications

                    Other Supports,  N/A
                    including Non-
                    Academic and Extra-
                    curricular Activities

**Preparation for Three**   Do the Parent and the  ◉ Yes   ○ No
**Year Review IEP (At**     District (local
the second Annual        educational agency)
Review IEP Meeting,      agree that a
the team must discuss    reassessment is
and document the         unnecessary?
decision to conduct or
not conduct a three-     If the Parent does not
year comprehensive       agree, specify the area(s)
reassessment.)           to be reassessed.

                                Comments, as appropriate    Exhibit 18: Page 25 of 31

9/8/2020                                                    Individualized Education Program (IEP)

**Low Incidence
Equipment**

**Assistive Technology
Equipment**

**Participation in
General Education**

9/8/2020                                    Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District     IEP FAPE Part 2 - Summary of Services

| Student A       C        S | Date of Birth [ ]-2011 | Meeting Date | 08-SEP-2020 |
| Last      First      MI | | | |

|  | **Effective With This IEP** | **Future Changes Related To This IEP** |
|---|---|---|

| **Service 1** | Start Date: | Effective on Signature Date | |
| **10** | End Date: | | |
| **Language/Speech** | Service applies to: | Regular | |
| | Frequency: | 10-40 | |
| This service addresses the following **goals:** | Interval: | Yearly | |
| 6(Language -Expressive) | Minutes/Interval: | 1800 | |
| | Minutes/Interval (Pullout from Gen Ed): | 0 | |
| | Service Delivery Model: | Direct Service (Collaborative)* | |
| | Area: | School-Based | |
| | Responsible Personnel: | Licensed/Credentialed Provider | |

•

| **Service 2** | Start Date: | Effective on Signature Date | |
| **10** | End Date: | | |
| **Language/Speech** | Service applies to: | ESY | |
| | Frequency: | 1-10 | |
| This service addresses the following **goals:** | Interval: | Yearly | |
| 6(Language -Expressive) | Minutes/Interval: | 120 | |
| | Minutes/Interval (Pullout from Gen Ed): | 0 | |
| | Service Delivery Model: | Direct Service (Collaborative)* | |
| | Area: | School-Based | |
| | Responsible Personnel: | Licensed/Credentialed Provider | |

Exhibit 18: Page 27 of 31

•

| | | |
|---|---|---|
| **Service 3** | Start Date | Effective on Signature Date |
| **16** | End Date | |
| **Occupational Therapy** | Service applies to | ESY |
| | Frequency | 1 5 |
| This service addresses the following **goals:** | Interval | Yearly |
| 1(SensoriMotor) | Minutes/Interval: | 90 |
| | Minutes/Interval (Pullout from Gen Ed): | 90 |
| | Service Delivery Model: | Direct Service (Collaborative)* |
| | Responsible Personnel: | Licensed/Credentialed Provider |
| | | Special Education Teacher |

•

| | | |
|---|---|---|
| **Service 4** | Start Date: | Effective on Signature Date |
| **09** | End Date: | |
| **Adapted PE** | Service applies to: | Regular |
| | Frequency: | 1 |
| This service addresses the following **goals:** | Interval: | Weekly |
| 7(Object Control) | Minutes/Interval: | 30 |
| | Minutes/Interval (Pullout from Gen Ed) | 0 |
| | Service Delivery Model | Direct Service (By a Single Provider)* |

Exhibit 18: Page 28 of 31

Responsible Personnel     Licensed/Credentialed Provider

\*

| **Service 5** | Start Date | Effective on Signature Date |
|---|---|---|
| **09** | End Date | |
| **Adapted PE** | Service applies to | ESY |
| | Frequency | 1 10 |
| This service addresses the following **goals:** | Interval | Yearly |
| 7(Object Control) | Minutes/Interval: | 90 |
| | Minutes/Interval (Pullout from Gen Ed): | 0 |
| | Service Delivery Model: | Direct Service (By a Single Provider)\* |
| | Responsible Personnel: | Licensed/Credentialed Provider |

\*

| **Service 6** | Start Date: | Effective on Signature Date |
|---|---|---|
| **16** | End Date: | |
| **Occupational Therapy** | Service applies to: | Regular |
| | Frequency: | 1-5 |
| This service addresses the following **goals** | Interval: | Weekly |
| 1(SensoriMotor) | Minutes/Interval | 30 |
| | Minutes/Interval (Pullout from Gen Ed): | 0 |

Exhibit 18: Page 29 of 31

Individualized Education Program (IEP)

Service Delivery Model:   Direct Service (Collaborative)*

Responsible Personnel:   Licensed/Credentialed Provider

•

Notes:
Parents of students who are Medi-Cal eligible authorize LAUSD to submit claims for reimbursement by Medi-Cal funded services unless parent(s) signs a
Parent Medi-Cal Non-Authorization to Bill form. Please see Parent's Guide to Special Education Services (including Procedural Rights and Safeguards).

## Part 3 - Percentage of Time Outside of General Education

|  | Effective With this IEP | Future Changes Related to this IEP |
|---|---|---|
| % of Time per Week outside of General Education | 60 |  |

## Part 4 - Additional Discussion (This section is optional)

LAUSD schools are closed at this time due to the COVID-19 national pandemic. C___ will continue to receive educational services using At Home
Continuity of Learning Plan until schools re-open. IEP team discussed lapse in LAS services from September to December. C___ missed 780 minutes of
speech and language therapy during this time. Team discussed option to add compensatory time to service grid. Parent does not feel it is appropriate to add
additional sessions on top of regular minutes for C___ during distance learning but would like missing time to be documented in IEP notes. IEP team can
revisit compensatory time in the future if it become appropriate to begin servicing minutes.
Parent and committee discussed and agreed that mainstreaming will be on hold until school returns on campus under normal circumstances ; it can be reviewed
periodically to meet the needs of the student. Mainstreaming will be considered if there is a whole class or whole school activity.

Exhibit 18: Page 30 of 31

Page 23 of 23

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

**IEP FAPE Part 2 - Summary of Services**

Student  A█████  C█████     S                    Date of Birth █████ 2011        Meeting Date 08-SEP-2020
      Last              First          MI

**FAPE Summary Grid**

| Program: | SLD | Setting: | Special Education |
|---|---|---|---|
| Eligibility: | Eligible (AUT) | Curriculum: | General Education |
| Transportation: | None | Low Incident Support: | None |

**Date District Received Parent Signature:**

| Service Code | Service Desc | Start Date | Service Applies To | Interval | Frequency | Area | Total Minutes | Addresses Goal(s) | No Consent |
|---|---|---|---|---|---|---|---|---|---|
| 09 | Adapted PE | Effective on Signature Date | ESY | Yearly | · 1-10 | ~ | 90 | Object Control | -- |
| 09 | Adapted PE | Effective on Signature Date | Regular | Weekly | 1 | ~ | 30 | Object Control | -- |
| 10 | Language/Speech | Effective on Signature Date | ESY | Yearly | 1-10 | School-Based | 120 | Language - Expressive | -- |
| 10 | Language/Speech | Effective on Signature Date | Regular | Yearly | 10-40 | School-Based | 1800 | Language - Expressive | -- |
| 16 | Occupational Therapy | Effective on Signature Date | ESY | Yearly | 1-5 | ~ | 90 | SensoriMotor | -- |
| 16 | Occupational Therapy | Effective on Signature Date | Regular | Weekly | 1-5 | ~ | 30 | SensoriMotor | -- |

**For IEP Team Information**

☑ By clicking this box the IEP team has reviewed the FAPE Summary Page to ensure that it reflects the IEP Team decisions.

Exhibit 18: Page 31 of 31

# EXHIBIT 19

Page 1 of 17

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student Identification Number | | SSID | | **Eligible (SLD)** |
|---|---|---|---|---|

Student R_____ M_____ L

Last            First            MI

Date of Birth: ____ 2013

## Section A: Meeting Information

### Pertinent Dates

Date of Initial IEP Team Meeting — 03-OCT-2019

Date of Present Meeting — 25-SEP-2020

Annual Review to be conducted by — 25-SEP-2021

Next Three Year Review will be conducted by — 02-OCT-2022

Three Year Review or Evaluation was conducted on — 03-OCT-2019

Transition to Kindergarten to be conducted by

Location of Meeting — Pomelo Community Charter

### Type of Meeting

- ( ) Initial
- (●) Annual Review
- ( ) Three Year Review
- ( ) Other
- ( ) Amendment of IEP dated
- ( ) Early Start Transition
- ( ) Expulsion Analysis
- ( ) Individual Transition Plan

District Name — Los Angeles Unified School Dist

## Section B: Student Information

Date of Birth: ____ 2013      Age 7      Grade 2

Gender: ( ) Male (●) Female      Limited English Proficient Student: ( ) Yes (●) No      Ethnic Code: White

Location of the Psych Folder: SUPPORT UNIT NOI      Student has no Psych Folder: ☐

Location of the Cum Folder: POMELO COMMUN      Student has no Cum Folder: ☐

Home Language: English      Student Language: English      Alternate Mode of Communication

Home Address of Student

City: WEST HILLS   CA      ZIP Code: 91307

Home Telephone      Daytime Telephone      Emergency Telephone

School of Attendance: Pomelo Community C      Location Code: 6140

School of Residence: Welby Way Cel      Location Code: 7637

Name of Parent/Guardian: M_____ R_____      Telephone

Address

City: West Hills   CA      ZIP Code: 91307

Surrogate Parent      Telephone

Attends **CURRENT SCHOOL** as a result of one of the following: Special Education Placement ⌄      SLD/ SDP

Is the student living in a Family Foster Home (FFH)? (●) No ( ) Yes      FFH#

Is FFH Provider related to student? ( ) No ( ) Yes      Relationship

Licensed Children's Institution (●) No ( ) Yes      LCI Name

LCI#

Out of the home placement made by: ( ) Regional Center  ( ) Superior Court  ( ) Department of Mental Health  ( ) Other  ( ) Department of Children's Services

Child's family living within LAUSD's boundaries? ( ) No (●) Yes

If the student is 18 years old or is an emancipated minor, does he/she have educational decision-making rights? ( ) No ( ) Yes

Exhibit 19: Page 1 of 23

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student | R▮▮▮▮ | M▮▮ | L | | Date of Birth ▮▮▮ 2013 |
|---|---|---|---|---|---|
| | Last | First | | | |

<sup></sup>MII **Section C: Language Acquisition**

Language Classification:                                                    Start Date:

Withdrawal by Parent Request:                ○ Yes ○ No        Reclassification Date:

ELPAC Performance Level and Performance Descriptor:            ⌄        Test Date:

Alternate ELPAC Performance Level and Performance
Descriptor (VCCALPS):                                            ⌄        Test Date:

### Section D: Goal Achievement from Current IEP

| | Goal for: (example - Reading) | | Achieved Yes | No | If No, explain the reason the goal/objective was not achieved |
|---|---|---|---|---|---|
| 1 | Reading | | ○ | ◉ | M▮ continues to exhibit difficulty with |
| Category | Reading | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | recognizing upper and lowercase letters |
| | Objective 2 met | | ○ | ◉ | |
| 2 | Writing | | ○ | ◉ | M▮ exhibits difficulty with |
| Category | Writing | ⌄ | | | |
| | Objective 1 met | | ○ | ◉ | writing tasks |
| | Objective 2 met | | ○ | ◉ | |
| 3 | Math | | ○ | ◉ | M▮ continues to exhibit |
| Category | Math | ⌄ | | | |
| | Objective 1 met | | ◉ | ○ | difficulty with addition |
| | Objective 2 met | | ○ | ◉ | |
| 4 | Reading Comprehension | | ○ | ◉ | M▮ continues to requires multiple |
| Category | Reading | ⌄ | | | |
| | Objective 1 met | | ○ | ◉ | prompts and support when answering |
| | Objective 2 met | | ○ | ◉ | questions |
| 5 | Math | | ○ | ◉ | M▮ requires mulitple prompts |
| Category | Math | ⌄ | | | |
| | Objective 1 met | | ○ | ◉ | and support for subtraction |
| | Objective 2 met | | ○ | ◉ | |
| 6 | | | ○ | ○ | |
| Category | | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 7 | | | ○ | ○ | |
| Category | | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 8 | | | ○ | ○ | |
| Category | | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 9 | | | ○ | ○ | |
| Category | | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |
| 10 | | | ○ | ○ | |
| ategor | | ⌄ | | | |
| | Objective 1 met | | ○ | ○ | |
| | Objective 2 met | | ○ | ○ | |

Exhibit 19: Page 2 of 23

2/16/2021                                        Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student  R■        M■              L              Date of Birth ■2013          Meeting Date 25-SEP-2020 |
| Last            First              MI |

**Section E: Present Level of Performance**

Performance Area:                    Reading

Category:                                              ⌄

Assessment/Monitoring Process        informal observations, class work, participation
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths:
M■ has improved in letter recognition. She can identify 15/26 letters of the alphabet and 14/26 corresponding sounds (a-z). M■ will decode CVC words by blending the sounds she knows together with moderate (3-4) prompts to keep going and speak up. She will participate during small group and whole group activites during distance learning. She will answer 'wh' questions with minimal (1-2) prompts about key details of a story read to her. M■ can state if a word is a noun or a verb. She will participate in grammar activities during whole and small group distance learning activties by completing worksheets or acting out the response. M■ will demonstrate comprehension of stories by drawing pictures to match the conversation and discussion.

Needs: M■ has not met her reading goals from last IEP. She is not able to identify all upper and lowercase letters or corresponding sounds. M■ continues to exhibit difficulty recognizing and identifying high frequency words. M■ is very dependent of parental support during distance learning. She will look to her parent for encouragement and the answer.

Impact of disability: M■'s specific learning disability eligibility makes it difficulty for her to decode words and read grade level text which impacts her ability to participate and progress in ageneral educaiton program.

Performance Area:                    Writing

Category:                                              ⌄

Assessment/Monitoring Process        informal observations, class work, journal
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths:
M■ can form the letters she knows. She will write the letter for corresponding sounds she is familiar with. M■ can generate and dictate a sentence on a given topic or a topic of her choice. She will then copy the sentence from a paper or whiteboard using correct spacing. M■ will dictate an appropriate sentence to match a picture.

Needs:
M■ can not write words or sentences independently. She requires modeling and opportunities to copy her generated sentences.

Impact of disability: M■'s specific learning disability makes it difficult for her to complete writing activities which impacts her ability to participate and progress in a general education program.

Exhibit 19: Page 3 of 23

Page 4 of 17

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  R█████        M█             L            Date of Birth █████ 2013        Meeting Date 25-SEP-2020
    Last              First           M█
                        **Section E: Present Level of Performance**

Performance Area:                    Math

Category:                                         ⌄

Assessment/Monitoring Process          informal observations, class work, participation
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Strengths:
M█ is able to identify number 0 - 10 during math activities. She will follow along during morning calendar completing the worksheet with the class. M█ will participate by raising her hand to answer calendar related questions (Today is? Tomorrow will be?.etc) with minimal prompts (1-2). M█ will state how many tens and ones there are in a number upon seeing the standard form. She knows which direction to move to find one less, one more, ten less, and ten more and will ask for help to read the number. M█ understands the concept on switching the addends does not change the sum and will demonstrate this during calendar and small group math. By using a number line or Touch Math chart, M█ can add numbers to 20. She can complete subtraction from 10 with the use of a number line.

Needs:
M█ does not know her numbers above 13. Even though she can complete addition and subtraction problems, she is not able to read the sentence or answers independently. She is often seen looking to her parent for support during distance learning. M█ requires assistance for counting backwards during subtraction.

Impact of disability: M█'s specific learning disability makes it difficult for her to retain and recall numbers which impacts her ability to participate and progress in a general education program.

Performance Area:

Category:                                         ⌄

Assessment/Monitoring Process
Used:

State/District Assessment Results:

Current Performance/Assessment Summary (include student strengths, student needs and impact of disability on student performance):

Exhibit 19: Page 4 of 23

2/16/2021                                    Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student  R████            M███            L                  Date of Birth ████ 2013       Meeting Date  25-SEP-2020 |

            Last            First          MI

**Section F: Eligibility**

If applicable, areas discussed related to disability or suspected disability:

For Initial IEP, interventions attempted prior to determining eligibility:

Eligible as a student with the disability of:

Code:      SLD            Specific Learning Disability

        ◉ Not Applicable,   ○ Blind or        ○ Partially Sighted

Additional Low Incidence Eligibility (only for VI, DBL, DEA, HOH, or severe OI):

Code:

        ◉ Not Applicable,   ○ Blind or        ○ Partially Sighted

○ Does not meet eligibility criteria for Special Education Services (Initial IEP).

or

○ No Longer Eligible for Special Education Services (Review IEP).

No Longer Eligible (Effective
Date):

☐ This is a Final IEP, the student remains eligible for Special Education Services until the Effective Date below.

Final IEP Reason:                                      Final IEP Effective Date:

**The IEP Team has considered and agrees that the educational needs of the student are not primarily due to:**

☑ Social Maladjustment            ☑ Temporary Physical Disability       ☑ Lack of instruction in reading

☑ Lack of instruction in math     ☑ Limited English Proficiency          ☑
                                                                          Environmental, Cultural or Economic Factors

**Exhibit 19: Page 5 of 23**

2/16/2021                                          Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student   R⬛ | M⬛ | L | | Date of Birth ⬛2013 | Meeting Date 25-SEP-2020 |
|---|---|---|---|---|---|
| **Last** | **First** | | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area:        Reading            Category:          Reading        ⌄      Annual Goal #:      1

M⬛ will increase her letter recognition by identifying all 26 letters of the alphabet and corresponding sounds with 75% accuracy in 4 opportunities as measured by student work samples and data collection.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☑ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☑ Work Samples | ☑ Informal |
| ☑ Other | **DIBELS** | | |

**Incremental objective #1 related to the goal:**
M⬛ will increase her letter recognition to identify 18/26 letters of the alphabet with corresponding sounds with 65% accuracy in 4 opportunities as measured by student work samples and data collection.

**Incremental objective #2 related to the goal:**
M⬛ will increase her letter recognition to identify 22/26 letters of the alphabet with corresponding sounds with 70% accuracy in 4 opportunities as measured by student work samples and data collection.

Date to be achieved:    January  ⌄   2021  ⌄   MO/YR          Date to be achieved:    May   ⌄   2021  ⌄   MO/YR

## IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS* (50-99% of goal met) | *2 PARTIAL PROGRESS* (1-49% of goal met) | *1 NO PROGRESS* |
|---|---|---|---|

| **1st Reporting Period**<br>Date: 13-NOV-2020 | **2nd Reporting Period**<br>Date: | **3rd Reporting Period**<br>Date: | **4th Reporting Period (Secondary Only)**<br>Date: | **Goal Achievement** |
|---|---|---|---|---|
| Progress Mark:<br><br>2 | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met:<br>◯ Yes  ◯ No<br><br>Objective 2 Met:<br>◯ Yes  ◯ No |
| Is progress sufficient to meet annual goal?<br><br>◉ Yes  ◯ No | Is progress sufficient to meet annual goal?<br><br>◯ Yes  ◯ No | Is progress sufficient to meet annual goal?<br><br>◯ Yes  ◯ No | Is progress sufficient to meet annual goal?<br><br>◯ Yes  ◯ No | If "No" please explain: |
| If "No" please comment:<br><br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | If "No" please comment:<br><br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | If "No" please comment:<br><br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | If "No" please comment:<br><br>☐ Needs More Time<br>☐ Excess Absence/Tardy<br>☐ Assignments Not Completed<br>☐ Need to review/revise Goal<br>☐ Other | |

https://welligent.lausd.net/pls/iepweb/LAUSD_IEP_DOCUMENTS_CUSTOM_PKG.PRINT_All_DOCUMENT_DETAILS?⬛⬛⬛                    6/23

2/16/2021                                        Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student  N    M    L | Date of Birth  2013 | Meeting Date 25-SEP-2020 |
|---|---|---|
| Last    First    MI | | |

### Section G: Annual Goals and Objectives

| Performance Area: | Reading Comp | Category: | ⌄ | Annual Goal #: | 2 |
|---|---|---|---|---|---|

During small group reading discussions, M will orally or in picture form, identify the main focus of a specific paragraph or paragraphs within a multi-paragraph informational text, with minimal prompts (1-2) with 70% accuracy in 4 opportunities as measured by data collection and student responses.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☑ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☑ Work Samples | ☑ Informal |
| ☐ Other | | | |

**Incremental objective #1 related to the goal:**
During small group reading discussions, M will orally or in picture form identify the main focus of a specific paragraph or paragraphs within a multi-paragraph informational text, with maximum prompts (5+) with 60% accuracy in 4 opportunities as measured by data collection and student responses

**Incremental objective #2 related to the goal:**
During small group reading discussions, M will orally or in picture form identify the main focus of a specific paragraph or paragraphs within a multi-paragraph informational text, with moderate prompts (3-4) with 65% accuracy in 4 opportunities as measured by data collection and student responses.

| Date to be achieved: | January ⌄ | 2021 ⌄ | MO/YR | Date to be achieved: | May ⌄ | 2021 ⌄ | MO/YR |
|---|---|---|---|---|---|---|---|

### IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS (50-99% of goal met)* | *2 PARTIAL PROGRESS (1-49% of goal met)* | *1 NO PROGRESS* |
|---|---|---|---|

| **1st Reporting Period** | **2nd Reporting Period** | **3rd Reporting Period** | **4th Reporting Period** (Secondary Only) | **Goal Achievement** |
|---|---|---|---|---|
| Date: 13-NOV-2020 | Date: | Date: | Date: | |
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: |
| 2 | | | | ◯ Yes ◯ No |
| Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Objective 2 Met: |
| ◉ Yes ◯ No | ◯ Yes ◯ No | ◯ Yes ◯ No | ◯ Yes ◯ No | ◯ Yes ◯ No |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please explain: |
| ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 19: Page 7 of 23

Page 8 of 17

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student R | M | L | Date of Birth 2013 | Meeting Date 25-SEP-2020 |
|---|---|---|---|---|
| Last | First | MI | | |

**Section G: Annual Goals and Objectives**

Performance Area: Writing    Category:    ∨    Annual Goal #: 3

M will use sound/spelling cards (phonetic spelling, word book, word bank..etc. ) to write three self generated sentences on a given topic with 65% accuracy in 4 opportunities as measured by student writing samples.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

**Methods of Evaluation**

☐ State Assessments    ☐ Norm Referenced    ☐ Criterion Referenced    ☑ Curriculum Based
☑ Observation    ☐ Portfolio    ☑ Work Samples    ☑ Informal
☐ Other

**Incremental objective #1 related to the goal:**
M will use sound/spelling cards (phonetic spelling, word book, word bank..etc. ) to write one self generated sentences on a given topic with 55% accuracy in 4 opportunities as measured by student writing samples.

**Incremental objective #2 related to the goal:**
M will use sound/spelling cards (phonetic spelling, word book, word bank..etc. ) to write two self generated sentences on a given topic with 60% accuracy in 4 opportunities as measured by student writing samples.

Date to be achieved: January ∨ 2021 ∨ MO/YR    Date to be achieved: May ∨ 2021 ∨ MO/YR

**IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP**

**EXPLANATION OF MARKS**

*4 GOAL MET OR EXCEEDED*    *3 SUBSTANTIAL PROGRESS (50-99% of goal met)*    *2 PARTIAL PROGRESS (1-49% of goal met)*    *1 NO PROGRESS*

| 1st Reporting Period | 2nd Reporting Period | 3rd Reporting Period | 4th Reporting Period (Secondary Only) | Goal Achievement |
|---|---|---|---|---|
| Date: 13-NOV-2020 | Date: | Date: | Date: | |

| Progress Mark: 2 | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| | | | | Objective 2 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | Is progress sufficient to meet annual goal? ○ Yes ○ No | If "No" please explain: |
| If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | If "No" please comment: ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 19: Page 8 of 23

Page 9 of 17

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**

| Student | R▮▮▮ | M▮▮▮ | L | Date of Birth ▮▮▮ 2013 | Meeting Date 25-SEP-2020 |
|---|---|---|---|---|---|
| | Last | First | MI | | |

### Section G: Annual Goals and Objectives

Performance Area:  Math                    Category:                       ∨      Annual Goal #:      4

M▮ will complete 10 double digit addition problems without regrouping with minimal prompts (1-2) with 70% accuracy in 4 opportunities as measured by student work samples.

Progress on annual goals to be reported to parents by completing the "IEP Report of Progress and Achievement from Current IEP" form(s) which will be provided at either Progress Report or Report Card periods.

### Methods of Evaluation

| ☐ State Assessments | ☐ Norm Referenced | ☐ Criterion Referenced | ☑ Curriculum Based |
|---|---|---|---|
| ☑ Observation | ☐ Portfolio | ☑ Work Samples | ☑ Informal |
| ☐ Other | | | |

**Incremental objective #1 related to the goal:**
M▮ will complete 3 double digit addition problems without regrouping with maximum prompts (5+) with 60% accuracy in 4 opportunities as measured by student work samples.

**Incremental objective #2 related to the goal:**
M▮ will complete 6 double digit addition problems without regrouping with moderate prompts (3-4) with 65% accuracy in 4 opportunities as measured by student work samples.

| Date to be achieved: | January ∨ | 2021 ∨ | MO/YR | Date to be achieved: | May ∨ | 2021 ∨ | MO/YR |
|---|---|---|---|---|---|---|---|

## IEP REPORT OF PROGRESS AND ACHIEVEMENT FROM CURRENT IEP

### EXPLANATION OF MARKS

| *4 GOAL MET OR EXCEEDED* | *3 SUBSTANTIAL PROGRESS (50-99% of goal met)* | *2 PARTIAL PROGRESS (1-49% of goal met)* | *1 NO PROGRESS* |
|---|---|---|---|

| 1st Reporting Period | 2nd Reporting Period | 3rd Reporting Period | 4th Reporting Period (Secondary Only) | Goal Achievement |
|---|---|---|---|---|
| Date: 13-NOV-2020 | Date: | Date: | Date: | |
| Progress Mark: | Progress Mark: | Progress Mark: | Progress Mark: | Objective 1 Met: ○ Yes ○ No |
| 1 | | | | Objective 2 Met: ○ Yes ○ No |
| Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | Is progress sufficient to meet annual goal? | If "No" please explain: |
| ◉ Yes ○ No | ○ Yes ○ No | ○ Yes ○ No | ○ Yes ○ No | |
| If "No" please comment: | If "No" please comment: | If "No" please comment: | If "No" please comment: | |
| ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | ☐ Needs More Time ☐ Excess Absence/Tardy ☐ Assignments Not Completed ☐ Need to review/revise Goal ☐ Other | |

Exhibit 19: Page 9 of 23

Page 10 of 17

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

Los Angeles Unified School District

| Student  R| | M| | L | Date of Birth  13-APR-2013 | Meeting Date  25-SEP-2020 |
|---|---|---|---|---|---|---|
| Last | | First | | MI | | |

**Section K: Participation in State and District-wide Assessments**

Assessments administered will conform to those assessments determined for each grade by the California Department of Education and/or the Los Angeles Unified School District.

| Student will participate in Regular State and District Assessments. *(Designated Supports and/or Accommodations identified below are applicable)* | CAASPP Subject ELA and Math |
|---|---|

Designated Supports:

- Color contrast (embedded support)

- Noise Buffers

- Test in a separate/smaller setting

- Read aloud by an adult in English (for math items and ELA items except for reading passages)

- Text-to-speech software enabled (for math items and ELA items except for reading passages)

Accommodations:

- Read aloud in English by an adult (non-embedded accommodation) for ELA reading passages.

- Text-to-Speech software enabled for ELA reading passages (embedded accommodation).

Exhibit 19: Page 10 of 23

2/16/2021                                           Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  R              M              L                    Date of Birth        2013        Meeting Date  25-SEP-2020
         Last            First              MI
                                    **Section N: Procedural Safeguards and Follow-up Actions**

☑ **A Parent's Guide to Special Education Services including Procedural Rights & Safeguards** was provided to the parent in his/her primary language.

☑ The IEP Team Meeting Introductory Statements were read aloud at the beginning of the IEP Team meeting.

☑ The parent/guardian was informed of his/her right to a written translation of the IEP.

Is the parent/guardian requesting translation services?  ○ Yes        ◉ No

If yes, the parent/guardian has requested a written translation of the IEP in
Specify the Individual Pages to be translated:

Special Requests:

☐ For students who are 17 years old, the student and parent(s)/guardian(s) have been informed that the educational decision-making rights will transfer to the student at 18 years of age, unless the court has determined otherwise.

THIS SPACE DELIBERATELY LEFT BLANK.

Exhibit 19: Page 11 of 23

2/16/2021                                    Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Student  R_____  M_____         L_____              Date of Birth _____ 2013        Meeting Date 25-SEP-2020
         Last        First           MI

## Section Q: Parent Participation and Consent

| **Parent Participation** | | **Parent Notification** | | |
|---|---|---|---|---|

| | | Method | Whom | When |
|---|---|---|---|---|

⦿ Parent/Student (18-21) has participated in the IEP meeting. | | Email | _____ | 08-SEP-2020

◯ Parent/Student (18-21) indicated before the meeting that they would not be able to attend.

◯ Parent/Student (18-21) was notified 3 times of the meeting time and place. Parent/Student (18-21) did not respond to any of the meeting notifications and the meeting was held without the Parent/Student (18-21) present..

◯ Parent/Student (18-21) did not attend and gave permission to proceed without them if they did not attend.

*I (PARENT) acknowledge that the IEP meeting was rescheduled to this date at my request. _____ (Parent initials here ONLY if the PARENT requested that the IEP meeting be rescheduled.)*

### Parent/Student (18-21) Agreement to Components of the Proposed IEP

A Parent/Student (18-21) may agree to all or some of the components of a proposed IEP. The District will implement those portions of the IEP to which the parent/student (18-21) agrees so as to not delay providing instruction and services.

⦿ Parent/Student (18-21) **AGREES** to all components of the IEP.

◯ Parent/Student (18-21) **AGREES** o all components of the proposed IEP **WITH THE SPECIFIC EXCEPTION(S)** stated below:

☐ Assessment         Specify

☐ Eligibility          Specify

☐ Instructional Setting Specify

☐ Services            Specify

◯ The Parent/Student (18-21) **DOES NOT AGREE** with any of the components of the proposed IEP.

A Parent/Student (18-21) is not required to initiate any form of dispute resolution as to components of the proposed IEP to which the parent does not agree. If a parent/student (18-21) does wish to initiate a form of dispute resolution as to the components of the proposed IEP, the parent can find information on dispute resolution processes in the District's publication, *A Parent's Guide to Special Education Services (Including Procedural Rights and Safeguards).*

### Parent Concerns and Comments

*Signature(s)* [_____]                    [_____]                      **Date**   25-SEP-2020

⦿ Parent      ◯ Guardian         ◯ Student age 18-21 years age 18-21 years       ◯ Surrogate Parent        ◯ Emancipated Minor        ◯ Foster Parent

Did the school district facilitate parent involvement as a means of improving services and results for your child? ⦿ Yes ◯ No ◯ No Response

☑ I certify that I have received a copy of the Parent Input Survey regarding the IEP process. I understand that my completion of the form is voluntary and can be done at anytime after the IEP meeting

*Signature(s)* [_____]                    [_____]                      **Date**   25-SEP-2020

Exhibit 19: Page 12 of 23

# PARENT INPUT SURVEY

Would you please take a moment to complete the survey below.
The information you provide will help us improve the Individualized Education Program
(IEP) process. Thank you in advance for your time and interest.
**ALL INFORMATION IS CONFIDENTIAL**

DIRECTIONS:      After each statement, please place an X on the line that describes your experience with your child's IEP.

| | | Yes | No | Does Not Apply |
|---|---|---|---|---|
| **A.** | **Regarding your child's current IEP:** | | | |
| 1. | I am satisfied with the IEP meeting. | ☐ | ☐ | ☐ |
| 2. | I feel that the IEP accurately reflects the decisions made at the IEP meeting. | ☐ | ☐ | ☐ |
| 3. | I received notice of the IEP meeting. | ☐ | ☐ | ☐ |
| 4. | I received "The IEP and You" handbook with the notice of the IEP meeting. | ☐ | ☐ | ☐ |
| 5. | During the IEP process I received "A Parent's Guide to Special Education Services (Including Procedural Rights and Safeguards)" explaining my rights as a parent. | ☐ | ☐ | ☐ |
| 6. | The IEP meeting was held in an appropriate setting. | ☐ | ☐ | ☐ |
| 7. | I feel I was treated as an equal and important part of the IEP team. | ☐ | ☐ | ☐ |
| 8. | The participants at the IEP meeting were prepared and informed. | ☐ | ☐ | ☐ |
| 9. | Placements for my child, including the general education setting, were discussed and decided upon. | ☐ | ☐ | ☐ |
| 10. | Related services were discussed and decided upon, if relevant. | ☐ | ☐ | ☐ |
| 11. | If my child is 14 years old or older, an Individualized Transition Plan (ITP) was developed with my child's and my concerns in mind. | ☐ | ☐ | ☐ |
| 12. | At the end of the IEP meeting the decisions were summarized. | ☐ | ☐ | ☐ |
| 13. | If I needed an oral interpretation of the IEP team meeting an interpreter was provided. | ☐ | ☐ | ☐ |
| 14. | The interpretation of the IEP team meeting enabled me to participate and make an informed decision regarding my child's IEP during the IEP meeting. | ☐ | ☐ | ☐ |
| 15. | The interpreter stayed for the duration of the IEP team meeting. | ☐ | ☐ | ☐ |
| 16. | If the interpreter left the IEP meeting before it was over, another staff member served as the interpreter and the interpretation was adequate. | ☐ | ☐ | ☐ |
| 17. | I am aware that, if I am dissatisfied with the adequacy of the oral interpretation at the IEP team meeting, I can file a complaint with the Educational Equity Compliance Office at (213) 241-7682. | ☐ | ☐ | ☐ |
| 18. | If I needed a written translation of the IEP, translation services were offered. | ☐ | ☐ | ☐ |
| 19. | I am aware that, if I do not receive a copy of the translated IEP, I can contact the site administrator or call the Division of Special Education at (213) 241-6701. | ☐ | ☐ | ☐ |

If any of the answers to items 13–16 or 18–19 was No, please discuss your concern(s) with the site administrator or call the Division of Special Education at (213) 241-6701.

| | | | | |
|---|---|---|---|---|
| **B.** | **Regarding your child's previous IEP (if relevant):** | | | |
| 20. | I am satisfied that my child received the services described on the previous IEP. (If your answer to this question is "No", please write concerns below.) | ☐ | ☐ | ☐ |

Additional Comments

Is there anything more you would like to ask us or tell us?
Please write below or call the Parent Resource Network at 1-800-933-8133.

**Please fold along dotted lines with the address showing. Seal and mail. Postage is pre-paid.**
**Again, Thank you!**

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 33798 LOS ANGELES CA 90051

POSTAGE WILL BE PAID BY ADDRESSEE

ATTN PARENT RESOURCE NETWORK
LOS ANGELES UNIFIED SCHOOL DISTRICT
PO BOX 513307
LOS ANGELES CA 90099-4093

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

PARENT INPUT SURVEY
English

Exhibit 19: Page 14 of 23

Page 13 of 17

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

Reconvened
Meeting Date

Student F█████ M█ L    Date of Birth █████ 2013   Meeting Date 25-SEP-2020
Last   First   MI

**Section R: Names and Signatures (Signatures on File)**

| Team Member | Print Name | Signature |
|---|---|---|
| Parent/Guardian | M████ F████ | |
| Parent/Guardian | | |
| Student Age 18 - 21 years | | |
| Student Under Age 18 years | | |
| Surrogate Parent | | |
| Foster Parent | | |
| Family Foster Home Provider | | |
| Administrator | James McGroarty | James Mc Groarty |
| Administrative Designee | | |
| Special Education Teacher | Alisa Friedman | |
| General Education Teacher | Karryn Grossman | |
| School Psychologist | | |
| School Nurse | | |
| Related Service Staff | | |
| Related Service Staff | | |
| Related Service Staff | | |
| Interpreter | | |
| Sign Language Interpreter | | |
| Agency Representative | | |
| Agency Representative | | |
| Agency Representative | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |

Exhibit 19: Page 15 of 23

Page 14 of 17

**Los Angeles Unified School District**

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

| Student | R⬛ | M⬛ | L | Date of | ⬛2013 | Meeting | 25-SEP-2020 |
|---|---|---|---|---|---|---|---|
| | Last | First | MI | Birth | | Date | |

## LEAST RESTRICTIVE ENVIRONMENT ANALYSIS

To Be Completed By the IEP Team at the IEP Team Meeting

Student's Current Placement Type:

○ General Education Class/General Education Site          ◉ Special Day Program/General Education Site

○ Special Day Program/Special Education Center          ○ Nonpublic School

○ Home/Hospital or Residential Care Facility

**DIRECTIONS:** Complete the information below as part of the IEP team discussion regarding placement from the beginning at Step A until the team reaches the Step that indicates YES. After reaching the Step that indicates YES, it is also required to complete Step F.

The Individuals with Disabilities Education Act (IDEA) requires that students with disabilities be educated in the least restrictive environment. Placement in a more restrictive setting should only occur if the nature or severity of the student's disability is such that placement in a less restrictive setting with the use of supplementary aids and services cannot be achieved satisfactorily. The lack of current availability of a student's required supports, services, accommodations and modifications is not the sole justification for placement in a more restrictive setting, unless there is a compelling reason why they cannot be provided. In selecting the LRE, consideration is given to any potential harmful effect on the child or on the quality of services that he or she needs.

**Step A.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a general education classroom/setting?

○ Yes   ◉ No      If the answer is YES, then a general education classroom/setting is the appropriate placement. If the answer is NO, go to the question below.

○ Yes   ◉ No      If not currently available, can the required supports, services, accommodations and/or modifications be made available in a general education classroom/setting? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step B.

M⬛ requires small group instruction to access curriculum .

**Step B.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available on a general education site in a special day program?

◉ Yes   ○ No      If the answer is YES, then a special day program on a general education site is the appropriate placement. If the answer is NO, go to the question below.

○ Yes   ○ No      If not currently available, can the required supports, services, accommodations and/or modifications be made available in a special day program on a general education site? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step C.

Exhibit 19: Page 16 of 23

2/16/2021                                                    Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student R | | | L | | Date of | | 2013 | Meeting | 25-SEP-2020 |
|---|---|---|---|---|---|---|---|---|---|
| Last | M | First | MI | | Birth | | | Date | |

## ANNUAL LEAST RESTRICTIVE ENVIRONMENT ANALYSIS (Continued)

To Be Completed By the IEP Team at the IEP Team Meeting

**Step C.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a special school setting?

◯ Yes   ◯ No    If the answer is YES, then a special school setting is the appropriate placement. If the answer is NO, go to the question below.

◯ Yes   ◯ No    f not currently available, can the required supports, services, accommodations and/or modifications be made available in a special school setting? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step D.

**Step D.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a home/hospital setting?

◯ Yes   ◯ No    If the answer is YES, then a home/hospital setting is the appropriate placement. If the answer is NO, go to the question below.

◯ Yes   ◯ No    If not currently available, can the required supports, services, accommodations and/or modifications be made available in a home/hospital setting? If YES, all required supports, services, accommodations and/or modifications must be provided within a reasonable timeline. If the answer is NO, please articulate why in the box below. Then go to Step E.

**Step E.**   Can the supports, services, accommodations and/or modifications in the student's IEP be made available in a residential care facility?

◯ Yes   ◯ No    If not currently available, articulate in the IEP what supports, accommodations and/or modifications are required for the student in this setting.

Exhibit 19: Page 17 of 23

2/16/2021                                        Individualized Education Program (IEP)

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**

| Student R | M | L | Date of | 2013 | Meeting | 25-SEP-2020 |
|---|---|---|---|---|---|---|
| Last | First | MI | Birth | | Date | |

## ANNUAL LEAST RESTRICTIVE ENVIRONMENT ANALYSIS (Continued)

To Be Completed By the IEP Team at the IEP Team Meeting

**Step F.**  The student's needs as reflected in the contents of this IEP, and the placement being considered by the IEP team, outweigh any potential harmful effects at this time, including (check all that apply):

- ☐ Diminished access to the full range of the curriculum
- ☐ Missed general education instruction taught by highly qualified staff
- ☐ Rate at which student may earn credits for graduation
- ☐ Lack of opportunity for social interaction
- ☐ Lack of opportunities for age-appropriate peer role models
- ☐ Amount of socialization opportunities with typical peers
- ☐ Limited access to peers in student's home community
- ☐ Lack of exposure to appropriate behavioral models from peers
- ☑ Other:     There are no potential harmful effects

Exhibit 19: Page 18 of 23

2/16/2021                                                    Individualized Education Program (IEP)

<table>
<tr><td colspan="4"></td><td>Page 15 of 17</td></tr>
</table>

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

**Los Angeles Unified School District**                    **IEP FAPE Part 1 - Eligibility, Placements and Supports**

Student   R███████   M████   L█████        Date of Birth ████ 2013    Meeting Date 25-SEP-2020
          Last        First

|  | **Effective With this IEP** | **Future Changes Related to this IEP** |
|---|---|---|
| As of Date: | 25-SEP-2020 | |

**Eligibility:** (from Page 4)                    *Eligible (SLD)*

*Final IEP Reason*
*Final IEP Effective*
*Date:*

**Curriculum**                 General Education

**Placement**
Type of School         District Non-Resident School
Name of School         POMELO COMMUNITY CS

**Instructional Setting**
Setting                Special Education
Program                SLD
Special Day            1350
Minutes/Wk
Addresses Goals        1(Reading ),2(Reading Comp),3(Writing),4(Math)

**Additional Factors**
Low Incident Support   None
Assistive Technology   No
Support
Transportation         None
Extended School         ◉ Yes    ○ No
Year/Intersession
Parent Counseling and   ◉ Yes    ○ No
Training (PCT)
ESY Transportation      No

**Accommodation, Modifications, Supports**
Instructional          shortened work load; material presented in
Accommodations         small increments; repetition of materials;
                       modeling; small groups; visual demonstrations;
                       reduction of paper/pencil tasks; fewer repetative
                       test items; short answer/oral responses dictated
                       on assessments and tests; number lines, Touch
                       Math chart; graphic organizers

Instructional          none
Modifications

Other Supports,        checking for understanding; Second Step social
including Non-          skills curriculum; restorative justice circles;
Academic and Extra-    opportunities for review and practice; positive
curricular Activities  behavior reinforcement; extra time to process
                       information; modeling;

**Preparation for Three Year Review IEP** (At the second Annual Review IEP Meeting, the team must discuss and document the decision to conduct or not conduct a three-year comprehensive reassessment.)

Do the Parent and the   ◉ Yes    ○ No
District (local
educational agency)
agree that a
reassessment is
unnecessary?

If the Parent does not
agree, specify the area(s)
to be reassessed.

Comments, as appropriate

**Exhibit 19: Page 19 of 23**

Low Incidence

Individualized Education Program (IEP)

| | |
|---|---|
| **Equipment** | |
| **Assistive Technology Equipment** | |
| **Participation in General Education** | M███ will participate with grade level peers for music, library, physical education, art, science lab, science, social studies, health, school wide assemblies and events, grade level assemblies and events, mainstream class activities and events, recess and lunch |

2/16/2021                                          Individualized Education Program (IEP)

| | Page 16 of 17 |
|---|---|

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

| Los Angeles Unified School District | **IEP FAPE Part 2 - Summary of Services** | |
|---|---|---|

| Student R███ | M███ | L | | Date of Birth ███2013 | Meeting Date | 25-SEP-2020 |
|---|---|---|---|---|---|---|
| Last | First | MI | | | | |

| | **Effective With This IEP** | **Future Changes Related To This IEP** |
|---|---|---|

**Notes:**
Parents of students who are Medi-Cal eligible authorize LAUSD to submit claims for reimbursement by Medi-Cal funded services unless parent(s) signs a Parent Medi-Cal Non-Authorization to Bill form. Please see Parent's Guide to Special Education Services (including Procedural Rights and Safeguards).

## Part 3 - Percentage of Time Outside of General Education

| | Effective With this IEP | Future Changes Related to this IEP |
|---|---|---|
| % of Time per Week outside of General Education | 85 | |

## Part 4 - Additional Discussion (This section is optional)

LAUSD schools are closed at this time due to the COVID-19 national pandemic. M██ will receive educational services as described in the Distance Learning Plan (DLP) recommended by the IEP team. Parent is requesting an OT screening and possible assessment. Parent is requesting tutoring and part of our recoupment conversation is to utilize in house pool teachers to support tutoring at this time.

**Exhibit 19: Page 21 of 23**

2/16/2021                                    Individualized Education Program (IEP)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Los Angeles Unified School District**                    **IEP FAPE Part 2 - Summary of Services**

Student   R____   M____   L                Date of Birth ____ 2013      Meeting Date 25-SEP-2020
          Last      First      MI

### FAPE Summary Grid

| | | | |
|---|---|---|---|
| **Program:** | SLD | **Setting:** | Special Education |
| **Eligibility:** | Eligible (SLD) | **Curriculum:** | General Education |
| **Transportation:** | None | **Low Incident Support:** | None |

**Date District Received**              25-Sep-2020
**Parent Signature:**

| Service Code | Service Desc | Start Date | Service Applies To | Interval | Frequency | Area | Total Minutes | Addresses Goal(s) | No Consent |
|---|---|---|---|---|---|---|---|---|---|

#### Alternative Remote/Distance Learning Services During Emergency Conditions

**If instruction or services, or both, cannot be provided to the pupil either at the school or in person for more than 10 school days due to emergency conditions caused by fire, flood, impassable roads, epidemic, earthquake, imminent major safety hazard as determined by local law enforcement, a transportation services strike by nonschool entity, or other official order issued to meet a state of emergency or war, the IEP will be provided by one or more of the means stated below, to the greatest extent possible in light of the emergency circumstances and District policy.**

Means of Delivery, to greatest extent possible ("x" all that could apply for student, depending on emergency circumstances):

| | Teacher-posted lessons, asynchronous (online or other media) | Virtual class meetings, synchronous | Personalized learning tools (virtual or paper packets, as available) | Scheduled teacher appointments (virtual or in-person, as available) | Scheduled email check-ins (parent or student) | Virtual office hours (drop-in; parent or student) |
|---|---|---|---|---|---|---|
| Specialized Academic Instruction and Related Services | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| Extended School Year Services | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| Supplementary Aids and Services (provided in general education classes and other general ed environments) | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |

**As soon as practicable following the determination that instruction or services, or both, cannot be provided either at the school or in person for more than 10 days due to a qualifying state of emergency, the parent will be notified as to the specific means by which the student's IEP will be provided, in light of the emergency circumstances present at that time. The IEP will be provided by alternative means as necessitated during the period of emergency conditions, only.**

*Comments above do not constitute a change to the District's offer of FAPE or IEP. Because the nature of any future emergency cannot be known in advance, the specific means by which the IEP shall be provided in a future emergency will be determined at the time, in light of the circumstances.*

#### For IEP Team Information

☑ By clicking this box the IEP team has reviewed the FAPE Summary Page to ensure that it reflects the IEP Team decisions.

**Exhibit 19: Page 22 of 23**

Individualized Education Program (IEP)