UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and State of New York, ex rel. Patrick Donohue,

                                    Plaintiffs,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

                                    Defendants.

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of a letter from Relator requesting that the Court (1) allow the Clerk of Court to issue to Relator a set of ECF credentials corresponding to Relator in his *pro se* capacity; (2) direct the Clerk of Court to issue the Summonses that Relator claims he has requested; and (3) extend Relator's deadline to serve the Second Amended Complaint on Defendants to November 19, 2021, and his deadline to file proof of such service with the Court to December 6, 2021. (10/19/21 Ltr., ECF No. 20.)

Regarding Relator's request for "'*pro se*' credentials" (*id.* at 1): Relator is directed to file with the Court an executed *Notice of Pro Se Appearance* form, available online at https://www.nysd.uscourts.gov/node/826, along with an executed *Consent to Electronic Service* form, available online at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. The Court will take appropriate action thereafter.

The Clerk of Court is respectfully directed to issue Summonses corresponding to the Defendants named in the Second Amended Complaint, and to mail a copy of them to Relator at the following address: 55 West 116th Street, #159, New York, NY 10026.

Relator's deadline to serve the Second Amended Complaint on Defendants is hereby extended to November 19, 2021. Relator's deadline to file proof of such service with the Court is hereby extended to December 6, 2021.

**SO ORDERED.**

Dated:     New York, New York
              October 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge