UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES of AMERICA and STATE of NEW YORK, ex rel. PATRICK DONOHUE

                             Plaintiff(s),

-against-

RICHARD CARRANZA, in his official capacity as former Chancellor of New York City Department of Education   Defendant(s).

Docket No: _____ CV 05396 (GHW)(SDA)

**NOTICE OF PRO SE APPEARANCE**

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☒ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

DONOHUE, PATRICK B.
Name (Last, First, MI)

☒ Plaintiff
☐ Defendant

55 W 116th Street, Suite 159 | Manhattan | NY | 10026
Address | City | State | Zip Code

646-850-5035
Telephone Number

PATRICK@PABILAW.COM
e-mail address

October 25, 2021
Date

Signature