Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Loudoun County Public School District and Scott A. Ziegler
Our File No.  91300 ELH

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL PATRICK DONOHUE<br><br>          Plaintiffs,<br><br>-AGAINST-<br><br>RICHARD CARRANZA, IN HIS OFFICIAL CAPACITY AS THE FORMER CHANCELLOR OF NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, IN HER OFFICIAL CAPACITY AS THE CURRENT CHANCELLOR OF THE NEW YORK CITY DEPARTMENT OF EDUCATION, NIAGARA FALLS PUBLIC SCHOOL DISTRICT, MARK LAURRIE, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, BUFFALO PUBLIC SCHOOL DISTRICT, KRINER CASH, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, MASSACHUSETTS DEPARTMENT OF EDUCATION, SOMERVILLE PUBLIC SCHOOL DISTRICT, MARY SKIPPER, IN HER OFFICIAL CAPACITY AS SUPERINTENDNET, JEFFREY C. RILEY, IN HIS OFFICE CAPACITY AS SUPERINTENDNENT, STAMFORD PUBLIC SCHOOL DISTRICT, DR. TAMU LUCERO, IN HER OFFICIAL CAPACITY AS SUPERINTENDNET, CHICAGO PUBLIC SCHOOL DISTRICT, JOSE M. TORRES, PHD, IN HIS OFFICIAL CAPACITY AS SUPERINTENDNET, LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT, SCOTT A. ZIEGLER, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, CAMDEN CITY PUBLIC SCHOOL DISTRICT, KATRINA MCCOMBS, IN HER OFFICIAL CAPACITY | UNITED STATES DISTRICT COURT:SOUTHERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO.: 1:20-CV-5396 (GHW)<br><br>          Civil Action<br><br><br>**NOTICE OF APPEARANCE** |

| |
|---|
| AS SUPERINTENDENT, LOS ANGELES UNIFIED SCHOOL DISTRICT, AUSTIN BEUTNER, IN HIS OFFICIAL CAPACITY AS SUPERINTENDNET, SAN DIEGO UNIFIED SCHOOL DISTRICT, DR. LAMONT A JACKSON, IN HIS OFFICIAL CAPACITY AS SUPERINTENDNET, AND CINDY MARTEN, IN HER OFFICIAL CAPACITY AS FORMER SUPERINTENDENT, WAKE COUNTY PUBLIC SCHOOL DISTRICT, CATHY QUIROZ MOORE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT, AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, STEPHANIE S. ELIZADE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT<br><br>            Defendants |

The law firm of Methfessel & Werbel, P.C. hereby enters an appearance on behalf of defendants, Loudoun County Public School District and Scott A. Ziegler

                                   **METHFESSEL & WERBEL, ESQS.**
                                   Attorneys for Loudoun County Public School District and Scott A. Ziegler

                                 By:_____
                                      Eric L. Harrison

DATED: November 22, 2021