

Ashleigh Rousseau <ashleigh@pabilaw.org>

# United States and State of New York ex rel Donohue v. Richard Carranza, et al [20-cv-05396]
8 messages

**Ashleigh Rousseau** <ashleigh@pabilaw.org>  Thu, Nov 18, 2021 at 5:59 PM
To: ServiceECF@law.nyc.gov, Hearings Pabilaw <hearings@pabilaw.org>

📄 FINAL EXHIBITS.zip

📄 Date Stamped Qui Tam_Pro Se Filing Office .pdf

Good evening,

Please see attached the complaint and exhibits that have been filed in the Southern District for this matter.

Thank you,

Ashleigh

--

Ashleigh C. Rousseau, Esq.



**Ashleigh C. Rousseau, Esq. | Attorney**
300 East 95th Street, Suite #130
New York, New York 10128
Tel. 646.850.5035

braininjuryrights.org

**Confidentiality Notice -** *This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.*

*Aviso de confidencialidad - Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos*

**Marke, Ariton (Law)** <amarke@law.nyc.gov>  Fri, Nov 19, 2021 at 9:03 AM
To: Ashleigh Rousseau <ashleigh@pabilaw.org>

Hell- we can only view files are PDFs. Please send documents as PDFs.

Thank you

**From:** Ashleigh Rousseau <ashleigh@pabilaw.org>
**Sent:** Thursday, November 18, 2021 5:59 PM
**To:** ServiceECF (Law) <ServiceECF@law.nyc.gov>; Hearings Pabilaw <hearings@pabilaw.org>
**Subject:** [EXTERNAL] United States and State of New York ex rel Donohue v. Richard Carranza, et al [20-cv-05396]

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good evening,

**FINAL EXHIBITS.zip**

Please see attached the complaint and exhibits that have been filed in the Southern District for this matter.

**Date Stamped Qui Tam_Pro Se Filing Office .pdf**

Thank you,

Ashleigh

--

Ashleigh C. Rousseau, Esq.

**Ashleigh C. Rousseau, Esq. | Attorney**
300 East 95th Street, Suite #130
New York, New York 10128
Tel. 646.850.5035
braininjuryrights.org

[Quoted text hidden]

---

**Ashleigh Rousseau** <ashleigh@pabilaw.org>                                    Fri, Nov 19, 2021 at 9:28 AM
To: "Marke, Ariton (Law)" <amarke@law.nyc.gov>, Hearings Pabilaw <hearings@pabilaw.org>

📄 **Exhibit 1_IDEA Part B Letters [2020, 2021][Alph...**

📄 **Exhibit 2_NYC_Comptroller Stringer Audit Finds ...**

📄 **Exhibit 3_JR 2020 IEP_Redacted.pdf**

📄 **Exhibit 4_JR Remote IEP_Redacted.pdf**

📄 **Exhibit 5_J.R. Transcript [Redacted]_Redacted.pdf**

📄 **Exhibit 6_SJD Transcript_185111_10.1.20_Redacte...**

📄 **Exhibit 7_SJD Redacted & Numbered Trancript [19...**

📄 **Exhibit 8_NYC DOE_DECEMBER_2020_FSR.pdf**

12/15/21, 4:33 PM  Pabilaw.org Mail - United States and State of New York ex rel Donohue v. Richard Carranza, et al [20-cv-05396]

Case 1:20-cv-05396-GHW-SDA   Document 54   Filed 12/15/21   Page 3 of 6

- 📄 Exhibit 9_GM 2020 IEP[Redacted].pdf
- 📄 Exhibit 10_Autism Services Letter to GM.pdf
- 📄 Exhibit 11_TS 2020 IEP [Redacted].pdf
- 📄 Exhibit 12_P.M. 2020 Proposed IEP_Redacted.pdf
- 📄 Exhibit 13_Massachusetts 2020 year End Report c...
- 📄 Exhibit 14_HP 2020 IEP_Redacted.pdf
- 📄 Exhibit 15_BW 2020 IEP_Redacted.pdf
- 📄 Exhibit 16_TA 2020 IEP_Redacted.pdf
- 📄 Exhibit 17_AK 2020 IEP_Redacted.pdf
- 📄 Exhibit 18_CA 2020 IEP_Redacted.pdf
- 📄 Exhibit 19_MR 2020 IEP_Redacted.pdf
- 📄 Exhibit 20_JM 2020 IEP.pdf
- 📄 Exhibit 20_JM 2020 IEP_Redacted.pdf
- 📄 Exhibit 21_AC IEP [Wake County, NC]_Redacted.pdf
- 📄 Exhibit 22_AN 2020 IEP TX_Redacted.pdf

[Quoted text hidden]

---

**Marke, Ariton (Law)** <amarke@law.nyc.gov>   Fri, Nov 19, 2021 at 9:41 AM
To: Ashleigh Rousseau <ashleigh@pabilaw.org>

These are still links for google drive. They need to be PDFs.

---

**From:** Ashleigh Rousseau <ashleigh@pabilaw.org>
**Sent:** Friday, November 19, 2021 9:28 AM
**To:** Marke, Ariton (Law) <amarke@law.nyc.gov>; Hearings Pabilaw <hearings@pabilaw.org>
**Subject:** Re: [EXTERNAL] United States and State of New York ex rel Donohue v. Richard Carranza, et al [20-cv-05396]

Exhibit 1_IDEA Part B Letters [2020,

Exhibit 2_NYC_Comptroller Stringer

Exhibit 3_JR 2020 IEP_Redacted.pdf

Exhibit 4_JR Remote IEP_Redacted.pdf

Exhibit 5_J.R. Transcript [Redacted]_Redacted.pdf

Exhibit 6_SJD Transcript_185111_10.1...

Exhibit 7_SJD Redacted & Numbered

Exhibit 8_NYC DOE_DECEMBER_202...

Exhibit 9_GM 2020 IEP[Redacted].pdf

Exhibit 10_Autism Services Letter to G...

Exhibit 11_TS 2020 IEP [Redacted].pdf

Exhibit 12_P.M. 2020 Proposed IEP_Re...

Exhibit 13_Massachusetts 2020 year F...

Exhibit 14_HP 2020 IEP_Redacted.pdf

Exhibit 15_BW 2020 IEP_Redacted.pd...

Exhibit 16_TA 2020 IEP_Redacted.pdf

Exhibit 17_AK 2020 IEP_Redacted.pdf

Exhibit 18_CA 2020 IEP_Re...

Exhibit 19_MR 2020 IEP_Re...

Exhibit 20_JM 2020 IEP.pdf

Exhibit 20_JM 2020 IEP_Redacted.pdf

[Quoted text hidden]

Exhibit 21_AC IEP [Wake County, NC]_Re...

---

**Ashleigh Rousseau** <ashleigh@pabilaw.org>                                    Fri, Nov 19, 2021 at 6:58 PM
To: "Marke, Ariton (Law)" <amarke@law.nyc.gov>

Exhibits 17-22

[Quoted text hidden]

**6 attachments**

📄 **Exhibit 22_AN 2020 IEP TX_Redacted-compressed.pdf**
   619K

📄 **Exhibit 20_JM 2020 IEP_Redacted-compressed.pdf**
   394K

📄 **Exhibit 21_AC IEP [Wake County, NC]_Redacted-compressed.pdf**
   1226K

📄 **Exhibit 19_MR 2020 IEP_Redacted-compressed.pdf**
   1727K

📄 **Exhibit 18_CA 2020 IEP_Redacted-compressed.pdf**

2168K

📄 **Exhibit 17_AK 2020 IEP_Redacted-compressed.pdf**
1641K

---

**Ashleigh Rousseau** <ashleigh@pabilaw.org>  Fri, Nov 19, 2021 at 6:59 PM
To: "Marke, Ariton (Law)" <amarke@law.nyc.gov>

Exhibits 9-16

[Quoted text hidden]

---

**8 attachments**

📄 **Exhibit 14_HP 2020 IEP_Redacted-compressed.pdf**
735K

📄 **Exhibit 16_TA 2020 IEP_Redacted-compressed.pdf**
1304K

📄 **Exhibit 13_Massachusetts 2020 year End Report copy-compressed.pdf**
1544K

📄 **Exhibit 12_P.M. 2020 Proposed IEP_Redacted-compressed.pdf**
1594K

📄 **Exhibit 11_TS 2020 IEP [Redacted]-compressed.pdf**
956K

📄 **Exhibit 10_Autism Services Letter to GM-compressed.pdf**
438K

📄 **Exhibit 15_BW 2020 IEP_Redacted-compressed.pdf**
2127K

📄 **Exhibit 9_GM 2020 IEP[Redacted]-compressed.pdf**
2026K

---

**Ashleigh Rousseau** <ashleigh@pabilaw.org>  Fri, Nov 19, 2021 at 6:59 PM
To: "Marke, Ariton (Law)" <amarke@law.nyc.gov>

[Quoted text hidden]

---

**6 attachments**

📄 **Exhibit 4_JR Remote IEP_Redacted-compressed.pdf**
65K

📄 **Exhibit 5_J.R. Transcript [Redacted]_Redacted-compressed.pdf**
505K

📄 **Exhibit 7_SJD Redacted & Numbered Trancript [196228](7.14.21)-compressed.pdf**
776K

📄 **Exhibit 8_NYC DOE_DECEMBER_2020_FSR-compressed.pdf**
719K

📄 **Exhibit 6_SJD Transcript_185111_10.1.20_Redacted-compressed.pdf**
792K

📄 **Exhibit 3_JR 2020 IEP_Redacted-compressed.pdf**
2481K

---

**Ashleigh Rousseau** <ashleigh@pabilaw.org>  Fri, Nov 19, 2021 at 7:00 PM
To: "Marke, Ariton (Law)" <amarke@law.nyc.gov>

[Quoted text hidden]

---

**2 attachments**

📎 **Exhibit 2_NYC_Comptroller Stringer Audit Finds the City Lost $179 Million Due to Mismanagement of DOE Medicaid Reimbursement Claims for Special Education Services _ Office of the New York City Comptroller Scott M. Stringer-compressed.pdf**
486K

📎 **Exhibit 1_IDEA Part B Letters [2020, 2021][Alphabetical]-compressed.pdf**
19694K