

December 15, 2021

Dear Ashleigh Rousseau:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8116 9900 0802 2275 88**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | November 12, 2021, 10:21 am |
| Location: | LOS ANGELES, CA 90057 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Recipient Name: | AUSTIN BEUTNER SUPERINTENDENT Los Angeles Unifie |
| Actual Recipient Name: | C COVID |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 7lb, 0.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | [handwritten signature] |
| Address of Recipient: | [handwritten] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004