Ashleigh Rousseau <ashleigh@pabilaw.org>

# United States ex rel Donohue v. Carranza, et al. [20-cv-05396]
1 message

**Ashleigh Rousseau** <ashleigh@pabilaw.org>    Fri, Nov 19, 2021 at 5:23 PM
To: board@austinachieve.org
Bcc: Rory Bellantoni <rory@pabilaw.org>

Good evening,

Please find attached a Summons and Complaint with supporting exhibits for a lawsuit filed in the Southern District of New York, of which you and your school district have been named Defendants.

In an attempt to obviate the need for personal service, kindly confirm that you will accept service electronically on behalf of both you and your district. However, if you decline electronic service, please be advised that our office will arrange for personal service, to which we would make an application to be reimbursed for the cost of personal service during litigation.

Thank you,

Ashleigh Rousseau

📄 **Date Stamped Qui Tam_Pro Se Filing Office .pdf**

📄 **FINAL EXHIBITS.zip**

--

Ashleigh C. Rousseau, Esq.



**Ashleigh C. Rousseau, Esq. | Attorney**
300 East 95th Street, Suite #130
New York, New York 10128
Tel. 646.850.5035

braininjuryrights.org

**Confidentiality Notice -** *This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.*

***Aviso de confidencialidad*** *- Este mensaje de correo electrónico, incluyendo todos los archivos adjuntos, es para el uso exclusivo de los destinatarios previstos y contiene información confidencial. Se prohíbe el uso o la divulgación no autorizados. Si usted no es el destinatario deseado, usted no puede utilizar, revelar, copiar o difundir esta información. Si usted no es el destinatario deseado, por favor póngase en contacto con el remitente inmediatamente por correo electrónico de respuesta y destruir todas las copias del mensaje original, incluyendo los archivos adjuntos*

📄 **ELIZADE_Summons_05396.pdf**
124K