

December 15, 2021

Dear Ashleigh Rousseau:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8116 9900 0865 5890 43**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 15, 2021, 9:54 am |
| Location: | SOMERVILLE, MA 02145 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $50 insurance included |
| Recipient Name: | SOMERVILLE PUBLIC SCHOOL DISTRICT Attn Mary Ski |
| Actual Recipient Name: | J B |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 5lb, 8.8oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004