```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and State of New York, ex rel. Patrick Donohue,

                    Plaintiffs,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

                    Defendants.

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Tuesday, January 4, 2022 at 3:00 p.m. EST to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               December 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge