METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Loudoun County Public School District and Scott A. Ziegler
Our File No.  91300 ELH

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL PATRICK DONOHUE<br><br>            Plaintiffs,<br><br>-AGAINST-<br><br>RICHARD CARRANZA, ET AL.<br><br>            Defendants | 20-CV-5396 (GHW)<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for Defendants Loudoun County Public School District and Scott A. Ziegler, for an Order dismissing the Complaint, and the Court having considered the matter and for good cause shown;

**IT IS** on this ____ day of _____ 2022;

**ORDERED** that all claims made by Plaintiffs be and are hereby dismissed with prejudice;

**ORDERED** that a copy of this Order shall be deemed served by the uploading of this Order online.

_____
Hon. Gregory H. Woods, U.S.D.J.

( ) Opposed
( ) Unopposed