Our File No. 91300

## CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Methfessel & Werbel.

2. On December 27, 2021 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

    **VIA ELECTRONIC FILING**
    Honorable Stewart D. Aaron, U.S.M.J.
    United States District Court Southern District of New York
    US Courthouse
    40 Foley Square
    New York, NY 10007-1581

    **VIA EMAIL: Patrick@pabilaw.com**
    Patrick B. Donohue, Esq.
    Patrick Donohue Law Firm PLLC
    55 West 116th Street, Suite 159
    New York, NY 10026

    **VIA ELECTRONIC FILING**
    All Defense Counsel of Record

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Katharine A. Rubin