```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/4/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America and State of New York, ex rel. Patrick Donohue,

                        Plaintiffs,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

                        Defendants.

---

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. The deadline to complete service of process on all remaining Defendants, including those Defendants who have failed to return executed waivers of service and those Defendants represented by the New York City Law Department,[1] is extended to January 31, 2022.

2. No later than January 18, 2022, Plaintiff shall file his opposition to the motion by Defendants Loudoun County Public School District and Scott A. Ziegler (the "Loudoun

---

[1] During today's conference, New York City Law Department counsel argued that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the parties represented by the Law Department should be dismissed for failure to timely serve those parties. On October 29, 2021, the Court had extended the deadline for Plaintiff to serve the Second Amended Complaint to November 18, 2021. (*See* 10/20/21 Order, ECF No. 21.) On November 18, 2021, Plaintiff made efforts to serve the Law Department by email. (*See* Rosseau 11/18/21 Email, ECF No. 54.) The Court, in its discretion, finds good cause to extend the service deadline to January 31, 2022 for all Defendants, including those represented by the New York City Law Department.

County Defendants") to dismiss (ECF No. 68). No later than January 25, 2022, the Loudoun County Defendants shall file any reply.

**SO ORDERED.**

Dated:   New York, New York
        January 4, 2022

_____
STEWART D. AARON
United States Magistrate Judge