```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA and the STATES :
 OF THE UNITED STATES ex rel. PATRICK :
DONOHUE, : 1:20-cv-05396-GHW
:
                      Plaintiffs, : ORDER
:
            -against- :
:
RICHARD CARRANZA, in his official capacity as :
the Chancellor of New York City Department of :
Education, the NEW YORK CITY DEPARTMENT :
OF EDUCATION, THE CITY OF NEW YORK, the :
SCHOOL DISTRICTS OF THE UNITED STATES, :
and COUNTIES OF THE UNITED STATES, :
:
                      Defendants. :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On December 28, 2021 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than January 11, 2022. Dkt. No. 69. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 28, 2021 order forthwith, and in no event later than January 18, 2022.

      Plaintiff is ordered to serve a copy of this order on Defendants and retain proof of service.

      SO ORDERED.

Dated: January 12, 2022
New York, New York
                                                GREGORY H. WOODS
                                           United States District Judge