```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA and the STATES        :
 OF THE UNITED STATES ex rel. PATRICK           :
DONOHUE,                                        :            1:20-cv-05396-GHW
                                                :
                    Plaintiffs,                 :                 ORDER
                                                :
        -against-                               :
                                                :
RICHARD CARRANZA, in his official capacity as   :
the Chancellor of New York City Department of   :
Education, the NEW YORK CITY DEPARTMENT         :
OF EDUCATION, THE CITY OF NEW YORK, the         :
SCHOOL DISTRICTS OF THE UNITED STATES,          :
and COUNTIES OF THE UNITED STATES,              :
                                                :
                    Defendants.                 :
                                                :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has received the proposed consent order signed by Plaintiff and defendant Loudoun County School District. Dkt. No. 76. Consent to a magistrate judge's authority under 28 U.S.C. § 636(c) requires the consent of all defendants in an action. Because only one of the defendants in this case consents to proceed before a magistrate judge, the case is not referred. However, the parties may consent to a magistrate judge's authority for specific motions, including the pending motion which applies to defendant London County School District. The appropriate form for doing so is available on the Southern District of New York's website.

      SO ORDERED.

Dated: January 28, 2022  
New York, New York

                                            GREGORY H. WOODS  
                                            United States District Judge