# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2022

| United States of America, ex rel Patrick Donohue | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:20-cv-5396 (GHW) |
| Richard Carranza, et al | ) | |
| Defendant | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (identify each motion by document number and title).

Motions: [ECF No. 68] Defendant Loudoun County's Motion to Dismiss in Lieu of A...

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| Patrick B. Donohue, Plaintiff Relator | /s/ | 01/28/2022 |
| Eric L. Harrison, Counsel for Defendants Loudoun County & Scott A. Ziegler | /s/ | 01/28/2022 |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: January 29, 2022

_____
District Judge's signature

Gregory H. Woods, U.S.D.J.
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.