UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITES STATES OF AMERICA and STATES of THE UNITED STATES, *ex rel.* PATRICK DONOHUE,<br><br>        Plaintiff-Relator,<br><br>   - against -<br><br>RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, *et al*.,<br><br>        Defendants. | Civil Action No. 1:20-cv-5396 (GHW)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Joseph V. Willey, hereby enter my appearance on behalf of Defendants New York City Department of Education, Richard Carranza, in his official capacity as former Chancellor of New York City Department Education, and Meisha Porter, in her official capacity as former Chancellor of New York City Department Education, in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: February 7, 2022
    New York, New York

                KATTEN MUCHIN ROSENMAN LLP

                By: */s/ Joseph V. Willey*
                    Joseph V. Willey
                    575 Madison Avenue
                    New York, New York 10022
                    (212) 940-8800 (phone)
                    (212) 940-8776 (fax)
                    joseph.willey@katten.com

                *Attorneys for Defendants New York City Department of Education, and Richard*

2

*Carranza and Meisha Porter, in their official capacities as former Chancellors of the New York City Department Education*