UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

UNITED STATES OF AMERICA AND STATES OF THE
UNITED STATES, ex rel. PATRICK DONOHUE,

                                                 Plaintiffs,      20-CV-5396 (GHW)(SDA)

          -against-

RICHARD CARRANZA, et al.,                       **NOTICE OF**
                                                 Defendants.     **APPEARANCE**

---------------------------------------------------------------------------x

        **PLEASE** enter the appearance of the undersigned on behalf of defendants Richard Carranza, Meisha Porter, and the New York City Department of Education, in the above titled action.

Dated:    New York, NY
             February 9, 2022

                                                  **GEORGIA M. PESTANA**
                                                  Corporation Counsel of the
                                                    City of New York
                                                 100 Church Street, Room 2-126
                                                 New York, New York  10007
                                                 Tel: (212) 356-2087
                                                 skitzing@law.nyc.gov

                                             By:  s/Stephen Kitzinger
                                                      Stephen Kitzinger
                                                      Assistant Corporation Counsel