

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 02/09/2022

575 Madison Avenue
New York, NY 10022-2585
+1.212.940.8800 tel
katten.com

JOSEPH V. WILLEY
joseph.willey@katten.com
+1.212.940.7087 direct
+1.212.940.6738 fax

February 9, 2022

Hon. Gregory H. Woods
United States District Judge
United States District Court
500 North Pearl Street, Room 2260
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: February 9, 2022

**Re:** *United States of America and States of the United States, ex rel.*
*Donohue v. Richard Carranza, et al., 1:20-CV-5396 (*GHW*)*

Dear Judge Woods:

This firm, along with the New York City Law Department, represents defendants New York City Department of Education, and Richard Carranza and Meisha Porter, in their official capacities as former Chancellors of the New York City Department of Education (the "NYC defendants"), in the above-captioned case. Pursuant to Rule 1.E of Your Honor's Individual Rules of Practice for Civil Cases, we submit this letter to request an extension of time, to April 15, 2022, for the NYC defendants to respond to plaintiff-relator's Second Amended Complaint (Doc. 19); the response is currently due on February 15, 2022. There have been no prior requests for extension of time. The reason for this request is to allow counsel for the NYC defendants to evaluate the Second Amended Complaint with their clients. Plaintiff-relator consents to this request.

Respectfully submitted,

Joseph V. Willey

JVW:ba

cc: All Counsel (by ECF)

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP