

### METHFESSEL & WERBEL
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^

Of Counsel
MARC DEMBLING*+
STEPHEN R. KATZMAN#
ED THORNTON>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+

Counsel
ADAM M. CARMAN+^
SARAH K. DELAHANT+
SHAJI M. EAPEN+
JAMES FOXEN^
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
SARAH E. SHEPP+
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

February 18, 2022

**VIA E-FILING**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007-1581

RE: **UNITED STATES OF AMERICA VS. LOUDOUN COUNTY PUBLIC SCHOOL**
Our File No.   : 91300 ELH
Docket No.     : 1:20-CV-05396-GHW-SDA

Dear Judge Woods:

This office represents Defendants Loudoun County Public School District and Scott A. Ziegler (hereinafter referred to as "Defendants").

As the Court has severed and transferred to another District Court all claims against them, we request that our firm be removed from the ECF counsel list.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:kar

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 91300 ELH
Page 2

cc:
    **VIA EMAIL: ashleigh@pabilaw.org**
    **VIA EMAIL: rory@pabilaw.org**
    Ashleigh Rousseau, Esq.
    Rory J. Bellantoni, Esq.
    Brain Injury Rights Group, Ltd.
    300 East 95th Street, Suite 130
    New York, NY 10128

    **VIA EMAIL: Patrick@pabilaw.com**
    Patrick B. Donohue, Esq.
    Patrick Donohue Law Firm PLLC
    55 West 116th Street, Suite 159
    New York, NY 10026

    **VIA EMAIL: peter@pabilaw.org**
    Rory J. Bellantoni, Esq.
    Brain Injury Rights Group, Ltd.
    300 East 95th Street, Suite 130
    New York, NY 10128

    **VIA EMAIL: skitzing@law.nyc.gov**
    Stephen Edward Kitzinger, Esq.
    New York City Law Depart. Office of the Corporation Counsel
    100 Church Street
    New York, NY 10007