

# METHFESSEL & WERBEL
*A Professional Corporation*

| | | |
|---|---|---|
| JOEL N. WERBEL> | **Counsel** | **Associates, Cont'd** |
| JOHN METHFESSEL, JR.> | ADAM M. CARMAN+^ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | SARAH K. DELAHANT+ | OLIVIA R. LICATA+ |
| WILLIAM S. BLOOM>* | SHAJI M. EAPEN+ | ASHLEY E. MALANDRE^ |
| ERIC L. HARRISON*+ | JAMES FOXEN^ | ANTHONY J. MANCUSO> |
| MATTHEW A. WERBEL> | ANGELA M. GURRERA> | CHRISTEN E. MCCULLOUGH^ |
| LORI BROWN STERNBACK*+ | GERALD KAPLAN> | KAJAL J. PATEL+ |
| I. BLAKELEY JOHNSTONE,III+* | JARED P. KINGSLEY*+ | SARAH E. SHEPP+ |
| GINA M. STANZIALE> | JOHN R. KNODEL*+ | TIFFANY D. TAGARELLI> |
| PAUL J. ENDLER JR.> | LESLIE A. KOCH= | STEVEN A. UNTERBURGER+ |
| JAMES P. CULLEN, JR.=^ | CHARLES T. MCCOOK, JR.*> | LEVI E. UPDYKE+^ |
| | MARC G. MUCCIOLO> | |
| | RICHARD A. NELKE~ | * Certified by the Supreme Court of |
| **Of Counsel** | STEVEN K. PARNESS+ |   New Jersey as a Civil Trial Attorney |
| MARC DEMBLING*+ | RAINA M. PITTS^ | +Member of NY & NJ Bar |
| STEPHEN R. KATZMAN# | AMANDA J. SAWYER^ | ^Member of PA & NJ Bar |
| ED THORNTON> | JARED S. SCHURE> | >Member of NJ Bar only |
| | | #Member of NJ & LA. Bar |
| **Retired** | | <Member of NJ & DC Bar |
| JOHN METHFESSEL, SR.> | **Associates** | ≥Member of NJ, PA & DC Bar |
| (1935-2017) | JILLIAN T. CLARK> | ~Member of NY, NJ & DC Bar |
| DON CROWLEY*+ | EDWARD D. DEMBLING> | =Member of NY, NJ & MA Bar |
| | MICHAEL R. EATROFF> | |
| | FRANK J. KEENAN+^ | **Please reply to New Jersey** |
| | SCOTT KETTERER> | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/18/2022

February 18, 2022

**VIA E-FILING**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007-1581

RE: **UNITED STATES OF AMERICA VS. LOUDOUN COUNTY PUBLIC SCHOOL**
Our File No.    : 91300 ELH
Docket No.      : 1:20-CV-05396-GHW-SDA

Dear Judge Woods:

This office represents Defendants Loudoun County Public School District and Scott A. Ziegler (hereinafter referred to as "Defendants").

As the Court has severed and transferred to another District Court all claims against them, we request that our firm be removed from the ECF counsel list.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:kar

```
Methfessel & Werbel, Esqs.
Our File No. 91300 ELH
Page 2

    cc:
        VIA EMAIL: ashleigh@pabilaw.org
        VIA EMAIL: rory@pabilaw.org
        Ashleigh Rousseau, Esq.
        Rory J. Bellantoni, Esq.
        Brain Injury Rights Group, Ltd.
        300 East 95th Street, Suite 130
        New York, NY 10128

        VIA EMAIL: Patrick@pabilaw.com
        Patrick B. Donohue, Esq.
        Patrick Donohue Law Firm PLLC
        55 West 116th Street, Suite 159
        New York, NY 10026

        VIA EMAIL: peter@pabilaw.org
        Rory J. Bellantoni, Esq.
        Brain Injury Rights Group, Ltd.
        300 East 95th Street, Suite 130
        New York, NY 10128

        VIA EMAIL: skitzing@law.nyc.gov
        Stephen Edward Kitzinger, Esq.
        New York City Law Depart. Office of the Corporation
        Counsel
        100 Church Street
        New York, NY 10007
```

On February 14, 2022, the magistrate judge in this case issued an order transferring claims against Loudon County School Public District and Scott A. Zeigler to the Eastern District of Virginia. Accordingly, the Clerk of Court is instructed to remove Loudon County Public School District and Scott A. Zeigler from the docket in this case.

SO ORDERED.

Dated: February 18, 2022
New York, New York

GREGORY H. WOODS
United States District Judge