**CATHY QUIROZ MOORE**, in her official capacity as Superintendent,
**AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT**,
**STEPHANIE S. ELIZALDE**, in her official capacity as Superintendent,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/25/2022
```

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of AMY DEMMLER, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Texas; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Amy Demmler |
| Firm Name: | Rogers, Morris & Grover, L.L.P. |
| Address: | 5718 Westheimer Road, Suite 1200 |
| City / State / Zip: | Houston, Texas 77057 |
| Telephone / Fax: | 713-960-6000 / 713-960-6025 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Austin Independent School District and Stephanie S. Elizalde in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 25, 2022

_____
United States Magistrate Judge