

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**L<small>AW</small> D<small>EPARTMENT</small>**
100 CHURCH STREET
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022
```

**STEPHEN KITZINGER**
phone: (212) 356-2087
email: skitzing@law.nyc.gov

February 28, 2022

<u>**VIA ECF**</u>

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: February 28, 2022

Re:   *U.S. ex rel. Donohue v. Carranza, et al.*
       Case No. 20 CV 5396 (GHW)(SDA)

Dear Magistrate Judge Aaron:

    I am the Assistant Corporation Counsel assigned to represent the New York City Department of Education and two of its former Chancellors in the above-referenced matter brought pursuant to False Claims Act relating to Medicaid claiming for School Supportive Health Services provided to students during the COVID-19 Pandemic. I write as a courtesy to and at the request of the Chicago Public Schools' ("CPS") Law Department because no attorney there is admitted to practice before this Court. On behalf of CPS and Jose M. Torres, Ph.D., former interim CEO of CPS, and with Relator's consent, I respectfully request that CPS and Torres' time to respond to the Third Amended Complaint (the "Complaint") (Dkt No. 19) be extended to April 15, 2022, in order to permit them to fully review the Complaint and retain local counsel. Please note that neither I nor the New York City Law Department are or will be representing CPS or former interim CEO Torres in this action.

    Thank you in advance for your consideration of this matter.

Respectfully yours,

/s/Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel

cc:   Elizabeth Barton (by email)
       Christy Michaelson (by email)
       All appearing counsel (by ecf)