

5718 WESTHEIMER ROAD, SUITE 1200
HOUSTON, TEXAS 77057
PHONE: (713) 960-6000 ▪ FAX: (713) 960-6025
**www.rmgllp.com**

**JONATHAN G. BRUSH**
Direct Dial: (713) 960-6007
jbrush@rmgllp.com



February 28, 2022

*Via ECF*
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2022
```

     Re:    No. 1:20-cv-5396-GHW-SDA; United States of America and State of New York, ex rel. Patrick Donohue v. Richard Carranza, et al.

Dear Magistrate Judge Aaron:

     I am counsel for Austin Independent School District (Austin ISD) and Stephanie S. Elizalde (Elizalde) in the above-entitled action. I was just recently granted admission pro hac vice, on Friday, February 25, 2022.

     Pursuant to Rule 1.E of Your Honor's Individual Rules of Practice for Civil Cases, I submit this letter to request an extension of time, to April 15, 2022, for Austin ISD and Elizalde to answer or respond to Plaintiffs' Second Amended Complaint (Doc. 19). The answer or response is currently due on March 1, 2022. There have been no prior requests for extension of time. The reason for this request is to allow counsel for Austin ISD and Elizalde to evaluate the Second Amended Complaint with their clients.

     Counsel for Relator was contacted on Friday, February 25, 2022, regarding this request and he advised he is unopposed to the extension request.

February 28, 2022
Page 2

Should you have any further questions, please do not hesitate to contact me.

                Very truly yours,

                Rogers, Morris & Grover, L.L.P.

                Jonathan G. Brush

cc:    All counsel (by *ECF*)

Request GRANTED. SO ORDERED.
Dated: February 28, 2022

