

Attorneys at Law

www.ohhlegal.com

Suite 575
1901 Avenue of the Stars
Los Angeles, CA 90067
310 788-9200 · PHONE
310 788-9210 · FAX

Suite 225
6200 Stoneridge Mall Road
Pleasanton, CA 94588
510 999-7908 · PHONE
510 999-7918 · FAX

Suite 200
2877 Historic Decatur Road
San Diego, CA 92106
858 988-4188 · PHONE
858 988-4199 · FAX

Suite 170
13181 Crossroads Parkway N.
City of Industry, CA 91745

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2022
```

February 28, 2022

Hon. Gregory H. Woods
United States District Judge
United States District Court
500 North Pearl Street, Room 2260
New York, NY 10007

Re:   *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza*
      USDC Case No. 1:20-cv-5396 (GHW)

Dear Hon. Judge Woods:

This firm represents the San Diego Unified School District ("SDUSD") and Dr. Lamont Jackson in his official capacity as Interim Superintendent in the above-captioned case. Pursuant to Rule 1.E of your Honor's Individual Rules of Practice for Civil Cases, we submit this letter to request an extension of time to April 15, 2022 for the San Diego Unified School District and Dr. Lamont Jackson to respond to plaintiff-relator's Second Amended Complaint (Doc. 19); the response is currently due on March 2, 2022. There have been no prior requests for extension of time. The reason for this request is to allow counsel for San Diego Unified School District and Dr. Lamont Jackson to evaluate the Second Amended Complaint and the ability of Plaintiff and this Honorable Court to exercise jurisdiction over a school district in Southern California. By making this request, neither SDUSD, nor Dr. Jackson submit to jurisdiction or waive any arguments against jurisdiction of this Court. Plaintiff-relator consents to this request.

Respectfully submitted,

*/s/ Sarah Sutherland*

Sarah L.W. Sutherland

SLS:WNA:aa

ENDORSEMENT:
Request GRANTED. Counsel shall file a notice of appearance on behalf of San Diego Unified School District and Dr. Lamont Jackson to the ECF docket for Civil Action No. 20-cv-05396. Future correspondence shall be addressed to Magistrate Judge Aaron, not Judge Woods, pursuant to the Order of Reference entered at ECF No. 6. SO ORDERED.

Dated: March 1, 2022