UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America and States of the United States, ex rel. Patrick Donohue,<br><br>                Plaintiffs,<br><br>           -against-<br><br>RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education,<br>MEISHA PORTER, in her official capacity as the current Chancellor of the New York City Department of Education,<br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br>NIAGARA FALLS PUBLIC SCHOOL DISTRICT,<br>MARK LAURRIE, in his official capacity as Superintendent,<br>BUFFALO PUBLIC SCHOOL DISTRICT,<br>KRINER CASH, in his official capacity as Superintendent,<br>MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>SOMERVILLE PUBLIC SCHOOL DISTRICT,<br>MARY SKIPPER, in her official capacity as Superintendent,<br>JEFFREY C. RILEY, in his official capacity as Superintendent,<br>STAMFORD PUBLIC SCHOOL DISTRICT,<br>DR. TAMU LUCERO, in her official capacity as Superintendent,<br>CHICAGO PUBLIC SCHOOL DISTRICT,<br>JOSE M. TORRES, PhD, in his official capacity as Superintendent,<br>LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT,<br>SCOTT A. ZIEGLER, in his official capacity as Superintendent, | 1:20-cv-05396-GHW-SDA<br><br>**NOTICE OF APPEARANCE** |

| |
|---|
| CAMDEN CITY PUBLIC SCHOOL DISTRICT, <br> KATRINA McCOMBS, in her official capacity as Superintendent, <br> LOS ANGELES UNIFIED SCHOOL DISTRICT, <br> AUSTIN BEUTNER, in his official capacity as Superintendent, <br> SAN DIEGO UNIFIED SCHOOL DISTRICT, <br> DR. LAMONT A. JACKSON, in his official capacity as Superintendent, and <br> CINDY MARTEN, in her official capacity as former Superintendent, <br> WAKE COUNTY PUBLIC SCHOOL DISTRICT, <br> CATHY QUIROZ MOORE, in her official capacity as Superintendent, <br> AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, <br> STEPHANIE S. ELIZADE, in her official capacity as Superintendent, <br><br>                       Defendants. |

The law firm of Wood, Smith, Henning & Berman LLP hereby enters an appearance on behalf of Defendants, Wake County Public School District and Cathy Quiroz Moore.

Dated: March 2, 2022

                                             WOOD, SMITH, HENNING & BERMAN LLP

                     By:     _____
                                             John A. Darminio
                                             *Attorneys for Defendants Wake County Public School District and Cathy Quiroz Moore*
                                             5 Waller Avenue, Suite 200
                                             White Plains, NY 10601
                                             (914) 353-3861
                                             jdarminio@wshblaw.com