UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America and States of the United States, ex rel. Patrick Donohue,<br><br>               Plaintiffs,<br><br>            -against-<br><br>RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education,<br>MEISHA PORTER, in her official capacity as the current Chancellor of the New York City Department of Education,<br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br>NIAGARA FALLS PUBLIC SCHOOL DISTRICT,<br>MARK LAURRIE, in his official capacity as Superintendent,<br>BUFFALO PUBLIC SCHOOL DISTRICT,<br>KRINER CASH, in his official capacity as Superintendent,<br>MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>SOMERVILLE PUBLIC SCHOOL DISTRICT,<br>MARY SKIPPER, in her official capacity as Superintendent,<br>JEFFREY C. RILEY, in his official capacity as Superintendent,<br>STAMFORD PUBLIC SCHOOL DISTRICT,<br>DR. TAMU LUCERO, in her official capacity as Superintendent,<br>CHICAGO PUBLIC SCHOOL DISTRICT,<br>JOSE M. TORRES, PhD, in his official capacity as Superintendent,<br>LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT,<br>SCOTT A. ZIEGLER, in his official capacity as Superintendent, | 1:20-cv-05396-GHW-SDA<br><br>**NOTICE OF APPEARANCE** |

23049179.1:05472-0978

| |
|---|
| CAMDEN CITY PUBLIC SCHOOL DISTRICT,<br>KATRINA McCOMBS, in her official capacity as Superintendent,<br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br>AUSTIN BEUTNER, in his official capacity as Superintendent,<br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br>DR. LAMONT A. JACKSON, in his official capacity as Superintendent, and<br>CINDY MARTEN, in her official capacity as former Superintendent,<br>WAKE COUNTY PUBLIC SCHOOL DISTRICT,<br>CATHY QUIROZ MOORE, in her official capacity as Superintendent,<br>AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT,<br>STEPHANIE S. ELIZADE, in her official capacity as Superintendent,<br><br>                      Defendants. |

The law firm of Wood, Smith, Henning & Berman LLP hereby enters an appearance on behalf of Defendants, Wake County Public School District and Cathy Quiroz Moore.

Dated: March 2, 2022

                                                                          WOOD, SMITH, HENNING & BERMAN LLP

                                    By:                                                 
                                                  Christopher J. Seusing
                                                  *Attorneys for Defendants Wake County Public School District and Cathy Quiroz Moore*
                                                   5 Waller Avenue, Suite 200
                                                 White Plains, NY 10601
                                                 (914) 353-3850
                                                 cseusing@wshblaw.com