

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED:  03/02/2022          │
└─────────────────────────────────┘
```

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**STEPHEN KITZINGER**
phone: (212) 356-2087
email: skitzing@law.nyc.gov

March 2, 2022

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Request GRANTED. SO ORDERED.
Dated: March 2, 2022

Re:   *U.S. ex rel. Donohue v. Carranza, et al.*
      Case No. 20 CV 5396 (GHW)(SDA)

Dear Magistrate Judge Aaron:

I am the Assistant Corporation Counsel assigned to represent the New York City Department of Education and two of its former Chancellors in the above-referenced matter brought pursuant to False Claims Act relating to Medicaid claiming for School Supportive Health Services provided to students during the COVID-19 Pandemic.  I write as a courtesy to and at the request of the Los Angeles Unified School District's ("LAUSD") Law Department because no attorney there is admitted to practice before this Court.  On behalf of the LAUSD and Austin Beutner, its former Superintendent, and with Relator's consent, I respectfully request that their time to respond to the Third Amended Complaint (the "Complaint") (Dkt No. 19)  be extended to April 15, 2022, in order to permit them to fully review the Complaint and retain local counsel.  Please note that neither I nor the New York City Law Department are or will be representing LAUSD or former Superintendent Beutner in this action.

Thank you in advance for your consideration of this matter.

Respectfully yours

/s/Stephen Kitzinger
Stephen Kitzinger
Assistant Corporation Counsel

cc:   Mary Kellogg (by email)
      All appearing counsel (by ecf)