UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

United States of America and States of the United
States, ex rel. Patrick Donohue

        Plaintiffs,

                                    Civil Action No.: 20-cv-5396(GWH)

   -vs-

RICHARD CARRANZA, in his official capacity as
the former Chancellor of New York City Department of
Education,
MEISHA PORTER, in her official capacity as the current
Chancellor of the New York City Department of Education,
NEW YORK CITY DEPARTMENT OF EDUCATION,
NIAGARA FALLS PUBLIC SCHOOL DISTRICT,
MAKR LAURRIE, in his official capacity as Superintendent,
BUFFALO PUBLIC SCHOOL DISTRICT,
KRINER CASH, in his official capacity as Superintendent,
MASSACHUSSETTS DEPARTMENT OF EDUCATION,
SOMERIVILLE PUBLIC SCHOOL DISTRICT,
MARY SKIPPER, in her official capacity as Superintendent,
as Superintendent,
JEFFREY C. RILEY, in his official capacity as Superintendent,
STAMFORD PUBLIC SCHOOL DISTRICT,
DR. TAMU LUCERO, in her official capacity as Superintendent,
LOUDON COUNTY PUBLIC SCHOOL DISTRICT,
SCOTT A. ZIEGLER, in his official capacity as Superintendent,
CAMDEN CITY PUBLIC SCHOOL DISTRICT,
KATRINA McCOMBS, in her official capacity as Superintendent,
LOS ANGELES UNIFIED SCHOOL DSITRICT,
AUSTIN BEUTNER, in her official capacity as Superintendent,
SAN DIEGO UNIFIED SCHOOL DISTRICT,
DR. LAMONT A. JACKSON, in his official capacity as Superintendent,
and CINDY MARTEN, in her official capacity as former Superintendent,
WAKE COUNTY PUBLIC SCHOOL DISTRICT,

        Defendants.

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of ROBERT E. QUINN, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York, and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Robert E. Quinn |
| Firm Name: | Buffalo Board of Education |
| Address: | 65 Niagara Square – 713 City Hall |
| City/State/Zip: | Buffalo, New York  14202 |
| Telephone/Fax: | (716) 816-3102/(716) 851-3030 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Buffalo Public School District and Kriner Cash, in his official capacity as Superintendent, in the above entitled-action;

IT IS HEARBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 3, 2022

_____
United States Magistrate Judge