UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America and States of the
United States, ex rel. Patrick Donohue,

                Plaintiffs,

        -against-

RICHARD CARRANZA, in his official
capacity as the former Chancellor of New
York City Department of Education, et al.,

                Defendants.

1:20-cv-05396-GHW-SDA

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE**, that, upon the attached Memorandum of Law, and all the proceedings heretofore had herein the Defendants, Wake County Public School District and Cathy Quiroz Moore will move before the Honorable Stewart D. Aaron, U.S.M.J. of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Local Civil Rule 11.1 granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: March 3, 2022

                        WOOD, SMITH, HENNING & BERMAN LLP

By: _____
                        Christopher J. Seusing
                        John A. Darminio
                        *Attorneys for Defendants Wake*
                        *County Public School District*
                        *and Cathy Quiroz Moore*
                        5 Waller Avenue, Suite 200
                        White Plains, NY 10601
                        (914) 353-3861