**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Wood, Smith, Henning & Berman LLP.

2. On March 3, 2022, the undersigned prepared and forwarded copies of the within correspondence to the following parties:

   **VIA ELECTRONIC FILING**
   Honorable Stewart D. Aaron
   United States Magistrate Judge
   United States District Courthouse
   500 Pearl Street
   New York, NY 10007

   **VIA EMAIL**: Patrick@pabilaw.com
   Patrick Donohue Law Firm PLLC
   55 West 116th Street, Suite 159
   New York, NY 10026

   **VIA ELECTRONIC FILING**
   All Defense Counsel of Record

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
John A. Darminio