UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, ex. Rel. PATRICK DONOHUE<br><br>Plaintiff-Relator<br>VS.<br><br>RICHARD CARRANZA, in his official capacity as the Former Chancellor of New York City Department of Education, et al<br><br>Defendants | CIVIL ACTION NO:<br>1:20-cv-5396 (GHW)<br><br><br><br><br>MARCH 11, 2022 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Ryan P. Driscoll, hereby enter my appearance on behalf of Defendants, Stamford Board of Education and its Superintendent, Dr. Tamu Lucero, in the above captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

                                                          THE DEFENDANT

                        By:   /s/Ryan P. Driscoll
                              Ryan P. Driscoll
                              Berchem Moses, P.C.
                              75 Broad Street
                              Milford, CT  06460
                              (203) 783-1200
                              Federal Bar ct27785
                              rdriscoll@berchemmoses.com

{01599815.DOCX Ver. 1}

## **CERTIFICATION OF SERVICE**

I hereby certify that on March 11, 2022, a copy of the foregoing motion was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court' s electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court' s system.

                                            /s/ Ryan P. Driscoll
                                            Ryan P. Driscoll

{01599815.DOCX Ver. 1}