

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** (914) 353-3850 • **fax** (914) 353-3851 • wshblaw.com

John A. Darminio
**direct dial** (914) 353-3861
**email** jdarminio@wshblaw.com

March 14, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **U.S. ex rel. Donohue v. Carranza, et al.**
             **1:20-cv-5396-GHW-SDA**

Dear Magistrate Judge Aaron,

      This firm represents Defendants Wake County Public School District and Superintendent Cathy Quiroz Moore (collectively "Defendants"). I write to Your Honor to respectfully request that this Court memorialize in an Order the mutually agreed upon briefing schedule for Defendants' motion to dismiss (Docket No. 106).

      The undersigned conferred with Attorney Rory Bellantoni, on behalf of plaintiff-realtor, by email to discuss the briefing schedule for Defendants' pending motion. Both sides agreed to a deadline of **on or before April 4, 2022** for opposition papers and a subsequent reply deadline of **on or before April 18, 2022**.

      If this Court is amenable to those filing deadlines, I humbly request that an Order be issued reflecting same.

                                                             Respectfully submitted,

                                                             John A. Darminio