

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
tel (914) 353-3850 • fax (914) 353-3851 • wshblaw.com

John A. Darminio
direct dial (914) 353-3861
email jdarminio@wshblaw.com

March 14, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2022

Re:   U.S. ex rel. Donohue v. Carranza, et al.
      1:20-cv-5396-GHW-SDA

Dear Magistrate Judge Aaron,

This firm represents Defendants Wake County Public School District and Superintendent Cathy Quiroz Moore (collectively "Defendants"). I write to Your Honor to respectfully request that this Court memorialize in an Order the mutually agreed upon briefing schedule for Defendants' motion to dismiss (Docket No. 106).

The undersigned conferred with Attorney Rory Bellantoni, on behalf of plaintiff-realtor, by email to discuss the briefing schedule for Defendants' pending motion. Both sides agreed to a deadline of **on or before April 4, 2022** for opposition papers and a subsequent reply deadline of **on or before April 18, 2022**.

If this Court is amenable to those filing deadlines, I humbly request that an Order be issued reflecting same.

Respectfully submitted,

John A. Darminio

ENDORSEMENT:
The proposed briefing schedule is hereby approved. SO ORDERED.
Dated: March 14, 2022

23912998.1:05472-0978

WOOD • SMITH • HENNING • BERMAN