

RYAN P. DRISCOLL
rdriscoll@berchemmoses.com

PLEASE REPLY TO
MILFORD OFFICE
WWW.BERCHEMMOSES.COM

March 14, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**Re:** *U.S. ex rel. Donohue v. Carranza, et. al.*
*1:20-CV-5396 (GHW)(SDA)*

Dear Magistrate Judge Aaron,

    This firm represents the Stamford Board of Education ("Stamford") and its superintendent, Dr. Tamu Lucero ("Dr. Lucero"). I write to Your Honor to respectfully request this court memorialize, in an order, the defendants' request for an extension of time up to an including April 15, 2022.

    The undersigned has been notified by Ashely Russo, on behalf of Attorney Rory Bellantoni, attorney for the plaintiff-relator, indicating that he has no objection to the requested extension of time.

    If the Court is amenable to the deadline, I respectfully request that an Order be issued reflecting same.

Respectfully submitted,

Ryan P. Driscoll

RPD:ls

75 BROAD STREET
MILFORD, CT 06460
TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235

1221 POST ROAD EAST
WESTPORT, CT 06880
TELEPHONE (203)227-9545
FACSIMILE (203) 225-1641

{01600578.DOCX Ver. 1}