# IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE<br>　　　　　　　　　　　　　　Plaintiff/Petitioner<br>VS.<br>[UNDER SEAL]<br>　　　　　　　　　　　　　Defendant/Respondent | Hearing Date:<br>INDEX NO:　**1:20-cv-5396**<br>Index Date:　**09/30/2021**<br>AFFIDAVIT OF SERVICE OF:<br>Second Amended Complaint; Exhibits 1-22 |

Received by **Cynthia Chasse**, on the **14th day of February, 2022 at 5:39 PM** to be served upon **Buffalo Public School District** at 65 Niagara Square, Buffalo, Erie County, NY 14202.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **17th day of February, 2022 at 1:39 PM** at the address of **65 Niagara Square, Buffalo, Erie County, NY 14202**, this affiant served the above described documents upon **Buffalo Public School District** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Lisa Keane, Administrative Assistant To The Board Of Education**, I delivered the documents to Lisa Keane, Administrative Assistant To The Board Of Education who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on ____February 23____, 20_22_.

_____
Cynthia Chasse, NY
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF **MONROE**
SWORN TO AND SUBSCRIBED BEFORE ME THIS _23_ OF **FEB** 20_22_ BY _Cynthia Chassé_ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_Tristan Dowds_
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION _✓_
TYPE OF IDENTIFICATION PRODUCED _NY DL_

Tristan John Dowds
Notary Public, State of New York
Reg. #01DO6404724
Qualified in Monroe County
Commission Expires 02/24/2054