IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE<br>Plaintiff/Petitioner<br>VS.<br>[UNDER SEAL]<br>Defendant/Respondent | Hearing Date:<br>INDEX NO:   1:20-cv-5396<br>Index Date:   09/30/2021<br>AFFIDAVIT OF SERVICE OF:<br>Second Amended Complaint; Exhibits 1-22 |

Received by **Bobbi Bronson**, on the **31st day of January, 2022 at 4:34 PM** to be served upon **Niagara Falls Public School District** at **630 66th St, Niagara Falls, Niagara County, NY 14304**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of February, 2022 at 10:51 AM** at the address of **630 66th St, Niagara Falls, Niagara County, NY 14304**, this affiant served the above described documents upon **Niagara Falls Public School District** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Judith Glaser, I delivered the documents to Judith Glaser who indicated they were the district clerk, authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on February 4, 2022

_____
Bobbi Bronson, NY

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF Niagara
SWORN TO AND SUBSCRIBED BEFORE ME THIS 4th OF Feb 2022 BY Bobbi Bronson (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

Meaghan S. Sowinski
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN **X**   OR PRODUCED IDENTIFICATION _____
TYPE OF IDENTIFICATION PRODUCED _____

Meaghan S. Sowinski
No. 01SO6107054
Notary Public, State of New York
Qualified in Niagara County
My commission expires JULY 16th, 2024

Page 1 of 1
FOR: **Brain Injury Rights Group**
REF: REF-9492868

Tracking #: 0082644344

