UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America and States of the United States,
*Ex rel.* Patrick Donohue,

                Plaintiffs,

- against –

                                                  20-CV-5396 (GHW) (SDA)

                                                  **NOTICE AND
STIPULATION OF
VOLUNTARY DISMISSAL**

**RICHARD CARRANZA**, in his official capacity as
the former Chancellor of New York City Department of
Education, *et al.*,

                Defendants.
------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by the undersigned, Counsel for **PLAINTIFF-RELATOR PATRICK DONOHUE** and Counsel for **DEFENDANTS, DR. STEPHANIE ELIZALDE sued herein as STEPHANIE S. ELIZADE, and AUSTIN INDEPENDENT SCHOOL DISTRICT sued herein as AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT,** that pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure the above-captioned action is dismissed as to **DEFENDANTS AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, and STEPHANIE S. ELIZADE, in her official capacity as Superintendent,** without prejudice and without costs or fees to any party.

      Neither AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, nor STEPHANIE S. ELIZADE, in her official capacity as Superintendent, have served an answer in this case.

1

This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

Date: March 30, 2022
New York, NY

| | |
|---|---|
| **BRAIN INJURY RIGHTS GROUP, LTD.**<br>*Attorneys for Relator*<br>*Patrick Donohue*<br>300 E. 95 Street, Suite 130<br>New York, NY 10128<br>Tel. - 646-850-5035<br>Fax - 212-504-9532<br>rory@pabilaw.org<br>ashleigh@pabilaw.org<br><br>By: _____<br>RORY J. BELLANTONI, ESQ. (RB 2901)<br>ASHLEIGH C. ROUSSEAU, ESQ. | **ROGERS, MORRIS & GROVER, L.L.P.**<br>*Attorneys for Defendants*<br>*Austin Independent School District*<br>*Dr. Stephanie Elizalde*<br>5718 Westheimer Road, Suite 1200<br>Houston, Texas 77057<br>Tel. - 713-960-6000<br>Fax - 713-960-6025<br>jbrush@rmgllp.com<br>ademmler@rmgllp.com<br><br>By: _____<br>JONATHAN G. BRUSH, ESQ.<br>AMY DEMMLER, ESQ.<br>*ADMITTED PRO HAC VICE* |