USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America and States of the United States, *Ex rel.* Patrick Donohue,

        Plaintiffs,

- against –

RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, *et al.*,

        Defendants.

-----------------------------------------------------------------X

20-CV-5396 (GHW) (SDA)

NOTICE AND
STIPULATION OF
VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned, Counsel for **PLAINTIFF-RELATOR PATRICK DONOHUE** and Counsel for **DEFENDANTS, DR. STEPHANIE ELIZALDE sued herein as STEPHANIE S. ELIZADE, and AUSTIN INDEPENDENT SCHOOL DISTRICT sued herein as AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT,** that pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure the above-captioned action is dismissed as to **DEFENDANTS AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, and STEPHANIE S. ELIZADE, in her official capacity as Superintendent,** without prejudice and without costs or fees to any party.

Neither AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT, nor STEPHANIE S. ELIZADE, in her official capacity as Superintendent, have served an answer in this case.

1

This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

Date: March 30, 2022
New York, NY

**BRAIN INJURY RIGHTS GROUP, LTD.**
*Attorneys for Relator*
Patrick Donohue
300 E. 95 Street, Suite 130
New York, NY 10128
Tel. - 646-850-5035
Fax - 212-504-9532
rory@pabilaw.org
ashleigh@pabilaw.org

By: /s/ Rory J. Bellantoni
RORY J. BELLANTONI, ESQ. (RB 2901)
ASHLEIGH C. ROUSSEAU, ESQ.

**ROGERS, MORRIS & GROVER, L.L.P.**
*Attorneys for Defendants*
*Austin Independent School District*
*Dr. Stephanie Elizalde*
5718 Westheimer Road, Suite 1200
Houston, Texas 77057
Tel. - 713-960-6000
Fax - 713-960-6025
jbrush@rmgllp.com
ademmler@rmgllp.com

By: /s/ Jonathan G. Brush
JONATHAN G. BRUSH, ESQ.
AMY DEMMLER, ESQ.
*ADMITTED PRO HAC VICE*

Plaintiff has dismissed its claims against Defendants Dr. Stephanie Elizalde and Austin Independent Public School District. The Clerk of Court is directed to remove the names of those two defendants from the caption of this case.

SO ORDERED.

Dated: March 31, 2022
New York, New York

/s/ Gregory H. Woods
GREGORY H. WOODS
United States District Judge

2