UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITES STATES OF AMERICA and STATES of THE UNITED STATES, *ex rel.* PATRICK DONOHUE,<br><br>         Plaintiff-Relator,<br><br>    - against -<br><br>RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, *et al.*,<br><br>         Defendants. | Civil Action No. 1:20-cv-5396 (GHW)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Joseph V. Willey, hereby enter my appearance on behalf of the following Defendants in the above-captioned action: (i) Board of Education of the City of Chicago (identified as the Chicago Public School District in the above-captioned action), (ii) Jose M. Torres, PhD, in his official capacity as former Superintendent of the Board of Education of the City of Chicago, (iii) Los Angeles Unified School District, and (iv) Austin Beutner, in his official capacity as former Superintendent of the Los Angeles Unified School District, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: April 7, 2022
   New York, New York

              KATTEN MUCHIN ROSENMAN LLP

          By: */s/ Joseph V. Willey*
             Joseph V. Willey
             50 Rockefeller Plaza
             New York, New York 10020
             (212) 940-8800 (phone)
             (212) 940-8776 (fax)
             joseph.willey@katten.com

*Attorneys for Defendants*

*New York City Department of Education;*

*Richard Carranza and Meisha Porter, in their official capacities as former Chancellors of the New York City Department Education;*

*Board of Education of the City of Chicago;*

*Jose M. Torres, PhD, in his official capacity as former Superintendent of the Board of Education of the City of Chicago;*

*Los Angeles Unified School District; and*

*Austin Beutner, in his official capacity as former Superintendent of the Los Angeles Unified School District*