**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

April 8, 2022

<u>Via ECF</u>
Hon. Stewart D. Aaron
*Southern District of New York*
*Daniel Patrick Moynihan Courthouse*
500 Pearl Street
New York, New York 10007

   Re:  *United States of America, ex rel. Patrick Donohue v. Carranza, et al*
      <u>*1:20-cv-05396 (GHW)(SDA)*</u>

Dear Honorable Aaron,

 As you may recall, the undersigned represents the Plaintiff Relator in the above-referenced action.

 On April 4, 2022, Plaintiff was to submit an opposition to Defendant Wake County Public School District's Motion to Dismiss. I am currently out of the state to attend to a family emergency and subsequently missed the deadline for Plaintiff's opposition. I was alerted today by a colleague that the deadline was missed, and that Your Honor required a response. I promptly called Chambers and left a message that the undersigned would be submitting a written request for an extension for Plaintiff's Opposition.

 In light of the current circumstances, Plaintiff respectfully requests an extension until April 15, 2022, so that Plaintiff may submit an opposition to Defendant Wake County's Motion to Dismiss. I sincerely apologize for the oversight and untimeliness of Plaintiff's request.

 Thank you for your attention and courtesies herein.

               Respectfully,

               **Ashleigh C. Rousseau, Esq.**
               *Brain Injury Rights Group*
               300 E 95th Street, Suite 130
               New York, New York 10128
               Ashleigh@pabilaw.org