

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
212.940.8776 fax
www.katten.com

JOSEPH V. WILLEY
joseph.willey@katten.com
(212) 940-7087 direct
(212) 940-6738 fax

April 13, 2022

**BY ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re: *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al.*, 1:20-CV-5396 (GHW)

Dear Judge Aaron:

This firm, along with the New York City Law Department, represents defendants New York City Department of Education and former Chancellors Carranza and Porter; this firm also represents defendants Board of Education of the City of Chicago (identified as the Chicago Public School District in Relator's Second Amended Complaint) and former Superintendent Torres, and Los Angeles Unified School District and former Superintendent Beutner (together, the "School Districts") in the above-referenced case.

Pursuant to Your Honor's order dated April 8, 2022 (ECF No. 123), counsel for the School Districts and Relator have conferred and jointly propose the briefing schedule set forth below for the School Districts' anticipated motion to dismiss Relator's Second Amended Complaint (ECF No. 19):

| | |
|---|---|
| School Districts' Brief in support of motion to dismiss: | May 27, 2022 |
| Relator's Brief in opposition to motion to dismiss: | June 27, 2022 |
| School Districts' Reply Brief: | July 29, 2022 |

Respectfully,

/s/ Joseph V. Willey
Joseph V. Willey

Cc: All counsel of record, via ECF

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations