

**MEMORANDUM ENDORSED**

Attorneys at Law

www.ohhlegal.com

Suite 575
1901 Avenue of the Stars
Los Angeles, CA 90067
310 788-9200 · PHONE
310 788-9210 · FAX

Suite 225
6200 Stoneridge Mall Road
Pleasanton, CA 94588
510 999-7908 · PHONE
510 999-7918 · FAX

Suite 200
2877 Historic Decatur Road
San Diego, CA 92106
858 988-4188 · PHONE
858 988-4199 · FAX

Suite 170
13181 Crossroads Parkway N.
City of Industry, CA 91745

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/15/2022_

April 14, 2022

**HON. GREGORY WOODS**
United States District Judge
Hon. Stewart Aaron
United States Magistrate Judge
United States District Court
500 North Pearl Street, Room 2260
New York, NY 10007

Re:   *United States of America and States of the United States, ex rel. Donohue v.*
      *Richard Carranza*
      USDC Case No. 1:20-cv-5396 (GHW)

Dear Hon. Judges Woods & Aaron:

This firm represents the San Diego Unified School District ("SDUSD") and Dr. Lamont
Jackson in his official capacity as Superintendent in the above-captioned case. Pursuant to
your Honor's Individual Rules of Practice for Civil Cases, we submit this letter to request a
joint pre-motion conference and to join the briefing schedule proposed by Counsel for Mr.
Joseph Willey for Defendants' Motions to dismiss for the reasons stated therein.  (See Doc.
123 & 126)

San Diego Unified School District and Dr. Lamont Jackson have previously requested one
extension of time until April 15, 2022 to respond to plaintiff-relator's Second Amended
Complaint (Doc. 19). We are currently in the process of applying for Pro Hac Vice admission
to the SDNY in order to file moving papers.  By making this request, neither SDUSD, nor Dr.
Jackson submit to jurisdiction or waive any arguments against jurisdiction of this Court.

Respectfully submitted,

Whitney N. Antrim
SLS:WNA:jm

To the extent that the request by San Diego Unified School District and Dr.
Lamont Jackson ("Defendants") is addressed to Judge Woods, it is denied
without prejudice.   On April 8, 2022, this case was referred to the assigned
magistrate judge for general pre-trial and dispositive motions.  Dkt. No. 6.
Any application should be addressed to the assigned magistrate judge.

SO ORDERED.

Dated:  April 15, 2022
New York, New York

GREGORY B. WOODS
United States District Judge