ORBACH HUFF + HENDERSON LLP

Attorneys at Law

www.ohhlegal.com

Suite 575
1901 Avenue of the Stars
Los Angeles, CA 90067
310 788-9200 · PHONE
310 788-9210 · FAX

Suite 225
6200 Stoneridge Mall Road
Pleasanton, CA 94588
510 999-7908 · PHONE
510 999-7918 · FAX

Suite 200
2877 Historic Decatur Road
San Diego, CA 92106
858 988-4188 · PHONE
858 988-4199 · FAX

Suite 170
13181 Crossroads Parkway N.
City of Industry, CA 91745

April 15, 2022

Hon. Stewart Aaron
United States Magistrate Judge
United States District Court
500 North Pearl Street, Room 2260
New York, NY 10007

Re: *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza*
USDC Case No. 1:20-cv-5396 (GHW)

Dear Hon. Judge Aaron:

This firm represents the San Diego Unified School District ("SDUSD"), as well as Cindy Marten and Dr. Lamont Jackson in their official capacities as Superintendent of SDUSD in the above-captioned case. Pursuant to your Honor's Individual Rules of Practice for Civil Cases, we submit this letter to request a joint pre-motion conference and to join the briefing schedule proposed by Counsel for Mr. Joseph Willey for Defendants' Motions to dismiss for the reasons stated therein. (See Doc. Nos. 123, 126, and 129)

San Diego Unified School District, Cindy Marten, and Dr. Lamont Jackson have previously requested one extension of time until April 15, 2022 to respond to plaintiff-relator's Second Amended Complaint (Doc. 19). We hereby request to join The School Districts' proposed briefing schedule for their anticipated motion to dismiss with Motions due by 5/27/2022, Responses due by 6/27/2022, Replies due by 7/29/2022. We are currently in the process of applying for Pro Hac Vice admission to the SDNY in order to file moving papers. By making this request, neither SDUSD, Ms. Marten, nor Dr. Jackson submit to jurisdiction or waive any arguments against jurisdiction of this Court.

Respectfully submitted,

Whitney N. Antrim
SLS:WNA:jm