UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA AND STATES
OF THE UNITED STATES, EX REL PATRICK
DONOHUE

                Plaintiffs,

-against-                        1:20-CV-05396-GHW-SDA

                                     MOTION FOR ADMISSION

**RICHARD CARRANZA, ET AL.**          **PRO HAC VICE**

                Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Whitney N, Antrim, Esq. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants, San Diego Unified School District, Dr. Lamont A. Jackson, and Cindy Marten in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 18, 2022          Respectfully Submitted,

                                     Whitney N. Antrim, Esq.

                                     Applicant Signature:_____

                                     Applicant's Name: Whitney N. Antrim

                                     Firm Name: Orbach Huff & Henderson LLP.

                                     Address: 2877 Historic Decatur Rd., Suite 200

                                     City/State/Zip: San Diego, CA 92106

                                     Telephone/Fax: T: (858) 988-4188 / F: (858) 988-4199

                                     Email: wantrim@ohhlegal.com