**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES OF AMERICA AND STATES**
**OF THE UNITED STATES, EX REL PATRICK**
**DONOHUE**

      Plaintiffs,

 -against-          1:20-CV-05396-GHW-SDA

            **AFFIDAVIT OF WHITNEY N. ANTRIM**

**RICHARD CARRANZA, ET AL.**  **IN SUPPORT OF MOTION FOR ADMISSION**

             **PRO HAC VICE**

        Defendants.

I, Whitney N. Antrim, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California, and am senior counsel at Orbach Huff & Henderson LLP, attorneys of record for Defendants San Diego Unified School District, Dr. Lamont A. Jackson and Cindy Marten in this matter. If called and sworn as a witness, I could and would competently testify to the matters herein as being within my own personal knowledge and belief.

2. This affidavit is in support of my Motion for Admission Pro Hac Vice.

3. I have never been convicted of a felony;

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2022    Respectfully Submitted,

           Whitney N. Antrim, Esq.
           Attorney for Defendants,
           San Diego Unified School District, Dr. Lamont A. Jackson
           and Cindy Marten

          -See attached notarial certificate-

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of _SAN DIEGO_                                  )

On _04/12/2022_ before me, _LARA RIMANDO, NOTARY PUBLIC,_
      *Date*                       *Here Insert Name and Title of the Officer*

personally appeared _WHITNEY NASTASIA ANTRIM_
                                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                   *Signature of Notary Public*

> LARA RIMANDO
> Commission No. 2364964
> NOTARY PUBLIC - CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires July 9, 2025

*Place Notary Seal Above*

───────────────── **OPTIONAL** ─────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _AFFIDAVIT OF WHITNEY N. ANTRIM IN SUPPORT..._
Document Date: _____ Number of Pages: _1_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907