

# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### WHITNEY NASTASIA ANTRIM

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that WHITNEY NASTASIA ANTRIM, State Bar no. 237549, was on the 1ST day of August, 2005, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 13TH day of April, 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Simone Voltz, Supervising Deputy Clerk