UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA AND STATES
OF THE UNITED STATES, EX REL PATRICK
DONOHUE

          Plaintiffs,

 -against-          1:20-CV-05396-GHW-SDA

                MOTION FOR ADMISSION

**RICHARD CARRANZA, ET AL.**    PRO HAC VICE

          Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Enrique M. Vassallo, Esq. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants, San Diego Unified School District, Dr. Lamont A. Jackson, and Cindy Marten in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California, New York and Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 18, 2022    Respectfully Submitted,

            Enrique M. Vassallo, Esq.

            Applicant Signature: _____

            Applicant's Name: Enrique M. Vassallo

            Firm Name: Orbach Huff & Henderson LLP.

Address: 1901 Avenue of the Stars, Suite 575

City/State/Zip: Los Angeles, CA 90067

Telephone/Fax: T: (310) 788-9200 / F: (310) 788-9210

Email: evassallo@ohhlegal.com