UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA AND STATES
OF THE UNITED STATES, EX REL PATRICK
DONOHUE

                Plaintiffs,

   -against-                                            1:20-CV-05396-GHW-SDA

                                                             **ORDER FOR ADMISSION**

**RICHARD CARRANZA, ET AL.**                      **PRO HAC VICE**

                          <u>Defendants.</u>

      The motion of Enrique M. Vassallo, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California, New York and Texas and that his/her contact information is as follows (please print):

      Applicant's Name: Enrique M. Vassallo

      Firm Name: Orbach Huff & Henderson LLP

      Address: 1901 Avenue of the Stars, Suite 575

      City/ State/ Zip: Los Angeles, CA 90067

      Telephone/ Fax: T: (310) 788-9200 / F: (310) 788-9210

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, San Diego Unified School District, Dr. Lamont A. Jackson, and Cindy Marten in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                              _____
                                                   United States District / Magistrate
                                                   Judge