UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA AND STATES
OF THE UNITED STATES, EX REL PATRICK
DONOHUE

                      Plaintiffs,

-against-

RICHARD CARRANZA, ET AL.

                      Defendants.

1:20-CV-05396-GHW-SDA

**AFFIDAVIT OF ENRIQUE M. VASSALLO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Enrique M. Vassallo, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the States of California, New York and Texas and am a partner at Orbach Huff & Henderson LLP, attorneys of record for Defendants San Diego Unified School District, Dr. Lamont A. Jackson and Cindy Marten in this matter. If called and sworn as a witness, I could and would competently testify to the matters herein as being within my own personal knowledge and belief.

2. This affidavit is in support of my Motion for Admission Pro Hac Vice.

3. I have never been convicted of a felony;

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2022

                                        Respectfully Submitted,

                                        _____
                                        Enrique M. Vassallo, Esq.
                                        Attorney for Defendants,
                                        San Diego Unified School District, Dr. Lamont A. Jackson
                                        and Cindy Marten

Acknowledgment

A notary public or other office completing this certificate verifies only the identify of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California      )
                         )  ss.
County of Los Angeles    )

On __04-11-2022__ before me, _Yong Bok Yook, Notary Public_ personally appeared _Enrique Mario Vassallo_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_Yong B. Yook_
Signature of Notary Public

YONG BOK YOOK
Notary Public - California
Los Angeles County
Commission # 2349013
My Comm. Expires Mar 22, 2025