USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022

UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA AND STATES
OF THE UNITED STATES, EX REL PATRICK
DONOHUE

                           Plaintiffs,

  -against-                                     1:20-CV-05396-GHW-SDA

                                                   **ORDER FOR ADMISSION PRO HAC VICE**

RICHARD CARRANZA, ET AL.

                            Defendants.

    The motion of Whitney N. Antrim, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of California, and that her contact information is as follows:

    Applicant's Name: Whitney N. Antrim

    Firm Name: Orbach Huff & Henderson LLP

    Address: 2877 Historic Decatur Road, Suite 200

    City/ State/ Zip: San Diego, CA 92106

    Telephone/ Fax: T: (858) 988-4188 / F: (858) 988-4199

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, San Diego Unified School District, Dr. Lamont A. Jackson, and Cindy Marten in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/19/2022

                                                     United States ~~District~~ / Magistrate Judge