UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and State of New York, ex rel. Patrick Donohue,

          Plaintiff,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

          Defendants.

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's Orders at ECF Nos. 127, 130, and 138, Plaintiff along with the NYC DOE Defendants[1], the Chicago BOE Defendants[2], the LA USD Defendants[3], the Stamford BOE Defendants[4], and the San Diego USD Defendants[5] are directed to appear for a telephone conference on Wednesday, April 27, 2022, at 2:30 p.m. to discuss the letters filed at ECF Nos. 126, 128, and 136. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

---

[1] New York City Department of Education, Richard Carranza, and Meisha Porter (collectively, the "NYC DOE Defendants")
[2] Board of Education of the City of Chicago and Dr. Jose Torres (collectively, the "Chicago BOE Defendants")
[3] Los Angeles Unified School District and Austin Beutner (collectively, the "LA USD Defendants")
[4] Stamford Board of Education and Dr. Tamu Lucero (collectively, the "Stamford BOE Defendants")
[5] San Diego Unified School District, Cindy Marten, and Dr. Lamont Jackson (collectively, the "San Diego USD Defendants")

**SO ORDERED.**

DATED: New York, New York
April 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2