UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

United States of America and States of the United
States, ex rel. Patrick Donohue

       Plaintiffs,

    -vs-

                                                                   Civil Action No.: 20-cv-5396(GWH)

RICHARD CARRANZA, in his official capacity as
the former Chancellor of New York City Department of
Education,
MEISHA PORTER, in her official capacity as the current
Chancellor of the New York City Department of Education,
NEW YORK CITY DEPARTMENT OF EDUCATION,
NIAGARA FALLS PUBLIC SCHOOL DISTRICT,
MAKR LAURRIE, in his official capacity as Superintendent,
BUFFALO PUBLIC SCHOOL DISTRICT,
KRINER CASH, in his official capacity as Superintendent,
MASSACHUSSETTS DEPARTMENT OF EDUCATION,
SOMERIVILLE PUBLIC SCHOOL DISTRICT,
MARY SKIPPER, in her official capacity as Superintendent,
as Superintendent,
JEFFREY C. RILEY, in his official capacity as Superintendent,
STAMFORD PUBLIC SCHOOL DISTRICT,
DR. TAMU LUCERO, in her official capacity as Superintendent,
LOUDON COUNTY PUBLIC SCHOOL DISTRICT,
SCOTT A. ZIEGLER, in his official capacity as Superintendent,
CAMDEN CITY PUBLIC SCHOOL DISTRICT,
KATRINA McCOMBS, in her official capacity as Superintendent,
LOS ANGELES UNIFIED SCHOOL DSITRICT,
AUSTIN BEUTNER, in her official capacity as Superintendent,
SAN DIEGO UNIFIED SCHOOL DISTRICT,
DR. LAMONT A. JACKSON, in his official capacity as Superintendent,
and CINDY MARTEN, in her official capacity as former Superintendent,
WAKE COUNTY PUBLIC SCHOOL DISTRICT,

       Defendants.

## DEFENDANTS BUFFALO PUBLIC SCHOOL DISTRICT and KRINER CASH'S
## NOTICE OF MOTION TO DISMISS
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), (3), AND (6)

PLEASE TAKE NOTICE, that, upon the attached Memorandum of Law, and all the proceedings heretofore had herein the Defendants, Buffalo Public School District and Kriner Cash will move before the Honorable Stewart D. Aaron, U.S.M.J. of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Local Civil Rule 11.1 granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated: April 29, 2022
       Buffalo, New York

**NATHANIEL KUZMA, ESQ.**
General Counsel
*Attorney for the Buffalo Defendants*

*/s/ Robert E. Quinn*
By: Robert E. Quinn
Assistant Legal Counsel
65 Niagara Square, 713 City Hall
Buffalo, New York 14202
Tel.: (716) 816-3102