## CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Wood, Smith, Henning & Berman LLP.

2. On April 29, 2022, the undersigned prepared and forwarded copies of the within correspondence to the following parties:

**VIA ELECTRONIC FILING:**

Honorable Stewart D. Aaron, United States Magistrate Judge
United States District Courthouse
500 Pearl Street New York, NY 10007

**VIA EMAIL**:

Patrick@pabilaw.com
Patrick Donohue Law Firm PLLC
55 West 116th Street, Suite 159
New York, NY 10026

**VIA ELECTRONIC FILING**:

All Defense Counsel of Record

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 29, 2022
Buffalo, New York

**NATHANIEL KUZMA, ESQ.**
General Counsel
*Attorney for the Buffalo Defendants*

By: Robert E. Quinn
Assistant Legal Counsel
65 Niagara Square, 713 City Hall
Buffalo, New York 14202
Tel.: (716) 816-3102