UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE,

               **Plaintiffs**

-against-

RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, et al.

               **Defendants.**

_____

1:20-CV-05396-GHW-SDA

ORBACH HUFF & HENDERSON LLP'S NOTICE OF APPEARANCE ON BEHALF OF SAN DIEGO UNIFIED SCHOOL DISTRICT, DR. LAMONT A. JACKSON, AND CINDY MARTEN

To the Clerk of this Court and all parties of record:

Enter the appearance of Orbach Huff & Henderson LLP as counsel in this case on behalf of San Diego Unified School District, Dr. Lamont A. Jackson and Cindy Marten.

Date: May 2, 2022

Signature: _____/s/_____

Print Name: Enrique M. Vassallo

California Bar No.: 153778

Address: 1901 Avenue of the Stars, Suite 575

City, State, Zip Code: Los Angeles, CA 90067

Phone No.: (310) 988-7200

Fax. No.: (310) 988-7210

Email Address: evassallo@ohhlegal.com

DATED:  May 2, 2022

Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By: _____
Enrique M. Vassallo, Esq.
Attorney for Defendants
San Diego Unified School District
Dr. Lamont A. Jackson and
Cindy Marten