UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA AND STATES

OF THE UNITED STATES, EX REL. PATRICK

DONOHUE,

                **Plaintiffs**

-against-

RICHARD CARRANZA, in his official capacity as

the former Chancellor of New York City

Department of Education, et al.

                **Defendants.**
_____

1:20-CV-05396-GHW-SDA

ORBACH HUFF & HENDERSON LLP'S NOTICE OF APPEARANCE ON BEHALF OF SAN DIEGO UNIFIED SCHOOL DISTRICT, DR. LAMONT A. JACKSON, AND CINDY MARTEN

To the Clerk of this Court and all parties of record:

Enter the appearance of Orbach Huff & Henderson LLP as counsel in this case on behalf of San Diego Unified School District, Dr. Lamont A. Jackson and Cindy Marten.

Date: May 2, 2022

Signature: _____

Print Name: Whitney N. Antrim

California Bar No.: 237549

Address: 2877 Historic Decatur Rd., Suite 200

City, State, Zip Code: San Diego, CA 92106

Phone No.: (858) 988-4188

Fax. No.: (858) 988-4199

Email Address: wantrim@ohhlegal.com

DATED:  May 2, 2022

Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By: _____
Whitney N. Antrim, Esq.
Attorney for Defendants
San Diego Unified School District
Dr. Lamont A. Jackson and
Cindy Marten