```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and State of New York, ex rel. Patrick Donohue,

            Plaintiff,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

            Defendants.

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The briefing schedule for the motion to dismiss filed by Defendants Buffalo Public School District ("BPSD") and Kriner Cash ("Cash") shall follow the same briefing schedule set by the Court at ECF No. 135 for the anticipated motion to dismiss by the NYC DOE Defendants, the Chicago BOE Defendants, and the LA USD Defendants.[1] Accordingly, no later than June 27, 2022, Plaintiff shall file his opposition to the motion to dismiss filed by BPSD and Cash. No later than July 29, 2022, Defendants BPSD and Cash shall file any reply.

---

[1] The NYC DOE Defendants, the Chicago BOE Defendants, and the LA USD Defendants are defined in the Court's Order, dated April 26, 2022, filed at ECF No. 144.

**SO ORDERED.**

Dated: New York, New York
May 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge