UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and States of the United States,
Ex rel. Patrick Donohue,

           Plaintiffs,

  - against –                    CASE NO.: 1:20-CV-5396 (GHW)

**RICHARD CARRANZA**, in his official capacity as the former Chancellor of New York City Department of Education,
**MEISHA PORTER**, in her official capacity as the current Chancellor of the New York City Department of Education,
**NEW YORK CITY DEPARTMENT OF EDUCATION**,
**NIAGARA FALLS PUBLIC SCHOOL DISTRICT**,
**MARK LAURRIE**, in his official capacity as Superintendent,
**BUFFALO PUBLIC SCHOOL DISTRICT**,
**KRINER CASH**, in his official capacity as Superintendent,
**MASSACHUSETTS DEPARTMENT OF EDUCATION**,
**SOMERVILLE PUBLIC SCHOOL DISTRICT**,
**MARY SKIPPER**, in her official capacity as Superintendent,
**JEFFREY C. RILEY**, in his official capacity as Superintendent,
**STAMFORD PUBLIC SCHOOL DISTRICT**,
**DR. TAMU LUCERO**, in her official capacity as Superintendent,
**CHICAGO PUBLIC SCHOOL DISTRICT**,
**JOSE M. TORRES, PhD**, in his official capacity as Superintendent,
**LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT**,
**SCOTT A. ZIEGLER**, in his official capacity as Superintendent,
**CAMDEN CITY PUBLIC SCHOOL DISTRICT**,
**KATRINA McCOMBS**, in her official capacity as Superintendent,
**LOS ANGELES UNIFIED SCHOOL DISTRICT**,
**AUSTIN BEUTNER**, in his official capacity as Superintendent,
**SAN DIEGO UNIFIED SCHOOL DISTRICT**,
**DR. LAMONT A. JACKSON**, in his official capacity as Superintendent, and
**CINDY MARTEN**, in her official capacity as former

Superintendent,
**WAKE COUNTY PUBLIC SCHOOL DISTRICT**,
**CATHY QUIROZ MOORE**, in her official capacity as Superintendent,
**AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT**,
**STEPHANIE S. ELIZALDE**, in her official capacity as Superintendent,

                Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JOSHUA R. COLEMAN hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for DEFENDANTS SOMERVILLE PUBLIC SCHOOL DISTRICT and MARY SKIPPER in the above-captioned action.

I am in good standing with the State Bar of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 27, 2022

                Respectfully Submitted,

                Joshua R. Coleman (BBO # 661105)
                MURPHY, LAMERE & MURPHY, P.C.
                50 Braintree Hill Office Park, Suite 202
                Braintree, MA 02184-8807
                Telephone: (781) 848-1850
                Facsimile: (781) 849-0749
                jcoleman@mlmlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and States of the United States,
Ex rel. Patrick Donohue,

              Plaintiffs,

    - against –                    CASE NO.: 1:20-CV-5396 (GHW)

**RICHARD CARRANZA**, in his official capacity as
the former Chancellor of New York City Department of
Education,
**MEISHA PORTER**, in her official capacity as the current
Chancellor of the New York City Department of Education,
**NEW YORK CITY DEPARTMENT OF EDUCATION,**
**NIAGARA FALLS PUBLIC SCHOOL DISTRICT**,
**MARK LAURRIE**, in his official capacity as Superintendent,
**BUFFALO PUBLIC SCHOOL DISTRICT,**
**KRINER CASH**, in his official capacity as Superintendent,
**MASSACHUSETTS DEPARTMENT OF EDUCATION**,
**SOMERVILLE PUBLIC SCHOOL DISTRICT**,
**MARY SKIPPER**, in her official capacity as Superintendent,
**JEFFREY C. RILEY**, in his official capacity
as Superintendent,
**STAMFORD PUBLIC SCHOOL DISTRICT**,
**DR. TAMU LUCERO**, in her official capacity
as Superintendent,
**CHICAGO PUBLIC SCHOOL DISTRICT,**
**JOSE M. TORRES, PhD**, in his official capacity as
Superintendent,
**LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT**,
**SCOTT A. ZIEGLER**, in his official capacity as
Superintendent,
**CAMDEN CITY PUBLIC SCHOOL DISTRICT**,
**KATRINA McCOMBS**, in her official capacity as
Superintendent,
**LOS ANGELES UNIFIED SCHOOL DISTRICT**,
**AUSTIN BEUTNER**, in his official capacity as
Superintendent,
**SAN DIEGO UNIFIED SCHOOL DISTRICT**,
**DR. LAMONT A. JACKSON**, in his official capacity as
Superintendent, and
**CINDY MARTEN**, in her official capacity as former

Superintendent,
**WAKE COUNTY PUBLIC SCHOOL DISTRICT,**
**CATHY QUIROZ MOORE**, in her official capacity as Superintendent,
**AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT,**
**STEPHANIE S. ELIZALDE**, in her official capacity as Superintendent,

          Defendants.

## AFFIDAVIT OF JOSHUA R. COLEMAN

| | |
|---|---|
| STATE OF MASSACHUSETTS | § |
| | § |
| COUNTY OF NORFOLK | § |

    BEFORE ME, the undersigned authority, personally appeared JOSHUA R. COLEMAN, known to me to be the person whose name is subscribed to this Affidavit, and who, upon first being duly sworn by me, did under oath depose and say:

1. My name is Joshua R. Coleman. I am over 21 years of age and have never been convicted of a felony.

2. I am an attorney practicing law in Norfolk County, Massachusetts. I have never been censured, suspended, disbarred or denied admission or readmission to any Court. I have not had any disciplinary proceedings presently against myself.

3. I am of sound mind and I am fully competent to give this affidavit under oath. The facts contained within this affidavit are within my personal knowledge.

Further Affiant sayeth not.

                                                  Joshua R. Coleman

SUBSCRIBED and SWORN TO before me by the said Joshua R. Coleman on June 27, 2022.

                                                  Notary Public in and for the State of Massachusetts



JENNIFER M. HAYES
Notary Public
Commonwealth of Massachusetts
My Commission Expires January 23, 2026

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**

FOR SUFFOLK COUNTY

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

June 13, 2022

Attorney Joshua Coleman
Joshua R. Coleman
50 Braintree Hill Office Suite 202
Braintree , MA  02184
jcoleman@mlmlawfirm.com

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Joshua Coleman .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  06/13/2022 and Data File_06.10.11.12.2022
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 13, 2004**, said Court being the highest Court of Record in said Commonwealth:

## Joshua Coleman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **June** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.