UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and States of the United States,
Ex rel. Patrick Donohue,

                Plaintiffs,

    - against –                    CASE NO.: 1:20-CV-5396 (GHW)

**RICHARD CARRANZA**, in his official capacity as the former Chancellor of New York City Department of Education,
**MEISHA PORTER**, in her official capacity as the current Chancellor of the New York City Department of Education,
**NEW YORK CITY DEPARTMENT OF EDUCATION**,
**NIAGARA FALLS PUBLIC SCHOOL DISTRICT**,
**MARK LAURRIE**, in his official capacity as Superintendent,
**BUFFALO PUBLIC SCHOOL DISTRICT,**
**KRINER CASH**, in his official capacity as Superintendent,
**MASSACHUSETTS DEPARTMENT OF EDUCATION**,
**SOMERVILLE PUBLIC SCHOOL DISTRICT**,
**MARY SKIPPER**, in her official capacity as Superintendent,
**JEFFREY C. RILEY**, in his official capacity as Superintendent,
**STAMFORD PUBLIC SCHOOL DISTRICT**,
**DR. TAMU LUCERO**, in her official capacity as Superintendent,
**CHICAGO PUBLIC SCHOOL DISTRICT,**
**JOSE M. TORRES, PhD**, in his official capacity as Superintendent,
**LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT**,
**SCOTT A. ZIEGLER**, in his official capacity as Superintendent,
**CAMDEN CITY PUBLIC SCHOOL DISTRICT**,
**KATRINA McCOMBS**, in her official capacity as Superintendent,
**LOS ANGELES UNIFIED SCHOOL DISTRICT**,
**AUSTIN BEUTNER**, in his official capacity as Superintendent,
**SAN DIEGO UNIFIED SCHOOL DISTRICT**,
**DR. LAMONT A. JACKSON**, in his official capacity as Superintendent, and
**CINDY MARTEN**, in her official capacity as former

Superintendent,
**WAKE COUNTY PUBLIC SCHOOL DISTRICT**,
**CATHY QUIROZ MOORE**, in her official capacity as Superintendent,
**AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT**,
**STEPHANIE S. ELIZALDE**, in her official capacity as Superintendent,

          Defendants.

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of JOSHUA R. COLEMAN, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Massachusetts; and that his contact information is as follows:

> Applicant's Name: Joshua R. Coleman
> Firm Name: Murphy, Lamere & Murphy, P.C.
> Address: 50 Braintree Hill Office Park, Suite 202
> City / State / Zip: Braintree, Massachusetts 02184
> Telephone / Fax: 781-848-1850 / 781-849-0749

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Somerville Public School District and Mary Skipper in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                                    United States District / Magistrate Judge