UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and STATES of the UNITED STATES, ex rel. PATRICK DONOHUE,<br><br>                              Plaintiff-Relator,<br><br>          - against -<br><br>RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, et al.,<br><br>                              Defendants. | Case No. 1:20-CV-5396 (GHW) (SDA) |

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OF RELATOR PATRICK DONOHUE
BY DEFENDANTS:**
**NEW YORK CITY DEPARTMENT OF EDUCATION AND RICHARD CARRANZA AND MEISHA PORTER, IN THEIR OFFICIAL CAPACITIES AS FORMER CHANCELLORS OF THE NEW YORK CITY DEPARTMENT OF EDUCATION; BOARD OF EDUCATION OF THE CITY OF CHICAGO AND JOSE M. TORRES, PHD, IN HIS OFFICIAL CAPACITY AS FORMER SUPERINTENDENT OF THE BOARD OF EDUCATION OF THE CITY OF CHICAGO; AND
LOS ANGELES UNIFIED SCHOOL DISTRICT AND AUSTIN BEUTNER, IN HIS OFFICIAL CAPACITY AS FORMER SUPERINTENDENT OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT**

PLEASE TAKE NOTICE THAT Defendants New York City Department of Education and Richard Carranza and Meisha Porter, in their official capacities as former Chancellors of the New York City Department of Education, Board of Education of the City of Chicago (identified as Chicago Public School District in the Second Amended Complaint) and Jose M. Torres, PHD, in his official capacity as former Superintendent of the Board of Education of the City of Chicago, and Los Angeles Unified School District and Austin Beutner, in his official capacity as former Superintendent of the Los Angeles Unified School District, by its undersigned attorneys, will move this Court on a date set by the Court or as soon thereafter as counsel can be heard, for

1

an Order dismissing the Second Amended Complaint (ECF No. 19) of Relator Patrick Donohue, in its entirety, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), 12(b)(3), and 12(b)(2). This Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the Declaration of Joseph V. Willey, and accompanying exhibits filed herewith, the pleadings and papers filed in this action, and such further argument and matters as may be offered at the time of the hearing of this Motion. Defendants request oral argument, and reserve the right to submit a reply.

Dated: New York, New York
   June 30, 2022

         KATTEN MUCHIN ROSENMAN LLP

         By: /s/ Joseph V. Willey_____

HON. SYLVIA O. HINDS-RADIX    Joseph V. Willey
CORPORATION COUNSEL OF THE  Alessandra Denis
CITY OF NEW YORK
By: Stephen Kitzinger       50 Rockefeller Plaza
Assistant Corporation Counsel    New York, New York 10020
100 Church Street        (212) 940-8800 (phone)
New York, New York 10009    (212) 940-8776 (fax)
(212) 356-2087 (phone)      joseph.willey@katten.com
SKitzing@law.nyc.gov       alessandra.denis@katten.com

*Attorneys for Defendants*
*New York City Department of Education,*
*and Richard Carranza and Meisha Porter,*
*in their official capacities as former*
*Chancellors of the New York City*
*Department Education*

*Attorneys for Defendants*
*New York City Department of Education and its*
*former Chancellors in their official capacities,*
*Richard Carranza and Meisha Porter; Board of*
*Education of the City of Chicago and its former*
*Superintendent in his official capacity, Jose M.*
*Torres, PhD; and Los Angeles Unified School*
*District and its former Superintendent in his official*
*capacity, Austin Beutner*