# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
United States of America, and States of the
United States, *Ex rel.* Patrick Donohue,

          Plaintiffs,

  -against-

RICHARD CARRANZA, in his official capacity
as the former Chancellor of New York City
Department of Education, *et al.*

          Defendants.
---------------------------------------------------------X

Case No. 20-cv-05396 (GHW)(SDA)

**NOTICE AND STIPULATION
OF VOLUNTARY DISMISSAL**

    Relator Patrick Donohue files this Notice that, due to the dismissal of his claims against Defendants Stephanie Elizalde and Austin Independent School District entered on March 31, 2022, ECF #118, Relator is no longer pursuing claims in this matter brought on behalf of the State of Texas ("Texas") pursuant to the Texas Medicaid Fraud Prevention Act, Chapter 36 of the Texas Human Resources Code.

    Relator is therefore voluntarily dismissing the claims he asserted on behalf of Texas, as referenced in the Sixteenth Claim of Relator's Second Amended Complaint. The dismissal of Texas's claims are without prejudice to Texas.

    Counsel for Relator Donohue has conferred with counsel for Texas and confirmed that Texas consents to the dismissal of its claims without prejudice.

    ACCORDINGLY, Relator respectfully requests this Court dismiss the above styled matter without prejudice with regards to the State of Texas.

This document may be executed in subparts, and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

Date: ~~August =, 2022~~ September 2, 2022
New York, New York

**Brain Injury Rights Group, Ltd.**
*Attorneys for Relator*
300 E. 95th Street, Suite 130
New York, New York 10128
Tel: 646-850-5035
Fax: 212-504-9532
Rory@pabilaw.org
Ashleigh@pabilaw.org

By: /s/ Ashleigh C. Rousseau
Ashleigh C. Rousseau [5801923]
Rory J. Bellantoni [RB 2901]

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RAYMOND CHARLES WINTER
Chief, Civil Medicaid Fraud Division

By: /s/ *Lynne Kurtz-Citrin*
LYNNE KURTZ-CITRIN
State Bar No. 24081425
Assistant Attorney General
Civil Medicaid Fraud Division
Office of the Attorney General for Texas

P.O. Box 12548
Austin, Texas 78711
Telephone: 512-936-1772
Facsimile: 512-936-0674
Email: Lynne.Kurtz-Citrin@oag.texas.gov

Plaintiffs and Defendants Stephanie Elizalde and Austin Independent School District have stipulated to the dismissal of Plaintiffs' claims against each of those defendants without prejudice.
The Clerk of Court is directed to remove the names of those two defendants from the caption of this case.
SO ORDERED.
Dated: September 3, 2022

_____
GREGORY H. WOODS
United States District Judge

Case 1:20-cv-05396-GHW-SDA   Document 183   Filed 09/03/22   Page 4 of 4