UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and State of New York, ex rel. Patrick Donohue,

                Plaintiff,

-against-

Richard Carranza, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

                Defendants.

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, October 3, 2022, at 11:00 a.m.

No later than September 26, 2022, Plaintiff-Relator shall file a letter setting forth the status of the anticipated stipulations of voluntary dismissal and, assuming the stipulations are consented to by the United States, Plaintiff-Relator shall set forth which claims in his Second Amended Complaint will remain against which Defendants.

In addition, Plaintiff-Relator shall identify which parties have been served but have not yet appeared, as well as any parties that have not yet been served, and set forth in his letter what his intentions are with respect to each of these parties.

**SO ORDERED.**

Dated:     New York, New York
           September 19, 2022

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge