UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and States of the United States,
Ex rel. Patrick Donohue,

      Plaintiffs,

  - against –　　　　　　　　　　　　　　　CASE NO.: 1:20-CV-5396 (GHW)

**RICHARD CARRANZA**, in his official capacity as the former Chancellor of New York City Department of Education,
**MEISHA PORTER**, in her official capacity as the current Chancellor of the New York City Department of Education,
**NEW YORK CITY DEPARTMENT OF EDUCATION**,
**NIAGARA FALLS PUBLIC SCHOOL DISTRICT,**
**MARK LAURRIE**, in his official capacity as Superintendent,
**BUFFALO PUBLIC SCHOOL DISTRICT**,
**KRINER CASH**, in his official capacity as Superintendent,
**MASSACHUSETTS DEPARTMENT OF EDUCATION**,
**SOMERVILLE PUBLIC SCHOOL DISTRICT**,
**MARY SKIPPER**, in her official capacity as Superintendent,
**JEFFREY C. RILEY**, in his official capacity as Superintendent,
**STAMFORD PUBLIC SCHOOL DISTRICT**,
**DR. TAMU LUCERO**, in her official capacity as Superintendent,
**CHICAGO PUBLIC SCHOOL DISTRICT**,
**JOSE M. TORRES, PhD**, in his official capacity as Superintendent,
**LOUDOUN COUNTY PUBLIC SCHOOL DISTRICT**,
**SCOTT A. ZIEGLER**, in his official capacity as Superintendent,
**CAMDEN CITY PUBLIC SCHOOL DISTRICT**,
**KATRINA McCOMBS**, in her official capacity as Superintendent,
**LOS ANGELES UNIFIED SCHOOL DISTRICT**,
**AUSTIN BEUTNER**, in his official capacity as Superintendent,
**SAN DIEGO UNIFIED SCHOOL DISTRICT**,
**DR. LAMONT A. JACKSON**, in his official capacity as Superintendent, and
**CINDY MARTEN**, in her official capacity as former Superintendent,
**WAKE COUNTY PUBLIC SCHOOL DISTRICT**,

**CATHY QUIROZ MOORE**, in her official capacity as
Superintendent,
**AUSTIN INDEPENDENT PUBLIC SCHOOL DISTRICT**,
**STEPHANIE S. ELIZADE**, in her official capacity as
Superintendent,

                Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS AUSTIN INDEPENDENT SCHOOL DISTRICT AND STEPHANIE ELIZALDE

Jonathan G. Brush and Amy Dawn Demmler, counsel for Defendants Austin Independent School District and Stephanie Elizalde (collectively, the Austin ISD Defendants), file this motion to withdraw as counsel of record, as follows:

1. The law firm of Rogers, Morris & Grover, LLP (RMG) is legal counsel in the above-captioned cause for the Austin ISD Defendants.

2. On March 30, 2022, the Parties filed a joint stipulation of dismissal in which Plaintiffs voluntarily dismissed all of their claims against the Austin ISD Defendants. *See* Dkt. No. 117.

3. On March 31, 2022, Judge Gregory H. Woods entered an Order granting the dismissal of the Austin ISD Defendants and directing the Clerk of the Court to remove the Austin ISD Defendants from the caption of this case. *See* Dkt. No. 118.

4. Mr. Brush and Ms. Demmler of RMG hereby request to withdraw as counsel of record for the Austin ISD Defendants, as they are no longer a party to this action.

5. Mr. Brush and Ms. Demmler of RMG further request to be removed from the electronic case notice system in this case so that they no longer receive future electronic notifications on this case.

**Prayer**

WHEREFORE, Jonathan G. Brush and Amy Dawn Demmler from the Law Firm of Rogers, Morris & Grover, LLP, counsel for Austin Independent School District and Stephanie Elizalde, respectfully request that the Court grant this motion to withdraw and direct the Clerk of the Court to remove Jonathan Brush (jbrush@rmgllp.com) and Amy Demmler (ademmler@rmgllp.com) from the Court's electronic case notification.

Dated:  September 23, 2022

    Respectfully Submitted,

    _____
    JONATHAN G. BRUSH
    jbrush@rmgllp.com
    AMY DEMMLER
    ademmler@rmgllp.com
    ROGERS, MORRIS & GROVER, L.L.P.
    5718 Westheimer Road, Suite 1200
    Houston, Texas 77057
    Telephone:  713-960-6000
    Facsimile:  713-960-6025

    Admitted *Pro Hac Vice*

    *Counsel for Defendants*
    *Dr. Stephanie Elizalde and*
    *Austin Independent School District*