**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

September 27, 2022

**Via ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

                 **Re:**     *United States of America, ex rel. Patrick Donohue v. Carranza, et al.*, 1:20-cv-05396 (GHW)(SDA)

Dear Judge Aaron,

     As you may recall, the undersigned represents the Plaintiff-Relator, Patrick Donohue, in the matter mentioned above.

     Yesterday, the Relator filed a letter updating the Court on certain matters and identifying which parties have been served but have not yet appeared. In the update to the Court, the Relator stated that the Somerville Public School District and Superintendent Mary Skipper had not yet appeared. Today I was contacted by Mr. Joshua R. Coleman, Esq., Counsel for the Somerville Public School District, and Superintendent Mary Skipper, who stated that he had entered an appearance, and submitted a Motion to Dismiss.

     Upon reviewing the Court's Docket Sheet, I discovered that the Notice of Appearance Mr. Coleman filed relates to a terminated Defendant, not the active Defendants on the Court's Docket Sheet, resulting in an oversight by the undersigned. Accordingly, the only parties that have not yet appeared are the Niagara Falls Public School District and Superintendent Mark Laurie; and the Massachusetts Department of Education and Superintendent Jeffrey C. Riley.

     As ordered by the Court on the even date, the Relator will update the Court via letter no later than Monday, October 17, 2022, as to the expected stipulations of voluntary dismissal and his intentions concerning those that have not yet appeared. [ECF No. 195].

     The undersigned apologizes for the oversight and thanks the Court for its courtesies and attention to this matter.

Respectfully submitted,

*/s/ Ashleigh C. Rousseau*

1

Ashleigh C. Rousseau, Esq. (5801923)
Brain Injury Rights Group, Ltd.
*Attorneys for the Plaintiffs*
300 E. 95th Street, #130
New York, New York 10128
ashleigh@pabilaw.org