UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America, and States of the
United States, *ex rel.* Patrick Donohue,

                Plaintiffs,

    -against-

RICHARD CARRANZA, in his official capacity
as the former Chancellor of New York City
Department of Education, *et al.*

                Defendants.
-----------------------------------------------------------X

Case No. 20-cv-05396 (GHW)(SDA)

**NOTICE AND STIPULATION OF VOLUNTARY PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the respective undersigned counsel, and attorneys of record for, Plaintiff-Relator, PATRICK DONOHUE, and Defendants NEW YORK CITY DEPARTMENT OF EDUCATION and its former Chancellors in their official capacities, RICHARD CARRANZA and MEISHA PORTER (collectively, "NYC DOE") (Plaintiff-Relator and NYC DOE collectively the "Parties"), that Plaintiff-Relator hereby voluntarily dismisses WITH PREJUDICE the claims brought under New York State and City law in the above-captioned action (*i.e.*, the fifth through the tenth causes of action in the Second Amended Complaint [ECF No. 19]) against NYC DOE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

The Parties agree and acknowledge that, pursuant to this Court's Order of March 3, 2021 [ECF No. 5], voluntary dismissal of the New York State and City law claims brought by Plaintiff-Relator against NYC DOE is subject to approval by this Court and, to the extent required under New York State and City law, the New York State Attorney General. Pursuant to this Court's Order of September 19, 2022 [ECF No. 191], Plaintiff-Relator sought and received such approval from the New York State Office of the Attorney General.

154784996v4

Accordingly, the Parties hereby respectfully request that this Court approve the dismissal of the claims brought under New York State and City law by Plaintiff-Relator against NYC DOE in the above-captioned action, as set forth in fifth through tenth causes of action of the Second Amended Complaint [ECF No. 19], WITH PREJUDICE as to the Relator, and WITHOUT PREJUDICE as to the State of New York.

Date: October __, 2022
New York, New York

| | |
|---|---|
| **Brain Injury Rights Group, Ltd.**<br>300 E. 95th Street, Suite 130<br>New York, New York 10128<br>Tel: 646-850-5035<br>Fax: 212-504-9532<br>Rory@pabilaw.org<br>Ashleigh@pabilaw.org<br><br>By: _____<br>Ashleigh C. Rousseau [5801923]<br>Rory J. Bellantoni [RB 2901]<br><br>*Attorneys for Relator* | **Katten Muchin Rosenman, LLP**<br>50 Rockefeller Plaza<br>New York, New York 10020<br>Tel: 212-940-8800<br>joseph.willey@katten.com<br>alessandra.denis@katten.com<br><br>By: _____<br>Joseph V. Willey<br>Alessandra Denis |

**Hon. Sylvia O. Hinds-Radix**
**Corporation Counsel of the**
**City of New York**
100 Church Street
New York, New York 10007
Tel: (212) 356-2087
SKitzing@law.nyc.gov

By: _____
Stephen Kitzinger
Assistant Corporation Counsel

*Attorneys for Defendants*
*New York City Department of Education,*
*and Richard Carranza and Meisha Porter,*
*in their official capacities as former*
*Chancellors of the New York City*
*Department of Education*

**SO ORDERED**

Dated:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE