IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE<br>Plaintiff/Petitioner<br>vs.<br>[UNDER SEAL]<br>Defendant/Respondent | Hearing Date:<br>INDEX NO:   **1:20-CV-5396**<br>Index Date:   **09/30/2021**<br>AFFIDAVIT OF SERVICE OF:<br>**Second Amended Complaint; Exhibits 1-22** |

Received by **Mitchell Miller**, on the **2nd day of February, 2022 at 11:07 AM** to be served upon **Camden City Public School District** at **1033 Cambridge Street, Camden, Camden County, NJ 08105**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of February, 2022 at 12:11 PM** at the address of **1033 Cambridge Street, Camden, Camden County, NJ 08105**, this affiant served the above described documents upon **Camden City Public School District** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Brian Gregg**, I delivered the documents to Brian Gregg who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 160-180 lbs. I spoke with an on-site worker who says subject resides. Legal Relations.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on ~~2/3/22~~ 2/4/, 20 22.

_signature_

Mitchell Miller, NJ
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW ~~YORK~~ Jersey COUNTY OF Gloucester
SWORN TO AND SUBSCRIBED BEFORE ME THIS 4th OF February 20 22 BY Mitchell Miller (AFFIANT NAME)

_Colbert_
SIGNATURE OF NOTARY PUBLIC

Joy Jones Colbert
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN _____ OR PRODUCED IDENTIFICATION ✓
TYPE OF IDENTIFICATION PRODUCED  NJ DL

> **JOY JONES COLBERT**
> Notary Public
> State of New Jersey
> My Commission Expires April 5, 2023
> I.D.# 2457626

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE<br>Plaintiff/Petitioner<br>vs.<br>[UNDER SEAL]<br>Defendant/Respondent | Hearing Date:<br>INDEX NO: 1:20-CV-5396<br>Index Date: 09/30/2021<br>AFFIDAVIT OF SERVICE OF:<br>Second Amended Complaint; Exhibits 1-22 |

Received by **Mitchell Miller**, on the **2nd day of February, 2022 at 11:07 AM** to be served upon **Katrina T. McCombs, Superintendent** at **1033 Cambridge Street, Camden, Camden County, NJ 08105**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of February, 2022 at 12:11 PM** at the address of **1033 Cambridge Street, Camden, Camden County, NJ 08105**, this affiant served the above described documents upon **Katrina T. McCombs, Superintendent** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **Brian Gregg**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above. On the date of 2/02/2022, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

Katrina T. McCombs, Superintendent
1033 Cambridge Street
Camden, NJ 08105

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Brian Gregg, I delivered the documents to an individual who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 160-180 lbs. Legal Relations.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on 2/4, 20

_[signature]_

Mitchell Miller, NJ
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW ~~YORK~~ Jersey COUNTY OF Gloucester
SWORN TO AND SUBSCRIBED BEFORE ME THIS 4th OF February 20 22 BY Mitchell Miller (AFFIANT NAME)

_[signature] Colbert_
SIGNATURE OF NOTARY PUBLIC

Joy Jones Colbert
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION ✓
TYPE OF IDENTIFICATION PRODUCED NJDL

JOY JONES COLBERT
Notary Public
State of New Jersey
My Commission Expires April 5, 2023
I.D.# 2457626