## IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, EX REL. PATRICK DONOHUE<br>　　　　　　　　　　　　　　　Plaintiff/Petitioner<br>VS.<br>[UNDER SEAL]<br>　　　　　　　　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>INDEX NO:　　1:20-cv-5396<br>Index Date:　　09/30/2021<br>AFFIDAVIT OF SERVICE OF:<br>Second Amended Complaint; Exhibits 1-22 |

Received by **David E McGrath**, on the **4th day of February, 2022 at 9:13 AM** to be served upon **Massachusetts Department of Education** at **75 Pleasant Street, Malden, Middlesex County, MA 02148**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of February, 2022 at 10:43 AM** at the address of **75 Pleasant Street, Malden, Middlesex County, MA 02148**, this affiant served the above described documents upon **Massachusetts Department of Education** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Mary MORALES**, I delivered the documents to Mary MORALES who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on __2_/_9___, 20_22_.

_____
**David E McGrath, MA**

ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW ~~YORK~~ Hampshire COUNTY OF _Rockingham_
SWORN TO AND SUBSCRIBED BEFORE ME THIS _9th_ OF _Feb_ 20_22_ BY _David E McGrath_ (AFFIANT NAME)

_JEK_
SIGNATURE OF NOTARY PUBLIC

_Loren McGrath_
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN _✓_ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____