UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America and the
State of New York, ex rel. Patrick Donohue,

        Plaintiff(s),

   v.

Richard Carranza, in his official capacity as
the former Chancellor of New York City
Department of Education, et al.,

        Defendants.
------------------------------------------------------------X

20-cv-05396 (GHW)(SDA)

CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 14, 2020 with the filing of a summons and complaint under seal. Thereafter, on September 24, 2021, Plaintiff filed a Second Amended Complaint. [ECF No. 19].

The Second Amended Complaint and supporting exhibits (1-22) was served upon defendant MASSACHUSETTS DEPARTMENT OF EDUCATION by personally serving the MASSACHUSETTS DEPARTMENT OF EDUCATION, and proof of service was therefore filed on November 1, 2022. [ECF No. 211-1].

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:    November  2 , 2022
             New York, New York

                                     RUBY J. KRAJICK
                                     Clerk of the Court

                        By:   *K. Mango*
                                    Deputy Clerk