# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
United States of America, and States of the
United States, *ex rel.* Patrick Donohue,

            Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity
as the former Chancellor of New York City
Department of Education, *et al.*

            Defendants.
----------------------------------------------------------X

Case No. 20-cv-05396 (GHW)(SDA)

**NOTICE AND STIPULATION OF VOLUNTARY PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the respective undersigned counsel, and attorneys of record for, Plaintiff-Relator, PATRICK DONOHUE, and Defendants BUFFALO PUBLIC SCHOOL DISTRICT and its Superintendent in his official capacity, KRINER CASH (collectively, "Buffalo Defendants") (Plaintiff-Relator and Buffalo Defendants collectively the "Parties"), that Plaintiff-Relator hereby voluntarily dismisses WITH PREJUDICE the claims brought under New York State law in the above-captioned action (*i.e.*, the fifth, seventh, eighth, ninth, and tenth causes of action in the Second Amended Complaint [ECF No. 19]) against Buffalo Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

The Parties agree and acknowledge that, pursuant to this Court's Order of March 3, 2021 [ECF No. 5], voluntary dismissal of the New York State law claims brought by Plaintiff-Relator against Buffalo Defendants is subject to approval by this Court and, to the extent required under New York State law, the New York State Attorney General. Pursuant to this Court's Order of September 19, 2022 [ECF No. 191], Plaintiff-Relator sought and received such approval from the New York State Office of the Attorney General.

Page 1 of 2

154784996v4

Accordingly, the Parties hereby respectfully request that this Court approve the dismissal of the claims brought under New York State and City law by Plaintiff-Relator against Buffalo Defendants in the above-captioned action, as set forth in fifth through tenth causes of action of the Second Amended Complaint [ECF No. 19], WITH PREJUDICE as to the Relator, and WITHOUT PREJUDICE as to the State of New York.

Date:  November 1, 2022
       New York, New York

**Brain Injury Rights Group, Ltd.**
300 E. 95th Street, Suite 130
New York, New York 10128
Tel: 646-850-5035
Fax: 212-504-9532
Rory@pabilaw.org
Ashleigh@pabilaw.org

By: /s/ Ashleigh C. Rousseau
    Ashleigh C. Rousseau [5801923]
    Rory J. Bellantoni [RB 2901]

*Attorneys for Relator*

**Buffalo Pubic Schools**
65 Niagara Square
Suite 713 City Hall
Buffalo, New York
Tel: 716-816-3102
requinn@buffaloschools.org

By: /s/ Robert E. Quinn
    Robert E. Quinn, Esq.

**SO ORDERED**

Dated:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE

Plaintiff-Relator, Patrick Donohue, and Defendants Buffalo Public School District and Kriner Cash have stipulated to the dismissal, with prejudice as to Plaintiff-Relator and without prejudice as to the State of New York, of the NYC claims against Defendants Buffalo Public School District.

SO ORDERED.

Dated:  November 3, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge