# Katten

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

JOSEPH V. WILLEY
joseph.willey@katten.com
+1.212.940.7087 direct

November 7, 2022

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al.*, **1:20-CV-05396-GHW-SDA**

Dear Judge Woods:

This firm, along with the New York City Law Department, represent defendants New York City Department of Education and former Chancellors Carranza and Porter ("NYC DOE").

We write to respectfully alert the Court of what appears to be a typographical error in the Order (ECF No. 218) and Docket Entry dated November 3, 2022, entering the parties' Notice and Stipulation of Voluntary Partial Dismissal. The Order and Docket Entry dismiss the "NYC and City claims," rather than the "NYS and City claims." To more accurately reflect the parties' Stipulation of Voluntary Partial Dismissal (ECF No. 206), Defendants NYC DOE, with Plaintiff's consent, respectfully request that the Court modify the Order (ECF No. 218) and Docket Entry entered November 3, 2022, as follows:

> Plaintiff-Relator, Patrick Donohue, and Defendants NYC Department of Education, Richard Carranza, and Meisha Porter have stipulated to the dismissal, with prejudice as to Plaintiff-Relator and without prejudice as to the State of New York, of the ~~NYC~~ NYS and City claims against NYC Department of Education.

Respectfully,

Joseph V. Willey

*Counsel for Defendants New York City Department of Education, and Richard Carranza and Meisha Porter, in their official capacities as former Chancellors of the New York City Department of Education*

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# Katten

Page 2

Cc: All counsel of record, via ECF