

**Attorneys at Law**

www.ohhlegal.com

Suite 575
1901 Avenue of the Stars
Los Angeles, CA 90067
310 788-9200 • PHONE
310 788-9210 • FAX

Suite 225
6200 Stoneridge Mall Road
Pleasanton, CA 94588
510 999-7908 • PHONE
510 999-7918 • FAX

Suite 200
2877 Historic Decatur Road
San Diego, CA 92106

Suite 170
13181 Crossroads Parkway N.
City of Industry, CA 91745

Suite 202
667 Lighthouse Avenue
Pacific Grove, CA 93950

Writer's E-Mail: wantrim@ohhlegal.com
Writer's Direct Dial: (858) 988-4122

File Number
6001.013

November 14, 2022

**VIA ELECTRONIC FILING (ECF)**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al., l:20-CV-05396-GHW-SDA**

Dear Judge Woods:

This firm represents defendants San Diego Unified School District, former Superintendent Cindy Marten, and current Superintendent Dr. Lamont Jackson (collectively "San Diego Defendants").

We write to respectfully inquire as to the status of Doc. No. 205, the Notice and Stipulation of Voluntary Dismissal of San Diego Defendants, filed November 1, 2022. To our knowledge, Plaintiffs filed the Notice and Stipulation of Voluntary Dismissal of the San Diego Defendants on the same day as each of the Notices and Stipulations of Voluntary Dismissal of the Los Angeles, New York, and Buffalo Defendants. (See Doc. Nos. 206-208.) The Court ordered the dismissals of the Los Angeles, New York, and Buffalo Defendants on November 3, 2022 have all subsequently received orders granting their respective dismissals, but San Diego has not. (See Doc. Nos. 218-220.) At this time, we seek to confirm the Court has the requisite information to consider and rule on the Notice and Stipulation of Voluntary Dismissal of the San Diego Defendants, or if there is anything outstanding the Court is waiting on from the parties.

The San Diego Defendants and undersigned counsel thank the Court for its attention to this matter.



November 14, 2022
Page 2

                                                   Respectfully,
                                                   **ORBACH HUFF & HENDERSON LLP**

                                                 Enrique Vassallo, Attorney
                                                 Whitney Antrim, Attorney

WNA:WA