UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and STATES
OF THE UNITED STATES, ex rel. PATRICK
DONOHUE,

                          Plaintiff-Relator,

        -against-

RICHARD CARRANZA, et al.,

                          Defendants.

Case No. 20-cv-05396-GHW-SDA

*__APPEARANCE OF COUNSEL__*

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants NIAGARA FALLS PUBLIC SCHOOL DISTRICT and MARK LAURRIE.

Dated: Lake Success, New York
       November 15, 2022

_____
*Attorney's Signature*

Jonathan P. Shaub (JS3375)
_____
*Printed name and bar number*

Shaub, Ahmuty, Citrin & Spratt, LLP
1983 Marcus Avenue, Suite 260
Lake Success, New York 11042
_____
*Address*

jshaub@sacslaw.com
_____
*Email Address*

(516) 488-3300
_____
*Telephone Number*

(516) 488-2324
_____
*Fax Number*