UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and STATES OF THE UNITED STATES, ex rel. PATRICK DONOHUE,<br><br>                                    Plaintiff-Relator,<br><br>-against-<br><br>RICHARD CARRANZA, et al.,<br><br>                                    Defendants. | Case No. 20-cv-05396-GHW-SDA<br><br>***APPEARANCE OF COUNSEL*** |

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants NIAGARA FALLS PUBLIC SCHOOL DISTRICT and MARK LAURRIE.

Dated:  Lake Success, New York
           November 15, 2022

_____
*Attorney's Signataure*

Nicholas Tam (NT1437)
*Printed name and bar number*

Shaub, Ahmuty, Citrin & Spratt, LLP
1983 Marcus Avenue, Suite 260
Lake Success, New York 11042
*Address*

ntam@sacslaw.com
*Email Address*

(516) 488-3300
*Telephone Number*

(516) 488-2324
*Fax Number*