**BRAIN INJURY RIGHTS GROUP**

Address:   300 E 95th St., Suite #130 New York, NY 10128
Telephone:  646.850.5035
Website:   www.braininjuryrights.org

December 16, 2022

**Via ECF**
Hon. Stewart D. Aaron
*Southern District of New York*
*Daniel Patrick Moynihan Courthouse*
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2022
```

    Re:   *United States of America, ex rel. Patrick Donohue v. Carranza, et al*
             1:20-cv-05396 (GHW)(SDA)

Dear Judge Aaron,

    As you may recall, the undersigned represents the Relator, Patrick Donohue, in the above-referenced action. On December 3, 2022, You Honor ordered the Plaintiff-Relator to meet and confer with Niagara Falls Defendants and file an appropriate stipulation of dismissal. [ECF No. 231].

    The Plaintiff-Relator has circulated a proposed stipulation between the Parties with regard to the New York State claims. However, the Parties require additional time for counsel for the Niagara Falls Defendants to review with their client. Accordingly, the Plaintiff-Relator respectfully requests a one-week extension for Plaintiff-Relator and Niagara Falls Defendants to submit their stipulation no later than Friday, December 23, 2022.

    Plaintiff-Relator thanks the Court for its continued courtesies and attention herein.

Respectfully submitted,

/s/ Ashleigh C. Rousseau
Ashleigh C. Rousseau, Esq. (5801923)
*Attorneys for the Plaintiffs*
Brain Injury Rights Group, Ltd.
300 E. 95th Street, #130
New York, New York 10128
ashleigh@pabilaw.org

APPLICATION GRANTED

Hon. Stewart D. Aaron, U.S.M.J.
Dated: 12/17/2022

1