UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, ex rel. PATRICK DONOHUE,<br><br>Plaintiff,<br><br>-against-<br><br>RICHARD CARRANZA, et al.,<br><br>Defendants. | Case No. 20-cv-05396-GHW-SDA<br><br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE, that defendants Niagara Falls City School District s/h/a Niagara Falls Public School District and Mark Laurrie, in his official capacity as Superintendent ("Niagara"), by their attorneys, Shaub, Ahmuty, Citrin & Spratt, LLP, will move this Court at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007-1312, at a time and place to be scheduled by this Court, for an Order pursuant to Rules 12(b)(6), 9(b), and 12(b)(3) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint ("SAC") as against Niagara, and for such other and further relief as this Court deems just and proper.

Dated: Lake Success, New York
       December 23, 2022

                                    Shaub, Ahmuty, Citrin & Spratt, LLP

                                    By: _____
                                         Jonathan P. Shaub
                                    *Attorneys for Defendants*
                                    *Niagara Falls Public School District and Mark Laurrie,*
                                    *in his official capacity as Superintendent*
                                    1983 Marcus Avenue, Suite 260
                                    Lake Success, NY 11042

-2-

(516) 488-3300
jshaub@sacslaw.com

To:     All Counsel of Record via ECF