UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America, and States of the
United States, *ex rel.* Patrick Donohue,

                    Plaintiffs,

    -against-

RICHARD CARRANZA, in his official capacity
as the former Chancellor of New York City
Department of Education, *et al.*

                  Defendants.
-------------------------------------------------------X

Case No. 20-cv-05396 (GHW)(SDA)

**NOTICE AND STIPULATION OF VOLUNTARY PARTIAL <u>DISMISSAL</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the respective undersigned counsel, and attorneys of record for, Plaintiff-Relator, PATRICK DONOHUE, and Defendants NIAGARA FALLS PUBLIC SCHOOL DISTRICT and its Superintendent in his official capacity, MARK. LAURRIE (collectively, "Niagara Falls Defendants") (Plaintiff-Relator and Niagara Falls Defendants collectively the "Parties"), that Plaintiff-Relator hereby voluntarily dismisses WITH PREJUDICE the claims brought under New York City and State law in the above-captioned action (*i.e.*, the fifth through tenth causes of action in the Second Amended Complaint [ECF No. 19]) against Niagara Falls Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

      The Parties agree and acknowledge that, pursuant to this Court's Order of March 3, 2021 [ECF No. 5, 231], voluntary dismissal of the New York State law claims brought by Plaintiff-Relator against Niagara Falls Defendants is subject to approval by this Court and, to the extent required under New York State law, the New York State Attorney General. Pursuant to this Court's Order of September 19, 2022 [ECF No. 191], Plaintiff-Relator sought and received such approval from the New York State Office of the Attorney General.

Accordingly, the Parties hereby respectfully request that this Court approve the dismissal of the claims brought under New York State and City law by Plaintiff-Relator against Niagara Falls Defendants in the above-captioned action, as set forth in fifth through tenth causes of action of the Second Amended Complaint [ECF No. 19], WITH PREJUDICE as to the Relator, and WITHOUT PREJUDICE as to the State of New York.

Date:   December 26, 2022
        New York, New York

**Brain Injury Rights Group, Ltd.**
300 E. 95th Street, Suite 130
New York, New York 10128
Tel: 646-850-5035
Fax: 212-504-9532
Ashleigh@pabilaw.org
rory@pabilaw.org

By: _____
    Ashleigh C. Rousseau [5801923]
    Rory J. Bellantoni [RB 2901]
    *Attorneys for Relator*

**Shaub, Ahmuty, Citrin, & Spratt, LLP**
1983 Marcus Avenue, Suite 260
Lake Success, New York 11042
Tel: 516-488-3300
ntam@sacslaw.com

By: _____
    Nicholas Tam, Esq.
    *Attorneys for Niagara Falls Defendants*

**SO ORDERED**

Dated:

_____
   HONORABLE GREGORY H. WOODS
   UNITED STATES DISTRICT JUDGE