UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
United States of America, and States of the
United States, *ex rel.* Patrick Donohue,

                Plaintiffs,

   -against-

RICHARD CARRANZA, in his official capacity
as the former Chancellor of New York City
Department of Education, *et al.*

                Defendants.
--------------------------------------------------------------X

Case No. 20-cv-05396 (GHW)(SDA)

**NOTICE AND STIPULATION OF VOLUNTARY PARTIAL DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between the respective undersigned counsel, and attorneys of record for, Plaintiff-Relator, PATRICK DONOHUE, and Defendants SOMERVILLE PUBLIC SCHOOL DISTRICT and its Superintendent in her official capacity, MARY SKIPPER (collectively, "Somerville Defendants") (Plaintiff-Relator and Somerville Defendants collectively, the "Parties"), that Plaintiff-Relator hereby voluntarily dismisses WITH PREJUDICE the claims brought under Massachusetts State law, specifically, Mass. General Laws Ch. 12 §5B in the above-captioned action, enumerated as the Eleventh Cause of Action in the Second Amended Complaint [ECF No. 19] against Somerville Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

      The Parties agree and acknowledge that pursuant to this Court's Order of March 3, 2021 [ECF No. 5, 231], voluntary dismissal of the Massachusetts State law claims brought under Mass. General Laws Ch. 12 §5B by Plaintiff-Relator against Somerville Defendants is subject to approval by this Court.

Accordingly, the Parties hereby respectfully request that this Court approve the dismissal of the claims brought under Massachusetts State law, specifically Mass. General Laws Ch. 12 §5B, by Plaintiff-Relator WITH PREJUDICE against Somerville Defendants in the above-captioned action, as set forth in the Eleventh cause of action of the Second Amended Complaint [ECF No. 19], leaving the federal FCA claims to be further litigated by the Parties.

Date:   January 13, 2023
        New York, New York

**Brain Injury Rights Group, Ltd.**
300 E. 95th Street, Suite 130
New York, New York 10128
Tel: 646-850-5035
Fax: 212-504-9532
Ashleigh@pabilaw.org

By: _____
    Ashleigh C. Rousseau [5801923]
    *Attorneys for Relator*

**Murphy, Lamere & Murphy, P.C.**
50 Braintree Hill Office Park, Suite 202
Braintree, MA 02184
Tel: 781-848-1850
jcoleman@mlmlawfirm.com

By: _____
    Joshua Coleman, Esq.
    *Attorneys for Somerville Defendants*

**SO ORDERED**

Dated:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE