USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                            :
UNITED STATES OF AMERICA and the STATES   :
OF THE UNITED STATES ex rel. PATRICK        :
DONOHUE,                                        :                      1:20-cv-05396-GHW
                                            :
                        Plaintiffs,    :                             <u>ORDER</u>
                                            :
                     -against-             :
                                            :
RICHARD CARRANZA, in his official capacity as     :
the Chancellor of New York City Department of       :
Education, the NEW YORK CITY DEPARTMENT    :
OF EDUCATION, THE CITY OF NEW YORK, the    :
SCHOOL DISTRICTS OF THE UNITED STATES,     :
and COUNTIES OF THE UNITED STATES,           :
                                            :
                     Defendants.    :
                                            :
------------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The parties' January 13, 2023 application, Dkt. No. 243, is denied without prejudice. Because the stipulation of voluntary dismissal involves the dismissal of state claims with prejudice, the parties are directed to file a letter that complies with Rule 1.F of the Court's Individual Rules of Practice in Civil Cases. The letter should address whether or not this stipulation requires prior approval of any governmental agency.

        SO ORDERED.

Dated: January 23, 2023

                                                              _____
                                                                       GREGORY H. WOODS
                                                                       United States District Judge