UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF THE UNITED STATES, ex. rel. Patrick Donohue,<br><br>                              Plaintiffs,<br><br>v.<br><br>RICHARD CARRANZA, et al.,<br><br>                              Defendants. | Civil Action No. 20-05396 |

**NOTICE OF APPEARANCE**

Please enter my appearance on the docket as counsel for defendants Massachusetts Department of Elementary and Secondary Education and Commissioner Jeffrey Riley.

                              Respectfully submitted,

                              ANDREA JOY CAMPBELL
                              ATTORNEY GENERAL

                              */s/ Abigail Fee*
                              Abigail Fee (BBO No. 687474)
                              Assistant Attorney General
                              Trial Division
                              Government Bureau
                              One Ashburton Place
                              Boston, MA 02108
                              (617) 963-2216
                              abigail.fee@state.ma.us

Dated:  February 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I served the above Motion on all registered counsel on February 8, 2023, by filing the above Notice of Appearance through the Court's electronic filing system.

*/s/ Abigail Fee*
Abigail Fee
Assistant Attorney General