UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF THE UNITED STATES, ex. rel. Patrick Donohue,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD CARRANZA, et al.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 20-05396 |

**MOTION OF MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION TO VACATE CLERK'S CERTIFICATE OF DEFAULT**

Pursuant to Fed. R. Civ. P. 55(c), defendant Massachusetts Department of Elementary and Secondary Education ("Massachusetts DOE") respectfully requests that the Court vacate the Clerk's Certificate of Default issued on November 2, 2022, *see* ECF No. 216, for good cause shown. The grounds for the motion are set forth in an accompanying Memorandum of Law.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ANDREA JOY CAMPBELL
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　*/s/ Abigail Fee*
　　　　　　　　　　　　　　　　　　Abigail Fee (BBO No. 687474)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Trial Division
　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　(617) 963-2216
　　　　　　　　　　　　　　　　　　abigail.fee@state.ma.us

February 9, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that I served the above Motion on all registered counsel on February 9, 2023, by filing the Motion through the Court's electronic filing system.

                                                */s/ Abigail Fee*
                                                Abigail Fee
                                                Assistant Attorney General