# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATES OF THE UNITED STATES, ex. Rel. PATRICK DONOHUE<br><br>Plaintiff-Relator<br><br>VS.<br><br>RICHARD CARRANZA, in his official capacity as the Former Chancellor of New York City Department of Education, et al<br><br>Defendants | CIVIL ACTION NO: 1:20-cv-5396 (GHW)<br><br><br><br><br><br>FEBRUARY 13, 2023 |

### RESPONSE TO PLAINTIFF-RELATOR'S OBJECTIONS TO MAGISTRATE JUDGE STEWART D. AARON'S REPORT AND RECOMMENDATION TO GRANT STAMFORD BOARD OF EDUCATION AND DR. TAMU LUCERO'S MOTION TO DISMISS

BERCHEM MOSES PC

75 Broad Street
Milford, CT 06460
203-783-1200

*Attorneys for Defendants*
*Stamford Board of Education and Dr. Tamu Lucero*

Ryan P. Driscoll, Esquire.
Partner

The Defendants, Stamford Board of Education and Dr. Tamu Lucero (hereinafter collectively "Stamford" of the "Stamford Defendants"), hereby respectfully submit this response to the Plaintiff-Relator, Patrick Donohue's (the "Plaintiff" or the "Plaintiff-Relator"), Objections to the Report and Recommendation of Magistrate Judge Stewart D. Aaron  (*ECF No. 247 [Objection] and ECF No. 245 [Report and Recommendation]).* In the interest of brevity and not inundating the Court with repetitive arguments, the Stamford Defendants respectfully submit that those arguments made by the Board of Education of the City of Chicago and Jose M. Torres, Ph.D. (the "Chicago Defendants")(*ECF No. 254)* and the Niagara Falls City School District and its superintendent Mark Laurie (the "Niagara Falls Defendants")(*ECF No. 255)* also apply to them.  The Stamford Defendants, therefore, adopt as if set forth more fully herein, all arguments asserted by the Chicago and Niagara Falls Defendants.  More specifically, the Stamford Defendants submit that:

a. the Plaintiff-Relator's Objection simply rehashes and reargues the arguments made to Magistrate Judge Aaron;
b. the Plaintiff-Relator has failed to point out any argument that was not considered by Magistrate Judge Aaron;
c. the Plaintiff-Relator cannot demonstrate clear error by Magistrate Judge Aaron; and
d. there is no basis for granting the Plaintiff-Relator leave to amend his complaint,

For these reasons, and those set forth more fully in the Chicago and Niagara Falls Defendants' responses, the Stamford Defendants respectfully request that the Court review the Report and Recommendation of Magistrate Judge Aaron and find that the Plaintiff-Relator has established no valid basis to object.  Therefore, the Court should adopt Magistrate Judge Aaron's Report and Recommendation in full and dismiss this action.

                THE DEFENDANTS
                STAMFORD BOARD OF EDUCATION AND
                TAMU LUCERO

By:    /s/Ryan P. Driscoll
        Ryan P. Driscoll
        Berchem Moses, P.C.
        75 Broad Street
        Milford, CT  06460
        (203) 783-1200
        Federal Bar NY4451076
        rdriscoll@berchemmoses.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on the date hereon, a copy of the foregoing motion was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                        /s/ Ryan P. Driscoll
                                        Ryan P. Driscoll