**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATES OF THE UNITED STATES, ex rel. PATRICK DONOHUE, | CIVIL ACTION NO.: 20-CV-5396 (GHW) |
| Plaintiffs, | |
| -against- | |
| RICHARD CARRANZA, et al., | |
| Defendants. | |

**RESPONSE TO PLAINTIFF-RELATOR'S OBJECTIONS TO MAGISTRATE JUDGE STEWART D. AARON'S REPORT AND RECOMMENDATION TO GRANT WAKE COUNTY PUBLIC SCHOOL DISTRICT AND CATHY QUIROZ MOORE'S MOTION TO DISMISS**

WOOD, SMITH, HENNING & BERMAN, LLP
5 Waller Avenue, Suite 200
White Plains, NY 10601
(914) 353-3850

*Attorneys for Defendants*
*Wake County Public School District and Cathy Quiroz Moore*

Christopher J. Seusing, Esq.
Partner

John A. Darminio, Esq.
Senior Counsel

*Dated: February 13, 2023*

27543775.1:05472-0978

The Defendants, Wake County Public School District and Cathy Quiroz Moore (hereinafter collectively the "Wake County Defendants"), hereby respectfully submit this response to the Plaintiff-Relator, Patrick Donohue's (the "Plaintiff" or the "Plaintiff-Relator"), Objections to the Report and Recommendation of Magistrate Judge Stewart D. Aaron (*ECF No. 247 [Objection] and ECF No. 245 [Report and Recommendation]).*

As previously requested by Stamford Board of Education and Dr. Tamu Lucero (hereinafter the "Stamford Defendants"), and in the interest of brevity and not inundating the Court with repetitive arguments, the Wake County Defendants respectfully requests the following: That those arguments put forth by the New York City Department of Education and Richard Carranza and Meisha Porter (the "New York City Defendants"), the Board of Education of the City of Chicago and Jose M. Torres, Ph.D. (the "Chicago Defendants")(*ECF No. 254)*, and the Niagara Falls City School District and its superintendent Mark Laurie (the "Niagara Falls Defendants")(*ECF No. 255)* also apply to the Wake County Defendants.

With this Court's permission, the Wake County Defendants seek to adopt, as if set forth more fully herein, all arguments asserted by the New York City, Chicago, and Niagara Falls Defendants. More specifically, the Wake County Defendants submit that:

a. the Plaintiff-Relator's Objection simply rehashes and reargues the arguments made to Magistrate Judge Aaron;
b. the Plaintiff-Relator has failed to point out any argument that was not considered by Magistrate Judge Aaron;
c. the Plaintiff-Relator cannot demonstrate clear error by Magistrate Judge Aaron; and
d. there is no basis for granting the Plaintiff-Relator leave to amend his complaint,

For these reasons, and those set forth more fully in the New York City, Chicago, and Niagara Falls Defendants' responses, the Wake County Defendants respectfully request that the

27543775.1:05472-0978

Court review the Report and Recommendation of Magistrate Judge Aaron and find that the

Plaintiff-Relator has established no valid basis to object.

Therefore, the Court should adopt Magistrate Judge Aaron's Report and Recommendation

in full and dismiss this action.

Dated: February 13, 2023
       White Plains, New York

                  Respectfully submitted,

                  /s/John A. Darminio
                  John A. Darminio