# Katten
**Katten Muchin Rosenman LLP**

**MEMORANDUM ENDORSED**

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
212.940.8776 fax
www.katten.com

**JOSEPH V. WILLEY**
joseph.willey@katten.com
(212) 940-7087 direct
(212) 940-6738 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2023

March 9, 2023

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:  *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al.*, **1:20-CV-5396 (GHW)**

Dear Judge Woods:

This firm, along with the New York City Law Department, represents defendants New York City Department of Education and its former Chancellors, Richard Carranza and Meisha Porter (collectively, "NYC DOE") in the above-referenced case.

NYC DOE plans to file a motion for attorneys' fees, which the Court may award to prevailing defendants in accordance with 31 U.S.C. § 3730(d)(4). Per Federal Rule of Civil Procedure 54(d)(2)(B)(i), such motion is currently due on March, 14, 2023. NYC DOE respectfully requests additional time to prepare its motion so that we can properly evaluate the relevant legal standards and their applicability to the claims in this case.  Thus, pursuant to Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases, NYC DOE respectfully requests that the time to file such motion be extended by 30 days to April 13, 2023. This is the first request for an extension of time to file this motion. Counsel for Plaintiff-Relator has informed us that Plaintiff-Relator does not object to this request.

Respectfully,

/s/ Joseph V. Willey
Joseph V. Willey

Cc: All counsel of record, via ECF

Application granted.  The deadline for NYC DOE to file a motion for attorney's fees is extended to April 13, 2023.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 260.

SO ORDERED.

Dated: March 13, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge