# MEMORANDUM ENDORSED

**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
212.940.8776 fax
www.katten.com

March 13, 2023

**JOSEPH V. WILLEY**
joseph.willey@katten.com
(212) 940-7087 direct
(212) 940-6738 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al.*, **1:20-CV-5396 (GHW)**

Dear Judge Woods:

This firm represents defendants Los Angeles Unified School District and its former Superintendent, Austin Beutner (collectively, "LAUSD"), which was dismissed from this case by Order dated November 3, 2022 (ECF No. 220).

Today, in response to their requests, the Court extended the deadline for NYC DOE and Chicago BOE "to file a motion for attorney's fees . . . to April 13, 2023." (ECF Nos. 264 and 265). LAUSD respectfully requests that a motion for attorney's fees that it may submit similarly be due on April 13, 2023 so that it can properly evaluate the relevant legal standards and their applicability to the claims that were brought against LAUSD in this case. This is the first request for an extension of time to file this motion on behalf of LAUSD. Counsel for Plaintiff-Relator has informed us that Plaintiff-Relator does not object to the extension request.

Respectfully,

/s/ Joseph V. Willey
Joseph V. Willey

Cc:   All counsel of record, via ECF

Application granted. The deadline for LAUSD to file a motion for attorney's fees is extended to April 13, 2023.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 266.

SO ORDERED.

Dated: March 14, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge