

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
tel (914) 353-3850 • fax (914) 353-3851 • wshblaw.com

John A. Darminio
direct dial (914) 353-3861
email jdarminio@wshblaw.com

March 14, 2023

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   U.S. ex rel. Donohue v. Carranza, et al
      1:20-C V-5396 (GHW)(SDA)

Dear Judge Woods:

This firm represents the Wake County Public School District and Superintendent Cathy Quiroz Moore (collectively "Wake County Defendants"), in the above-referenced matter.

Consistent with the requests made by other moving Defendants and this Court's Individual Rules of Practice, Wake County Defendants respectfully request an extension of time of thirty (30) days until April 13, 2023, to file a motion for attorneys' fees under 31 U.S.C. § 3730(d)(4) and F.R.C.P. Rule 54(d). This is the first requested extension of time and counsel for the Plaintiff-Relator has consented to the request.

Respectfully submitted,

/s/John A. Darminio
John A. Darminio

Cc: All counsel of record via ECF

27804584.1:05472-0978                 WOOD • SMITH • HENNING • BERMAN