UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
United States of America and the
State of New York, ex rel. Patrick Donohue,

    Plaintiff(s),

               20-cv-05396 (GHW)(SDA)

  v.

Richard Carranza, in his official capacity as
the former Chancellor of New York City
Department of Education, et al.,

    Defendants.
---------------------------------------------------------X

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

   Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff-Relator,

Patrick Donohue, appeals to the United States Court of Appeals for the Second Circuit.

   The above-named parties appeal from the Order that was entered on February 28, 2023

[ECF No. 259] adopting the Magistrate's Report and Recommendation to dismiss the Plaintiff-

Relator's Second Amended Complaint.

Dated:   March 14, 2023
     New York, New York

           Respectfully Submitted,

           By: ____/s/_____
           Ashleigh C. Rousseau, Esq. [5801923]
           *Attorneys for Plaintiffs*
           Brain Injury Rights Group, Ltd.
           300 East 95th Street, Suite 130
           New York, New York 10128
           ashleigh@pabilaw.org