

**Attorneys at Law**
www.ohhlegal.com

● 1901 Avenue of the Stars, Suite 575
Los Angeles, CA 90067

■ 6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588

■ 2877 Historic Decatur Road, Suite 200
San Diego, CA 92106

● 13181 Crossroads Parkway N., Suite 170
City of Industry, CA 91745

■ 667 Lighthouse Avenue, Suite 202
Pacific Grove, CA 93950

■ 333 City Blvd. West, Suite 1700
Orange, CA 92868

Writer's E-Mail: wantrim@ohhlegal.com
Writer's Direct Dial: (858) 988-4122

File Number
6001.013

March 14, 2023

**VIA ELECTRONIC FILING (ECF)**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   **United States of America and States of the United States, ex rel.**
      **Donohue v. Richard Carranza, et al., l:20-CV-05396-GHW-SDA**

Dear Judge Woods

We represent defendants San Diego Unified School District, former Superintendent Cindy Marten, and Dr. Lamont Jackson, in his official capacity as Superintendent (collectively, "San Diego Defendants"), in the above-referenced action.

We write to join the NYC DOE's request for a thirty-day extension of time to move for attorneys' fees under 31 U.S.C. § 3730(d)(4) (Dkt. #260). Like the NYC DOE, this extension will afford San Diego Defendants additional time to properly evaluate the relevant legal standards and their applicability to the case. It will also promote judicial efficiency by avoiding piecemeal litigation of the attorneys' fees issue. This is the first request for an extension of time to file this motion.

We appreciate the Court's courtesies. The San Diego Defendants and undersigned counsel thank the Court for its attention to this matter.



March 14, 2023
Page 2

Respectfully,
**ORBACH HUFF & HENDERSON LLP**

Enrique Vassallo, Attorney
Whitney Antrim, Attorney