

John A. Darminio

**direct dial** (914) 353-3861
email jdarminio@wshblaw.com

5 Waller Avenue • Suite 200 • White Plains, NY • 10601
**tel** (914) 353-3850 • **fax** (914) 353-3851 • wshblaw.com

April 5, 2023

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

     **Re:**    ***U.S. ex rel. Donohue v. Carranza, et al***
           ***1:20-C V-5396 (GHW)(SDA)***

Dear Judge Woods:

    This firm represents the Wake County Public School District and Superintendent Cathy Quiroz Moore (collectively "Wake County Defendants"), in the above-referenced matter.

    Consistent with the requests made by other moving Defendants (ECF Nos. 277 & 278) and this Court's Individual Rules of Practice, Wake County Defendants respectfully request an extension of time of twenty-one (21) days after issuance of the Second Circuit mandate in this case to file a motion for attorneys' fees. This is the second requested extension of time and counsel for the Plaintiff-Relator has consented to the request.

                         Respectfully submitted,

                         */s/John A. Darminio*
                         John A. Darminio

Cc: All counsel of record via ECF