**MEMORANDUM ENDORSED**



**BERCHEM MOSES** PC

RYAN P. DRISCOLL
rdriscoll@berchemmoses.com

PLEASE REPLY TO
MILFORD OFFICE
WWW.BERCHEMMOSES.COM

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  4/6/2023

March 31, 2023

Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street – Room 2260
New York, NY 10007-1312

*Re:*   *U.S. ex rel. Donohue v. Carranza, et. al.*
*1:20-CV-5396 (GHW)(SDA*)

Dear Judge Woods,

    This firm represents the Stamford Board of Education and its superintendent, Dr. Tamu Lucero (collectively "Stamford"), in the above-referenced matter.  Consistent with the request made by the NYC DOE (ECF No. 277) and this Court's Individual Rules of Practice, Stamford respectfully requests an extension of time of twenty-one (21) days after issuance of the Second Circuit mandate in this case for filing motions for attorneys' fees. This is the second requested extension of time and counsel for the Plaintiff-Relator has consented to the request.

Application granted.  The deadline for Stamford to file
any motion for attorney's fees is extended to 21 days
after issuance of the Second Circuit mandate in this
case.  The Clerk of Court is respectfully directed to
terminate the motion pending at Dkt. No. 278.

Very truly yours,
Berchem Moses PC

Ryan P. Driscoll

SO ORDERED.

Dated:  April 6, 2023
New York, New York

GREGORY H. WOODS
United States District Judge

75 BROAD STREET
MILFORD, CT 06460
TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235

1221 POST ROAD EAST
WESTPORT, CT 06880
TELEPHONE (203 )227-9545
FACSIMILE (203) 225-1641