# MEMORANDUM ENDORSED

**Katten**
Katten Muchin Rosenman LLP

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
212.940.8776 fax
www.katten.com

March 30, 2023

**JOSEPH V. WILLEY**
joseph.willey@katten.com
(212) 940-7087 direct
(212) 940-6738 fax

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

Re:     *United States of America and States of the United States, ex rel. Donohue v. Richard Carranza, et al.*, **1:20-CV-5396 (GHW)**

Dear Judge Woods:

This firm, along with the New York City Law Department, represents defendants New York City Department of Education and its former Chancellors, Richard Carranza and Meisha Porter (collectively, "NYC DOE"), in the above-referenced case; the firm also represents defendants Los Angeles Unified School District and its former Superintendent, Austin Beutner (collectively, "LAUSD"), which was dismissed from this case by Order dated November 3, 2022 (ECF No. 220).

This Court granted prior requests made by NYC DOE and LAUSD, respectively, to extend the time to file their motions for attorneys' fees from March 14, 2023, to April 13, 2023 (ECF Nos. 264, 267). Plaintiff-Relator thereafter filed a Notice of Appeal of this Court's Order, issued on February 28, 2023, which dismissed Plaintiff-Relator's claims with prejudice against the Moving Defendants (as such term is defined in the Order) (ECF No. 259). In light of Plaintiff-Relator's appeal to the Second Circuit, and Fed. R. Civ. P. 54, which provides that a motion for fees must be filed within 14 days after the entry of judgment, "[u]nless a statute or court order provides otherwise" (Fed. R. Civ. P. 54(d)(2)(B)), we now make this second request for an extension of time for NYC DOE and LAUSD to file their motions for attorneys' fees after the resolution of the Second Circuit appeal on the merits. Thus, pursuant to Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases, NYC DOE and LAUSD respectfully request that the time to file their motions for attorneys' fees be extended until 21 days after issuance of the Second Circuit mandate in this case. Counsel for Plaintiff-Relator has informed us that Plaintiff-Relator does not object to this request.

Application granted.  The deadline for NYC DOE and LAUSD to file any motion for attorney's fees is extended to 21 days after issuance of the Second Circuit mandate in this case.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 277.

Respectfully,

/s/ Joseph V. Willey
Joseph V. Willey

SO ORDERED.

Dated: April 6, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    HOUSTON    IRVING    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations