**MEMORANDUM ENDORSED**

**SHAUB, AHMUTY, CITRIN & SPRATT, LLP**
ATTORNEYS AT LAW
1983 MARCUS AVENUE
LAKE SUCCESS, NEW YORK 11042-1056
(516) 488-3300
Facsimile: (516) 488-2324
info@sacslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023

Jonathan P. Shaub
jshaub@sacslaw.com

April 10, 2023

By ECF
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Donohue v. Richard Carranza, et al.*
               No. 20 Civ. 05396 (GHW) (SDA)

Dear Judge Woods:

    We represent defendants Niagara Falls City School District s/h/a Niagara Falls Public School District and Mark Laurrie, in his official capacity as Superintendent (collectively, "Niagara"), in the above-referenced action.

    Consistent with the requests made by the New York City Department of Education and Stamford Board of Education (Dkt. # 277, 278) and this Court's Individual Rules of Practice, we write to request an extension of 21 days after the issuance of the Second Circuit mandate in this case for filing motions for attorneys' fees. This is the second requested extension of time and plaintiff-relator's counsel has consented to the request.

    We appreciate the Court's courtesies.

                                         Respectfully submitted,

                                         Jonathan P. Shaub

cc: Counsel of Record

    Application granted.  The deadline for Niagara to file any motion for attorney's fees is extended to 21 days after issuance of the Second Circuit mandate in this case.
    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 283.

SO ORDERED.

Dated: April 10, 2023
New York, New York

                                         _____
                                         GREGORY H. WOODS
                                         United States District Judge