UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF THE UNITED STATES, ex. rel. Patrick Donohue,<br><br>                                    Plaintiffs,<br><br>v.<br><br>RICHARD CARRANZA, et al.,<br><br>                                    Defendants. | Civil Action No. 20-05396 |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Massachusetts Department of Elementary and Secondary Education and Commissioner Jeffrey Riley substitutes Sara Colb, State Bar No. 4599270 as counsel of record in place of Abigail Fee.

Contact information for new counsel is as follows:

Firm Name:    Commonwealth of Massachusetts Office of the Attorney General

Address:       One Ashburton Place, Boston, MA 02108

Telephone:    617-963-2031    Facsimile:    617-727-3076

E-Mail:        sara.colb@mass.gov

          Respectfully submitted,

          MASSACHUSETTS DEPARTMENT OF
          ELEMENTARY AND SECONDARY
          EDUCATION and COMMISSIONER JEFFREY
          RILEY

          By their attorneys,

          ANDREA JOY CAMPBELL
          ATTORNEY GENERAL

          */s/ Sara Colb*
          Sara Colb
          Assistant Attorney General
          Trial Division
          Government Bureau
          One Ashburton Place
          Boston, MA 02108
          (617) 963-2031
          Sara.Colb@mass.gov

I consent to being substituted.   */s/ Abigail Fee*
          Abigail Fee
          Assistant Attorney General
          Trial Division
          Government Bureau
          One Ashburton Place
          Boston, MA 02108
          (617) 963-2216
          Abigail.Fee@mass.gov

I consent to the above substitution. */s/ Sara Colb*
          Sara Colb
          Assistant Attorney General
          Trial Division
          Government Bureau
          One Ashburton Place
          Boston, MA 02108
          (617) 963-2031
          Sara.Colb@mass.gov

Dated:  April 28, 2023

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                        Judge

## CERTIFICATE OF SERVICE

      I hereby certify that I served the above Notice on all registered counsel on April 28, 2023, by filing the above Notice of Substitution of Attorney through the Court's electronic filing system.

                                                                    */s/ Abigail Fee*
                                                                    Abigail Fee
                                                                    Assistant Attorney General