USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF THE UNITED STATES, ex. rel. Patrick Donohue,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>RICHARD CARRANZA, et al.,<br><br>                                        Defendants. | Civil Action No. 20-05396 |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Massachusetts Department of Elementary and Secondary Education and Commissioner Jeffrey Riley substitutes Sara Colb, State Bar No. 4599270 as counsel of record in place of Abigail Fee.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Commonwealth of Massachusetts Office of the Attorney General |
| Address: | One Ashburton Place, Boston, MA 02108 |
| Telephone: | 617-963-2031        Facsimile:        617-727-3076 |
| E-Mail: | sara.colb@mass.gov |

Respectfully submitted,

MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION and COMMISSIONER JEFFREY RILEY

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Sara Colb
Sara Colb
Assistant Attorney General
Trial Division
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2031
Sara.Colb@mass.gov

I consent to being substituted.

/s/ Abigail Fee
Abigail Fee
Assistant Attorney General
Trial Division
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2216
Abigail.Fee@mass.gov

I consent to the above substitution.

/s/ Sara Colb
Sara Colb
Assistant Attorney General
Trial Division
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2031
Sara.Colb@mass.gov

Dated: April 28, 2023

The substitution of attorney is hereby approved and so ORDERED. The Clerk of Court is respectfully requested to substitute Sara Colb in place and stead of Abigail Fee as counsel for the Massachusetts Department of Education and Jeffrey Riley.

Date: April 28, 2023

_____
Judge

## CERTIFICATE OF SERVICE

      I hereby certify that I served the above Notice on all registered counsel on April 28, 2023, by filing the above Notice of Substitution of Attorney through the Court's electronic filing system.

                                                    */s/ Abigail Fee*
                                                    Abigail Fee
                                                    Assistant Attorney General