UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America and States of the United
States, ex rel. Patrick Donohue,

                    20-cv-05396 (GHW)(SDA)

                Plaintiff(s),

                                                                  **NOTICE OF MOTION**
  -against-                                                          **TO WITHDRAW**
                                                                  **AS COUNSEL**

RICHARD CARRANZA, in his Official Capacity,
as the Former Chancellor of the New York City
Department of Education, *et al.*

                Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Ashleigh C. Rousseau, Esq., attorney for the above-named Plaintiff, hereby respectfully request leave to withdraw as one of the attorneys of record. I will be leaving the Brain Injury Rights Group, Ltd. for another employment opportunity **effective Friday, May 5, 2023**, and will no longer be able to assist in this matter after that date. My colleagues at the Brain Injury Rights Group, Ltd. will continue to represent the Plaintiff in this matter.

        Accordingly, the undersigned respectfully requests that the Court grant leave to withdraw as counsel, and that my appearance as counsel on the Court's Docket be terminated forthwith.

Dated: May 2, 2023
        New York, New York

                                                                Respectfully Submitted,

                                                                /s/
                                                                Ashleigh C. Rousseau, Esq. (5801923)
                                                                Brain Injury Rights Group, Ltd.
                                                                *Attorneys for Plaintiff-Relator*
                                                                300 East 95th Street, Suite 130
                                                                New York, NY 10128
                                                                ashleigh@pabilaw.org

1