USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

------------------------------------------------------------------------X
United States of America and States of the United States,
*Ex rel.* Patrick Donohue,

                Plaintiffs,        20-cv-5396 (GHW)(SDA)

   -against-                      **Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)**

RICHARD CARRANZA, in his official capacity as
the former Chancellor of the New York City Department of
Education, *et al.*,
                Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)**, PLAINTIFF-RELATOR PATRICK DONOHUE**, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendants, **MASSACHUSETTS DEPARTMENT OF EDUCATION**, **JEFFREY C. RILEY**, in his official capacity as Superintendent, **CAMDEN CITY PUBLIC SCHOOL DISTRICT**, and **KATRINA McCOMBS**, in her official capacity as Superintendent.

No answer or motion for summary judgment has been served by the Defendants mentioned above in the above-entitled action.

Dated: June 12, 2023
       New York, New York

                              Respectfully submitted,
                              Brain Injury Rights Group, Ltd.
                              *Attorney for Plaintiff-Relator*

              By:       ___*/S/*___
                              Rory J. Bellantoni, Esq. (RB 2901)
                              300 E. 95 Street, Suite 130
                              New York, NY 10128

646-850-5035

**Cc:    All counsel of Record VIA ECF.**

Plaintiff has stipulated to the dismissal of Plaintiff's claims against Defendants Massachusetts Department of Education, Jeffrey C. Riley, in his official capacity as Superintendent, Camden City Public School District, and Katrina McCombs, in her official capacity as Superintendent, without prejudice. The Clerk of Court is directed to remove the names of those specified defendants from the caption of this case, and to terminate the motion pending at Dkt. No. 249.

SO ORDERED.

Dated: October 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge