UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA and STATES of the UNITED STATES, ex rel. PATRICK DONOHUE,

                    Plaintiff-Relator,

- against -

RICHARD CARRANZA, in his official capacity as the former Chancellor of New York City Department of Education, et al.,

                      Defendants.

Case No. 1:20-CV-5396 (GHW) (SDA)

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to the approval of the Court, Defendants, Los Angeles Unified School District and Austin Beutner, in his official capacity as former Superintendent of the Los Angeles Unified School District, substitutes Mary Kellogg, State Bar. No. 223258 (pending Pro Hac Vice admission to this Court), as counsel of record in place of Alessandra Denis and Katten Muchin Rosenman LLP.

Contact information for new counsel is as follows:

Mary Kellogg (SBN 223258)

LOS ANGELES UNIFIED SCHOOL DISTRICT

Office of the General Counsel

333 South Beaudry Avenue, 18th Floor

Los Angeles, California 90017

Tel: 213-241-7602  Facsimile: 213-261-9367

mary.kellogg@lausd.net

Respectfully submitted,

LOS ANGELES UNIFIED SCHOOL DISTRICT AND AUSTIN BUETNER, IN HIS OFFICIAL CAPACITY AS FORMER SUPERINTENDENT OF LOS ANGELES UNIFIED SCHOOL DISTRICT

By their attorneys,

MARY KELLOGG
ASSOCIATE GENERAL COUNSEL I


/s/ *Mary Kellogg*
Mary Kellogg
Associate General Counsel I
Office of General Counsel
LOS ANGELES UNIFIED SCHOOL DISTRICT
333 S. Beaudry Avenue, 18th Floor
Los Angeles, CA 90017
(213) 241-7600
Mary.kellogg@lausd.net

I consent to being substituted.

Alessandra Denis
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY  10020-1605
alessandra.denis@katten.com

I consent to the above substitution:

/s/ *Mary Kellogg*
Mary Kellogg
Associate General Counsel I
Office of General Counsel
LOS ANGELES UNIFIED SCHOOL DISTRICT
333 South Beaudry Avenue, 18th Floor
Los Angeles, California 90017
Tel: 213-241-7602  Facsimile: 213-261-9367
mary.kellogg@lausd.net

Dated:  June 4, 2024

The substitution of counsel is hereby approved and so ORDERED.

Date: _____June 5, 2024_____                    _____*/s/ Stewart D. Aaron*_____
                                                                              Magistrate Judge