UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA *and* :
STATES OF THE UNITED STATES, *ex rel.* :
PATRICK DONOHUE, :
:
                            Plaintiffs, :
        -against- :
:
RICHARD CARRANZA, *in his official capacity as* :
*the Chancellor of New York City Department of* :
*Education*, et al., :
:
                          Defendants. :
:
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2024

1:20-cv-5396-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's June 11, 2024 order, the Court directed the parties to "discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to jurisdiction by the Magistrate Judge over the outstanding motions for attorneys' fees. *See* Dkt. Nos. 300, 303." Dkt. No. 305 at 1. The Court stated that, if the parties so agreed, they should file a fully executed Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form, available at https://www.uscourts.gov/sites/default/files/ao085a.pdf. *See id.*

      The parties instead filed a Notice, Consent, and Reference of a *Civil Action* to a Magistrate Judge form, which must be signed by all of the parties—not just the parties subject to the outstanding motions for attorneys' fees. *See* Dkt. No. 306 (emphasis added). If the parties intended instead to file a Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form in accordance with the Court's June 11, 2024 order, they are instructed to do so by no later than June 28, 2024.

Dated: June 20, 2024
       New York, New York

                                                          _____
                                                          GREGORY H. WOODS
                                                         United States District Judge