USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                            :
UNITED STATES OF AMERICA *and*         :
STATES OF THE UNITED STATES, *ex rel.* :
PATRICK DONOHUE,                       :
                                                             :
                                         Plaintiffs,   :          1:20-cv-5396-GHW
                  -against-                       :
                                                             :                 ORDER
RICHARD CARRANZA, *in his official capacity as* :
*the Chancellor of New York City Department of*
*Education*, *et al.*,                         :
                                                             :
                                         Defendants. : 
                                                             :
-------------------------------------------------------------X
GREGORY H. WOODS, United States District Judge:

        On June 26, 2024, the parties filed a form entitled: "Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge." Dkt. No. 311. This form lists the relevant motion as "LAUSD's Motion for Attorney Fees and Costs." *Id.* Its description on ECF states that it refers to the motions filed at Dkt. Nos. 300 and 303, respectively.

        The Court has signed the consent form and is filing that order contemporaneously herewith. In doing so, the Court understands the parties to have intended to refer to the magistrate judge the disposition of each of the two pending motions for attorneys' fees, filed at Dkt. Nos. 300 and 303. If this understanding is incorrect, the parties must notify the Court by no later than July 1, 2024.

        SO ORDERED.

Dated: June 26, 2024
        New York, New York

                                                             GREGORY H. WOODS
                                                             United States District Judge