UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America and the States of the United States, ex rel. Patrick Donohue,

        Plaintiff,

-against-

Richard Carranza, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/12/2024

1:20-cv-05396 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

After the parties conferred in accordance with the directive of the undersigned's Chambers, the deadline for Plaintiff Relator to file his opposition to NYC DOE's motion for attorneys' fees at ECF No. 330 is extended *nunc pro tunc* from August 9, 2024, until August 19, 2024. Defendant NYC DOE shall file a reply, if any, no later than September 17, 2024.

SO ORDERED.

Dated:    August 12, 2024
            New York, New York

_____
**STEWART D. AARON**
**United States Magistrate Judge**