**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
United States of America and the States of the
United States, ex rel. Patrick Donohue,

                Plaintiff,

  -against-

Richard Carranza, et al.,

                Defendants.
-----------------------------------------------------------------X

20 **CIVIL** 5396 (GHW)(SDA)

**JUDGMENT**
For Attorney's Fees and Costs

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, the LA Defendants' motion is GRANTED IN PART and DENIED IN PART, and the LA Defendants hereby are awarded the sum of $24,000.00 in attorneys' fees. The NYCDOE Defendants' motion is DENIED. Judgment entered in favor of the Los Angeles Unified School District and against Patrick Donohue in the sum of $24,000.00, pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure.

**Dated:** New York, New York

      September 27, 2024

                                                                   **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**